**Meagan YOUNG, Plaintiff,**

v.

**Bruce H. SMITH, Jr., Defendant.**

**No. 3:07–CV–00854**

United States District Court, M.D. Pennsylvania.

Signed 09/06/2017

Cynthia L. Pollick, The Employment Law Firm, Pittston, PA, for Plaintiff.

John E. Freund, III, Keely J. Collins, King Spry Herman Freund & Faul, LLC, Bethlehem, PA, for Defendant.

Matthew W. Brann, United States District Judge

## MEMORANDUM OPINION

### I. BACKGROUND

This civil rights action has come to be known for all of the wrong reasons. Sad to say, after ten years of protracted and unnecessarily contentious litigation, it appears that all Plaintiff's counsel, Cynthia L. Pollick, Esquire, has managed to accomplish is disrespecting this Court as an institution and embarrassing herself in the eyes of many of its constituents.

The instant chapter in this litigation stems from a fee petition submitted by Ms. Pollick for nearly three-quarters of a million dollars, a fee petition that at times, felt more like an attempted bank robbery than a genuine effort to recover a reasonable fee bill. Indeed, Ms. Pollick "prevailed" on only one claim against one defendant in this odyssey of a litigation—and I use the term "prevailed" exceptionally loosely. In fact, opposing counsel, after having offered settlements as high as $150,000.00 that Ms. Pollick rejected, made this case go away for a nuisance value of $25,000.00. That settlement was made as against one defendant on one claim in a litigation that previously involved teachers, principals, school administrators, and a barrage of educational and civil rights claims. Because of that $25,000.00 nuisance settlement, effected pursuant to a Federal Rule of Civil Procedure 68 offer of judgment, Ms. Pollick now contends that she is entitled to $727,000.00 in fees. That mindset is equal parts brazen and delusional.

As the late Honorable Max Rosenn, writing for the United States Court of Appeals for the Third Circuit explained, counsel "are quasi-officers of the court and they are expected to be careful and scrupulously honest in their representations to the court... [they] must exercise care, judgment, and ethical sensitivity in the delicate task of billing time and excluding hours that are [vague, redundant, excessive or] unnecessary." [1] "If, after following

1. *Hall v. Borough of Roselle*, 747 F.2d 838, 842 (3d Cir. 1984).

the proper procedures, the Court remains convinced that [the] hourly rate and hours billed are outrageously excessive, it retains the discretion to award whatever fee it deems appropriate, including no fee at all."[2] In submitting the instant fee petition, Ms. Pollick, whose practice, I note, is based in the very same county that Judge Rosenn called home, has not only failed to live up to her duty as an officer of this Court—she has, as on numerous prior occasions, thumbed her nose at it. Such defiance ceases today.

Ms. Pollick's fee petition is "mind boggling" and "outrageously excessive."[3] In fact, it is more than that. The vast majority of Ms. Pollick's entries are larded with excreta unbecoming of any attorney in this District (and certainly unbillable to a client under any stretch of the imagination). For example, in the portions of her fee bill that I reviewed before striking it in full, Ms. Pollick submitted upwards of 350 time entries with descriptions like "Correspondence with Patti [her client's mother]"; "Correspondence from Patti"; "Correspondence with Patti about issue"; "Correspondence from Patti about issue"; "Correspondence with Patti thanking her for update"; "Correspondence with Patti thanking her for information"; "Correspondence with Patti checking in on Meag-

an [client's daughter]"; "Correspondence from Patti advising she is putting stuff behind her"; "Correspondence with Patti telling her glad she's giving herself a break" and so on, *ad nauseum*.[4]

These raw, unprocessed entries, which appear at Appendix A of this Memorandum Opinion, are inconsiderately supplied in what appears to be size 8–point font or smaller, comprise 44 separate pages, and frankly should sicken both bench and bar. This is not, I note, Ms. Pollick's first foray into sanctions hearings over questionable litigation practices and excessive billing in particular. Quite the opposite, Ms. Pollick has previously managed to resolve Rule 11 motions levied against her through extrajudicial means in a 2005 case before the Honorable A. Richard Caputo of this Court,[5] and both the United States Court of Appeals for the Third Circuit and the judges of this Court have penned what only can be described as a worn jurisprudence on Ms. Pollick's vexatious litigation conduct and outlandish fee petitions. In a number of those cases, courts have had to weed through pages of improper entries, reduce Ms. Pollick's submissions by several hundred thousand dollars, and warn Ms. Pollick repeatedly. "Suffice it to say, [Ms. Pollick] is simply not getting the message."[6]

**2.** *M.G. v. E. Reg'l High Sch. Dist.*, 386 Fed. Appx. 186, 189 (3d Cir. 2010) (Hardiman, J.).

**3.** *Clemens v. New York Central Mutual Fire Ins. Co.*, No. CV 3:13-2447, 264 F.Supp.3d 618, 659–60, 2017 WL 3724236, at *27 (M.D. Pa. Aug. 29, 2017) (Mannion, J.) (denying and referring for disciplinary action a vague and excessive fee petition that sought $1 million on a $125,000.00 settlement/punitive damages verdict).

**4.** Oddly, although Ms. Pollick billed excessive hours for administrative and clerical tasks, she remarkably devoted no more than two to three hours each time she actually engaged in

substantive legal work, such as for brief writing.

**5.** *Kosciolek v. Local 104 International Association of Fire Fighters*, 3:04–cv–01920, at ECF No. 31 (requesting that the Court impose Rule 11 sanctions against Ms. Pollick for "plung[ing] headlong into the pursuit of this legally baseless Motion" with arguments that were "totally nonsensical" and had "absolutely no factual basis in the record").

**6.** *Keister v. PPL Corp.*, 318 F.R.D. 247, 254 (M.D. Pa. 2015) (imposing $116,000.00 sanction for Rule 11 violation), *aff'd, Keister v. PPL Corp.*, 677 Fed.Appx. 63 (3d Cir. 2017) (Fisher, J.).

Without a doubt, billable descriptions of this nature, accompanied with a glut of other administrative entries not properly billable as attorney time and entries that lack any detail whatsoever, are frustrating and improper on their face. So too does it appear, however, that Ms. Pollick has edged precariously close the operative ethical boundaries by billing every incoming and outgoing correspondence in separate 6–minute entries (or more). Thus, even if it took Ms. Pollick one minute to read an email and one minute to respond back (two minutes total), she has billed all of those communications (hundreds of times over) in two separate 6–minute increments. Such practice essentially pads her time in ten-minute increments (12 minutes versus 2 minutes) and reeks both of impropriety and lack of judgment. All of these details will be included in my submission of this matter to the Disciplinary Board of the Supreme Court of Pennsylvania for that regulatory body's review.

It would be enough to deny Ms. Pollick's petition in whole if it alone was comprised of entries of irrelevant correspondence, administrative tasks not billable as attorney time, hours spent reading blogs, and discussions with local reporters, but my frustration with the instant fee petition does not stop there. Instead, Ms. Pollick's conduct is ripe for sanctioning because she submitted the instant fee bill no less than five months after Judge Caputo wrote a thorough dissertation on the improprieties of such fee bills in a case litigated by Ms. Pollick herself.[7] In that decision, Judge Caputo set forth thorough examples of improper and excessive entries, before also trimming the reasonable hourly rate. So

too does it follow on the heels of a decision by my colleague the Honorable Malachy E. Mannion that was affirmed by the Third Circuit, in which he denied one of Ms. Pollick's excessive fee bills altogether.[8]

What was Ms. Pollick's response to these unequivocal rebukes? Unfortunately, she did not choose to do things the right way. Instead, she immediately submitted another, arguably more questionable, petition to me within months of those decisions. This misconduct and this utter waste of our District's resources must stop. Fee motions are not meant to spawn parallel litigations, and civil rights cases are not get-rich-quick tickets. To the extent that Ms. Pollick or any other attorney in this District misperceives either of those facts, I have no qualms joining the chorus that seeks to set such behavior straight.

If that was not enough, perhaps the most repugnant of all aspects of Ms. Pollick's fee petition is that she asks to be compensated for time necessitated by her own earlier misconduct. Strikingly, the Defendants here were granted a new trial, a remarkably rare remedy, in light of a tainted jury verdict attributable Ms. Pollick's inflammatory conduct in open court. She has now billed not only for the time associated with that trial but also for additional time and preparation necessitated by what can only be described as willful, bad faith, and vexatious behavior. So too has she billed for the subsequent trial and all of its attendant time. Not only was that trial a do-over of her own making, but it also resulted in a complete defense verdict.

To provide some context as to why Ms. Pollick's billing for such time is exceedingly shameless, I note that my colleague the

---

7. *See Souryavong v. Lackawanna Cty.,* 159 F.Supp.3d 514, 520 (M.D. Pa. 2016) ("[T]he Rule 68 offer must be considered in determining whether the lodestar calculation of a reasonable attorney fee is excessive and whether

a downward departure from the lodestar is warranted.").

8. *Carroll v. Clifford Twp.,* 625 Fed.Appx. 43 (3d Cir. 2015) (Vanaskie, J.).

Honorable Yvette Kane presided over the first trial in this action and granted the attendant new trial motion, all before I came on the bench. She described Ms. Pollick's behavior as follows, in what has become an oft-quoted passage in the history of this case:

> The Court finds that Plaintiff's counsel did engage in improper conduct during the course of trial by persistently asking questions that had been ruled improper for the purpose of characterizing, or mischaracterizing, evidence.
>
> . . .
>
> [For example,] unprompted and in the presence of the jury, Plaintiff's counsel exclaimed:
>
> MS. POLLICK: I'm going to show his nakednews.com, what he
>
> showed the children, which absolutely goes to hostile educational atmosphere because of the fact that these girls had thongs, and he shows this to children that are 16 years old—
>
> THE COURT: Counsel.
>
> MS. POLLICK: —in their bras and thongs.
>
> . . .

That Plaintiff's counsel's conduct was improper is obvious. Throughout the course of trial counsel alternatively asked about evidence that had been ruled inadmissible, asked for lay opinion testimony, and asked for testimony without foundation. The purpose of this tactic was apparently to inflame the jurors by repeating outrageous conduct that is alleged to have occurred as fact enough times so the jurors would believe it did occur—even if no evidence was introduced that would support such a finding. To cite just one example, the Court notes that counsel asked various witnesses about Defendant Smith discussing "masturbation" a total of seven times during trial in addition to mentioning it in her closing argument. However, there is no evidence in the record that Defendant Smith ever even used the word in Plaintiff's presence. The effect of counsel's conduct is obvious: the jury was inflamed and misled into believing there was evidence that Defendant Smith discussed masturbation with Plaintiff.[9]

On appeal, the Third Circuit affirmed Judge Kane's decision, noting that she "cataloged an extensive record of misconduct by the Young's counsel throughout the First Trial." [10] Indeed, the panel noted that by engaging such misconduct, Ms. Pollick "attempted to inflame the jury by repeatedly asking improper questions and characterizing the evidence." [11] "We agree that such misconduct permeated the trial," the panel wrote, "making it 'reasonably probable' that the misconduct prejudicially influenced the verdict.[12]

So that the record is clear up-front, I also note that this case was originally assigned to the Honorable James M. Munley prior to Judge Kane. As defense counsel characterizes it, Ms. Pollick's "obdurate behavior" commenced here when she filed a motion asking that Judge Munley recuse himself because he was biased against her.[13] In fact, that was not even the first

9. *Young v. Pleasant Valley Sch. Dist.*, 2012 WL 1827194, at *27–29 (M.D. Pa. May 18, 2012) (internal footnotes omitted), *aff'd*, 601 Fed.Appx. 132 (3d Cir. 2015) (Fisher, J.).

10. *Young v. Pleasant Valley Sch. Dist.*, 601 Fed.Appx. 132, 135 (3d Cir. 2015) (Fisher, J.).

11. *Id.*

12. *Id.* (quoting *United States v. Riley*, 621 F.3d 312, 339 (3d Cir.2010)).

13. *See* ECF No. 185.

time in which Ms. Pollick moved to recuse a sitting judge of this District. To the contrary, in a 2006 matter captioned *Hill v. City of Scranton*, the Honorable John E. Jones III denied a motion to recuse in which Ms. Pollick "[a]t bottom...argue[d] that because we have in her view, been 'mean' to her, we should now depart the case *sub judice*, as well as presumably any other case in which she is involved that lands on our docket."[14] "[I]ndeed," Judge Jones observed, "we have never imposed any manner of sanctions against [Ms. Pollick] despite our warnings."[15] Judge Jones advised Ms. Pollick to "endeavor to be more appropriate in her interactions with this Court, since doing so would immeasurably enhance her advocacy skills, and thus serve her clients better."[16]

Some say that engaging in the same improper conduct time and time again while expecting a different result is indicative of mental instability—and that may be. But if Ms. Pollick is dumb, she is dumb like a fox. Indeed, in connection with Ms. Pollick's questionable fee petition, I was forced to conduct what devolved into the perhaps the strangest show cause hearing in my tenure with this Court. On July 13, 2017, I invited Ms. Pollick, along with defense counsel, to speak to the propriety of sanctions in this matter as punishment for Ms. Pollick's vexatious conduct and legally unsupported fee request.[17] What happened next was remarkable.

For half a day, I was transported to a universe devoid of logical principles and fundamental notions of relevance. Ms. Pollick's strange and obstreperous conduct at the hearing also flaunted any semblance of propriety and decorum in federal court, sadly harkening back to the time I previously endured a week-long trial in this matter. During the hearing, I requested the presence of additional court security guards and an Assistant United States Marshal, as it appeared that Ms. Pollick was on the verge of a breakdown on no less than two separate occasions.

Ms. Pollick's edginess was palpable: she refused to agree, for instance, that five months' time separates February from July. And when I confronted her with all of the previous authorities deeming her very same submissions as non-compensable (indeed, most using the same exact words as these present here), she rebuffed my invitation to submit an amended motion, reasoning instead that amendment would make it appear that she had done something wrong. Considering the frequency with which we permit and encourage amendment in the federal system, I was entirely at a loss to have heard that

---

14. No. 4:CV 01-744, 2006 WL 401801, at *2 (M.D. Pa. Feb. 21, 2006).

15. *Id.* at *4.

16. *Id.* During oral argument in this case in July 2017, Ms. Pollick raised the notion for the first time that I also harbored some form of bias against her or her case. Quite the contrary, I will discipline Ms. Pollick herein on account of her vexatious and excessive fee petition. I have not considered the validity of her underlying civil rights action, except and to the extent that her not prevailing on the majority of her claims should impact her request. Further, Ms. Pollick has appeared on

my docket on only one other occasion before this case. In that other matter, *Tayoun v. City of Pittston*, 39 F.Supp.3d 572 (M.D. Pa. 2014), I denied a motion for summary judgment, ruling in favor of Ms. Pollick's client.

17. Although Ms. Pollick objected to my holding the hearing, *see* ECF No. 653, I believed that it was in conformity with prevailing Third Circuit law and accordingly overruled her objection. *See, e.g., M.G. v. E. Reg'l High Sch. Dist.*, 386 Fed.Appx. 186, 189 (3d Cir. 2010) (Hardiman, J.) ("We have held that if reasonable market rates are in dispute, a hearing *must* be conducted.").

response. Presumably, permissive amendment beats monetary sanctions.

Further, I asked Ms. Pollick at the show cause hearing why she billed in the manner that she did and why she failed to revise her billing entries before submitting them. Rather remarkably, she suggested that it is her right to submit whatever billed entries she so pleases (valid or not), and that it is opposing counsel's and the Court's job to parse through her fee bill, challenging those that may be invalid. That is an astonishing misperception or perhaps a blatantly dishonest response.

█ Make no mistake: it is also wholly inaccurate. Prevailing plaintiffs have "a duty to make some reasonable effort to weed out the fees relating to the unsuccessful claims."[18] "The petitioning attorney has an obligation to weed out hours that are excessive, redundant, or otherwise unnecessary from his or her fee request and bears the burden of proving that the number of hours expended was reasonable."[19] "Hours that are not properly billed to one's *client* also are not properly billed to one's *adversary* pursuant to statutory authority."[20] "This restriction is designed to encourage a prevailing party requesting attorneys' fees to exercise the same billing judgment that would have been exercised in the ordinary course of private practice."[21] Accordingly, "[t]he lawyer must not abandon self-restraint or careful billing judgment because of the expectation that the obligation to pay the fee will be statutorily shifted to the losing party."[22]

That Ms. Pollick submitted her fee bill without weeding out improper entries is grounds alone to deny it and impose sanctions. That shortcoming here is not one that can be ameliorated by careful, line-by-line revisions. I attempted to give Ms. Pollick the benefit of the doubt and pursue such an approach at first. However, I soon discovered that this method was fool's errand: Ms. Pollick's entries are so inappropriate, vague, and duplicative that nearly every one of her thousands of entries needs to be eliminated or refined. Anecdotally, defense counsel, after attempting to strike individual entries with a pen, gave up after billing approximately one hundred hours on the task and simply began crossing out entire pages. His proposed edits appear at Appendix B. My experience was the same. Improprieties in Ms. Pollick's billing methodologies have rotted the very core of her fee petition, and line-by-line elimination is wasteful, fruitless, and not warranted by her conduct.

In perhaps the second-strangest portion of the show cause hearing, Ms. Pollick called opposing counsel John E. Freund, III, Esquire as a witness as if on cross examination (a tactic that she repeats endlessly and ineffectively at trial) and proceeded to pepper him with argumentative questions, which he unsurprisingly handled with impugnable professionalism. Nothing in Ms. Pollick's cross examination of Mr. Freund gave me pause. To the contrary, Ms. Pollick's questioning of her adversary, which I viewed as largely inappropriate from the outset, went over like the descent

---

**18.** *Fair Hous. Council of Greater Washington v. Landow,* 999 F.2d 92, 98 (4th Cir. 1993).

**19.** *Gunasekera v. Irwin,* 774 F.Supp.2d 882, 887 (S.D. Ohio 2011) (internal citation omitted).

**20.** *Hensley v. Eckerhart,* 461 U.S. 424, 434, 103 S.Ct. 1933, 76 L.Ed.2d 40 (1983).

**21.** *Local Union No. 1992 of Int'l Bhd. of Elec. Workers v. Okonite Co.,* 34 F.Supp.2d 230, 236 (D.N.J. 1998).

**22.** *Hall v. Borough of Roselle,* 747 F.2d 838, 841 (3d Cir. 1984).

of the Hindenburg. It was a show cause hearing turned circus under the big top, much like Ms. Pollick's prior trial performance.

Oddly, none of Ms. Pollick's fee affiants showed up to testify on her behalf. Even her clients were notably absent.[23] In addition, I was prepared to and did ask Ms. Pollick's sole affiant at the show cause hearing whether he had ever known Ms. Pollick in a personal capacity, as it came to my attention that just last year, one of Ms. Pollick's affiants in a Luzerne County case, Carlo Sabatini, Esquire, had apparently engaged in a romantic relationship with her in the past:

> THE WITNESS: Your Honor, if I may? I have a duty to the Court, and I don't know to the extent that you consider this relevant, but I'm surprised that it wasn't brought out. I had a prior relationship with Attorney Pollick shortly after I passed the bar for a period of time.[24]

Finally, the most troubling portion of the hearing occurred at its conclusion, when Anthony P. Trozzolillo, Esquire, an attorney who purportedly is engaged in a romantic relationship with Ms. Pollick and who had been seated in the gallery to presumably show his support for her,

sprang from his seat as I left the bench, approached opposing counsel's table, and cursed at Mr. Freund for "jumping on the Rule 11 bandwagon."[25] After Mr. Trozzolillo directed a few "bullshits" and "Goddamns" in Mr. Freund's direction and began to invade his physical space, Court staff asked the security guards to separate Mr. Trozzolillo from opposing counsel before he and Ms. Pollick were directed out of the building. At my direction, an Assistant United States Marshal was asked to escort Mr. Freund and his paralegal to their vehicle.[26]

All of that nonsense aside, this motion is about the impropriety of Ms. Pollick's present fee petition, the waste of public and private resources it has engendered, and her persistent refusal to heed prior warnings of this Court and the Third Circuit. To what have all of those reprimands led? In perhaps her grand finale, Ms. Pollick has asked to be paid three-quarters of a million dollars for time that she purportedly expended to secure a $25,000.00 settlement. The entries supporting that request are so vague, duplicative, and improper, that it must be denied in full.

In sum, because Ms. Pollick's fee petition in the amount of $727,000.00 is unrea-

**23.** Unfortunately, the extent to which Ms. Pollick's clients even continue to be aware of this action or simultaneously sanction its continuance has been unclear to me for at least the past year. Whether they were aware of the $150,000.00 offer and turned it down on a knowing and informed basis is also unclear to me. Instead, in recent memory and perhaps since its inception in truth, Ms. Pollick has cannibalized her client's lawsuit so that it serves one end: collection of what she believed would be a fat fee bill.

**24.** *Souryavong v. Lackawanna Cty.*, Tr. of January 26, 2016 Oral Arg., at 27:05–14.

**25.** Curiously, Mr. Freund's paralegal was correct when she observed that Mr. Freund had

included an entire section devoted to sanctions in his opposition brief to Ms. Pollick's fee petition. Perhaps Mr. Trozzolillo should read the operative papers more closely next time before denigrating this Court and embarrassing himself for no reason.

**26.** I am told that my experiences with Ms. Pollick are not unique. In fact, it appears that she experienced a brief hiatus in her legal practice in the summer of 2015 when she was reported missing by her mother and charged with trespassing at a local hospital. http://wnep.com/2015/07/19/state-police-investigating-missing-woman/; http://thetimes-tribune.com/news/lawyer-was-charged-with-trespassing-at-hospital–1.1915273.

sonable in light of the outcome that she achieved in this litigation on behalf of her client, was excessive and wholly unsupported by the billing records and the applicable law, and vexatiously multiplied this case's proceedings. I will deny Ms. Pollick's motion for fees in full. Moreover, Ms. Pollick's conduct will be referred the Disciplinary Board of the Supreme Court of Pennsylvania. In addition, because Ms. Pollick's submissions simultaneously violated 28 U.S.C. § 1927 and Federal Rule of Civil Procedure 11, I will impose sanctions in the amount of $25,000.00 under each provision, to run concurrently. Monetary sanctions are the minimum appropriate remedial measure because Ms. Pollick's conduct follows a number of detailed decisions that instructed her to cease filing such excessive petitions. Last, I will encourage my colleagues to consider whether the Board of Judges should revoke the general admission of practitioners who take advantage of the submissions of fee petitions in civil rights cases in this District.

## II. LAW

■ Title 42, United States Code, Section 1988(b) provides that "[i]n any action or proceeding to enforce a provision of section[ ]...1983...of this title,...the court, in its discretion, may allow the prevailing party...a reasonable attorney's fee as part of the costs." "The Supreme Court has given a 'generous formulation' to the term 'prevailing party,' stating that 'plaintiffs may be considered prevailing parties for attorney's fees purposes if they succeed on any significant issue in litigation which achieves some of the benefit the parties sought in bringing suit.' " [27] As the Supreme Court of the United States has further emphasized, "Section 1988 serves an important public purpose by making it possible for persons without means to bring suit to vindicate their rights. But unjustified enhancements that serve only to enrich attorneys are not consistent with the statute's aim." [28]

■ Fee disputes hinge upon "the 'lodestar' formula," which requires multiplying the number of hours reasonably expended by a reasonable hourly rate." [29] In determining a reasonable fee, district courts in this Circuit have been instructed to apply "a burden-shifting type of procedure." [30] "A fee applicant bears the burden of documenting the applicable hourly rate." [31] A reasonable rate is "the community billing rate charged by attorneys of equivalent skill and experience performing work of similar complexity." [32] "To inform and assist the court in the exercise of its discretion, the burden is on the fee applicant to produce satisfactory evidence—in addition to the attorney's own affidavits— that the requested rates are in line with those prevailing in the community for similar services by lawyers of reasonably com-

**27.** *Truesdell v. Philadelphia Hous. Authority,* 290 F.3d 159, 163 (3d Cir. 2002) (Alito, J.) (quoting *Hensley v. Eckerhart,* 461 U.S. 424, 433, 103 S.Ct. 1933, 76 L.Ed.2d 40 (1984)) (internal quotation marks omitted).

**28.** *Perdue v. Kenny A. ex rel. Winn,* 559 U.S. 542, 559, 130 S.Ct. 1662, 176 L.Ed.2d 494 (2010).

**29.** *Loughner v. Univ. of Pittsburgh,* 260 F.3d 173, 177 (3d Cir. 2001) (Rosenn, J.) (citing *Hensley v. Eckerhart,* 461 U.S. 424, 103 S.Ct. 1933, 76 L.Ed.2d 40 (1983)).

**30.** *Carey v. City of Wilkes-Barre,* 496 Fed. Appx. 234, 236 (3d Cir. 2012) (Fisher, J.).

**31.** *Evans v. Port Auth. of N.Y. & New Jersey,* 273 F.3d 346, 361 (3d Cir. 2001).

**32.** *Student Pub. Interest Research Grp. of New Jersey, Inc. v. AT & T Bell Labs.,* 842 F.2d 1436, 1450 (3d Cir. 1988) (Becker, J.).

parable skill, experience and reputation." [33]

 "Once the plaintiff has established her prima facie case, the defendant may contest the reasonableness of the rate with 'appropriate record evidence.'" [34] Importantly, hourly rates previously set for the movant may be considered if those rates "were set for the same attorney and for the same type of work over a contemporaneous time period." [35]

 Next, the court considers the number of hours reasonably expended on the litigation. Similar to its review of the reasonable rate, the court may exclude hours that were "excessive, redundant, or otherwise unnecessary." [36] Further, the court can reduce the hours claimed by the number of hours "spent litigating claims on which the party did not succeed and that were 'distinct in all respects from' claims on which the party did succeed." [37] "[I]t is appropriate for the Court to treat the fees in the manner in which the clients would be treated if the clients were paying the fees directly." [38]

 "That the plaintiff is a 'prevailing party' therefore may say little about whether the expenditure of counsel's time was reasonable in relation to the success achieved." [39] Thus, "[f]ollowing an objection to a fee request, district courts have discretion to adjust the hours and rates and to increase or decrease the lodestar based on other considerations raised by the respondent." [40] The court "may attempt to identify specific hours that should be eliminated, or it may simply reduce the award to account for the limited success." [41]

 "A reduced fee award is appropriate if the relief, however significant, is limited in comparison to the scope of the litigation as a whole." [42] "Indeed, 'the most critical factor' in determining the reasonableness of a fee award 'is the degree of success obtained.'" [43] "We have already observed that if 'a plaintiff has achieved only partial or limited success, the product of hours reasonably expended on the litigation as a whole times a reasonable hourly rate may be an excessive amount.'" [44]

 A fee award is appropriate "unless special circumstances would render such an award unjust." [45] "Courts that

**33.** *Blum v. Stenson*, 465 U.S. 886, 896 n.11, 104 S.Ct. 1541, 79 L.Ed.2d 891 (1984).

**34.** *Carey*, 496 Fed.Appx. at 237 (quoting *Evans*, 273 F.3d at 361).

**35.** *Carey*, 496 Fed.Appx. at 237. *See also Dee v. Borough of Dunmore*, 548 Fed.Appx. 58, 63 (3d Cir. 2013) (Hardiman, J.).

**36.** *Rode v. Dellarciprete*, 892 F.2d 1177, 1183 (3d Cir. 1990).

**37.** *Id.*

**38.** *Smith v. Borough of Dunmore*, No. CIV A 3:05-CV-1343, 2008 WL 4542246, at *4 (M.D. Pa. Oct. 9, 2008) (Caputo, J.), *aff'd*, 633 F.3d 176 (3d Cir. 2011) (Jordan, J.).

**39.** *Hensley v. Eckerhart*, 461 U.S. 424, 436, 103 S.Ct. 1933, 76 L.Ed.2d 40 (1983).

**40.** *Dee v. Borough of Dunmore*, 548 Fed.Appx. 58, 60 (3d Cir. 2013) (Hardiman, J.).

**41.** *Hensley*, 461 U.S. at 436–37, 103 S.Ct. 1933.

**42.** *Id.* at 440, 103 S.Ct. 1933.

**43.** *Farrar v. Hobby*, 506 U.S. 103, 114, 113 S.Ct. 566, 121 L.Ed.2d 494 (1992) (quoting *Hensley*, 461 U.S. at 436, 103 S.Ct. 1933).

**44.** *Farrar*, 506 U.S. at 114, 113 S.Ct. 566 (quoting *Hensley*, 461 U.S. at 436, 103 S.Ct. 1933).

**45.** *Newman v. Piggie Park Enterprises, Inc.*, 390 U.S. 400, 402, 88 S.Ct. 964, 19 L.Ed.2d 1263 (1968); *Christiansburg Garment Co. v. Equal Employment Opportunity Comm'n*, 434 U.S. 412, 417, 98 S.Ct. 694, 54 L.Ed.2d 648

find special circumstances justifying the denial of attorney's fees to prevailing plaintiffs usually point to some conduct by plaintiffs which unnecessarily caused or lengthened the litigation." [46]

 To that end, it is worth repeating Judge Rosenn's admonition noted at the beginning of this opinion: attorneys "are quasi-officers of the court and they are expected to be careful and scrupulously honest in their representations to the court . . . [they] must exercise care, judgment, and ethical sensitivity in the delicate task of billing time and excluding hours that are [vague, redundant, excessive or] unnecessary." [47] Thus, "[i]f, after following the proper procedures, the Court remains convinced that [the] hourly rate and hours billed are outrageously excessive, it retains the discretion to award whatever fee it deems appropriate, including no fee at all." [48]

## III. ANALYSIS

Ms. Pollick's proposed hourly rate and billable expenditures are so excessive and disconnected from the circumstances of this case that her fee bill will be denied in its entirety. The following sections explain why her hourly rate is unrealistic, illustrate the excessiveness of her entries, and explain why sanctions under Federal Rule of Civil Procedure 11 and 28 U.S.C. § 1927 are proper here.

## A. Ms. Pollick's Requested Hourly Rate Of $400.00, Which She Has Never Before Been Awarded In Federal Court, Is Inflated, Unreasonable, And Not Reflective Of Her Performance.

"To inform and assist the court in the exercise of its discretion, the burden is on the fee applicant to produce satisfactory evidence—in addition to the attorney's own affidavits—that the requested rates are in line with those prevailing in the community for similar services by lawyers of reasonably comparable skill, experience and reputation." [49] That prima facie burden has not been met here.

 Fundamentally, the determination of a reasonable rate is dictated by "the prevailing market rates in the relevant community." [50] Moreover, "in the ordinary case," the district court's rate-setting determination should "focus on the community in which the case was litigated," not the community from which the attorney hails. [51]

To that end and to facilitate future fee disputes, in *Beattie v. Line Mountain School District*, a sex-based civil rights action, I reset the standard forum rates for attorneys in the Williamsport division of this Court to range from $150 to $325 per hour, depending on the attorney's experience, the complexity of the litigation, and the quality of the submitted work

(1978) (observing that "a prevailing plaintiff ordinarily is to be awarded attorney's fees in all but special circumstances").

**46.** *Com. v. Local 542, Int'l Union of Operating Engineers*, No. CIV. A. 71–2698, 1999 WL 54922, at *2 (E.D. Pa. Jan. 19, 1999).

**47.** *Hall v. Borough of Roselle*, 747 F.2d 838, 842 (3d Cir. 1984).

**48.** *M.G. v. E. Reg'l High Sch. Dist.*, 386 Fed. Appx. 186, 189 (3d Cir. 2010) (Hardiman, J.).

**49.** *Blum*, 465 U.S. at 896, 104 S.Ct. 1541.

**50.** *Rode*, 892 F.2d at 1183.

**51.** *Miller v. Dugan*, 764 F.3d 826, 831 (8th Cir. 2014). The Middle District of Pennsylvania is comprised of three divisions: one each in Williamsport, Harrisburg and Scranton/Wilkes–Barre. The bulk of this action and the portions primarily comprising this motion occurred in the Williamsport division.

product.[52] Ms. Pollick's fee petition ignores *Beattie*.

 With that background in mind, I now turn to Ms. Pollick's proposed $400.00 hourly rate and the historical rates she has been awarded in this District. In 2011, the Honorable Sylvia H. Rambo of the Harrisburg division of this Court reduced counsel for Plaintiff's requested fee of $300.00 per hour to $225.00 per hour in a lengthy first amendment retaliation case.[53] Judge Rambo cited to *Lohman v. Duryea Borough*, a 2008 decision in which the Judge Caputo had reduced Plaintiff's hourly rate of $215.00. As here, Judge Rambo contrasted counsel for Plaintiff's qualifications with those of Barry Dyller, Esquire who had also supplied an affidavit in that case.[54] "It is this court's opinion," Judge Rambo concluded, "that Pollick's length of practice and experience does not entitle her to a $300.00 per hour rate."[55] On appeal, the Third Circuit reasoned that "[b]ecause reasonable finders of fact could differ as to whether Pollick established that her hourly rate was reasonable," Judge Rambo's decision to reduce the effective hourly rate to $225.00 would be affirmed.[56]

In *Lohman v. Duryea Borough*, Judge Caputo, of the Scranton/Wilkes–Barre division of this Court, reduced a requested fee of $300.00 per hour by counsel for Plaintiff to $215.00 per hour.[57] Importantly, Judge Caputo rejected Plaintiff counsel's argument that "the Court should only consider the service of other attorneys in the plaintiffs' bar in the community."[58] That was unpersuasive, as a fee-setting court is "not limited to the defense bar or the plaintiffs' bar."[59] Rather, it "must consider the attorney's experience and skill, and compare it to rates for similar services by attorneys with similar skill, experience, and reputation."[60] In that vein, Judge Caputo held that an hourly rate of $300.00 was "not appropriate" in light of "Ms. Pollick's skill, reputation, and experience in the community."[61] Instead, in line with several other practitioners bearing qualifications similar to Plaintiff counsel, Judge Caputo reduced her fee request to $215.00 per hour.[62] On appeal, the Third Circuit concluded that "there was ample evidence to support the Court's lower rate" and the district court "did not clearly err in choosing the rate that it did."[63]

---

52. No. 4:13-CV-02655, 2014 WL 3400975, at *10 (M.D. Pa. July 10, 2014).

53. *Carey v. City of Wilkes–Barre*, 2011 WL 1900169, at *2 (M.D. Pa. May 19, 2011), *aff'd*, 496 Fed.Appx. 234 (3d Cir. 2012) (Fisher, J.).

54. *Carey*, 2011 WL 2011 WL 1900169, at *2 ("Throughout the briefing on this issue, contrasts have been made between Barry Dyller and Plaintiff's counsel, Cynthia L. Pollick. Dyller is reported to have been in practice for more than fifteen (15) years longer than Pollick, has tried ninety cases, and has represented clients in over one hundred civil rights cases. Dyller has been on the executive board of the Civil Rights section of the American Association for Justice, chair-elect of its Civil Rights section, and chairman in July 2009. Attorney fee rates for Dyller have been approved in amounts ranging from $300.00 to $375.00 per hour.").

55. *Id.*

56. *Carey*, 496 Fed.Appx. at 238.

57. 2008 WL 2951070, at *8 (M.D. Pa. July 30, 2008), *aff'd sub nom. Lohman v. Duryea Borough*, 574 F.3d 163 (3d Cir. 2009).

58. *Id.*

59. *Id.*

60. *Id.*

61. *Id.*

62. *See id.*

63. *Lohman*, 574 F.3d at 164.

Little has changed since *Lohman* and *Carey*. In fact, as recently as 2016, Judge Caputo reduced Ms. Pollick's requested fee of $400.00 per hour to $250.00 per hour. In *Souryavong v. Lackawanna County*, Plaintiff's counsel presented Judge Caputo with substantially the same set of affidavits that she did here.[64] The Court in *Souryavong* noted several critical discrepancies between the attributes of Ms. Pollick's practice and that of her proposed comparators. For instance, Judge Caputo found that "Attorney Pollick fails to demonstrate how her 'skill, experience, and reputation' are comparable to that of Attorney Vito, who has over fifteen (15) years more experience practicing law than she does." [65]"Notwithstanding the fact that Attorney Vito has been practicing law for approximately twice as long as Attorney Pollick, Plaintiffs request an hourly rate that is $25.00 higher than that requested by Attorney Vito." [66] Importantly, Judge Caputo emphasized that "the Third Circuit Court of Appeals has affirmed my previous explanation that comparing Attorney Dyller's rates to Attorney Pollick's 'actually tended to show that Pollick's rate was too high, because Dyller ha[s] at least fifteen years more experience than Pollick.' "[67] Moreover, having had the benefit of firsthand experiences with both Mr. Dyller and Ms. Pollick since I entered on duty, my perspective aligns with Judge Caputo's to the extent that Mr. Dyller's experience

and emphasis on efficient resolution of matters have tended to yield him more profitable outcomes in a more streamlined fashion.[68]

Remaining faithful to the Third Circuit's burden-shifting framework as outlined in *Carey*, I hold that counsel for Plaintiff has failed to establish *prima facie* reasonableness. Regardless, even assuming that her rates are facially reasonable, the Defendants have submitted a mountain of evidence and applicable case law that render her request entirely suspect.

Counsel for Plaintiff's fee affidavit recites that she is a 2007 graduate of Gerry Spence's Trial Lawyers College and a 2002 graduate, having obtained her "Law degree" from the University of Pittsburgh in 1999.[69] She states that she has practiced law for seventeen years.[70] According to Ms. Pollick, she should receive $400.00 per hour because she has "been approved the $400 per hour rate by opposing counsel in the matter of *Vito DePietro v. USDOJ*, USM–2013–00357," and because she "received $400 per hour in connection with payment of attorney fees in the matter of *Harris v. City of Scranton*, 13–2282, that was resolved with counsel; however opposing counsel did not specifically agree to that hourly rate, yet that was the rate paid." [71]

Both *Vito DePietro* and *Harris* have previously been deemed insufficient to

64. 159 F.Supp.3d 514, 529 (M.D. Pa. 2016).

65. *Id.* at 527.

66. *Id.*

67. *Id.* at 528 (quoting *See Carey v. City of Wilkes–Barre*, 496 Fed.Appx. 234, 238 (3d Cir. 2012)).

68. *See, e.g., Giamboi v. Prison Health Services, Inc. et al.*, No. 3:11–cv–00159.

69. ECF No. 635, Ex.3, at ¶ 2.

70. *Id.* ¶ 9.

71. *Id.* ¶¶ 21–22. Ms. Pollick's fee petition also emphasizes that a number of her cases have reached the Third Circuit and one has even reached the Supreme Court. I fail to see the relevance of these statistics as the instant fee petition. To the contrary, they seem to suggest that Ms. Pollick has failed to prevail before district courts and has engaged in significant-

support a $400.00 hourly rate. In *Sourya-vong*, Judge Caputo wrote that counsel had failed to "provide any information about *Vitro* [*sic*] so that I can assess whether Attorney Pollick's legal services in *Vitro* [*sic*] were similar to her legal services provided here." [72] The same holds true here. I have searched the national PACER case locator database and no results other than a 2012 bankruptcy proceeding in the United States Bankruptcy Court for the Middle District of Pennsylvania are returned for a litigant named "Vito DePietro." To what court Ms. Pollick refers when she cites to a docket number beginning "USM" is unclear. No further details about the *DePietro* proceeding are supplied. Therefore, I cannot rely upon it in setting Ms. Pollick's hourly rate.

In addition, I note that Ms. Pollick's motion for attorney fees was withdrawn, and therefore was not approved by Order of this Court. *Harris* is ineffective, because "[i]n such cases, the court has no discretion to reduce the requested rate, even if it is unreasonable." [73]

I have reviewed the supporting affidavits that Ms. Pollick submitted, and several are identical to those from *Souryavong*. [74] In fact, two of the affidavits still bear the wrong caption and were originally submitted in a 2009 case entitled *Rose v. Barrett Township, et al.* before the Honorable Robert D. Mariani. *Rose* was a section 1983 action asserting claims for false arrest, false imprisonment, and malicious prosecution. [75] Another was submitted in connection with a 2004 case before Judge Caputo. [76] Of course, the outdated nature of these submissions calls into question their sustained validity.

In addition, I echo Judge Caputo's very same observation from *Souryavong* regarding the applicability of the substance of these affidavits: "Plaintiffs do not demonstrate how the services provided by Attorney Vito and Attorney Dyller in *Rose* would be comparable to the services provided by Attorney Pollick in this FLSA action, since the two (2) cases do not involve similar claims, and therefore do not involve similar services." [77] "Moreover, the motion for attorney fees in *Rose* was ultimately withdrawn, and therefore the requested rates were never ruled upon or approved by any court." [78]

The remaining affidavits do not nudge Ms. Pollick's petition beyond the line of reasonableness. One affiant, Ralph E. Lamar, Esquire, has practiced in Colorado while maintaining his Pennsylvania license since 2010. [79] Unlike Ms. Pollick, Mr. Lamar has been a member of the bar for nearly 30 years, has specialized in employment law since 1992, has tried cases to verdicts in excess of $3.4 million, $2.3 million, $1.3 million, $850,000.00 and $200,000.00. [80] Mr. Lamar has also written *amicus curiae* briefs for the United States

---

ly more appeals than other counsel over the long run.

**72.** 159 F.Supp.3d at 526.

**73.** *Souryavong*, 159 F.Supp.3d at 526.

**74.** *See* ECF No 650, Exs. 1–3.

**75.** *See generally Rose v. Barret Twp. et al.*, No. 3:09-cv-1561, 2013 WL 246640 (M.D.Pa. Jan. 18, 2013).

**76.** *See* ECF No. 650, Ex. 3.

**77.** *Souryavong*, 159 F.Supp.3d at 527 (M.D. Pa. 2016) (citing *Maldonado v. Houstoun*, 256 F.3d 181, 184 (3d Cir. 2001) (Rosenn, J.) (explaining that fee-setting courts must "assess the experience and skill of the prevailing party's attorneys and compare their rates to the rates prevailing in the community for *similar services*").

**78.** *Souryavong*, 159 F.Supp.3d at 528.

**79.** *See* ECF No. 635, Ex. 4.

**80.** *Id.* at ¶ 4.

Courts of Appeal for the Sixth and Eleventh Circuits.[81]

Ms. Pollick's remaining affidavit in support was filed by Jonathan S. Comitz, Esquire.[82] Mr. Comitz does not state his hourly rate, but throughout the affidavit suggests that $400.00 per hour is a reasonable rate for Ms. Pollick. According to Mr. Comitz, his "basis for this opinion is that the federal courts have adopted the community legal services ("CLS") rate standard with this type of litigation."[83] Again, borrowing directly from Judge Caputo's analysis in *Souryavong*: "Attorney Comitz's reliance on rates in the Eastern District of Pennsylvania do not support his assertion that these rates are reasonable for Attorney Pollick's work here in the *Middle* District of Pennsylvania. The law is clear that I should be guided by the prevailing rates in the forum of the litigation, which is the Middle District of Pennsylvania, not the Eastern District."[84]

Further, as Defendant points out, "Community Legal Service ("CLS") is funded by the Philadelphia Bar Association and provides free civil legal assistance to low income Philadelphians. Here, there is no evidence that Plaintiffs' were either residents of Philadelphia or had a low income that would have qualified them for the assistance of the Philadelphia Bar Association."[85] I agree.[86]

I also note that none of Ms. Pollick's fee affiants appeared to testify on her behalf at the evidentiary/show cause hearing in July 2017. Ms. Pollick attempted to subpoena two local plaintiff's attorneys, Clifford A. Rieders, Esquire, and Michael J. Zicolello, Esquire. I granted a motion by Mr. Rieders to quash Ms. Pollick's subpoena, as he lacked any familiarity with the instant matter or with Ms. Pollick's abilities. To the contrary, Mr. Zicolello, who also was entirely unfamiliar with this matter and with Ms. Pollick, agreed to testify in order to opine upon certain of my previous fee rulings in *Beattie* and *Keister*. Not only was Mr. Zicolello's testimony irrelevant, but it also undermined his position. Indeed, when Mr. Freund, cross-examined Mr. Zicolello, the latter admitted that he had never once been awarded his purported hourly by a federal court. Accordingly, after *Beattie*, *Keister*, and *Young*, it is clear that the forum rates for attorneys in the Williamsport division of this Court to range from $150 to $325 per hour, depending on the attorney's experience, the complexity of the litigation, and the quality of the submitted work product. Importantly, the rates at the upper end of the range necessarily are reserved for those counsel with the most extensive experience and credentials who exhibit the highest performance in federal court.[87]

81. *Id.*

82. ECF No. 635, Ex. 5.

83. *See id.* at ¶ 15.

84. *Souryavong*, 159 F.Supp.3d at 526.

85. *See* ECF No. 642 at 25.

86. *See also Evans v. Philadelphia Hous. Auth.*, No. CIV. A. 93-5547, 1995 WL 154872, at *3 (E.D. Pa. Mar. 31, 1995) (Gawthrop, J.), *aff'd sub nom. Smith v. Philadelphia Hous. Auth.*, 79 F.3d 1139 (3d Cir. 1996) ("CLS views lawyers as fungible. That is, a lawyer with fifteen years of experience is a lawyer with fifteen years of experience. Period. . . . To CLS there is no difference among these various practitioners within our concededly eclectic profession.").

87. Although this action originated in the Scranton division of this Court, the Williamsport venire is the appropriate benchmark to fees in this action. This is an important observation, as this District exhibits a rather sweeping geography with variations in fees throughout. I note that the pertinent summary judgment motions, the second and third trials, and the fee petition and related proceedings were all conducted in the Williamsport division of this Court. Further, it appears

Last, I note that that there is often no better gauge of an attorney's skill and expertise, and consequently, their deserved hourly rate, than observing their performance first hand. I have had the opportunity to observe Ms. Pollick and a number of her affiants, including Mr. Dyller and Mr. Comitz, in hearings or conferences and have had numerous occasions to review their written work. Of course, I even had the opportunity to observe Ms. Pollick in a trial in this matter. Without reservation, I would find for the record that Ms. Pollick's written and oral abilities fall well below those of her affiants; indeed, her presentations cannot be placed in the same category as that of Mr. Dyller or even Mr. Comitz.

In response to Ms. Pollick's submissions, Defendant offers the affidavit of Robin B. Snyder, Esquire. Ms. Snyder is an experienced civil rights litigator with over seventeen years of experience.[88] Although she primarily represents defendants in civil rights cases, she avers that she is familiar with the rates charged by skilled federal court litigators in this venire, and the most commonly hourly rate is $250.00 per hour.[89] Ms. Pollick offers nothing to contradict Ms. Snyder's testimony.

Clearly then, the appropriate hourly rate that Ms. Pollick deserves has converged in recent years to the $200.00–$250.00 range for similar work performed at a similar level in similar forums. Moreover, I have taken into account "the attorney's experience, the complexity of the litigation, and the quality of the submitted

work product," all of which were subpar, in my view, when compared to similar litigation.[90] The bulk of the litigation also occurred, as detailed more fully throughout, between 2007 and 2013, which time period largely overlaps with those at issue in *Souryavong* ($250.00), *Dee* ($250.00), *Carey* ($225.00), *Smith* ($215.00), and *Lohman* ($215.00). Taking all of the above factors into consideration, it is my determination that $215.00 to $225.00 would have been a reasonable hourly rate based upon Ms. Pollick's performance during the time period for the Williamsport venire of this Court. To that end, her request for a $400.00 hourly rate was highly improper and called her entire fee bill into question from the outset. When combined with her excessive entries as detailed in the next section, it has affirmed in my mind that her motion for fees must be denied in full.

**B. Without Revising Her Time Entries In Any Way, Ms. Pollick Has Billed For Time That Was Necessitated By Her Own Vexatious And Obstreperous Conduct, Resulted In A New Trial, And Unnecessarily Prolonged Resolution Of This Action.**

 It is apparent that Ms. Pollick has done nothing to "weed out" improper or inapplicable time entries. To the contrary, she has submitted an unprocessed fee bill, requesting to be compensated for every billable increment that she apparently has ever entered in this matter. She has done so even though her misconduct conditioned

that the fees schedule I have set for this division is nevertheless marginally more generous on the higher end of the range than that which might be awarded in the Scranton division of this Court or in the Eastern District of Pennsylvania's Allentown division.

**88.** *See id.*, Ex. 4.

**89.** *See id.*

**90.** *Keister v. PPL Corp.*, No. 4:13-CV-00118, 257 F.Supp.3d 693, 702, 2016 WL 688031, at *5 (M.D. Pa. Feb. 19, 2016) (setting $275.00 hourly rate in the Williamsport venire for attorneys with exceptionally high "quality" in "research and submissions"), *aff'd*, 677 Fed. Appx. 63 (3d Cir. 2017) (Fisher, J.).

a new trial, she did not prevail whatsoever at the second trial, and several of those entries have no connection whatsoever to the instant defendant or claim. This is an independent reason why Ms. Pollick's motion will be denied in full and why sanctions are appropriate.

The Third Circuit has reiterated the following admonition of the Supreme Court several times: "A plaintiff who prevails in a civil rights action is ordinarily entitled to recover an attorney's fee unless 'special circumstances' would render such an award unjust." [91] For instance, when a plaintiff's counsel submits a claim that is "so intolerably inflated," district courts may "depart[ ] from the usual practice" and "react vigorously to prevent such abuse." [92] Several courts of appeals have recognized that district courts may deny a fee request *in toto* if the amount requested is so excessive that it "shocks the conscience" of the court.[93] Moreover, courts have found the requisite special circumstances in cases where a party exhibited "obstructive behavior" at trial;[94] and where a party "burdened" defense counsel and "disregarded the court's instruction." [95]

A leading decision is that of the United States Court of Appeals for the Seventh Circuit in *Shott v. Rush–Presbyterian–St. Luke's Medical Center.*[96] *Shott* stands for the proposition that "when a plaintiff's unreasonable arguments at the first trial force the parties to participate in a second proceeding, the plaintiff should not be allowed compensation for both proceedings." [97] In a line that could be copied verbatim and applied here, the district court in *Shott* granted the defendant's motion for a new trial because, during the first trial, "the plaintiff had presented her case to the jury in an unreasonable manner that likely confused the jury and prejudiced [the defendant]." [98]

Thus, because the conduct of plaintiff's counsel in *Shott* necessitated the new trial, it denied any fees for the first trial.[99] Again, in a passage that could be copied word-for-word here, the Seventh Circuit explained that during the first trial, plaintiff's counsel attempt to "throw at the jury…alleged misconduct" and "leave it to the jury to sort out." [100] That conduct was irrelevant, vexatious, and prejudi-

**91.** *Ashley v. Atl. Richfield Co.,* 794 F.2d 128, 131 (3d Cir. 1986) (quoting *Newman v. Piggie Park Enters,* 390 U.S. 400, 402, 88 S.Ct. 964, 19 L.Ed.2d 1263 (1968) (per curiam)).

**92.** *Brown v. Stackler,* 612 F.2d 1057, 1059 (7th Cir. 1980).

**93.** *See Brown,* 612 F.2d at 1057; *Lewis v. Kendrick,* 944 F.2d 949, 957–58 (1st Cir. 1991); *Fair Hous. Council of Greater Washington v. Landow,* 999 F.2d 92, 97 (4th Cir. 1993). Our Court of Appeals has noted that although it has applied this rule in prior cases, it recently explained that it has not had occasionally to formally adopt it. *See M.G. v. E. Reg'l High Sch. Dist.,* 386 Fed.Appx. 186, 189 n.2 (3d Cir. 2010) (Hardiman, J.) (citing *Hall v. Borough of Roselle,* 747 F.2d 838 (3d Cir.1984)).

**94.** *Wiercinski v. Mangia 57, Inc.,* 125 F.Supp.3d 445, 447 (E.D.N.Y. 2015) ("If there ever was a plaintiff who deserved no attorney's fees at all that plaintiff is Adam Wiercinski.") (citing *Farrar v. Hobby,* 506 U.S. 103, 120, 113 S.Ct. 566, 121 L.Ed.2d 494 (1992) ("Just as a Pyrrhic victor would be denied costs under Rule 54(d), so too should it be denied fees under § 1988.").

**95.** *Mahoney v. Kesery,* 778 F.Supp. 1002, 1004 (E.D. Wis. 1991).

**96.** 338 F.3d 736 (7th Cir. 2003).

**97.** *Id.* at 739.

**98.** *Id.* at 738–39.

**99.** *See id.* at 741–43.

**100.** *Id.* at 741.

cial.[101]

"Therefore," the Seventh Circuit concluded, plaintiff's counsel "should not receive attorney's fees or costs for the first trial."[102] "We simply do not think it appropriate to award a litigant attorney's fees for a trial that was voided by her unreasonable strategy."[103] This was particularly true because the conduct of Plaintiff's counsel "confused the jury" and "prejudiced [the defendant]."[104] The panel in *Shott* relied on its earlier decision in *Jaffee v. Redmond*, in which it concisely explained that if counsel's conduct "necessitates further proceedings," such misconduct "may justify denying compensation for those proceedings."[105]

The rule set forth by the Seventh Circuit in *Shott* has been universally adopted by other appellate courts—and for obvious reasons. For example, in *Gierlinger v. Gleason*, the United States Court of Appeals for the Second Circuit set forth a rule authorizing district courts to deny requests for fees attributable to mistrials in the event that the offending attorney "bore significant responsibility for the mistrial."[106] And in *O'Rourke v. City of Providence*, the United States Court of Appeals for the First Circuit similarly held that the key question in such fee disputes is whether plaintiff's counsel "was responsible for the introduction of irrelevant and highly prejudicial evidence that resulted in a voiding of that trial result."[107] "The question is who should pay for the mistake" and whether the mistake was "caused by plaintiff."[108] Finally, in *Abner v. Kansas City S. Ry. Co.*, the United States Court of Appeals for the Fifth Circuit echoed that a key factor for district courts to consider when parsing fee requests is whether the defendant shows "that Plaintiffs caused or contributed to the first mistrial."[109]

At least one district in the Third Circuit's vicinage has adhered to this principal in denying a fee request. That case was *Daniels v. Hawkins*, before the United States District Court for the District of Delaware.[110] The plaintiff in *Daniels* failed to comply with the deadline to retain an expert witness on DNA, the key piece of evidence in this alleged sexual assault case.[111] Thus, the district court ruled that the DNA would be inadmissible at trial to prove paternity of a resultant child.[112] At trial, the plaintiff attempted to introduce the DNA evidence for alternative purpose.[113] On appeal, the Third Circuit wrote that "as used here, the DNA evidence was not relevant and was not admissible."[114] Thus, because the evidence was prejudi-

101. *See id.*

102. *Id.* at 742.

103. *Id.*

104. *See id.*

105. *See* 142 F.3d 409, 416 (7th Cir. 1998).

106. *See* 160 F.3d 858, 878 (2d Cir. 1998).

107. *See* 235 F.3d 713, 737 (1st Cir. 2001).

108. *See id.*

109. *See* 541 F.3d 372, 383 (5th Cir. 2008). *See also Masimo Corp. v. Tyco Health Care Grp., L.P.*, No. CV02-4770MRP(AJWX), 2007 WL 5279897, at *3 (C.D. Cal. Nov. 5, 2007) ("Generally, a party may receive fees for a retrial so long as the mistake that made the retrial necessary is not attributable to unreasonable conduct by the party.").

110. No. CIV.A. 96-009 JJF, 2004 WL 1375298 (D. Del. June 15, 2004).

111. *See id.* at *1.

112. *Daniels v. Delaware*, No. 01-3954, 2002 WL 31716422 (3d Cir. Dec. 4, 2002).

113. *See id.*

114. *See id.*

cial, the Third Circuit granted the defendant a new trial.[115]

On remand and following a subsequent jury trial, the district court declined to award plaintiff's counsel fees associated with the first trial and a related motion in limine.[116] Indeed, the trial court noted that plaintiff's counsel "did not comply with the Court's deadline for identifying expert witnesses for the admission of DNA evidence, and Defendant moved in limine to exclude this evidence." [117] Thus, because the defendant lacked "adequate notice" of the evidence and was improperly "confronted" with it at trial, such conduct did not warrant an award of fees.[118]

Ms. Pollick's misconduct at the first trial here was arguably more brazen than any of those examples just recounted. Judge Kane held that Ms. Pollick's misconduct at the first trial was sufficient to warrant a mistrial and described her behavior as follows:

> The Court finds that Plaintiff's counsel did engage in improper conduct during the course of trial by persistently asking questions that had been ruled improper for the purpose of characterizing, or mischaracterizing, evidence.
>
> . . .
>
> Unprompted and in the presence of the jury, Plaintiff's counsel exclaimed:
>
> MS. POLLICK: I'm going to show his nakednews.com, what he showed the children, which absolutely goes to hostile educational atmosphere because of the fact that these girls had thongs, and he shows this to children that are 16 years old—
>
> THE COURT: Counsel.

MS. POLLICK: —in their bras and thongs.

. . . .

The Court went on to explain to Plaintiff's counsel, that "unless Mr. Smith can testify as to Plaintiff's perceptions that she did perceive [additional items alleged to be part of Plaintiff's hostile educational environment], I think we need to hear from Plaintiff.".

Immediately after this instruction, which took place outside the presence of the jury, the jury was returned to the courtroom and the following exchange occurred:

Q. Mr. Smith, you remember talking about breast size of women in class; correct?

A. I do remember speaking about that, yes.

Q. You said that more than a handful would be too much, right?

MR. FREUND: Your Honor, I'm going to make the same objection.

THE COURT: Sustained.

BY MS. POLLICK:

Q. You talked about swapping girlfriends, and if the one girlfriend—

MR. FREUND: Objection. . . .

THE COURT: Sustained.

The Court then reminded counsel that "as to each specific item, you are going to need to ask the witness as to Plaintiffs' presence on the day these things were mentioned." Plaintiff's counsel then went on for several minutes characterizing evidence in an inflammatory way preceded by a perfunctory "was Meagan there when." In response to nearly every question, Defendant Smith testified that he did not know if Plaintiff was

---

**115.** *See id.*

**116.** 2004 WL 1375298, at *2.

**117.** *Id.* at *1.

**118.** *See id.* & nn.1–2.

present, and Plaintiff ultimately did not testify to having seen or heard many of the items about which Plaintiff's counsel inquired.

Plaintiff's counsel later repeated this tactic when questioning the school board president, asking repeatedly whether, in her opinion, conduct which counsel characterized in an inflammatory way was "appropriate." After counsel asked, "Are you familiar with what he testified to, that he made comments about banging the cheerleader, talked about masturbation, female masturbation? Is that appropriate for a 16–year–old in a public school environment?" the Court called the parties for a sidebar. At sidebar, the Court instructed counsel: "Don't ask any more questions concerning whether items that were testified to as having been presented in class were appropriate in the eyes of the witness, because every single question you've asked, you've characterized the testimony and then you ask the witness, was this appropriate." Shortly after the sidebar was concluded, counsel asked the same witness, "And [the school board policy] talks about sexually explicit material is not appropriate. Let me ask you this, is sexually explicit material, is it appropriate—can you show it in the classroom?"

Plaintiff's counsel employed this tactic again during trial when questioning Detective Bentzoni Serfass, asking:

Q. But you were concerned about what was going on [in Defendant Smith's classroom], that you didn't think it was appropriate. Correct?

MR. FREUND: Objection. Leading.

THE COURT: Sustained.

BY MS. POLLICK:

Q. What was your opinion of the material?

MR. FREUND: Objection. No foundation, relevance.

THE COURT: Sustained. BY MS. POLLICK:

Q. Do you believe that Bruce Smith should have shown headless, naked females hanging?

MR. FREUND: Objection.[119]

Judge Kane went on to summarize Ms. Pollick's improper conduct as follows:

That Plaintiff's counsel's conduct was improper is obvious. Throughout the course of trial counsel alternatively asked about evidence that had been ruled inadmissible, asked for lay opinion testimony, and asked for testimony without foundation. The purpose of this tactic was apparently to inflame the jurors by repeating outrageous conduct that is alleged to have occurred as fact enough times so the jurors would believe it did occur—even if no evidence was introduced that would support such a finding. To cite just one example, the Court notes that counsel asked various witnesses about Defendant Smith discussing "masturbation" a total of seven times during trial in addition to mentioning it in her closing argument. However, there is no evidence in the record that Defendant Smith ever even used the word in Plaintiff's presence. The effect of counsel's conduct is obvious: the jury was inflamed and misled into believing there was evidence that Defendant Smith discussed masturbation with Plaintiff.

On appeal, the Third Circuit affirmed Judge Kane's decision, noting that she "cataloged an extensive record of misconduct by the Young's counsel throughout the

119. *Young v. Pleasant Valley Sch. Dist.*, 2012 WL 1827194, at *27–29 (M.D. Pa. May 18, 2012) (internal footnotes omitted), *aff'd*, 601 Fed.Appx. 132 (3d Cir. 2015) (Fisher, J.).

First Trial." [120] Indeed, the panel observed that by engaging such misconduct, Ms. Pollick "attempted to inflame the jury by repeatedly asking improper questions and characterizing the evidence." [121] "We agree that such misconduct permeated the trial," the panel wrote, "making it 'reasonably probable' that the misconduct prejudicially influenced the verdict.[122]

All of the above authorities and judicial censures existed at the time Ms. Pollick submitted her fee petition, and the latter scoldings were well known to the parties here. That she nevertheless ignored those authorities and submitted an unrefined list of all her billable entries ever documented in connection with this matter, including those corresponding to misconduct, vexatious multiplication, new trials, and trials at which she did not prevail, provides an independent justification for denial of fees altogether and imposition of sanctions. As discussed more fully in the next section, this practice permeates Ms. Pollick's fee petition, which is rife with vague, duplicative, and other improper entries.

## C. Although The Court Has Attempted To Engage In A Line–By–Line Review Of Ms. Pollick's Fee Bill And Reduce It Accordingly, The Deficiencies It Exhibits Are So Widespread And Fundamental That Line–By–Line Reduction Would Be Infeasible, Inaccurate, And Would Further Waste The Public's Resources.

■ Our Court of Appeals has made clear on numerous occasions that "it *is* necessary that the [district court] go *line, by line, by line* through the billing records supporting the fee request." [123] My line-by-line review of Ms. Pollick's fee bill appears below. The fee bill is a morass to navigate—both in terms of its inconsiderate formatting of microscopic text and its having been larded over with more inadmissible entries than appropriate ones. Although I initially attempted a line-by-line review, I found myself eliminating such a high proportion of Ms. Pollick's entries and guessing at the propriety of the remaining ones that outright denial became the only feasible outcome. Indeed, these observed deficiencies permeate Ms. Pollick's fee petition to the core, in such a way that line-by-line reductions prove futile and wasteful.

In addition to those principles set forth above, the following guided my inquiry— and should have guided Ms. Pollick's submission. That Ms. Pollick neglected this establish authority offers an independent ground warranting the imposition of sanctions, as discussed more fully below.

■ "Counsel for the prevailing party should make a good faith effort to exclude from a fee request hours that are excessive, redundant, or otherwise unnecessary, just as a lawyer in private practice ethically is obligated to exclude such hours from his fee submission." [124] "In the private sector, 'billing judgment' is an important component in fee setting. It is no less important here. Hours that are not properly

**120.** *Young v. Pleasant Valley Sch. Dist.,* 601 Fed.Appx. 132, 135 (3d Cir. 2015) (Fisher, J.).

**121.** *Id.*

**122.** *Id.* (quoting *United States v. Riley,* 621 F.3d 312, 339 (3d Cir.2010)).

**123.** *Evans v. Port Auth. of N.Y. & New Jersey,* 273 F.3d 346, 362 (3d Cir. 2001) (internal

quotation marks omitted) (second emphasis added) (Mansmann, J.). *See also Interfaith Cmty. Org. v. Honeywell Int'l, Inc.,* 426 F.3d 694, 713 (3d Cir. 2005) (Becker, C.J.).

**124.** *Hensley v. Eckerhart,* 461 U.S. 424, 434, 103 S.Ct. 1933, 76 L.Ed.2d 40 (1983).

billed to one's *client* also are not properly billed to one's *adversary* pursuant to statutory authority." [125] Thus, district courts should view fee petitions as "[i]f plaintiffs were fee-paying clients," [126] excluding those entries "normally charged to a fee-paying client." [127]

 "Of course," and quite pertinent here, "purely clerical or secretarial tasks should not be billed at a paralegal rate, regardless of who performs them." [128] "It is appropriate to distinguish between legal work, in the strict sense, and investigation, clerical work, compilation of facts and statistics and other work which can often be accomplished by non-lawyers but which a lawyer may do because he has no other help available." Such non-legal work may command a lesser rate or may be eliminated altogether.[129] "Its dollar value is not enhanced just because a lawyer does it." [130]

 Thus, "[a] claim by a lawyer for maximum rates for telephone calls with a client, legal research, a letter concerning a discovery request, the drafting of a brief, and trial time in court is neither fair nor reasonable." [131] "Many of these tasks are effectively performed by administrative assistants, paralegals, or secretaries," and "to claim the same high reimbursement rate for the wide range of tasks performed is unreasonable." [132] "Having prevailed in the litigation is not cause to overwhelm the losing party with unreasonable fees and costs." [133]

 In addition, "hours chargeable to the claims against defendants who are found not liable" cannot be recovered if those defendants or claims are "sufficiently separable from the rest of the litigation." [134] Claims or defendants are "sufficiently separable" where some survive and some are disposed of on a single motion or appeal or where the time expended as to one theory "did not further successful claims [but] was spent solely on unsuccessful claims." [135]

 In addition, Ms. Pollick has not edited her records to reflect time spent on evidence or witnesses that were completely excluded or were wholly irrelevant to the third trial. In fact, she has billed time corresponding to one expert who whose opinions were excluded as early as the first trial. Fees corresponding to expert witnesses or evidence that has been completely excluded are, for obvious reasons, typically not recoverable.[136] This is particularly true where the evidence did nothing to aid the plaintiff on the claims on which she prevailed and therefore "manifest injustice

---

125. *Id.*

126. *Student Pub. Interest Research Grp. of New Jersey, Inc. v. AT & T Bell Labs*, 842 F.2d 1436, 1454 (3d Cir. 1988).

127. *Planned Parenthood of Cent. New Jersey v. Attorney Gen. of State of New Jersey*, 297 F.3d 253, 267 (3d Cir. 2002).

128. *Missouri v. Jenkins by Agyei*, 491 U.S. 274, 288 n.10, 109 S.Ct. 2463, 105 L.Ed.2d 229 (1989).

129. *See id.*

130. *Id.*

131. *Loughner v. Univ. of Pittsburgh*, 260 F.3d 173, 180 (3d Cir. 2001).

132. *Id.*

133. *Id.*

134. *Rode v. Dellarciprete*, 892 F.2d 1177, 1185 (3d Cir. 1990).

135. *See id.*

136. *See, e.g., Catapult Commc'ns Corp. v. Foster*, No. 06 C 6112, 2010 WL 659075, at *2 (N.D. Ill. Feb. 19, 2010).

would result from awarding them."[137] Accordingly, as one court has quipped, "Time spent dealing with a retained expert whose planned testimony would be recognized as inadmissible by any reasonable attorney is simply not time well-spent."[138]

With that background in mind, I now turn to my line-by-line review of Ms. Pol- lick's fee bill for the first three years of this litigation (2007–2009). That review confirms that line-by-line reductions would be improper and that the fee bill must be denied in full.

### Table 1. Line-by-Line Fee Bill Revisions as Attempted by the Court

| Date | Entry | Revision | Justification |
|------|-------|----------|---------------|
| 5/7/2007 | 1.80, comprised of five "telephone conferences with Patti . . . regarding situation"; "regarding representation"; and "regarding more information" | 0.25 (-1.55) | Vague and ambiguous; unreasonable |
| 5/8/2007 | 2.50, comprised of meeting with clients "to discuss situation" | 1.00 (-1.50) | Vague and ambiguous; unreasonable |

137. *See id.*

138. *Foley v. Huppe*, No. 10-CV-335-JL, 2012 WL 5467527, at *6 (D.N.H. Nov. 9, 2012).

| Date | Entry | Revision | Justification |
|------|-------|----------|---------------|
| 5/9/2007 | 3.00, comprised of "Preparation of PHRA complaint for Jane Doe 2." | 0.00 (-3.00) | Vague and ambiguous; irrelevant; no "Jane Doe 2" involved in this action |
| 5/9/2007 | 0.80, comprised of "TC with Patty about filings and other issues" | 0.00 (-0.80) | Vague and ambiguous; unreasonable; duplicative of proximate entries |
| 5/10/2007 | 0.20, comprised of "TC from reporter regarding case, no comment." | 0.00 (-0.20) | Irrelevant; not billable time |
| 5/10/2007 | 0.80, comprised of "TC with Patty regarding issues." | 0.00 (-0.80) | Vague and ambiguous; unreasonable and duplicative of proximate entries |
| 5/10/2007 | 3.00, comprised of "Discussion of case with staff regarding issues." | 0.50 (-2.50) | Vague and ambiguous; unreasonable |
| 5/11/2007 | 5.00, comprised of "Reviewed case and developments"; "Reviewed additional documents sent by Patti" and "Reviewed comments by students regarding what Smith did during class." | 1.25 (-3.75) | Unreasonable; Block-billing; entries lack sufficient detail to substantiate the extent of time billed |

| Date | Entry | Revision | Justification |
|---|---|---|---|
| 5/12/2007 | 1.90, comprised of "TC from Patty regarding issues and concerns"; "TC with Patty regarding meeting"; "TC with Patti regarding appointment and developments"; "TC with Patti regarding developments and her status"; and "TC with Patti regarding situation and what will happen next." | 0.00 (-1.90) | Vague and ambiguous; duplicative of proximate entries; unreasonable; Block-billing; entries lack sufficient detail to substantiate the extent of time billed |
| 5/12/2007 | 0.20, comprised of "Correspondence from reporter regarding article." | 0.00 (-0.20) | Irrelevant; not billable time |
| 5/13/2007 | 2.00, comprised of "Discussion with staff about blogging comments and publicity." | 0.00 (-2.00) | Irrelevant; unreasonable; not billable time |
| 5/14/2007 | 0.10, comprised of "TC from Pocono record regarding lawsuit" | 0.00 (-0.10) | Irrelevant; not billable time |
| 5/14/2007 | 0.60, comprised of "TC from Patti regarding situation." | 0.00 (-0.60) | Vague and ambiguous; unreasonable; duplicative of prior entries |
| 5/14/2007 | 0.10, comprised of "TC from TV13 regarding case" | 0.00 (-0.10) | Irrelevant; not billable time |

| Date | Entry | Revision | Justification |
|------|-------|----------|---------------|
| 5/14/2007 | 2.00, comprised of "discussion with staff about media affects [*sic*] on case" | 0.00 (-2.00) | Irrelevant; not billable time |
| 5/14/2007 | 6.10, comprised of "TC from Expert Judith Reisman regarding case"; "Receipt and review of Judith Resiman's bio"; "Receipt and review of articles from Judith Reisman"; "Additional discussion with staff on expert and her opinions about case."; "TC from Judith Reisman regarding on working on the case" and four separate correspondences to Ms. Reisman, all purportedly occurring on the same date | 0.00 (-6.10) | Proposed expert excluded under *Daubert* framework and Fed. R. Evid. 403 as irrelevant, unreliable, and unduly prejudicial. *See* ECF Nos. 148 & 626; redundant of entries on same date; unreasonable and duplicative; entries lack sufficient detail to substantiate the extent of time billed |
| 5/14/2007 | 2.00, comprised of "Researched SESAME and other information about exploitation" | 0.00 (-2.00) | Irrelevant; vague and ambiguous; entry lacks sufficient detail to substantiate the extent of time billed |

| Date | Entry | Revision | Justification |
|---|---|---|---|
| 5/14/2007 | 1.00, comprised of "Receipt and review of 'therapists'" | 0.00 (-1.00) | Vague and ambiguous; entries lack sufficient detail to substantiate the extent of the time billed or the relevance to this action |
| 5/15/2007 | 0.10, comprised of "TC from Reporter regarding update – Pocono Record" | 0.00 (-0.10) | Irrelevant; not billable time |
| 5/15/2007 | 2.00, comprised of "Reviewed blogs on Pocono Record." | 0.00 (-2.00) | Unreasonable; irrelevant; vague and ambiguous; entry lacks sufficient detail to substantiate the extent of time billed and the relevance to this action |
| 5/15/2007 | 0.10, comprised of "Correspondence from Shaun Mullein regarding 'doe.'" | 0.00 (-0.10) | Irrelevant; not billable time; entry lacks sufficient detail; unidentified individuals "doe" and "Mullein" |
| 5/15/2007 | 0.90, comprised of "TC with Patty regarding situation" and "TC from Patti regarding situation" | 0.25 (-0.65) | Unreasonable; vague and ambiguous; duplicative of proximate entries |
| 5/16/2007 | 1.00, comprised of "Reviewed discussions on blogs." | 0.00 (-1.00) | Unreasonable; vague and ambiguous; entry lacks sufficient detail to substantiate the extent of time billed or relevance to this action |

| Date | Entry | Revision | Justification |
|------|-------|----------|---------------|
| 5/16/2007 | 0.30, comprised of "Receipt and review of additional document" | 0.00 (-0.30) | Entry lacks sufficient detail to substantiate extent of time billed or relevance to this action |
| 5/18/2007 | 0.30, comprised of "TC with Patti checking in to see how Meagan is doing." | 0.00 (-0.30) | Irrelevant; not billable time (Although it was kind of Ms. Pollick to check in on her client, it was undoubtedly less so to bill her for the curtesy.) |
| 5/23/2007 | 0.20, comprised of "TC from Patti regarding updated information" | 0.00 (-0.20) | Entry lacks sufficient detail to substantiate extent of time billed or relevance to this action |
| 5/25/2007 | 0.50, comprised of "TC with Patti discussing threat of lawsuit by Smith" | 0.00 (-0.50) | Vague and ambiguous; Entry lacks sufficient detail to substantiate relevance to this action; no counterclaims were filed in this lawsuit |
| 5/25/2007 | 1.00, comprised of "Legal research for reply letter to threat of defamation action" | 0.00 (-1.00) | Entry lacks sufficient detail to substantiate relevance to this action; no counterclaims were filed in this lawsuit; irrelevant to § 1983 fee petition |

| Date | Entry | Revision | Justification |
|------|-------|----------|---------------|
| 5/25/2007 | 0.40, comprised of "Correspondence with Swetz advising what law is on defamation." | 0.00 (-0.40) | Entry lacks sufficient detail to substantiate extent of time billed or relevance to this action; irrelevant to § 1983 fee petition; unidentified individual "Swetz" |
| 5/30/2007–6/1/2007 | 1.00, comprised of "TC from Patty regarding updates"; "Correspondence with Patti regarding original documents"; "TC with Patti regarding developments"; and "TC from Patti regarding newspaper article" | 0.25 (-0.75) | Duplicative of proximate entries; entries lack sufficient detail to substantiate extent of time billed, propriety of billing, and relevance to action |
| 5/31/2007 | 0.10, comprised of "TC from morning call regarding case." | 0.00 (-0.10) | Irrelevant; not billable time |
| 6/1/2007 | 2.50, comprised of "Researched blogs to find threats | 0.60 (-1.90) | Unreasonable; duplicative |
| 6/5/2007 | 2.50, comprised of "Researched blogs to find threats for use in motion" | 0.00 (-2.50) | Irrelevant to § 1983 fee petition; Entry lacks sufficient detail to substantiate extent of time billed, propriety of entry, or relevance to Smith/§ 1983 claim |

| Date | Entry | Revision | Justification |
|---|---|---|---|
| 6/6/2007 | 2.00, comprised of "Reviewed blogs to recent news article." | 0.00 (-2.00) | Unreasonable; irrelevant; duplicative of proximate entries; lacks sufficient detail to substantiate extent and propriety of billing and relevance to Smith/§ 1983 claim |
| 6/8/2007 | 0.60, comprised of "TC from Patti regarding issues." | 0.00 (-0.60) | Vague and ambiguous; entry lacks sufficient detail to substantiate extent of time billed and relevance to this action |
| 6/12/2007– 6/13/2007 | 1.30, comprised of "TC from Dr. Reisman regarding case"; "Correspondence with Dr. Reisman regarding her calling me"; "Correspondence from Dr. Reisman regarding her testimony"; and "Receipt and review of Dr. Reisman's California protective parents association testimony." | 0.00 (-1.30) | Proposed expert excluded under *Daubert* framework and Fed. R. Evid. 403 as irrelevant, unreliable, and unduly prejudicial. *See* ECF Nos. 148 & 626; redundant of entries on same date; unreasonable and duplicative; entries lack sufficient detail to substantiate the extent of time billed |

| Date | Entry | Revision | Justification |
|------|-------|----------|---------------|
| 6/14/2007 | 1.80, comprised of "TC with Expert Reisman regarding case and help"; "Correspondence from Dr. Reisman regarding study"; "Correspondence from Dr. Reisman regarding brain science data"; "Correspondence from Dr. Reisman regarding sex crime of teacher – 2nd offense"; "Correspondence from Dr. Reisman regarding Supreme Court brief that Dr. Reisman is cited in."; "Receipt and review of Supreme Court brief that Dr. Reisman is cited in." | 0.00 (-1.80) | Proposed expert excluded under *Daubert* framework and Fed. R. Evid. 403 as irrelevant, unreliable, and unduly prejudicial. *See* ECF Nos. 148 & 626; redundant of entries on same date; unreasonable and duplicative; entries lack sufficient detail to substantiate the extent of time billed |
| 6/14/2007 | 0.60, comprised of "Correspondence from Patti regarding school board policies" and "Correspondence from Patti regarding additional policies that are implicated" | 0.25 (-0.35) | Duplicative of proximate entries; entries lack sufficient detail to substantiate time expended |

| Date | Entry | Revision | Justification |
|------|-------|----------|---------------|
| 6/15/2007 | 0.60, comprised of "Receipt and review of Study by Andreas Keil" | 0.00 (-0.60) | Irrelevant; vague and ambiguous; unidentified individual "Keil"' entry lacks sufficient details establishing relevance to this action |
| 6/15/2007 | 0.30, comprised of "Receipt and review of article on Detroit 'teacher of the year' getting sentenced for porn" | 0.00 (-0.30) | Irrelevant; entry lacks sufficient details establishing relevance to this action |
| 6/15/2007 | 0.50, comprised of "Correspondence from Dr. Reisman regarding teacher of the year" and "Correspondence from Dr. Reisman regarding stores on teachers" | 0.00 (-0.50) | Proposed expert excluded under *Daubert* framework and Fed. R. Evid. 403 as irrelevant, unreliable, and unduly prejudicial. *See* ECF Nos. 148 & 626; redundant of entries on same date; unreasonable and duplicative; entries lack sufficient detail to substantiate the extent of time billed |

| Date | Entry | Revision | Justification |
|------|-------|----------|---------------|
| 6/15/2007–6/19/2007 | 1.10, comprised of "Receipt and review of 2 additional policies provided by Doe"; "Correspondence with Patti advising will call her on Monday"; "TC with Patti regarding update"; "TC from Patti regarding expert"; "TC with Patti regarding expert" | 0.25 (-0.85) | Duplicative of proximate entries; vague and ambiguous; administrative tasks; not billable time; entries lack sufficient detail substantiating hours expended and relevance to action |
| 6/18/2007–6/21/2007 | 0.30, comprised of "TC from PHRC, David Kozemchak regarding docketing"; "TC with David advising that if he needs additional information to call me."; and "TC from PHRC advising will be docketing complaint today." | 0.00 (-0.30) | Administrative tasks; duplicative; not billable time |
| 6/27/2007 | 0.30, comprised of "Correspondence from Swetz regarding letters between each other" | 0.00, (-0.30) | Vague and ambiguous; entry lacks sufficient detail substantiating time expended, propriety of billing, and relevance to case; unidentified individual "Swetz" |

| Date | Entry | Revision | Justification |
|---|---|---|---|
| 6/27/2007 | 0.10, comprised of "TC from Patti regarding new address" | 0.00 (-0.10) | Administrative task; not billable time; entry lacks sufficient detail substantiating propriety of billing decision or relevance to this action |
| 6/28/2007–6/30/2007 | 0.20, comprised of "Correspondence from Judith regarding emails" and "Correspondence with Judith regarding call to her next week to discuss case" | 0.00 (-0.20) | Proposed expert excluded under *Daubert* framework and Fed. R. Evid. 403 as irrelevant, unreliable, and unduly prejudicial. *See* ECF Nos. 148 & 626; redundant of entries on same date; unreasonable and duplicative; entry lacks sufficient detail to substantiate the extent of time billed; duplicative of proximate entries |

| Date | Entry | Revision | Justification |
|---|---|---|---|
| 7/9/2007–7/13/2007 | 0.90, comprised of "TC from Patti regarding updated information"; "Correpsondence from Patti regarding other case"; "Correspondence from Patti regarding article on student's mom"; and "receipt and review of article about another person being retaliated against after complaining" | 0.00 (-0.90) | Duplicative of proximate entries; entries lack sufficient detail to substantiate extent of time billed and relevance to this action; not billable time |
| 7/20/2007; 7/23/2007 | 1.20, comprised of "TC with Dr. Reisman regarding case" and 6 entries of "Correspondence with/from Reisman regarding case" | 0.00 (-1.20) | Proposed expert excluded under *Daubert* framework and Fed. R. Evid. 403 as irrelevant, unreliable, and unduly prejudicial. *See* ECF Nos. 148 & 626; redundant of entries on same date; unreasonable and duplicative; entries lack sufficient detail to substantiate the extent of time billed; unreasonable; duplicative of proximate entries |

| Date | Entry | Revision | Justification |
|------|-------|----------|---------------|
| 8/2/2007 | 0.80, comprised of "TC with Patti regarding Judge's decision requiring us to reveal identity"; "TC from Patti regarding situation and how she wants to proceed"; and "TC from Patti regarding case and how it will proceed" | 0.25 (-0.55) | Unreasonable, duplicative |
| 8/2/2007 | 1.00, comprised of "receipt and review of documentation from PHRC" | 0.00 (-1.00) | Entry lacks sufficient detail to substantiate extent of time billed and relevance to case; unreasonable |
| 8/3/2007 | 0.20, comprised of "TC from Chris Monnegeall regarding decision on case" | 0.00 (-0.20) | Vague and ambiguous; irrelevant; unidentified individual "Monnegeall" |
| 8/3/2007 | 0.20, comprised of "Preparation of acknowledgment for Meagan to sign" | 0.00 (-0.20) | Administrative; not billable time |
| 8/8/2007 | 0.20, comprised of "Correspondence with Tarone regarding judge's decision" and "Correspondence with Tarone regarding Judge's decision and respect judge fully" | 0.00 (-0.20) | Vague and ambiguous; irrelevant; unidentified individual "Tarone" |

| Date | Entry | Revision | Justification |
|---|---|---|---|
| 8/9/2007 | 0.10, comprised of "Correspondence with Patti regarding acknowledgments" | 0.00 (-0.10) | Administrative; not billable time; entry lacks sufficient detail to substantiate relevance to this action |
| 8/9/2007 | 0.30, comprised of "Receipt and review of Article in Standard Speaker" | 0.00 (-0.30) | Not billable time; entry lacks sufficient detail to substantiate the extent of time billed or relevance to this action |
| 8/10/2007 | 0.50, comprised of "TC with Patti discussing case" and "TC from Patti regarding acknowledgment" | 0.00 (-0.50) | Unreasonable; duplicative of proximate entries; vague and ambiguous |
| 8/14/2007 | 0.10, comprised of "TC from Dan Barett Pocono Record regarding case" | 0.00 (-0.10) | Not billable time |
| 8/15/2007 | 0.20, comprised of "TC from Patty regarding article and blogs." | 0.00 (-0.20) | Irrelevant; entry lacks sufficient detail to substantiate the extent of time billed |
| 8/15/2007 | 0.10, comprised of "Correspondence from Judith regarding case" | 0.00 (-0.10) | Expert excluded as irrelevant and highly prejudicial. |
| 8/20/2007 | 0.40, comprised of "Review blogs on moderate for use in case" | 0.00 (-0.40) | Vague and ambiguous; entry lacks sufficient detail substantiating relevance to this action |

| Date | Entry | Revision | Justification |
|---|---|---|---|
| 8/23/2007–10/4/2007 | 5.10, comprised of 28 entries to client's mother: "TC from Patti re status of case"; "TC from Patti re update"; "Correspondence from Patti re policies and procedures"; "Correspondence with Patti thanking her for information"; "Correspondence with Patti thanking her for update"; "Correspondence with Patti re article"; "Correspondence from Patti thanking me for work on brief"; "Correspondence from Patti re morning news article"; "Correspondence from Patti advising what to do"; "Correspondence from Patti re article"; "Correspondence with Patti thanking her fort article."; "Correspondence with Patti re rape case in Allentown"; etc. | 0.50 (-4.60) | Duplicative of proximate entries; Administrative tasks; unreasonable; Irrelevant; Vague and ambiguous; Entries lack sufficient detail substantiating claimed time and relevance to this action |

| Date | Entry | Revision | Justification |
|------|-------|----------|---------------|
| 9/7/2007 | 7.60, comprised of "Additional preparation to 2nd Motion to Dismiss" | 2.50 (-5.10) | Duplicative of proximate entries; unreasonable as overstated; Block billing |
| 9/15/2007 | 0.30, comprised of "Reviewed article on Smith coming back to classroom" | 0.00 (-0.30) | Entry lacks sufficient detail substantiating relevance to this action |
| 9/25/2007 | 0.40, comprised of "Receipt and review of new policy on abuse versus old version" | 0.00 (-0.40) | Entry lacks sufficient detail substantiating relevance to this action |
| 10/4/2007 | 0.20, comprised of "Correspondence from PHRC cancelling FFC" | 0.00 (-0.20) | Administrative task; not billable |
| 10/8/2007 | 0.20, comprised of "Correspondence with PHRC regarding unavailability for FFC" | 0.00 (-0.20) | Administrative task; not billable; redundant/duplicative of proximate entries |
| 12/16/2007 | 0.30, comprised of three separate entries of correspondence with "Patti" | 0.10 (-0.20) | Unreasonable and excessive; duplicative of proximate entries |
| 2007 TOTAL | 114.80 | -68.05 (59%) | TOTAL AFTER DEDUCTIONS: 46.75 |

| Date | Entry | Revision | Justification |
|---|---|---|---|
| 2/7/2008 | 0.20, comprised of "Correspondence from Patti regarding article in paper" and "Correspondence with Patti advising her about details or oral argument" | 0.00 (-0.20) | Duplicative of proximate entries; administrative task; not billable time; entries lack sufficient detail substantiating propriety of billable time |
| 2/14/2008 | 0.30, comprised of "TC from Erin of Times regarding case" and "TC with reporter regarding what case is about" | 0.00 (-0.30) | Irrelevant; not billable time |
| 2/14/2008– 2/28/2008 | 1.1, comprised of "TC from Patti regarding case status"; "TC from Patti regarding questions on case"; "TC from Patti regarding case"; and "TC from Patti regarding call and new information" | 0.25 (-0.85) | Duplicative of proximate entries; entries lack sufficient detail substantiating propriety of billing and extent of time billed; administrative tasks |
| 2/28/2008 | 0..10, comprised of "TC from Morning Call regarding order" | 0.00 (-0.10) | Irrelevant; not billable time |

| Date | Entry | Revision | Justification |
|---|---|---|---|
| 2/28/2008–3/5/2008 | 1.30, comprised of "Correspondence from Patti advising case was reported" "Correspondence with Patti thanking her for update"; "Correspondence from Patti regarding article in Pocono Record"; "Correspondence with Patti thanking her for providing update"; "Correspondence from Patti regarding news article about on-line school"; "Correspondence from Patti summarizing blogs"; "Correspondence with Patti advising can't use as evidence need her to send me copies of blogs."; "Correspondence with Patti regarding documents"; "Correspondence with Patti thanking her for her outstanding cooperation" | 0.00 (-1.30) | Duplicative of proximate entries; irrelevant; administrative tasks; not billable time; entries lack sufficient detail substantiating propriety of billing, extent of time billed, and relevance to this action |

■■■■■■■■■■

| Date | Entry | Revision | Justification |
|------|-------|----------|---------------|
| 3/20/2008– 3/28/2008 | 1.90, comprised of "Correspondence from Patti regarding issues about homebound"; "Correspondence with Patti thanking her for information"; "Correspondence from Patti regarding details of situations"; "Correspondence with Patti thanking her for information"; "Correspondence from Patti regarding information on spiral notebook"; "Correspondence from Patti regarding spiral notebook"; "Correspondence with Patti advising need to send"; and "Correspondence from Patti advising thank you for update" | 0.00 (-1.90) | Duplicative of proximate entries; irrelevant; administrative tasks; not billable time; entries lack sufficient detail substantiating propriety of billing, extent of time billed, and relevance to this action |

| Date | Entry | Revision | Justification |
|---|---|---|---|
| 3/26/2008 | 9.00, comprised of "Preparation of Answers to Interrogatories-Finalized"; "Preparation of Responses to RPDs."' "Finalization of Answers to Interrogatories"; and "Finalization of Responses to RPDs" | 2.00 (-7.00) | Duplicative; unreasonable; block billing; entries lack sufficient detail substantiating propriety of extent of time billed |
| 4/8/2008 | 0.10, comprised of "Correspondence with Tami advising can't change pdf" | 0.00 (-0.10) | Administrative task; not billable time |
| 4/24/2008 | 2.00, comprised of "Preparation of JCM" | 1.00 (-1.00) | Unreasonable in light of proximate entries; Entry lacks sufficient detail substantiating extent of time billed |
| 5/3/2008 | 0.20, comprised of "Correspondence from Patti regarding new rule" and "Correspondence with Patti thanking her for update" | 0.00 (-0.20) | Duplicative of proximate entries; entries lack sufficient detail substantiating time billed and relevance to this action |
| 5/6/2008 | 0.20, comprised of "Correspondence with OP regarding documents" | 0.00 (-0.20) | Entry lacks sufficient detail substantiating propriety of time billed and relevance to this action |

| Date | Entry | Revision | Justification |
|------|-------|----------|---------------|
| 5/9/2008 | 1.00, comprised of "Reviewed documents that needed to be turned over in response to discovery requests" | 0.25 (-0.75) | Entry lacks sufficient detail substantiating propriety of time billed |
| 5/12/2008– 5/13/2008 | 0.60, comprised of "Correspondence from Judy Price regarding mediation session"; "Correspondence from Judy price advising need dates for mediation"; and "Correspondence with Judy Price advising June 20 is good for us" | 0.00 (-0.60) | Administrative tasks; not billable attorney time |
| 5/13/2008 | 1.10, comprised of "TC from Patti regarding mediation and other items"; "TC from Patti regarding more questions about mediations; trial; settlement – addressed various conc"; and "Correspondence with Patti advising need dates they can come up" | 0.25 (-0.85) | Duplicative of proximate entries; administrative task; not billable attorney time |

| Date | Entry | Revision | Justification |
|---|---|---|---|
| 5/15/2008 | 2.50, comprised of "Legal research on disclosure of electronic data" and "Preparation of Brief in Support of Production of Electronic Data" | 0.00 (-2.50) | Unreasonable; entries lack sufficient detail substantiating propriety of time billed and relevance to this action |
| 5/19/2008--6/11/2008 | 2.10, comprised of "Correspondence from Mediator asking if 20th was good for Freund"; "Correspondence from OP advising June 20th is good for him"; "Correspondence from Mediator advising she will confirm June 20th @ 11am"; "Correspondence with Mediator, OP medication [*sic*] at Mediator's office good"; "Correspondence from Judy Price confirming date and time for mediation"; "Correspondence with Patti advising of mediation date."; | 0.00 (-2.10) | Administrative tasks; not attorney billable time; duplicative of proximate entries; unreasonable; redundant |

| Date | Entry | Revision | Justification |
|---|---|---|---|
| 5/19/2008– 6/11/2008 *Continued* | "Correspondence from Patti advising she will be her [*sic*] by 10:30 and advising of her demand"; "Correspondence with Patti advising okay, but we will talk more when we meet"; "Correspondence from Patti regarding demand"; "Correspondence with Patti advising details of mediation process"; "TC from Judy Price regarding TC about mediation"; "TC with Dorothy of Judy Price's office regarding TC before mediation"; "TC from Judy Price, OP regarding mediation extension" | | |
| 6/2/2008 | 3.00, comprised of "Preparation of BIO to OP's Motion to Compel" | 1.00 (-2.00) | Entry lacks sufficient detail substantiating extent of time billed |
| 6/11/2008 | 0.40, comprised of "TC with Patti regarding mediation" and "TC from Patti regarding status" | 0.10 (-0.30) | Duplicative of proximate entries; lacks sufficient detail |

| Date | Entry | Revision | Justification |
|------|-------|----------|---------------|
| 6/11/2008 | 0.20, comprised of "TC from Bill regarding mediation" | 0.00 (-0.20) | Entry lacks sufficient detail to substantiate extent of time billed and relevance to case; unidentified individual "Bill" |
| 6/30/2008– 7/8/2008 | 1.20, comprised of "Correspondence with Patti regarding MTC"; "Correspondence from Patti regarding youtube"; "Correspondence from Patti – 2nd letter on you tube issues"; "Correspondence from Patti regarding reviewing box of documents"; "Correspondence with Patti advising can review box any time"; "Correspondence from Patti regarding deposition for Meagan"; "Correspondence from Patti regarding news article" | 0.00 (-1.20) | Duplicative of proximate entries; unreasonable; entries lack sufficient detail substantiating time billed, propriety of time billed, and relevance of billed time to this action |
| 7/7/2008 | 0.20, comprised of "TC with Jenn regarding case" | 0.00 (-0.20) | Entry lacks sufficient detail to substantiate extent of time billed and relevance to case; unidentified individual "Jenn" |

| Date | Entry | Revision | Justification |
|------|-------|----------|---------------|
| 7/10/2008–7/17/2008 | 2.20, comprised of "TC from OP regarding dates for deposition"; "TC from OP advising free on 23th to do depos"; "Preparation of Notice of Deposition for Smith"; "Preparation of Amended 30(b)(6) deposition notice"; "Correspondence with Patti advising of depo dates"; "Correspondence from Patti regarding youtube and other items"; "Correspondence with Patti advising that we will talk more during prep session"; "Correspondence with Patti advising I will do what I can to get date in August."; "Correspondence with OP regarding waver [sic] of service"; "Preparation of Waiver of Service for both Defendants"; | 0.25 (-1.95) | Administrative tasks; not billable as attorney time; duplicative of proximate entries |

| Date | Entry | Revision | Justification |
|---|---|---|---|
| 7/10/2008–7/17/2008 *Continued* | "Correspondence from OP regarding waiver of service"; "Correspondence from PHRC regarding on-going investigation"; "TC from PHRC, Vivian requesting copy of lawsuit" | | |
| 7/30/2008 | 0.50, comprised of "Correspondence with Detective Bentzoni" and "Preparation for Subpoena for deposition-Bentzoni" | 0.00 (-0.50) | Witness excluded as prejudicial and irrelevant to this action, particularly as to third trial (Smith). *See* ECF No. 626; also administrative task; not billable as attorney time |
| 8/4/2008–8/8/2008 | 0.60, comprised of "Correspondence from Patti regarding meeting on Sunday"; "Correspondence with Patti advising she is correct on both items; and will see her at new office at"; and "TC with Patti regarding addresses; and discussed depos scheduled for Monday" | 0.00 (-0.60) | Administrative task not billable as attorney time; duplicative of proximate entries |

| Date | Entry | Revision | Justification |
|---|---|---|---|
| 8/8/2008 | 0.40, comprised of "Correspondence from Floyd regarding customer service survey" and "Correspondence from Floyd regarding letter to Freund" | 0.00 (-0.40) | Irrelevant; lacks sufficient detail |
| 8/8/2008– 8/12/2008 | 9..00, comprised of "Meeting with clients in preparation of depositions"; "Preparation for deposition of clients and 30(b)(6)"; "Additional preparation for 30(b)(6) deposition"; "Reviewed file to pull out documents for 30(b)(6) deposition"; "Additional preparation for 30(b)(t) deposition and Smith, Detective" | 2.00 (-7.00) | Overstated and unreasonable; lacks sufficient specificity to justify amount of time billed; block billing; administrative task; witness excluded prior to third trial |
| 8/11/2008– 8/12/2008 | 3.40, comprised of "Travel to Bethlehem for depositions" and "Travel from Bethlehem after 30(b)(6) deposition" | 2.50 (-0.90) | Travel time overstated |

| Date | Entry | Revision | Justification |
|------|-------|----------|---------------|
| 8/13/2008–8/15/2008 | 2.30, comprised of "Correspondence from Patti regarding policy violations"; "Correspondence with court reporter requesting she bold answers"; "Correspondence with Patti regarding blogs she found"; "Correspondence from Patti regarding depositions and other information for case."; "TC from Patti regarding case"; "TC with Patti regarding depositions; several issues and concerns; medical releases; upcoming dpeosi"; "Correspondence from Patti regarding list of doctors"; "Receipt and review of list of doctors that family has seen"; "Correspondence with Patti thanking her for getting list of doctors to me"; "Correspondence from Patti advising she is putting stuff behind her"; | 0.00 (-2.30) | Not billable time; administrative tasks; duplicative; irrelevant |

| Date | Entry | Revision | Justification |
|------|-------|----------|---------------|
| 8/13/2008–8/15/2008 *Continued* | "Correspondence with Patti telling her glad she's giving herself a break"; and Correspondence from Patti regarding "information on history teacher resigning" | | |
| 8/15/2008 | 0.20, comprised of "Correspondence with Expert Reisman regarding her expertise along with testimony" | 0.00 (-0.20) | Witness excluded as irrelevant and prejudicial |
| 8/15/2008–8/20/2008 | 0..80, comprised of "Preparation of subpoena for Bill Watson"; "Correspondence with Bill Watson regarding subpoena"; "TC from Bill Watson regarding subpoena"; and "TC with Bill Watson explaining what I'm looking for" | 0.00 (-0.80) | Administrative task; not billable as attorney time; unidentified individual "Bill Watson"; entries lack sufficient detail to establish relevance to case |
| 8/15/2008–8/18/2008 | 0.70, comprised of six separate correspondences to/from Ms. Pollick and Ms. Reisman | 0.00 (-0.70) | Witness excluded as irrelevant and prejudicial |

| Date | Entry | Revision | Justification |
|---|---|---|---|
| 8/20/2008 | 1.00, comprised of preparation of 5 deposition notices | 0.00 (-1.00) | Administrative task; not billable time; most noticed witnesses excluded as irrelevant for third trial |
| 8/21/2008 | 0.90, comprised of three correspondences with Dr. Reisman | 0.00 (-0.90) | Witness excluded as irrelevant and prejudicial |
| 8/21/2008 | 0.20, comprised of "TC with Jess advising 25 26 bad for Freund" and "TC with Jess regarding dates good for him" | 0.00 (-0.20) | Administrative tasks; not billable as attorney time; duplicative |
| 8/21/2008 | 1.50, comprised of "Reviewed 2 DVDs with clips" | 0.00 (-1.50) | Entry lacks sufficient detail substantiating relevance to the case; unreasonable time expended |
| 8/21/2008 | 0.10, comprised of "Correspondence from Judith regarding news article" | 0.00 (-0.10) | Expert excluded as prejudicial and irrelevant. |
| 8/22/2008 | 0.40, comprised of four correspondences with Patti | 0.00 (-0.40) | Duplicative of proximate entries; insufficient detail |

| Date | Entry | Revision | Justification |
|---|---|---|---|
| 8/25/2008 | 0.30, comprised of "Correspondence from Gallagher regarding depositions"; "Correspondence with Gallagher regard depositions"; "Correspondence from Gallagher attaching PDF" | 0.00 (-0.30) | Administrative tasks; not billable attorney time; unidentified individual "Gallagher" |
| 8/25/2008 | 0.20, comprised of "Correspondence from court reporter regarding transcripts"; "Correspondence with court reporter advising that I requested condensed pdf" | 0.00 (-0.20) | Administrative task; not billable as attorney time |
| 8/26/2008 | 0.10, comprised of "Correspondence from Patti regarding article on PVSD" | 0.00 (-0.10) | Irrelevant; lacks sufficient detail to substantiate propriety of billed time |
| 8/27/2008 | 0.10, comprised of "Correspondence from Judith regarding additional article" | 0.00 (-0.10) | Expert excluded as irrelevant and prejudicial |

| Date | Entry | Revision | Justification |
|---|---|---|---|
| 8/28/2008–9/2/2008 | 0.50, comprised of "Correspondence from Patti regarding blogs"; "Correspondence with Patti regarding blogs"; "Correspondence with Patti advising depos are off"; "Correspondence from Patti advising okay and to keep her updated"; "Correspondence with Patti regarding invoice" | 0.00 (-0.50) | Entries lack sufficient detail to substantiate relevance; administrative tasks; not billable as attorney time |
| 9/11/2008 | 0.20, comprised of "Correspondence from Atty Berry docs from Pocono Records" | 0.00 (-0.20) | Entry lacks sufficient detail to substantiate relevance; irrelevant; not billable time |
| 9/15/2008 | 0.10, comprised of "TC with Jessica confirming will take 26, 27" | 0.00 (-0.10) | Administrative; not billable as attorney time |
| 9/15/2008 | 0.70, comprised of "Correspondence with OP regarding revised deposition notices" and "Preparation of revised deposition notices for smith, pullo, saba, seiler, and yozwiak" | 0.00 (-0.70) | Administrative; not billable as attorney time; most witnesses excluded as irrelevant or prejudicial as to third trial |

| Date | Entry | Revision | Justification |
|---|---|---|---|
| 9/15/2008–9/16/2008 | 0.70, comprised of "Correspondence from Patti regarding new address"; "Correspondence with Patti regarding scheduling of depositions, etc."; "Correspondence from Patti regarding payment of deposition fee"; "Correspondence from Patti regarding Seller and questions to ask"; "Correspondence from Patti regarding new information"; and "Correspondence from Patti regarding additional information" | 0.00 (-0.70) | Duplicative of proximate entries; administrative tasks not billable as attorney time; entries lack sufficient detail to substantiate propriety of entries |
| 9/18/2008 | 0.10, comprised of "Correspondence with Judith regarding information on case" | 0.00 (-0.10) | Expert excluded as irrelevant and prejudicial well before third trial; any reference to expert's testimony later excluded in subsequent motion in limine; vague and ambiguous entry lacking sufficient detail |

| Date | Entry | Revision | Justification |
|------|-------|----------|---------------|
| 9/19/2008 | 0.10, comprised of "Correspondence with Patti regarding 30(b)(6) transcript" | 0.00 (-0.10) | Lacks sufficient detail establishing relevance and propriety of billing; administrative task not billable as attorney time |
| 9/23/2008– 10/1/2008 | 0.30, comprised of "Correspondence from Patti regarding additional emails"; "Correspondence from Patti regarding article and blog"; and "Correspondence from Patti regarding article – 2nd email" | 0.00 (-0.30) | Entries lack sufficient detail to substantiate relevance and propriety of time billed; duplicative of proximate entries |
| 9/23/2008 | 0.20, comprised of "Correspondence with reporter regarding depositions in January" and "Correspondence from reporter advising she can handle job in Jan." | 0.00 (-0.20) | Administrative tasks not billable as attorney time; duplicative of proximate entries |
| 9/25/2008– 10/1/2008 | 0.50, comprised of "TC from reporter from Morning Call-Kevin"; "TC with Kevin from Morning Call regarding case"; and "Receipt and review of article in morning call" | 0.00 (-0.50) | Irrelevant; not billable time; duplicative in light of proximate entries |

| Date | Entry | Revision | Justification |
|---|---|---|---|
| 10/9/2008 | 0.10, comprised of "TC with Jessica rescheduling depositions – one more time" | 0.00 (-0.10) | Administrative task; not billable as attorney time |
| 10/14/2008 | 0.20, comprised of "Correspondence from Patti and review of news article sent by her" and "Correspondence from Patti regarding medical releases" | 0.00 (-0.20) | Duplicative of proximate entries; entries lack sufficient detail substantiating propriety and extent of billed time |
| 10/21/2008 | 0.10, comprised of "Correspondence with Patti regarding update on depos" | 0.00 (-0.10) | Duplicative of proximate entries; entry lacks sufficient detail substantiating relevance |
| 11/26/2008 | 1.20, comprised of "Preparation of revised subpoena for Detective Bentzoni"' "Preparation of revised deposition notice for Connie Saba"; "Preparation of revised deposition notice for Donna yozwiak"; "Preparation of revised deposition notice for IT-Mr. Sieler"; "Preparation of revised deposition notice for Bruce Smith"; "Preparation of revised deposition notice for Dr. Pullo" | 0.00 (1.20) | Administrative tasks not billable as attorney time; most witnesses cited were excluded as irrelevant and prejudicial well before third trial |

| Date | Entry | Revision | Justification |
|---|---|---|---|
| 12/4/2008 | 0.20, comprised of "Correspondence with OP regarding revised notice" | 0.00 (-0.20) | Administrative task not billable as attorney time |
| 12/6/2008– 12/9/2008 | 0.20, comprised of "Correspondence from Patti regarding updates on Meagan" and "Correspondence with Patti thanking her for update and advising still on for Jan depos." | 0.00 (-0.20) | Duplicative of proximate entries; entries lack sufficient detail substantiating relevance and propriety of billing |
| 12/31/2008 | 0.20, comprised of "Correspondence with Lori regarding her coverage of depositions in Jan." and "TC from Lori advising she can't cover that date" | 0.00 (-0.20) | Administrative task not billable as attorney time |
| 2008 TOTAL | 99.00 | -49.60 (50%) | TOTAL AFTER DEDUCTIONS: 49.40 |

| Date | Entry | Revision | Justification |
|------|-------|----------|---------------|
| 1/20/2009 | 0.10, comprised of "Preparation of Revised Notice of Deposition for Smith" | 0.00 (-0.10) | Administrative task; not billable as attorney time |
| 1/20/2009 | 0.20, comprised of "Correspondence with OP regarding new start time; and cancellation of Pullo's deposition" | 0.00 (-0.20) | Administrative task; not billable as attorney time; plaintiff did not prevail as to witness, and witness not involved in third trial |
| 1/20/2009 | 0.20, comprised of "Correspondence from Patti regarding additional information to use at depositions" and "Correspondence with Patti advising that had to move deposition to noon b/c have court in morning" | 0.00 (-0.20) | Entries lack sufficient detail substantiating propriety of time billed and relevance to the action; administrative task not billable as attorney time |
| 1/22/2009 | 0.70, comprised of "Meeting clients to discuss depositions" | 0.50 (-0.20) | Unreasonable; lacks sufficient detail to substantiate time billed and relevance to third trial |
| 1/26/2009 | 0.10, comprised of "TC from Patti regarding last weeks [*sic*] deposition" | 0.00 (-0.10) | Entry lacks sufficient detail to substantiate propriety of time billed and relevance to third trial |

| Date | Entry | Revision | Justification |
|------|-------|----------|---------------|
| 1/26/2009 | 0.10, comprised of "Correspondence from reporter regarding coverage and student observing" | 0.00 (-0.10) | Irrelevant; administrative task; not billable as attorney time |
| 1/27/2009–2/11/2009 | 1.50, comprised of eight entries of correspondence with Patti | 0.00 (-1.50) | Duplicative of proximate entries; administrative tasks not billable as attorney time; entries lack sufficient detail substantiating propriety and extent of billed time |
| 1/27/2009 | 0.60, comprised of confirmation of dates with opposing counsel and preparation/service of subpoena for "ESU" | 0.00 (-0.60) | Administrative tasks; not billable time; irrelevant to this action |
| 2/11/2009–2/12/2009 | 0.30, comprised of "Correspondence with case manager apologizing for not filing on system" and TC with ESU regarding subpoena/extension | 0.00 (-0.30) | Administrative tasks; not billable as attorney time |

| Date | Entry | Revision | Justification |
|---|---|---|---|
| 2/13/2009 | 1.20, comprised of "receipt and review" of various depositions | 0.00 (-1.20) | Witnesses excluded as irrelevant or prejudicial early in litigation; witnesses not relevant to third trial; entries lack sufficient detail substantiating propriety of time billed |
| 2/13/2009 | 0.20, comprised of "Correspondence with rose regarding PDFs of transcripts" and "Correspondence from Rose reporter regarding PDFs of transcripts" | 0.00 (-0.20) | Administrative task not billable as attorney time; duplicative of proximate entries |
| 2/22/2009–2/23/2009 | 0.40, comprised of "Correspondence from Patti regarding stuff that might help" and "Correspondence from Patti regarding information on witness" | 0.00 (-0.40) | Irrelevant; duplicative of proximate entries; entries lack sufficient detail |
| 2/25/2009 | 0.20, comprised of "Correspondence from Patti regarding schedule for Monday" and "Correspondence with Patti regarding time starting on Monday" | 0.00 (-0.20) | Administrative tasks not billable as attorney time |

| Date | Entry | Revision | Justification |
|---|---|---|---|
| 1/2/2009–2/28/2009 | 4.10, comprised of various entries corresponding solely to proposed expert Reisman | 0.00 (-4.10) | Expert excluded as irrelevant and prejudicial well before third trial; any reference to expert's testimony later excluded in subsequent motion in limine; vague and duplicative entries |
| 3/2/2009 | 0.60, comprised of "Preparation for depositions" | 0.00 (-0.60) | Entry lacks sufficient detail substantiating relevance to this action or propriety of time billed |
| 3/6/2009 | 0.60, comprised of "Correspondence with Patti advising of her schedule of depositions on Friday"; "Correspondence from Patti regarding her health, depositions next Friday; "Correspondence with Patti regarding depositions"; and "Correspondence with Patti advising haven't received paperwork yet" | 0.00 (-0.60) | Administrative tasks not billable as attorney time; duplicative of proximate entries; irrelevant to third trial |

| Date | Entry | Revision | Justification |
|---|---|---|---|
| 3/13/2009 | 8.00, comprised of "Travel to and from Leigh for deposition of Kim Dalmas and Karen Verhage" and "attendance" at said depositions | 0.00 (-8.00) | Overstated travel time; witnesses excluded well prior to third trial and irrelevant to ultimate action; block billing |
| 3/16/2009 | 0.40, comprised of four entries scheduling TC with Judge Munley's Chambers and opposing counsel | 0.00 (-0.40) | Administrative task; not billable time; lacks sufficient detail establishing relevance and propriety of billing |
| 3/17/2009 | 0.70, comprised of "Meeting with Patti to discuss issues" | 0.25 (-0.45) | Entry lacks sufficient detail substantiating relevance and propriety of time billed |
| 3/18/2009– 3/25/2009 | 1.90, comprised of "Preparation of motion to compel – video stuff"; "Finalized and filed motion to compel – video stuff"; "Preparation of brief in support of motion to compel videos" and motion regarding related adverse instruction | 0.00 (-1.90) | Entry lacks sufficient detail substantiating relevance to this action and propriety of extent of time billed; duplicative of proximate tasks; administrative task in part, not billable as attorney time |
| 3/19/2009 | 1.10, comprised of four entries of correspondence with opposing counsel relating to subpoenas for Best Buy and Lowe's | 0.00 (-1.10) | Entries lack sufficient detail substantiating extent of time billed, propriety of billed time, or relevance to this action |

| Date | Entry | Revision | Justification |
|---|---|---|---|
| 4/1/2009– 4/17/2009 | 1.90, comprised of four entries related to above depositions of Dalmas and Verhage | 0.00 (-1.90) | Witnesses excluded well prior to third trial; witnesses irrelevant to third trial; entries lack sufficient detail to substantiate relevance; duplicative of proximate entries |
| 3/1/2009– 4/6/2009 | 7.60, comprised of various entries corresponding solely to proposed expert Reisman, related deposition, and receipt/review of said report | 0.00 (-7.60) | Expert excluded as irrelevant and prejudicial well before third trial; any reference to expert's testimony later excluded in subsequent motion in limine; vague and duplicative entries |
| 4/8/2009 | 0.20, comprised of "Correspondence with OP regarding extension" and "Correspondence with OP's paralegal advising concur in 30 day extension" | 0.00 (-0.20) | Administrative task, not billable as attorney time |
| 4/23/2009 | 0.50, comprised of "Receipt and review of employment records from Lowes" | 0.00 (-0.50) | Entry lacks sufficient detail substantiating time billed and relevance to this action |

| Date | Entry | Revision | Justification |
|---|---|---|---|
| 5/5/2009– 5/11/2009 | 11.80, comprised of "Reviewed videos produced by OP" (3.00); "Reviewed DVDs for discovery brief and case" (5.00)' "Preparation of Reply Brief to Motion to Compel Videos" (1.30); "Reviewed video clips and thumbnails on most discs" (1.00); "Receipt and review of Best Buy Records produced by OP"; and "Correspondence from OP regarding Best Buy records" | 0.00 (-11.80) | Block billing; entries lack sufficient detail substantiating propriety of time billed, extent of time billed, or relevance to this action; duplicative of proximate entries; vague and ambiguous; irrelevant |
| 5/19/2009 | 0.20, comprised of "Correspondence from Tami regarding word extension" and "Correspondence with Tami advising I don't have a problem with all briefs extending to 7k" | 0.00 (-0.20) | Administrative correspondence; not billable as attorney time |
| 5/22/2009 | 1.00, comprised of "Receipt and review of Exhibits attached to MSJ" | 0.00 (-1.00) | Entry lacks sufficient detail substantiating propriety of time billed or relevance to this action |

| Date | Entry | Revision | Justification |
|---|---|---|---|
| 5/22/2009 | 0.10, comprised of "Correspondence from the Youngs regarding case" | 0.00 (-0.10) | Entry lacks sufficient detail substantiating propriety of time billed or relevance to this action |
| 5/28/2009 | 0.20, comprised of "Correspondence from Mediator regarding case" | 0.00 (-0.20) | Entry lacks sufficient detail substantiating propriety of time billed or relevance to this action; administrative task not billable as attorney time |
| 5/28/2009 | 0.10, comprised of "Correspondence from OP advising where to find exhibit J" | 0.00 (-0.10) | Administrative task not billable as attorney time |
| 6/3/2009 | 3.00, comprised of "Additional preparation of Brief in Support of PMSJ" | 1.00 (-2.00) | Entry lacks sufficient detail substantiating propriety and extent of time billed and relevance to this action; duplicative of proximate entries; block billing |
| 6/6/2009– 6/8/2009 | 0.80, comprised of "TC from Patti regarding receipt of email"; "TC with Patti regarding issue"; "TC from Patti regarding issue"; "TC with Patti regarding issue and information she gathered" | 0.00 (-0.80) | Entries lack sufficient detail substantiating propriety of time billed and relevance to this action; duplicative entries |

| Date | Entry | Revision | Justification |
|---|---|---|---|
| 6/15/2009–6/17/2009 | 15.00, comprised of "Additional preparation of BIO to Motion for Summary Judgment included review of Meagan's deposition" (3.00); "Additional preparation of BIO to MSJ included reviewing Patricia's deposition. Smith's" (7.00); and "Additional preparation of BIO to MSJ" (5.00) | 3.00 (-12.00) | Block billing; entries lack sufficient detail substantiating propriety of time billed; duplicative of proximate entries |
| 6/17/2009 | 0.10, comprised of "TC with Hampton regarding room reservation" | 0.00 (-0.10) | Administrative task not billable as attorney time |
| 6/18/2009–6/19/2009 | 0.80, comprised of "TC with Patti regarding case"; "TC from Patti regarding case"; "TC with Patti regarding case and statement of facts in dispute"; and "TC from Patti about statement of facts, etc." | 0.25 (-0.55) | Duplicative of proximate entries; excessive billing; entries lack sufficient detail substantiating propriety of time billed |

| Date | Entry | Revision | Justification |
|---|---|---|---|
| 6/19/2009 | 8.00, comprised of "Preparation of Response to Statement of Facts in Dispute" (5.00) and "Additional preparation and finalization of Brief in Opposition to MSJ, including finalization of Ta" (3.00) | 2.00 (-6.00) | Entries lack sufficient detail substantiating propriety of time billed and relevance to action; block billing; duplicative of proximate entries |
| 7/27/2009– 7/30/2009 | 0.70, comprised of "Correspondence from Patti regarding Memoir"; "Correspondence with Patti thanking her for information"; "Correspondence from Patti regarding movie"; "Correspondence from Patti regarding update to policies" | 0.00 (-0.70) | Duplicative of proximate entries; information referenced excluded as irrelevant and prejudicial; excessive billing |

| Date | Entry | Revision | Justification |
|---|---|---|---|
| 6/22/2009– 6/26/2009 | 1.40, comprised of "TC from Patti regarding affidavit"; "Correspondence from Patti regarding information that may be useful"; "TC from Patti regarding paperwork"; "Correspondence and attachment from Patti regarding Bruce"; "Correspondence from Patti regarding information about Connie Saba"; "Correspondence with Patti thanking her for new information"; "Receipt and review of news article sent by Patti" | 0.25 (-1.15) | Duplicative of proximate entries; Entries lack sufficient detail; excessive billing |

| Date | Entry | Revision | Justification |
|------|-------|----------|---------------|
| 4/30/2009–5/1/2009 | 0.60, comprised of "Correspondence from Patti regarding update"; "Correspondence with Patti advising her of update"; "Correspondence from Patti thanking me for my work"; "Correspondence with Patti regarding deposition transcripts"; and "Correspondence with Patti thanking her for compliments" | 0.00 (-0.60) | Irrelevant; entries lack sufficient detail; |
| 4/7/2009–5/21/2009 | 2.10, comprised of various entries corresponding solely to proposed expert Reisman | 0.00 (-2.10) | Expert excluded as irrelevant and prejudicial well before third trial; any reference to expert's testimony later excluded in subsequent motion in limine; vague and duplicative entries |
| 8/5/2009–10/27/2009 | 0.30, comprised of various entries corresponding solely to proposed expert Reisman | 0.00 (-0.30) | Expert excluded as irrelevant and prejudicial well before third trial; any reference to expert's testimony later excluded in subsequent motion in limine; vague and duplicative entries |

| Date | Entry | Revision | Justification |
|---|---|---|---|
| 8/16/2009–12/20/2009 | 5.30, comprised of 38 entries of correspondence between clients and Ms. Pollick | 0.30 (-5.00) | Duplicative of proximate entries; administrative tasks not billable as attorney time; excessive and redundant billing; irrelevant entries |
| 8/16/2009–12/20/2009 | 3.20, comprised of 29 entries scheduling mediation and communicating with mediator's office | 0.50 (-2.70) | Entries lack sufficient detail substantiating propriety of time billed and relevance to fee petition; duplicative of proximate entries; excessive/redundant billing |
| 11/3/2009 | 1.00, comprised of "Travel to and from Scranton for oral argument" | 0.67 (-0.33) | Inflated travel time. |
| **2009 TOTAL** | **116.00** | **-80.38 (69%)** | **TOTAL AFTER DEDUCTIONS: 35.62** |

That Ms. Pollick's fee petition ought to be denied in full undoubtedly follows from the vast revisionism her entries must undergo. In fact, having reviewed the first three years of Ms. Pollick's own submitted entries, my determination is that the line-by-line adjustments are so numerous, that I am essentially forced to rewrite her entire fee bill on her own behalf. The defects and revisions are so widespread, duplicative, and unreasonable that the entire fee bill must be discarded.

As the above exercise demonstrates, line-by-line reduction of Ms. Pollick's fee bill is futile. For each of the three first years, I am forced to deduct at least 50% and as high as 70% of her submitted entries. Further, because Ms. Pollick's entries are so vague, my line-by-line review of her fee bill necessitates exceptional creativity and imagination on my part. I too often am required to read between the lines and guess about what tasks might correspond to each of Ms. Pollick's entries. What claims and which defendants each entry pertains to requires similar guesswork. I cannot in good conscious assess fees based upon a petition as flawed as this one.

To that end, a glaring defect with Ms. Pollick's fee bill is that the vast majority of the entries lack sufficient detail substantiating the propriety of the time billed and its relevance to the instant prevailing claim. In other words, the fee bill's entries are exceptionally vague and ambiguous. This is fatal to the fee bill's acceptance because, on the face of the fee bill alone, I am unable to discern (1) whether the time is properly billable on this motion and (2) whether the extent of the time billed for each entry is reasonable.

Tellingly, I orated a few examples for Ms. Pollick during the show cause hearing. For instance, what did she discuss on the May 2007 phone call? What was the purpose of a "correspondence" from another date?[139] As it turned out, Ms. Pollick had no memory whatsoever of what transpired during those meetings or correspondences, including what procedural device or which defendant(s) or claim(s) to which those communications pertained. Ms. Pollick explained that she could perhaps review her case file and her personal notes and provide some explanation, but that is precisely the problem with her fee petition: the relevance and propriety of a given entry must be clear from its face; that is all that the Court has at its disposal.

The same is true of Ms. Pollick's submissions for various "legal assistants" and "legal researchers." Undoubtedly, the entries pertaining to "legal assistants" are almost wholly duplicative of Ms. Pollick's entries or entries pertaining to other "legal assistants." Those administrative entries encompass time not properly billable to the client, redundancy in effort, and overstaffing beyond reasonable proportions. Neither does Ms. Pollick submit any supporting documentation as to the identity, qualifications, and expertise of her "legal researcher." I do not know who this individual is, whether, for instance, they are a paid employee or an intern. Neither can I discern what issues they researched or what claims and defendants to which that purported research pertained. For those reasons, I would deny Ms. Pollick's entries for "legal assistants" and "legal researchers" in full as well.

 Complete denial of a fee petition is appropriate where the submitted fees are so excessive, unreasonable, or vague that line-by-line revisions would be fruitless. I note that this opinion follows within a week's time of Judge Mannion's in *Clemens v. New York Central Mutual Fire Ins. Co.* In *Clemens*, Judge Mannion denied *in toto* a fee petition in a civil rights case seeking one million dollars in fees and costs for a $125,000.00 judgment.[140] As the Third Circuit has stated, "If, after following the proper procedures, the Court remains convinced that [the] hourly rate and hours billed are outrageously excessive, it retains the discretion to award whatever fee it deems appropriate, including no fee at all."[141] "When an award of fees is permissive, denial is an appropriate sanction

---

**139.** Before admitting that she had no idea what transpired during those meetings, Ms. Pollick contended that she could not reveal to me the subject of those conversations. That argument is inadequate. First of all, as Judge Caputo emphasized in *Souryavong*, Ms. Pollick need not reveal privileged communications to state with appropriate specificity acceptable billing entries. Tellingly, Judge Caputo illustrated a number of alternative phrasings that would have sufficed in his *Souryavong* decision. For example, a single entry that states "TC with client regarding documents opposing motion to dismiss" is entirely more appropriate than fifty mysterious ones that state "TC with client regarding issue." Second, Ms. Pollick herself has put the propriety of those communications at issue after the litigation had already concluded by submitting them as billable time on this fee petition. To that end, some general purpose of the conversation ought to be revealed to ensure those entries were not improperly submitted. Ms. Pollick contended at oral argument that *Dee, Carey, Carroll, Lohman,* and *Souryavong* have nothing to do with the instant fee petition. I disagree—they have everything to do with Ms. Pollick's being on notice of her impermissible and excessive fee petitions.

**140.** 2017 WL 3724236, at *2 (M.D. Pa. Aug. 29, 2017).

**141.** *M.G. v. E. Reg'l High Sch. Dist.,* 386 Fed.Appx. 186, 189 (3d Cir. 2010) (Hardiman, J.).

for requesting an award that is not merely excessive, but so exorbitant as to constitute an abuse of the process of the court asked to make the award."[142]

For instance, when a plaintiff's counsel submits a claim that is "so intolerably inflated," district courts may "depart[ ] from the usual practice" and "react vigorously to prevent such abuse."[143] Several courts of appeals have recognized that district courts may deny a fee request *in toto* if the amount requested is so excessive that it "shocks the conscience" of the court.[144] Moreover, courts have found the requisite special circumstances in cases where a party exhibited "obstructive behavior" at trial;[145] and where a party "burdened" defense counsel and "disregarded the court's instruction."[146] Denial of fees *in toto* was also appropriate when "[f]rom the very beginning of this case, Plaintiffs' counsel conducted this litigation in a manner calculated to increase the opposing party's costs—and, at the same time, to increase the bases for Plaintiff's own fee petition."[147]

This is not the first time in recent memory that an outlandish fee petition of Ms. Pollick's was denied in full. In fact, the Third Circuit in *Carroll v. Clifford Township* denied fees altogether in a case litigated by Ms. Pollick before Judge Mannion. Ms. Pollick's client in *Carroll* rejected an offer of judgment of $10,000.00 and ultimately recovered $1 in nominal damages at trial.[148] Ms. Pollick then requested over $111,000.00 in fees and costs.[149] Judge Mannion held that Plaintiff's counsel was entitled to no fees pursuant to § 1988(b), reasoning that the ultimate award was "a minute fraction" of that which was sought.[150] The Honorable Thomas I. Vanaskie, writing for the unanimous panel in *Carroll*, affirmed, as the district court "applied the correct standard" and "did not abuse its discretion."[151]

In another chapter of the remarkably thick body of case law birthed from Ms. Pollick's own matters, our Court of Appeals has also held that rejected settlement demands "can be relevant when comparing what a plaintiff 'requested' to what the plaintiff was ultimately 'awarded.'"[152]

---

**142.** *Budget Rent–A–Car Sys., Inc. v. Consol. Equity LLC*, 428 F.3d 717, 718 (7th Cir. 2005) (Posner, J.).

**143.** *Brown v. Stackler*, 612 F.2d 1057, 1059 (7th Cir. 1980).

**144.** *See Brown*, 612 F.2d at 1057; *Lewis v. Kendrick*, 944 F.2d 949, 957–58 (1st Cir. 1991); *Fair Hous. Council of Greater Washington v. Landow*, 999 F.2d 92, 97 (4th Cir. 1993). Our Court of Appeals has noted that although it has applied this rule in prior cases, it recently explained that it has not had occasionally to formally adopt it. *See M.G. v. E. Reg'l High Sch. Dist.*, 386 Fed.Appx. 186, 189 n.2 (3d Cir. 2010) (Hardiman, J.) (citing *Hall v. Borough of Roselle*, 747 F.2d 838 (3d Cir.1984)).

**145.** *Wiercinski v. Mangia 57, Inc.*, 125 F.Supp.3d 445, 447 (E.D.N.Y. 2015) ("If there ever was a plaintiff who deserved no attorney's fees at all that plaintiff is Adam Wiercin-

ski.") (citing *Farrar v. Hobby*, 506 U.S. 103, 120, 113 S.Ct. 566, 121 L.Ed.2d 494 (1992) ("Just as a Pyrrhic victor would be denied costs under Rule 54(d), so too should it be denied fees under § 1988.").

**146.** *Mahoney v. Kesery*, 778 F.Supp. 1002, 1004 (E.D. Wis. 1991).

**147.** *Countryman Nevada, LLC v. DOE*, 193 F.Supp.3d 1174, 1182 (D. Or. 2016).

**148.** 625 Fed.Appx. 43, 46 (3d Cir. 2015) (Vanaskie, J.).

**149.** No. 3:12–cv–00553, ECF No. 78 at 11.

**150.** *Id.*

**151.** *Id.*

**152.** *Lohman v. Duryea Borough*, 574 F.3d 163, 167 (3d Cir. 2009).

Ms. Pollick's client in *Lohman* turned down a $75,000.00 offer of judgment and was eventually awarded just over $12,000.00 at trial based on a single claim.[153] The Third Circuit affirmed Judge Caputo's reducing to $30,000.00 Plaintiff counsel's nearly $115,000.00 fee request.[154] The unanimous panel cited directly from Judge Caputo's discussion, noting that Ms. Pollick "may have achieved a much greater level of success if [she] had settled."[155] As the court explained, Ms. Pollick's results "do not justify an award of over sixty-thousand dollars ($60,000.00) as calculated by the lodestar, and surely does not justify the requested fees of over one-hundred thousand dollars ($100,000.00)."[156]

Moreover, "[t]he concept of having reduced fees awarded based on partial success is not a new one," the *Lohman* court wrote.[157] To the contrary, it is a "well settled" facet of this Circuit's fee-setting jurisprudence. In fact, it was a logical extension from prior reductions for "limited success."[158] From the Third Circuit's perspective, "the thought that settlement discussions will not now occur because an attorney could be penalized if he or she achieves less than was demanded makes little sense."[159] In fact, such a rule is calculated to "encourage reasonable and realistic settlement negotia-

tions."[160] As discussed more fully in the subsequent section, however, Ms. Pollick's fee submission makes no effort to separate time spent on successful claims from unsuccessful ones. Neither does it acknowledge that her "success" must be measured against her rejecting a $150,000.00 offer of settlement.[161]

Taking all of these factors into consideration, it is my determination that line-by-line reduction is inadvisable and that Ms. Pollick's fee petition should be denied in full. Her entries are vague and ambiguous and lack the requisite detail to substantiate the propriety of her billed time. Her entries fail to establish their relevance and do not make clear which defendants or claims that they correspond to. They are also exceptionally duplicative of one another. Moreover, no effort was made to filter out non-billable or non-recoverable time, and no adjustment was made in light of Ms. Pollick's limited nuisance-value recovery after turning down a settlement many multiples greater. Instead, Ms. Pollick presented the Court with a blatantly improper fee bill, after having been admonished for such conduct in the past, and told the Court that it was its job to sort things out. Because my view is that her fee bill is entirely improper, it will be denied in full. I now turn to the imposition of sanctions.

153. *Id.* at 165.

154. *Id.* at 164.

155. *Id.* at 166.

156. *Id.*

157. *Id.* at 168.

158. *Id.* at 167

159. *Id.* at 168.

160. *Id.*

161. Ms. Pollick contests the existence of this settlement offer. Mr. Freund testified that he made the verbal offer after speaking with Judge Kane during an earthquake break in the first trial. Several witnesses recall this occurrence, it follows the pattern and paper trail of opposing counsel's written offers, and Ms. Pollick's examination of Mr. Freund did nothing to smudge his credibility. Accordingly, to the extent that a factual finding is even required, I find that Ms. Pollick did in fact reject a $150,000.00 settlement offer earlier in this litigation.

## D. IMPOSITION OF SANCTIONS

### 1. The Court Will Sanction Ms. Pollick Pursuant To Federal Rule Of Civil Procedure 11 And 28 U.S.C. § 1927 Because Her Fee Petition Seeks In Excess Of $727,000.00 For Portions Of The Litigation That Were Necessitated By Her Own Vexatious Conduct, As Against Defendants That She Did Not Prevail, For Time Previously Held Unrecoverable By Judges Of This Court And The Third Circuit, All Relative To A Nuisance–Value Settlement Of $25,000.00.

 That Ms. Pollick's excessive fee petition merits sanctioning follows *ipso facto* from its above-noted improprieties and the barefaced repetition of this very type of unreasonable, unsupported, and vexatious conduct before this Court. Nevertheless, I will now discuss imposition of sanctions under both Rule 11 and § 1927. Federal Rule of Civil Procedure 11 provides in pertinent part that:

(b) Representations to the Court. By presenting to the court a pleading, written motion, or other paper—whether by signing, filing, submitting, or later advocating it—an attorney or unrepresented party certifies that to the best of the person's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances:

(1) it is not being presented for any improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation;

(2) the claims, defenses, and other legal contentions are warranted by existing law or by a nonfrivolous argument for extending, modifying, or

reversing existing law or for establishing new law;

. . .

(c) Sanctions.

(1) In General. If, after notice and a reasonable opportunity to respond, the court determines that Rule 11(b) has been violated, the court may impose an appropriate sanction on any attorney, law firm, or party that violated the rule or is responsible for the violation.

. . .

(3) On the Court's Initiative. On its own, the court may order an attorney, law firm, or party to show cause why conduct specifically described in the order has not violated Rule 11(b).

 The Supreme Court and the Third Circuit have developed a consistent jurisprudence as it pertains to Rule 11 Sanctions. "It is now clear that the central purpose of Rule 11 is to deter baseless filings in district court and thus, consistent with the Rules Enabling Act's grant of authority, streamline the administration and procedure of the federal courts."[162] "Rule 11 imposes a duty on attorneys to certify that they have conducted a reasonable inquiry and have determined that any papers filed with the court are well grounded in fact, legally tenable, and not interposed for any improper purpose."[163] "[T]he rule emphasizes the duty of candor by subjecting litigants to potential sanctions for insisting upon a position after it is no longer tenable."[164] "The word 'sanctions' in the caption...stresses a deterrent orientation in dealing with improper plead-

---

**162.** *Cooter & Gell v. Hartmarx Corp.*, 496 U.S. 384, 393, 110 S.Ct. 2447, 110 L.Ed.2d 359 (1990).

**163.** *Id.* (internal quotations omitted).

**164.** *Ellis v. Beemiller, Inc.*, 287 F.R.D. 326, 347 (W.D. Pa. 2012) (internal citations and quotations omitted).

ings, motions or other papers." [165] "[T]he intended goal of Rule 11 is accountability." [166]

■ "The standard for testing conduct under Rule 11 is reasonableness under the circumstances." [167] "The rule imposes on counsel a duty to look before leaping and may be seen as a litigation version of the familiar railroad crossing admonition to 'stop, look, and listen.'" [168] "It may be rephrased, 'Stop, Think, Investigate and Research' before filing papers either to initiate a suit or to conduct the litigation." [169] "These obligations conform to those practices which responsible lawyers have always employed in vigorously representing their clients while recognizing the court's duty to serve the public efficiently." [170]

■ "To comply with these requirements, counsel must conduct 'a reasonable investigation of the facts and a normally competent level of legal research to support the presentation.'" [171] "This standard is more stringent than the original good faith formula and thus it is expected that a greater range of circumstances will trigger its violation." [172] "In applying this standard, the court is expected to avoid using the wisdom of hindsight and should test the signer's conduct by inquiring what was reasonable to believe at the time the pleading, motion, or other paper was submitted." [173] Rule 11 Sanctions are appropriate, for instance, "when the claimant exhibits a deliberate indifference to obvious facts." [174]

■ "Rule 11 sanctions should not be viewed as a general fee shifting device. By and large federal courts are bound by the 'American Rule,' requiring parties to shoulder their own legal expenses." [175] "Litigants misuse the Rule when sanctions are sought against a party or counsel whose only sin was being on the unsuccessful side of a ruling or judgment. Restated, Rule 11 sanctions awarding counsel fees do not automatically or usually follow an adverse judgment or ruling. Substantially more is required." [176] "Rule 11 is instead reserved for only exceptional circumstances." [177] "Similarly, just as. mere failure to prevail does not trigger a sanction award, neither does advocating new or novel legal theories." [178] Courts should not apply Rule 11 "to inhibit imaginative legal or factual approaches to applicable law or to unduly harness good faith calls for re-

---

165. *Doering v. Union Cty. Bd. of Chosen Freeholders*, 857 F.2d 191, 194 (3d Cir. 1988).

166. *Mary Ann Pensiero, Inc. v. Lingle*, 847 F.2d 90, 94 (3d Cir. 1988) (Weis, J.).

167. *Teamsters Local Union No. 430 v. Cement Exp., Inc.*, 841 F.2d 66, 68 (3d Cir. 1988).

168. *Lieb v. Topstone Indus., Inc.*, 788 F.2d 151, 157 (3d Cir. 1986) (Weis, J.).

169. *Gaiardo v. Ethyl Corp.*, 835 F.2d 479, 482 (3d Cir. 1987) (Weis, J.).

170. *Id.*

171. *Mary Ann Pensiero, Inc.*, 847 F.2d at 94 (quoting *Lieb*, 788 F.2d at 157).

172. *Lieb*, 788 F.2d at 157.

173. *CTC Imports & Exports v. Nigerian Petroleum Corp.*, 951 F.2d 573, 578 (3d Cir. 1991) (Nygaard, J.).

174. *Baker v. Alderman*, 158 F.3d 516, 524 (11th Cir. 1998).

175. *Gaiardo*, 835 F.2d at 483 (citing *Alyeska Pipeline Serv. Co. v. Wilderness Society*, 421 U.S. 240, 95 S.Ct. 1612, 44 L.Ed.2d 141 (1975)).

176. *Gaiardo*, 835 F.2d at 483.

177. *Morristown Daily Record, Inc. v. Graphic Commc'ns Union, Local 8N*, 832 F.2d 31, 32 (3d Cir. 1987) (Weis, J.).

178. *Gaiardo*, 835 F.2d at 483.

consideration of settled doctrine." [179] "The Rule seeks to strike a balance between the need to curtail abuse of the legal system and the need to encourage creativity and vitality in the law." [180]

Above all else, "[g]reater attention by the district courts to pleading and motion abuses and the imposition of sanctions when appropriate, should discourage dilatory or abusive tactics and help to streamline the litigation process by lessening frivolous claims or defenses." [181] The Third Circuit and the Advisory Committee Notes to Rule 11 have set forth certain factors useful in determining whether an attorney's conduct has violated Rule 11. Those factors include:

> [H]ow much time for investigation was available to the signer; whether he had to rely on a client for information as to the facts underlying the pleading, motion, or other paper; whether the pleading, motion, or other paper was based on a plausible view of the law; [ ] whether he depended on forwarding counsel or another member of the bar; [and] whether [one] is in a position to know or acquire the relevant factual details.[182]

Once a violation of Rule 11 has been established, a district court "has discretion to tailor sanctions to the particular facts of the case." [183] "The court has available a variety of possible sanctions to impose for violations, such as striking the offending paper; issuing an admonition, reprimand, or censure; requiring participation in seminars or other educational programs; ordering a fine payable to the court; referring the matter to disciplinary authorities . . ., etc." [184] "The basic principle governing the choice of sanctions is that the *least severe* sanctions *adequate* to serve the purpose should be imposed." [185] Thus, the appropriate sanction must still achieve Rule 11's central purpose: "deterrence of frivolous lawsuits." [186] To that end, federal courts in the Third Circuit's venire and the Advisory Committee Notes to Rule 11 have also set forth certain factors useful in determining the appropriate sanction for a violation of Rule 11. They include:

> Whether the improper conduct was willful, or negligent; whether it was part of a pattern of activity, or an isolated event; whether it infected the entire pleading, or only one particular count or defense; whether the person has engaged in similar conduct in other litigation; whether it was intended to injure; what effect it had on the litigation process in time or expense; whether the responsible person is trained in the law; what amount, given the financial resources of the responsible person, is needed to deter that person from repetition in the same case; what amount is needed to deter similar activity by other litigants: all of these may in a particular case be proper considerations.[187]

179. *Id.*

180. *Id.* at 483–84.

181. Fed. R. Civ. P. 11 Advisory Committee Notes to 1983 Amendment.

182. Fed. R. Civ. P. 11 Advisory Committee Notes to 1983 Amendment; *CTC Imports & Exports,* 951 F.2d at 578.

183. *Doering,* 857 F.2d at 194.

184. Fed. R. Civ. P. 11 Advisory Committee Notes to 1993 Amendment ("Since the pur-

pose of Rule 11 sanctions is to deter rather than to compensate, the rule provides that, if a monetary sanction is imposed, it should ordinarily be paid into court as a penalty.").

185. *Doering,* 857 F.2d at 194.

186. *See id.* at 193.

187. Fed. R. Civ. P. 11 Advisory Committee Notes to 1993 Amendment. *See also In re Cendant Corp. Derivative Action Litig.,* 96 F.Supp.2d 403, 407–08 (D.N.J. 2000). Be-

A similar decision framework, which seeks to punish and deter vexatious behavior, is set forth at Title 28 United States Code, Section 1927. That section provides as follows:

Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

 To that end, the trial court "has broad discretion in managing litigation before it," and "the principal purpose of imposing sanctions under 28 U.S.C. § 1927 is the deterrence of intentional and unnecessary delay in the proceedings." [188] "As is evident from the text of the statute, § 1927 requires a court to find an attorney has (1) multiplied proceedings; (2) in an unreasonable and vexatious manner; (3) thereby increasing the cost of the proceedings; and (4) doing so in bad faith or by intentional misconduct." [189] "Indications of this bad faith are findings that the claims advanced were meritless, that counsel knew or should have known this, and that the motive for filing the suit was for an improper purpose such as harassment." [190] Because § 1927 addresses the impact conduct has on the proceedings, sanctions that are imposed under § 1927 should correspond to the costs and expenses resulting from the vexatious conduct. [191]

That sanctions are warranted for prosecuting this fee petition in a vexatious manner is the only conclusion supported by the facts. Indeed, this litigation has lingered in excess of an additional year since Ms. Pollick accepted the Defendant's Rule 68 offer of judgment. That interim time was expended on briefing extensions and the work of defense counsel and this Court in parsing out Ms. Pollick's 44–page, thousand-entry fee petition. I regret that this matter has persisted so long, but our system rather prefers justice delayed over justice denied, and whatever delay Ms. Pollick has suffered was entirely a setback of her own making. Although I was taken aback by Ms. Pollick's initial demands, I deemed it appropriate to review her entire fee petition, her history of fee petition cases, and the procedural history of this matter before a show cause hearing was scheduled. As the transcript reveals, an important purpose of that hearing was to question Ms. Pollick on the record in light of her flaunting the above-referenced authorities.

 It is uncontroverted that "counsel multiplies the proceedings vexatiously when [her] conduct requires the court to spend a considerable amount of time dealing with the consequences of that conduct, including in an evidentiary hearing regarding sanctions." [192] That is precisely the

---

cause it will impose monetary sanctions, the Court must also consider the *Doering* factors as set forth at 857 F.2d at 195–97. Those factors are considered throughout this Memorandum.

**188.** *Zuk v. Eastern Pennsylvania Psychiatric Institute*, 103 F.3d 294, 297 (3d Cir.1996).

**189.** *In re Prudential Ins. Co. Am. Sales Practice Litig. Agent Actions*, 278 F.3d 175, 188 (3d Cir. 2002) (citing *Williams v. Giant Eagle Markets, Inc.* 883 F.2d 1184, 1191 (3d Cir. 1989)).

**190.** *In re Prudential*, 278 F.3d at 188 (quoting *Smith v. Detroit Fed'n of Teachers Local 231, Am. Fed. of Teachers, AFL–CIO*, 829 F.2d 1370, 1375 (6th Cir.1987)).

**191.** *See Martin v. Brown*, 63 F.3d 1252, 1264 (3d Cir.1995).

**192.** *Amlong & Amlong, P.A. v. Denny's, Inc.*, 500 F.3d 1230, 1266 (11th Cir. 2007).

case here. Despite giving every benefit of the doubt to Ms. Pollick, including allowing her an opportunity to file an amended fee petition, to allow her an opportunity to explain herself at a show cause hearing, and first attempting to conduct a line-by-line review of her entries, Ms. Pollick has chosen to reject those opportunities and sap the resources of this Court and taxpayer dollars by placing the burden on the Court to mine through her thousands of cumbersome entries to discover those gems that could properly be billed. Indeed, she took this path knowing that I intended to sanction her if she did not submit an amended petition.

Truth be told, it is difficult to envision hypothetical conduct more vexatious in federal court than that exhibited here by Ms. Pollick. Her conduct has given rise to a malignant chapter of this already-prolonged litigation. Not only that, but it has also drained the resources of opposing counsel, John E. Freund, III, Esquire, whose submissions have been exceedingly helpful to this Court and who has exhibited nothing but the highest levels of professionalism in response to Ms. Pollick's unstable behavior.

That Ms. Pollick's conduct exhibited the level of "bad faith" required to impose sanctions under § 1927 is also evident. In fact, the disputed fee petition was submitted exactly five months after another member of this Court reprimanded her and cut all vague and cryptic entries from a proposed petition, less than a year after the Third Circuit affirmed a complete denial of her fees as disproportionate to her recovery, and within a few years following a similar affirmance of a district court's order that cut her fees as disproportionate in light of rejected settlement offers. Neither should it surprise Ms. Pollick that substantial authority existed on the impropriety of billing for time that her own

misconduct necessitated. This is plainly a situation where counsel knew what she was about to do was wrong, but she went ahead and did it anyway. Therefore, this case and conduct fall squarely within the crosshairs of § 1927 and Rule 11.

The argument for sanctions under Rule 11 is equally as strong as that under § 1927. In one sentence, I would summarize that Ms. Pollick is being sanctioned under Rule 11 because she plopped a dog's-breakfast fee petition on this Court's doorsteps, and she knew what she was trying to extort did not rightly belong to her. How did she know her representations to the Court were unsupported by law or fact? Of course, the record indicates the Ms. Pollick is responsible for generating her own fee bill jurisprudence, in which this Court and the Third Circuit has repeatedly shrunk her fee bills or denied them all together, warning on several occasions that her requests were imaginative and unsupported by her performance.

As referenced earlier, perhaps the most troubling facet of this petition is that Ms. Pollick submitted it approximately five months having been sternly reprimanded by Judge Caputo in a distinct action before this Court for submission of entries that were vague, duplicative, and impermissible. Several of the entries in this case corresponded word-for-word with those stricken by Judge Caputo. I now delve more deeply into the details of the warnings that Ms. Pollick previously disregarded. For example, Judge Caputo included an entire paragraph in *Souryavong* devoted to "Cryptic and Vague Entries." After citing a body of case law from the Third Circuit, Judge Caputo explains as follows:

> Here, Plaintiffs' bare-boned entries are too vague for a court to fairly determine if the hours claimed are reasonable for the work performed. Plaintiffs could have added a general description of the

work performed without going into great detail and divulging attorney-client privilege so that this Court could fairly determine whether the corresponding number of hours billed were reasonable. For example, instead of submitting pages and pages of time entries stating "TC from Nelson regarding case," or "Legal research for case," Plaintiffs could have submitted entries such as "TC from Nelson regarding MTD," or "Legal research for FLSA claim." Neither of these entries reveal attorney-client privilege, yet would be specific enough for me "to determine if the hours claimed are unreasonable for the work performed." [193]

Judge Caputo also cited to several prior cases in which he had "deducted time from Attorney Pollick's submitted entries based on lack specificity," included his decision in *Dee v. Borough of Dunmore.*[194] He also quoted from *Wales v. Jack M. Berry, Inc.* [195] Judge Caputo described that case—indeed quoted from it—as follows "sustaining any objection to an entry referring to a conference, a telephone call, or the like...if the entry does not identify the subject of the communication, because while it is not expected that discussions or other messages should be particularized in detail, it is easy enough to add a couple of words regarding the subject matter of the communication in order to show that it is compensable—if it is." [196]

Despite that lengthy explanation by Judge Caputo, several of Ms. Pollick's preliminary entries in this case could be taken

verbatim from her petition in *Souryavong*, save for the names of each client:

> 5/7/2007: "TC from Patti regarding situation"
>
> 5/10/2007: "TC with Patty regarding issues"
>
> 5/11/2007: "TC from Patty regarding situation"
>
> 5/14/2007: "TC from Patty regarding situation"
>
> 8/10/2007: "TC with Patti discussing case"

I asked Ms. Pollick whether she had read Judge Caputo's decision (and a number of other decisions pertaining to these type of cryptic and vague entries, including *Lohman, Dee, Carroll,* and *Carey* ), and she admitted that she had. So, I asked why she submitted these improper entries yet again, and quite strikingly, she answered that she could she submit any entries, regardless of their propriety and that it was opposing counsel's and the Court's job to challenge and trim those entries back. If they failed to do so, Ms. Pollick apparently believed that she would be entitled to a $727,000.00 windfall.

That is not how either civil rights cases or Rule 11 works. Civil rights cases are not sweepstakes tickets, and Rule 11 requires that all motions submitted for the Court's consideration be grounded in good law and truthful facts, not pure imagination or wishful thinking. That Ms. Pollick submitted the instant petition without even revising her own entries and that she did so after having been warned and placed on

**193.** *Souryavong,* 159 F.Supp.3d at 533. That *Souryavong* is presently on appeal does not alter my decision in any way. To the contrary, I simply feature *Souryavong* because it is one of the most recent of several prominent decisions concerning denial or ratchetting back of Ms. Pollick's fee petitions. So too does it appear that the appellate disputes in *Souryavong*

center on merits issues on not on Judge Caputo's discretionary fee determinations.

**194.** *See id.*

**195.** *See id.* (citing 192 F.Supp.2d 1313, 1318–19 (M.D.Fla.2001)).

**196.** *See id.*

notice several times by members of this Court or the Third Circuit of the impropriety of such conduct—and after other Rule 11 and sanctions motions had previously been brought against her—establishes that monetary sanctions are the minimum possible penalty necessary for deterring future misconduct by Ms. Pollick. Obviously, verbal warnings have no effect on Ms. Pollick's vexatious behavior. I repeat: "Suffice it to say, [Ms. Pollick] is simply not getting the message." [197]

 So too are sanctions warranted for Ms. Pollick seeking compensation for portions of this case that were necessitated by her own misconduct at trial and for time spent prosecuting her case against defendants and for claims upon which she did not prevail. "Case law is clear that where an attorney, for an improper purpose, disregards applicable law and pushes a claim in the absence of supporting facts, bad faith is evident and sanctions are appropriate." [198] The rule set forth in *Shott* and followed by every circuit court to have addressed the issue is crystal clear: counsel may not recover for additional time necessitated by her own misconduct. The justification for this rule, which seeks to prevent perverse incentives, is obvious: should courts rule to the contrary, counsel would be misbehaving and causing mistrials all along, with the cockeyed hope that an eventual fee bill might include time for three trials instead of one.

The same is true of time spent on unsuccessful claims or as to defendants against whom the Plaintiff did not prevail. In *Rode v. Dellarciprete*, a decision from 1990, the Third Circuit made clear that such hours are properly excluded when they are "sufficiently separable from the rest of the litigation." [199] The panel in *Rode* upheld the exclusion of such time where "[t]he hours worked on those motions did not further successful claims; rather, the time was spent solely on unsuccessful claims." [200] Those are precisely the circumstances that Ms. Pollick faces here, and her flaunting these authorities establishes the improper purposes of her outlandish fee petition. That she failed to conduct an inquiry into the facts and the law as required by Rule 11 is apparent. Not only did she neglect as much, but she willfully ignored these authorities with which she had been confronted numerous times in the past.

At bottom, the remaining claim is a unique hostile educational environment claim brought against a lone teacher. As I reiterated at numerous pretrial junctures while disposing of the eleven motions in limine occasioned by Ms. Pollick's prior trial conduct, "[t]he sole remaining claim, creation of a hostile educational environment based upon sex, is an exceedingly narrow one." [201] As such, in excluding numerous pieces of evidence, I emphasized that the elements of the present claim were neither furthered or countered by the conduct of the other Defendants or the disposition of the other claims—most of which related to a distinct First Amendment retaliation against the school district and certain of its officials. Those claims where wholly unrelated, and they there-

---

**197.** *Keister v. PPL Corp.*, 318 F.R.D. 247, 254 (M.D. Pa. 2015) (imposing $116,000.00 sanction for Rule 11 violation), *aff'd, Keister v. PPL Corp.*, 677 Fed.Appx. 63 (3d Cir. 2017) (Fisher, J.).

**198.** *Alphonso v. Pitney Bowes, Inc.*, 356 F.Supp.2d 442, 454 (D.N.J. 2005).

**199.** 892 F.2d 1177, 1186 (3d Cir. 1990).

**200.** *Id.*

**201.** *Young v. Smith*, No. 3:07-CV-00854, 2016 WL 3522965, at *1 (M.D. Pa. June 28, 2016).

fore well surpass the "sufficiently separable" test.

Quite plainly, I would also point out that the Third Circuit has previously affirmed a grant of summary judgment, a grant of a new trial, and my instructions at trial involving all other defendants and claims. In the same decision, the Third Circuit reversed my grant of summary judgment as to the only remaining defendant and the only remaining claim. Those decided claims and prevailing Defendants must have been "sufficiently separable," as the Third Circuit's decisional pattern confirms that the remaining claim's survival was not legally or factually dispositive as to any of those previously decided or vice versa. Otherwise, a final trial on each of those claims and as against all of the Defendants would have been necessary—not just this exceptionally limited one.

The same is true of the bounty of administrative tasks for which Ms. Pollick has billed, her billing of time associated with excluded experts and stricken evidence, as well as her inflated and duplicative costs associated with researchers and other staff. These entries are all inadmissible under established law, and these entries have all been deemed inadmissible in prior fee decisions involving Ms. Pollick. It was Ms. Pollick, not defense counsel or the Court, who chose to look the other way.

One might respond that outright denial of her petition is a sufficient penalty and that I should give Ms. Pollick a stern warning before sending her on her way. I could not disagree more, and I suspect that other current and former judges of this Court who have presided over cases involving Ms. Pollick (some of whom presently sit on our Court of Appeals) would hold a similar perspective. Disapproving

warnings have been tried before. So too have outright denials of her fee petitions. The outcome was a disappointing one: perhaps the most improper of all of Ms. Pollick's fee petitions has ended up before me after the remedial efforts of my colleagues in *Carroll* and *Souryavong*. I am thus assured that monetary sanctions are proper, and it was Ms. Pollick who, through her own disrespectful and vexatious conduct, confirmed as much.

Contrary to Ms. Pollick's protestations, sanctions beyond outright denial of fees are available to redress excessive fee petitions, especially where the offending counsel was previously put on notice of the unreasonableness of her conduct. In *TMF Tool Co. v. Muller*, for example, the Seventh Circuit confirmed that "conduct in submitting the fee petition" could fall "independently within the scope of the provisions of Rule 11." [202] Indeed, Rule 11 sanctions in such circumstances are appropriate so long as the district court makes "some conclusive finding that the fees requested *are* in fact excessive to a point which warrants the imposition of sanctions." [203]

Accordingly, with all of those considerations in mind, I will impose $25,000.00 in monetary sanctions under both § 1927 and Rule 11. Because those sanctions stem from the same violative conduct, I will set them to run concurrently, for a total penalty of $25,000.00. I select that number because it is a reasonable approximation of the billable time and costs that a defense firm would expend to challenge Ms. Pollick's fee petition and to prepare and appear for the show cause hearing, beyond those costs that reasonably would be incurred on a standard fee motion, together with the value of the time that the Court and its staff have devoted to this portion of

---

**202.** 913 F.2d 1185, 1192 (7th Cir. 1990).

**203.** *See id.*

the litigation.[204] The $25,000.00 sanction will be paid to the Clerk of Court.[205]

## 2. Ms. Pollick's Objections Regarding Notice And The *Pensiero* Supervisory Rule Are Meritless On These Facts, Are Unsupported By Prevailing Third Circuit Law, And Are Therefore Overruled.

When given the opportunity to raise additional points of argument in supplemental briefing, Ms. Pollick submitted a stream-of-consciousness response comprised of approximately 15 distinct arguments. Because most of those arguments relate to simple lodestar issues and have already been discussed in the prior sections, I focus on two procedural objections. The first is Ms. Pollick's contention that fee petitions in civil rights actions can never be the subject of Rule 11 sanctions because they necessarily are filed after the entry of judgment. The second argument is that Ms. Pollick lacked sufficient notice as to the reasons that motivated my decisions to impose sanctions. Neither argument is availing on the facts of this case.

▇▇▇ Ms. Pollick contends that sanctions based on a vexatious fee petition are never proper, as judgment will often have already been entered in such cases. That argument not only leads to the apparently absurd result that federal judges lack the power to redress vexatious fee petitions, but so too does it misperceive the Third Circuit's *Pensiero* rule and its non-application to sanctions levied pursuant to § 1927.

First, Ms. Pollick's argument conflates the difference between entry of judgment on the merits and subsequent disposition of collateral matters, such as fee petitions, sanctions, or contempt hearings. By way of illustration, a key premise underlying the

**204.** *See, e.g., Worldwide Primates, Inc. v. McGreal*, 87 F.3d 1252, 1254 (11th Cir. 1996) (affirming $25,000 sanction under Rule 11 where "the person who signed the pleadings should have been aware that they were frivolous"); *MHC Inv. Co. v. Racom Corp.*, 323 F.3d 620, 623 (8th Cir. 2003) (affirming *sua sponte* imposition of $25,000 sanction under Rule 11 where counsel "violated Rule 11 by pursuing frivolous defenses and claims with the purpose of delaying [resolution]"); *Iris Connex, LLC v. Dell, Inc.*, 235 F.Supp.3d 826, 856 (E.D. Tex. 2017) (imposing $25,000 sanction under rule 11 where counsel's argument was "divorced from the specification and claim language, ignored the file history, contravened [prevailing] law, relied heavily on extrinsic evidence to the exclusion of the intrinsic evidence, and asked the Court to adopt a construction that simply did not make any sense").

**205.** I have taken into account that Ms. Pollick is a sole practitioner and that consideration does not alter my determination in any way. As I explained in *Keister*, a decision affirmed by the Third Circuit, sole practitioner status, as described in *Doering v. Union Cty. Bd. of Chosen Freeholders*, 857 F.2d 191 (3d Cir. 1988), "cannot be wielded by sole practitioners as immunity against Rule 11 sanctions *ad infinitum*." *Keister v. PPL Corp.*, 318 F.R.D. 247, 272 (M.D. Pa. 2015). In fact, *Keister* and *Young* suggest that sole practitioners may lack partners because other lawyers are uncomfortable building professional associations with the offending lawyer. As the Third Circuit explained in its affirmance, distinguishing *Doering*:

> This Court has held that monetary sanctions are meant to serve as a deterrent and are inappropriate if they are so great that they are punitive. Given Russo's history of sanctions for similar conduct and the court's previous "leniency because of his status as a sole practitioner," the District Court concluded that Russo's "alleged financial circumstances simply do not outweigh the need for adequate deterrence in this case." On appeal, Russo reasserts the same bare statement he made to the District Court—namely, that he is a sole practitioner. We do not find that the awards amount to an abuse of discretion, especially where Russo failed to present evidence of actual inability to pay or that the sanctions would cause him to suffer undue hardship.

*Keister v. PPL Corp.*, 677 Fed.Appx. 63, 69 (3d Cir. 2017) (Fisher, J.). The same reasoning prevails here.

Third Circuit's decision in *Pensiero* was that district courts retained jurisdiction "even after an appellate affirmance on the merits, to award attorney's fees under Rule 11 and other statutory fee provisions." [206] This was true because "a Rule 11 motion is 'uniquely separable' and collateral from the decision on the merits." [207]

In fact, the Third Circuit in *Pensiero* heavily relied upon the Supreme Court's decision in *White v. New Hampshire Dep't of Employment Sec.*, as just quoted, which decision makes clear that consideration of a post-judgment fees or sanctions motion is reserved to the sound discretion of the district court and is procedurally defunct only if it "unfairly surprises or prejudices the affected party." [208] The United States Court of Appeals for the Fourth Circuit, interpreting *White*, observed that "[i]n the absence of an applicable local rule in the district court, the only time limitation arises out of those equitable considerations that a district judge may weigh in his discretion." [209] The Third Circuit's decision in *Pensiero* also placed significant emphasis on the Fourth Circuit's decision in *Hicks*.

Just as importantly, concerns over piecemeal review that animate the *Pensiero* rule dissipate entirely where, as here, the underlying action is resolved by way of a settlement before sanctions are imposed. In such cases, pre-settlement rulings unrelated to sanctions are unappealable, because "[s]imply stated, a case is moot when the issues presented are no longer 'live.'" [210] Thus, no threat of piecemeal review exists: either the post-settlement fee ruling will be appealed or it won't—nothing more.

The leading case on point is *In re Schaefer Salt Recovery, Inc.*, an opus written by the Honorable Maryanne Trump Barry confirming that the *Pensiero* rule, which encourages the filing of sanctions motions prior to the entry of final judgment, is inapplicable to sanctions under § 1927 and nevertheless is not violated in the absence of piecemeal appeals.[211] Joining its sister circuits, the panel in *Schaefer Salt* explained, "We, too, conclude that, to the extent the supervisory rule remains viable, it does not apply where sanctions are sought under § 1927." [212] Thus, not only did the panel make clear that the *Pensiero* rule did not apply to sanctions under § 1927, but it also called that supervisory rule's continued existence into question.

This was the case, Judge Barry wrote, because the supervisory rule "was justified to eliminate piecemeal appeals" and therefore only applied "where [sanctions] motions arise out of conduct that occurred prior to the final judgment." [213] In other words, where, as here, sanctionable conduct occurs after the entry of final judgment and with no threat of piecemeal review, it would be absurd for the supervisory rule to shield that counsel's improprieties from retribution.

The Third Circuit again took this exact stance in *Schering Corp. v. Vitarine Phar-*

**206.** *Mary Ann Pensiero, Inc. v. Lingle*, 847 F.2d 90, 98 (3d Cir. 1988).

**207.** *Id.* (quoting *White v. New Hampshire Dep't of Employment Sec.*, 455 U.S. 445, 452, 102 S.Ct. 1162, 71 L.Ed.2d 325 (1982)).

**208.** 455 U.S. at 454, 102 S.Ct. 1162.

**209.** *Hicks v. S. Maryland Health Sys. Agency*, 805 F.2d 1165, 1167 (4th Cir. 1986).

**210.** *Powell v. McCormack*, 395 U.S. 486, 496, 89 S.Ct. 1944, 23 L.Ed.2d 491 (1969).

**211.** 542 F.3d 90 (3d Cir. 2008).

**212.** *Id.* at 102.

**213.** *Id.* at 97.

*maceuticals, Inc.*[214] A preliminary question in *Schering* was "whether the district court had jurisdiction to impose Rule 11 sanctions after the plaintiffs had voluntarily dismissed the action."[215] "We hold the district court had jurisdiction to entertain and decide the Rule 11 motion after defendants suffered a voluntary dismissal."[216] To hold otherwise would "emasculate Rule 11," the court reasoned.[217]

In reaching that conclusion, the panel noted that "the majority of circuit courts that have examined the issue" were in agreement.[218] A key consideration for the Third Circuit in *Schering* was that voluntary dismissals removed all but collateral issues from the district court's jurisdiction, thereby eliminating the risk of piecemeal merits and collateral appeals.[219] It wrote as follows: "Nonetheless, a district court, after entry of a final judgment and filing of a notice of appeal, retains the power to adjudicate collateral matters such as applications for counsel fees, *West v. Keve*, 721 F.2d 91, 95 n. 5 (3d Cir.1983), and motions for sanctions under Rule 11, *Mary Ann Pensiero, Inc. v. Lingle*, 847 F.2d 90, 98 (3d Cir.1988)."[220]

When Judge Barry later discussed *Schering* decision in her *Schaefer Salt* opinion, she again emphasized that because such cases presented no risk of piecemeal appeals, the imposition of post-judgment sanctions did not run afoul of the *Pensiero* rule:

In *Schering*, we did not even mention the supervisory rule and the prudential reasons underlying that rule, much less did

we find that sanctions were barred even though the motion for sanctions was filed almost one and one-half months after the filing of the notice of dismissal. Presumably we did not find the supervisory rule worthy of mention because where there is a voluntary dismissal, there is no danger of piecemeal appeals and no future conduct to deter, the predominant justifications for the rule.[221]

So too are the following decisions in accordance; *Grider v. Keystone Health Plan Cent., Inc.*, 580 F.3d 119 (3d Cir. 2009) (where parties settled underlying class action, only district court's sanctions decision was appealable, and panel therefore saw "no basis to remand"); *Praxis Properties, Inc. v. Colonial Sav. Bank, S.L.A.*, 947 F.2d 49 (3d Cir. 1991) (review of district court's rulings post-settlement requires "an exception to the general mootness rule" because resolution of appeal would "have no direct, practical effect on the parties"). Plaintiff's scattershot briefing fails to explain the inapplicability of these authorities. Rather, despite my citing them at oral argument and in docketed Orders, they appear in her papers with disappointing infrequency, if at all.

The decision by our Court of Appeals in *Simmerman v. Corino* does not contradict this established line of authority.[222] *Simmerman* is as much a case about avoiding piecemeal appeals as it is about a *sua sponte* sanctions decision. In fact, the sanctions order at issue in *Simmerman* was entered *after* the underlying grant of summary judgment had already been appeal-

---

**214.** 889 F.2d 490 (1989) (Cowen, J.).

**215.** *Id.* at 494.

**216.** *Id.* at 496.

**217.** *Id.*

**218.** *Id.* at 494.

**219.** *See id.* at 494–95.

**220.** *Id.* at 495.

**221.** 542 F.3d at 98.

**222.** 27 F.3d 58 (3d Cir. 1994).

ed.[223] The Third Circuit therefore was forced to enter two piecemeal decisions within six months of one another in *Simmerman*: one affirming the district court's summary judgment decision in December 1993 and a second in June 1994 evaluating the propriety of its entry of sanctions.[224] In the *Simmerman's* court's own words, the *Pensiero* rule is "aimed at eliminating piecemeal review."[225] Thus, because of the "the undesirability of separate appeals concerning merits and fee questions," the sanctions in *Simmerman* were vacated.[226]

*Simmerman* was decided on an additional ground not applicable here. There, the court recognized that "[a]t the time that the court decided the motions for summary judgment and dismissal, it had before it the identical information that it relied upon three months later in imposing the sanctions. Nothing was to be gained by delay."[227] That could not be farther from the truth here. The propriety of Ms. Pollick's fee petition was not evident to the Court (or defense counsel) prior to my entering judgment under Federal Rule of Civil Procedure 68 pursuant to the parties' settlement agreement—of course, her fee

petition did not even exist at that time. As Judge Barry reiterated in *Schaefer Salt*, cases like *Pensiero* and *Simmerman* only bar sanctions that "arise out of conduct that occurred *prior to the final judgment*."[228] Otherwise, post-judgment conduct such as excessive fee petitions, contemptuous conduct, or willful breaches of settlement agreements would always be shielded.[229]

 So too do the law and the facts belie Ms. Pollick's notice argument. The normative thread that runs through the Third Circuit's notice case law centers on a worthy objective: it "(1) must be reasonably calculated to inform recipients of the availability of a hearing, and (2) must offer recipients the opportunity to prepare adequately for that hearing."[230]

For example, in a decision captioned *In re Prudential Ins. Co. Am. Sales Practice Litig. Agent Actions*, the Third Circuit upheld a district court's imposition of monetary sanctions under § 1927 where counsel received written notice that sanctions were sought "for unreasonably and vexatiously multiplying the proceedings in this matter, and seeking payment . . . of the ex-

223. *See id.* at 60–61.

224. *Id.* at 60–61.

225. *Id.* at 63.

226. *Id.*

227. *Id.*

228. 542 F.3d at 97.

229. Certain assumptions critical to its holding may call *Simmerman* into question. For one, the panel in that case noted that *"sua sponte* imposition of sanctions cannot serve the intent of Rule 11." I find it difficult to square that observation with the clear text of Rule 11's most recent amendment, which expressly provides at subpart (3), entitled "On the Court's Initiative," that "[o]n its own, the

court may order an attorney, law firm, or party to show cause why conduct specifically described in the order has not violated Rule 11(b)." Moreover, the court acknowledged in a footnote that one defendant actually had filed a Rule 11 motion prior to the entry of judgment. *Id.* at 61 n.3 ("Defendant Dr. Anne Burgess filed a motion for fees and Rule 11 sanctions on August 14, 1992, two months prior to the court's dispositive ruling."). It also acknowledged that other defendants submitted a fee petition pursuant to 42 U.S.C. § 1988. *Id.* at 61. Thus, it is further unclear that the reasoning contained in *Simmerman* would survive the Third Circuit's "same conduct" notice holdings in *Schaefer Salt, Prudential,* and *Keister,* to which I now turn.

230. *Mayhew v. Cohen,* 604 F.Supp. 850, 856 (E.D. Pa. 1984) (citing *Memphis Light, Gas & Water Div. v. Craft,* 436 U.S. 1, 13, 98 S.Ct. 1554, 56 L.Ed.2d 30 (1978)).

cess costs, expenses and attorneys' fees reasonably incurred." [231] In fact, the Third Circuit in *Prudential* reasoned that "all parties were given ample notice of what behavior was in dispute," because "the questions posed at oral argument afforded to the parties an inkling of the Court's concerns about what behavior might be objectionable," and "each party was able to listen at oral argument to the concerns voiced by the other." [232] "Surely," the court concluded, "each side was on particularized notice of what behavior and actions were at issue." [233] As was the case here, counsel in *Prudential* "were also given at least four opportunities to be heard," including formal and letter briefing, oral argument and rebuttal, and supplemental briefing following the argument.[234]

More recently, in *Keister v. PPL Corp.*, the Honorable D. Michael Fisher, writing for a Third Circuit panel that included the Honorable Thomas I. Vanaskie and the Honorable Cheryl Ann Krause, expressly rejected for a second time the argument that imposition of sanctions under either of two provisions for "the same conduct" prejudices the respondent where an initial scheduling order identifies that conduct and lists only one of the two provisions.[235] In particular, the court in *Keister* rejected an attorney's argument that sanctions in the form of could be imposed under Federal Rule of Civil Procedure 54, even though an initial scheduling order only mentioned

Federal Rule of Civil Procedure 11.[236] "First," the panel explained, "the same conduct gave rise to the Rule 11 and Rule 54 motions." [237] "Second," it continued, "during the Rule 11 hearing, Russo affirmatively opted to respond to the Rule 54 motion." [238] By extension, then, the offending attorney "cannot plausibly argue that he was prejudiced by his own consent to address the Rule 54 motion during the Rule 11 hearing." [239]

The Third Circuit's reasoning in *Keister* applies with equal force here. In my view, not even the slightest ray of light could cut between the arguments presented by the attorney in *Keister* then and those that Ms. Pollick offers now. The Rule 11 and § 1927 sanctions undoubtedly stem "from the same conduct"—that is an uncontested admission at this point. Even more, however, not only did Ms. Pollick consent and respond to my § 1927 questions at the sanctions hearing, but she also was afforded the opportunity to submit supplemental briefing, which she also consented to and duly submitted.

Apart from all of the legal considerations, reasonable notice is also a know-it-when-you-see-it concept.[240] In light of the foregoing case law, I will therefore recount the notices and opportunities to be heard that were afforded to Ms. Pollick. On June 20, 2017, this Court scheduled a July 13, 2017 evidentiary hearing and oral argument on counsel for Plaintiff's Motion for

231. 278 F.3d 175, 191 (3d Cir. 2002).

232. *Id.*

233. *Id.*

234. *Id.*

235. 677 Fed.Appx. at 69.

236. *Id.* at 68–69.

237. *Id.* at 69.

238. *Id.*

239. *Id.*

240. *See, e.g., Jones v. Pittsburgh Nat. Corp.*, 899 F.2d 1350, 1357 (3d Cir. 1990) (contrasting scenario where counsel was not put on notice "until he received the court's order…actually imposing sanctions" with that in which counsel "prior to sanctioning" is provided "notice and some occasion to respond").

Fees, and this Court's related *sua sponted*etermination that sanctions might result following the Court's further review of this matter.[241] The Order provided Plaintiff's counsel with "particularized notice," because it included "the particular factors that [s]he must address if [s]he is to avoid sanctions." [242] Specifically, that Order stated as follows at Paragraph 4:

> In addition, at the time of the hearing, both parties should be prepared to address whether counsel for Plaintiff's fee request in excess of $727,000.00, which seeks fees and costs for portions of the litigation that were necessitated by her own vexatious conduct, as against defendants that she ultimately did not prevail, for certain expenses previously held unrecoverable by judges of this Court, and relative to a total settlement of $25,000.00, violates Federal Rule of Civil Procedure 11.

In addition to citing Rule 11, that Order made clear sanctions may be imposed for Plaintiff counsel's "vexatious conduct," which conduct is the cornerstone of any sanctions determination under 28 U.S.C. § 1927.

During the oral argument and evidentiary hearing, I heard approximately a half-day of testimony and argument. At several junctures, Ms. Pollick consented to my questions about the imposition of sanctions pursuant to § 1927 for vexatious conduct. In fact, counsel for Plaintiff contested on numerous occasions throughout her oral argument that her conduct was vexatious as contemplated by § 1927. And at one

point, we even read through the text of the pertinent sanction provisions for the record.

Moreover, contrary to Ms. Pollick's misrepresentations at oral argument, my June 20, 2017 Order was not the first occasion upon which the issue of sanctions for Plaintiff counsel's meritless and vexatious fee petition was raised. Indeed, despite not filing a separate Rule 11 motion, defense counsel highlighted the propriety of sanctions in its responsive papers to Plaintiff counsel's fee petition, devoting a full section of its argument to the following contention:

> Plaintiff's demand for fees for the second trial, where Defendant Smith was not a party, should be the basis for sanctions, a denial of fees, or an overall reduction in fees.[243]

That section specifically states that "[u]nder Fed. R. Civ. P. 11(b), by presenting a paper to this Honorable Court, Plaintiff's counsel certifies that, to the best of her knowledge, the legal contentions are warranted under existing law." [244] In fact, counsel for the Defendant in its opposition brief to Plaintiff counsel's fee petition quoted directly from my 2016 decision imposing Rule 11 sanctions, in which I stated that such sanctions may be appropriate to deter "vexatious conduct" on the part of an attorney who "is simply not getting the message." [245]

Moreover, in a July 10, 2017 Order granting a motion to quash one of Plaintiff counsel's subpoenas, I again reiterated

241. ECF No. 652. As discussed briefly in a prior section, I note that Ms. Pollick has strenuously objected to my holding of that hearing, which would appear to cut against the logic of her due process argument.

242. *Jones v. Pittsburgh Nat. Corp.*, 899 F.2d 1350, 1357 (3d Cir. 1990).

243. ECF No. 642 at 21–22.

244. *Id.* at 21.

245. ECF No. 642 at 20 (citing *Keister v. PPL Corp.*, 257 F.Supp.3d 693, No. 4:13–CV–00118, 257 F.Supp.3d at 698–99, 2016 WL 688031, at *2 (M.D. Pa. Feb. 19, 2016), *aff'd*, 677 Fed.Appx. 63 (3d Cir. 2017)).

that the issues to be considered at the July 13 show cause hearing included the propriety of sanctions as to counsel for Plaintiff's vexatious conduct and excessive fee petition, using the same language excerpted above.[246]

Again, during the course of that hearing, I ensured for what was then at least the third time that Plaintiff's counsel was aware that the sanctionable conduct at issue was her submitting a fee petition that sought costs and fees for portions of the litigation that were necessitated by her own vexatious conduct, as against defendants from whom she ultimately did not prevail, for certain expenses previously held unrecoverable by judges of this Court, and relative to a total settlement of $25,000.00. I also reviewed specific entries with Ms. Pollick and compared them against prior ones rejected by my colleagues in earlier cases. Ms. Pollick was also provided with the opportunity to submit an amended fee petition, which she rejected.

On the record, I confirmed that Ms. Pollick understood that Rule 11 applies if an attorney submits papers "for any improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation" or if an attorney's "claims, defenses, and other legal contentions" are not "warranted by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law or for establishing new law." I also confirmed that Ms. Pollick understood that Section 1927 "requires a court to find an attorney has (1) multiplied proceedings; (2) in an unreasonable and vexatious manner; (3)·

thereby increasing the cost of the proceedings; and (4) doing so in bad faith or by intentional misconduct." [247] We read that provision together, and she answered my questions affirmatively. With all of that background information preserved on the record, I thereafter also confirmed that Plaintiff's counsel understood that penalties could be imposed pursuant to Rule 11 or § 1927 and could include monetary sanctions. Ms. Pollick answered those questions in the affirmative as well.

Nevertheless, out of an abundance of caution, I allowed Ms. Pollick a subsequent opportunity to be heard. Thus, in a subsequent Scheduling Order issued that same date, I again recited for the record that "the sanctions issue presently under consideration is whether counsel for Plaintiff should be sanctioned for submission of a fee request in excess of $727,000.00, which seeks fees and costs for portions of the litigation that were necessitated by her own vexatious conduct, as against defendants from whom she ultimately did not prevail, for certain expenses previously held unrecoverable by judges of this Court, and relative to a total settlement of $25,000.00." [248] I also wrote that "[t]he Court may sanction Plaintiff's counsel under either (or both) of Federal Rule of Civil Procedure 11 or 28 U.S.C. § 1927," and that "[t]he penalties imposed may include monetary sanctions." [249] In addition, I stated, "Moreover, counsel for Plaintiff is afforded an additional opportunity to respond and be heard on the sanctions issue presently under consideration." [250] Ms. Pollick did in fact consent to responding by filing a supplemental brief two weeks la-

246. ECF No. 660 ¶ 4.

247. *In re Schaefer Salt Recovery, Inc.*, 542 F.3d 90, 101 (3d Cir. 2008) (Barry, J.).

248. ECF No. 664 at 6–7.

249. *Id.* at 7.

250. *Id.* at 7.

ter.[251]

In sum, Ms. Pollick was fully aware of the conduct that formed the basis of my sanctions hearing. Undoubtedly, she should have known in her heart-of-hearts that this conduct was improper from the moment she clicked the "submit" button. Because she consented to the hearing and supplemental briefing, because she received ample notice and opportunity to respond, and because sanctions under Rule 11 and § 1927 stem "from the same conduct," this objection is also overruled.

## IV. CONCLUSION

This litigation has persisted for all of the wrong reasons, and it ends today. "A request for attorney's fees should not re-sult in a second major litigation."[252] Unfortunately, a second major litigation has transpired here, spawned by the vexatious conduct of Cynthia L. Pollick, Esquire. Although holding a hearing and reviewing the pertinent documentation has taken substantial time, my hope is that this time was well spent and that none of my colleagues will deal with such an improper fee petition in the future. This is the result that justice commands—the result that public faith in our judicial system requires.

An appropriate Order follows.

### APPENDIX A

### MS. POLLICK'S FEE PETITION

126 F.3d 524, 539 (3d Cir. 1997).

251. ECF No. 669.

252. *Polselli v. Nationwide Mut. Fire Ins. Co.,*

2:20 PM
10/12/11

**EMPLOY LAW OFFICES OF C L POLLICK**
**Time by Job Detail**
All Transactions

| Date | Name | Duration | Notes |
|---|---|---|---|

Youngs
 2007 Professional Services

*(remainder of table illegible)*

EXHIBIT A

Exhibit A

Page 1

2:29 PM
10/12/11

**EMPLOY LAW OFFICES OF C L POLLICK**
**Time by Job Detail**
All Transactions

| Date | Name | Duration | Notes |
|---|---|---|---|
| 6/12/2007 | Cynthia L Pollck | 0.20 | TC from Dr. Reisman regarding case. |
| 6/12/2007 | Cynthia L Pollck | 0.10 | Correspondence with Dr. Reisman regarding increasing me |
| 6/13/2007 | Cynthia L Pollck | 0.40 | Correspondence from Dr. Reisman regarding her testimony. |
| 6/13/2007 | Cynthia L Pollck | 0.20 | TC from Dr. Reisman regarding case. |
| 6/13/2007 | Cynthia L Pollck | 0.10 | Correspondence from Dr. Reisman regarding call me me and then providing cell number. |
| 6/13/2007 | Cynthia L Pollck | 0.33 | Receipt and review of Dr. Reisman's California protective patents association testimony. |
| 6/13/2007 | Cynthia L Pollck | 0.40 | Receipt and re-law of OP's Brief in Support of Motion to Stay. |
| 6/13/2007 | Cynthia L Pollck | 0.40 | Receipt and review of Motion to Stay Discovery. |
| 6/13/2007 | Cynthia L Pollck | 0.40 | Receipt and review of Brief in Opposition to our Motion to Proceed Anonymously. |
| 6/14/2007 | Cynthia L Pollck | 0.60 | TC with Expert Re man regarding case and help. |
| 6/14/2007 | Cynthia L Pollck | 0.10 | Correspondence from Dr. Reisman regarding study |
| 6/14/2007 | Cynthia L Pollck | 0.30 | Correspondence from Dr. Reisman regarding brain science data. |
| 6/14/2007 | Cynthia L Pollck | 0.30 | Correspondence from Patt regarding school board policies |
| 6/14/2007 | Cynthia L Pollck | 0.30 | Correspondence from Dr. Reisman regarding sex crime of teacher - 2nd offense |
| 6/14/2007 | Cynthia L Pollck | 0.30 | Correspondence from Dr. Reisman regarding Supreme Court brief with her case in. |
| 6/14/2007 | Cynthia L Pollck | 0.40 | Receipt and review of Supreme Court brief that Dr. Reisman is cited in. |
| 6/14/2007 | Cynthia L Pollck | 0.30 | Correspondence from Patt regarding odds and policies that are implicated. |
| 6/15/2007 | Cynthia L Pollck | 0.50 | Receipt and review of Study by Andreas Kolt. |
| 6/15/2007 | Cynthia L Pollck | 0.30 | Receipt and review of article on Detroit teacher of the year getting sentenced for porn |
| 6/15/2007 | Cynthia L Pollck | 0.10 | Correspondence from Dr. Reisman regarding teacher of the year. |
| 6/15/2007 | Cynthia L Pollck | 0.40 | Receipt and review of 2 additional policies provided by Oss |
| 6/15/2007 | Cynthia L Pollck | 0.40 | Correspondence from Dr. Reisman regarding stories on teachers |
| 6/15/2007 | Cynthia L Pollck | 0.10 | Correspondence with Patt advising will call her on Monday. |
| 6/18/2007 | Cynthia L Pollck | 0.30 | TC from PIRG, David Kozemchak regarding docketing. |
| 6/18/2007 | Cynthia L Pollck | 0.10 | TC with David advising that if he needs additional information to call me. |
| 6/18/2007 | Cynthia L Pollck | 0.20 | TC with Patt regarding update. |
| 6/19/2007 | Cynthia L Pollck | 0.10 | TC from Patt regarding expert. |
| 6/19/2007 | Cynthia L Pollck | 0.20 | TC with Patt regarding expert. |
| 6/21/2007 | Cynthia L Pollck | 0.20 | Correspondence from OP regarding claim. |
| 6/22/2007 | Cynthia L Pollck | 0.10 | TC from PIRG advising will be docketing complaint today |
| 6/22/2007 | Cynthia L Pollck | 0.20 | Correspondence from David Kozemchak regarding questions raised |
| 6/22/2007 | Cynthia L Pollck | 1.00 | Receipt and review of PIRG questionnaires |
| 6/25/2007 | Cynthia L Pollck | 0.20 | Correspondence with OP regarding case law supporting no fees agreed. |
| 6/25/2007 | Cynthia L Pollck | 2.00 | Preparation of BIO to Motion to Stay Discovery. |
| 6/25/2007 | Cynthia L Pollck | 2.00 | Preparation of Reply Brief to Motion for Permission to Continue Anonymously |
| 6/27/2007 | Cynthia L Pollck | 0.30 | Correspondence from Sheets regarding letters between each other |
| 6/27/2007 | Cynthia L Pollck | 0.10 | TC from Patt regarding new address. |
| 6/28/2007 | Cynthia L Pollck | 0.10 | Correspondence from doc 15 regarding emails. |
| 6/30/2007 | Cynthia L Pollck | 0.10 | Correspondence with Judith regarding call to her next week to discuss case. |
| 7/6/2007 | Cynthia L Pollck | 0.20 | Correspondence from OP require no discovery. |
| 7/6/2007 | Cynthia L Pollck | 0.40 | Receipt and review of discovery requests. |
| 7/9/2007 | Cynthia L Pollck | 0.30 | TC from Patt regarding updated information |
| 7/12/2007 | Cynthia L Pollck | 0.10 | Correspondence from Patt regarding other case. |
| 7/13/2007 | Cynthia L Pollck | 0.10 | Correspondence from Patt regarding article on students' mom |
| 7/13/2007 | Cynthia L Pollck | 0.40 | Receipt and review of article about another person being retaliated against after complaining |
| 7/20/2007 | Cynthia L Pollck | 0.30 | TC with Dr. Reisman regarding case. |
| 7/20/2007 | Cynthia L Pollck | 0.30 | Correspondence with Dr. Reisman regarding expertise. |
| 7/20/2007 | Cynthia L Pollck | 0.10 | Correspondence with Reisman regarding case. |
| 7/20/2007 | Cynthia L Pollck | 0.10 | Correspondence from Dr. Reisman regarding the case. |
| 7/23/2007 | Cynthia L Pollck | 0.10 | Correspondence with Dr. Reisman regarding case |
| 7/23/2007 | Cynthia L Pollck | 0.10 | Correspondence from Dr. Reisman regarding case. |
| 7/23/2007 | Cynthia L Pollck | 0.10 | Correspondence with Dr. Reisman regarding case |
| 7/23/2007 | Cynthia L Pollck | 0.10 | Correspondence from Dr. Reisman regarding case. |
| 8/1/2007 | Cynthia L Pollck | 0.60 | Receipt and review of Order denying motion to eyes his turnover, compelling us to reveal names. |
| 8/2/2007 | Cynthia L Pollck | 0.10 | TC with Patt regarding Judge's decision requiring us to reveal identity. |
| 8/2/2007 | Cynthia L Pollck | 0.30 | TC from Patt regarding situation and how she wants to proceed. |
| 8/2/2007 | Cynthia L Pollck | 0.40 | TC from Patt regarding case and how it will proceed. |
| 8/2/2007 | Cynthia L Pollck | 1.00 | Receipt and review of documentation from PIRG. |
| 8/3/2007 | Cynthia L Pollck | 0.40 | TC from Patt regarding situation and comments on blogs |
| 8/8/2007 | Cynthia L Pollck | 0.20 | TC from Chris Morris peal regarding decision on case. |
| 8/8/2007 | Cynthia L Pollck | 0.20 | Preparation of acknowledgment for Meagan to sign |
| 8/8/2007 | Cynthia L Pollck | 1.00 | Additional preparation of Amended Complaint. |
| 8/8/2007 | Cynthia L Pollck | 0.10 | correspondence from Tarone regarding Judge's decision. |
| 8/8/2007 | Cynthia L Pollck | 0.10 | Correspondence with Tarone regarding Judge's decision and recusal Judge fully. |
| 8/8/2007 | Cynthia L Pollck | 0.10 | Correspondence with Patt regarding acknowledgements |
| 8/8/2007 | Cynthia L Pollck | 0.20 | Receipt and review of Article in Standard Speaker. |
| 8/8/2007 | Cynthia L Pollck | 0.10 | TC from Patt regarding acknowledgement |
| 8/10/2007 | Cynthia L Pollck | 0.10 | TC with Patt discussing case. |
| 8/10/2007 | Cynthia L Pollck | 0.20 | Receipt and review of Reply Brief |
| 8/10/2007 | Cynthia L Pollck | 0.20 | Finalization of Amended Complaint and filing the same. |
| 8/10/2007 | Cynthia L Pollck | 0.10 | TC from Dan Swalt Pocono Record regarding case. |
| 8/15/2007 | Cynthia L Pollck | 0.20 | TC from Patty regarding article and blogs |
| 8/15/2007 | Cynthia L Pollck | 0.10 | Correspondence from Judith regarding case. |
| 8/20/2007 | Cynthia L Pollck | 0.60 | Receipt and review of OP's Motion to Dismiss - 2nd. |
| 8/20/2007 | Cynthia L Pollck | 0.40 | Review blogs on materials for use in case |
| 8/21/2007 | Cynthia L Pollck | 0.10 | Correspondence with OP regarding discovery. |
| 8/23/2007 | Cynthia L Pollck | 0.20 | TC from Patt regarding status of case. |
| 8/24/2007 | Cynthia L Pollck | 0.20 | Correspondence from OP refusing to produce discovery. |
| 8/25/2007 | Cynthia L Pollck | 1.00 | Legal research to fight off 2nd motion to dismiss. |
| 8/26/2007 | Cynthia L Pollck | 3.00 | Preparation of Brief in Opposition to 2nd Motion to Dismiss. |
| 8/27/2007 | Cynthia L Pollck | 0.10 | TC from OP regarding case |
| 8/27/2007 | Cynthia L Pollck | 0.10 | TC with OP regarding case; wanted to know if daughter would be in school. |
| 8/28/2007 | Cynthia L Pollck | 0.20 | Receipt and review of Notice of Appearance by Smith. |
| 8/28/2007 | Cynthia L Pollck | 0.60 | TC from Patt regarding update |
| 8/28/2007 | Cynthia L Pollck | 0.35 | Receipt and review of Smith's Motion to Join in Motion to Dismiss |
| 9/4/2007 | Cynthia L Pollck | 0.20 | Correspondence from OP regarding PIRG complaint. |
| 9/5/2007 | Cynthia L Pollck | 0.40 | Correspondence from Patt regarding policies and procedures. |
| 9/5/2007 | Cynthia L Pollck | 0.40 | Receipt and review of additional policies from Patt |
| 9/5/2007 | Cynthia L Pollck | 2.00 | Additional preparation of BIO to OP's 2nd MTD |
| 9/5/2007 | Cynthia L Pollck | 1.00 | Receipt and review of OP's Answer to PHRA complaint. |
| 9/5/2007 | Cynthia L Pollck | 0.20 | Correspondence with PIRG regarding Title IX claim. |

**EXHIBIT A**

Exhibit A

**350**

2:26 PM
10/17/11

**EMPLOY LAW OFFICES OF C L POLLICK**
Time by Job Detail
All Transactions

| Date | Name | Duration | Notes |
|------|------|----------|-------|
| 9/5/2007 | Cynthia L Pollick | 0.40 | Correspondence with Patti thanking her for information |
| 9/6/2007 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding changes that she has made |
| 9/6/2007 | Cynthia L Pollick | 0.50 | Correspond ence with Patti thanking her for update, and requesting additional information |

*(Remaining entries illegible due to image quality)*

Total 2007 Professional Services | 114.80

2007 Professional Services: 2007 Legal Assistant

*(entries illegible)*

Total 2007 Professional Services: 2007 L... | 25.40

2008 - Legal Researcher
8/1/2008 | Legal Researcher/Writer | 5.10 | Legal research on OP's Motion to Compel

Total 2008 - Legal Researcher | 5.10

**EXHIBIT A**
Exhibit A

Page 3

**351**

2:29 PM
10/12/11

EMPLOY LAW OFFICES OF C L POLLICK
Time by Job Detail
All Transactions

| Date | Name | Duration | Notes |
|---|---|---|---|
| **2005 Professional Services** | | | |
| 1/8/2008 | Cynthia L Pollick | 0.20 | Receipt and review of Order granting plaintiff's motion to dismiss. |
| 2/7/2008 | Cynthia L Pollick | 0.10 | Correspondence from Pati regarding article in paper. |
| 2/11/2008 | Cynthia L Pollick | 0.10 | Correspondence with Pati advising her about death of oral argument. |
| 2/13/2008 | Cynthia L Pollick | 2.00 | Receipt and review of Order found upon part and granting in part motion with OP. |
| 2/14/2008 | Cynthia L Pollick | 0.50 | TC from End of lines regarding case. |
| 2/15/2008 | Cynthia L Pollick | 0.50 | TC w/ reporter regarding what case is about. |
| 2/18/2008 | Cynthia L Pollick | 0.20 | TC from Pati regarding case status. |
| 2/18/2008 | Cynthia L Pollick | 1.50 | Preparation of 3rd Amended Complaint included legal research. |
| 2/18/2008 | Cynthia L Pollick | 0.10 | TC from Pati regarding question on case. |
| 2/26/2008 | Cynthia L Pollick | 0.70 | Correspondence from OP regarding discovery. |
| 2/27/2008 | Cynthia L Pollick | 0.20 | TC from Pati regarding case. |
| 2/27/2008 | Cynthia L Pollick | 0.20 | Correspondence with OP regarding inspection of children. |
| 2/28/2008 | Cynthia L Pollick | 0.50 | TC from Pati regarding call and new information. |
| 2/28/2008 | Cynthia L Pollick | 0.13 | TC from Morning Call regarding order. |
| 2/24/2008 | Cynthia L Pollick | 0.10 | Correspondence from Pati advising Lupa was reported. |
| 2/29/2008 | Cynthia L Pollick | 0.10 | Correspondence with Pati thanking her for update. |
| 3/12/2008 | Cynthia L Pollick | 0.10 | Correspondence from Pati regarding article in Pocono Record. |
| 3/28/2008 | Cynthia L Pollick | 0.10 | Correspondence with Pati thanking her for providing update. |
| 3/2/2008 | Cynthia L Pollick | 0.10 | Correspondence from Pati regarding news article about certain school. |
| 3/2/2008 | Cynthia L Pollick | 0.40 | Correspondence from Pati about saving blogs. |
| 3/3/2008 | Cynthia L Pollick | 0.80 | Receipt and review of OP's Answer to Amended Complaint. |
| 3/3/2008 | Cynthia L Pollick | 0.20 | Correspondence with Pati advising can't use as evidence hard for to send me copies of blogs. |
| 3/5/2008 | Cynthia L Pollick | 0.10 | Correspondence from Pati regarding discovery. |
| 3/5/2008 | Cynthia L Pollick | 0.10 | Correspondence with Pati thanking her for her outstanding compensation. |
| 3/11/2008 | Cynthia L Pollick | 0.40 | Correspondence from OP regarding electronic information. |
| 3/14/2008 | Cynthia L Pollick | 0.20 | Correspondence with OP regarding electronic issue. |
| 3/17/2008 | Cynthia L Pollick | 0.15 | Receipt and review of Order scheduling case for JCM. |
| 3/20/2008 | Cynthia L Pollick | 0.30 | Correspondence from Pati regarding issue about trade hours. |
| 3/20/2008 | Cynthia L Pollick | 0.10 | Correspondence from Pati thanking her for information. |
| 3/24/2008 | Cynthia L Pollick | 0.50 | Correspondence from Pati regarding details of situations. |
| 3/24/2008 | Cynthia L Pollick | 0.10 | Correspondence with Pati thanking her for information. |
| 3/26/2008 | Cynthia L Pollick | 0.40 | TC from Pati regarding interrogatories and other issues. |
| 3/26/2008 | Cynthia L Pollick | 3.00 | Preparation of Answers to Interrogatories - finalized. |
| 3/26/2008 | Cynthia L Pollick | 2.00 | Preparation of Responses to RPDs. |
| 3/26/2008 | Cynthia L Pollick | 0.30 | Correspondence from Pati regarding information on spiral notebook. |
| 3/26/2008 | Cynthia L Pollick | 0.10 | Correspondence with OP regarding discovery. |
| 3/26/2008 | Cynthia L Pollick | 3.00 | Finalization of Answers to Interrogatories. |
| 3/27/2008 | Cynthia L Pollick | 2.00 | Finalization of Responses to RPDs. |
| 3/28/2008 | Cynthia L Pollick | 0.10 | Correspondence from Pati regarding spiral notebook. |
| 3/28/2008 | Cynthia L Pollick | 0.10 | Correspondence with Pati advising need to send. |
| 3/28/2008 | Cynthia L Pollick | 0.10 | Correspondence with Pati advising thanks for update. |
| 4/2/2008 | Cynthia L Pollick | 0.10 | Correspondence from Tami regarding JCM. |
| 4/4/2008 | Cynthia L Pollick | 0.10 | Correspondence with Tami advising got email and need to resend JCM. |
| 4/6/2008 | Cynthia L Pollick | 0.10 | Correspondence with Tami advising can't change pdf. |
| 4/10/2008 | Cynthia L Pollick | 0.10 | Receipt and review of Order rescheduling JCM. |
| 4/24/2008 | Cynthia L Pollick | 0.50 | Receipt and review of OP's JCM. |
| 4/24/2008 | Cynthia L Pollick | 2.00 | Preparation of JCM. |
| 4/24/2008 | Cynthia L Pollick | 0.10 | Correspondence from OP regarding JCM. |
| 4/24/2008 | Cynthia L Pollick | 0.10 | Correspondence with Tami advising that Pati got out of info. |
| 4/24/2008 | Cynthia L Pollick | 0.10 | Correspondence from Tami advising sent word document. |
| 4/24/2008 | Cynthia L Pollick | 0.10 | Correspondence with Tami advising got word document. |
| 4/24/2008 | Cynthia L Pollick | 0.10 | Correspondence with Tami advising judge for all defendants out of case. |
| 4/28/2008 | Cynthia L Pollick | 0.20 | Correspondence with Judge Munley regarding coordinating JCM. |
| 4/27/2008 | Cynthia L Pollick | 0.10 | Correspondence from Pati advising case is on way. |
| 4/28/2008 | Cynthia L Pollick | 0.10 | TC from OP regarding JCM with Judge. |
| 4/28/2008 | Cynthia L Pollick | 0.10 | TC with Judge regarding being out of case. |
| 4/30/2008 | Cynthia L Pollick | 0.10 | TC with OP regarding JCM and being out of place call again. |
| 4/22/2008 | Cynthia L Pollick | 0.10 | Receipt and review of Order rescheduling JCM. |
| 6/12/2008 | Cynthia L Pollick | 0.10 | Correspondence with Pati regarding discovery. |
| 5/2/2008 | Cynthia L Pollick | 0.10 | Correspondence with Pati thanking her for update. |
| 5/5/2008 | Cynthia L Pollick | 0.40 | TC w/ Judge, OP regarding scheduling and discovery issues. |
| 5/9/2008 | Cynthia L Pollick | 0.20 | Correspondence with OP regarding documents. |
| 5/9/2008 | Cynthia L Pollick | 0.20 | Receipt and review of Order scheduling case for mandatory mediation. |
| 5/9/2008 | Cynthia L Pollick | 0.20 | Receipt and review of Order scheduling case. |
| 5/9/2008 | Cynthia L Pollick | 1.00 | Reviewed documents that needed to be turned over in response to discovery requests. |
| 5/9/2008 | Cynthia L Pollick | 0.20 | Correspondence with OP regarding documents. |
| 6/12/2008 | Cynthia L Pollick | 0.20 | Correspondence from Judy Price regarding mediation session. |
| 6/12/2008 | Cynthia L Pollick | 0.20 | Correspondence from Judy Price advising need dates for mediation. |
| 6/13/2008 | Cynthia L Pollick | 0.30 | TC from Pati regarding mediation and other items. |
| 6/17/2008 | Cynthia L Pollick | 0.20 | Correspondence with Judy Price advising June 20 is good for us. |
| 6/19/2008 | Cynthia L Pollick | 0.65 | TC from Pati regarding more questions about mediation/trial, settlement - addressed various concerns. |
| 6/13/2008 | Cynthia L Pollick | 0.30 | Correspondence with Pati advising need dates they can come up. |
| 6/16/2008 | Cynthia L Pollick | 1.00 | Legal research on deletions of electronic data. |
| 6/18/2008 | Cynthia L Pollick | 1.50 | Preparation of Brief in Support of Production of Electronic Data. |
| 6/18/2008 | Cynthia L Pollick | 0.20 | Receipt and review of Motion to Compel. |
| 6/18/2008 | Cynthia L Pollick | 0.50 | Receipt and review of Brief in Support of Motion to Compel. |
| 6/19/2008 | Cynthia L Pollick | 0.20 | Correspondence from Mednrby asking if 20th was good for Friend. |
| 6/19/2008 | Cynthia L Pollick | 0.20 | Correspondence from OP advising June 20th is good for him. |
| 6/19/2008 | Cynthia L Pollick | 0.20 | Correspondence from Mediator OP advising she will confirm June 20th @ 11 a.m.. |
| 6/19/2008 | Cynthia L Pollick | 0.20 | Correspondence with Mediator, OP mediator for all Mediator's office good. |
| 6/20/2008 | Cynthia L Pollick | 0.20 | Correspondence from Judy Price confirming date and time for mediation. |
| 6/21/2008 | Cynthia L Pollick | 0.10 | Correspondence with Pati advising of mediation date. |
| 6/21/2008 | Cynthia L Pollick | 0.30 | Correspondence from Pati advising she will be here by 10:30 and advising of her demand. |
| 6/23/2008 | Cynthia L Pollick | 0.10 | Correspondence with Pati advising okay, but we will talk more when we meet. |
| 6/26/2008 | Cynthia L Pollick | 3.00 | Preparation of B-9 to OP's Motion to Compel. |
| 6/30/2008 | Cynthia L Pollick | 0.10 | Correspondence from Pati regarding demand. |
| 6/30/2008 | Cynthia L Pollick | 0.20 | Correspondence with Pati advising dates of mediation process. |
| 6/30/2008 | Cynthia L Pollick | 0.30 | TC from Judy Price regarding TC about mediation. |
| 6/30/2008 | Cynthia L Pollick | 0.10 | TD with Dorothy of Judy Price's office regarding TC before mediation. |
| 6/11/2008 | Cynthia L Pollick | 0.20 | TC from Judy Price, OP regarding mediation extension. |

Page 4

2:25 PM
10/12/11

**EMPLOY LAW OFFICES OF C L POLLICK**
**Time by Job Detail**
All Transactions

| Date | Name | Duration | Notes |
|------|------|----------|-------|
| 1/11/2008 | Cynthia L Pollick | 0.10 | TC with Patti regarding mediation. |
| 1/11/2008 | Cynthia L Pollick | 0.70 | TC from Patti regarding mediation. |
| 1/15/2008 | Cynthia L Pollick | 0.30 | TC from Patti regarding status. |
| 6/11/2008 | Cynthia L Pollick | 0.20 | Correspondence from Mediator confirming that agreed to 60 day extension for mediation |
| 6/16/2008 | Cynthia L Pollick | 0.20 | Receipt and review of OP's Motion to Extend Mediation. |
| 6/17/2008 | Cynthia L Pollick | 0.10 | Receipt and review of Order extending mediation. |
| 6/20/2008 | Cynthia L Pollick | 0.30 | Correspondence from PHRC advising 1 year has transpired. |
| 6/20/2008 | Cynthia L Pollick | 0.30 | Receipt and review of Order granting Defendant's Motion to Compel granting in Part on a request |
| 6/30/2008 | Cynthia L Pollick | 0.10 | TC from Patti regarding case. |
| 6/30/2008 | Cynthia L Pollick | 0.33 | TC with Patti regarding decision and case status. |
| 6/30/2008 | Cynthia L Pollick | 0.10 | Correspondence with Patti regarding LTC |
| 6/30/2008 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding youtube. |
| 7/01/2008 | Cynthia L Pollick | 0.20 | Correspondence from Patti - 2nd letter on youtube issue. |
| 7/1/2008 | Cynthia L Pollick | 0.70 | TC with Jean regarding case. |
| 7/7/2008 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding reviewing box of documents. |
| 7/7/2008 | Cynthia L Pollick | 0.10 | Correspondence with Patti advising can review box any time. |
| 7/7/2008 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding deposition for Meagan. |
| 7/7/2008 | Cynthia L Pollick | 0.50 | Correspondence with OP advising of not net youtube videos |
| 7/8/2008 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding news article. |
| 7/8/2008 | Cynthia L Pollick | 0.30 | Correspondence from OP regarding backup system |
| 7/9/2008 | Cynthia L Pollick | 0.30 | Preparation of 1 instead 3rd Amended Complaint. |
| 7/30/2008 | Cynthia L Pollick | 0.10 | TC from OP regarding dates for deposition |
| 7/10/2008 | Cynthia L Pollick | 0.10 | TC from OP advising but on 12th to do depos. |
| 7/10/2008 | Cynthia L Pollick | 0.30 | Preparation of Notice of Deposition for Smith. |
| 7/10/2008 | Cynthia L Pollick | 0.20 | Preparation of Amended 30(b,6 deposition notice |
| 7/10/2008 | Cynthia L Pollick | 0.10 | Correspondence with Patti advising of depo dates |
| 7/10/2008 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding youtube and other items. |
| 7/10/2008 | Cynthia L Pollick | 0.10 | Correspondence with Patti advising that we will talk more depo prep session |
| 7/10/2008 | Cynthia L Pollick | 0.10 | Correspondence with Patti advising to do what I can to get done in Aug 4 |
| 7/10/2008 | Cynthia L Pollick | 0.30 | Correspondence with OP regarding waiver of service. |
| 7/10/2008 | Cynthia L Pollick | 0.20 | Preparation of Waiver of Service for both defendants |
| 7/15/2008 | Cynthia L Pollick | 0.30 | Correspondence from OP regarding waiver of service |
| 7/15/2008 | Cynthia L Pollick | 0.20 | Correspondence from PHRC regarding on-going Investigation |
| 7/17/2008 | Cynthia L Pollick | 0.20 | TC from PHRC, Vivian regarding copy of lawsuit. |
| 7/17/2008 | Cynthia L Pollick | 0.70 | Receipt and review of Answer to 3rd Amended Complaint. |
| 7/21/2008 | Cynthia L Pollick | 0.20 | Receipt and review of Order de of Injunction to compel production of election info. |
| 7/28/2008 | Cynthia L Pollick | 0.20 | Correspondence from OP regarding depositions |
| 7/30/2008 | Cynthia L Pollick | 0.30 | Correspondence with John advising coverage of depositions for OP |
| 7/29/2008 | Cynthia L Pollick | 0.30 | Correspondence from John advising he will cover depositions |
| 7/29/2008 | Cynthia L Pollick | 0.30 | Correspondence with Detective Benzon. |
| 7/30/2008 | Cynthia L Pollick | 0.30 | Preparation of Subpoena for deposition Benzon |
| 7/30/2008 | Cynthia L Pollick | 0.30 | Receipt and review of depositions dates for Patricia, Meagan, Watson. |
| 7/31/2008 | Cynthia L Pollick | 0.20 | Correspondence from PHRC advising closing case. |
| 8/4/2008 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding taking up on Sunday. |
| 8/10/2008 | Cynthia L Pollick | 0.10 | Correspondence from Patti advising she is correct on both items and will see her at new office at |
| 8/6/2008 | Cynthia L Pollick | 0.40 | TC with Patti regarding addresses and of scussed depos scheduled for monday. |
| 8/8/2008 | Cynthia L Pollick | 0.20 | Correspondence from OP regarding deposition for monday. |
| 8/8/2008 | Cynthia L Pollick | 0.30 | Correspondence from PHRC providing notice to sue |
| 8/8/2008 | Cynthia L Pollick | 0.20 | Correspondence from Floyd regarding customer service survey |
| 8/8/2008 | Cynthia L Pollick | 0.20 | Correspondence from Floyd regarding letter to Daniel. |
| 8/8/2008 | Cynthia L Pollick | 0.20 | Correspondence with OP regarding addresses of clients. |
| 8/10/2008 | Cynthia L Pollick | 3.00 | Meeting with clients in preparation of depositions |
| 8/11/2008 | Cynthia L Pollick | 1.00 | Preparation for deposition of clients and 30(b)6 |
| 8/11/2008 | Cynthia L Pollick | 5.00 | Appearance at deposition of clients |
| 8/11/2008 | Cynthia L Pollick | 0.20 | TC with court reporter advising will someone be here. |
| 8/11/2008 | Cynthia L Pollick | 1.70 | Travel to Bethlehem for depositions |
| 8/11/2008 | Cynthia L Pollick | 1.50 | Additional preparation for 30(b)6 deposition. |
| 8/11/2008 | Cynthia L Pollick | 0.20 | Correspondence with OP regarding additional documents. |
| 8/12/2008 | Cynthia L Pollick | 2.00 | Reviewed IPs to pull out documents for 30(b)6 deposition. |
| 8/12/2008 | Cynthia L Pollick | 2.20 | Additional preparation for 30(b)6 deposition and Smith, Detective |
| 8/12/2008 | Cynthia L Pollick | 0.40 | Travel to OP's office for depos at a in Bethlehem from hotel |
| 8/12/2008 | Cynthia L Pollick | 7.00 | Appearance at deposition of 30(b)6 deposition |
| 8/12/2008 | Cynthia L Pollick | 1.70 | Travel from Bethlehem after 30(b)6 deposition |
| 8/12/2008 | Cynthia L Pollick | 0.40 | Post deposition meeting with client to discuss depositions. |
| 8/12/2008 | Cynthia L Pollick | 0.10 | TC with OP regarding motion compliance |
| 8/13/2008 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding policy violations. |
| 8/13/2008 | Cynthia L Pollick | 0.10 | Correspondence with court reporter requesting she bid answers. |
| 8/13/2008 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding blogs she found. |
| 8/13/2008 | Cynthia L Pollick | 0.23 | Correspondence from Patti regarding descriptions and other informat on for case. |
| 8/14/2008 | Cynthia L Pollick | 0.10 | TC from Patti regarding case. |
| 8/14/2008 | Cynthia L Pollick | 0.60 | TC with Patti regarding depositions several issues and correspondence medical releases upcoming deposition |
| 8/15/2008 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding list of doctors. |
| 8/14/2008 | Cynthia L Pollick | 0.20 | Receipt and review of list of doctors that family has seen |
| 8/14/2008 | Cynthia L Pollick | 0.10 | Correspondence with Patti thanking her for all of list of doctors to me. |
| 8/15/2008 | Cynthia L Pollick | 0.10 | Correspondence from Patti Job's big she is pulling stuff behind her. |
| 8/15/2008 | Cynthia L Pollick | 0.10 | Correspondence with Patti telling her glad she's giving herself a break |
| 8/15/2008 | Cynthia L Pollick | 0.20 | Correspondence with expert Heisman regarding her expertise along with testimony. |
| 8/15/2008 | Cynthia L Pollick | 0.20 | Correspondence with OP regarding subpoena intend to serve |
| 8/15/2008 | Cynthia L Pollick | 0.30 | Preparation of subpoena for Bill Watson. |
| 8/15/2008 | Cynthia L Pollick | 0.20 | Correspondence with OP requesting DVD. |
| 8/15/2008 | Cynthia L Pollick | 1.00 | Preparation of 2nd Set of Interrogatories (RPDs on Smith and PVSD. |
| 8/15/2008 | Cynthia L Pollick | 0.20 | Correspondence with Bill Watson regarding subpoena. |
| 8/16/2008 | Cynthia L Pollick | 0.10 | Correspondence with Judith Relsman regarding her expertise. |
| 8/15/2008 | Cynthia L Pollick | 0.10 | Correspondence from Judith advising of prices. |
| 8/15/2008 | Cynthia L Pollick | 0.20 | Correspondence from Judith regarding additional information - 2nd letter. |
| 8/15/2008 | Cynthia L Pollick | 0.10 | Correspondence with Judith regarding information and request. |
| 8/15/2008 | Cynthia L Pollick | 0.10 | Correspondence from Judith advising she will review additional information |
| 8/15/2008 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding information on history teacher resigning. |
| 8/19/2008 | Cynthia L Pollick | 0.10 | Correspondence from Judith regarding case |
| 8/19/2008 | Cynthia L Pollick | 0.10 | TC from Bill Watson regarding subpoena |
| 8/20/2008 | Cynthia L Pollick | 0.20 | TC with Bill Watson explaining what I'm looking for. |

Page 5

**EXHIBIT A**

Exhibit A

3:25PM
10/2011

**EMPLOY LAW OFFICES OF C L POLLICK**
**Time by Job Detail**
All Transactions

| Date | Name | Duration | Notes |
|---|---|---|---|
| 8/20/2005 | Cynthia L Pollick | 0.20 | Corr. considence with OP regarding deposition – 2nd round |
| 8/20/2005 | Cynthia L Pollick | 0.20 | Preparation of Deposition of Notice - Smith - renewed |
| 8/20/2005 | Cynthia L Pollick | 0.20 | Preparation of Deposition of Notice - Sang |
| 8/20/2005 | Cynthia L Pollick | 0.20 | Preparation of Deposition of Notice - yoczink |
| 8/20/2005 | Cynthia L Pollick | 0.20 | Preparation of Deposition of Notice - Saylor |
| 8/20/2005 | Cynthia L Pollick | 0.20 | Preparation of Deposition of Notice - Brodhn |
| 8/20/2005 | Cynthia L Pollick | 0.20 | Correspondence from OP regarding DVD. |
| 8/21/2005 | Cynthia L Pollick | 0.50 | TC with Dr Rossman regarding case and grading testimony. |
| 8/21/2005 | Cynthia L Pollick | 0.03 | Correspondence from Dr. Rossman regarding curve. |
| 8/21/2005 | Cynthia L Pollick | 0.10 | TC with OP regarding deposition dates. |
| 8/21/2005 | Cynthia L Pollick | 0.10 | TC from Jess advising 25, 26 bad for Friend. |
| 8/21/2005 | Cynthia L Pollick | 0.10 | TC to/from Jess regarding dates good for her. |
| 8/21/2005 | Cynthia L Pollick | 1.20 | Reviewed 2 DVDs with clips |
| 8/21/2005 | Cynthia L Pollick | 0.10 | Correspondence from Judith regarding news article |
| 8/22/2005 | Cynthia L Pollick | 0.10 | Correspondence from Pati regarding additional questions |
| 8/22/2005 | Cynthia L Pollick | 0.10 | Correspondence with Pati regarding case date and schedule. |
| 8/../2005 | Cynthia L Pollick | 0.10 | Correspondence from Pati regarding information |
| 8/22/2005 | Cynthia L Pollick | 0.10 | Correspondence with Pati regarding her situation |
| 8/23/2005 | Cynthia L Pollick | 0.10 | Preparation of the Fin Support of PO |
| 8/25/2005 | Cynthia L Pollick | 0.10 | Correspondence from Gallagher regarding deposition. |
| 8/25/2005 | Cynthia L Pollick | 0.10 | Correspondence with Gallagher regarding Deposition. |
| 8/25/2005 | Cynthia L Pollick | 0.10 | Correspondence from Gallagher attaching PDF |
| 8/25/2005 | Cynthia L Pollick | 0.10 | Correspondence from court regarding transcripts. |
| 8/27/2005 | Cynthia L Pollick | 0.10 | Correspondence with court regarding Pati's questions confirmed pdf |
| 8/26/2005 | Cynthia L Pollick | 0.10 | Correspondence from Pati regarding article on PVSD |
| 8/27/2005 | Cynthia L Pollick | 0.20 | TC from Atty Mike Perry regarding responding to subpoena. |
| 8/../2005 | Cynthia L Pollick | 0.10 | Correspondence from Judith regarding addition of article. |
| 8/29/2005 | Cynthia L Pollick | 0.20 | Correspondence from OP regarding additional docs |
| 8/../2005 | Cynthia L Pollick | 0.10 | Correspondence from Pati regarding blogs |
| 8/../2005 | Cynthia L Pollick | 0.10 | Correspondence with Pati regarding blogs |
| 8/../2005 | Cynthia L Pollick | 0.20 | Correspondence from Atty Perry regarding subpoena to subpoena. |
| 9/../2005 | Cynthia L Pollick | 0.10 | Correspondence with Pati advising depos are off. |
| 9/../2005 | Cynthia L Pollick | 0.10 | Correspondence from Pati advising okay and to keep her updated. |
| 9/../2005 | Cynthia L Pollick | 0.10 | Correspondence with Pati regarding invoice. |
| 9/../2005 | Cynthia L Pollick | 1.00 | Receipt and review of OP's responses to add onal document requests. |
| 9/../2005 | Cynthia L Pollick | 0.20 | Correspondence from OP regarding DVD |
| 9/../2005 | Cynthia L Pollick | 0.10 | Correspondence from John regarding depositions |
| 9/../2005 | Cynthia L Pollick | 0.10 | Correspondence with John thanking for depos |
| 9/../2005 | Cynthia L Pollick | 0.20 | Preparation of 3 month extension. |
| 9/../2005 | Cynthia L Pollick | 0.10 | Receipt and review of Order granting time extension |
| 9/../2005 | Cynthia L Pollick | 0.20 | Correspondence with OP regarding medical releases. |
| 9/17/2005 | Cynthia L Pollick | 0.20 | Correspondence from Atty Perry Sec. from Pocono Records. |
| 9/15/2005 | Cynthia L Pollick | 0.10 | TC with Jess confirming will take 26, 27. |
| 9/15/2005 | Cynthia L Pollick | 0.20 | Correspondence with OP regarding documents turned over by PG |
| 9/15/2005 | Cynthia L Pollick | 0.20 | Correspondence with OP regarding renewed deposition notices. |
| 9/15/2005 | Cynthia L Pollick | 0.50 | Preparation of revised deposition notices for smith, pet n, saba, saylor, and yoczink. |
| 9/15/2005 | Cynthia L Pollick | 0.10 | Correspondence from Pati regarding new address. |
| 9/15/2005 | Cynthia L Pollick | 0.20 | Correspondence with Pati regarding rescheduling of depositions, etc |
| 9/15/2005 | Cynthia L Pollick | 0.10 | Correspondence from Pati regarding payment of deposit in fee |
| 9/16/2005 | Cynthia L Pollick | 0.20 | Correspondence from Pati regarding Smith's DVDs |
| 9/16/2005 | Cynthia L Pollick | 0.30 | Correspondence from Pati regarding Saker and questions to ask |
| 9/16/2005 | Cynthia L Pollick | 0.10 | Correspondence from Pati regarding new information |
| 9/../2005 | Cynthia L Pollick | 0.10 | Correspondence from Pati regarding add tional information |
| 9/16/2005 | Cynthia L Pollick | 0.20 | Correspondence from OP regarding copy of releases. |
| 9/17/2005 | Cynthia L Pollick | 0.20 | Correspondence with OP regarding documents from subpoena |
| 9/17/2005 | Cynthia L Pollick | 0.20 | Correspondence with OP regarding concurrence in defection |
| 9/19/2005 | Cynthia L Pollick | 0.10 | Correspondence with Judith regarding information to case |
| 9/19/2005 | Cynthia L Pollick | 0.10 | Correspondence with Pati regarding Sajic's transcript. |
| 9/20/2005 | Cynthia L Pollick | 0.10 | Receipt and review of order granting protective order. |
| 9/23/2005 | Cynthia L Pollick | 0.50 | Review of Pati Young's Deposition |
| 9/23/2005 | Cynthia L Pollick | 0.30 | Review of Pati Young's Deposition |
| 9/../2005 | Cynthia L Pollick | 0.50 | Review of Meagan Young's Deposition. |
| 9/24/2005 | Cynthia L Pollick | 0.10 | Correspondence with reporter regarding depositions in January. |
| 9/23/2005 | Cynthia L Pollick | 0.10 | Correspondence from Pati regarding add onal ones. |
| 9/26/2005 | Cynthia L Pollick | 0.10 | Correspondence from reporter advising she can handle Jan to Jan |
| 9/26/2005 | Cynthia L Pollick | 0.10 | TC from reporter from Morning Call - Kevin. |
| 9/29/2005 | Cynthia L Pollick | 0.30 | TC with Kevin from Morning Call regarding case. |
| 10/1/2005 | Cynthia L Pollick | 0.10 | Correspondence from Pati regarding article auditing |
| 10/1/2005 | Cynthia L Pollick | 0.20 | Receipt and review of article in morning call |
| 10/1/2005 | Cynthia L Pollick | 0.10 | Correspondence from Pati regarding article - 2nd to add. |
| 10/3/2005 | Cynthia L Pollick | 0.20 | Correspondence from OP regarding 2nd set of RFDs. |
| 10/3/2005 | Cynthia L Pollick | 0.10 | TC with Jessica rescheduling depositions - one on at law |
| 10/15/2005 | Cynthia L Pollick | 0.20 | Correspondence from OP regarding Sm th's answers to discovery responses |
| 10/14/2005 | Cynthia L Pollick | 1.00 | Receipt and review of part of Video DVD, photos, and other documents |
| 10/14/2005 | Cynthia L Pollick | 0.10 | Correspondence from Pati and review of news article sent by her. |
| 10/14/2005 | Cynthia L Pollick | 0.10 | Correspondence from Pati regarding medical releases. |
| 10/20/2005 | Cynthia L Pollick | 0.20 | Correspondence with OP regarding medical releases. |
| 10/21/2005 | Cynthia L Pollick | 0.10 | Correspondence with Pati regarding update on depos. |
| 10/21/2005 | Cynthia L Pollick | 0.20 | Additional preparation of Response to 2nd Request for RPDs. |
| 10/27/2005 | Cynthia L Pollick | 0.20 | Correspondence with OP regarding deduction and dupes/ors moved. |
| 11/../2005 | Cynthia L Pollick | 0.10 | Correspondence with OP regarding revised notices of depositions. |
| 11/21/2005 | Cynthia L Pollick | 0.20 | Preparation of revised subpoena for Defective Denizen. |
| 11/20/2005 | Cynthia L Pollick | 0.20 | Preparation of revised deposition notice for Connie Saba. |
| 11/26/2005 | Cynthia L Pollick | 0.20 | Preparation of revised deposition notice for Donna yozcezak. |
| 11/30/2005 | Cynthia L Pollick | 0.20 | Preparation of revised deposition notice for IT - Mr. Steht. |
| 11/30/2005 | Cynthia L Pollick | 0.20 | Preparation of revised deposition notice for Maura Smith. |
| 11/30/2005 | Cynthia L Pollick | 0.20 | Preparation of revised deposition notice for Dr. Petro. |
| 12/../2005 | Cynthia L Pollick | 0.20 | Correspondence with OP regarding revised notice. |
| 12/5/2005 | Cynthia L Pollick | 0.10 | Correspondence from Pati regarding update on Meagan |
| 12/9/2005 | Cynthia L Pollick | 0.10 | Correspondence with Pati thanking her for upd to and advising still on for Jan depos. |

EXHIBIT A

Exhibit A

354

2 25PM
10/12/11

**EMPLOY LAW OFFICES OF C L POLLICK**
**Time by Job Detail**
All Transactions

| Date | Name | Duration | Notes |
|------|------|----------|-------|
| 12/5/2008 | Cynthia L Pollick | 0.10 | Correspondence with client regarding her coverage of depositions in Jan |
| 12/31/2008 | Cynthia L Pollick | 0.10 | TC from Lori advising she can't cover that date. |

**Total 2008 Professional Services** *) 06

**2008 Professional Services/2008 Legal Assistant**
| | Kelly E Mayer | 2.60 | Preparation of Answers to Interrogatories. |
| 2/5/2008 | Kelly E Mayer | 0.10 | TG from Patti regarding interrogatories. |
| 2/5/2008 | Kelly E Mayer | 1.70 | TC with Patti regarding answers to Interrogatories. |
| 3/10/2008 | Kelly E Mayer | 0.20 | Additional preparation of Answers to Interrogatories |
| 3/12/2008 | Kelly E Mayer | 1.60 | Preparation of documents for OP's review in response to RPDs. |
| 3/20/2008 | Kelly E Mayer | 0.40 | TC with Patti regarding additional answers to interrogatories |
| 3/20/2008 | Kelly E Mayer | 0.30 | Additional preparation of Answers to Interrogatories. |
| 3/28/2008 | Kelly E Mayer | 0.10 | TG from Patti regarding her business address. |
| 4/11/2008 | Kelly E Mayer | 1.00 | Preparation of JCM |
| 4/2/2008 | Kelly E Mayer | 0.20 | Receipt and review docs sent from Patti. |
| 4/4/2008 | Kelly E Mayer | 0.40 | Additional preparation of JCM |
| 6/6/2008 | Kelly E Mayer | 0.30 | Travel to and from post office to mail pile of documents to OP |
| 6/15/2008 | Kyle F Pollick | 1.00 | Scanned documents from Client's computer for hard save. |
| 6/19/2008 | Kelly E Mayer | 0.10 | TC with OP regarding dates for depositions. |
| 7/2/2008 | Kelly E Mayer | 0.10 | TC with OP regarding depositions |
| 7/14/2008 | Kelly E Mayer | 0.10 | TC with OP, Jessica regarding deposition dates |
| 7/14/2008 | Kelly E Mayer | 0.10 | TC from OP, Jessica regarding dates for depositions |
| 7/23/2008 | Kelly E Mayer | 0.10 | TC with Jessica regarding court reporter for depositions. |
| 7/30/2008 | Kelly E Mayer | 2.03 | Travel to and from Luzerne County to serve subpoena on Pellechio. |
| 8/22/2008 | Kelly E Mayer | 0.40 | Preparation of documents for OP's review + additional documents from Patti |
| 8/23/2008 | Kelly E Mayer | 0.30 | Additional preparation of documents for OP's review - additional docs from Patti |
| 9/2/2008 | Kelly E Mayer | 0.50 | Scanned 300 job depositions bar script. |
| 9/8/2008 | Kelly E Mayer | 0.10 | TC with Patti regarding deposition questions. |
| 9/12/2008 | Kelly E Mayer | 0.10 | TC with Jess regarding scheduling depositions. |
| 9/15/2008 | Kelly E Mayer | 0.40 | Research on hotels in area. |
| 9/24/2008 | Kelly E Mayer | 0.20 | TC from Patti regarding case |
| 10/7/2008 | Kelly E Mayer | 0.20 | Scanned 300(b)6 to court order. |
| 10/14/2008 | Kelly E Mayer | 0.40 | Reviewed file for prior medical releases for OP. |
| 10/15/2008 | Kelly E Mayer | 0.50 | Preparation of 2nd set of Answers to OP's RPDs |
| 10/13/2008 | Kelly E Mayer | 2.50 | Additional review of DVDs provided by OP. |
| 10/16/2008 | Kelly E Mayer | 0.10 | Reviewed DVDs from OP |
| 12/16/2008 | Kelly E Mayer | 0.15 | Additional review of DVDs provided by OP. |
| 12/17/2008 | Kelly E Mayer | 2.02 | Additional review of DVDs from OP |
| 12/10/2008 | Kelly E Mayer | 2.03 | Additional review of DVDs from OP. |
| 12/22/2008 | Kelly E Mayer | 2.03 | Reviewed OP's DVDs. |

**Total 2008 Professional Services/2008 La** 24.91

**2008 Legal Assistant**
| 10/27/2009 | Kelly E Mayer | 3.00 | Preparation of summary of 30(b)6 deposition for MSJ. |
| 12/10/2009 | Kelly E Mayer | 0.10 | TC from Patti regarding Smith's letter sent to kids. |
| 1/30/2010 | Kelly E Mayer | 3.40 | Additional preparation of depositions for summary of Gress for MSJ. |
| 2/5/2009 | Legal Assistant | 0.30 | Preparation of deposition summary of 30(b)6 Transcript |
| 2/4/2010 | Legal Assistant | 3.05 | Additional preparation of deposition summary for 30(b)6 Transcript (Gress) |
| 2/8/2009 | Kelly E Mayer | 3.03 | Additional preparation of deposition summary of 30(b)6 Transcript |
| 2/13/2009 | Kelly E Mayer | 2.00 | Additional preparation of deposition summary of 30(b)6 Transcript. |
| 2/13/2009 | Kelly E Mayer | 1.00 | Preparation of deposition summary of Meagan |
| 3/11/2009 | Nancy Pollick | 0.60 | Travel to and from Renfixs to set up Project Report |
| 6/16/2009 | Melissa Dexter | 2.00 | Preparation of Table of Authorities for BIO. |
| 6/17/2009 | Melissa Dexter | 0.40 | Reviewed deposition exhibits to redact minor's name. |
| 7/27/2009 | Nancy Pollick | 4.00 | Reviewed actual 30(b)6 to us by OP. |
| 11/4/2009 | Melissa Dexter | 1.00 | Travel to and from Wilkes-Barre to drop off photos for enlargement |
| 11/9/2009 | Nancy Pollick | 1.00 | Travel to and from Wilkes-Barre to get enlargement. |

**Total 2008 Legal Assistant** 28.80

**2009 Legal Researcher**
| 3/21/2009 | Legal Researcher/Writer | 1.00 | Legal research on brief in support of motion to compel videos. |
| 3/22/2009 | Legal Researcher/Writer | 1.00 | Additional legal research on brief in support of motion to compel videos |
| 3/23/2009 | Legal Researcher/Writer | 2.00 | Additional legal research on brief in support of motion to compel videos |
| 3/24/2009 | Legal Researcher/Writer | 0.60 | Additional legal research on brief in support of motion to compel videos. |
| 3/24/2009 | Legal Researcher/Writer | 0.50 | Preparation of brief in support of motion to compel videos. |
| 3/26/2009 | Legal Researcher/Writer | 3.63 | Reviewed deposition transcript for facts section for BIO to MSJ. |
| 3/26/2009 | Legal Researcher/Writer | 2.63 | Additional reviewing of deposition transcript for facts section for BIO to MSJ. |
| 3/27/2009 | Legal Researcher/Writer | 1.03 | Additional reviewing of deposition transcript for facts section for BIO to MSJ. |
| 3/30/2009 | Legal Researcher/Writer | 3.92 | Additional reviewing of deposition transcript for facts section for BIO to MSJ. |
| 3/31/2009 | Legal Researcher/Writer | 3.50 | Additional reviewing of deposition transcript for facts section for BIO to MSJ. |
| 4/1/2009 | Legal Researcher/Writer | 1.00 | Additional reviewing of deposition transcript for facts section for BIO to MSJ |
| 4/11/2009 | Legal Researcher/Writer | 3.00 | Legal research and preparation of Brief in Opposition to PD pursuant to publication of Expert Report |
| 4/9/2009 | Legal Researcher/Writer | 1.00 | Legal research for Brief in Support of MSJ. |
| 5/7/2009 | Legal Research...W/r | 3.50 | Additional legal research for Brief in Support of MSJ. |
| 5/4/2009 | Legal Researcher/Writer | 3.00 | Additional legal research for Brief in Support of MSJ |
| 5/15/2009 | Legal Researcher/Writer | 1.00 | Additional legal research for Brief in Support of MSJ |
| 5/16/2009 | Legal Researcher/Writer | 3.00 | Additional legal research for brief in support of MSJ |
| 5/11/2009 | Legal Researcher/Writer | 2.00 | Additional legal research for Brief in Support of MSJ. |
| 5/11/2009 | Legal Researcher/Writer | 4.50 | Preparation of Brief in support of MSJ. |
| 5/12/2009 | Legal Researcher/Writer | 5.00 | Additional preparation of Brief in Support of MSJ |
| 5/12/2009 | Legal Researcher/Writer | 1.00 | Additional legal research for Brief in Support of MSJ |
| 6/12/2009 | Legal Researcher/Writer | 6.00 | Additional preparation of Brief in Support of MSJ |
| 6/22/2009 | Legal Researcher/Writer | 1.00 | Legal research for BIO to Motion for Summary Judgment. |
| 6/27/2009 | Legal Researcher/Writer | 1.00 | Additional legal research for BIO to Motion for Summary Judgment. |
| 6/26/2009 | Legal Researcher/Writer | 1.00 | Additional legal research for BIO to Motion for Summary Judgment. |
| 6/26/2009 | Legal Researcher/Writer | 5.00 | Preparation of BIO to Motion for Summary Judgment. |
| 6/28/2009 | Legal Researcher/Writer | 1.00 | Additional preparation of BIO to Motion for Summary Judgment |
| 6/29/2009 | Legal Researcher/Writer | 4.00 | Additional preparation of BIO to Motion for Summary Judgment |
| 6/28/2009 | Legal Researcher/Writer | 2.00 | Legal research on BIO to MSJ. |
| 7/28/2009 | Legal Researcher/Writer | 3.00 | Additional legal research on BIO to MSJ. |
| 6/9/2009 | Legal Researcher/Writer | 3.00 | Additional legal research on BIO to MSJ |

**EXHIBIT A**
**Exhibit A**

Page 7

2:25 PM
10/11/11

EMPLOY LAW OFFICES OF C L POLLICK
Time by Job Detail
All Transactions

| Date | Name | Duration | Notes |
|---|---|---|---|
| 6/30/2009 | Legal Researcher/Writer | 3.00 | Additional legal research on B.O to MSJ |
| 6/30/2009 | Legal Researcher/Writer | 5.00 | Preparation of BIO to MSJ |
| 7/1/2009 | Legal Researcher/Writer | 3.00 | Additional preparation of BIO to MSJ |
| 7/2/2009 | Legal Researcher/Writer | 8.00 | Additional preparation of BIO to MSJ |
| 7. 3/2009 | Legal Researcher/Writer | 0.50 | Additional preparation of BIO to MSJ |
| 7/21/2009 | Legal Researcher/Writer | 1.50 | Reviewed BIO and maler's in preparation of BIO to Motion to Strike. |
| 7/21/2009 | Legal Researcher/Writer | 3.00 | Legal research for Reply Brief of PSJ |
| 7/23/2009 | Legal Research on Writer | 3.00 | Preparation of Reply Brief for PSJ. |
| 7/23/2009 | Legal Researcher/Writer | 1.50 | Legal research in preparation of BIO to Motion to Strike |
| 7/23/2009 | Legal Research on Writer | 3.00 | Additional preparation of Reply Brief for PSJ. |
| 7/24/2009 | Legal Researcher/Writer | 0.80 | Preparation of BIO to Motion to Strike |
| 7/25/2009 | Legal Researcher/Writer | 2.50 | Additional legal research in preparation of BIO to Motion to Strike |
| 7/25/2009 | Legal Researcher/Writer | 1.00 | Additional preparation of BIO to Motion to Strike |
| 7/25/2009 | Legal Researcher/Writer | 1.00 | Additional preparation of BIO to Motion to Strike. |
| Total 2009 Legal Researcher | | 135.10 | |

2009 Professional Services

| Date | Name | Duration | Notes |
|---|---|---|---|
| 1/2/2009 | Cynthia L Pollick | 0.10 | Correspondence with John advising need reparacourage for 1/22 & 1/23 |
| 1/14/2009 | Cynthia L Pollick | 0.10 | Preparation of Revised Notice of Deposition for Smith. |
| 1/20/2009 | Cynthia L Pollick | 0.20 | Correspondence with OP regarding new status line; and cancellation of Party's deposition |
| 1/20/2009 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding 30(b) and information to use at depositions |
| 1/20/2009 | Cynthia L Pollick | 0.10 | Correspondence with Patti advising that Patti to move deposition to ensure they have court reporting |
| 1/20/2009 | Cynthia L Pollick | 1.50 | Preparation for deposition of Connie Saba, Guidance Counselor, Swigart and Delceive. |
| 1/22/2009 | Cynthia L Pollick | 4.00 | Appearance at depositions - Saba, GC, Swigart, Delceive. |
| 1/27/2009 | Cynthia L Pollick | 0.10 | Meeting with clients to discuss depositions |
| 1/27/2009 | Cynthia L Pollick | 2.50 | Preparation for deposition of Bruce Smith - Joint and reviewing transcripts |
| 1/28/2009 | Cynthia L Pollick | 2.50 | Appearance at deposition of Bruce Smith. |
| 1/28/2009 | Cynthia L Pollick | 0.10 | TC from Patti regarding last weeks deposition. |
| 1/29/2009 | Cynthia L Pollick | 0.10 | TC from OP regarding additional depositions |
| 1/29/2009 | Cynthia L Pollick | 0.10 | TC with OP's office regarding witnesses want to discuss |
| 1/29/2009 | Cynthia L Pollick | 0.10 | Correspondence from reporter regarding coverage and student observing. |
| 1/27/2009 | Cynthia L Pollick | 0.10 | TC from Patti sending fax on case. |
| 1/27/2009 | Cynthia L Pollick | 0.10 | TC with Pam of Atty Francis office advising Kunch 2 is good for depos. |
| 1/27/2009 | Cynthia L Pollick | 0.20 | Receipt and review of correspondence provided by Patti. |
| 1/27/2009 | Cynthia L Pollick | 0.30 | Preparation of subpoenas for RSU. |
| 1/27/2009 | Cynthia L Pollick | 0.20 | Correspondence with OP regarding where to serve subpoenas |
| 1/28/2009 | Cynthia L Pollick | 0.00 | TC with Patti regarding letter received on Smith |
| 1/30/2009 | Cynthia L Pollick | 0.50 | Receipt and review of Smith's deposition testimony |
| 1/30/2009 | Cynthia L Pollick | 0.20 | Correspondence with Patti regarding Smith's deposition. |
| 1/31/2009 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding information |
| 2/1/2009 | Cynthia L Pollick | 0.50 | Correspondence from Patti regarding more information |
| 2/1/2009 | Cynthia L Pollick | 0.10 | Correspondence from OP - paralegal advising that Pollick is going many. |
| 2/4/2009 | Cynthia L Pollick | 0.10 | Correspondence from Dr. Reisman regarding Welch article. |
| 2/7/2009 | Cynthia L Pollick | 0.20 | Correspondence with ESU regarding subpoenas. |
| 2/7/2009 | Cynthia L Pollick | 0.20 | Correspondence with Expert Reisman regarding potential for expert opinion. |
| 2/11/2009 | Cynthia L Pollick | 0.20 | Correspondence with Dr. Reisman regarding expert report. |
| 2/7/2009 | Cynthia L Pollick | 0.10 | Correspondence with Dr. Reisman regarding opinion - 7+1 letter. |
| 2/9/2009 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding Karen's receipt of subpoena |
| 2/9/2009 | Cynthia L Pollick | 0.10 | Correspondence with Patti regarding if counsel on provided |
| 2/11/2009 | Cynthia L Pollick | 0.10 | Correspondence re in Case manager, apologizing for not filing on system |
| 2/12/2009 | Cynthia L Pollick | 0.10 | TC from ESU regarding subpoena. |
| 2/12/2009 | Cynthia L Pollick | 0.10 | TC with ESU advising no problem with extension on info filing |
| 2/12/2009 | Cynthia L Pollick | 0.10 | Correspondence from ESU confirming will provide documents by end of month |
| 2/13/2009 | Cynthia L Pollick | 0.50 | Receipt and review of deposition of Ostrowski |
| 2/13/2009 | Cynthia L Pollick | 0.50 | Receipt and review of deposition for sale. |
| 2/13/2009 | Cynthia L Pollick | 0.30 | Receipt and review of deposition of Sudwiski |
| 2/13/2009 | Cynthia L Pollick | 0.30 | Receipt and review of deposition of Deiter. |
| 2/13/2009 | Cynthia L Pollick | 0.10 | Correspondence from Dr. Reisman advising story she had not responded - bought she did |
| 2/13/2009 | Cynthia L Pollick | 0.10 | Correspondence with Dr. Reisman thanking me for continuing to be at revived in case |
| 2/13/2009 | Cynthia L Pollick | 0.10 | Correspondence Dr. Rose regarding PDFs of transcripts. |
| 2/13/2009 | Cynthia L Pollick | 0.10 | Correspondence from Dr. Reisman with interest |
| 2/20/2009 | Cynthia L Pollick | 0.10 | Correspondence from Rose, capable re passing PDFs of transcripts. |
| 2/22/2009 | Cynthia L Pollick | 0.10 | Correspondence from Dr. Reisman regarding Toby speaks article |
| 2/22/2009 | Cynthia L Pollick | 0.10 | Correspondence from Dr. Reisman inquiring whether school able to find list if on pass PV. |
| 2/23/2009 | Cynthia L Pollick | 0.10 | Correspondence with Dr. Reisman regarding project |
| 2/23/2009 | Cynthia L Pollick | 0.10 | Correspondence from Dr. Reisman regarding school district lawsuit |
| 2/23/2009 | Cynthia L Pollick | 0.20 | Correspondence from Patti regarding stuff that might help |
| 2/23/2009 | Cynthia L Pollick | 0.20 | Correspondence from Dr. Reisman asking me for stuff. |
| 2/23/2009 | Cynthia L Pollick | 0.10 | Correspondence from Dr. Raginson regarding case. |
| 2/23/2009 | Cynthia L Pollick | 0.10 | Correspondence why Dr. Reisman regarding all that she needs to me for agent |
| 2/23/2009 | Cynthia L Pollick | 0.10 | Correspondence with Dr. Reisman locating attachment was from our schort |
| 2/23/2009 | Cynthia L Pollick | 0.10 | Correspondence from Dr. Reisman regarding case. |
| 2/23/2009 | Cynthia L Pollick | 0.50 | Correspondence of Dr. Reisman, using media documents. |
| 2/23/2009 | Cynthia L Pollick | 0.10 | Correspondence from Dr. Reisman regarding documents/photos need to see. |
| 2/23/2009 | Cynthia L Pollick | 0.10 | Correspondence from Dr. Reisman regarding quote from story. |
| 2/23/2009 | Cynthia L Pollick | 0.00 | Correspondence from Reill regarding information on witness |
| 2/24/2009 | Cynthia L Pollick | 0.10 | Correspondence from Dr. Reisman case. |
| 2/24/2009 | Cynthia L Pollick | 0.10 | Correspondence with Dr. Reisman regarding case. |
| 2/24/2009 | Cynthia L Pollick | 0.10 | Correspondence from Dr. Reisman regarding case |
| 2/24/2009 | Cynthia L Pollick | 0.10 | Correspondence with Dr. Reisman regarding supplemental questions. |
| 2/24/2009 | Cynthia L Pollick | 0.50 | Correspondence from Dr. Reisman requesting power point and photos. |
| 2/24/2009 | Cynthia L Pollick | 0.50 | Correspondence - 3 from Dr. Reisman regarding case. |
| 2/25/2009 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding agenda for Monday. |
| 2/25/2009 | Cynthia L Pollick | 0.10 | Correspondence with Patti regarding filing meeting on Monday. |
| 2/26/2009 | Cynthia L Pollick | 0.15 | Correspondence from Dr. Reisman regarding photo of rate |
| 2/26/2009 | Cynthia L Pollick | 0.10 | Correspondence from Dr. Reisman regarding power point. |
| 2/26/2009 | Cynthia L Pollick | 0.10 | Correspondence from Dr. Reisman regarding case, size of images. |
| 2/26/2009 | Cynthia L Pollick | 0.00 | Correspondence from Dr. Reisman regarding Toby. |
| 2/27/2009 | Cynthia L Pollick | 0.10 | Correspondence from Dr. Reisman regarding information on story. |
| 2/27/2009 | Cynthia L Pollick | 0.20 | Correspondence from Dr. Reisman regarding who Ed Glenn and his victims were |
| 2/26/2009 | Cynthia L Pollick | 0.10 | Correspondence from Dr. Reisman regarding questions about AO. |

EXHIBIT A

Exhibit A

Page 8

356

2:26 PM
10/12/11

**EMPLOY LAW OFFICES OF C L POLLICK**
**Time by Job Detail**
All Transactions

| Date | Name | Duration | Notes |
|------|------|----------|-------|
| | | | *(table contents largely illegible due to poor image quality)* |

**EXHIBIT A**

Exhibit A

2:25 PM
10:27 1

**EMPLOY LAW OFFICES OF C L POLLICK**
**Time by Job Detail**
All Transactions

| Date | Name | Duration | Notes |
|------|------|----------|-------|

EXHIBIT A

Exhibit A

**358**

2:25 PM
10/12/11

**EMPLOY LAW OFFICES OF C L POLLICK**
**Time by Job Detail**
All Transactions

| Date | Name | Duration | Notes |
|---|---|---|---|
| 7/31/2009 | Cynthia L Pollick | 0.30 | Additional preparation of BIO to Motion to Strike |
| 8/3/2009 | Cynthia L Pollick | 0.30 | Correspondence from Legan requesting retainer |
| 8/4/2009 | Cynthia L Pollick | 0.10 | Correspondence with Expert advising value is for Judge to decide case |
| 8/14/2009 | Cynthia L Pollick | 0.20 | Correspondence from Pati regarding injury information |
| 8/18/2009 | Cynthia L Pollick | 0.10 | Correspondence from Pati regarding case. |
| 8/20/2009 | Cynthia L Pollick | 0.10 | Correspondence from Pati regarding motion |
| 8/21/2009 | Cynthia L Pollick | 0.10 | Correspondence with Pati regarding oral argument. |
| 8/24/2009 | Cynthia L Pollick | 0.10 | Correspondence from Pati regarding injury's appearance |
| 8/24/2009 | Cynthia L Pollick | 0.10 | Correspondence with Pati advising divorced daughter, just her. |
| 8/25/2009 | Cynthia L Pollick | 0.20 | TC from Pati & his attorney's case. |
| 8/25/2009 | Cynthia L Pollick | 0.10 | Correspondence from Mediator regarding session |
| 8/25/2009 | Cynthia L Pollick | 0.10 | Correspondence in Mediator advising available on 28th, |
| 8/28/2009 | Cynthia L Pollick | 0.20 | Correspondence from Pati regarding new phone number. |
| 9/2/2009 | Cynthia L Pollick | 0.10 | Correspondence to Mediator advising will check and get back about case |
| 9/4/2009 | Cynthia L Pollick | 0.10 | Correspondence from Pati regarding details. |
| 9/11/2009 | Cynthia L Pollick | 0.10 | Correspondence with Pati advising have not heard anything about mediation - should still ask. |
| 9/17/2009 | Cynthia L Pollick | 0.10 | Correspondence from Pati regarding passing record and cost |
| 9/18/2009 | Cynthia L Pollick | 0.10 | Correspondence from Mediator regarding 28th. |
| 9/18/2009 | Cynthia L Pollick | 0.10 | Correspondence with Mediator regarding date to meet 28th. |
| 9/17/2009 | Cynthia L Pollick | 0.30 | Correspondence from CP regarding information about mediation. |
| 9/17/2009 | Cynthia L Pollick | 0.10 | Correspondence from Mediator advising that we will go forward from the 28th. |
| 9/17/2009 | Cynthia L Pollick | 0.10 | Correspondence from Mediator providing details on what needs to be done for mediation |
| 9/17/2009 | Cynthia L Pollick | 0.10 | Correspondence with Pati advising we are on for 28th |
| 9/17/2009 | Cynthia L Pollick | 0.20 | Correspondence from Mediator regarding mediation. |
| 9/17/2009 | Cynthia L Pollick | 0.10 | Correspondence with Pati regarding mediation |
| 9/17/2009 | Cynthia L Pollick | 0.10 | Correspondence from Pati advising Pati is good for her. |
| 9/21/2009 | Cynthia L Pollick | 0.10 | Correspondence from Pati regarding updated information |
| 9/22/2009 | Cynthia L Pollick | 0.20 | TC from Pati regarding settlement. |
| 9/24/2009 | Cynthia L Pollick | 0.10 | Correspondence with Mediator advising 27th good, but 13 is better |
| 9/25/2009 | Cynthia L Pollick | 0.20 | Correspondence with Mediator regarding settlement memo. |
| 9/28/2009 | Cynthia L Pollick | 0.10 | TC from Mediator has to cancel mediation. |
| 9/28/2009 | Cynthia L Pollick | 0.10 | TC with Pat advising Mediator has cancelled. |
| 9/28/2009 | Cynthia L Pollick | 0.10 | TC with Mediator's office regarding mediation. |
| 9/28/2009 | Cynthia L Pollick | 0.10 | Correspondence from Mediator regarding new dates for mediation. |
| 9/29/2009 | Cynthia L Pollick | 0.20 | TC with Pati regarding status and how we will handle |
| 9/29/2009 | Cynthia L Pollick | 0.10 | Correspondence with Mediator regarding issues. |
| 9/30/2009 | Cynthia L Pollick | 0.10 | Correspondence from mediator regarding mediation |
| 9/30/2009 | Cynthia L Pollick | 0.30 | TC with Pati regarding status and mediation. |
| 10/5/2009 | Cynthia L Pollick | 0.10 | Correspondence from Mediator regarding mediation. |
| 10/5/2009 | Cynthia L Pollick | 0.10 | Correspondence with Mediator confirming dates. |
| 10/5/2009 | Cynthia L Pollick | 0.10 | Correspondence from Mediator will get back with new mediation date. |
| 10/5/2009 | Cynthia L Pollick | 0.10 | Correspondence from CP regarding to unavailable on 27th. |
| 10/5/2009 | Cynthia L Pollick | 0.10 | Correspondence with Mediator advising normally just an hour for oral argument. |
| 10/5/2009 | Cynthia L Pollick | 0.10 | Correspondence from Mediator will take place at Fed Building 13th |
| 10/8/2009 | Cynthia L Pollick | 0.10 | TC with Pati regarding case. |
| 10/13/2009 | Cynthia L Pollick | 0.10 | TC from Pati regarding situation. |
| 10/13/2009 | Cynthia L Pollick | 0.40 | TC from Pati during what happened |
| 10/20/2009 | Cynthia L Pollick | 0.10 | Correspondence from Mediator regarding mediation |
| 10/22/2009 | Cynthia L Pollick | 0.30 | TC from Pati regarding update |
| 10/22/2009 | Cynthia L Pollick | 0.20 | TC with Pati regarding situation. |
| 10/28/2009 | Cynthia L Pollick | 0.10 | TC from Pati regarding case and situation. |
| 10/28/2009 | Cynthia L Pollick | 0.10 | Correspondence from Donora advising that Mediation will occur at courthouse |
| 10/28/2009 | Cynthia L Pollick | 0.10 | Correspondence with Donora for in conference room |
| 10/28/2009 | Cynthia L Pollick | 0.20 | Correspondence with Pati regarding mediation. |
| 10/28/2009 | Cynthia L Pollick | 0.10 | Correspondence from Donora advising she booked Mediation room |
| 10/27/2009 | Cynthia L Pollick | 0.10 | TC with Pati regarding Eli's message and advised I will call on his cell this week. |
| 11/3/2009 | Cynthia L Pollick | 0.10 | Correspondence from Pati regarding Scalp, |
| 11/3/2009 | Cynthia L Pollick | 0.30 | Review of suit brought by Pollick Smith, |
| 11/5/2009 | Cynthia L Pollick | 0.30 | Receipt and review of Order denying motion to strike. |
| 11/5/2009 | Cynthia L Pollick | 0.30 | Receipt and review of article forwarded by Pati |
| 11/9/2009 | Cynthia L Pollick | 0.10 | Correspondence from Pati regarding oral argument. |
| 11/9/2009 | Cynthia L Pollick | 0.50 | Receipt and review of Order denying motion to compel. |
| 11/10/2009 | Cynthia L Pollick | 0.10 | Correspondence with Pati advising we are on strike. |
| 11/13/2009 | Cynthia L Pollick | 1.00 | Travel to and from Scranton for oral argument |
| 11/13/2009 | Cynthia L Pollick | 5.00 | Appearance at oral argument and oral mediation. |
| 11/13/2009 | Cynthia L Pollick | 0.10 | TC from Pati regarding case. |
| 11/13/2009 | Cynthia L Pollick | 0.10 | Text from Pati regarding article |
| 11/13/2009 | Cynthia L Pollick | 0.20 | Reviewed article on Proton Bero re webpage |
| 11/13/2009 | Cynthia L Pollick | 0.10 | Text with Pati advising don't worry. |
| 11/14/2009 | Cynthia L Pollick | 0.10 | Text from Pati advising PR updated article. |
| 11/14/2009 | Cynthia L Pollick | 0.10 | Reviewed updated article on Eli webpage. |
| 11/17/2009 | Cynthia L Pollick | 0.20 | Receipt and review of Mediator's Report |
| 11/17/2009 | Cynthia L Pollick | 0.20 | Correspondence from Mediator regarding mediation settlement process. |
| 12/11/2009 | Cynthia L Pollick | 0.10 | Correspondence from Pati regarding webpages. |
| 12/11/2009 | Cynthia L Pollick | 0.10 | Correspondence with Pati thanking her for info. |
| 12/14/2009 | Cynthia L Pollick | 0.10 | Correspondence from Pati regarding case |
| 12/28/2009 | Cynthia L Pollick | 0.10 | Correspondence from Pati regarding staff on Smith. |

Total 2010 Professional Services 116.03

**EXHIBIT A**
Exhibit A

359

2 25 PM
10/12/11

**EMPLOY LAW OFFICES OF C L POLLICK**
**Time by Job Detail**
All Transactions

| Date | Name | Duration | Notes |
|---|---|---|---|

*(Detailed billing entries under sections "2010 Legal Assistant", "2010 Legal Researcher", and "2010 Professional Services" — illegible due to image quality)*

EXHIBIT A

Exhibit A

Case 3:07-cv-00854-MWB Document 635-1 Filed 07/12/16 Page 13 of 48

Case 3:07-cv-00854-YK Document 292-1 Filed 10/12/11 Page 13 of 32

2:25 PM
10/12/11

EMPLOY LAW OFFICES OF C L POLLICK
Time by Job Detail
All Transactions

| Date | Name | Duration | Notes |
|------|------|----------|-------|
| 3/17/2010 | Cynthia L Pollick | 0.40 | Additional preparation of MIL on Expert including filing the same on ECF system |
| 3/17/2010 | Cynthia L Pollick | 0.30 | Additional preparation of MIL on Records. |
| 3/17/2010 | Cynthia L Pollick | 0.30 | Additional preparation of Brief in Support of MIL on records |
| 3/17/2010 | Cynthia L Pollick | 0.20 | Receipt and review of Judge Munley's dismissal of motion for calendar. |
| 3/17/2010 | Cynthia L Pollick | 0.10 | Correspondence with LR regarding MIL on hassle claim |
| 3/18/2010 | Cynthia L Pollick | 0.10 | Receipt and review of Order granting 13 judge brief |
| 3/22/2010 | Cynthia L Pollick | 2.00 | Additional preparation of B to C to OP's MIL on photos |
| 3/22/2010 | Cynthia L Pollick | 0.30 | Preparation of Motion for permission for 9 page brief |
| 3/23/2010 | Cynthia L Pollick | 0.30 | Receipt and review of OP's answer to MIL on Dragon. |
| 3/23/2010 | Cynthia L Pollick | 0.10 | Receipt and review of Order granting 9 page brief. |
| 3/23/2010 | Cynthia L Pollick | 0.50 | Receipt and review of OP's BIO to MIL regarding Dragon. |
| 3/23/2010 | Cynthia L Pollick | 3.30 | Correspondence from Palin asking for update |
| 3/23/2010 | Cynthia L Pollick | 0.10 | Correspondence with Palin advising no new Information on case |
| 3/24/2010 | Cynthia L Pollick | 0.01 | TC from OP regarding initiatives |
| 3/24/2010 | Cynthia L Pollick | 1.00 | Additional preparation, finalization, and filing on ECF system BIO to MIL on photos. |
| 3/24/2010 | Cynthia L Pollick | 0.30 | Preparation of Motion for Permission to file BIO to MIL |
| 3/24/2010 | Cynthia L Pollick | 0.20 | Correspondence with Judge Munley regarding MIL |
| 3/25/2010 | Cynthia L Pollick | 0.60 | TC with Patti regarding case and rescheduling of pretrial |
| 3/25/2010 | Cynthia L Pollick | 0.30 | Receipt and review of OP's Mol on in limine on Re smith |
| 3/25/2010 | Cynthia L Pollick | 0.30 | Receipt and review of Order rescheduling pretrial. |
| 3/25/2010 | Cynthia L Pollick | 0.10 | Receipt and review of Order granting motion for permission to file brief on 3/31. |
| 3/25/2010 | Cynthia L Pollick | 0.10 | Correspondence with LR regarding BIO to MIL on expert |
| 3/26/2010 | Cynthia L Pollick | 0.40 | Receipt and review of OP's Brief in Oppression to FBI employment records |
| 3/26/2010 | Cynthia L Pollick | 0.10 | Correspondence with LR regarding Reply Brief |
| 3/31/2010 | Cynthia L Pollick | 0.10 | Correspondence with LR regarding BIO to MIL on expert. |
| 4/2/2010 | Cynthia L Pollick | 3.00 | Additional preparation of BIO to MIL. |
| 4/5/2010 | Cynthia L Pollick | 0.30 | TC from Patti about fangs and pretrial |
| 4/5/2010 | Cynthia L Pollick | 1.00 | Preparation of Pretrial memo. |
| 4/5/2010 | Cynthia L Pollick | 0.20 | Correspondence with OP regarding non-monetary requests. |
| 4/7/2010 | Cynthia L Pollick | 0.50 | Additional preparation and filing of Reply brief in support of MIL on employment records |
| 4/9/2010 | Cynthia L Pollick | 0.10 | Receipt and review of Order rescheduling pretrial to afternoon. |
| 4/9/2010 | Cynthia L Pollick | 0.10 | TC with Patti advising pretrial has been moved back until 1:30. |
| 4/9/2010 | Cynthia L Pollick | 0.10 | TC from OP's secretary advising that John can't make pretrial needs to push back. |
| 4/9/2010 | Cynthia L Pollick | 0.10 | TC with Tami regarding situation. |
| 4/9/2010 | Cynthia L Pollick | 0.10 | TC with Patti advising of new change. |
| 4/9/2010 | Cynthia L Pollick | 3.00 | Additional preparation of Statement of Facts in Dispute. |
| 4/9/2010 | Cynthia L Pollick | 0.10 | Correspondence with Patti forwarding judge's order. |
| 4/9/2010 | Cynthia L Pollick | 0.10 | Correspondence from Patti inquiring about time of conference |
| 4/10/2010 | Cynthia L Pollick | 0.10 | correspondence with Patti advising another order was issued. |
| 4/13/2010 | Cynthia L Pollick | 1.00 | Travel to and from Scranton for Pretrial Conference. |
| 4/13/2010 | Cynthia L Pollick | 0.10 | Receipt and review of Order scheduling trial. |
| 4/13/2010 | Cynthia L Pollick | 0.40 | Receipt and review of Order granting in OP's MIL. |
| 1/14/2010 | Cynthia L Pollick | 0.10 | TC from Patti regarding case |
| 4/14/2010 | Cynthia L Pollick | 0.60 | TC from Patti discussing pretrial and events, as well as motions and trial strategy |
| 4/14/2010 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding case. |
| 4/17/2010 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding information on Smith and LJU |
| 4/17/2010 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding Smith's sister-in-law. |
| 4/18/2010 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding more information on Smith. |
| 4/18/2010 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding additional information on ESU. |
| 4/18/2010 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding additional info on case. |
| 4/18/2010 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding archived which is in person record on smith. |
| 4/18/2010 | Cynthia L Pollick | 0.20 | Correspondence from Patti regarding case. |
| 4/26/2010 | Cynthia L Pollick | 0.20 | correspondence from Patti regarding other teachers. |
| 4/26/2010 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding information about history teacher that is/need his area |
| 4/28/2010 | Cynthia L Pollick | 0.10 | Correspondence with Patti thanking her for information |
| 4/30/2010 | Cynthia L Pollick | 0.20 | Correspondence with OP regard up additional witnesses |
| 6/9/2010 | Cynthia L Pollick | 0.10 | Correspondence from Judh regarding that last entry. |
| 6/9/2010 | Cynthia L Pollick | 0.10 | Correspondence with Judh advising judge cut her testimony. |
| 6/9/2010 | Cynthia L Pollick | 0.10 | Correspondence from Expert Reisman inquiring why judge won't let her testify. |
| 6/10/2010 | Cynthia L Pollick | 0.10 | Correspondence with Judh advising I granted their deebert motion, but its under seal. |
| 7/5/2010 | Cynthia L Pollick | 0.20 | Correspondence from Patti regarding additional information |
| 7/5/2010 | Cynthia L Pollick | 0.20 | Correspondence from Patti regarding information she got. |
| 7/6/2010 | Cynthia L Pollick | 0.10 | Correspondence with Patti thanking her for information. |
| 7/12/2010 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding information |
| 7/13/2010 | Cynthia L Pollick | 0.20 | TC from Patti regarding developments. |
| 7/13/2010 | Cynthia L Pollick | 0.50 | TC with Patti regarding situation. |
| 7/13/2010 | Cynthia L Pollick | 0.10 | Correspondence from OP advising Smith testified |
| 7/13/2010 | Cynthia L Pollick | 0.10 | Correspondence with Patti forwarding e-mail from John to me about retirement. |
| 7/15/2010 | Cynthia L Pollick | 0.10 | Correspondence with OP advising thoughts about settlement and statement |
| 7/13/2010 | Cynthia L Pollick | 0.10 | Correspondence with Patti forwarding response to OP. |
| 7/13/2010 | Cynthia L Pollick | 0.10 | Correspondence with Patti advising the edits. |
| 7/20/2010 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding questions |
| 7/21/2010 | Cynthia L Pollick | 0.10 | Correspondence with Patti regarding questions. |
| 8/10/2010 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding update on Smith |
| 8/11/2010 | Cynthia L Pollick | 0.10 | Correspondence with Patti advising what has to well and see what he does. |
| 8/16/2010 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding receipts. |
| 8/16/2010 | Cynthia L Pollick | 0.10 | Correspondence with Patti thanking her for info. |
| 8/23/2010 | Cynthia L Pollick | 0.50 | TC from Patti regarding case |
| 8/24/2010 | Cynthia L Pollick | 0.10 | Correspondence with OP regarding mediation. |
| 9/24/2010 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding mediation. |
| 9/10/2010 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding case |
| 9/10/2010 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding mediation |
| 9/13/2010 | Cynthia L Pollick | 0.10 | Correspondence with Patti advising of situation. |
| 9/13/2010 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding case |
| 8/16/2010 | Cynthia L Pollick | 0.10 | Correspondence with Patti advising of positive. |
| 11/4/2010 | Cynthia L Pollick | 0.20 | Reviewed additional stuff sent by Patti |
| 11/4/2010 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding additional info on Smith |
| 11/4/2010 | Cynthia L Pollick | 0.10 | Correspondence with Patti regarding info. |
| 11/4/2010 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding complicit situation - 2nd. |
| 11/4/2010 | Cynthia L Pollick | 0.10 | Correspondence with Patti regarding case - 2nd. |
| 11/4/2010 | Cynthia L Pollick | 0.10 | Correspondence from Patti on case - 3d. |

EXHIBIT A
Exhibit A

361

2:25 PM
10/12/11

EMPLOY LAW OFFICES OF G L POLLICK
Time by Job Detail
All Transactions

| Date | Name | Duration | Notes |
|---|---|---|---|
| 11/11/2010 | Cyrus L Pollick | 0.10 | Correspondence from Patti regarding sending me stuff. |
| 11/11/2010 | Cyrus L Pollick | 0.10 | Correspondence with Patti regarding sending stuff. |
| 11/11/2010 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding ... |
| 11/12/2010 | Cynthia L Pollick | 0.20 | Correspondence in OP regarding mediation. |
| 11/12/2010 | Cynthia L Pollick | 0.10 | Correspondence in Patti about case |
| 11/12/2010 | Cynthia L Pollick | 0.10 | Correspondence with Patti regarding letter to OP. |
| 11/12/2010 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding location of mediation |
| 11/12/2010 | Cynthia L Pollick | 0.10 | Correspondence from Patti thanking me for keeping her posted. |
| 11/12/2010 | Cynthia L Pollick | 0.10 | Correspondence with Patti advising thoughts on mediation. |
| 11/12/2010 | Cynthia L Pollick | 0.10 | Correspondence from Patti advising her rights |
| 11/12/2010 | Cynthia L Pollick | 0.10 | Correspondence from Patti to OP if any response to it OP |
| 11/16/2010 | Cynthia L Pollick | 0.10 | Correspondence with Patti advising no reciprocal from OP yet. |
| 11/18/2010 | Cynthia L Pollick | 0.10 | Correspondence from Patti advising OK |
| 11/18/2010 | Cynthia L Pollick | 0.10 | Correspondence for in Patti regarding mediation. |
| 11/18/2010 | Cynthia L Pollick | 0.10 | Correspondence with Patti advising can't read anything into Fred's no response |
| 11/23/2010 | Cynthia L Pollick | 0.10 | Correspondence from OP regarding case. |
| 11/23/2010 | Cynthia L Pollick | 0.10 | Correspondence with OP regarding selecting someone from list |
| 11/24/2010 | Cynthia L Pollick | 0.10 | Correspondence with Patti sending copy of email from OP. |
| 11/24/2010 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding mediation |
| 11/24/2010 | Cynthia L Pollick | 0.10 | Correspondence with Patti regarding OP and mediation |
| 11/29/2010 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding more info on Smith |
| 11/29/2010 | Cynthia L Pollick | 0.20 | Review of article forwarded by Patti |
| 11/29/2010 | Cynthia L Pollick | 0.10 | TC from Patti regarding deposition transcript. |
| 11/29/2010 | Cynthia L Pollick | 0.10 | Correspondence with Patti regarding deposition transcripts. |
| 11/30/2010 | Cynthia L Pollick | 0.20 | Receipt and review of Order rescheduling trial. |
| 12/1/2010 | Cynthia L Pollick | 0.40 | TC from Patti regarding case order and update. |
| 12/1/2010 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding dates that Reagan is off from school |
| 12/6/2010 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding question on mediation. |
| 12/10/2010 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding another question about case. |
| 12/17/2010 | Cynthia L Pollick | 0.10 | Correspondence with Patti regarding her questions. |

Total 2010 Professional Services 32.40

2011 Legal Assistant
| 2/2/2011 | Legal Assistant | 0.50 | Redacted docs from client. |
| 2/7/2011 | Legal Assistant | 0.40 | Additional preparation of exhibit binders. |
| 2/22/2011 | Legal Assistant | 1.00 | Reviewed file to look for CDs. |
| 2/22/2011 | Legal Assistant | 0.40 | Travel to Fed Ex. |
| 2/23/2011 | Legal Assistant | 3.00 | Service of subpoenas for Smith, Lisbo. |
| 2/24/2011 | Legal Assistant | 3.00 | Service of subpoenas for trial. |
| 3/1/2011 | Legal Assistant | 1.50 | Served subpoenas on Jason Aszaczizth. |
| 3/2/2011 | Legal Assistant | 3.00 | Preparation of exhibits for Trial Binders |
| 3/2/2011 | Legal Assistant | 3.00 | Service of subpoenas on Hazel, Mann, Verhage, West. |
| 3/3/2011 | Legal Assistant | 1.00 | Additional preparation and location of exhibits for trial. |
| 3/3/2011 | Legal Assistant | 3.00 | Additional preparation and location of exhibits for trial. |
| 5/4/2011 | Legal Assistant | 0.45 | Travel to Post Office to mail exhibits to OP. |
| 7/20/2011 | Legal Assistant | 0.50 | Preparation of document for trial - scanned in |
| 7/21/2011 | Legal Assistant | 1.00 | Preparation of trial binders |
| 7/26/2011 | Legal Assistant | 1.00 | Preparation of Trial Exhibit Binders. |
| 7/26/2011 | Legal Assistant | 5.00 | Service of subpoenas for trial. |
| 7/27/2011 | Legal Assistant | 1.00 | Preparation of Trial Exhibit Binders. |
| 7/29/2011 | Legal Assistant | 1.50 | Travel to Barnes & Nobles, Mall for Dr. Duggan's book for his deposition |
| 8/2/2011 | Legal Assistant | 2.00 | Additional preparation of Trial Exhibit Binders. |
| 8/3/2011 | Legal Assistant | 2.00 | Additional preparation of Trial Exhibit Binders. |
| 8/4/2011 | Legal Assistant | 2.50 | Service of subpoenas for trial |
| 8/10/2011 | Legal Assistant | 1.00 | Preparation and organization of Defendants Trial Binder. |
| 8/10/2011 | Legal Assistant | 1.00 | Additional preparation of Trial Exhibit Binders. |
| 8/10/2011 | Legal Assistant | 1.30 | Travel to store for staples for trial in Harrisburg |
| 8/12/2011 | Legal Assistant | 0.10 | TC from Pastor regarding trial |
| 8/12/2011 | Legal Assistant | 0.10 | TC from Patti regarding case. |
| 8/16/2011 | Legal Assistant | 0.10 | TC from Chrissy regarding trial. |
| 8/18/2011 | Legal Assistant | 1.00 | Additional preparation of Exhibits for trial. |
| 8/19/2011 | Legal Assistant | 0.30 | Preparation of depositions for use at trial |
| 8/30/2011 | Legal Assistant | 2.00 | Underlined witness marks from book |
| 9/2/2011 | Legal Assistant | 0.50 | Preparation of witness fee checks. |
| 9/12/2011 | Legal Assistant | 0.10 | TC from Pat Woogen about missing witness fee. |

Total 2011 Legal Assistant 49.70

2011 Legal Researcher
| 2/25/2011 | Legal Researcher/Writer | 5.00 | Legal research B O to MIL on trial documents. |
| 2/26/2011 | Legal Researcher/Writer | 3.00 | Additional legal research BIO to MIL on trial documents |
| 2/28/2011 | Legal Researcher/Writer | 1.00 | Preparation of BIO to MIL on trial docs. |
| 3/1/2011 | Legal Researcher/Writer | 1.00 | Additional legal research BIO to MIL on trial documents. |
| 3/1/2011 | Legal Researcher/Writer | 5.00 | Preparation of BIO to MIL on trial docs |
| 3/8/2011 | Legal Researcher/Writer | 2.00 | Legal research for B O to MIL on expenses. |
| 3/9/2011 | Legal Researcher/Writer | 4.00 | Additional legal research for BIO to MIL on expenses. |
| 3/9/2011 | Legal Researcher/Writer | 4.00 | Additional legal research for BIO to MIL on expenses. |
| 3/9/2011 | Legal Researcher/Writer | 3.00 | Additional legal research for BIO to MIL on expenses |
| 3/10/2011 | Legal Researcher/Writer | 3.00 | Preparation of BIO to MIL on expenses. |
| 3/11/2011 | Legal Researcher/Writer | 1.00 | Additional legal research for BIO to MIL on expenses |
| 3/11/2011 | Legal Researcher/Writer | 8.00 | Preparation of BIO to MIL on expenses |
| 3/15/2011 | Legal Researcher/Writer | 3.00 | Additional preparation of BIO to MIL on expenses. |
| 4/7/2011 | Legal Researcher/Writer | 1.50 | Legal research on proper service. |
| 4/11/2011 | Legal Researcher/Writer | 1.00 | Additional legal research on proper service. |
| 4/12/2011 | Legal Researcher/Writer | 1.50 | Additional legal research on proper service |
| 4/14/2011 | Legal Researcher/Writer | 0.50 | Additional legal research on proper service. |
| 4/17/2011 | Legal Researcher/Writer | 0.50 | Preparation for Reply Brief for Motion to Compel |
| 7/28/2011 | Legal Researcher/Writer | 2.00 | Legal research for brief |
| 7/29/2011 | Legal Researcher/Writer | 1.00 | Preparation of Brief. |
| 7/30/2011 | Legal Researcher/Writer | 3.00 | Legal research for Brief |
| 7/29/2011 | Legal Researcher/Writer | 2.00 | Preparation of Brief. |
| 7/30/2011 | Legal Researcher/Writer | 3.00 | Legal research for Brief |

EXHIBIT A

Exhibit A

362

2:25 PM
10/12/11

**EMPLOY LAW OFFICES OF C L POLLICK**
**Time by Job Detail**
All Transactions

| Date | Name | Duration | Notes |
|---|---|---|---|
| 7/30/2011 | Legal Research/Consultant | 3.00 | Preparation of Brief. |
| 8/1/2011 | Legal Research/Consultant | 1.00 | Legal research for Brief |
| 7/31/2011 | Legal Research/Consultant | 3.00 | Additional prepared on forth of |

Total 2011 Legal Researcher — 63.00

2011 Professional Services

EXHIBIT A
Exhibit A

Page 15

■

**363**

2:24 PM
10/12/11

EMPLOY LAW OFFICES OF C L POLLICK
Time by Job Detail
All Transactions

| Date | Name | Duration | Notes |
|---|---|---|---|
| 2/22/2011 | Cynthia L Pollick | 0.10 | Correspondence from Paul advising OK. |
| 2/22/2011 | Cynthia L Pollick | 0.10 | Correspondence from Paul regarding Emily Bertha". |
| 2/22/2011 | Cynthia L Pollick | 0.20 | Correspondence with Jones regarding coordination of disco. |
| 2/22/2011 | Cynthia L Pollick | 0.10 | Correspondence with Paul advising can't access. |
| 2/22/2011 | Cynthia L Pollick | 0.10 | Correspondence from Paul regarding tracking down threatening blogs. |
| 2/22/2011 | Cynthia L Pollick | 0.10 | Correspondence from Paul regarding blogs about dropping charges. |
| 2/23/2011 | Cynthia L Pollick | 0.20 | Preparation of subpoena for trial for witness (PW) |
| 2/23/2011 | Cynthia L Pollick | 0.20 | Preparation of subpoena for trial for witness (DS) |
| 2/23/2011 | Cynthia L Pollick | 0.20 | Preparation of subpoena for trial for witness (GS) |
| 2/23/2011 | Cynthia L Pollick | 0.10 | Preparation of subpoena for trial for witness (DY). |
| 2/23/2011 | Cynthia L Pollick | 0.20 | Preparation of subpoena for trial for witness (RS). |
| 2/23/2011 | Cynthia L Pollick | 0.10 | Correspondence from Paul regarding photo clips. |
| 2/23/2011 | Cynthia L Pollick | 0.10 | Correspondence with Paul advising that starting subpoena dog witnesses. |
| 2/23/2011 | Cynthia L Pollick | 0.20 | Correspondence from Paul regarding information on board members. |
| 2/23/2011 | Cynthia L Pollick | 0.10 | Correspondence with Paul regarding good info pro node. |
| 2/23/2011 | Cynthia L Pollick | 0.10 | Correspondence from Paul regarding 33 videos. |
| 2/23/2011 | Cynthia L Pollick | 0.10 | Correspondence from Paul regarding original e mail from sixth regarding website. |
| 2/23/2011 | Cynthia L Pollick | 0.10 | Correspondence from Hunter regarding case. |
| 2/23/2011 | Cynthia L Pollick | 0.10 | Correspondence with Hunter regarding needs. |
| 2/23/2011 | Cynthia L Pollick | 0.10 | Correspondence from Hunter regarding case - 2nd one. |
| 2/23/2011 | Cynthia L Pollick | 0.10 | Correspondence with Hunter regarding case - 3d. |
| 2/23/2011 | Cynthia L Pollick | 0.20 | Correspondence with witness (GS) regarding appearance at trial. |
| 2/23/2011 | Cynthia L Pollick | 0.20 | Correspondence with witness (RS) regarding appearance at trial. |
| 2/23/2011 | Cynthia L Pollick | 0.20 | Correspondence with witness (DY) regarding appearance at trial. |
| 2/23/2011 | Cynthia L Pollick | 0.20 | Correspondence with witness (SK) regarding appearance at trial. |
| 2/23/2011 | Cynthia L Pollick | 0.30 | Preparation of subpoena for witness (SK) for trial |
| 2/23/2011 | Cynthia L Pollick | 0.30 | Preparation of subpoena for witness (PW) for trial. |
| 2/21/2011 | Cynthia L Pollick | 0.10 | Correspondence from Paul relaying information on two additional witnesses. |
| 2/24/2011 | Cynthia L Pollick | 0.30 | Preparation of subpoena for witness (TM) for trial. |
| 2/24/2011 | Cynthia L Pollick | 0.30 | Preparation of subpoena for witness (AF) for trial. |
| 2/24/2011 | Cynthia L Pollick | 0.30 | Preparation of subpoena for witness (AM) for trial. |
| 2/24/2011 | Cynthia L Pollick | 0.30 | Preparation of subpoena for witness (WB) for trial. |
| 2/24/2011 | Cynthia L Pollick | 0.30 | Correspondence with witness (JA) regarding trial subpoena |
| 2/24/2011 | Cynthia L Pollick | 0.20 | Correspondence with witness (TM) regarding trial subpoena. |
| 2/24/2011 | Cynthia L Pollick | 0.20 | Correspondence with witness (WB) regarding trial subpoena. |
| 2/24/2011 | Cynthia L Pollick | 0.20 | Preparation of subpoena for witness (JA) for trial. |
| 2/24/2011 | Cynthia L Pollick | 0.10 | Correspondence from Detective Benizoni regarding contact info |
| 2/24/2011 | Cynthia L Pollick | 0.10 | Correspondence with Detective Benizoni providing deposition. |
| 2/24/2011 | Cynthia L Pollick | 0.20 | Receipt and review of OP's Exhibit List. |
| 2/24/2011 | Cynthia L Pollick | 0.20 | Correspondence from Paul regarding finding Bertha! |
| 2/24/2011 | Cynthia L Pollick | 0.10 | Correspondence with Paul requesting Bertha's address. |
| 2/24/2011 | Cynthia L Pollick | 0.10 | Correspondence from Paul advising doesn't know it. |
| 2/24/2011 | Cynthia L Pollick | 0.10 | Correspondence from Paul regarding how about where daughter lives. |
| 2/24/2011 | Cynthia L Pollick | 0.20 | Correspondence from Paul regarding questions she thinks are good for board members |
| 2/24/2011 | Cynthia L Pollick | 0.10 | Correspondence with Paul thanking her for the input and keep it coming |
| 2/24/2011 | Cynthia L Pollick | 0.30 | Receipt and review of OP's Verdict Sheet. |
| 2/24/2011 | Cynthia L Pollick | 0.40 | Receipt and review of OP's Trial Brief |
| 2/24/2011 | Cynthia L Pollick | 0.10 | Receipt and review of OP's Exhibit List. |
| 2/24/2011 | Cynthia L Pollick | 0.30 | TC from Paul regarding trial matters. |
| 2/25/2011 | Cynthia L Pollick | 0.10 | Correspondence from Hunter regarding case |
| 2/25/2011 | Cynthia L Pollick | 0.10 | Correspondence with Hunter thanking him for great info. |
| 2/25/2011 | Cynthia L Pollick | 0.10 | Correspondence from Paul for father for try emhers reell. |
| 2/25/2011 | Cynthia L Pollick | 0.20 | Correspondence from Paul regarding reports on addresses c4 Bertha!. |
| 2/25/2011 | Cynthia L Pollick | 0.20 | Correspondence with OP regarding objection Smith |
| 2/20/2011 | Cynthia L Pollick | 0.30 | Preparation of 3d Amended Trial Exhibit List and filing the same on &CF. |
| 2/26/2011 | Cynthia L Pollick | 2.50 | Preparation of Closes for trial |
| 2/26/2011 | Cynthia L Pollick | 0.30 | Correspondence with Benizoni regarding trial subpoena |
| 2/26/2011 | Cynthia L Pollick | 0.30 | Preparation of subpoena for trial for witness (LD) |
| 2/27/2011 | Cynthia L Pollick | 0.10 | Correspondence from Paul regarding West's address. |
| 2/27/2011 | Cynthia L Pollick | 0.10 | Correspondence from Paul regarding Emil Bank's info. |
| 2/27/2011 | Cynthia L Pollick | 0.10 | Correspondence from Paul regarding blogs that have been deleted. |
| 2/27/2011 | Cynthia L Pollick | 0.10 | Correspondence from Paul regarding Jason, Dr. Pedone's address. |
| 2/27/2011 | Cynthia L Pollick | 0.20 | Correspondence with witness (JA) regarding trial subpoena. |
| 2/28/2011 | Cynthia L Pollick | 0.10 | Correspondence from Hunter regarding case. |
| 2/28/2011 | Cynthia L Pollick | 0.10 | Correspondence from Hunter regarding status of case. |
| 3/1/2011 | Cynthia L Pollick | 0.20 | Correspondence with witness (JA) regarding trial subpoena. |
| 3/1/2011 | Cynthia L Pollick | 0.30 | Correspondence with witness (AM) regarding trial subpoena re. |
| 3/1/2011 | Cynthia L Pollick | 0.20 | Correspondence with witness (AF) regarding trial subpoena |
| 3/1/2011 | Cynthia L Pollick | 0.20 | Correspondence with witness (JP) regarding trial subpoena. |
| 3/1/2011 | Cynthia L Pollick | 0.30 | Preparation of trial subpoena for witness (DB) |
| 3/1/2011 | Cynthia L Pollick | 0.30 | Preparation of subpoena for witness (AP) regarding trial. |
| 3/1/2011 | Cynthia L Pollick | 0.30 | Preparation of subpoena for witness (AM) regarding trial. |
| 3/1/2011 | Cynthia L Pollick | 0.30 | Preparation of subpoena for witness (CK) regarding trial. |
| 3/1/2011 | Cynthia L Pollick | 0.30 | Preparation of subpoena for witness (RV) regarding trial. |
| 3/1/2011 | Cynthia L Pollick | 0.30 | Preparation of subpoena for witness (JP) regarding trial. |
| 3/2/2011 | Cynthia L Pollick | 1.00 | Travel to and from Scranton for Mediation with Joe Barrett. |
| 3/2/2011 | Cynthia L Pollick | 3.00 | Appearance at Mediation |
| 3/2/2011 | Cynthia L Pollick | 0.70 | Additional preparation for trial mark ng and selecting exhibits. |
| 3/2/2011 | Cynthia L Pollick | 6.10 | TC from Jason regarding receipt of subpoena |
| 3/2/2011 | Cynthia L Pollick | 0.10 | TC with Jason advising trial has been postponed. |
| 3/2/2011 | Cynthia L Pollick | 0.20 | Correspondence with witness (CV) regarding subpoena for trial. |
| 3/2/2011 | Cynthia L Pollick | 0.50 | Preparation of subpoena for trial. |
| 3/2/2011 | Cynthia L Pollick | 0.10 | Correspondence from Paul regarding witnesses (CR) address. |
| 3/2/2011 | Cynthia L Pollick | 0.20 | Correspondence from Joe regarding no settlement. |
| 3/2/2011 | Cynthia L Pollick | 0.10 | Correspondence from Paul regarding April date - OK. |
| 3/2/2011 | Cynthia L Pollick | 0.20 | Correspondence with witness (JA) regarding trial subpoena. |
| 3/2/2011 | Cynthia L Pollick | 0.20 | Correspondence with witness (KV) regarding trial subpoena. |
| 3/7/2011 | Cynthia L Pollick | 0.20 | Correspondence with witness (DD) regarding trial subpoena |
| 3/3/2011 | Cynthia L Pollick | 0.10 | Correspondence from Paul regarding facebook info |
| 3/4/2011 | Cynthia L Pollick | 0.10 | TC from witness (KV) advising she will be away early days |
| 3/4/2011 | Cynthia L Pollick | 0.10 | Correspondence from Paul regarding medication. |

Page 16

# EXHIBIT A
## Exhibit A

364

2 25 PM
16/12/11

**EMPLOY LAW OFFICES OF C L POLLICK**
**Time by Job Detail**
All Transactions

| Date | Name | Duration | Notes |
|------|------|----------|-------|
| 3/4/2011 | Cynthia L Pollick | 0.10 | Correspondence with Patti regarding my thoughts. |
| 3/6/2011 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding directions. |
| 3/7/2011 | Cynthia L Pollick | 0.10 | TC with Karen advising that trial has been postponed |
| 3/7/2011 | Cynthia L Pollick | 0.30 | TC from Pat regarding appearance at trial discussed data's, etc |
| 3/7/2011 | Cynthia L Pollick | 0.10 | TC with Atty Lee by regarding representation of Dr |
| 3/7/2011 | Cynthia L Pollick | 0.10 | TC with Atty Sheby regarding subpoena. |
| 3/7/2011 | Cynthia L Pollick | 0.10 | TC with Atty J regarding subpoena for Dr Perone - 2nd call |
| 3/7/2011 | Cynthia L Pollick | 0.10 | TC from Jody regarding subpoena of Dr Perone. |
| 3/7/2011 | Cynthia L Pollick | 0.10 | Correspondence with Patti thinking for direct exam and advising that the city to stay for dinner |
| 3/8/2011 | Cynthia L Pollick | 0.10 | TC from Sylvia regarding trial dates. |
| 3/9/2011 | Cynthia L Pollick | 0.10 | TC with Patti regarding need to confirm available for trial |
| 3/9/2011 | Cynthia L Pollick | 0.10 | TC with Sylvia regarding new trial date |
| 3/3/2011 | Cynthia L Pollick | 0.10 | TC with Sylvia regarding got availability of dates from court |
| 3/3/2011 | Cynthia L Pollick | 0.10 | Text from Patti on case |
| 3/8/2011 | Cynthia L Pollick | 1.00 | Preparation of Motion to Continue Trial |
| 3/9/2011 | Cynthia L Pollick | 0.10 | TC from Sylvia regarding date of #23 if available not may able. |
| 3/7/2011 | Cynthia L Pollick | 0.10 | Receipt of Order scheduling trial for 5/23 |
| 3/8/2011 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding am trial move. |
| 3/9/2011 | Cynthia L Pollick | 0.10 | Correspondence with Patti advising nothing has happened on case |
| 3/3/2011 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding activities of Smith. |
| 3/3/2011 | Cynthia L Pollick | 0.10 | Correspondence with Patti advising Smith st. I represented by Lhude |
| 3/8/2011 | Cynthia L Pollick | 0.10 | Correspondence from Patti advising she understands |
| 3/8/2011 | Cynthia L Pollick | 0.20 | Correspondence with OP regarding second deposition |
| 3/8/2011 | Cynthia L Pollick | 0.20 | Correspondence with witness (KV) regarding trial being postponed |
| 3/8/2011 | Cynthia L Pollick | 0.20 | Correspondence with witness (CW) regarding trial being postponed. |
| 3/8/2011 | Cynthia L Pollick | 0.20 | Correspondence with witness (DY) regarding trial being postponed. |
| 3/8/2011 | Cynthia L Pollick | 0.20 | Correspondence with witness (LB) regarding trial being postponed. |
| 3/8/2011 | Cynthia L Pollick | 0.20 | Correspondence with witness (CW) regarding trial being postponed. |
| 3/8/2011 | Cynthia L Pollick | 0.20 | Correspondence with witness (JA) regarding trial being postponed |
| 3/8/2011 | Cynthia L Pollick | 0.20 | Correspondence with witness (JP) regarding trial being postponed. |
| 3/8/2011 | Cynthia L Pollick | 0.20 | Correspondence with witness (CS) regarding trial being postponed |
| 3/8/2011 | Cynthia L Pollick | 0.20 | Correspondence with witness (PW) regarding trial being postponed |
| 3/8/2011 | Cynthia L Pollick | 0.20 | TC with Atty Sheby advising trial postponed |
| 3/8/2011 | Cynthia L Pollick | 0.20 | Correspondence with Bruce Smith advising that trial is postponed |
| 3/8/2011 | Cynthia L Pollick | 0.10 | Correspondence from Hunter requesting him to call him. |
| 3/8/2011 | Cynthia L Pollick | 0.20 | TC with Hunter on case. |
| 3/8/2011 | Cynthia L Pollick | 1.00 | Discussion with staff over ruling by Judge |
| 3/8/2011 | Cynthia L Pollick | 0.20 | Correspondence with witness (RD) advising trial postponed. |
| 3/8/2011 | Cynthia L Pollick | 0.10 | Correspondence with Patti regarding motion to continue trial |
| 3/8/2011 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding witness. |
| 3/8/2011 | Cynthia L Pollick | 0.10 | Correspondence with Patti thanking her for message. |
| 3/8/2011 | Cynthia L Pollick | 0.10 | Correspondence from Patti insisting doesn't Frank J still have to represent Smith. |
| 3/8/2011 | Cynthia L Pollick | 0.10 | Correspondence with Patti explaining that he has to do replacement. |
| 3/3/2011 | Cynthia L Pollick | 0.10 | Correspondence with Det Denizard advising trial has been postponed. |
| 3/8/2011 | Cynthia L Pollick | 0.10 | Correspondence from Det advising worked out well because had trial |
| 3/8/2011 | Cynthia L Pollick | 0.10 | Correspondence with Det advising keep check. |
| 3/8/2011 | Cynthia L Pollick | 0.10 | Text with Patti regarding case. |
| 3/8/2011 | Cynthia L Pollick | 0.70 | TC from Patti regarding case. |
| 3/8/2011 | Cynthia L Pollick | 0.20 | Receipt and review of Order denying Mation to Continue |
| 3/8/2011 | Cynthia L Pollick | 0.40 | Legal research on Motion to Recuse. |
| 3/2/2011 | Cynthia L Pollick | 1.00 | Preparation of Motion to Recuse. |
| 3/9/2011 | Cynthia L Pollick | 0.20 | Correspondence with witness (AP) advising trial has been postponed |
| 3/8/2011 | Cynthia L Pollick | 1.00 | Discussion with staff over ruling by Judge denying recusal |
| 3/9/2011 | Cynthia L Pollick | 0.20 | Receipt and review of Order denying motion to recuse. |
| 3/9/2011 | Cynthia L Pollick | 0.20 | Correspondence with witness (TM) advising trial postponed. |
| 3/9/2011 | Cynthia L Pollick | 0.20 | Correspondence with witness (SK) advising trial postponed |
| 3/9/2011 | Cynthia L Pollick | 0.10 | Correspondence from Pat I regarding jury duty - Smith |
| 3/9/2011 | Cynthia L Pollick | 0.10 | Correspondence with Patti regarding Smith serving on jury duty. |
| 3/9/2011 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding Smith on jury duty |
| 3/9/2011 | Cynthia L Pollick | 0.10 | Correspondence with Patti advising thoughts about trial and jury duty |
| 3/4/2011 | Cynthia L Pollick | 0.10 | Correspondence from Patti advising details |
| 3/9/2011 | Cynthia L Pollick | 0.10 | Correspondence regarding about her thoughts on recusal motion |
| 3/9/2011 | Cynthia L Pollick | 0.10 | Correspondence with Patti regarding motion to recuse and deny my motion to continue trial |
| 3/10/2011 | Cynthia L Pollick | 0.50 | TC from Patti regarding case and judge's decision |
| 3/10/2011 | Cynthia L Pollick | 1.00 | Discussion with staff over fact that federal judge cut a statue judge to get me cleared from appear |
| 3/10/2011 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding hypothetical. |
| 3/10/2011 | Cynthia L Pollick | 0.10 | Correspondence with Patti advising he has you getting to bild o'ono - Harris that last? |
| 3/10/2011 | Cynthia L Pollick | 0.10 | Correspondence with Patti regarding recusal denial |
| 3/10/2011 | Cynthia L Pollick | 0.10 | Correspondence with Patti regarding case update |
| 3/11/2011 | Cynthia L Pollick | 0.20 | TC from witness (CW) regarding case and testimony. |
| 3/11/2011 | Cynthia L Pollick | 0.10 | TC with Patti regarding case |
| 3/11/2011 | Cynthia L Pollick | 0.20 | TC from Ghani West's husband regarding her appearance at trial |
| 3/11/2011 | Cynthia L Pollick | 0.10 | TC from witness regarding letter of postponement |
| 3/14/2011 | Cynthia L Pollick | 0.20 | Correspondence with Perone (LB) regarding trial subpoena |
| 3/14/2011 | Cynthia L Pollick | 0.20 | Preparation of revised subpoena for witness (LB) |
| 3/14/2011 | Cynthia L Pollick | 0.20 | Meeting with investigator regarding need to find lady |
| 3/14/2011 | Cynthia L Pollick | 0.10 | Correspondence from PI advising whereabouts of witness |
| 3/14/2011 | Cynthia L Pollick | 0.10 | Correspondence from PI regarding results of research on Bushet |
| 3/14/2011 | Cynthia L Pollick | 0.10 | Correspondence with Patti asking him for efforts |
| 3/15/2011 | Cynthia L Pollick | 3.00 | Preparation of BO to MIL and damages. |
| 3/16/2011 | Cynthia L Pollick | 0.10 | Receipt and review of docket notation advising case to Kenn. |
| 3/16/2011 | Cynthia L Pollick | 0.50 | Preparation and filing on ECF system of Motion to Compel delivery of subpoenas. |
| 3/16/2011 | Cynthia L Pollick | 0.10 | TC with Patti regarding developments |
| 3/16/2011 | Cynthia L Pollick | 0.10 | Correspondence with OP regarding reoccurrence in motion to compel |
| 3/16/2011 | Cynthia L Pollick | 0.10 | Correspondence from OP advising that subpoenas were given out |
| 3/16/2011 | Cynthia L Pollick | 0.10 | Receipt and review of Order reassigning cases between Kurt, and Kenn. |
| 3/16/2011 | Cynthia L Pollick | 0.10 | TC from Peter Hsu of morning call regarding case. |
| 3/16/2011 | Cynthia L Pollick | 0.10 | TC with Peter Hsu returning his call. |
| 3/16/2011 | Cynthia L Pollick | 0.20 | TC from Peter Hsu concerning case. |
| 3/16/2011 | Cynthia L Pollick | 0.10 | Receipt and review of Order regarding pretrial orders. |
| 3/16/2011 | Cynthia L Pollick | 0.10 | TC with OP regarding dates for trial |

**EXHIBIT A**
Exhibit A

365

2:25 PM
10:12/11

EMPLOY LAW OFFICES OF C L POLLICK
Time by Job Detail
All Transactions

| Date | Name | Duration | Notes |
|------|------|----------|-------|
| 3/16/2011 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding extra figure worked. |
| 3/16/2011 | Cynthia L Pollick | 0.10 | Correspondence with Patti regarding return orders. |
| 3/17/2011 | Cynthia L Pollick | 0.20 | Correspondence with OP regarding dates available for trial. |
| 3/18/2011 | Cynthia L Pollick | 0.10 | Correspondence from OP regarding dates. |
| 3/18/2011 | Cynthia L Pollick | 0.10 | Correspondence from OP advising one week is out for list previously sent. |
| 3/18/2011 | Cynthia L Pollick | 0.10 | Correspondence with OP advising need dates for Sept to July is out. |
| 3/19/2011 | Cynthia L Pollick | 2.05 | Meeting all clients home to prep for trial. |
| 3/20/2011 | Cynthia L Pollick | 0.10 | TC with witness (DY) regarding postponement. |
| 3/20/2011 | Cynthia L Pollick | 0.20 | TC from witness (OY) regarding trial. |
| 3/20/2011 | Cynthia L Pollick | 0.10 | TC with Patti regarding visit. |
| 3/20/2011 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding when takes on work schedule. |
| 3/20/2011 | Cynthia L Pollick | 0.20 | Correspondence with Patti regarding home visit. |
| 3/20/2011 | Cynthia L Pollick | 0.20 | Correspondence to OP regarding dates in Sept. |
| 3/21/2011 | Cynthia L Pollick | 0.10 | Correspondence from OP regarding dates available in Sept. |
| 3/22/2011 | Cynthia L Pollick | 0.10 | Correspondence from OP regarding taking week of previous sent Sept list. |
| 3/23/2011 | Cynthia L Pollick | 0.10 | TC with Patti regarding schedule. |
| 3/31/2011 | Cynthia L Pollick | 0.20 | TC with Patti regarding case. |
| 3/25/2011 | Cynthia L Pollick | 0.20 | Correspondence with Judge Kane regarding trial dates. |
| 4/3/2011 | Cynthia L Pollick | 0.10 | TC with Patti regarding new date. |
| 4/5/2011 | Cynthia L Pollick | 0.20 | Correspondence with Judge Kane advising start trial on July 25 may impact availability for trial. |
| 4/4/2011 | Cynthia L Pollick | 0.20 | Receipt and review of Order on case detailing trial staff. |
| 4/4/2011 | Cynthia L Pollick | 0.20 | Receipt and review of Answer to Motion to Compel. |
| 4/6/2011 | Cynthia L Pollick | 0.40 | Receipt and review of OP's B/O to Motion to Compel. |
| 4/6/2011 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding update. |
| 4/12/2011 | Cynthia L Pollick | 0.10 | Correspondence from Chuck regarding change in date. |
| 4/15/2011 | Cynthia L Pollick | 0.10 | Correspondence with Chuck advising either date works. |
| 4/15/2011 | Cynthia L Pollick | 0.10 | Correspondence from Chuck advising Aug 4. |
| 4/15/2011 | Cynthia L Pollick | 0.10 | Correspondence from Shawn regarding new date for pretrial. |
| 4/15/2011 | Cynthia L Pollick | 0.10 | Correspondence with Shawn advising both dates work for me. |
| 4/18/2011 | Cynthia L Pollick | 0.10 | Receipt and review of Order rescheduling pretrial. |
| 4/15/2011 | Cynthia L Pollick | 0.20 | Receipt and review of Order from Kane grant, to Mil. |
| 4/19/2011 | Cynthia L Pollick | 0.10 | Correspondence with Patti on Mil. order. |
| 4/19/2011 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding case. |
| 4/19/2011 | Cynthia L Pollick | 0.10 | Correspondence from Patti thanking for update. |
| 4/19/2011 | Cynthia L Pollick | 0.10 | Correspondence with Patti asking whether she is home now. |
| 4/19/2011 | Cynthia L Pollick | 0.40 | TC from Patti regarding case. |
| 4/20/2011 | Cynthia L Pollick | 1.20 | Additional preparation of Reply Brief for Motion to Compel along with filing of the same. |
| 4/20/2011 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding motion update. |
| 4/26/2011 | Cynthia L Pollick | 0.30 | Receipt and review of Order denying motion to compel. |
| 5/14/2011 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding Bethel. |
| 5/14/2011 | Cynthia L Pollick | 0.10 | Correspondence with Patti regarding info on Bethel. |
| 5/15/2011 | Cynthia L Pollick | 0.10 | Correspondence with Patti regarding info on Bethel. |
| 5/18/2011 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding case. |
| 6/1/2011 | Cynthia L Pollick | 0.10 | Correspondence from Cheri West regarding case. |
| 6/3/2011 | Cynthia L Pollick | 0.10 | Correspondence with Cheri explaining now is reissued. |
| 6/3/2011 | Cynthia L Pollick | 0.10 | Correspondence from Cheri advising time good. |
| 6/2/2011 | Cynthia L Pollick | 0.10 | Correspondence from Cheri explaining. |
| 6/28/2011 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding case. |
| 7/18/2011 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding new information on Smith. |
| 7/17/2011 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding email received. |
| 7/18/2011 | Cynthia L Pollick | 0.20 | Correspondence from OP regarding Rule 68 offer. |
| 7/18/2011 | Cynthia L Pollick | 0.10 | Correspondence with Patti thanking her for information. |
| 7/20/2011 | Cynthia L Pollick | 0.30 | Receipt and review of Offer of Judgment. |
| 7/20/2011 | Cynthia L Pollick | 0.60 | TC with Patti regarding offer of judgment. |
| 7/20/2011 | Cynthia L Pollick | 0.30 | Correspondence from Patti regarding phone calls. |
| 7/20/2011 | Cynthia L Pollick | 0.10 | Correspondence with Patti advising she'll hear me on speed dial by the end. |
| 7/21/2011 | Cynthia L Pollick | 3.50 | Preparation of Voir Dire. |
| 7/21/2011 | Cynthia L Pollick | 3.00 | Additional preparation of selecting and marking exhibits for trial. |
| 7/21/2011 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding ORJ. |
| 7/27/2011 | Cynthia L Pollick | 2.00 | Preparation of Voir Dire. |
| 7/22/2011 | Cynthia L Pollick | 0.10 | Correspondence from witness (GW) regarding trial date. |
| 7/22/2011 | Cynthia L Pollick | 0.10 | Correspondence with regard to offer of judgment. |
| 7/22/2011 | Cynthia L Pollick | 0.10 | Correspondence with Patti apologizing for delay in sending ORJ. |
| 7/25/2011 | Cynthia L Pollick | 0.10 | TC from Patti regarding case. |
| 7/25/2011 | Cynthia L Pollick | 0.60 | TC with Patti regarding case and returning her call. |
| 7/25/2011 | Cynthia L Pollick | 0.60 | Additional preparation of Voir Dire. |
| 7/25/2011 | Cynthia L Pollick | 0.10 | Additional preparation of Amended Special Voir et al pp. |
| 7/25/2011 | Cynthia L Pollick | 0.50 | Researched lodging for home visit and original along with directions for both. |
| 7/25/2011 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding six degrees of trial. |
| 7/25/2011 | Cynthia L Pollick | 0.40 | Receipt and review OP's proposed voir dire. |
| 7/25/2011 | Cynthia L Pollick | 0.70 | Receipt and review of OP's pretrial memo. |
| 7/25/2011 | Cynthia L Pollick | 0.10 | Correspondence with witness (GW) advising the ones on Tuesday. |
| 7/25/2011 | Cynthia L Pollick | 0.20 | Correspondence from Patti regarding more information on SB members. |
| 7/25/2011 | Cynthia L Pollick | 0.10 | Correspondence with Patti advising OK. |
| 7/25/2011 | Cynthia L Pollick | 0.20 | Preparation of revised subpoena for witness (PW). |
| 7/26/2011 | Cynthia L Pollick | 0.20 | Preparation of revised subpoena for witness (CS). |
| 7/26/2011 | Cynthia L Pollick | 0.20 | Preparation of revised subpoena for witness (RS). |
| 7/26/2011 | Cynthia L Pollick | 0.20 | Preparation of revised subpoena for witness (WB). |
| 7/26/2011 | Cynthia L Pollick | 0.20 | Preparation of revised subpoena for witness (KW). |
| 7/26/2011 | Cynthia L Pollick | 0.20 | Preparation of revised subpoena for witness (DY). |
| 7/26/2011 | Cynthia L Pollick | 0.20 | Preparation of revised subpoena for witness (WW). |
| 7/26/2011 | Cynthia L Pollick | 0.20 | Preparation of revised subpoena for witness (DS). |
| 7/26/2011 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding Smith's new move. |
| 7/26/2011 | Cynthia L Pollick | 0.10 | Correspondence with Patti advising how we can use it. |
| 7/26/2011 | Cynthia L Pollick | 0.20 | Correspondence with witness (WB) regarding trial. |
| 7/26/2011 | Cynthia L Pollick | 0.20 | Correspondence with witness (CL) regarding trial. |
| 7/26/2011 | Cynthia L Pollick | 0.20 | Correspondence with witness (RS) regarding trial. |
| 7/26/2011 | Cynthia L Pollick | 0.20 | Correspondence with witness (KW) regarding trial. |
| 7/26/2011 | Cynthia L Pollick | 0.20 | Correspondence with witness (PW) regarding trial. |
| 7/26/2011 | Cynthia L Pollick | 0.20 | Correspondence with witness (DY) regarding trial. |
| 7/26/2011 | Cynthia L Pollick | 0.20 | Correspondence with witness (WW) regarding trial. |

Page 18

EXHIBIT A

Exhibit A

366

2:25 PM
10/12/11

EMPLOY LAW OFFICES OF C L POLLICK
Time by Job Detail
All Transactions

| Date | Name | Duration | Notes |
|---|---|---|---|
| 7/26/2011 | Cynthia L Pollick | 0.10 | Correspondence you from Pall regarding personal info. |
| 7/26/2011 | Cynthia L Pollick | 0.20 | Preparation of request subpoena (AP) |
| 7/26/2011 | Cynthia L Pollick | 0.20 | Preparation of revised subpoena for witness (AP) |
| 7/26/2011 | Cynthia L Pollick | 0.10 | Correspondence with witness (GW) regarding s. Lipona. |
| 7/27/2011 | Cynthia L Pollick | 0.30 | TC from Chas Mak regarding subpoena. |
| 7/27/2011 | Cynthia L Pollick | 0.10 | TC with Atty representing Puceno Record regarding subpoena. |
| 7/27/2011 | Cynthia L Pollick | 0.10 | TC with Qatr regarding cost |
| 7/27/2011 | Cynthia L Pollick | 0.10 | Correspondence from Pall regarding case. |
| 7/27/2011 | Cynthia L Pollick | 0.10 | Correspondence in Pall regarding good practices. |
| 7/27/2011 | Cynthia L Pollick | 0.10 | Correspondence with Pall advising of address of sister. |
| 7/27/2011 | Cynthia L Pollick | 0.10 | Correspondence with Pall advising why I out the subpoena issued. |
| 7/27/2011 | Cynthia L Pollick | 0.30 | TC from Gat regarding subpoena on Puceno Record |
| 7/28/2011 | Cynthia L Pollick | 0.10 | Correspondence from OP regarding video |
| 7/28/2011 | Cynthia L Pollick | 0.10 | Correspondence to a OP regarding video depos. |
| 7/28/2011 | Cynthia L Pollick | 0.10 | Correspondence with OP advising without service and w TK's PD |
| 7/28/2011 | Cynthia L Pollick | 0.10 | Correspondence with OP advising he is paid. |
| 7/28/2011 | Cynthia L Pollick | 0.05 | TC from Pall regarding information on case |
| 7/28/2011 | Cynthia L Pollick | 0.20 | Correspondence with Pall regarding filings |
| 7/28/2011 | Cynthia L Pollick | 0.10 | Correspondence from Pall regarding deceased man. |
| 7/28/2011 | Cynthia L Pollick | 0.10 | Correspondence from Pall regarding Scott and son sign. |
| 7/29/2011 | Cynthia L Pollick | 0.20 | Query order re from Pall regarding how long process was styled out |
| 7/29/2011 | Lynda L Pollick | 5.00 | Preparation for trial |
| 7/30/2011 | Cynthia L Pollick | 7.00 | Preparation for trial |
| 8/1/2011 | Cynthia L Pollick | 0.40 | TC from Pall regarding case. |
| 8/1/2011 | Cynthia L Pollick | 8.00 | Preparation for trial included reviewing 30(b)6 depo, active, exhs, datvas, varials, mail. |
| 8/1/2011 | Cynthia L Pollick | 0.10 | TC from Gat regarding items for trial. |
| 8/2/2011 | Cynthia L Pollick | 3.50 | Preparation for trial included review of Smith's deposition, prepared exhs is for drawings log for |
| 8/2/2011 | Cynthia L Pollick | 0.10 | TC from Philadelphia Attorney on Subpoena |
| 8/2/2011 | Cynthia L Pollick | 0.10 | TC from Atty Gat regarding a Subpoena on Puceno Record. |
| 8/2/2011 | Cynthia L Pollick | 0.20 | TC from Atty Mike Berry regarding Puceno Record. |
| 8/2/2011 | Cynthia L Pollick | 0.10 | Correspondence from Atty Berry regarding TC. |
| 8/2/2011 | Cynthia L Pollick | 0.20 | Preparation of subpoena for witness (FD). |
| 8/2/2011 | Cynthia L Pollick | 0.20 | Preparation of subpoena for witness (PR). |
| 8/3/2011 | Cynthia L Pollick | 0.20 | Correspondence with witness (GK) regarding subpoena. |
| 8/3/2011 | Cynthia L Pollick | 0.20 | Correspondence with witness (TA) regarding subpoena. |
| 8/3/2011 | Cynthia L Pollick | 0.20 | Correspondence with witness (CK) regarding subpoena. |
| 8/3/2011 | Cynthia L Pollick | 0.50 | Preparation of subpoenas for witness (CK). |
| 8/3/2011 | Cynthia L Pollick | 0.20 | Correspondence with witness (FF) regarding subpoena. |
| 8/3/2011 | Cynthia L Pollick | 0.50 | Correspondence with witness (PJP) regarding subpoena. |
| 8/3/2011 | Cynthia L Pollick | 0.30 | Preparation of subpoena for witness (RP) |
| 8/3/2011 | Cynthia L Pollick | 0.25 | Preparation of subpoena for witness (TA). |
| 8/3/2011 | Cynthia L Pollick | 0.30 | Preparation of subpoena for witness (GK). |
| 8/3/2011 | Cynthia L Pollick | 0.10 | Correspondence from Pall regarding address for trial. |
| 8/3/2011 | Cynthia L Pollick | 0.10 | Correspondence with Pall thanking for and letting him know need to subpoena up with |
| 8/4/2011 | Cynthia L Pollick | 0.20 | Correspondence with OP request regarding trial on list of exhibits. |
| 8/4/2011 | Cynthia L Pollick | 0.10 | Correspondence with Shawna regarding the next courtroom. |
| 8/4/2011 | Cynthia L Pollick | 0.20 | Preparation of subpoena for trial (BN). |
| 8/5/2011 | Cynthia L Pollick | 0.30 | Preparation of subpoena for file for files - created a lot records. |
| 8/5/2011 | Cynthia L Pollick | 2.50 | Organized and copied exhibits for clerk a p.n. |
| 8/5/2011 | Cynthia L Pollick | 3.00 | Travel to Dallastown to prep clients. |
| 8/5/2011 | Cynthia L Pollick | 2.00 | Preparation of Pall for trial. |
| 8/5/2011 | Cynthia L Pollick | 0.50 | Travel to Pollick from Pall's house. |
| 8/8/2011 | Cynthia L Pollick | 0.10 | TC from Atty Shell regarding witness (AP) |
| 8/8/2011 | Cynthia L Pollick | 0.10 | Correspondence with Atty Berry of death in my case. |
| 8/8/2011 | Cynthia L Pollick | 0.10 | Correspondence from Atty Berry giving me his additional service. |
| 8/8/2011 | Cynthia L Pollick | 0.10 | Correspondence from Shawna regarding clerk meeting |
| 8/8/2011 | Cynthia L Pollick | 0.10 | Correspondence from Shawna advising she will try to show appearance. |
| 8/8/2011 | Cynthia L Pollick | 0.10 | Correspondence with Shawna to prepare for bringing exhibits. |
| 8/9/2011 | Cynthia L Pollick | 0.10 | Correspondence from witness (CW) advising as long as before address comes for hire. |
| 8/4/2011 | Cynthia L Pollick | 0.10 | Travel from hotel to Pall's home to prep BJ |
| 8/4/2011 | Cynthia L Pollick | 2.00 | Preparation of Bill for trial. |
| 8/4/2011 | Cynthia L Pollick | 0.80 | Additional preparation of Pall for trial. |
| 8/4/2011 | Cynthia L Pollick | 1.00 | Travel from Pall's house to Harrisburg courthouse. |
| 8/4/2011 | Cynthia L Pollick | 0.80 | Meeting with clients to discuss case prior to pretrial. |
| 8/4/2011 | Cynthia L Pollick | 2.20 | Appearance at pretrial along with pall pretrial discussions play of exhs. |
| 8/4/2011 | Cynthia L Pollick | 1.00 | Travel from Harrisburg to Clarks Summit after pretrial |
| 8/4/2011 | Cynthia L Pollick | 0.10 | Correspondence from Pall regarding info from witness. |
| 8/4/2011 | Cynthia L Pollick | 0.10 | Correspondence from Pall regarding pastor and Kelly. |
| 8/4/2011 | Cynthia L Pollick | 0.10 | Correspondence from Pall regarding subpoenas. |
| 8/4/2011 | Cynthia L Pollick | 0.10 | TC with Atty Shelby regarding witness (AP) |
| 8/4/2011 | Cynthia L Pollick | 0.10 | Correspondence from Pall regarding scanned exhibits |
| 8/9/2011 | Cynthia L Pollick | 1.00 | Additional preparation of Brief in Support for FO. |
| 8/5/2011 | Cynthia L Pollick | 0.20 | Correspondence from OP regarding deposition notice. |
| 8/5/2011 | Cynthia L Pollick | 0.20 | Receipt and review of Notice. |
| 8/5/2011 | Cynthia L Pollick | 0.50 | Correspondence from Tami regarding letters |
| 8/5/2011 | Cynthia L Pollick | 0.20 | TC from Atty David regarding subpoenas for Ann Myhel |
| 8/5/2011 | Cynthia L Pollick | 0.70 | Preparation of Objections to Orders. |
| 8/5/2011 | Cynthia L Pollick | 5.00 | Preparation of additional explanation of witnesses |
| 8/11/2011 | Cynthia L Pollick | 0.40 | Correspondence from OP regarding filing |
| 8/12/2011 | Cynthia L Pollick | 0.10 | TC with Atty Shelby advising of court and time. |
| 8/12/2011 | Cynthia L Pollick | 0.10 | TC with Pall regarding case. |
| 8/12/2011 | Cynthia L Pollick | 0.20 | Receipt and review of Order set and conditioning case. |
| 8/12/2011 | Cynthia L Pollick | 0.10 | TC with Atty Shelby regarding DK P. |
| 8/12/2011 | Cynthia L Pollick | 0.20 | Receipt and review of Order granting Defendants request to dispose Puceno. |
| 8/12/2011 | Cynthia L Pollick | 0.20 | Receipt and review of OP's Answer to PH |
| 8/15/2011 | Cynthia L Pollick | 0.40 | Receipt and review of OP's DIO to Motion for FO. |
| 8/15/2011 | Cynthia L Pollick | 0.10 | Correspondence from Pall regarding Karen Varhage |
| 8/15/2011 | Cynthia L Pollick | 0.10 | Correspondence with Pall advising OK. |
| 8/15/2011 | Cynthia L Pollick | 0.10 | Correspondence from Pall regarding meeting |
| 8/15/2011 | Cynthia L Pollick | 0.10 | Correspondence with Pall regarding process |
| 8/15/2011 | Cynthia L Pollick | 0.10 | Correspondence from Pall regarding want waive on |

## EXHIBIT A
Exhibit A

EMPLOY LAW OFFICES OF C L POLLICK
Time by Job Detail
All Transactions

| Date | Name | Duration | Notes |
|------|------|----------|-------|

*(timesheet entries illegible)*

EXHIBIT A

Exhibit A

368

2:25 PM
10/12/11

**EMPLOY LAW OFFICES OF C L POLLICK**
**Time by Job Detail**
All Transactions

| Date | Name | Duration | Notes |
|------|------|----------|-------|
| 8/15/2011 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding case |
| 8/15/2011 | Cynthia L Pollick | 0.30 | Correspondence with Patti advising my thoughts |
| 8/16/2011 | Cynthia L Pollick | 0.20 | Receipt and review of Rocco Records Motion to Quash |
| 8/16/2011 | Cynthia L Pollick | 1.03 | Receipt and review of Rocco Records Draft in Support of Motion to Quash along with Exhibits |
| 8/15/2011 | Cynthia L Pollick | 0.20 | Receipt and review of Entry of Appearance of Gai |
| 8/15/2011 | Cynthia L Pollick | 0.10 | Correspondence with Detective confirming date of trial |
| 8/16/2011 | Cynthia L Pollick | 0.10 | Correspondence with Patti regarding cher |
| 8/16/2011 | Cynthia L Pollick | 0.10 | Correspondence from Dawn regarding TC on case |
| 8/16/2011 | Cynthia L Pollick | 0.10 | Correspondence with Dawn advising am available |
| 8/16/2011 | Cynthia L Pollick | 0.10 | Correspondence from Dawn will initiate call |
| 8/16/2011 | Cynthia L Pollick | 0.10 | Correspondence with Patti regarding settlement discussions |
| 8/16/2011 | Cynthia L Pollick | 0.10 | Correspondence from Chrissy regarding address |
| 8/16/2011 | Cynthia L Pollick | 0.10 | Correspondence with Chrissy regarding check |
| 8/16/2011 | Cynthia L Pollick | 0.10 | Correspondence from Chrissy regarding info |
| 8/17/2011 | Cynthia L Pollick | 0.10 | Correspondence with Chrissy providing phone number if problems |
| 8/17/2011 | Cynthia L Pollick | 0.10 | TC from Dawn regarding assist or phone conference |
| 8/18/2011 | Cynthia L Pollick | 0.10 | TC from Pollick regarding case |
| 8/10/2011 | Cynthia L Pollick | 0.10 | TC with Det Bentz regarding subpoena |
| 8/10/2011 | Cynthia L Pollick | 0.10 | TC with witness (RS) regarding subpoena |
| 8/10/2011 | Cynthia L Pollick | 0.10 | TC from witness (RS) confirming receipt of subpoena |
| 8/10/2011 | Cynthia L Pollick | 0.10 | TC from Det B confirming got subpoena will be there |
| 8/10/2011 | Cynthia L Pollick | 5.00 | Preparation for trial included preparation of testimony, reviewing info |
| 8/10/2011 | Cynthia L Pollick | 0.50 | TC from Patti regarding case |
| 8/16/2011 | Cynthia L Pollick | 1.00 | Legal research on BIO to Quash |
| 8/16/2011 | Cynthia L Pollick | 1.00 | Additional legal research BIO to MILs |
| 8/15/2011 | Cynthia L Pollick | 0.10 | TC with OP as case is not interested in offer |
| 8/16/2011 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding frustration |
| 8/16/2011 | Cynthia L Pollick | 0.10 | Correspondence with Patti including bar for sharing settlement message |
| 8/16/2011 | Cynthia L Pollick | 0.10 | Correspondence with Judge Kane advising don't have a way cap b't al |
| 8/16/2011 | Cynthia L Pollick | 0.10 | Correspondence from Dawn advising she will take call |
| 8/16/2011 | Cynthia L Pollick | 0.10 | Correspondence with Dawn thanking her |
| 8/17/2011 | Cynthia L Pollick | 0.10 | Correspondence with Detective regarding deposition |
| 8/16/2011 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding offer |
| 8/16/2011 | Cynthia L Pollick | 0.10 | Receipt and review of Order scheduling TC for Thursday |
| 8/16/2011 | Cynthia L Pollick | 0.20 | Correspondence with OP regarding exhibits |
| 8/16/2011 | Cynthia L Pollick | 0.10 | Correspondence with Patti regarding transportation for witness |
| 8/17/2011 | Cynthia L Pollick | 4.00 | Preparation of BIO to Motion to Quash |
| 8/17/2011 | Cynthia L Pollick | 1.00 | Additional preparation of brief included updating standing |
| 8/17/2011 | Cynthia L Pollick | 2.50 | Preparation of BIO to MIL on testimony |
| 8/17/2011 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding case |
| 8/17/2011 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding more information |
| 8/17/2011 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding thoughts on Dates |
| 8/17/2011 | Cynthia L Pollick | 0.10 | Correspondence with Patti advising my thoughts |
| 8/17/2011 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding Dawn |
| 8/17/2011 | Cynthia L Pollick | 0.10 | Correspondence with Patti advising no responsive emails to her |
| 8/17/2011 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding exhibit 10 |
| 8/18/2011 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding case |
| 8/18/2011 | Cynthia L Pollick | 0.10 | Correspondence from Patti advising call me later today |
| 8/18/2011 | Cynthia L Pollick | 0.50 | TC from Patti regarding case |
| 8/18/2011 | Cynthia L Pollick | 0.50 | TC from Judge, OP regarding motion to quash |
| 8/18/2011 | Cynthia L Pollick | 7.00 | Additional preparation of BIO to MILs |
| 8/18/2011 | Cynthia L Pollick | 0.33 | Receipt and review of Order quashing subpoena |
| 8/18/2011 | Cynthia L Pollick | 0.10 | Correspondence from OP regarding letter from his co |
| 8/18/2011 | Cynthia L Pollick | 0.20 | Correspondence from OP regarding updated address |
| 8/18/2011 | Cynthia L Pollick | 0.33 | Correspondence from incur. Co. regarding punitive damages |
| 8/18/2011 | Cynthia L Pollick | 0.33 | Receipt and review of OP's Brief in Support of PO |
| 8/18/2011 | Cynthia L Pollick | 0.20 | Receipt and review of Answer to Motion to Compel |
| 8/18/2011 | Cynthia L Pollick | 0.40 | Receipt and review of OP's Brief in Opposition to Rule 37 motion on grades and sympathy card |
| 8/18/2011 | Cynthia L Pollick | 0.20 | Receipt and review of OP's Motion for PO |
| 8/18/2011 | Cynthia L Pollick | 0.33 | Receipt and review of Order allowing sympathy card and resignation letter |
| 8/18/2011 | Cynthia L Pollick | 0.33 | Receipt and review of OP's amended verdict sheet |
| 8/18/2011 | Cynthia L Pollick | 0.10 | Correspondence from OP regarding settlement |
| 8/18/2011 | Cynthia L Pollick | 0.20 | Receipt and review of Order producing voir dire questions |
| 8/18/2011 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding exhibit 5 |
| 8/18/2011 | Cynthia L Pollick | 0.40 | Correspondence with Patti regarding all exhibits of UP - tool several emails |
| 8/18/2011 | Cynthia L Pollick | 0.10 | Correspondence with Patti regard my letter from OP |
| 8/18/2011 | Cynthia L Pollick | 0.10 | Correspondence with Patti regarding Orders issued by Judge |
| 8/18/2011 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding insurance letter |
| 8/18/2011 | Cynthia L Pollick | 0.10 | Correspondence with Patti regard to letter was sent on 11 |
| 8/18/2011 | Cynthia L Pollick | 0.70 | TC with Patti regarding case |
| 8/18/2011 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding update |
| 8/18/2011 | Cynthia L Pollick | 0.20 | Receipt and review of Order denying Rule 50 motion |
| 8/18/2011 | Cynthia L Pollick | 0.10 | Correspondence with Judge advising no settlement |
| 8/18/2011 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding case |
| 8/19/2011 | Cynthia L Pollick | 0.10 | Correspondence with Patti advising no different days |
| 8/19/2011 | Cynthia L Pollick | 0.10 | Correspondence from Patti advising good |
| 8/19/2011 | Cynthia L Pollick | 1.00 | Additional preparation for trial including reviewing material and brainstorming closing |
| 8/19/2011 | Cynthia L Pollick | 1.00 | Additional preparation of BIO to MILs |
| 8/19/2011 | Cynthia L Pollick | 2.50 | Preparation for trial included opening, Smith testimony |
| 8/19/2011 | Cynthia L Pollick | 0.10 | Receipt and review of OP's objection in connection with Uragella testimony |
| 8/19/2011 | Cynthia L Pollick | 0.20 | Correspondence from Gallagher regarding Cragan transcript |
| 8/19/2011 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding Rocco testimony |
| 8/19/2011 | Cynthia L Pollick | 0.10 | Correspondence with Patti giving thoughts |
| 8/19/2011 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding IT info |
| 8/19/2011 | Cynthia L Pollick | 0.10 | Correspondence with Patti regarding insurance letter after further review |
| 8/19/2011 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding info she wants me to get out from Rocco |
| 8/19/2011 | Cynthia L Pollick | 0.10 | Correspondence with Patti explaining my trial strategy |
| 8/18/2011 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding witness order |
| 8/19/2011 | Cynthia L Pollick | 0.10 | Correspondence with Patti advising of order |
| 8/19/2011 | Cynthia L Pollick | 0.10 | Correspondence from Patti requesting her desires |
| 7/20/2011 | Cynthia L Pollick | 11.20 | Preparation for trial included testimony for Smith, Gress, opening, Guhn, Rocco, Susa, K Pollick |

**EXHIBIT A**

Exhibit A

Case 3:07-cv-00854-MWB Document 635-1 Filed 07/12/16 Page 22 of 48

Case 3:07-cv-00854-YK Document 292-1 Filed 10/12/11 Page 22 of 32

EMPLOY LAW OFFICES OF C L POLLICK

Time by Job Detail

All Transactions

| Date | Name | Duration | Notes |
|---|---|---|---|
| 8/20/2011 | Cynthia L Pollick | 0.10 | Receipt and review of Order denying motion to exclude. |
| 8/20/2011 | Cynthia L Pollick | 0.40 | Receipt and review of Order denying motion to compel |
| 8/20/2011 | Cynthia L Pollick | 0.10 | Receipt of docket entry as court reporter not as an TC. |
| 8/21/2011 | Cynthia L Pollick | 3.50 | Preparation for trial including testimony for Smith, Cress, opening, Elba, Fazzo, Stefan K, Pallas |
| 8/21/2011 | Cynthia L Pollick | 7.00 | Travel to Harrisburg for trial preparation |
| 8/21/2011 | Cynthia L Pollick | 0.05 | Receipt and review of Order denying OP's motion in limines. |
| 8/21/2011 | Cynthia L Pollick | 0.20 | Receipt and review of Order denying voir dire |
| 8/21/2011 | Cynthia L Pollick | 1.00 | Unpacking of car, organizing hotel room. |
| 8/21/2011 | Cynthia L Pollick | 0.00 | Additional preparation of opening, review and exhibits to use on Monday. |
| 8/22/2011 | Cynthia L Pollick | 10.50 | Appearance at trial, including and post meeting of solutions with clients as well as walk back o |
| 8/22/2011 | Cynthia L Pollick | 0.30 | TC with staff regarding trial day. |
| 8/22/2011 | Cynthia L Pollick | 3.50 | Trial preparation include question finalization for Verhage, Del O, Palli. |
| 8/23/2011 | Cynthia L Pollick | 0.10 | Correspondence from Chrissy with info on facebook site. |
| 8/23/2011 | Cynthia L Pollick | 0.10 | Correspondence with Chrissy thanking her for information |
| 8/23/2011 | Cynthia L Pollick | 0.10 | TC from Pastor Jim reminding him to appear. |
| 8/23/2011 | Cynthia L Pollick | 10.00 | Appearance at trial, including pre and post meeting/discussion s with clients as well as walk back a |
| 8/23/2011 | Cynthia L Pollick | 2.00 | Trial preparation should no question finalization - am |
| 8/23/2011 | Cynthia L Pollick | 2.00 | Trial preparation question finalization - pm. |
| 8/24/2011 | Cynthia L Pollick | 0.10 | Correspondence from Palli regarding Pastor Jim. |
| 8/24/2011 | Cynthia L Pollick | 0.10 | Correspondence from Palli regarding article |
| 8/24/2011 | Cynthia L Pollick | 10.50 | Appearance at trial, including pre and post meeting/discussions with clients as well as walk back a |
| 8/24/2011 | Cynthia L Pollick | 3.00 | Trial preparation included cross examination questions for Smith, Cress, and preparation of closing |
| 8/25/2011 | Cynthia L Pollick | 9.00 | Appearance at trial, including pre and post meeting/discussions with clients as well as walk back a |
| 8/25/2011 | Cynthia L Pollick | 3.00 | Trial preparation including prior testimony for cross examination of Smith, Cress |
| 8/25/2011 | Cynthia L Pollick | 3.50 | Trial preparation including preparing closing. |
| 8/26/2011 | Cynthia L Pollick | 2.00 | Travel from Harrisburg after verdict. |
| 8/26/2011 | Cynthia L Pollick | 11.50 | Appearance at trial, included pre & post discussions with clients. |
| 8/26/2011 | Cynthia L Pollick | 0.10 | Correspondence from Palli regarding verdict form. |
| 8/26/2011 | Cynthia L Pollick | 0.10 | Correspondence with Palli regarding why I erred when I posted |
| 8/26/2011 | Cynthia L Pollick | 0.20 | TC with staff post-verdict |
| 8/26/2011 | Cynthia L Pollick | 0.10 | Correspondence from Chambers regarding jury instructions. |
| 8/26/2011 | Cynthia L Pollick | 0.10 | Correspondence with Palli advising no received verdict yet. |
| 8/26/2011 | Cynthia L Pollick | 0.20 | Trial preparation including preparing closing in the web to many hours. |
| 8/28/2011 | Cynthia L Pollick | 0.70 | Correspondence from Dr. Pedone regarding info |
| 8/29/2011 | Cynthia L Pollick | 0.40 | TC with Palli regarding after the verdict, case. |
| 8/29/2011 | Cynthia L Pollick | 0.10 | Correspondence from Dr. Pedone regarding witness fee. |
| 8/29/2011 | Cynthia L Pollick | 0.10 | Correspondence from Palli regarding case. |
| 8/29/2011 | Cynthia L Pollick | 0.10 | Correspondence with Palli regarding case |
| 8/29/2011 | Cynthia L Pollick | 0.30 | Receipt and review of docketed jury verdict along with staff discussion. |
| 8/29/2011 | Cynthia L Pollick | 0.10 | Correspondence with Dr. Pedone regarding witness fee |
| 8/29/2011 | Cynthia L Pollick | 0.10 | Correspondence from Palli regarding closing argument. |
| 8/29/2011 | Cynthia L Pollick | 0.10 | Correspondence with Palli regarding case. |
| 8/29/2011 | Cynthia L Pollick | 0.10 | Correspondence from Palli regarding writing today. |
| 8/29/2011 | Cynthia L Pollick | 0.10 | Correspondence with Palli okay. |
| 8/29/2011 | Cynthia L Pollick | 0.10 | Correspondence from Meagan thanking me for helping her. |
| 8/29/2011 | Cynthia L Pollick | 0.10 | Correspondence with Meagan telling her she's welcome and don't let this situation stop her |
| 8/29/2011 | Cynthia L Pollick | 0.10 | Receipt and review of jury exhibit form signed by OP. |
| 8/29/2011 | Cynthia L Pollick | 0.10 | Receipt and review of edge of exhibit form signed by me. |
| 8/29/2011 | Cynthia L Pollick | 0.10 | Receipt and review of docketed entry of unredacted jury verdict |
| 8/29/2011 | Cynthia L Pollick | 0.10 | Review of article on expert witness annual income. |
| 8/29/2011 | Cynthia L Pollick | 0.10 | Receipt and review of OP's Exhibit List docketed. |
| 8/29/2011 | Cynthia L Pollick | 0.10 | Receipt and review of our Exhibit List docketed. |
| 8/29/2011 | Cynthia L Pollick | 0.10 | Receipt and review of docketed jury verdict |
| 8/29/2011 | Cynthia L Pollick | 0.10 | Correspondence with Detective to Give her and recall. |
| 8/29/2011 | Cynthia L Pollick | 0.10 | Correspondence from Detective regarding testimony. |
| 8/29/2011 | Cynthia L Pollick | 0.10 | Correspondence from Debra Lee Advising will check to DA approved of testimony. |
| 8/29/2011 | Cynthia L Pollick | 0.10 | Correspondence from Palli regarding question. |
| 8/29/2011 | Cynthia L Pollick | 0.10 | Correspondence with Palli regarding my thoughts on question. |
| 8/29/2011 | Cynthia L Pollick | 0.10 | Correspondence with Palli regard to request. |
| 8/29/2011 | Cynthia L Pollick | 0.10 | Correspondence with Chrissy regarding exhibit. |
| 8/29/2011 | Cynthia L Pollick | 0.10 | Correspondence from Shawna attaching copy for records. |
| 8/29/2011 | Cynthia L Pollick | 0.10 | Correspondence with Shawna thanking her for sending me doc. |
| 8/29/2011 | Cynthia L Pollick | 0.10 | Correspondence with OP regarding concurrence on motion for extension. |
| 8/29/2011 | Cynthia L Pollick | 0.10 | Correspondence with Dr. Pedone regarding witness fee. |
| 8/30/2011 | Cynthia L Pollick | 0.10 | Correspondence with Palli regarding verdict. |
| 8/30/2011 | Cynthia L Pollick | 0.10 | Correspondence from Palli regarding case. |
| 8/30/2011 | Cynthia L Pollick | 0.10 | Correspondence with Palli advising my thoughts. |
| 8/31/2011 | Cynthia L Pollick | 0.10 | TC from South Medical regarding payment. |
| 8/31/2011 | Cynthia L Pollick | 0.10 | TC with South Medical advising witness fee |
| 9/1/2011 | Cynthia L Pollick | 0.10 | Correspondence from Palli regarding information she received. |
| 9/1/2011 | Cynthia L Pollick | 0.30 | Preparation of Motion for Extension for filing for petition |
| 9/1/2011 | Cynthia L Pollick | 0.10 | TC from Palli regarding case |
| 9/1/2011 | Cynthia L Pollick | 0.10 | TC from Chad Smith regarding verdict |
| 9/1/2011 | Cynthia L Pollick | 0.10 | TC with Chad Smith regarding story. |
| 9/1/2011 | Cynthia L Pollick | 0.10 | Correspondence from Chad Smith regarding newspaper out story |
| 9/1/2011 | Cynthia L Pollick | 0.10 | Correspondence with Palli regarding my thoughts. |
| 9/1/2011 | Cynthia L Pollick | 0.10 | Receipt and review of Order granting extension. |
| 9/2/2011 | Cynthia L Pollick | 0.10 | TC from Chad Smith regarding question about damages |
| 9/2/2011 | Cynthia L Pollick | 0.10 | TC from Chad Smith regarding I asked an case on more question about damages. |
| 9/2/2011 | Cynthia L Pollick | 0.10 | Correspondence from Chad Smith regarding another question. |
| 9/2/2011 | Cynthia L Pollick | 0.10 | Correspondence from Dr. Pedone advising got our check but not the other |
| 9/2/2011 | Cynthia L Pollick | 0.10 | Correspondence with Dr. Pedone providing check info |
| 9/2/2011 | Cynthia L Pollick | 0.10 | Correspondence from Dr. Pedone asking me to check back. |
| 9/2/2011 | Cynthia L Pollick | 0.10 | Correspondence with Dr. Pedone advising will call and let her know this is. |
| 9/2/2011 | Cynthia L Pollick | 0.10 | Correspondence from Chad Smith regarding payment of verdict |
| 9/4/2011 | Cynthia L Pollick | 0.10 | Correspondence from Palli regarding article. |
| 9/4/2011 | Cynthia L Pollick | 0.10 | TC with Palli advising my thoughts. |
| 9/4/2011 | Cynthia L Pollick | 0.10 | Correspondence from Palli regarding article |
| 9/7/2011 | Cynthia L Pollick | 0.10 | Correspondence from Palli regarding case. |
| 9/7/2011 | Cynthia L Pollick | 0.10 | Correspondence with Palli regarding my thoughts |
| 9/8/2011 | Cynthia L Pollick | 0.20 | TC from Whitters regarding case. |

EXHIBIT A

Exhibit A

**370**

2:25 PM
10/12/11

**EMPLOY LAW OFFICES OF C L POLLICK**
**Time by Job Detail**
All Transactions

| Date | Name | Duration | Notes |
|------|------|----------|-------|
| 9/07/2011 | Cynthia L Pollick | 0.10 | TC from Pat for reviewing case. |
| 9/09/2011 | Cynthia L Pollick | 0.50 | TC with Pat regarding case |
| 9/09/2011 | Cynthia L Pollick | 0.20 | Correspondence from Pat regarding case. |
| 6/7/2011 | Cynthia L Pollick | 0.20 | Preparation of additional witness fee checks for 2nd day. |
| 9/8/2011 | Cynthia L Pollick | 0.10 | Correspondence from Dr. Pedone regarding witness fee. |
| 9/8/2011 | Cynthia L Pollick | 0.10 | Correspondence with Dr. Pedone advising witness check and how send her one |
| 9/9/2011 | Cynthia L Pollick | 0.10 | Correspondence from Dr. Pedone thinking me. |
| 9/9/2011 | Cynthia L Pollick | 0.20 | TC from Pat regarding issue |
| 9/9/2011 | Cynthia L Pollick | 0.10 | Correspondence with Pat regarding any thoughts |
| 9/13/2011 | Cynthia L Pollick | 0.20 | Correspondence from Pat regarding Pastor fm. |
| 9/17/2011 | Cynthia L Pollick | 0.10 | Correspondence with Pat regarding Pastor Jim |
| 9/30/2011 | Cynthia L Pollick | 0.10 | TC from Patricia W regarding 2nd check and witness fee received |
| 9/30/2011 | Cynthia L Pollick | 0.10 | Preparation of 2nd check for Patricia W. |
| 9/22/2011 | Cynthia L Pollick | 0.30 | TC from Pat regarding motion. |
| 9/22/2011 | Cynthia L Pollick | 0.40 | Receipt and review of OP's Motion for JNOV. |
| 9/22/2011 | Cynthia L Pollick | 0.20 | Receipt and review of Motion for Extension of Time - OP. |
| 9/27/2011 | Cynthia L Pollick | 0.10 | Correspondence from OP regarding concurrence in motion for extension |
| 9/22/2011 | Cynthia L Pollick | 0.20 | Correspondence w/ Pat regarding motions filed. |
| 9/23/2011 | Cynthia L Pollick | 0.40 | Receipt and review of OP's Motion to Alter. |
| 9/26/2011 | Cynthia L Pollick | 1.50 | Legal research on appeal issues. |
| 10/5/2011 | Cynthia L Pollick | 0.20 | Correspondence from Pat regarding case. |
| 10/3/2011 | Cynthia L Pollick | 0.10 | Correspondence with Pat regarding case |
| 10/4/2011 | Cynthia L Pollick | 0.20 | TC with Pat regarding case. |

Total 2011 Professional Services 54.84

Total Usage 1118.38

TOTAL 1118.38

EXHIBIT A
Exhibit A

371

12:36 PM
07/11/16

**EMPLOY LAW OFFICES OF C L POLLICK**
**Time by Job Detail**
October 4, 2011 through June 27, 2016

| Date | Name | Duration | Notes |
|------|------|----------|-------|
| **Youngs** | | | |
| **2011 Professional Services** | | | |
| 10/04/2011 | Cynthia L Pollick | 0.10 | Receipt and review of Order granting OP's extension. |
| 10/07/2011 | Cynthia L Pollick | 0.10 | Correspondence with OP regarding Extension |
| 10/07/2011 | Cynthia L Pollick | 0.30 | Preparation of Motion for Extension on Atty Fee - 2nd one. |
| 10/11/2011 | Cynthia L Pollick | 0.10 | TC from witness' husband regarding meeting. |
| 10/11/2011 | Cynthia L Pollick | 0.10 | TC with husband advising can come to office on Thurs. |
| 10/22/2011 | Cynthia L Pollick | 0.10 | Correspondence from Board member Kresge regarding witness fee. |
| 10/24/2011 | Cynthia L Pollick | 0.80 | Additional research on hourly rate |
| 10/24/2011 | Cynthia L Pollick | 0.80 | Additional research on JNOV/appeal issues. |
| 10/25/2011 | Cynthia L Pollick | 0.10 | Receipt and review of order entered on Motion for Atty Fees. |
| 11/15/2011 | Cynthia L Pollick | 0.10 | TC from Patti regarding case. |
| 11/15/2011 | Cynthia L Pollick | 0.20 | TC with Patti regarding case. |
| 11/15/2011 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding additional info. |
| 11/15/2011 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding information on Red. |
| 11/16/2011 | Cynthia L Pollick | 0.10 | Receipt of article from Patti. |
| 11/16/2011 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding blog comments. |
| 11/16/2011 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding another blog listing. |
| 11/16/2011 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding 6 degrees of hell |
| 11/16/2011 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding six degrees of hell - 2d. |
| 11/16/2011 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding Smith's will not. |
| 11/16/2011 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding cards. |
| 11/16/2011 | Cynthia L Pollick | 0.10 | Correspondence with Patti regarding cards |
| 11/21/2011 | Cynthia L Pollick | 0.10 | TC with court reporter regarding transcript. |
| 12/02/2011 | Cynthia L Pollick | 0.10 | Receipt and review of Order denying attorney fee petition. |
| 12/07/2011 | Cynthia L Pollick | 0.10 | Correspondence with Patti providing update. |
| 12/07/2011 | Cynthia L Pollick | 0.10 | Correspondence from Patti providing me with an update. |
| 12/07/2011 | Cynthia L Pollick | 0.10 | Correspondence with Patti regarding thoughts. |
| 12/07/2011 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding Morgan. |
| 12/08/2011 | Cynthia L Pollick | 0.10 | Correspondence with Patti thanking her for info. |
| 12/10/2011 | Cynthia L Pollick | 0.20 | Correspondence from Patti regarding information on Bruce |
| 12/12/2011 | Cynthia L Pollick | 0.10 | Correspondence with Patti thanking her for updated information. |
| 12/19/2011 | Cynthia L Pollick | 0.25 | Correspondence with OP regarding post Financial interrogatories. |
| 12/19/2011 | Cynthia L Pollick | 0.50 | Preparation of Post-financial Interrogatories for both defendants |
| 12/22/2011 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding PV. |
| 12/28/2011 | Cynthia L Pollick | 0.10 | Correspondence with Patti giving her my thoughts. |
| 12/30/2011 | Cynthia L Pollick | 0.10 | Receipt of entry on docket of Day 1. |
| 12/30/2011 | Cynthia L Pollick | 0.10 | Correspondence from reporter requesting confirmation of receipt. |
| 12/30/2011 | Cynthia L Pollick | 0.10 | Correspondence with reporter confirming receipt of notice. |
| 12/30/2011 | Cynthia L Pollick | 0.10 | Correspondence with Patti informing her of update |
| **Total 2011 Professional Services** | | 8.20 | |
| **2012 Professional Services** | | | |
| 01/03/2012 | Cynthia L Pollick | 0.20 | TC from Patti regarding case. |
| 01/03/2012 | Cynthia L Pollick | 0.10 | Correspondence with Wendy regarding transcript |
| 01/03/2012 | Cynthia L Pollick | 0.10 | Correspondence from Wendy advising she will email and send out. |
| 01/03/2012 | Cynthia L Pollick | 0.10 | Correspondence with Patti regarding Invoice on transcript |
| 01/05/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patti thanking me for transcript. |
| 01/05/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding thoughts on reviewing transcript. |
| 01/05/2012 | Cynthia L Pollick | 0.10 | Correspondence with Patti regarding my thoughts. |
| 01/05/2012 | Cynthia L Pollick | 0.50 | Receipt and partial review of transcript |
| 01/05/2012 | Cynthia L Pollick | 0.10 | Correspondence from Wendy regarding transcript |
| 01/05/2012 | Cynthia L Pollick | 0.10 | Correspondence with Wendy thanking her for transcript |
| 01/10/2012 | Cynthia L Pollick | 0.20 | TC from Patti regarding case |
| 01/10/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding Froed's argument. |
| 01/10/2012 | Cynthia L Pollick | 0.10 | Correspondence with Patti wanting call me |
| 01/16/2012 | Cynthia L Pollick | 0.20 | Correspondence with Kane regarding 6 month delay in post-trial briefing |
| 01/16/2012 | Cynthia L Pollick | 0.50 | Correspondence with Patti regarding letter to Court |
| 01/16/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patti thanking me for moving on letter. |
| 01/17/2012 | Cynthia L Pollick | 0.10 | Correspondence from Lori Siluey regard to invoice. |
| 01/17/2012 | Cynthia L Pollick | 0.10 | Correspondence with Patti regarding update. |
| 01/17/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patti wanting to know Judge's response. |
| 01/17/2012 | Cynthia L Pollick | 0.10 | Correspondence with Patti advising 30 days is from 17. |
| 01/17/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patti explaining her thoughts. |
| 01/17/2012 | Cynthia L Pollick | 0.10 | Correspondence with Patti advising do not know why such delay. |
| 01/18/2012 | Cynthia L Pollick | 0.20 | Correspondence from OP regarding objections to discovery. |
| 01/18/2012 | Cynthia L Pollick | 0.10 | Correspondence from OP regarding answers. |
| 01/18/2012 | Cynthia L Pollick | 0.10 | Correspondence with OP advising will file MTC. |
| 01/18/2012 | Cynthia L Pollick | 0.10 | Reviewed objections to financial interrogatories. |
| 01/20/2012 | Cynthia L Pollick | 0.10 | Correspondence with Patti regarding update on case |
| 01/20/2012 | Cynthia L Pollick | 0.40 | Preparation of Answer to Motion to Stay. |
| 01/20/2012 | Cynthia L Pollick | 0.33 | Receipt and review of OP's Motion to Stay Proceedings. |
| 01/20/2012 | Cynthia L Pollick | 0.10 | Receipt and review of Order striking letter from record |
| 01/20/2012 | Cynthia L Pollick | 0.30 | Preparation of Motion to Compel Post-Verdict Interrogatories |
| 01/20/2012 | Cynthia L Pollick | 0.10 | Correspondence from OP regarding concurrence in Stay. |
| 01/20/2012 | Cynthia L Pollick | 0.10 | Correspondence with OP advising appears won't concur in my MTC. |
| 01/20/2012 | Cynthia L Pollick | 0.50 | Preparation of Brief in Support of MTC. |

**Exhibit A**

372

12:36 PM
07/11/10

EMPLOY LAW OFFICES OF C L POLLICK
Time by Job Detail
October 4, 2011 through June 27, 2016

| Date | Name | Duration | Notes |
|---|---|---|---|
| 01/23/2012 | Cynthia L Pollick | 0.30 | Correspondence from Aaron regarding verdict. |
| 01/23/2012 | Cynthia L Pollick | 0.10 | Correspondence from Lori regarding transcript. |
| 01/23/2012 | Cynthia L Pollick | 0.10 | Correspondence with Lori thanking her for update. |
| 01/24/2012 | Cynthia L Pollick | 0.10 | Receipt of docket entry notice of Day 4 transcript filed. |
| 01/24/2012 | Cynthia L Pollick | 0.10 | Receipt of docket entry notice of Day 3 filing. |
| 01/24/2012 | Cynthia L Pollick | 0.10 | Receipt of docket entry notice of Day 2 filing. |
| 01/24/2012 | Cynthia L Pollick | 0.10 | Correspondence from Lori regarding she did not transcribe charge conv. |
| 01/25/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding information on OP. |
| 01/26/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding transcripts. |
| 01/29/2012 | Cynthia L Pollick | 0.10 | Correspondence with Patti advising I will get them to you on Monday. |
| 01/29/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patti advising she is just being impatient |
| 01/30/2012 | Cynthia L Pollick | 0.30 | Review of OP's Brief in Opposition to MTC. |
| 01/30/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding transcript |
| 01/30/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding transcripts - 2d. |
| 01/30/2012 | Cynthia L Pollick | 0.10 | Correspondence with Patti regarding transcripts. |
| 01/31/2012 | Cynthia L Pollick | 0.30 | Review of OP's Brief in Support of Motion to Stay Execution. |
| 01/31/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding thoughts after reviewing transcripts |
| 02/01/2012 | Cynthia L Pollick | 0.10 | Correspondence with Patti thanking her for support. |
| 02/07/2012 | Cynthia L Pollick | 0.70 | Additional preparation of Reply Brief for Motion to Compel and filing of the same. |
| 02/07/2012 | Cynthia L Pollick | 0.80 | Additional preparation of bfO to Motion to Stay Execution. |
| 02/07/2012 | Cynthia L Pollick | 0.10 | Correspondence with Patti regarding filings |
| 02/07/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding her thoughts. |
| 02/16/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding Smith info. |
| 02/16/2012 | Cynthia L Pollick | 0.10 | Correspondence with Patti thanking her for info. |
| 02/17/2012 | Cynthia L Pollick | 0.10 | Correspondence from OP regarding page extension. |
| 02/17/2012 | Cynthia L Pollick | 0.10 | Correspondence with OP advising do not concur. |
| 02/20/2012 | Cynthia L Pollick | 0.20 | Receipt and review of OP's motion for extension. |
| 02/20/2012 | Cynthia L Pollick | 0.10 | Review of Order granting 30 page brief. |
| 02/20/2012 | Cynthia L Pollick | 0.10 | Receipt of invoice for transcript. |
| 02/21/2012 | Cynthia L Pollick | 0.10 | Correspondence from OP regarding motion for extension. |
| 02/21/2012 | Cynthia L Pollick | 0.20 | Receipt and review of OP's Motion for Extension of even more time for brief. |
| 02/21/2012 | Cynthia L Pollick | 0.10 | Correspondence from TM regarding letter. |
| 02/22/2012 | Cynthia L Pollick | 0.10 | Receipt and review Order granting extension |
| 02/23/2012 | Cynthia L Pollick | 0.10 | Receipt of docket entry for Jury Trial, Day one, |
| 02/24/2012 | Cynthia L Pollick | 0.10 | Correspondence from Lori regarding transcript. |
| 02/24/2012 | Cynthia L Pollick | 0.10 | Receipt of docket entry regarding transcript |
| 02/24/2012 | Cynthia L Pollick | 0.10 | Receipt of invoice for transcript of last day |
| 02/26/2012 | Cynthia L Pollick | 0.10 | Receipt and review of OP's request for oral argument |
| 02/26/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding transcript fees. |
| 02/28/2012 | Cynthia L Pollick | 0.10 | Correspondence with Patti explaining why fee is higher. |
| 02/28/2012 | Cynthia L Pollick | 0.80 | Review of OP's voluminous Brief in Support of Rule 50. |
| 02/29/2012 | Cynthia L Pollick | 0.10 | TC from Patti regarding case. |
| 02/29/2012 | Cynthia L Pollick | 0.10 | Correspondence with Patti I will get call when call again. |
| 02/29/2012 | Cynthia L Pollick | 0.20 | TC from Patti regarding situation. |
| 03/01/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding motion |
| 03/02/2012 | Cynthia L Pollick | 0.10 | Correspondence with Patti regarding Order. |
| 03/02/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding thoughts. |
| 03/02/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding bond issue |
| 03/03/2012 | Cynthia L Pollick | 0.10 | Correspondence with Patti advising thoughts |
| 03/05/2012 | Cynthia L Pollick | 0.20 | Correspondence from Patti regarding Smith. |
| 03/05/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding Smith - 2nd one |
| 03/06/2012 | Cynthia L Pollick | 0.40 | Preparation of Motion for Extension of Word and Time and filing of the same and preparation of prop |
| 03/06/2012 | Cynthia L Pollick | 0.10 | Correspondence with OP regarding extension concurrence |
| 03/09/2012 | Cynthia L Pollick | 0.40 | Preparation of Brief in Support of Motion for Extension of Time and Word and filing the same. |
| 03/13/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding update. |
| 03/13/2012 | Cynthia L Pollick | 0.10 | Correspondence with Patti advising no filings. |
| 03/13/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding case. |
| 03/13/2012 | Cynthia L Pollick | 0.10 | Correspondence with Patti regarding case. |
| 03/19/2012 | Cynthia L Pollick | 0.20 | Correspondence from Atty Geiger regarding Doc Complaint. |
| 03/20/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patti requesting final day transcript. |
| 03/20/2012 | Cynthia L Pollick | 0.10 | Correspondence with Patti advising will do first thing in morning. |
| 03/21/2012 | Cynthia L Pollick | 0.10 | TC from Patti regarding case. |
| 03/21/2012 | Cynthia L Pollick | 0.40 | TC from Patti regarding case - 2nd call. |
| 03/21/2012 | Cynthia L Pollick | 0.10 | Correspondence with Patti regarding transcript. |
| 03/21/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patti sent wrong transcript. |
| 03/21/2012 | Cynthia L Pollick | 0.10 | Correspondence with Patti apologizing for sending wrong one. |
| 03/21/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding lawsuit filed by PVSD. |
| 03/21/2012 | Cynthia L Pollick | 0.10 | Correspondence with Patti regarding it's insurance coverage. |
| 03/21/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding OP |
| 03/21/2012 | Cynthia L Pollick | 0.10 | Correspondence with Patti thanking her for information |
| 03/21/2012 | Cynthia L Pollick | 0.10 | Review acceptance of dec action by Atty Geiger. |
| 03/23/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding refund. |
| 03/23/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding case. |
| 03/27/2012 | Cynthia L Pollick | 0.10 | Correspondence with Patti thanking her for update |
| 03/25/2012 | Cynthia L Pollick | 1.30 | Additional preparation of JNOV to OJD included reviewing part of transcript of 3 25.11. |
| 03/25/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding case. |
| 03/25/2012 | Cynthia L Pollick | 0.10 | Correspondence with Patti thanking her for additional information. |
| 03/31/2012 | Cynthia L Pollick | 0.70 | Preparation of renewed Motion to Compel and Brief in Support along with filing of the same |

Page 2

Exhibit A

12:36 PM
07/11/16

**EMPLOY LAW OFFICES OF C L POLLICK**
## Time by Job Detail
October 4, 2011 through June 27, 2016

| Date | Name | Duration | Notes |
|---|---|---|---|
| 04/01/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patil regarding Smith |
| 04/02/2012 | Cynthia L Pollick | 0.10 | Correspondence with Patil advising just fi'ed motion. |
| 04/02/2012 | Cynthia L Pollick | 0.10 | Correspondence with Patil advising thoughts |
| 04/05/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patil requesting update. |
| 04/05/2012 | Cynthia L Pollick | 0.10 | Correspondence with Patil advising motion filed over wkd. |
| 04/05/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patil thanking me for efforts. |
| 04/10/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patil regarding case. |
| 04/10/2012 | Cynthia L Pollick | 0.10 | Correspondence with Patil regarding case. |
| 04/11/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patil regarding case. |
| 04/12/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patil regarding Fruend |
| 04/12/2012 | Cynthia L Pollick | 0.10 | Correspondence with Patil advising thoughts. |
| 04/13/2012 | Cynthia L Pollick | 0.20 | Receipt and review of OP's Answer to MTC. |
| 04/13/2012 | Cynthia L Pollick | 0.30 | TC from Patil regarding case. |
| 04/13/2012 | Cynthia L Pollick | 0.10 | Correspondence from OP regarding Smith's Answers |
| 04/13/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patil regarding movie business proceeds. |
| 04/13/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patil regarding Smith's co info. |
| 04/13/2012 | Cynthia L Pollick | 0.10 | Correspondence with Patil regarding thoughts. |
| 04/13/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patil regarding financial interv info. |
| 04/13/2012 | Cynthia L Pollick | 0.10 | Correspondence with Patil advising thoughts. |
| 04/14/2012 | Cynthia L Pollick | 2.50 | Additional preparation of BIO to JNOV summarizing trial testimony |
| 04/15/2012 | Cynthia L Pollick | 4.00 | Additional preparation of BIO to JNOV - summarizing trial testimony. |
| 04/15/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patil regarding additional info on movie co. |
| 04/16/2012 | Cynthia L Pollick | 5.00 | Additional preparation of BIO to JNOV regarding summarizing trial testimony, which consisted of ove |
| 04/16/2012 | Cynthia L Pollick | 0.50 | Preparation of Motion for Recon. |
| 04/16/2012 | Cynthia L Pollick | 0.20 | Preparation of Brief in Support of Motion for Recon, and Order as well as filed on ECF system. |
| 04/16/2012 | Cynthia L Pollick | 0.10 | Receipt and review of Order denying Motion to Compel as moot. |
| 04/16/2012 | Cynthia L Pollick | 0.10 | Correspondence with Patil advising what a great job they did as a family testifying. |
| 04/16/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patil regarding case |
| 04/17/2012 | Cynthia L Pollick | 7.00 | Additional preparation of BIO to JNOV. |
| 04/17/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patil regarding Meagan. |
| 04/17/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patil regarding Meagan. |
| 04/18/2012 | Cynthia L Pollick | 2.50 | Additional preparation of BIO to JNOV and filing of the same on ECF system. |
| 04/18/2012 | Cynthia L Pollick | 0.90 | Revised Motion for Attorney Fees, Brief in Support, Order, exhibits and filed the same on ECF syste |
| 04/18/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patil regarding Freud. |
| 04/18/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patil regarding PVSD. |
| 04/18/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patil giving her my thoughts. |
| 04/18/2012 | Cynthia L Pollick | 0.10 | Correspondence with Patil regarding BIO. |
| 04/18/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patil regarding case. |
| 04/18/2012 | Cynthia L Pollick | 0.10 | Correspondence with Patil giving her my thoughts. |
| 04/20/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patil regarding case. |
| 04/20/2012 | Cynthia L Pollick | 0.10 | Correspondence with Patil regarding case |
| 04/23/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patil regarding info for judgment collection. |
| 04/23/2012 | Cynthia L Pollick | 0.10 | Correspondence with Patil thanking her for info. |
| 04/23/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patil regarding inquiry into status. |
| 04/23/2012 | Cynthia L Pollick | 0.10 | Correspondence with Patil explaining process |
| 04/23/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patil regarding more info. |
| 04/23/2012 | Cynthia L Pollick | 0.10 | Correspondence with Patil giving her my thoughts. |
| 04/23/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patil - 2nd one sending additional info. |
| 04/23/2012 | Cynthia L Pollick | 0.10 | Correspondence with Patil regarding my thoughts - 2nd one. |
| 04/24/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patil regarding more info on Smith. |
| 04/24/2012 | Cynthia L Pollick | 0.10 | Correspondence with Patil giving her my thoughts. |
| 04/25/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patil regarding Smith. |
| 04/25/2012 | Cynthia L Pollick | 0.10 | Correspondence with Patil advising my thoughts. |
| 04/26/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patil regarding addition stuff may be helpful. |
| 04/29/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patil regarding OP's attorney fees. |
| 04/29/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patil regarding information on Fruend. |
| 04/29/2012 | Cynthia L Pollick | 0.10 | Correspondence with Patil advising my thoughts. |
| 05/08/2012 | Cynthia L Pollick | 0.10 | Correspondence from Ieogio regarding case. |
| 05/08/2012 | Cynthia L Pollick | 0.20 | Review of Order striking attorney fee petition once more. |
| 05/08/2012 | Cynthia L Pollick | 0.90 | Review of OP's Reply Brief to JNOV. |
| 05/08/2012 | Cynthia L Pollick | 0.10 | Correspondence with Patil regarding OP's filing. |
| 05/08/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patil regarding her thoughts. |
| 05/08/2012 | Cynthia L Pollick | 0.10 | Correspondence with Patil advising thoughts. |
| 05/08/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patil giving me her thoughts - 2nd. |
| 05/08/2012 | Cynthia L Pollick | 0.10 | Correspondence with Patil regarding case -4th. |
| 05/08/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patil regarding case -4th. |
| 05/08/2012 | Cynthia L Pollick | 0.10 | Correspondence with Patil regarding thoughts |
| 05/08/2012 | Cynthia L Pollick | 0.10 | Correspondence with Patil giving her my thoughts - 2nd. |
| 05/09/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patil giving me her thoughts - 3d |
| 05/10/2012 | Cynthia L Pollick | 0.10 | Correspondence with Patil giving her my thoughts - 3d. |
| 05/14/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patil regarding additional info. |
| 05/14/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patil regarding addition info on money Smith is making. |
| 05/16/2012 | Cynthia L Pollick | 0.20 | Receipt of order vacating judgment and order new trial. |
| 05/16/2012 | Cynthia L Pollick | 1.00 | Review of 62 page opinion. |
| 05/18/2012 | Cynthia L Pollick | 1.00 | Discussion with staff on 62 opinion. |
| 05/18/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patil regarding case |
| 05/18/2012 | Cynthia L Pollick | 0.60 | TC with Patil regarding case. |
| 05/18/2012 | Cynthia L Pollick | 0.70 | TC with Patil regarding case - 2nd call. |

Page 3

## Exhibit A

12:30 PM
07/11/16

**EMPLOY LAW OFFICES OF C L POLLICK**
**Time by Job Detail**
October 4, 2011 through June 27, 2016

| Date | Name | Duration | Notes |
|------|------|----------|-------|
| 05/19/2012 | Cynthia L Pollick | 0.80 | TC from Patti regarding case - 3d call. |
| 05/19/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding case - 2nd |
| 05/19/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding case - 3d. |
| 05/19/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding case - 4th. |
| 05/20/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding case |
| 05/20/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding case - 2nd |
| 05/20/2012 | Cynthia L Pollick | 0.10 | Correspondence with Patti giving her my thoughts |
| 05/21/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding case. |
| 05/21/2012 | Cynthia L Pollick | 0.10 | Correspondence with Patti giving her my thoughts |
| 05/21/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding case - 2nd |
| 05/21/2012 | Cynthia L Pollick | 0.10 | Correspondence with Patti regarding thoughts - 3rd. |
| 05/22/2012 | Cynthia L Pollick | 1.00 | Legal research on appeal opportunities |
| 05/22/2012 | Cynthia L Pollick | 0.10 | Correspondence from Jeagle regarding decision period |
| 05/25/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding 1936 article. |
| 05/26/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding article. |
| 05/26/2012 | Cynthia L Pollick | 0.10 | Correspondence with Patti regarding case |
| 05/28/2012 | Cynthia L Pollick | 0.10 | Correspondence with Patti regarding thought's. |
| 05/28/2012 | Cynthia L Pollick | 0.80 | TC with Patti and Meagan regarding case |
| 05/28/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding article in PR. |
| 05/28/2012 | Cynthia L Pollick | 0.20 | Correspondence from Patti regarding case. |
| 05/28/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding info |
| 05/28/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding new info. |
| 05/28/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding more new info. |
| 05/29/2012 | Cynthia L Pollick | 0.10 | Correspondence with Patti regarding info. |
| 05/30/2012 | Cynthia L Pollick | 0.10 | Receipt and review of OP's Entry of Appearance - Levine. |
| 05/29/2012 | Cynthia L Pollick | 0.20 | Receipt and review of pro hac admission of Ginsburg |
| 05/30/2012 | Cynthia L Pollick | 0.50 | TC with Patti regarding case. |
| 05/30/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding case |
| 05/30/2012 | Cynthia L Pollick | 0.10 | Correspondence with Patti giving thoughts |
| 05/30/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding case |
| 05/30/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding case - 2nd |
| 06/01/2012 | Cynthia L Pollick | 0.10 | Receipt and review of OP's Notice of Withdrawal as counsel. |
| 06/03/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding case. |
| 06/03/2012 | Cynthia L Pollick | 0.10 | Correspondence with Patti regarding thoughts |
| 06/03/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding case - 2nd. |
| 06/04/2012 | Cynthia L Pollick | 0.50 | TC from Patti regarding case. |
| 06/04/2012 | Cynthia L Pollick | 0.10 | Correspondence with Patti regarding trial date Order |
| 06/04/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding dates |
| 06/04/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding dates - 2nd one, L |
| 06/04/2012 | Cynthia L Pollick | 0.20 | Correspondence with Patti regarding case |
| 06/04/2012 | Cynthia L Pollick | 0.10 | Correspondence with Patti regarding case n 3d |
| 06/04/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding schedules |
| 06/04/2012 | Cynthia L Pollick | 0.10 | Correspondence with Patti regarding thoughts. |
| 07/05/2012 | Cynthia L Pollick | 0.20 | Receipt and review of Order denying motions, rescheduling TC on trial date. |
| 07/05/2012 | Cynthia L Pollick | 0.20 | Review of pleading from Smith's lawyer. |
| 07/05/2012 | Cynthia L Pollick | 0.20 | Correspondence with Patti advising her my thoughts. |
| 07/05/2012 | Cynthia L Pollick | 0.10 | Correspondence from OP regarding call OP on TC. |
| 07/05/2012 | Cynthia L Pollick | 0.10 | Correspondence with OP advising OK |
| 08/06/2012 | Cynthia L Pollick | 0.10 | Correspondence with Patti regarding case. |
| 06/06/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding case. |
| 06/11/2012 | Cynthia L Pollick | 0.10 | TC from Patti regarding case. |
| 06/11/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding case. |
| 06/11/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding case - 2nd. |
| 06/11/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding case. |
| 06/11/2012 | Cynthia L Pollick | 0.10 | Receipt of Judge's grant of admission to Ginsburg. |
| 06/11/2012 | Cynthia L Pollick | 0.20 | Correspondence from intercall regarding TC |
| 06/11/2012 | Cynthia L Pollick | 0.20 | Correspondence from intercall regarding revisions to TC. |
| 06/12/2012 | Cynthia L Pollick | 0.80 | TC from Patti regarding case. |
| 06/12/2012 | Cynthia L Pollick | 0.10 | Correspondence with Patti regarding case. |
| 06/12/2012 | Cynthia L Pollick | 0.10 | Correspondence with Patti regarding case - 2nd |
| 06/13/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding case. |
| 06/13/2012 | Cynthia L Pollick | 0.10 | Correspondence with Patti regarding case. |
| 06/14/2012 | Cynthia L Pollick | 0.20 | Correspondence from intercall regarding revisions to TC |
| 06/19/2012 | Cynthia L Pollick | 0.10 | Correspondence with OP regarding TC with Judge. |
| 06/19/2012 | Cynthia L Pollick | 0.10 | Correspondence from OP regarding his objection to record ng. |
| 06/19/2012 | Cynthia L Pollick | 0.10 | Correspondence from OP regarding TC info |
| 06/19/2012 | Cynthia L Pollick | 0.10 | Correspondence from OP invoking me |
| 06/19/2012 | Cynthia L Pollick | 0.10 | Correspondence with OP advising mouth ave everything recorded at, of allegations against me |
| 06/19/2012 | Cynthia L Pollick | 0.20 | Preparation of Notice of Recording and filing of the same |
| 06/20/2012 | Cynthia L Pollick | 1.00 | Preparation of Answer to Objections, including legal research. |
| 06/20/2012 | Cynthia L Pollick | 0.10 | Correspondence from Mr. Neary regarding TC. |
| 06/20/2012 | Cynthia L Pollick | 0.10 | Correspondence from Tent regarding Friend's availability. |
| 06/20/2012 | Cynthia L Pollick | 0.10 | Correspondence from Levin advising his availability. |
| 06/20/2012 | Cynthia L Pollick | 0.10 | Correspondence with Mr. Neary regarding time slot. |
| 06/20/2012 | Cynthia L Pollick | 0.10 | Correspondence from intercall regarding changes. |
| 06/20/2012 | Cynthia L Pollick | 0.10 | Correspondence with OP advising must go forward as planned. |
| 06/20/2012 | Cynthia L Pollick | 0.10 | Receipt and review of Order referring preliminary matters to Carlson. |
| 06/20/2012 | Cynthia L Pollick | 0.10 | Correspondence from OP regarding w retap lines |

Page 4

**Exhibit A**

12.36 PM
07/11/16

**EMPLOY LAW OFFICES OF C L POLLICK**
**Time by Job Detail**
October 4, 2011 through June 27, 2016

| Date | Name | Duration | Notes |
|---|---|---|---|
| 06/21/2012 | Cynthia L Pollick | 0.10 | TC from OP - Craig regarding case. |
| 06/21/2012 | Cynthia L Pollick | 0.10 | Correspondence from Mr. Neary advising of date and time. |
| 06/21/2012 | Cynthia L Pollick | 0.10 | Correspondence with Kevin thanking him. |
| 06/21/2012 | Cynthia L Pollick | 0.10 | Correspondence from Intercall regarding TC. |
| 06/21/2012 | Cynthia L Pollick | 0.10 | Receipt and review of Order on TC. |
| 06/21/2012 | Cynthia L Pollick | 0.10 | Correspondence with OP regarding phone number |
| 06/21/2012 | Cynthia L Pollick | 0.10 | Correspondence from OP advising call the office not cell |
| 06/21/2012 | Cynthia L Pollick | 0.10 | Receipt of docket entry setting hearing. |
| 06/21/2012 | Cynthia L Pollick | 0.10 | Receipt and review of OP's withdrawal of appearance. |
| 06/21/2012 | Cynthia L Pollick | 0.10 | Receipt of Order scheduling case management conference. |
| 06/22/2012 | Cynthia L Pollick | 0.20 | TC with OP - Craig regarding case. |
| 06/22/2012 | Cynthia L Pollick | 0.40 | TC with Patti regarding TC from OP. |
| 06/24/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding case. |
| 06/25/2012 | Cynthia L Pollick | 0.60 | TC with 3 OPs and Judge, first one on the line. |
| 06/25/2012 | Cynthia L Pollick | 0.60 | TC with Patti regarding call and case. |
| 06/25/2012 | Cynthia L Pollick | 0.40 | Discussion with staff regarding TC. |
| 06/26/2012 | Cynthia L Pollick | 0.10 | Correspondence with OPs regarding magistrate consent |
| 06/26/2012 | Cynthia L Pollick | 0.10 | Correspondence from OP advising out of office. |
| 06/26/2012 | Cynthia L Pollick | 0.20 | Receipt and review of Order from Carlson. |
| 06/27/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding case. |
| 06/27/2012 | Cynthia L Pollick | 0.10 | Correspondence with Patti giving her my thoughts. |
| 06/28/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding case. |
| 06/28/2012 | Cynthia L Pollick | 0.10 | Correspondence with Patti giving her my thoughts. |
| 07/07/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding trial dates. |
| 07/07/2012 | Cynthia L Pollick | 0.10 | Correspondence with Patti regarding case |
| 07/07/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding case - 2d |
| 07/08/2012 | Cynthia L Pollick | 0.10 | Correspondence with Patti regarding case trial dates. |
| 07/11/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding videos to be shown |
| 07/11/2012 | Cynthia L Pollick | 0.10 | Correspondence with Patti regarding videos |
| 07/11/2012 | Cynthia L Pollick | 0.20 | Correspondence from Patti regarding review of videos -2d |
| 07/11/2012 | Cynthia L Pollick | 0.10 | Correspondence with Patti regarding thoughts about video - 2d. |
| 07/16/2012 | Cynthia L Pollick | 0.10 | Correspondence with Neary regarding TC with Judge |
| 07/16/2012 | Cynthia L Pollick | 0.10 | Correspondence from OP - Friend regarding his availability. |
| 07/16/2012 | Cynthia L Pollick | 0.10 | Correspondence with court advising time is good for me |
| 07/16/2012 | Cynthia L Pollick | 0.10 | Correspondence from OP - Ginsburg advising time is good for them. |
| 07/16/2012 | Cynthia L Pollick | 0.10 | Correspondence from court advising time and date for TC. |
| 07/16/2012 | Cynthia L Pollick | 0.10 | Receipt of docket entry regarding court reporter notes. |
| 07/16/2012 | Cynthia L Pollick | 0.10 | Correspondence from Sprout out of office. |
| 07/16/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding case. |
| 07/17/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding Smith |
| 07/17/2012 | Cynthia L Pollick | 0.20 | Correspondence with Judge Carlson regarding April date |
| 07/17/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding info on Smith -2d. |
| 07/18/2012 | Cynthia L Pollick | 0.10 | TC from OP regarding case. |
| 07/19/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding pretrial date. |
| 07/19/2012 | Cynthia L Pollick | 0.10 | Correspondence with Patti regarding update |
| 07/23/2012 | Cynthia L Pollick | 0.10 | TC from OP regarding case. |
| 07/23/2012 | Cynthia L Pollick | 0.10 | Correspondence from OP regarding deadline for MILs |
| 07/23/2012 | Cynthia L Pollick | 0.10 | Correspondence with OP apologizing for not contacting sooner. |
| 07/27/2012 | Cynthia L Pollick | 0.30 | Receipt and review of Order scheduling trial. |
| 08/17/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding Friend. |
| 08/17/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding Friend. |
| 08/17/2012 | Cynthia L Pollick | 0.10 | Correspondence with Patti giving her my thoughts. |
| 08/19/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding case. |
| 08/20/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding case |
| 08/29/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding Smith - 2nd one. |
| 08/29/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding Smith - 3d one. |
| 08/29/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding Smith - 4th one. |
| 08/29/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding Smith - 5th |
| 08/30/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding case. |
| 09/17/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding Friend. |
| 10/18/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding Meagan. |
| 10/18/2012 | Cynthia L Pollick | 0.10 | Correspondence with Patti regarding Meagan |
| 11/14/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding Smith. |
| 11/15/2012 | Cynthia L Pollick | 0.10 | TC from Patti regarding case update. |
| 11/15/2012 | Cynthia L Pollick | 0.20 | TC with Patti regarding case update. |
| 11/15/2012 | Cynthia L Pollick | 0.10 | Correspondence with Patti regarding thoughts on Smith. |
| 12/03/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding smith |
| 12/05/2012 | Cynthia L Pollick | 0.20 | Correspondence with HJ regarding CDs. |
| 12/21/2012 | Cynthia L Pollick | 0.10 | Correspondence from Jones advising doesn't have it. |
| 12/22/2012 | Cynthia L Pollick | 0.10 | Correspondence with Jones regarding duplicate copy. |
| 12/24/2012 | Cynthia L Pollick | 0.10 | Correspondence from Jones advising can't do it |
| 01/25/2016 | Cynthia L Pollick | 0.30 | Receipt and review of Brief in Support of Motion to Stay. |
| 05/02/2016 | Cynthia L Pollick | 0.60 | Receipt and review of Smith's declaratory action. |
| | **Total 2012 Professional Services** | **78.10** | |

2012 Professional Services: 2012 Legal Assistant

| Date | Name | Duration | Notes |
|---|---|---|---|
| 02/28/2012 | Legal Assistant | 0.20 | TC from Patti regarding case. |
| 04/16/2012 | Legal Assistant | 5.50 | Reviewed transcript to pull out objections. |

Page 5

**Exhibit A**

**376**

12:35 PM
07/11/16

EMPLOY LAW OFFICES OF C L POLLICK
**Time by Job Detail**
October 4, 2011 through June 27, 2016

| Date | Name | Duration | Notes |
|---|---|---|---|
| 04/18/2012 | Legal Assistant | 3.00 | Reviewed transcript to pull out objections. |
| 04/19/2012 | Legal Assistant | 2.00 | Preparation of Table of Authorities for BIO to JNOV. |
| 04/23/2012 | Legal Assistant | 1.50 | Additional review of transcript to pull objections |
| 05/17/2012 | Legal Assistant | 0.60 | Set up TC with carrier. |
| 05/14/2012 | Legal Assistant | 0.10 | TC with carrier about TC . |
| 05/18/2012 | Legal Assistant | 3.00 | Preparation of trial testimony summary of Smith. |
| 05/20/2012 | Legal Assistant | 0.10 | TC with conference co. confirming call |
| 05/20/2012 | Legal Assistant | 0.20 | TC with conference co. to change call. |
| 05/21/2012 | Legal Assistant | 7.50 | Preparation of trial testimony summary of Smith. |
| 05/25/2012 | Legal Assistant | 7.00 | Additional preparation of trial testimony summary of Smith. |
| 05/27/2012 | Legal Assistant | 6.00 | Additional preparation of trial testimony summary of Smith. |
| 05/27/2012 | Legal Assistant | 0.90 | Preparation of trial testimony summary of Gress. |
| 05/30/2012 | Legal Assistant | 6.00 | Preparation of trial testimony summary of Gress. |
| 07/02/2012 | Legal Assistant | 3.60 | Additional preparation of trial testimony summary of Gress. |
| 07/02/2012 | Legal Assistant | 0.30 | Preparation of trial testimony summary of Keller. |
| 07/02/2012 | Legal Assistant | 3.00 | Preparation of trial testimony summary of Saba |
| 07/05/2012 | Legal Assistant | 2.00 | Preparation of trial testimony summary of Bentzoni. |
| 07/05/2012 | Legal Assistant | 3.00 | Preparation of trial testimony summary of Morgan Young. |
| 07/09/2012 | Legal Assistant | 4.00 | Preparation of trial transcript summary of Morgan Young. |
| 07/11/2012 | Legal Assistant | 2.00 | Preparation of trial transcript summary of Patti Young. |
| 07/11/2012 | Legal Assistant | 0.50 | Preparation of trial transcript summary of Cheri West. |
| 07/11/2012 | Legal Assistant | 3.00 | Preparation of trial transcript summary of Donna Yozwiak |
| 07/12/2012 | Legal Assistant | 0.50 | Preparation of trial transcript summary of Donna Yozwiak. |
| 07/12/2012 | Legal Assistant | 0.60 | Preparation of trial transcript of Rocco Seiler. |
| 07/12/2012 | Legal Assistant | 1.40 | Preparation of trial transcript summary of Woginich |
| 07/12/2012 | Legal Assistant | 3.50 | Preparation of trial transcript summary of Kresge |
| 07/12/2012 | Legal Assistant | 0.60 | Preparation of trial transcript summary of Dr. Pedона. |
| 07/12/2012 | Legal Assistant | 1.00 | Preparation of trial transcript summary of Bill Young. |
| 07/30/2012 | Legal Assistant | 5.00 | Preparation of trial testimony summary of Pullo. |
| 03/01/2012 | Legal Assistant | 3.00 | Preparation of trial testimony summary of Dalmas. |
| | Total 2012 Professional Services 20... | 86.80 | |

**2012 Professional Services:2012 Legal Researcher/Writer**

| Date | Name | Duration | Notes |
|---|---|---|---|
| 02/02/2012 | Legal Researcher/... | 2.00 | Additional legal research for BIO to Motion to Stay Execution. |
| 02/03/2012 | Legal Researcher/ . | 2.00 | Legal research for BIO to Motion to Stay |
| 02/03/2012 | Legal Researcher/ . | 3.50 | Additional legal research for BIO to Motion to Stay Execution. |
| 02/04/2012 | Legal Researcher/ . | 4.50 | Additional legal research for BIO to Motion to Stay Execution. |
| 02/05/2012 | Legal Researcher/... | 5.00 | Additional legal research for BIO to Motion to Stay Execution. |
| 02/05/2012 | Legal Researcher/ .. | 4.00 | Preparation of BIO to Motion to Stay Execution. |
| 02/05/2012 | Legal Researcher/ | 4.25 | Preparation of BIO to Motion to Stay |
| 02/27/2012 | Legal Researcher/ . | 1.50 | Reviewed OP's Brief in Support in preparation of BIO to JNOV as well as trial transcripts. |
| 02/28/2012 | Legal Researcher/... | 4.00 | Reviewed OP's Brief in Support in preparation of BIO to JNOV as well as trial transcripts. |
| 02/29/2012 | Legal Researcher/ .. | 3.75 | Legal research in preparation of BIO to JNOV. |
| 03/01/2012 | Legal Researcher/... | 3.25 | Legal research in preparation of BIO to JNOV |
| 03/02/2012 | Legal Researcher/ . | 0.75 | Legal research in preparation of BIO to JNOV. |
| 03/05/2012 | Legal Researcher/ .. | 2.00 | Additional legal research in preparation of BIO to JNOV, including reviewing transcripts. |
| 03/06/2012 | Legal Researcher/.. | 3.25 | Additional legal research in preparation of BIO to JNOV, including reviewing transcripts |
| 03/07/2012 | Legal Researcher/ . | 2.25 | Additional legal research in preparation of BIO to JNOV, including reviewing transcripts |
| 03/08/2012 | Legal Researcher/. . | 2.00 | Additional legal research in preparation of BIO to JNOV, including reviewing transcripts |
| 03/09/2012 | Legal Researcher/ .. | 2.00 | Additional legal research in preparation of BIO to JNOV, including reviewing transcripts |
| 03/11/2012 | Legal Researcher/... | 0.50 | Additional legal research in preparation of BIO to JNOV, including reviewing transcripts. |
| 03/12/2012 | Legal Researcher/ | 2.25 | Additional legal research in preparation of BIO to JNOV. |
| 03/13/2012 | Legal Researcher/ .. | 0.75 | Additional legal research in preparation of BIO to JNOV. |
| 03/14/2012 | Legal Researcher/... | 1.50 | Additional legal research in preparation of BIO to JNOV. |
| 03/14/2012 | Legal Researcher/... | 1.00 | Preparation of BIO to JNOV. |
| 03/15/2012 | Legal Researcher/ . | 0.25 | Preparation of BIO to JNOV. |
| 03/16/2012 | Legal Researcher/ .. | 1.50 | Additional legal research in preparation of BIO to JNOV |
| 03/16/2012 | Legal Researcher/... | 1.50 | Preparation of BIO to JNOV. |
| 03/19/2012 | Legal Researcher/... | 2.50 | Additional preparation of BIO to JNOV. |
| 03/20/2012 | Legal Researcher/... | 2.00 | Additional preparation of BIO to JNOV |
| 03/21/2012 | Legal Researcher/ . | 1.25 | Additional preparation of BIO to JNOV |
| 03/21/2012 | Legal Researcher/... | 0.50 | Additional legal research in preparation of BIO to JNOV. |
| 03/22/2012 | Legal Researcher/... | 2.00 | Additional preparation of BIO to JNOV. |
| 03/23/2012 | Legal Researcher/... | 2.25 | Additional preparation of BIO to JNOV |
| 03/26/2012 | Legal Researcher/... | 2.00 | Additional legal research in preparation of BIO to JNOV. |
| 03/26/2012 | Legal Researcher/ . | 1.00 | Additional preparation of BIO to JNOV. |
| 03/26/2012 | Legal Researcher/... | 1.00 | Additional legal research in preparation of BIO to JNOV. |
| 03/27/2012 | Legal Researcher/ .. | 2.00 | Additional preparation of BIO to JNOV |
| 03/28/2012 | Legal Researcher/... | 2.00 | Additional preparation of BIO to JNOV. |
| 03/29/2012 | Legal Researcher/... | 2.00 | Additional preparation of BIO to JNOV. |
| 03/30/2012 | Legal Researcher/... | 1.50 | Additional preparation of BIO to JNOV. |
| 04/02/2012 | Legal Researcher/ . | 2.00 | Additional preparation of BIO to JNOV. |
| 04/03/2012 | Legal Researcher/... | 1.00 | Additional preparation of BIO to JNOV |
| 04/25/2012 | Legal Researcher/ . | 0.75 | Legal research on appeal based on closing comments that were not objected to |
| 05/25/2012 | Legal Researcher/ . | 1.00 | Additional legal research on appeal based on closing comments that were not objected to |
| 05/28/2012 | Legal Researcher/... | 2.50 | Additional legal research on appeal based on closing comments that were not objected to |
| 05/30/2012 | Legal Researcher/... | 2.50 | Additional legal research on appeal based on closing comments that were not objected to |
| 05/31/2012 | Legal Researcher/ | 2.50 | Additional legal research on appeal based on closing comments that were not objected to. |

Page 5

## Exhibit A

Case 3:07-cv-00854-MWB Document 635-1 Filed 07/12/16 Page 30 of 48

12:36 PM
07/11/16

**EMPLOY LAW OFFICES OF C L POLLICK**
**Time by Job Detail**
October 4, 2011 through June 27, 2016

| Date | Name | Duration | Notes |
|---|---|---|---|
| 06/01/2012 | Legal Research/J... | 2.00 | Additional legal research on appeal based on closing comments that were not objected to. |
| 07/18/2012 | Legal Research/J... | 4.00 | Legal research on appeal issues |
| 08/20/2012 | Legal research/J... | 2.00 | Legal research on appeal issues. |
| | Total 2012 Professional Services 30.. | 100.50 | |

**2013 Professional Services**

| Date | Name | Duration | Notes |
|---|---|---|---|
| 01/04/2013 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding case update. |
| 01/04/2013 | Cynthia L Pollick | 0.10 | Correspondence with Patti regarding case update |
| 01/17/2013 | Cynthia L Pollick | 0.40 | TC from Patti regarding case |
| 01/17/2013 | Cynthia L Pollick | 0.10 | Receipt of docket entry transferring case to new judge. |
| 01/17/2013 | Cynthia L Pollick | 0.10 | Co respondence with Patti regarding transfer. |
| 01/23/2013 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding Friend. |
| 01/23/2013 | Cynthia L Pollick | 0.10 | Correspondence with Patti regarding Friend. |
| 01/28/2013 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding Smith. |
| 01/28/2013 | Cynthia L Pollick | 0.10 | Correspondence with Patti regarding Smith |
| 02/07/2013 | Cynthia L Pollick | 0.10 | Receipt and review of Order on TC. |
| 02/08/2013 | Cynthia L Pollick | 0.30 | Preparation of Motion for Continuance. |
| 02/08/2013 | Cynthia L Pollick | 0.10 | receipt of docket entry changing date |
| 02/08/2013 | Cynthia L Pollick | 0.10 | Correspondence with OPs regarding continuance. |
| 02/08/2013 | Cynthia L Pollick | 0.10 | Correspondence from OP - Ginsburg concurring in motion |
| 02/08/2013 | Cynthia L Pollick | 0.10 | Receipt and review of docket entry changing date. |
| 02/10/2013 | Cynthia L Pollick | 0.30 | Preparation of Motion for Withdrawal. |
| 02/11/2013 | Cynthia L Pollick | 0.10 | Correspondence with OPs regarding conference |
| 02/11/2013 | Cynthia L Pollick | 0.10 | Correspondence from OP - Craig advising number is right. |
| 02/11/2013 | Cynthia L Pollick | 0.10 | Correspondence with OP - Craig thanking for concurrence. |
| 02/11/2013 | Cynthia L Pollick | 0.10 | Receipt of Order granting withdrawal motion. |
| 02/11/2013 | Cynthia L Pollick | 0.10 | Receipt and review of docket entry about transcript |
| 02/12/2013 | Cynthia L Pollick | 0.10 | TC with Patti regarding case trial dates |
| 02/12/2013 | Cynthia L Pollick | 0.10 | TC from Patti regarding trial dates. |
| 02/12/2013 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding trial dates. |
| 02/12/2013 | Cynthia L Pollick | 0.10 | TC from Patti regarding trial dates - 2d |
| 02/12/2013 | Cynthia L Pollick | 0.20 | Receipt and review of internal information for TC. |
| 02/13/2013 | Cynthia L Pollick | 0.50 | TC with OPs, Judge regarding case. |
| 02/13/2013 | Cynthia L Pollick | 0.20 | TC with Patti regarding update |
| 02/13/2013 | Cynthia L Pollick | 0.20 | Receipt and review of Order rescheduling new trial dates. |
| 02/13/2013 | Cynthia L Pollick | 0.10 | Correspondence with Patti regarding case update. |
| 02/13/2013 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding additional info on Smith's videos 2d. |
| 02/13/2013 | Cynthia L Pollick | 0.10 | Correspondence with Patti advising got both emails. |
| 02/13/2013 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding trial |
| 02/13/2013 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding additional info on Smith -2d |
| 02/13/2013 | Cynthia L Pollick | 0.10 | Correspondence from OP regarding location change. |
| 02/13/2013 | Cynthia L Pollick | 0.10 | Correspondence from OP providing new number. |
| 02/13/2013 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding willing part - 5th. |
| 02/13/2013 | Cynthia L Pollick | 0.10 | Correspondence with Patti advising no control over location. |
| 02/13/2013 | Cynthia L Pollick | 0.10 | Correspondence from Patti advising dates were incorrect - 6th. |
| 02/13/2013 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding Smith - 4th. |
| 02/18/2013 | Cynthia L Pollick | 0.10 | TC with Patti regarding case update |
| 02/19/2013 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding case. |
| 02/20/2013 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding Friend. |
| 02/20/2013 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding case - Smith - 2d. |
| 02/20/2013 | Cynthia L Pollick | 0.10 | Correspondence with Patti giving thoughts about Smith's videos |
| 02/21/2013 | Cynthia L Pollick | 0.10 | TC with Patti regarding case update. |
| 02/21/2013 | Cynthia L Pollick | 0.40 | TC from Patti regarding case update. |
| 02/21/2013 | Cynthia L Pollick | 0.20 | Correspondence from Patti regarding DVDs. |
| 02/24/2013 | Cynthia L Pollick | 0.10 | Correspondence from consultant regarding DVDs |
| 02/24/2013 | Cynthia L Pollick | 0.10 | Correspondence with consultant advising OK. |
| 02/25/2013 | Cynthia L Pollick | 0.10 | Correspondence with Patti regarding DVDs. |
| 03/02/2013 | Cynthia L Pollick | 0.10 | Correspondence with Tim regard ng IT help at trial. |
| 03/02/2013 | Cynthia L Pollick | 0.10 | Correspondence from Tim regarding IT support at trial. |
| 03/03/2013 | Cynthia L Pollick | 0.10 | Correspondence with Tim advising he'll be down Monday |
| 03/03/2013 | Cynthia L Pollick | 0.50 | Meeting with consult regarding exhibits |
| 03/06/2013 | Cynthia L Pollick | 0.10 | TC from Patti regarding case update. |
| 03/07/2013 | Cynthia L Pollick | 0.10 | Correspondence with Patti regarding VM |
| 03/07/2013 | Cynthia L Pollick | 0.10 | TC from Patti regarding case update. |
| 03/14/2013 | Cynthia L Pollick | 0.10 | TC with Patti regarding case update. |
| 03/16/2013 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding Smith's video. |
| 03/16/2013 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding CDs of Smith's stuff. |
| 03/17/2013 | Cynthia L Pollick | 0.10 | Correspondence with Patti thanking her for her good work. |
| 03/19/2013 | Cynthia L Pollick | 0.10 | Correspondence from TM regarding invoice. |
| 03/19/2013 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding witness Pastor John. |
| 03/20/2013 | Cynthia L Pollick | 0.10 | Correspondence with Patti advising I agree. |
| 03/24/2013 | Cynthia L Pollick | 0.10 | Correspondence from TM regarding invoice. |
| 04/01/2013 | Cynthia L Pollick | 0.20 | Correspondence with OPs regarding prepretrial and settlement. |
| 04/03/2013 | Cynthia L Pollick | 2.00 | Reviewed file for MiL and subpoenas. |
| 04/03/2013 | Cynthia L Pollick | 0.10 | TC from Ginsburg regarding pretrial. |
| 04/03/2013 | Cynthia L Pollick | 0.10 | TC with Ginsburg about pretrial. |
| 04/03/2013 | Cynthia L Pollick | 0.10 | TC from Ginsburg returning call |
| 04/03/2013 | Cynthia L Pollick | 0.10 | TC with Ginsburg regarding details for meeting |

Page 7

**Exhibit A**

378

12:35 PM
07/31/16

**EMPLOY LAW OFFICES OF C L POLLICK**
**Time by Job Detail**
October 4, 2011 through June 27, 2016

| Date | Name | Duration | Notes |
|------|------|----------|-------|
| 01/03/2013 | Cynthia L Pollick | 0.20 | TC from OP regarding issues about exhibits, etc |
| 04/03/2013 | Cynthia L Pollick | 0.10 | Correspondence with Patti regarding update |
| 04/03/2013 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding update |
| 04/04/2013 | Cynthia L Pollick | 0.10 | Correspondence with Patti regarding calling the l-rue/ica |
| 04/04/2013 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding Morgan and testimony, |
| 04/05/2013 | Cynthia L Pollick | 0.50 | Preparation of subpoena for 2nd trial (DY) |
| 04/05/2013 | Cynthia L Pollick | 0.50 | Preparation of subpoena for 2nd trial (JG). |
| 04/05/2013 | Cynthia L Pollick | 0.10 | Preparation of subpoena for 2nd trial (HW) |
| 04/05/2013 | Cynthia L Pollick | 0.30 | Preparation of subpoena for 2nd trial (LC) |
| 04/05/2013 | Cynthia L Pollick | 0.30 | Preparation of subpoena for 2nd trial (CR), |
| 04/05/2013 | Cynthia L Pollick | 0.30 | Preparation of subpoena for 2nd trial (SK). |
| 04/05/2013 | Cynthia L Pollick | 0.30 | Preparation of subpoena for 2nd trial (RS) |
| 04/05/2013 | Cynthia L Pollick | 0.30 | Preparation of subpoena for 2nd trial (CW) |
| 04/05/2013 | Cynthia L Pollick | 0.30 | Preparation of subpoena for 2nd trial (BS) |
| 04/05/2013 | Cynthia L Pollick | 0.50 | Preparation of subpoena for 2nd trial (WB). |
| 04/05/2013 | Cynthia L Pollick | 0.30 | Receipt and review of Defendants motion for Joinder |
| 04/05/2013 | Cynthia L Pollick | 0.30 | Receipt and review of Gross' motion for Joinder. |
| 04/05/2013 | Cynthia L Pollick | 0.20 | Correspondence from Smith's OP regarding case |
| 04/05/2013 | Cynthia L Pollick | 0.20 | Preparation of subpoena for 2nd trial (DY) |
| 04/09/2013 | Cynthia L Pollick | 0.10 | Correspondence from witness (DY) regarding new address. |
| 04/07/2013 | Cynthia L Pollick | 0.30 | Receipt and review of OP's Motion for Consideration. |
| 04/08/2013 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding new witness |
| 04/08/2013 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding witness' new address – 2d |
| 04/08/2013 | Cynthia L Pollick | 0.10 | Correspondence with Patti regarding thoughts. |
| 04/08/2013 | Cynthia L Pollick | 0.10 | Correspondence with Smith's OP advising stipulation Luther etc. |
| 04/08/2013 | Cynthia L Pollick | 0.10 | Correspondence from Patti advising witness' addresses changed – 4d, |
| 04/08/2013 | Cynthia L Pollick | 0.20 | Receipt and review of docketed stipulation. |
| 04/03/2013 | Cynthia L Pollick | 4.00 | Preparation of 4 Motions in Limine and Briefs in Support and the filing of the same, |
| 04/03/2013 | Cynthia L Pollick | 0.10 | Receipt and review of OP's Joinder – PVSD, |
| 04/09/2013 | Cynthia L Pollick | 0.10 | Correspondence with witness (DY) regarding new address |
| 04/03/2013 | Cynthia L Pollick | 0.20 | Receipt and review of OP's Motion for Joinder – Smith |
| 04/09/2013 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding Crosby. |
| 04/09/2013 | Cynthia L Pollick | 0.20 | Correspondence with Patti regarding motions. |
| 04/02/2013 | Cynthia L Pollick | 0.40 | Receipt and review of OP's motion in lime on things" |
| 04/03/2013 | Cynthia L Pollick | 0.30 | Receipt and review of Smith's MIL – pastor |
| 04/03/2013 | Cynthia L Pollick | 0.30 | Receipt and review of Smith's MIL – Pedone. |
| 04/09/2013 | Cynthia L Pollick | 0.30 | Receipt and review of Smith's MIL – Detective, |
| 04/09/2013 | Cynthia L Pollick | 0.30 | Receipt and review of Smith's MIL – Koller. |
| 04/09/2013 | Cynthia L Pollick | 0.30 | Receipt and review of Smith's MIL – prior verdict |
| 04/09/2013 | Cynthia L Pollick | 0.30 | Receipt and review of Smith's MIL – threats. |
| 04/03/2013 | Cynthia L Pollick | 0.50 | Receipt and review of PVSD MIL – teaching material |
| 04/09/2013 | Cynthia L Pollick | 0.30 | Receipt and review of PVSD MIL – retaliation |
| 04/03/2013 | Cynthia L Pollick | 0.30 | Receipt and review of PVSD MIL – harm to education, |
| 04/09/2013 | Cynthia L Pollick | 0.60 | Receipt and review of PVSD MIL – conduct of counsel. |
| 04/03/2013 | Cynthia L Pollick | 0.50 | Receipt and review of PVSD MIL – closing, |
| 04/09/2013 | Cynthia L Pollick | 0.10 | Correspondence with Patti advising witness DY contacted me, |
| 04/10/2013 | Cynthia L Pollick | 0.10 | Receipt and review of Order granting stipulation |
| 04/10/2013 | Cynthia L Pollick | 0.50 | Review of Smith's Brief in Support 2nd MIL – Pedone. |
| 04/10/2013 | Cynthia L Pollick | 0.50 | Review of Smith's Brief in Support 1st MIL – Pastor. |
| 04/10/2013 | Cynthia L Pollick | 0.20 | Receipt and review of OP PVSD Motion for Extension |
| 04/11/2013 | Cynthia L Pollick | 0.50 | Review of Smith's Brief in Support of MIL – Detective. |
| 04/11/2013 | Cynthia L Pollick | 0.50 | Review of Smith's Brief in Support of MIL – pastor. |
| 04/11/2013 | Cynthia L Pollick | 0.50 | Review of Smith's Brief in Support of MIL – Koller. |
| 04/11/2013 | Cynthia L Pollick | 0.50 | Review of PVSD Brief in Support of MIL on Plaintiff's conduct. |
| 04/11/2013 | Cynthia L Pollick | 0.50 | Review of PVSD Brief in Support of MIL – 7th. |
| 04/11/2013 | Cynthia L Pollick | 0.50 | Review of PVSD Brief in Support of MIL – 5th. |
| 04/12/2013 | Cynthia L Pollick | 0.30 | Preparation of Motion for 7 day extension and filing of the same. |
| 04/12/2013 | Cynthia L Pollick | 0.10 | Correspondence with OP's regarding extension. |
| 04/12/2013 | Cynthia L Pollick | 0.10 | Correspondence from OP advising concur. |
| 04/12/2013 | Cynthia L Pollick | 0.10 | Correspondence with OP's thanking them. |
| 04/12/2013 | Cynthia L Pollick | 0.50 | Review of PVSD Brief in Support of 4th MIL |
| 04/12/2013 | Cynthia L Pollick | 0.90 | Review of document 577-2 related to alleged improper questions. |
| 04/12/2013 | Cynthia L Pollick | 0.50 | Review of PVSD Brief in Support of MIL – 3d. |
| 04/14/2013 | Cynthia L Pollick | 0.50 | Preparation of pretrial material. |
| 04/15/2013 | Cynthia L Pollick | 0.10 | TC from OP regarding extension |
| 04/15/2013 | Cynthia L Pollick | 0.10 | Correspondence with Patti regarding witness' new address (CS). |
| 04/15/2013 | Cynthia L Pollick | 0.10 | Receipt and review of returned mail. |
| 04/15/2013 | Cynthia L Pollick | 0.10 | Correspondence from Patti advising will provide. |
| 04/15/2013 | Cynthia L Pollick | 0.10 | Correspondence with Patti advising OK. |
| 04/15/2013 | Cynthia L Pollick | 0.10 | TC from OP regarding extension – 2nd call |
| 04/15/2013 | Cynthia L Pollick | 0.10 | Correspondence from OP regarding both dates. |
| 04/15/2013 | Cynthia L Pollick | 0.10 | Receipt and review of OP's motion for extension, |
| 04/15/2013 | Cynthia L Pollick | 1.00 | Reviewed file to pull new exhibits. |
| 04/16/2013 | Cynthia L Pollick | 3.00 | Additional review of file to pull new exhibits. |
| 04/18/2013 | Cynthia L Pollick | 2.00 | Preparation of Pretrial Memo, finalization of Exhibit List, Special Verdict Qs, etc. |
| 04/16/2013 | Cynthia L Pollick | 0.10 | Receipt and review of Order granting Plaintiffs' extension. |
| 04/17/2013 | Cynthia L Pollick | 0.20 | Correspondence with OPs regarding exhibits |
| 04/17/2013 | Cynthia L Pollick | 0.20 | Correspondence from OP regarding new exhibits – Friend. |

Page 5

**Exhibit A**

Case 3:07-cv-00854-MWB Document 635-1 Filed 07/12/16 Page 32 of 48

12 35 PM
07/11/16

**EMPLOY LAW OFFICES OF C L POLLICK**
**Time by Job Detail**
October 4, 2011 through June 27, 2016

| Date | Name | Duration | Notes |
|---|---|---|---|
| 04/17/2013 | Cynthia L Pollck | 0.10 | Receipt and review of Order granting OP's motion for extension. |
| 04/18/2013 | Cynthia L Pollck | 2.50 | Additional preparation of pretrial memo and filing the same. |
| 04/18/2013 | Cynthia L Pollick | 0.60 | Additional preparation of special verdict form and filing the same |
| 04/18/2013 | Cynthia L Pollick | 0.40 | Receipt and review of OP's witness List |
| 04/18/2013 | Cynthia L Pollck | 0.10 | Correspondence with Patti regarding filings |
| 04/18/2013 | Cynthia L Pollick | 0.10 | Correspondence from Patti advising agrees will additions |
| 04/19/2013 | Cynthia L Pollick | 5.00 | Additional preparation of BIO to MIL on four jus. Included further legal research, etc. |
| 04/19/2013 | Cynthia L Pollick | 0.70 | Preparation of Answer to Defendants' Motion for Rule 50 and filing of the same. |
| 04/19/2013 | Cynthia L Pollick | 0.50 | Preparation of Motion to Strike, Order, and filing of the same. |
| 04/19/2013 | Cynthia L Pollick | 0.10 | Receipt and review of Order granting Jo nder |
| 04/19/2013 | Cynthia L Pollick | 0.50 | Receipt and review of OP's Motion for Rule 50 |
| 04/19/2013 | Cynthia L Pollick | 0.10 | Correspondence with Patti attaching new motion filed. |
| 04/19/2013 | Cynthia L Pollick | 0.20 | TC with Patti regarding new mot on, etc |
| 04/19/2013 | Cynthia L Pollick | 0.10 | Correspondence with OP regarding motion to strike – Smith's filings. |
| 04/19/2013 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding address |
| 04/19/2013 | Cynthia L Pollick | 0.10 | Correspondence with Patti thanking her for info. |
| 04/19/2013 | Cynthia L Pollick | 0.10 | Receipt and review of Order granting Smith's Joinder requests. |
| 04/19/2013 | Cynthia L Pollick | 0.10 | Correspondence with PI regarding address |
| 04/19/2013 | Cynthia L Pollick | 0.20 | Preparation of revised subpoena for witness CS |
| 04/20/2013 | Cynthia L Pollck | 0.90 | Review of OP's Brief in Support of Rule 50. |
| 04/21/2013 | Cynthia L Pollck | 0.50 | Preparation and filing of Objection to Joinders and filing of the same |
| 04/21/2013 | Cynthia L Pollick | 0.10 | Correspondence from OP advising he's missing exhibits. |
| 04/21/2013 | Cynthia L Pollick | 0.10 | Correspondence with OP advising he s got everything. |
| 04/21/2013 | Cynthia L Pollick | 0.10 | Correspondence from OP advising he s not sure |
| 04/21/2013 | Cynthia L Pollick | 0.10 | Correspondence with OP no he's right, he's got everything |
| 04/21/2013 | Cynthia L Pollick | 0.10 | Correspondence from PI conveying info. |
| 04/22/2013 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding info. |
| 04/22/2013 | Cynthia L Pollick | 0.10 | Correspondence with Patti advising don t know. |
| 04/22/2013 | Cynthia L Pollick | 0.10 | Correspondence from Patti reyo ding motions |
| 04/22/2013 | Cynthia L Pollick | 0.10 | Correspondence with Patti advising thoughts. |
| 04/22/2013 | Cynthia L Pollick | 0.10 | Correspondence from OP regard ng leave of court. |
| 04/23/2013 | Cynthia L Pollck | 0.20 | Correspondence with OP regard ng sanctions |
| 03/23/2013 | Cynthia L Pollick | 3.40 | Preparation of Rule 11 Sanctions. |
| 04/23/2013 | Cynthia L Pollck | 0.20 | Receipt and review of OP's witness list revision. |
| 04/23/2013 | Cynthia L Pollick | 0.20 | Receipt and review of OP's witness list – Joinder |
| 04/23/2013 | Cynthia L Pollics | 0.20 | Receipt and review of Joint Motion and Order |
| 04/23/2013 | Cynthia L Pollick | 0.70 | Receipt and review of Smith's Pretrial |
| 04/23/2013 | Cynthia L Pollck | 0.30 | Receipt and review of OP's Motion for Leave. |
| 04/23/2013 | Cynthia L Pollick | 0.40 | Receipt and review of OP's Brief in Support of Motion for Leave. |
| 04/23/2013 | Cynthia L Pollick | 0.70 | Receipt and review of OP's Voir Dire Levin |
| 04/23/2013 | Cynthia L Pollick | 0.10 | Preparation of revised subpoena for witness (CS). |
| 04/23/2013 | Cynthia L Pollick | 0.90 | Preparation of Jury Instructions and filing of the same. |
| 04/23/2013 | Cynthia L Pollick | 0.90 | Preparation of Voir Dire and filing of the same. |
| 04/23/2013 | Cynthia L Pollick | 0.40 | Receipt of OP's BIO to due process. |
| 04/23/2013 | Cynthia L Pollick | 0.20 | Receipt and review of OP's answer to MIL due process. |
| 04/23/2013 | Cynthia L Pollick | 0.10 | Correspondence from OP regarding jury instructions. |
| 04/23/2013 | Cynthia L Pollick | 0.10 | Correspondence with OP advising will appose. |
| 04/23/2013 | Cynthia L Pollick | 0.10 | Correspondence from OP advising he wants to tax. |
| 04/23/2013 | Cynthia L Pollick | 0.40 | Receipt and review of Brief in Support of PVSD Motion to File excess Jury Instructions |
| 04/23/2013 | Cynthia L Pollick | 0.20 | Receipt and review of PVSD Motion to File excess Jury Instructions. |
| 04/23/2013 | Cynthia L Pollick | 0.90 | Reviewed PVSD' proposed additional jury instructions. |
| 04/23/2013 | Cynthia L Pollick | 0.20 | Receipt and review of OPs Answer to MIL on employment history |
| 04/23/2013 | Cynthia L Pollick | 0.30 | Receipt and review of OPs BIO to Smith's Due Process rights. |
| 04/23/2013 | Cynthia L Pollick | 0.20 | Receipt and review of OPs Answer to Plaintiff MIL on due process on Smith. |
| 04/24/2013 | Cynthia L Pollick | 4.00 | Additional preparation of BIO to PV3D MIL – 1st – teaching materials |
| 04/24/2013 | Cynthia L Pollick | 0.70 | Review of OP's PVSD MIL – First. |
| 04/24/2013 | Cynthia L Pollick | 0.20 | Receipt and review of OP's answer to MIL on employment |
| 04/24/2013 | Cynthia L Pollick | 4.00 | Additional preparation of BIO to PSVD MIL – 2nd motion – unseen material |
| 04/24/2013 | Cynthia L Pollick | 1.00 | Reviewed legal research in preparation for BIOs to MILs. |
| 04/24/2013 | Cynthia L Pollick | 0.50 | Reviewed PVSD's Brief in Support on Second MIL (unseen items). |
| 04/24/2013 | Cynthia L Pollick | 0.20 | Correspondence from OP advising he wants to be excused from pretrial conference |
| 04/24/2013 | Cynthia L Pollick | 0.50 | Receipt and review of PVSD Third MIL (protected activity). |
| 04/25/2013 | Cynthia L Pollick | 4.00 | Additional preparation of BIO to PVSD Third MIL (protected activity). |
| 04/25/2013 | Cynthia L Pollick | 0.50 | Review of OP's PVSD MIL – 4th. |
| 04/25/2013 | Cynthia L Pollick | 0.70 | Preparation of BIO to MIL PVSD – 4th. |
| 04/25/2013 | Cynthia L Pollick | 0.10 | Correspondence from Patti on Friend. |
| 04/25/2013 | Cynthia L Pollick | 0.10 | Correspondence with Patti giving thoughts |
| 04/25/2013 | Cynthia L Pollick | 0.10 | Correspondence from Patti with 2nd one on Friend |
| 04/25/2013 | Cynthia L Pollick | 0.10 | Correspondence with Patti regard ng things |
| 04/25/2013 | Cynthia L Pollick | 0.10 | Correspondence from Patti giving me her thoughts. |
| 04/25/2013 | Cynthia L Pollick | 0.10 | Correspondence with Patti giving her my thoughts. |
| 04/26/2013 | Cynthia L Pollick | 3.00 | Preparation of BIO to MIL PVSD – 4th. |
| 04/26/2013 | Cynthia L Pollick | 0.40 | Receipt and review of Smith's 6th MIL |
| 04/26/2013 | Cynthia L Pollick | 4.30 | Additional preparation of BIO to Smith's MILs – 1st, 2d, 6th and filing of the same. |
| 04/26/2013 | Cynthia L Pollick | 0.10 | Correspondence with Patti advising gave wrong time. |
| 04/26/2013 | Cynthia L Pollick | 0.10 | Correspondence from Patti OK about meeting before pretrial. |
| 04/26/2013 | Cynthia L Pollick | 0.10 | Correspondence from OP regarding jury instructions – word. |
| 04/26/2013 | Cynthia L Pollick | 1.60 | Additional preparation of remaining BIO to MIL, reviewing T R. |

Page 9

**Exhibit A**

380

12:96 PM
07/11/16

EMPLOY LAW OFFICES OF C L POLLICK
## Time by Job Detail
October 4, 2011 through June 27, 2016

| Date | Name | Duration | Notes |
|---|---|---|---|
| 04/26/2013 | Cynthia L Pollick | 0.10 | Correspondence with Paul sending filings. |
| 04/26/2013 | Cynthia L Pollick | 0.10 | Correspondence with Patti regarding more filings. |
| 04/27/2013 | Cynthia L Pollick | 4.00 | Additional preparation of BIO to MIL - 5th PVSD, 5mith 3rd, 4th and filing the same. |
| 04/27/2013 | Cynthia L Pollick | 0.40 | Review of Brief in Support of MIL #5 - 5 VSD. |
| 04/27/2013 | Cynthia L Pollick | 3.00 | Additional preparation of BIO to Gh and Jim PVSD |
| 04/27/2013 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding info on educator misconduct |
| 04/27/2013 | Cynthia L Pollick | 0.10 | Correspondence with Patti advising good find. |
| 04/28/2013 | Cynthia L Pollick | 0.70 | Review of Smith's Jury Instructions. |
| 04/28/2013 | Cynthia L Pollick | 1.00 | Additional repars on and filing of BIO in Rule 50. |
| 04/29/2013 | Cynthia L Pollick | 2.00 | Printing out and organized trial notebook for prekset tomorrow |
| 04/29/2013 | Cynthia L Pollick | 0.10 | TC from witness (CS) regarding time change. |
| 04/29/2013 | Cynthia L Pollick | 0.20 | Receipt and review of OP's Motion for Leave - Smith. |
| 04/29/2013 | Cynthia L Pollick | 0.10 | Correspondence from OP regarding 2 MILs - Freeml |
| 04/29/2013 | Cynthia L Pollick | 0.10 | Correspondence with OP advising do not concur - Smith. |
| 04/29/2013 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding address. |
| 04/29/2013 | Cynthia L Pollick | 0.10 | Correspondence with Patti regarding PI info. |
| 04/29/2013 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding case update |
| 04/29/2013 | Cynthia L Pollick | 0.10 | Correspondence with Patti advising gave it to PI. |
| 04/29/2013 | Cynthia L Pollick | 0.80 | Receipt and review of OP's Brief in Support of MIL - Roisman. |
| 04/29/2013 | Cynthia L Pollick | 0.40 | Review of Smith OP's Brief in Support of new Exhibits (MIL). |
| 04/29/2013 | Cynthia L Pollick | 0.10 | Correspondence from witness (DZ) regarding scheduling. |
| 04/29/2013 | Cynthia L Pollick | 0.50 | Correspondence with witness (DZ) advising will get back with her by Wed. |
| 04/29/2013 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding surveys. |
| 04/29/2013 | Cynthia L Pollick | 0.10 | Correspondence with Patti attaching exhibit will be using. |
| 04/29/2013 | Cynthia L Pollick | 0.20 | Correspondence with Polli regarding filings. |
| 04/30/2013 | Cynthia L Pollick | 4.00 | Travel to and from Williamsport for pretrial conference. |
| 04/30/2013 | Cynthia L Pollick | 4.30 | Appearance at pretrial conference included pre and post meetings with clients. |
| 04/30/2013 | Cynthia L Pollick | 0.50 | Preparation of Motion to Strike untimely MILs and filing of the same |
| 04/30/2013 | Cynthia L Pollick | 0.70 | TC from Kathy of Judge Brann's chambers regarding exhibit books in Young. |
| 04/30/2013 | Cynthia L Pollick | 0.10 | TC with consultant advising trial postponed. |
| 04/30/2013 | Cynthia L Pollick | 1.80 | Additional legal research for BIO to MIL on closing statements. |
| 04/30/2013 | Cynthia L Pollick | 0.80 | Discussion with LA regarding pretrial |
| 04/30/2013 | Cynthia L Pollick | 0.10 | Correspondence from PI regarding subpoena pickup |
| 04/30/2013 | Cynthia L Pollick | 0.10 | Correspondence with OPs regarding striking MILs. |
| 05/01/2013 | Cynthia L Pollick | 0.10 | Correspondence with witness (DY) regarding trial time. |
| 05/01/2013 | Cynthia L Pollick | 0.10 | Correspondence from witness (DY) advising date is OK. |
| 05/01/2013 | Cynthia L Pollick | 0.10 | Correspondence from OP regarding concurrence - Smith |
| 05/01/2013 | Cynthia L Pollick | 0.10 | Correspondence from OP PVSD advising concur. |
| 05/01/2013 | Cynthia L Pollick | 0.10 | Correspondence with OPs regarding non-concurrence - Smith. |
| 05/01/2013 | Cynthia L Pollick | 0.10 | Correspondence with OPs advising filing motion to strike. |
| 05/01/2013 | Cynthia L Pollick | 0.10 | Correspondence from Kathy regarding exhibits |
| 05/01/2013 | Cynthia L Pollick | 0.10 | Correspondence with kathy thanking her. |
| 05/01/2013 | Cynthia L Pollick | 0.10 | Correspondence with PI regarding pickup. |
| 05/01/2013 | Cynthia L Pollick | 0.10 | Correspondence from PI particulars. |
| 05/02/2013 | Cynthia L Pollick | 0.80 | Preparation of Brief in Support of Motion to Strike and filing the same |
| 05/02/2013 | Cynthia L Pollick | 0.40 | Review of OP's Brief in Support of MIL 75-82. |
| 05/02/2013 | Cynthia L Pollick | 0.70 | Review of OP's Brief in Support of MIL on Roisman. |
| 05/02/2013 | Cynthia L Pollick | 0.10 | Receipt and review of Order granting page extension. |
| 05/02/2013 | Cynthia L Pollick | 0.70 | Receipt and review of Order allowing S.J. |
| 05/02/2013 | Cynthia L Pollick | 0.30 | Receipt and review of Order moving trial to July and issuing other orders |
| 05/02/2013 | Cynthia L Pollick | 0.10 | Correspondence with Patti regarding order. |
| 05/03/2013 | Cynthia L Pollick | 1.50 | Additional preparation of BIO to 7th MIL, and supplemental authority. |
| 05/03/2013 | Cynthia L Pollick | 0.10 | Correspondence returning email |
| 05/03/2013 | Cynthia L Pollick | 0.30 | Receipt of OPs BIO to all about the money. |
| 05/03/2013 | Cynthia L Pollick | 0.20 | Receipt of OPs answer to MIL all about the money. |
| 05/03/2013 | Cynthia L Pollick | 0.20 | Receipt of OPs answer to MIL on Dragan. |
| 05/03/2013 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding Meagan |
| 05/05/2013 | Cynthia L Pollick | 0.10 | Correspondence with Patti advising keep the faith and will talk with her after trial. |
| 05/06/2013 | Cynthia L Pollick | 0.20 | Receipt and review of OP's Motion for Leave. |
| 05/06/2013 | Cynthia L Pollick | 0.10 | TC from OP regarding case. |
| 05/06/2013 | Cynthia L Pollick | 0.10 | Correspondence from OP regarding motion for leave |
| 05/06/2013 | Cynthia L Pollick | 1.00 | Receipt and review of PVSD Motion for SJ Brief, exhibits. |
| 05/06/2013 | Cynthia L Pollick | 0.60 | Receipt and review of Smith's MSJ. |
| 05/07/2013 | Cynthia L Pollick | 0.10 | TC from OP regarding case. |
| 05/07/2013 | Cynthia L Pollick | 0.10 | Correspondence with OP advising will call when get out of trial |
| 05/07/2013 | Cynthia L Pollick | 0.00 | Correspondence from OP thanking me. |
| 05/07/2013 | Cynthia L Pollick | 0.10 | Correspondence from PI regarding subpoenas |
| 05/07/2013 | Cynthia L Pollick | 0.10 | Correspondence with PI advising at front desk. |
| 05/10/2013 | Cynthia L Pollick | 0.20 | TC with OP regarding case. |
| 05/10/2013 | Cynthia L Pollick | 0.20 | TC from OP regarding settlement |
| 05/10/2013 | Cynthia L Pollick | 0.40 | Review of OP's MSJ - Gress. |
| 05/10/2013 | Cynthia L Pollick | 0.80 | Receipt and review of OP's BIO to MIL on Dragan. |
| 05/10/2013 | Cynthia L Pollick | 0.10 | TC from Patti regarding case. |
| 05/10/2013 | Cynthia L Pollick | 0.40 | TC with Patti regarding case. |
| 05/10/2013 | Cynthia L Pollick | 0.40 | Receipt and review of OP's Brief in Support of Leave - PVSD. |
| 05/10/2013 | Cynthia L Pollick | 0.30 | Receipt and review of OP's Motion for Leave. |
| 05/10/2013 | Cynthia L Pollick | 0.10 | Correspondence from PI advising served subpoenas. |
| 05/10/2013 | Cynthia L Pollick | 0.10 | Correspondence with PI thanking him. |

Page 10

Exhibit A

12:38 PM
07/11/16

EMPLOY LAW OFFICES OF C L POLLICK
**Time by Job Detail**
October 4, 2011 through June 27, 2016

| Date | Name | Duration | Notes |
|------|------|----------|-------|
| 05/10/2013 | Cynthia L Pollick | 0.30 | Review of PI's return of affidavits for service of subpoenas. |
| 05/11/2013 | Cynthia L Pollick | 0.50 | Receipt of OP's Statement of Facts. |
| 05/13/2013 | Cynthia L Pollick | 1.00 | Additional preparation of BIO to MILs and filing of the same |
| 05/15/2013 | Cynthia L Pollick | 0.70 | Receipt and review of OP's concise statement of facts - Smith. |
| 05/15/2013 | Cynthia L Pollick | 0.20 | Review of affidavits of service from PI. |
| 05/15/2013 | Cynthia L Pollick | 0.80 | Receipt and review of OP's concise statement of facts - PVSD. |
| 05/15/2013 | Cynthia L Pollick | 0.30 | Review of OP's Motion for Leave - PVSD. |
| 05/15/2013 | Cynthia L Pollick | 0.30 | Review of OP's Brief in Support of Motion for Leave - PVSD. |
| 05/15/2013 | Cynthia L Pollick | 0.90 | Review of OP's Brief in Support of MSJ - Smith. |
| 05/17/2013 | Cynthia L Pollick | 0.50 | Receipt of OP's BIO to MTS |
| 05/17/2013 | Cynthia L Pollick | 0.20 | Receipt of OP's Reply to MTS. |
| 05/20/2013 | Cynthia L Pollick | 7.40 | Additional preparation of BIO to MSJ - Smith, including preparation of affidavit. |
| 05/20/2013 | Cynthia L Pollick | 0.10 | Correspondence from Meagan regarding info. |
| 05/20/2013 | Cynthia L Pollick | 0.10 | Correspondence with Meagan advising hope to have affat by wednesday. |
| 05/21/2013 | Cynthia L Pollick | 5.40 | Additional preparation of BIO to MSJ - Smith, including preparation of affidavit. |
| 05/21/2013 | Cynthia L Pollick | 1.50 | Preparation of BIO to PVSD motion for leave to file SJ. |
| 05/21/2013 | Cynthia L Pollick | 0.10 | Correspondence with Meagan regarding email address. |
| 05/21/2013 | Cynthia L Pollick | 0.10 | Correspondence from Meagan regarding email. |
| 05/21/2013 | Cynthia L Pollick | 0.10 | Correspondence from OP advising no objection. |
| 05/21/2013 | Cynthia L Pollick | 0.10 | Correspondence with OPA regarding word extension |
| 05/21/2013 | Cynthia L Pollick | 0.10 | Correspondence with Meagan regarding affidavit. |
| 05/21/2013 | Cynthia L Pollick | 0.10 | Correspondence from Meagan advising she will review. |
| 05/21/2013 | Cynthia L Pollick | 0.10 | Correspondence with Meagan telling her to take her time. |
| 05/21/2013 | Cynthia L Pollick | 0.30 | Preparation of Motion for Extension and Order, and filing of the same. |
| 05/21/2013 | Cynthia L Pollick | 0.10 | Correspondence with Meagan regarding affidavit. |
| 05/21/2013 | Cynthia L Pollick | 0.10 | Correspondence from Meagan advising will review. |
| 05/21/2013 | Cynthia L Pollick | 0.10 | Correspondence with Meagan advising no rush. |
| 05/21/2013 | Cynthia L Pollick | 0.10 | Correspondence from Meagan regarding revisions |
| 05/21/2013 | Cynthia L Pollick | 0.10 | Correspondence with Meagan advising send clean copy. |
| 05/21/2013 | Cynthia L Pollick | 0.10 | Correspondence from Meagan regarding changes. |
| 05/21/2013 | Cynthia L Pollick | 0.60 | TC with Meagan regarding affidavit. |
| 05/22/2013 | Cynthia L Pollick | 0.30 | Receipt and review of Meagan's changes to affidavit |
| 05/22/2013 | Cynthia L Pollick | 0.10 | Correspondence from Meagan regarding fax number. |
| 05/22/2013 | Cynthia L Pollick | 0.10 | Correspondence with Meagan regarding fax #. |
| 05/22/2013 | Cynthia L Pollick | 0.10 | Correspondence from Meagan regarding scanned copy. |
| 05/22/2013 | Cynthia L Pollick | 0.10 | Correspondence with Meagan regarding copies |
| 05/22/2013 | Cynthia L Pollick | 0.10 | Correspondence with Meagan regarding scanned copy. |
| 05/22/2013 | Cynthia L Pollick | 0.10 | Correspondence from email service didn't make it. |
| 05/22/2013 | Cynthia L Pollick | 0.10 | Receipt and review of Order granting extension. |
| 05/22/2013 | Cynthia L Pollick | 0.20 | Receipt and review of Order denying motion for leave to file SJ. |
| 05/22/2013 | Cynthia L Pollick | 0.10 | Correspondence with Meagan regarding revised affidavit. |
| 05/22/2013 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding more info on case related to Smith. |
| 05/22/2013 | Cynthia L Pollick | 0.10 | Correspondence with Patti advising OK. |
| 05/22/2013 | Cynthia L Pollick | 0.10 | Correspondence with Meagan regarding error message. |
| 05/23/2013 | Cynthia L Pollick | 3.00 | Additional preparation of Statement of Facts in Dispute. |
| 05/23/2013 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding info on PV. |
| 05/23/2013 | Cynthia L Pollick | 0.10 | Correspondence with Patti advising I will look into it. |
| 05/23/2013 | Cynthia L Pollick | 0.40 | Legal research on PV and Cress. |
| 05/23/2013 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding info. |
| 05/24/2013 | Cynthia L Pollick | 0.50 | Finalizing and filing of BIO to MSJ - 2nd one. |
| 05/25/2013 | Cynthia L Pollick | 0.90 | Reviewed CDs for transfer along with documents for upcoming trial. |
| 05/28/2013 | Cynthia L Pollick | 0.10 | Correspondence from Patti about witness (TC). |
| 05/28/2013 | Cynthia L Pollick | 0.10 | Correspondence with Patti advising PI served him. |
| 05/28/2013 | Cynthia L Pollick | 0.10 | Correspondence with Patti advising did not speak with witness (TC). |
| 05/28/2013 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding more info on witness (TC). |
| 05/28/2013 | Cynthia L Pollick | 0.10 | Correspondence with Patti advising OK. |
| 05/29/2013 | Cynthia L Pollick | 0.10 | Correspondence from Patti requesting update. |
| 05/29/2013 | Cynthia L Pollick | 0.10 | Correspondence with Patti giving her status update. |
| 05/29/2013 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding thoughts. |
| 05/29/2013 | Cynthia L Pollick | 0.10 | Correspondence with Patti giving more info. |
| 08/04/2013 | Cynthia L Pollick | 0.60 | TC with Patti regarding case update. |
| 08/06/2013 | Cynthia L Pollick | 0.10 | TC from PM regarding case. |
| 08/06/2013 | Cynthia L Pollick | 0.10 | TC with PM regarding case is moved until 7/22. |
| 08/10/2013 | Cynthia L Pollick | 0.10 | Correspondence from OP regarding jury instructions. |
| 08/12/2013 | Cynthia L Pollick | 0.10 | Correspondence from Patti advising of surgery change. |
| 08/12/2013 | Cynthia L Pollick | 0.10 | Correspondence with Patti advising OK |
| 08/14/2013 | Cynthia L Pollick | 1.00 | Preparation and filing of Witness List. |
| 08/19/2013 | Cynthia L Pollick | 0.10 | TC from OP regarding video. |
| 08/20/2013 | Cynthia L Pollick | 0.10 | TC from OP regarding video and VM. |
| 08/20/2013 | Cynthia L Pollick | 0.10 | Correspondence from OP regarding Daimns. |
| 08/22/2013 | Cynthia L Pollick | 0.40 | Preparation of Motion for PO and filing of the same. |
| 08/27/2013 | Cynthia L Pollick | 0.10 | Preparation of Order on PO. |
| 08/22/2013 | Cynthia L Pollick | 0.60 | Preparation of Brief in Support of Motion for PO and filing the same. |
| 08/22/2013 | Cynthia L Pollick | 0.10 | Correspondence with OP regarding PO. |
| 08/22/2013 | Cynthia L Pollick | 0.10 | Correspondence from OP regarding motion. |
| 08/22/2013 | Cynthia L Pollick | 0.10 | Correspondence with OP advising he insisted on video depo. |
| 08/22/2013 | Cynthia L Pollick | 0.20 | Review of OP's witness list - PVSD. |
| 08/22/2013 | Cynthia L Pollick | 0.20 | Review of OP's witness list - Smith |

Page 11

Exhibit A

382

12:36 PM
07/11/16

**EMPLOY LAW OFFICES OF C L POLLICK**
**Time by Job Detail**
October 4, 2011 through June 27, 2016

| Date | Name | Duration | Notes |
|---|---|---|---|
| 06/22/2013 | Cynthia L Pollick | 0.30 | Review of OP's Motion to Strike Affidavit. |
| 08/22/2013 | Cynthia L Pollick | 0.70 | Review of Smith OP s Reply Brief |
| 06/22/2013 | Cynthia L Pollick | 0.50 | Review of OP's Brief in Support of MTS |
| 06/25/2013 | Cynthia L Pollick | 0.20 | Correspondence from Friend regarding letter to witness KD. |
| 06/25/2013 | Cynthia L Pollick | 0.20 | Correspondence from Friend regarding letter to witness Dr. Pulk. |
| 09/25/2013 | Cynthia L Pollick | 0.20 | Correspondence from Friend regarding letter to witness AF. |
| 08/25/2013 | Cynthia L Pollick | 0.20 | Correspondence from Friend regarding letter to witness JG. |
| 08/26/2013 | Cynthia L Pollick | 0.40 | TC from Patti seek ng update. |
| 05/26/2013 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding Dalmas. |
| 06/26/2013 | Cynthia L Pollick | 0.10 | Correspondence with Patti advising OK. |
| 06/26/2013 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding case. |
| 06/26/2013 | Cynthia L Pollick | 0.10 | Correspondence with Patti advising call me. |
| 06/27/2013 | Cynthia L Pollick | 0.30 | Correspondence from OP regarding Dalmas along with subpoena |
| 06/27/2013 | Cynthia L Pollick | 0.10 | Correspondence from VE regarding subpoena for AD. |
| 06/27/2013 | Cynthia L Pollick | 0.20 | Correspondence from CS regarding case. |
| 06/27/2013 | Cynthia L Pollick | 0.20 | Review of subpoena for KD by Friend. |
| 06/29/2013 | Cynthia L Pollick | 0.50 | Review of OP' BIO to Motion for PO. |
| 06/29/2013 | Cynthia L Pollick | 0.00 | Preparation of Reply Brief to Defendants' BIO and filing of the same. |
| 08/30/2013 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding pastor's time. |
| 08/30/2013 | Cynthia L Pollick | 0.10 | Correspondence with Patti will be calling him can weds today |
| 07/01/2013 | Cynthia L Pollick | 0.10 | TC with Patti regarding addresses. |
| 07/01/2013 | Cynthia L Pollick | 0.20 | Preparation of subpoena for witness (DrP) |
| 07/01/2013 | Cynthia L Pollick | 0.20 | Preparation of subpoena for witness (JP). |
| 07/01/2013 | Cynthia L Pollick | 0.20 | Preparation of subpoena for witness (AM). |
| 07/01/2013 | Cynthia L Pollick | 2.00 | Additional preparation of BIO to Motion to Strike and filing the same. |
| 07/01/2013 | Cynthia L Pollick | 0.20 | Correspondence with witness (Dr P) regarding subpoena |
| 07/01/2013 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding address witness KV. |
| 07/01/2013 | Cynthia L Pollick | 0.40 | Review of subpoena by Ginsburg along with Notice of Deposition at Friend's office. |
| 07/02/2013 | Cynthia L Pollick | 0.40 | TC from Patti regarding case update. |
| 07/02/2013 | Cynthia L Pollick | 0.10 | Correspondence with Patti thanking her for info |
| 07/02/2013 | Cynthia L Pollick | 0.10 | Correspondence with Patti regarding Order. |
| 07/02/2013 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding case status. |
| 07/03/2013 | Cynthia L Pollick | 0.10 | TC from KM regarding case. |
| 07/03/2013 | Cynthia L Pollick | 0.10 | TC from KM regarding case – 2nd |
| 07/03/2013 | Cynthia L Pollick | 0.10 | TC with KM advising 7/12 is OK. |
| 07/03/2013 | Cynthia L Pollick | 0.10 | Correspondence with Patti regarding latest order |
| 07/03/2013 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding thoughts. |
| 07/03/2013 | Cynthia L Pollick | 0.10 | Correspondence with Patti regarding case status. |
| 07/03/2013 | Cynthia L Pollick | 0.10 | Correspondence with PI regarding service on Smith. |
| 07/03/2013 | Cynthia L Pollick | 0.10 | Correspondence from PI advising wi I p ck up today. |
| 07/03/2013 | Cynthia L Pollick | 0.10 | Correspondence with PI thanking him. |
| 07/03/2013 | Cynthia L Pollick | 0.10 | Receipt and review of Order rescheduling TC. |
| 07/03/2013 | Cynthia L Pollick | 0.10 | Correspondence with Patti advising my thoughts |
| 07/04/2013 | Cynthia L Pollick | 0.10 | Correspondence from KM regarding pretrial call. |
| 07/04/2013 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding testimony. |
| 07/05/2013 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding more info on Smith |
| 07/05/2013 | Cynthia L Pollick | 0.10 | Correspondence with Patti thanking her for help. |
| 07/08/2013 | Cynthia L Pollick | 4.00 | Preparation for trial included reviewing testimony questions on Gross and Smith, reviewed witness |
| 07/08/2013 | Cynthia L Pollick | 0.10 | Correspondence from OP regarding add'l exhibit. |
| 07/08/2013 | Cynthia L Pollick | 0.10 | Correspondence from OP regarding new exhibit. |
| 07/08/2013 | Cynthia L Pollick | 0.10 | Correspondence with OP regarding new exhibit. |
| 07/08/2013 | Cynthia L Pollick | 0.10 | Correspondence from OP trying to explain more |
| 07/08/2013 | Cynthia L Pollick | 0.10 | Correspondence with OP advising I still have to look at it. |
| 07/08/2013 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding information on witness |
| 07/09/2013 | Cynthia L Pollick | 0.10 | Correspondence with PI regarding address for CK |
| 07/09/2013 | Cynthia L Pollick | 0.10 | TC from Atty Shelby regarding subpoena. |
| 07/09/2013 | Cynthia L Pollick | 0.20 | Correspondence with Judge regarding TC |
| 07/09/2013 | Cynthia L Pollick | 4.50 | Preparation for trial included reviewing testimony questions for witnesses DrP, BB, DrV, CS, DV, RY |
| 07/09/2013 | Cynthia L Pollick | 0.10 | Correspondence from Atty Shelby regarding length of testimony. |
| 07/09/2013 | Cynthia L Pollick | 0.10 | Correspondence with Atty Shelby advising status of case. |
| 07/09/2013 | Cynthia L Pollick | 0.10 | Correspondence from Atty Shelby regarding witness info |
| 07/09/2013 | Cynthia L Pollick | 0.10 | Correspondence with Atty Shelby advising info from fact trial. |
| 07/09/2013 | Cynthia L Pollick | 0.20 | Correspondence from OP regarding subpoena on KD. |
| 07/09/2013 | Cynthia L Pollick | 0.20 | Receipt and review of subpoena for KD. |
| 07/10/2013 | Cynthia L Pollick | 0.10 | Correspondence with OP advising not sure if I got 1st page of new exhibit. |
| 07/10/2013 | Cynthia L Pollick | 0.10 | Correspondence from OP advising has more issues. |
| 07/10/2013 | Cynthia L Pollick | 0.10 | Correspondence with OP advising should have raised them at pre-pretrial conference |
| 07/10/2013 | Cynthia L Pollick | 0.20 | Receipt and review of affidavits of service for witnesses from PI. |
| 07/10/2013 | Cynthia L Pollick | 0.10 | Correspondence from VE regarding case |
| 07/10/2013 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding exh bit list |
| 07/10/2013 | Cynthia L Pollick | 0.10 | Correspondence with Patti regarding order. |
| 07/10/2013 | Cynthia L Pollick | 0.10 | Correspondence from Plr regarding Smith. |
| 07/10/2013 | Cynthia L Pollick | 0.10 | Correspondence with PI thanking him |
| 07/11/2013 | Cynthia L Pollick | 0.20 | Correspondence from OP regarding pretrial conference. |
| 07/11/2013 | Cynthia L Pollick | 0.10 | TC from Judge's chambers regarding Friend. |
| 07/11/2013 | Cynthia L Pollick | 0.10 | TC with Kathy regarding OP. |
| 07/11/2013 | Cynthia L Pollick | 0.10 | Correspondence from OP regarding rebuttals |
| 07/11/2013 | Cynthia L Pollick | 0.10 | Correspondence with Smith OP advising position. |

Exhibit A

**383**

12:16 PM
07/11/16

EMPLOY LAW OFFICES OF C L POLLICK
## Time by Job Detail
October 4, 2011 through June 27, 2016

| Date | Name | Duration | Notes |
|---|---|---|---|
| 07/11/2013 | Cynthia L Pollick | 0.10 | Correspondence from OP advising his reply. |
| 07/11/2013 | Cynthia L Pollick | 0.10 | Correspondence from OP advising info on TC |
| 07/11/2013 | Cynthia L Pollick | 0.10 | Correspondence with OP advising don't have time to organize TC at th's late juncture. |
| 07/11/2013 | Cynthia L Pollick | 0.10 | Correspondence from OP advising wants me to have 4 way TC. |
| 07/11/2013 | Cynthia L Pollick | 0.10 | Correspondence with OP advising can't handle 4 way and too late to call outside firm. |
| 07/11/2013 | Cynthia L Pollick | 0.10 | Correspondence from OP advising wants to be calling Jed via cell phone. |
| 07/11/2013 | Cynthia L Pollick | 0.10 | Correspondence from OP advising I don't have capabilities and too late to organize 4 way. |
| 07/11/2013 | Cynthia L Pollick | 0.10 | Correspondence with OP advising that wished he had given me more than 24 hr notice to accommodate h |
| 07/11/2013 | Cynthia L Pollick | 0.10 | Correspondence from OP regarding DVDs. |
| 07/11/2013 | Cynthia L Pollick | 0.10 | Correspondence with OP advising have zero time |
| 07/11/2013 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding order. |
| 07/11/2013 | Cynthia L Pollick | 0.10 | Correspondence with Patti giving her my thoughts. |
| 07/12/2013 | Cynthia L Pollick | 3.00 | Preparation of electronic version of exhibits |
| 07/12/2013 | Cynthia L Pollick | 0.10 | TC with Kathy regarding OP. |
| 07/12/2013 | Cynthia L Pollick | 0.40 | TC with OP, Judge regarding case. |
| 07/12/2013 | Cynthia L Pollick | 0.60 | TC from OP regarding videos. |
| 07/12/2013 | Cynthia L Pollick | 0.20 | Correspondence from OP regarding case. |
| 07/12/2013 | Cynthia L Pollick | 0.10 | Correspondence regarding fax attempt |
| 07/12/2013 | Cynthia L Pollick | 0.10 | TC from Patti regarding case. |
| 07/12/2013 | Cynthia L Pollick | 0.10 | Correspondence with OP regarding cell number. |
| 07/12/2013 | Cynthia L Pollick | 0.10 | Correspondence from OP advising wants to talk about DVDs. |
| 07/12/2013 | Cynthia L Pollick | 0.10 | Correspondence from OP regarding TC |
| 07/12/2013 | Cynthia L Pollick | 0.10 | Correspondence with OP summarizing my understanding. |
| 07/12/2013 | Cynthia L Pollick | 0.20 | Correspondence from OP regarding no additional replies paid to Dr. Dragon. |
| 07/10/2013 | Cynthia L Pollick | 0.10 | Correspondence from OP regarding TO |
| 07/13/2013 | Cynthia L Pollick | 0.10 | Correspondence with OP advising 4:30 pm. |
| 07/13/2013 | Cynthia L Pollick | 0.10 | Correspondence from OP advising OK. |
| 07/15/2013 | Cynthia L Pollick | 0.20 | Correspondence from OP regarding Dalmas |
| 07/15/2013 | Cynthia L Pollick | 0.10 | Correspondence from Shelby regarding Dr. Padone |
| 07/15/2013 | Cynthia L Pollick | 0.10 | Correspondence with Shelby advising in kid, but will call when out. |
| 07/15/2013 | Cynthia L Pollick | 0.20 | Correspondence from OP regarding letter to Judge. |
| 07/15/2013 | Cynthia L Pollick | 0.10 | Correspondence with Patti regarding Dr. P. |
| 07/15/2013 | Cynthia L Pollick | 0.10 | Correspondence with OP regarding Dalmas & fees |
| 07/15/2013 | Cynthia L Pollick | 0.10 | Correspondence from OP regarding case. |
| 07/16/2013 | Cynthia L Pollick | 0.10 | TC from witness (TC) regarding subpoena. |
| 07/16/2013 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding thoughts on Dr. P. |
| 07/16/2013 | Cynthia L Pollick | 0.10 | Correspondence with Patti OK |
| 07/17/2013 | Cynthia L Pollick | 0.60 | TC from Patti regarding case status. |
| 07/17/2013 | Cynthia L Pollick | 0.20 | TC from witness (TC) regarding subpoena. |
| 07/17/2013 | Cynthia L Pollick | 1.00 | Travel to and from Scranton to hand off ubs to IT. |
| 07/17/2013 | Cynthia L Pollick | 0.20 | TC from Ruth'een regarding issues with videos. |
| 07/17/2013 | Cynthia L Pollick | 0.30 | Receipt and review Shelby's Motion to Quash and Brief in Support. |
| 07/17/2013 | Cynthia L Pollick | 0.20 | Correspondence from Atty Shelby regarding motion to quash. |
| 07/17/2013 | Cynthia L Pollick | 0.10 | Correspondence from OP regarding needing to talk. |
| 07/17/2013 | Cynthia L Pollick | 0.10 | Correspondence with OP advising call me tomorrow. |
| 07/17/2013 | Cynthia L Pollick | 0.10 | Correspondence from OP OK |
| 07/17/2013 | Cynthia L Pollick | 0.10 | Correspondence from MS of Shelby's office. |
| 07/17/2013 | Cynthia L Pollick | 0.10 | Correspondence from Craig regarding pantagon papers |
| 07/17/2013 | Cynthia L Pollick | 0.10 | Correspondence with Craig advising I'm out of trial, call. |
| 07/17/2013 | Cynthia L Pollick | 0.10 | Correspondence from Craig can he call at 5 pm |
| 07/17/2013 | Cynthia L Pollick | 0.10 | Correspondence from Craig regarding Dalmas. |
| 07/17/2013 | Cynthia L Pollick | 0.10 | Correspondence from OP regarding exhibit 25. |
| 07/17/2013 | Cynthia L Pollick | 0.10 | Correspondence with OP advising in office tomorrow. |
| 07/17/2013 | Cynthia L Pollick | 0.10 | Correspondence from Craig advising will call as am. |
| 07/18/2013 | Cynthia L Pollick | 0.30 | Receipt of OP's MIL on HB |
| 07/18/2013 | Cynthia L Pollick | 0.70 | Review of OP's Brief in Support of MIL |
| 07/18/2013 | Cynthia L Pollick | 0.20 | Correspondence from OP regarding Dalmas – 2nd one. |
| 07/18/2013 | Cynthia L Pollick | 0.20 | Correspondence with Judge regarding OP's issues. |
| 07/18/2013 | Cynthia L Pollick | 8.00 | Preparation for trial. |
| 07/18/2013 | Cynthia L Pollick | 0.10 | Correspondence from OP regarding expert fee |
| 07/18/2013 | Cynthia L Pollick | 0.10 | Correspondence with Patti regarding fee |
| 07/18/2013 | Cynthia L Pollick | 0.10 | Correspondence from Patti regard ng her thoughts. |
| 07/18/2013 | Cynthia L Pollick | 0.10 | Correspondence from Patti regard ng case – 2d. |
| 07/18/2013 | Cynthia L Pollick | 0.10 | Correspondence with Patti advising thoughts |
| 07/18/2013 | Cynthia L Pollick | 0.10 | Correspondence from OP regarding expert. |
| 07/18/2013 | Cynthia L Pollick | 0.10 | Correspondence with Patti regarding exped fee – 2d |
| 07/18/2013 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding fee – 3d. |
| 07/18/2013 | Cynthia L Pollick | 0.10 | Correspondence with Patti advising more thoughts. |
| 07/18/2013 | Cynthia L Pollick | 0.10 | TC from Atty Shelby advising reusing in testimony |
| 07/19/2013 | Cynthia L Pollick | 2.00 | Preparation for trial include organized files |
| 07/19/2013 | Cynthia L Pollick | 0.10 | Correspondence from OP regarding dalmas. |
| 07/19/2013 | Cynthia L Pollick | 0.10 | Receipt of Order granting motion to quash. |
| 07/19/2013 | Cynthia L Pollick | 0.10 | Correspondence with Patti regarding complaint. |
| 07/19/2013 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding trial. |
| 07/19/2013 | Cynthia L Pollick | 8.00 | Preparation for trial. |
| 07/19/2013 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding case update. |
| 07/19/2013 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding info – 3d. |
| 07/19/2013 | Cynthia L Pollick | 0.20 | Receipt of OP's Reading of deposition transcript |

Page 33

## Exhibit A

384

12:36 PM
07/11/16

**EMPLOY LAW OFFICES OF C L POLLICK**
**Time by Job Detail**
October 4, 2011 through June 27, 2016

| Date | Name | Duration | Notes |
|---|---|---|---|
| 07/19/2013 | Cynthia L Pollick | 0.10 | Correspondence with OP regarding authenticity of video |
| 07/19/2013 | Cynthia L Pollick | 0.10 | Correspondence from OP advising OK |
| 07/20/2013 | Cynthia L Pollick | 10.60 | Preparation for trial included rev exing and finalizing testimony for BG, MY, CS, CW, and reviewed |
| 07/21/2013 | Cynthia L Pollick | 12.90 | Preparation for trial included review testimony, travel to hotel, organization of room for trial, as |
| 07/22/2013 | Cynthia L Pollick | 12.80 | Appearance at trial along with pre and post meetings with clients and prep work |
| 07/22/2013 | Cynthia L Pollick | 2.00 | Post trial prep work for next day |
| 07/22/2013 | Cynthia L Pollick | 0.40 | TC with LA - Barb about trial |
| 07/22/2013 | Cynthia L Pollick | 0.20 | TC with LA - Nancy about trial. |
| 07/22/2013 | Cynthia L Pollick | 0.10 | Correspondence from OP regarding BS |
| 07/23/2013 | Cynthia L Pollick | 10.00 | Appearance at trial along with pre and post meetings with clients and prep work in between. |
| 07/23/2013 | Cynthia L Pollick | 1.00 | Preparation for trial pre trial day work. |
| 07/23/2013 | Cynthia L Pollick | 2.50 | Post trial prep work for next day. |
| 07/23/2013 | Cynthia L Pollick | 0.50 | TC with LA regarding trial events |
| 07/24/2013 | Cynthia L Pollick | 11.00 | Appearance at trial along with pre and post meetings with clients, in between work. |
| 07/24/2013 | Cynthia L Pollick | 2.00 | Post trial prep work for next day. |
| 07/24/2013 | Cynthia L Pollick | 0.10 | Correspondence from OP requesting additional jury instructions. |
| 07/24/2014 | Cynthia L Pollick | 0.10 | Correspondence from OP regarding case. |
| 07/26/2013 | Cynthia L Pollick | 11.00 | Appearance at trial along with pre and post meetings with clients |
| 07/26/2013 | Cynthia L Pollick | 6.00 | Appearance at trial including travel back and emptying car as well as pre-arrival and post discussio |
| 07/26/2013 | Cynthia L Pollick | 0.10 | TC from KA regarding case |
| 07/26/2013 | Cynthia L Pollick | 0.10 | Receipt of court reporters Notice of Proceedings (day 5). |
| 07/26/2013 | Cynthia L Pollick | 0.10 | Receipt of court reporters Notice of Proceedings (charge conference) |
| 07/26/2013 | Cynthia L Pollick | 0.10 | Receipt of court reporters Notice of Proceedings (day 4). |
| 07/26/2013 | Cynthia L Pollick | 0.10 | Receipt of court reporters Notice of Proceedings (day 3). |
| 07/26/2013 | Cynthia L Pollick | 0.10 | Receipt of court reporters Notice of Proceedings (day 2). |
| 07/26/2013 | Cynthia L Pollick | 0.10 | Receipt of court reporters Notice of Proceedings (day 1) |
| 07/26/2013 | Cynthia L Pollick | 0.10 | Receipt of court reporters Notice of Proceedings (jury selection). |
| 07/26/2013 | Cynthia L Pollick | 0.10 | Receipt of docket entry unredacted jury verdict. |
| 07/26/2013 | Cynthia L Pollick | 0.10 | Receipt of Letter on exhibits from Ginsburg. |
| 07/26/2013 | Cynthia L Pollick | 0.10 | Receipt of letter on exhibits from Levin. |
| 07/26/2013 | Cynthia L Pollick | 0.10 | Receipt of letter on our exhibits docketed with court. |
| 07/26/2013 | Cynthia L Pollick | 0.10 | Receipt of Judgment in defendants favor. |
| 07/26/2013 | Cynthia L Pollick | 0.10 | Receipt of Order granting BG motion to strike. |
| 07/26/2013 | Cynthia L Pollick | 0.10 | Receipt of Order denying as moot Ion Mil. |
| 07/26/2013 | Cynthia L Pollick | 0.10 | Receipt of Order denying motion as a matter of law. |
| 07/26/2013 | Cynthia L Pollick | 0.60 | Receipt and review of OP's Brief in Support of Rule 50. |
| 07/26/2013 | Cynthia L Pollick | 0.20 | Receipt and review of OP's Rule 50 filed with court |
| 07/29/2013 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding pastor |
| 07/29/2013 | Cynthia L Pollick | 0.10 | Correspondence with Patti advising thoughts. |
| 07/30/2013 | Cynthia L Pollick | 0.10 | Receipt of docket entry on jury instructions. |
| 08/01/2013 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding case. |
| 08/20/2013 | Cynthia L Pollick | 0.10 | Correspondence from Tim regarding invoice |
| 08/20/2013 | Cynthia L Pollick | 0.10 | Correspondence from Tim advising invoice will be emailed |
| 08/20/2013 | Cynthia L Pollick | 0.20 | Correspondence from Tim along with invoice for IT services |
| 08/20/2013 | Cynthia L Pollick | 0.10 | Correspondence with Tim regarding invoice. |
| 08/21/2013 | Cynthia L Pollick | 0.10 | Correspondence from Tim regarding invoice. |
| 08/21/2013 | Cynthia L Pollick | 0.10 | Correspondence from Tim regarding email. |
| 08/23/2013 | Cynthia L Pollick | 0.50 | Preparation, finalization, and filing an ECF Notice of Appeal |
| 08/23/2013 | Cynthia L Pollick | 0.10 | Receipt of notice of appeal filing |
| 08/23/2013 | Cynthia L Pollick | 0.10 | Correspondence with Patti regard'ng filing |
| 08/23/2013 | Cynthia L Pollick | 0.10 | Correspondence from Patti advising thoughts. |
| 08/28/2013 | Cynthia L Pollick | 0.10 | Correspondence with LP regarding transcript. |
| 08/28/2013 | Cynthia L Pollick | 0.10 | Correspondence from LF advising issue |
| 08/28/2013 | Cynthia L Pollick | 0.10 | Correspondence from LF advising will opt out. |
| 08/28/2013 | Cynthia L Pollick | 0.10 | Correspondence with LF advising no rush just filed appeal. |
| 09/03/2013 | Cynthia L Pollick | 0.10 | Receipt and review of Order assigning case manager |
| 09/03/2013 | Cynthia L Pollick | 0.10 | Receipt and review of docket entry record available. |
| 09/10/2013 | Cynthia L Pollick | 0.20 | Correspondence from 3d Cir regarding forms. |
| 09/05/2013 | Cynthia L Pollick | 0.10 | Receipt of payment. |
| 09/05/2013 | Cynthia L Pollick | 0.10 | Correspondence from LF regard ng spel ing. |
| 09/05/2013 | Cynthia L Pollick | 0.10 | Correspondence with LF advising name. |
| 09/00/2013 | Cynthia L Pollick | 0.10 | Receipt and review of OP - Smith's Entry of Appearance |
| 09/09/2013 | Cynthia L Pollick | 0.10 | Receipt and review OP - Lev n's Entry of Appearance. |
| 09/09/2013 | Cynthia L Pollick | 0.10 | Receipt and review OF - Ginsburg's Entry of Appearance. |
| 09/10/2013 | Cynthia L Pollick | 0.40 | Preparation and filing on ECF system concise statement of facts. |
| 09/16/2013 | Cynthia L Pollick | 0.30 | Preparation of Corp Disclosure form and filing of the same. |
| 09/16/2013 | Cynthia L Pollick | 0.30 | Preparation of Entry of Appearance form and filing the same. |
| 09/16/2013 | Cynthia L Pollick | 0.30 | Preparation of TPO form and filing of the same. |
| 09/16/2013 | Cynthia L Pollick | 0.30 | Preparation of Civil Appeal Info form and filing of the same. |
| 09/17/2013 | Cynthia L Pollick | 0.10 | Receipt and review of Order requiring transcript by 10-21-13 |
| 09/30/2013 | Cynthia L Pollick | 0.10 | Correspondence from LF regarding transcript. |
| 09/30/2013 | Cynthia L Pollick | 0.10 | Correspondence with LF advising will find spelling. |
| 09/30/2013 | Cynthia L Pollick | 0.10 | Correspondence from LF advising take t me. |
| 10/04/2013 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding Smith |
| 10/07/2013 | Cynthia L Pollick | 0.10 | Correspondence with LF advising correct spelling of names. |
| 10/07/2013 | Cynthia L Pollick | 0.10 | Correspondence from LF thanking me for help. |
| 10/07/2013 | Cynthia L Pollick | 0.10 | Correspondence with Patti requesting correct spel ing |
| 10/07/2013 | Cynthia L Pollick | 0.10 | Correspondence from Patti advising correct spelling |

Page 14

Exhibit A

12:36 PM
07/11/16

**EMPLOY LAW OFFICES OF C L POLLICK**
**Time by Job Detail**
October 4, 2011 through June 27, 2016

| Date | Name | Duration | Notes |
|------|------|----------|-------|
| 10/07/2013 | Cynthia L Pollick | 0.10 | Correspondence with Patti thanking her. |
| 10/21/2013 | Cynthia L Pollick | 0.10 | Receipt of docket entry filing of transcript - day one |
| 10/21/2013 | Cynthia L Pollick | 0.10 | Receipt of docket entry filing of transcript - day two |
| 10/21/2013 | Cynthia L Pollick | 0.10 | Receipt of docket entry filing of transcript - day three |
| 10/21/2013 | Cynthia L Pollick | 0.10 | Receipt of docket entry filing of transcript - day four |
| 10/21/2013 | Cynthia L Pollick | 0.10 | Receipt of docket entry filing of transcript - day five |
| 10/21/2013 | Cynthia L Pollick | 0.10 | Receipt of docket entry filing of transcript - day six |
| 10/21/2013 | Cynthia L Pollick | 0.10 | Correspondence from LF advising co I want una I er reg mail. |
| 10/21/2013 | Cynthia L Pollick | 0.10 | Correspondence with LF advising both rf I con |
| 10/22/2013 | Cynthia L Pollick | 0.10 | Receipt of briefing schedule. |
| 10/22/2013 | Cynthia L Pollick | 0.10 | Receipt of court reporters ask |
| 10/22/2013 | Cynthia L Pollick | 0.10 | Correspondence from LF regarding transcript. |
| 10/23/2013 | Cynthia L Pollick | 0.10 | Correspondence with LF thanking her. |
| 10/24/2013 | Cynthia L Pollick | 0.20 | Correspondence from FW regarding appeal |
| 10/25/2013 | Cynthia L Pollick | 0.20 | Correspondence with OPs regarding appendix. |
| 10/25/2013 | Cynthia L Pollick | 0.50 | Created pdf of docket and reviewed for inclusion in Appendix |
| 10/25/2013 | Cynthia L Pollick | 0.10 | Correspondence with Patti regarding transcripts |
| 10/25/2013 | Cynthia L Pollick | 0.10 | Correspondence from Patti with questions. |
| 10/25/2013 | Cynthia L Pollick | 0.10 | Correspondence with Patti giving my thoughts. |
| 10/25/2013 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding OK. |
| 10/25/2013 | Cynthia L Pollick | 0.10 | Correspondence from Lori advising out had copy of transcript |
| 10/25/2013 | Cynthia L Pollick | 0.10 | Correspondence with Lori thanking her. |
| 10/25/2013 | Cynthia L Pollick | 0.10 | Correspondence with Patti regarding invoice. |
| 10/25/2013 | Cynthia L Pollick | 0.20 | Correspondence with Patti attaching transcripts. |
| 10/25/2013 | Cynthia L Pollick | 0.10 | Correspondence with Patti advising having problems will email or in later |
| 10/25/2013 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding status |
| 10/25/2013 | Cynthia L Pollick | 0.10 | Correspondence with Patti advising what they can expect. |
| 10/25/2013 | Cynthia L Pollick | 0.20 | Correspondence with Patti regarding reviewing transcripts. |
| 10/28/2013 | Cynthia L Pollick | 0.20 | Correspondence from Wright on appeal. |
| 10/30/2013 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding Freund. |
| 11/01/2013 | Cynthia L Pollick | 0.25 | Correspondence from OPs regarding appendix. |
| 11/01/2013 | Cynthia L Pollick | 0.10 | Correspondence from VE regarding appendix |
| 11/03/2013 | Cynthia L Pollick | 3.00 | Preparation of Appendix and legal research for 3d Cir Brief. |
| 11/08/2013 | Cynthia L Pollick | 0.10 | Correspondence with Patti regarding appeal costs |
| 11/08/2013 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding costs. |
| 11/08/2013 | Cynthia L Pollick | 0.10 | Correspondence with Patti regarding estimated cost - 2d. |
| 11/09/2013 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding thoughts |
| 11/11/2013 | Cynthia L Pollick | 2.00 | Additional preparation of voluminous appendix, including exhibits and table of contents. |
| 11/14/2013 | Cynthia L Pollick | 0.50 | Preparation of Motion for Extension and filing. |
| 11/15/2013 | Cynthia L Pollick | 0.10 | TC from OP inquiring if I will consent to extension |
| 11/15/2013 | Cynthia L Pollick | 0.20 | Correspondence from OP consenting to extension. |
| 11/19/2013 | Cynthia L Pollick | 0.10 | Receipt of Order granting motion |
| 11/21/2013 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding Freund. |
| 11/30/2013 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding case update. |
| 11/30/2013 | Cynthia L Pollick | 0.10 | Correspondence with Patti regarding brief schedule |
| 12/01/2013 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding phones |
| 12/01/2013 | Cynthia L Pollick | 0.10 | Correspondence with Patti advising OK. |
| 12/02/2013 | Cynthia L Pollick | 3.00 | Additional preparation of 3d Cir Brief. |
| 12/03/2013 | Cynthia L Pollick | 3.50 | Additional preparation of 3d Cir Brief. |
| 12/05/2013 | Cynthia L Pollick | 0.10 | Correspondence from OP requesting extension |
| 12/05/2013 | Cynthia L Pollick | 0.10 | Correspondence with OP advising concur. |
| 12/05/2013 | Cynthia L Pollick | 0.10 | Correspondence from OP thanking me. |
| 12/06/2013 | Cynthia L Pollick | 0.30 | Receipt and review of unopposed OP motion for extension. |
| 12/09/2013 | Cynthia L Pollick | 5.00 | Additional preparation of 3d Cir Brief. |
| 12/10/2013 | Cynthia L Pollick | 5.00 | Additional preparation of 3d Cir Brief. |
| 12/10/2013 | Cynthia L Pollick | 0.30 | Preparation of Motion for Word extension. |
| 12/10/2013 | Cynthia L Pollick | 0.10 | Correspondence from OP advising he concurs. |
| 12/11/2013 | Cynthia L Pollick | 0.10 | TC from OP regarding case. |
| 12/11/2013 | Cynthia L Pollick | 0.10 | TC with OP regarding call. |
| 12/11/2013 | Cynthia L Pollick | 0.10 | TC from OP confirming receipt of email. |
| 12/11/2013 | Cynthia L Pollick | 0.40 | Preparation of Certificate of Concurrence and filing the same |
| 12/11/2013 | Cynthia L Pollick | 0.10 | Correspondence from OP requesting extension - Smith. |
| 12/11/2013 | Cynthia L Pollick | 0.10 | Correspondence with OP advising no objection |
| 12/11/2013 | Cynthia L Pollick | 0.10 | Correspondence from OP thanking me. |
| 12/11/2013 | Cynthia L Pollick | 0.10 | Receipt of docket entry resending my filing. |
| 12/11/2013 | Cynthia L Pollick | 0.10 | Receipt of text order 14 day extension for brief. |
| 12/11/2013 | Cynthia L Pollick | 0.10 | Receipt of text order granting OP 14 day extension |
| 12/11/2013 | Cynthia L Pollick | 5.50 | Additional preparation of 3d Cir Brief |
| 12/12/2013 | Cynthia L Pollick | 0.50 | Additional preparation of 3d Cir Brief. |
| 12/16/2013 | Cynthia L Pollick | 0.40 | TC from Patti regarding case status |
| 12/17/2013 | Cynthia L Pollick | 0.40 | Additional preparation of 3d Cir Brief |
| 12/18/2013 | Cynthia L Pollick | 0.20 | Revised Appellant Brief. |
| **Total 2013 Professional Services** | | **353.70** | |

2013 Professional Services:2013 Lawyer LR
| 05/13/2013 | 2013 Lawyer LR | 0.75 | Legal research for BIO to Smith's SJ |
| 05/14/2013 | 2013 Lawyer LR | 2.00 | Legal research for BIO to Smith's SJ. |
| 05/15/2013 | 2013 Lawyer LR | 1.00 | Legal research for BIO to Smith's SJ. |

Exhibit A

**386**

12:30 PM
07/11/16

**EMPLOY LAW OFFICES OF C L. POLLICK**
**Time by Job Detail**
October 4, 2011 through June 27, 2016

| Date | Name | Duration | Notes |
|---|---|---|---|
| 05/15/2013 | 2013 Lawyer LR | 1.50 | Preparation of BIO to Smith's SJ. |
| 05/16/4013 | 2013 Lawyer LR | 2.00 | Preparation of BIO to Smith's SJ. |
| 05/17/2013 | 2013 Lawyer LR | 1.75 | Preparation of BIO to Smith's SJ. |
| 05/21/2013 | 2013 Lawyer LR | 0.75 | Legal research in preparation for BIO to PVSD MSJ |
| 05/22/2013 | 2013 Lawyer LR | 3.50 | Legal research in preparation for BIO to PVSD MSJ |
| | Total 2013 Professional Services.20... | 12.25 | |

2013 Professional Services:2013 Legal Assistant
| | | | |
|---|---|---|---|
| 01/16/2013 | Legal Assistant | 4.00 | Additional preparation of deposition summary on Berry. |
| 01/21/2013 | Legal Assistant | 2.00 | Preparation of Trial Testimony Summary - Gress |
| 01/21/2013 | Legal Assistant | 0.10 | Preparation of Trial Testimony Summary - Keller. |
| 01/21/2013 | Legal Assistant | 0.50 | Preparation of Trial Testimony Summary - Saba. |
| 01/21/2013 | Legal Assistant | 0.60 | Preparation of Trial Testimony Summary - Detective |
| 01/21/2013 | Legal Assistant | 1.60 | Preparation of Trial Testimony Summary - Mary in Young |
| 01/21/2013 | Legal Assistant | 1.00 | Preparation of Trial Testimony Summary - Patricia Young |
| 01/22/2013 | Legal Assistant | 1.50 | Preparation of Trial Testimony Summary - Patricia Young |
| 01/22/2013 | Legal Assistant | 4.60 | Preparation of Trial Testimony Summary - West, Metal, Yarvlat, Seller, Woghulch, krassie, Pedone Y |
| 01/22/2013 | Legal Assistant | 5.60 | Preparation of Trial Testimony Summary - Najubo, Buturk, Verhage, Polonzks, Polo, Datpos. |
| 02/11/2013 | Legal Assistant | 0.25 | TC with phone co to arrange conference call. |
| 02/12/2013 | Legal Assistant | 0.10 | TC to confirm conference call |
| 02/12/2013 | Legal Assistant | 0.40 | Travel to and from PO to mail copies of CDs. |
| 02/12/2013 | Legal Assistant | 0.10 | TC with conference to change Friends R. |
| 02/26/2013 | Legal Assistant | 0.50 | Research on hotels by courthouse. |
| 01/21/2013 | Legal Assistant | 4.00 | Reviewed IA to organize for trial |
| 04/01/2013 | Legal Assistant | 4.00 | Preparation of exhibits for trial. |
| 04/02/2013 | Legal Assistant | 1.00 | Preparation of exhibits for trial. |
| 04/02/2013 | Legal Assistant | 2.50 | Preparation of trial binders. |
| 04/02/2013 | Legal Assistant | 1.50 | Preparation of trial questions for witness (BS). |
| 04/03/2013 | Legal Assistant | 3.85 | Preparation of trial questions for witness (RC) |
| 04/03/2013 | Legal Assistant | 0.30 | Prepared excel sheet of witnesses and times. |
| 04/03/2013 | Legal Assistant | 7.30 | Travel to and from Monroe county to serve subseenas on DB, JG, SK, RS, BS, CW. PW |
| 04/06/2013 | Legal Assistant | 0.60 | Reviewed briefs to check changes. |
| 04/09/2013 | Legal Assistant | 4.50 | Additional copies of Trial Binders |
| 04/09/2013 | Legal Assistant | 1.60 | Preparation of trial questions for BS. |
| 04/10/2013 | Legal Assistant | 2.00 | Preparation of trial questions for BS. |
| 04/16/2013 | Legal Assistant | 2.50 | Additional preparation of Trial Binders |
| 04/16/2013 | Legal Assistant | 3.00 | Additional preparation of Trial Binders |
| 04/17/2013 | Legal Assistant | 0.50 | Travel to and from PO to mail new exhibits. |
| 04/22/2013 | Legal Assistant | 4.00 | Additional preparation and organization of Trial Binders. |
| 04/23/2013 | Legal Assistant | 5.60 | Reviewed jury instructions for differences and changes - OP's. |
| 04/23/2013 | Legal Assistant | 0.60 | Research on school board meeting. |
| 04/24/2013 | Legal Assistant | 2.60 | Audit onal review of jury instructions for differences and changes - OP a |
| 04/26/2013 | Legal Assistant | 1.00 | Audit onal preparation for Trial Binders. |
| 04/29/2013 | Legal Assistant | 3.60 | Review of jury instructions |
| 04/30/2013 | Legal Assistant | 6.60 | Preparation of trial questions from last trial |
| 05/01/2013 | Legal Assistant | 2.00 | Preparation of trial questions from last trial. |
| 05/01/2013 | Legal Assistant | 4.50 | Service of subpoenas (DB, JG, SK, RS, BS). |
| 05/15/2013 | Legal Assistant | 3.00 | Preparation of trial questions from last trial - SK. |
| 05/20/2013 | Legal Assistant | 1.00 | Additional preparation of trial questions from former trial testimony - SK. |
| 05/21/2013 | Legal Assistant | 0.90 | Additional preparation of trial questions from former trial testimony - SK |
| 05/21/2013 | Legal Assistant | 0.60 | Additional preparation of trial questions from former trial testimony - Dr. P. |
| 05/21/2013 | Legal Assistant | 3.50 | Additional preparation of trial questions from former trial testimony - RY |
| 05/21/2013 | Legal Assistant | 0.40 | Preparation of table of authorities. |
| 05/22/2013 | Legal Assistant | 3.00 | Additional preparation of trial questions from former trial testimony - BY. |
| 05/28/2013 | Legal Assistant | 1.30 | Preparation of trial questions for witness (BY) |
| 05/28/2013 | Legal Assistant | 1.90 | Preparation of trial questions for witness (AT). |
| 05/28/2013 | Legal Assistant | 0.60 | Preparation of trial questions, for witness (BB). |
| 05/28/2013 | Legal Assistant | 1.00 | Preparation of trial questions for witness (KV). |
| 05/28/2013 | Legal Assistant | 1.00 | Preparation of trial questions for witness (JP) |
| 05/28/2013 | Legal Assistant | 6.00 | Preparation of trial questions for witness (FP) |
| 05/28/2013 | Legal Assistant | 1.60 | Preparation of trial questions for witness (KD) |
| 06/03/2013 | Legal Assistant | 2.00 | Additional preparation of trial questions using former trial testimony - KD. |
| 06/03/2013 | Legal Assistant | 4.00 | Additional preparation of trial questions using former trial testimony - BR. |
| 06/03/2013 | Legal Assistant | 0.40 | Preparation of Motion for Sanctions. |
| 08/04/2013 | Legal Assistant | 1.00 | Additional preparation of trial questions using former trial testimony - BS. |
| 08/04/2013 | Legal Assistant | 2.00 | Additional preparation of trial questions using former trial testimony - JG |
| 06/05/2013 | Legal Assistant | 1.00 | Additional preparation of trial questions using former trial testimony - HS. |
| 06/05/2013 | Legal Assistant | 4.00 | Additional preparation of trial questions using former trial testimony - JG. |
| 06/10/2013 | Legal Assistant | 2.60 | Preparation of trial questions for witness (BS). |
| 06/10/2013 | Legal Assistant | 1.00 | Preparation of trial questions for witness (JG). |
| 06/11/2013 | Legal Assistant | 0.50 | Preparation of trial questions for witness (JG) |
| 06/12/2013 | Legal Assistant | 1.00 | Preparation of trial questions for witness (JG). |
| 06/17/2013 | Legal Assistant | 3.00 | Preparation of trial questions from last trial - JG. |
| 06/18/2013 | Legal Assistant | 0.60 | Preparation of trial questions from last trial - BS. |
| 01/18/2013 | Legal Assistant | 1.60 | Preparation of trial questions from last trial - BS. |
| 06/19/2013 | Legal Assistant | 0.40 | Preparation of trial questions from last trial - CK. |
| 06/19/2013 | Legal Assistant | 1.60 | Preparation of trial questions from last trial - CS. |
| 08/19/2013 | Legal Assistant | 3.00 | Preparation of trial questions from last trial - WB. |

Page 16

**Exhibit A**

■■■■■■■■■■■■■■■■■■■■■■■■

12:36 PM
07/11/16

**EMPLOY LAW OFFICES OF C L POLLICK**
## Time by Job Detail
October 4, 2011 through June 27, 2016

| Date | Name | Duration | Notes |
|---|---|---|---|
| 05/19/2013 | Legal Assistant | 1.60 | Preparation of trial questions from last trial – MY. |
| 06/24/2013 | Legal Assistant | 3.00 | Preparation of trial questions from last trial – SY. |
| 05/24/2013 | Legal Assistant | 1.50 | Preparation of trial questions from last trial – LM |
| 06/24/2013 | Legal Assistant | 1.05 | Preparation of trial questions from last trial – OY. |
| 06/24/2013 | Legal Assistant | 0.60 | Preparation of trial questions from last trial – RG. |
| 06/24/2013 | Legal Assistant | 0.30 | Preparation of trial questions from last trial – PW. |
| 06/25/2013 | Legal Assistant | 0.50 | Preparation of trial questions from last trial – SK |
| 07/01/2013 | Legal Assistant | 0.40 | Reviewed witnesses times for trial. |
| 07/02/2013 | Legal Assistant | 3.00 | Additional preparation of trial questions from last trial |
| 07/09/2013 | Legal Assistant | 0.10 | TC with witness regarding trial |
| 07/09/2013 | Legal Assistant | 0.60 | Reviewed Defendants' exhibit binder for trial. |
| 07/12/2013 | Legal Assistant | 0.90 | Travel to and from Fed Ex. |
| 07/17/2013 | Legal Assistant | 3.60 | Additional preparation and finalization of Trial Binders |
| 07/19/2013 | Legal Assistant | 1.00 | Loaded files into truck for Williamsport trial. |
| 07/19/2013 | Legal Assistant | 0.30 | Preparation of copies of exhibit for use at trial |
| 07/26/2013 | Legal Assistant | 1.00 | Unpacked truck after trial. |
| 07/29/2013 | Legal Assistant | 2.00 | Reviewed file to secure documents for appeal. |
| 08/12/2013 | Legal Assistant | 1.00 | Organized boxes from trial. |
| 11/11/2013 | Legal Assistant | 3.00 | Reviewed Appellant Appendix |
| 11/11/2013 | Legal Assistant | 1.00 | Travel to and from PDQ on Appendix. |
| 11/12/2013 | Legal Assistant | 4.50 | Preparation of Trial II summary of Gress |
| 11/13/2013 | Legal Assistant | 7.00 | Preparation of Trial II summary of Gress |
| 11/18/2013 | Legal Assistant | 1.50 | Travel to and from PDQ for addl volumes. |
| 11/18/2013 | Legal Assistant | 2.50 | Preparation of Trial Summary 2013 – Gress |
| 11/18/2013 | Legal Assistant | 1.00 | Preparation of Trial Summary 2013 – Bentzoni |
| 11/18/2013 | Legal Assistant | 1.30 | Preparation of Trial Summary 2013 – M Young |
| 11/19/2013 | Legal Assistant | 2.00 | Preparation of Trial Summary 2013 – M Young. |
| 11/19/2013 | Legal Assistant | 1.60 | Preparation of Trial Summary 2013 – Sabo. |
| 11/19/2013 | Legal Assistant | 0.30 | Preparation of Trial Summary 2013 – Pedone. |
| 11/19/2013 | Legal Assistant | 0.60 | Preparation of Trial Summary 2013 – Yozwiak |
| 11/19/2013 | Legal Assistant | 0.90 | Preparation of Trial Summary 2013 – West. |
| 11/19/2013 | Legal Assistant | 2.00 | Preparation of Trial Summary 2013 – P Young. |
| 11/20/2013 | Legal Assistant | 1.00 | Preparation of Trial Summary 2013 – P Young |
| 11/20/2013 | Legal Assistant | 3.00 | Preparation of Trial Summary 2013 – Smith |
| 11/20/2013 | Legal Assistant | 0.30 | Preparation of Trial Summary 2013 – Merlot. |
| 11/20/2013 | Legal Assistant | 0.60 | Preparation of Trial Summary 2013 – Putto. |
| 11/20/2013 | Legal Assistant | 1.00 | Preparation of Trial Summary 2013 – B Young |
| 11/25/2013 | Legal Assistant | 2.00 | Additional preparation of Trial Summary 2013 – B Young. |
| 11/25/2013 | Legal Assistant | 0.60 | Preparation of Trial Summary 2013 – Geller. |
| 11/25/2013 | Legal Assistant | 0.90 | Preparation of Trial Summary 2013 – Vermage. |
| 11/25/2013 | Legal Assistant | 0.30 | Preparation of Trial Summary 2013 – Kresge |
| 11/25/2013 | Legal Assistant | 0.60 | Preparation of Trial Summary 2013 – Bennett |
| 11/25/2013 | Legal Assistant | 0.30 | Preparation of Trial Summary 2013 – Keller. |
| 11/25/2013 | Legal Assistant | 0.60 | Preparation of Trial Summary 2013 – Polanzke |
| 11/25/2013 | Legal Assistant | 1.30 | Preparation of Trial Summary 2013 – Dokmas. |
| 11/26/2013 | Legal Assistant | 3.60 | Preparation of table of authorities |
| 11/27/2013 | Legal Assistant | 1.30 | Preparation of table of authorities. |
| 11/27/2013 | Legal Assistant | 4.00 | Reviewed and finalized trial testimony summaries |
| 12/09/2013 | Legal Assistant | 3.60 | Reviewed brief for accuracy on citations in fact section. |
| 12/10/2013 | Legal Assistant | 1.00 | Reviewed brief for accuracy on citations in fact section. |
| 12/11/2013 | Legal Assistant | 0.30 | Reviewed brief for accuracy on citations in fact section. |
| 12/11/2013 | Legal Assistant | 3.60 | Preparation of fact section from exhibit. |
| 12/16/2013 | Legal Assistant | 1.60 | Additional preparation of fact section for 3d Cir brief |
| 12/16/2013 | Legal Assistant | 2.60 | Additional preparation of Table of Authorities. |
| 12/17/2013 | Legal Assistant | 5.60 | Additional preparation of Table of Authorities. |
| 12/18/2013 | Legal Assistant | 0.60 | Additional preparation of fact section for 3d Cir brief. |
| 12/18/2013 | Legal Assistant | 0.30 | Additional preparation of Table of Authorities |
| **Total 2013 Professional Services:20...** | | **243.70** | |

2013 Professional Services:2013 Legal Researcher/Writer
| | | | |
|---|---|---|---|
| 04/09/2013 | Legal Researcher/... | 3.00 | Preparation of BIO to MILs. |
| 04/10/2013 | Legal Researcher/... | 2.50 | Preparation of BIO to MIL – Detective. |
| 04/10/2013 | Legal Researcher/... | 3.00 | Preparation of BIO to MIL – Images |
| 04/10/2013 | Legal Researcher/... | 2.00 | Preparation of BIO to MILs |
| 04/11/2013 | Legal Researcher/... | 2.00 | Preparation of BIO to MIL – Detective. |
| 04/11/2013 | Legal Researcher/... | 2.00 | Preparation of BIO to MIL – Images |
| 04/11/2013 | Legal Researcher/... | 2.00 | Preparation of BIO to MILs |
| 04/12/2013 | Legal Researcher/... | 2.50 | Preparation of BIO to MIL – Detective. |
| 04/12/2013 | Legal Researcher/... | 2.00 | Preparation of BIO to MIL – Images |
| 04/12/2013 | Legal Researcher/... | 2.25 | Preparation of BIO to MILs |
| 04/13/2013 | Legal Researcher/... | 3.00 | Preparation of BIO to MIL – Kelleher. |
| 04/13/2013 | Legal Researcher/... | 2.00 | Preparation of BIO to MIL – Detective |
| 04/14/2013 | Legal Researcher/... | 3.00 | Preparation of BIO to MIL – Kelleher. |
| 04/14/2013 | Legal Researcher/... | 1.00 | Preparation of BIO to MIL – Detective |
| 04/14/2013 | Legal Researcher/... | 3.00 | Preparation of BIO to MIL – Images |
| 04/15/2013 | Legal Researcher/... | 6.00 | Additional preparation of BIO to MIL – Kelleher |
| 04/15/2013 | Legal Researcher/... | 2.50 | Additional preparation of BIO to MILs. |
| 04/16/2013 | Legal Researcher/... | 4.50 | Additional preparation of BIO to MIL (prior verdicts). |

## Exhibit A

388

12:06 PM
07/11/16

**EMPLOY LAW OFFICES OF C L POLLICK**
**Time by Job Detail**
October 4, 2011 through June 27, 2016

| Date | Name | Duration | Notes |
|---|---|---|---|
| 04/16/2013 | Legal Researcher/... | 2.00 | Additional preparation of BIO to MILs |
| 04/17/2013 | Legal Researcher/... | 3.00 | Additional preparation of BIO to M L (prior verdicts), |
| 04/17/2013 | Legal Researcher/. | 2.00 | Additional preparation of BIO to MILs. |
| 04/18/2013 | Legal Researcher/... | 4.00 | Additional preparation of BIO to MIL (Polaznke) |
| 04/18/2013 | Legal Researcher/. | 3.50 | Additional preparation of BIO to MIL (prior verdicts), |
| 04/18/2013 | Legal Researcher/... | 1.00 | Additional preparation of BIO to MILs. |
| 04/19/2013 | Legal Researcher/... | 4.00 | Additional preparation of BIO to MILs on retaliation. |
| 04/19/2013 | Legal Researcher/... | 3.00 | Additional preparation of BIO to MIL (Polaznke) |
| 04/19/2013 | Legal Researcher/... | 4.00 | Additional preparation of BIO to MIL (retaliation). |
| 04/20/2013 | Legal Researcher/... | 2.50 | Additional preparation of BIO to MIL on retaliation. |
| 04/20/2013 | Legal Researcher/... | 3.00 | Additional preparation of BIO to MIL (Polaznke) |
| 04/20/2013 | Legal Researcher/. | 2.50 | Additional preparation of BIO to MIL (retaliation). |
| 04/21/2013 | Legal Researcher/... | 2.50 | Additional preparation of BIO to MIL on retaliation. |
| 04/21/2013 | Legal Researcher/. | 2.00 | Additional preparation of BIO to MIL (retaliation). |
| 04/22/2013 | Legal Researcher/. | 2.75 | Preparation of BIO to Rule 50. |
| 04/22/2013 | Legal Researcher/. | 3.00 | Additional preparation of BIO to MIL on retaliation. |
| 04/22/2013 | Legal Researcher/... | 4.00 | Additional preparation of BIO to MIL (educ harm). |
| 04/22/2013 | Legal Researcher/... | 3.00 | Additional preparation of BIO to MIL (retaliation) |
| 04/23/2013 | Legal Researcher/ | 1.50 | Preparation of BIO to Rule 50. |
| 04/23/2013 | Legal Researcher/... | 5.00 | Additional preparation of BIO to MIL (educ harm). |
| 04/23/2013 | Legal Researcher/... | 4.00 | Additional preparation of BIO to MIL (Dr. Pedone). |
| 04/24/2013 | Legal Researcher/... | 2.25 | Preparation of BIO to Rule 50. |
| 04/24/2013 | Legal Researcher/. | 4.00 | Additional preparation of BIO to MIL (educ harm). |
| 04/24/2013 | Legal Researcher/... | 5.00 | Additional preparation of BIO to MIL (Dr. Pedone). |
| 04/25/2013 | Legal Researcher/... | 2.25 | Preparation of BIO to Rule 50. |
| 04/25/2013 | Legal Researcher/. | 6.00 | Additional preparation of BIO to MIL (Dr. Pedone). |
| 04/25/2013 | Legal Researcher/... | 5.00 | Additional preparation of BIO to MIL (threats) |
| 04/26/2013 | Legal Researcher/... | 0.50 | Preparation of BIO to Rule 50. |
| 04/26/2013 | Legal Researcher/... | 5.00 | Additional preparation of BIO to MIL (threats) |
| 04/26/2013 | Legal Researcher/... | 0.75 | Preparation of Brief in Support of Motion for Sanctions. |
| 04/27/2013 | Legal Researcher/... | 4.00 | Additional preparation of BIO to MIL (quashing) |
| 04/27/2013 | Legal Researcher/... | 5.00 | Additional preparation of BIO to MIL (misconduct). |
| 04/28/2013 | Legal Researcher/... | 4.00 | Additional preparation of BIO to MIL (quashing) |
| 04/28/2013 | Legal Researcher/ . | 5.00 | Additional preparation of BIO to MIL (misconduct). |
| 04/30/2013 | Legal Researcher/. . | 2.00 | Additional preparation of Brief in Support of Motion for Sanctions. |
| 04/30/2013 | Legal Researcher/... | 2.00 | Additional preparation of Brief in Support of Motion for Sanctions, |
| 05/01/2013 | Legal Researcher/. | 3.00 | Additional preparation of Brief in Support of Motion for Sanctions, |
| 05/11/2013 | Legal Researcher/. . | 4.00 | Preparation of BIO to MSJ, including research. |
| 05/17/2013 | Legal Researcher/. | 4.00 | Preparation of BIO to MSJ, including research |
| 05/18/2013 | Legal Researcher/... | 4.00 | Additional preparation of BIO to MSJ, including research, |
| 05/18/2013 | Legal Researcher/... | 2.00 | Additional preparation of BIO to MSJ, including research, |
| 05/20/2013 | Legal Researcher/... | 3.00 | Additional preparation of BIO to MSJ, including research |
| 05/26/2013 | Legal Researcher/... | 2.50 | Additional preparation of BIO to MSJ, including research. |
| 05/27/2013 | Legal Researcher/... | 4.50 | Additional preparation of BIO to MSJ, including research. |
| 05/29/2013 | Legal Researcher/... | 4.00 | Additional preparation of BIO to MSJ, including research |
| 06/22/2013 | Legal Researcher/. . | 4.00 | Legal research on BIO to MTG |
| 08/24/2013 | Legal Researcher/... | 1.00 | Preparation of Brief in opposition to MTS. |
| 09/25/2013 | Legal Researcher/ . | 4.00 | Preparation of 3d Cir Brief |
| 10/01/2013 | Legal Researcher/. | 2.00 | Additional preparation of 3d Cir Brief |
| 10/02/2013 | Legal Researcher/... | 2.00 | Additional preparation of 3d Cir Brief |
| 10/03/2013 | Legal Researcher/.. | 1.00 | Additional preparation of 3d Cir Brief |
| 10/06/2013 | Legal Researcher/... | 2.00 | Additional preparation of 3d Cir Brief, |
| 10/09/2013 | Legal Researcher/. . | 1.00 | Additional preparation of 3d Cir Brief |
| 10/10/2013 | Legal Researcher/... | 4.00 | Additional preparation of 3d Cir Brief |
| 10/11/2013 | Legal Researcher/. . | 2.00 | Additional preparation of 3d Cir Brief. |
| Total 2013 Professional Services:20,... | | 218.75 | |

**2014 Professional Services**

| Date | Name | Duration | Notes |
|---|---|---|---|
| 01/11/2014 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding update on case. |
| 01/14/2014 | Cynthia L Pollick | 0.10 | Correspondence with Patti advising nothing new. |
| 01/14/2014 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding her thoughts. |
| 01/14/2014 | Cynthia L Pollick | 0.10 | Correspondence with Patti regarding case. |
| 01/14/2014 | Cynthia L Pollick | 0.10 | Correspondence from Patti providing information on Msg. |
| 01/14/2014 | Cynthia L Pollick | 0.10 | Correspondence with Patti giving her my thoughts |
| 02/25/2014 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding case status |
| 02/25/2014 | Cynthia L Pollick | 0.10 | Correspondence with Patti giving her update, |
| 02/25/2014 | Cynthia L Pollick | 0.10 | Correspondence from Patti giving more info. |
| 02/25/2014 | Cynthia L Pollick | 0.10 | Correspondence with Patti giving her my thoughts |
| 03/25/2014 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding Freund. |
| 03/25/2014 | Cynthia L Pollick | 0.10 | Correspondence with Patti giving her my thoughts. |
| 04/08/2014 | Cynthia L Pollick | 0.50 | TC from Patty regarding case |
| 04/23/2014 | Cynthia L Pollick | 0.10 | Receipt and review of order allowing extension. |
| 04/28/2014 | Cynthia L Pollick | 2.00 | Additional preparation of 3d Cir brief. |
| 04/28/2014 | Cynthia L Pollick | 0.10 | Correspondence with Patti advising brief is due on 5/7. |
| 04/28/2014 | Cynthia L Pollick | 0.10 | Correspondence from Patti advising OK |
| 04/29/2014 | Cynthia L Pollick | 4.00 | Additional preparation of 3d Cir brief |
| 05/01/2014 | Cynthia L Pollick | 3.30 | Additional preparation of 3d Cir Brief included table of contents, table of authorities, cert fi..8 |
| 05/01/2014 | Cynthia L Pollick | 0.50 | Prepared pdf of brief for filing. |

Page 18

**Exhibit A**

389

12:35 PM
07/11/16

**EMPLOY LAW OFFICES OF C L POLLICK**
## Time by Job Detail
October 4, 2011 through June 27, 2016

| Date | Name | Duration | Notes |
|------|------|----------|-------|
| 05/02/2014 | Cynthia L Pollick | 0.40 | Prepared DVD for filing |
| 05/02/2014 | Cynthia L Pollick | 0.30 | Reviewed appeal brief. |
| 05/03/2014 | Cynthia L Pollick | 0.50 | Preparation of brief for mailing |
| 05/07/2014 | Cynthia L Pollick | 0.70 | Finalization and filing 3d Cir Brief. |
| 05/07/2014 | Cynthia L Pollick | 0.20 | Correspondence with 3d Cir regarding filing. |
| 05/07/2014 | Cynthia L Pollick | 0.20 | Correspondence with 3d Cir regarding video. |
| 05/07/2014 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding case. |
| 05/07/2014 | Cynthia L Pollick | 0.10 | Correspondence with Patti attaching brief. |
| 05/07/2014 | Cynthia L Pollick | 0.10 | Correspondence from Patti after reading brief. |
| 05/07/2014 | Cynthia L Pollick | 0.10 | Correspondence with Patti giving thoughts. |
| 05/08/2014 | Cynthia L Pollick | 0.50 | Preparation of motion to view and filing of the same. |
| 05/08/2014 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding Meagan. |
| 05/08/2014 | Cynthia L Pollick | 0.10 | Correspondence with Patti giving her my thoughts. |
| 05/08/2014 | Cynthia L Pollick | 0.10 | Receipt of docket entry hard copies recd. |
| 05/08/2014 | Cynthia L Pollick | 0.10 | Receipt of docket entry append x filed. |
| 05/09/2014 | Cynthia L Pollick | 0.10 | Correspondence from OP - CG regarding DDE notation. |
| 05/09/2014 | Cynthia L Pollick | 0.10 | Correspondence with OP advising have to do that because didn't file of client only. |
| 05/09/2014 | Cynthia L Pollick | 0.10 | Correspondence from OP thanking me for providing answer. |
| 05/13/2014 | Cynthia L Pollick | 0.50 | TC from Patti regarding 3d Cir brief |
| 05/15/2014 | Cynthia L Pollick | 0.10 | Receipt of docket notation accepting exhibit |
| 05/15/2014 | Cynthia L Pollick | 0.10 | Receipt of Order advising video will be destroyed after 60 days. |
| 05/21/2014 | Cynthia L Pollick | 0.10 | TC from CG regarding suppl appendix. |
| 05/27/2014 | Cynthia L Pollick | 0.10 | Receipt of paid invoice for printing |
| 05/05/2014 | Cynthia L Pollick | 0.20 | Correspondence from OP - Ginsburg regarding 3d Cir brief |
| 06/04/2014 | Cynthia L Pollick | 0.20 | Correspondence from OP - Keely regarding 3d Cir Brief. |
| 06/04/2014 | Cynthia L Pollick | 0.10 | Receipt and review of docket entry hard copy received. |
| 06/10/2014 | Cynthia L Pollick | 2.00 | Legal research for 3d Cir Reply Brief |
| 06/10/2014 | Cynthia L Pollick | 0.90 | Reviewed OP's Appellee Brief - Smith |
| 06/10/2014 | Cynthia L Pollick | 0.90 | Reviewed OP's Appellee Brief - PVSD |
| 06/10/2014 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding briefs. |
| 06/10/2014 | Cynthia L Pollick | 0.10 | Correspondence with Patti giving her my thoughts. |
| 06/10/2014 | Cynthia L Pollick | 0.10 | Receipt of docket entry hard copy recd - Smith |
| 06/11/2014 | Cynthia L Pollick | 5.50 | Preparation of 3d Cir Reply Brief, included additional legal research and prepare of document. |
| 06/11/2014 | Cynthia L Pollick | 0.40 | Preparation of 3d Cir Motion for Extension and filing the same. |
| 06/11/2014 | Cynthia L Pollick | 0.10 | Correspondence with OP regarding extension. |
| 06/11/2014 | Cynthia L Pollick | 0.10 | Correspondence from OP concurring |
| 06/11/2014 | Cynthia L Pollick | 0.10 | Correspondence with OP - Smith regarding extension. |
| 06/12/2014 | Cynthia L Pollick | 5.50 | Preparation of 3d Cir Reply Brief, included additional legal research and prepare of document. |
| 06/12/2014 | Cynthia L Pollick | 0.10 | Receipt of text order approving 14 extension. |
| 06/16/2014 | Cynthia L Pollick | 1.70 | Additional preparation of 3d Cir Reply Brief |
| 06/17/2014 | Cynthia L Pollick | 1.00 | Travel to and from Scranton courthouse to do legal research at law library. |
| 06/17/2014 | Cynthia L Pollick | 0.60 | Legal research on new trial. |
| 06/17/2014 | Cynthia L Pollick | 0.60 | Reviewed LR. |
| 06/17/2014 | Cynthia L Pollick | 0.20 | Entered dates unavailable for oral argument. |
| 06/17/2014 | Cynthia L Pollick | 0.10 | Receipt of docket entry listing dates OP not available. |
| 06/17/2014 | Cynthia L Pollick | 0.20 | Correspondence from 3d Cir regarding oral argument dates and review of dates. |
| 06/17/2014 | Cynthia L Pollick | 0.10 | Correspondence with Patti regarding oral argument update. |
| 06/17/2014 | Cynthia L Pollick | 0.10 | Correspondence from Patti giving her thoughts. |
| 06/18/2014 | Cynthia L Pollick | 2.70 | Additional preparation of 3d Cir Brief - included finalization, table of contents, certification |
| 06/18/2014 | Cynthia L Pollick | 3.00 | Preparation of Reply Brief for PVSD, included legal research. |
| 06/19/2014 | Cynthia L Pollick | 1.50 | Additional preparation of 3d Cir Brief - included finalization, table of contents, cert location |
| 06/19/2014 | Cynthia L Pollick | 3.50 | Preparation of Reply Brief for PVSD, included legal research. |
| 06/19/2014 | Cynthia L Pollick | 0.10 | Receipt of docket entry unavailable dates for OP PSVD. |
| 06/20/2014 | Cynthia L Pollick | 5.00 | Additional preparation of PVSD Reply Brief, included legal research. |
| 06/20/2014 | Cynthia L Pollick | 1.00 | Travel to and from Scranton courthouse to do legal research at law library. |
| 06/23/2014 | Cynthia L Pollick | 0.30 | Filing of Reply Brief on ECF. |
| 06/23/2014 | Cynthia L Pollick | 0.40 | Organized brief for distribution |
| 06/23/2014 | Cynthia L Pollick | 0.20 | Correspondence with 3d Cir regarding filing |
| 06/23/2014 | Cynthia L Pollick | 0.50 | TC from Patti regarding case. |
| 06/23/2014 | Cynthia L Pollick | 0.10 | Receipt of docket entry text order. |
| 06/23/2014 | Cynthia L Pollick | 0.10 | Receipt of docket entry supplemental appendix |
| 06/23/2014 | Cynthia L Pollick | 0.10 | Correspondence with Patti regarding Reply Brief |
| 06/23/2014 | Cynthia L Pollick | 0.10 | Receipt of docket entry granting supplement. |
| 06/24/2014 | Cynthia L Pollick | 0.10 | Receipt of docket entry hard copies recd. |
| 06/24/2014 | Cynthia L Pollick | 0.10 | Correspondence from KC regarding sur reply. |
| 06/24/2014 | Cynthia L Pollick | 0.10 | Correspondence with KC advising do not concur |
| 06/25/2014 | Cynthia L Pollick | 4.00 | Additional preparation of 3d Cir Reply Brief PVSD. |
| 06/25/2014 | Cynthia L Pollick | 0.10 | Correspondence with KC advising that can't file surreply until court grants. |
| 06/25/2014 | Cynthia L Pollick | 0.10 | Correspondence from KC agreeing she can't file until motion granted. |
| 06/25/2014 | Cynthia L Pollick | 0.40 | Preparation and filing of Response to Motion to File Surreply Brief. |
| 06/25/2014 | Cynthia L Pollick | 0.20 | Receipt and review of Smith's Motion for Surreply. |
| 06/25/2014 | Cynthia L Pollick | 0.10 | Correspondence with Patti regarding new filings. |
| 06/25/2014 | Cynthia L Pollick | 0.10 | Correspondence from Patti inquiring who wants surreply. |
| 06/25/2014 | Cynthia L Pollick | 0.10 | Correspondence with Patti advising OP - Smith. |
| 06/25/2014 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding surreply - 2nd. |
| 06/26/2014 | Cynthia L Pollick | 5.80 | Additional preparation of 3d Cir Reply Brief PVSD. |
| 06/27/2014 | Cynthia L Pollick | 1.00 | Additional preparation of 3d Cir Reply Brief PVSD |
| 06/30/2014 | Cynthia L Pollick | 0.20 | Receipt and review of OP's concurrence |

## Exhibit A

**390**

12:36 PM
07/11/16

**EMPLOY LAW OFFICES OF C L POLLICK**
**Time by Job Detail**
October 4, 2011 through June 27, 2016

| Date | Name | Duration | Notes |
|---|---|---|---|
| 07/29/2014 | Cynthia L Pollick | 2.00 | Additional preparation and finalization of 3d Cir Reply Brief, including table of authorities, cont |
| 07/01/2014 | Cynthia L Pollick | 0.10 | Receipt and review of docket entry compliance by OP. |
| 07/02/2014 | Cynthia L Pollick | 0.20 | Correspondence with 3d Cir regarding Reply Brief. |
| 07/02/2014 | Cynthia L Pollick | 0.10 | Receipt of docket entry motion sent to merits committee |
| 07/03/2014 | Cynthia L Pollick | 0.10 | Receipt of Oral argument ack - Smith. |
| 07/03/2014 | Cynthia L Pollick | 0.10 | Receipt of Oral argument ack - PVSD. |
| 07/07/2014 | Cynthia L Pollick | 0.20 | Filed on ECF Reply Brief. |
| 07/07/2014 | Cynthia L Pollick | 0.30 | TC from Patti regarding case update. |
| 07/07/2014 | Cynthia L Pollick | 0.10 | Correspondence with Patti regarding last brief. |
| 07/07/2014 | Cynthia L Pollick | 0.10 | Payment of printing invoices. |
| 07/07/2014 | Cynthia L Pollick | 0.10 | Organized costs to send to Patti for review. |
| 07/08/2014 | Cynthia L Pollick | 0.10 | Correspondence with Patti regarding reply brief |
| 07/08/2014 | Cynthia L Pollick | 0.10 | Correspondence with Patti regarding costs. |
| 07/08/2014 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding bill. |
| 07/08/2014 | Cynthia L Pollick | 0.10 | Correspondence with Patti regarding addl charges. |
| 07/08/2014 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding bill - 3d. |
| 07/08/2014 | Cynthia L Pollick | 0.10 | Receipt of docket entry hard copy received. |
| 07/08/2014 | Cynthia L Pollick | 0.20 | Correspondence from 3d Cir regarding oral argument. |
| 07/08/2014 | Cynthia L Pollick | 0.10 | Receipt of OP's oral argument ak - smith. |
| 07/09/2014 | Cynthia L Pollick | 0.10 | Receipt of OP's oral argument uk - PVSD. |
| 07/09/2014 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding brief |
| 07/09/2014 | Cynthia L Pollick | 0.10 | Correspondence with Patti providing thoughts. |
| 07/10/2014 | Cynthia L Pollick | 0.30 | Preparation and filing of oral argument ack. |
| 07/29/2014 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding status. |
| 07/28/2014 | Cynthia L Pollick | 0.10 | Correspondence with Patti providing update |
| 07/28/2014 | Cynthia L Pollick | 0.10 | Correspondence from Patti giving her thoughts. |
| 08/01/2014 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding case. |
| 08/01/2014 | Cynthia L Pollick | 0.10 | Correspondence with Patti giving thoughts |
| 08/08/2014 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding case. |
| 08/08/2014 | Cynthia L Pollick | 0.10 | Correspondence with Patti giving thoughts |
| 08/12/2014 | Cynthia L Pollick | 0.10 | Receipt of docket entry related to hcsg. |
| 08/12/2014 | Cynthia L Pollick | 0.10 | Receipt of docket entry quality control erroneous filing |
| 08/15/2014 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding case |
| 08/15/2014 | Cynthia L Pollick | 0.10 | Correspondence with Patti giving thoughts. |
| 08/22/2014 | Cynthia L Pollick | 0.50 | Preparation for Oral Argument. |
| 08/22/2014 | Cynthia L Pollick | 0.20 | Correspondence from 3d Cir regarding oral argument |
| 08/23/2014 | Cynthia L Pollick | 2.00 | Preparation for Oral Argument. |
| 08/24/2014 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding case |
| 08/25/2014 | Cynthia L Pollick | 0.10 | Correspondence with Patti giving her my thoughts. |
| 08/28/2014 | Cynthia L Pollick | 0.10 | Receipt of division of time. |
| 08/29/2014 | Cynthia L Pollick | 0.50 | Additional preparation for oral argument |
| 08/29/2014 | Cynthia L Pollick | 0.10 | Receipt of NOA on L oboss. |
| 08/02/2014 | Cynthia L Pollick | 0.10 | Receipt of acknowledgment of argument |
| 09/02/2014 | Cynthia L Pollick | 1.00 | Preparation for 3d Cir oral argument. |
| 09/03/2014 | Cynthia L Pollick | 1.00 | Legal research updating caselaw. |
| 09/03/2014 | Cynthia L Pollick | 0.10 | Receipt of docket entry on NOA |
| 09/04/2014 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding case |
| 09/05/2014 | Cynthia L Pollick | 1.00 | Preparation for 3d Cir oral argument. |
| 09/08/2014 | Cynthia L Pollick | 3.00 | Preparation for 3d Cir oral argument |
| 09/08/2014 | Cynthia L Pollick | 8.00 | Additional preparation for oral argument |
| 09/08/2014 | Cynthia L Pollick | 5.00 | Travel to hotel for oral argument. |
| 09/09/2014 | Cynthia L Pollick | 4.80 | Appearance at oral argument included pre travel time and time bf and after argument meeting with cl |
| 09/09/2014 | Cynthia L Pollick | 2.00 | Travel from oral argument |
| 09/09/2014 | Cynthia L Pollick | 0.20 | Correspondence from Patti regarding argument. |
| 09/09/2014 | Cynthia L Pollick | 0.10 | Correspondence with Patti thanking her for support. |
| 09/12/2014 | Cynthia L Pollick | 0.20 | TC from Joe T regarding mediation. |
| 09/12/2014 | Cynthia L Pollick | 1.00 | TC with Patti regarding case. |
| 09/14/2014 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding case. |
| 09/15/2014 | Cynthia L Pollick | 0.10 | Correspondence with Patti advising call me in afternoon |
| 09/15/2014 | Cynthia L Pollick | 0.20 | TC from Bill regarding case |
| 09/18/2014 | Cynthia L Pollick | 0.20 | TC from JT regarding mediation. |
| 09/18/2014 | Cynthia L Pollick | 0.50 | TC with Patti regarding mediation. |
| 09/18/2014 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding case. |
| 09/18/2014 | Cynthia L Pollick | 0.10 | Correspondence with Patti requesting TC. |
| 09/23/2014 | Cynthia L Pollick | 0.10 | TC from Patti regarding case. |
| 09/23/2014 | Cynthia L Pollick | 0.10 | TC from JT regarding mediation |
| 09/24/2014 | Cynthia L Pollick | 0.10 | TC with JT advising will call later |
| 09/24/2014 | Cynthia L Pollick | 0.10 | TC with Patti advising call me later. |
| 09/24/2014 | Cynthia L Pollick | 0.20 | TC with Patti regarding case |
| 09/24/2014 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding case. |
| 09/24/2014 | Cynthia L Pollick | 0.10 | Correspondence with Patti regarding case. |
| 09/24/2014 | Cynthia L Pollick | 0.10 | TC with JT regarding mediation. |
| 09/25/2014 | Cynthia L Pollick | 0.20 | TC with Joe, Bill regarding mediation. |
| 09/26/2014 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding TC. |
| 07/26/2014 | Cynthia L Pollick | 0.10 | Correspondence with Patti giving thoughts. |
| 10/07/2014 | Cynthia L Pollick | 0.10 | TC from Joe regarding case. |
| 10/07/2014 | Cynthia L Pollick | 0.40 | TC with Patti regarding case. |
| 10/08/2014 | Cynthia L Pollick | 0.10 | TC with Joe regarding case. |

Page 30

**Exhibit A**

12:36 PM
07/11/16

EMPLOY LAW OFFICES OF C L POLLICK
## Time by Job Detail
October 4, 2011 through June 27, 2016

| Date | Name | Duration | Notes |
|---|---|---|---|
| Total 2014 Professional Services | | 109.60 | |
| **2014 Professional Services:2014 Legal Assistant** | | | |
| 02/18/2014 | Legal Assistant | 2.00 | Preparation of table of authorities. |
| 03/01/2014 | Legal Assistant | 1.60 | Travel to and from PDQ to drop off brief, ended up having to come back for corrections. |
| 05/02/2014 | Legal Assistant | 0.30 | Reviewed PDQ brief binding. |
| 05/06/2014 | Legal Assistant | 0.60 | Organized brief for shipping. |
| 05/06/2014 | Legal Assistant | 0.90 | Travel to and from FedEx to ship brief |
| 06/11/2014 | Legal Assistant | 4.60 | Reviewed trial transcript to ensure no motion for mistrial or admonishment was made. |
| 06/16/2014 | Legal Assistant | 6.90 | Additional review of trial transcript |
| 06/16/2014 | Legal Assistant | 1.90 | Preparation of Table of Authorities |
| 06/17/2014 | Legal Assistant | 4.50 | Additional review of trial transcript. |
| 06/17/2014 | Legal Assistant | 1.60 | Legal research for frontline info. |
| 06/18/2014 | Legal Assistant | 1.70 | Additional review of trial transcript. |
| 06/18/2014 | Legal Assistant | 1.00 | Travel to and from FedEx, PO to file brief. |
| 06/23/2014 | Legal Assistant | 1.00 | Travel to and from FedEx, PO. |
| 05/30/2014 | Legal Assistant | 2.60 | Preparation of Table of Authorities |
| 07/07/2014 | Legal Assistant | 0.40 | Travel to FedEx to mail briefs. |
| Total 2014 Professional Services 29, | | 33.10 | |
| **2015 Professional Services** | | | |
| 01/05/2015 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding update. |
| 01/05/2015 | Cynthia L Pollick | 0.10 | Correspondence with Patti advising no news. |
| 01/16/2015 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding case. |
| 01/19/2015 | Cynthia L Pollick | 0.10 | Correspondence with Patti giving her my thoughts |
| 02/04/2015 | Cynthia L Pollick | 0.10 | TC with Patti regarding decision vacating order. |
| 02/04/2015 | Cynthia L Pollick | 0.40 | Receipt and review of Order vacating decision. |
| 02/04/2015 | Cynthia L Pollick | 0.10 | Receipt and review of Judgment |
| 02/04/2015 | Cynthia L Pollick | 0.20 | Correspondence from 3d regarding petition |
| 02/04/2015 | Cynthia L Pollick | 0.10 | Correspondence with Patti regarding decision. |
| 02/06/2015 | Cynthia L Pollick | 0.10 | Receipt of Order granting motion. |
| 02/19/2015 | Cynthia L Pollick | 0.10 | Correspondence with Patti regarding rehearing |
| 02/19/2015 | Cynthia L Pollick | 0.10 | Correspondence from Patti giving her thoughts. |
| 02/19/2015 | Cynthia L Pollick | 0.10 | Correspondence with Patti giving my thoughts. |
| 02/19/2015 | Cynthia L Pollick | 0.10 | Correspondence with Patti regarding rehearing. |
| 02/19/2015 | Cynthia L Pollick | 0.40 | Receipt and review of Smith's petition for rehearing |
| 03/02/2015 | Cynthia L Pollick | 0.10 | Correspondence with Patti regarding opinion. |
| 03/02/2015 | Cynthia L Pollick | 0.20 | Receipt and review of decision denying rehearing. |
| 03/02/2015 | Cynthia L Pollick | 0.10 | TC from Patti regarding case. |
| 03/02/2015 | Cynthia L Pollick | 0.50 | TC with Patti regarding status. |
| 03/10/2015 | Cynthia L Pollick | 0.20 | Correspondence from 3d Cir regarding mandate. |
| 03/10/2015 | Cynthia L Pollick | 0.10 | Receipt and review of mandate. |
| 06/02/2015 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding update |
| 06/02/2015 | Cynthia L Pollick | 0.10 | Correspondence with Patti advising of status. |
| 08/02/2015 | Cynthia L Pollick | 0.10 | TC with 3d Cir regarding case. |
| 05/23/2015 | Cynthia L Pollick | 0.30 | Reviewed case in MD and 3d Cir regarding status. |
| 05/23/2015 | Cynthia L Pollick | 0.10 | Receipt and review of docket notation on mandate. |
| 09/23/2015 | Cynthia L Pollick | 0.10 | Receipt and review of docket notation on 3d Cir, opinion. |
| 10/06/2015 | Cynthia L Pollick | 0.10 | Receipt and review of Order reopening case. |
| 10/06/2015 | Cynthia L Pollick | 0.10 | Receipt of docket entry reopening case. |
| 10/07/2015 | Cynthia L Pollick | 0.10 | Correspondence with Patti regarding order. |
| 10/07/2015 | Cynthia L Pollick | 0.10 | Correspondence with Patti - 2nd one regarding case. |
| 10/07/2015 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding case. |
| 10/07/2015 | Cynthia L Pollick | 0.10 | Correspondence with Patti - 3d one. |
| 10/09/2015 | Cynthia L Pollick | 0.30 | TC from Patti regarding case. |
| 10/11/2015 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding case. |
| 10/12/2015 | Cynthia L Pollick | 0.10 | TC from LO regarding case |
| 10/12/2015 | Cynthia L Pollick | 0.10 | TC with LO regarding reopening. |
| 10/12/2015 | Cynthia L Pollick | 0.10 | Correspondence from LO regarding case. |
| 10/12/2015 | Cynthia L Pollick | 0.10 | Correspondence with Patti giving thoughts. |
| 10/13/2015 | Cynthia L Pollick | 0.10 | Correspondence from LO regarding case |
| 10/14/2015 | Cynthia L Pollick | 0.10 | Receipt and review of Order rescheduling TC. |
| 10/14/2015 | Cynthia L Pollick | 0.10 | TC from LO regarding case. |
| 10/15/2015 | Cynthia L Pollick | 0.10 | Correspondence with Patti regarding update. |
| 10/15/2015 | Cynthia L Pollick | 0.10 | Correspondence from Patti giving thoughts. |
| 10/16/2015 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding case. |
| 10/16/2015 | Cynthia L Pollick | 0.10 | Correspondence with Patti regarding thoughts |
| 10/16/2015 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding case. |
| 11/16/2015 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding TC. |
| 11/16/2015 | Cynthia L Pollick | 0.10 | Correspondence with Patti regarding trial date. |
| 11/16/2015 | Cynthia L Pollick | 0.30 | TC with Judge, OP regarding case. |
| 11/16/2015 | Cynthia L Pollick | 0.10 | TC from Patti regarding case. |
| 11/16/2015 | Cynthia L Pollick | 0.10 | Correspondence with Patti regarding case. |
| 11/16/2015 | Cynthia L Pollick | 0.10 | Receipt and review of Order continuing TC. |
| 12/11/2015 | Cynthia L Pollick | 0.10 | Receipt and review of Order rescheduling conference. |
| 12/21/2015 | Cynthia L Pollick | 0.10 | TC with Kathy regarding rescheduling. |
| 12/21/2015 | Cynthia L Pollick | 0.10 | TC with OP regarding date. |
| 12/22/2015 | Cynthia L Pollick | 0.10 | TC with OP regarding case |
| 12/22/2015 | Cynthia L Pollick | 0.10 | TC from Lynn regarding case. |

## Exhibit A

**392**

12:36 PM
07/11/16

EMPLOY LAW OFFICES OF C L POLLICK
Time by Job Detail
October 4, 2011 through June 27, 2016

| Date | Name | Duration | Notes |
|---|---|---|---|
| 12/22/2015 | Cynthia L Pollick | 0.10 | TC with Kathy regarding case. |
| 12/22/2015 | Cynthia L Pollick | 0.10 | TC from Kathy regarding case |
| 12/22/2015 | Cynthia L Pollick | 0.10 | TC with Lynn regarding case - 2d. |
| 12/22/2015 | Cynthia L Pollick | 0.10 | Receipt and review of Order. |
| Total 2015 Professional Services | | 0.70 | |
| | | | |
| 2016 Professional Service | | | |
| 02/03/2016 | Cynthia L Pollick | 0.10 | Correspondence with Patti regarding trial dates. |
| 02/03/2016 | Cynthia L Pollick | 0.10 | Correspondence from Patti advising dates OK. |
| 02/03/2016 | Cynthia L Pollick | 0.10 | Correspondence with Patti regarding July. |
| 02/03/2016 | Cynthia L Pollick | 0.10 | Correspondence from Patti advising July is fine too. |
| 02/11/2016 | Cynthia L Pollick | 0.40 | TC with Judge OP regarding case |
| 02/11/2016 | Cynthia L Pollick | 0.10 | TC with Patti regarding TC with Judge |
| 02/11/2016 | Cynthia L Pollick | 0.60 | TC from Patti regarding TC with Judge. |
| 02/11/2016 | Cynthia L Pollick | 2.00 | Legal research on reopening discovery. |
| 02/11/2016 | Cynthia L Pollick | 0.10 | Correspondence with John regarding settlement. |
| 02/12/2016 | Cynthia L Pollick | 0.10 | Correspondence with Patti regarding order. |
| 02/15/2016 | Cynthia L Pollick | 0.50 | Reviewed Order on trial. |
| 02/19/2016 | Cynthia L Pollick | 0.40 | Review of OP's Brief in Support of Caption |
| 02/19/2016 | Cynthia L Pollick | 0.30 | Review of OP's Brief in Support of Reopen. |
| 02/19/2016 | Cynthia L Pollick | 0.20 | Review of OP's Motion for Leave to compel |
| 02/19/2016 | Cynthia L Pollick | 0.30 | Review of OP's Motion to Amend |
| 02/25/2016 | Cynthia L Pollick | 1.00 | Preparation of BIO to Motion to Reopen. |
| 02/25/2016 | Cynthia L Pollick | 0.60 | Legal research on caption change. |
| 02/26/2016 | Cynthia L Pollick | 0.90 | Preparation of BIO to Motion to Reopen. |
| 03/03/2016 | Cynthia L Pollick | 0.50 | Finalization and filing of BIOs to Motion to Amend and Open |
| 03/14/2016 | Cynthia L Pollick | 0.10 | Correspondence from LO regarding case |
| 03/21/2016 | Cynthia L Pollick | 0.30 | TC with Patti regarding Judge's order |
| 03/21/2016 | Cynthia L Pollick | 0.10 | Receipt and review of Order granting defendants' motions. |
| 03/22/2016 | Cynthia L Pollick | 0.40 | Reviewed Order on case. |
| 03/28/2016 | Cynthia L Pollick | 0.10 | Correspondence from OP regarding dates for depo |
| 03/28/2016 | Cynthia L Pollick | 0.10 | Correspondence with OP advising it has to take place in Seattle Washington. |
| 04/08/2016 | Cynthia L Pollick | 0.10 | Correspondence from OP regarding deposition. |
| 04/13/2016 | Cynthia L Pollick | 0.20 | Correspondence with OP regarding third set of interros. |
| 04/13/2016 | Cynthia L Pollick | 0.10 | Additional preparation of third set of interros |
| 04/13/2016 | Cynthia L Pollick | 0.50 | Preparation of Motion in Limine, Brief in Support. |
| 04/14/2016 | Cynthia L Pollick | 0.20 | Preparation of Fourth Set of Interrogatories. |
| 04/14/2016 | Cynthia L Pollick | 0.20 | Correspondence with OP regarding 4th Set |
| 04/14/2016 | Cynthia L Pollick | 0.10 | Correspondence with OP regarding concurrence in MILs. |
| 04/14/2016 | Cynthia L Pollick | 0.10 | Review of OP's 9th MIL. |
| 04/14/2016 | Cynthia L Pollick | 0.10 | Review of OP's 10th MIL. |
| 04/14/2016 | Cynthia L Pollick | 0.10 | Review of OP's 6th MIL |
| 04/14/2016 | Cynthia L Pollick | 0.10 | Review of OP's 5th MIL |
| 04/14/2016 | Cynthia L Pollick | 0.10 | Review of OP's 6th MIL. |
| 04/14/2016 | Cynthia L Pollick | 0.10 | Receipt and review of 3d MIL - publication of harm |
| 04/14/2016 | Cynthia L Pollick | 0.10 | Receipt and review of MIL - images |
| 04/14/2016 | Cynthia L Pollick | 0.10 | Receipt and review of 4th MIL |
| 04/14/2016 | Cynthia L Pollick | 0.10 | Receipt and review of OP's 7th MIL |
| 04/14/2016 | Legal Assistant | 0.20 | Preparation of documents |
| 04/15/2016 | Cynthia L Pollick | 0.10 | TC with Patti regarding order compelling deposition |
| 04/15/2016 | Cynthia L Pollick | 0.10 | TC with OP regarding order |
| 04/15/2016 | Cynthia L Pollick | 0.60 | Receipt and review of OP's Brief in Support of 1st MIL. |
| 04/15/2016 | Cynthia L Pollick | 4.00 | Preparation of BIO to OP's Brief - 1st MIL. |
| 04/15/2016 | Cynthia L Pollick | 0.10 | TC from Bill regarding order compelling deposition. |
| 04/15/2016 | Cynthia L Pollick | 0.30 | Receipt of Order granting order compelling depo. |
| 04/15/2016 | Cynthia L Pollick | 0.20 | Receipt and review of OP's Brief in Support of MIL - verdict |
| 04/15/2016 | Cynthia L Pollick | 0.10 | Receipt and brief review of OP's Brief in Support of MIL, Robinson. |
| 04/15/2016 | Cynthia L Pollick | 0.30 | Receipt and review of OP's Brief in Support of MIL - 3d |
| 04/15/2016 | Cynthia L Pollick | 0.30 | Receipt and review of OP's Brief in Support of MIL - 6th |
| 04/15/2016 | Cynthia L Pollick | 0.30 | Receipt and review of OP's Brief in Support of MIL - 7th |
| 04/15/2016 | Cynthia L Pollick | 0.30 | Receipt and review of OP's Brief in Support of MIL - 4th. |
| 04/15/2016 | Cynthia L Pollick | 0.10 | Correspondence with Patti regarding order. |
| 04/15/2016 | Cynthia L Pollick | 0.10 | Correspondence with Patti regarding bad news |
| 04/16/2016 | Cynthia L Pollick | 0.40 | TC with Bill regarding deposition and other case issues |
| 04/16/2016 | Cynthia L Pollick | 0.20 | Preparation of of Notice of Deposition. |
| 04/16/2016 | Cynthia L Pollick | 0.20 | Correspondence with OP regarding notice of deposition. |
| 04/16/2016 | Cynthia L Pollick | 0.10 | Correspondence with OP regarding reporter. |
| 04/16/2016 | Cynthia L Pollick | 0.10 | Correspondence with Patti regarding email exchange. |
| 04/17/2016 | Cynthia L Pollick | 0.10 | TC from Bill regarding order. |
| 04/17/2016 | Cynthia L Pollick | 0.20 | TC with Bill regarding case and deposition. |
| 04/17/2016 | Cynthia L Pollick | 0.10 | Correspondence with OP requesting date change. |
| 04/18/2016 | Cynthia L Pollick | 2.00 | Preparation of BIO to Second MIL. |
| 04/18/2016 | Cynthia L Pollick | 0.10 | Correspondence from OP regarding deposition date. |
| 04/18/2016 | Cynthia L Pollick | 0.10 | Correspondence with Bill providing more information on depo date. |
| 04/19/2016 | Cynthia L Pollick | 0.10 | TC from Bill regarding email on depo. |
| 04/19/2016 | Cynthia L Pollick | 0.10 | TC with OP regarding deposition of Meagan |
| 04/19/2016 | Cynthia L Pollick | 2.00 | Preparation of BIO to Defendant's MIL on educational harm. |
| 04/19/2016 | Cynthia L Pollick | 0.40 | Preparation and filing of Motion for Move Start Time and Order. |

Page 22

Exhibit A

Case 3:07-cv-00854-MWB Document 635-1 Filed 07/12/16 Page 46 of 48

12 38 PM
07/11/16

**EMPLOY LAW OFFICES OF C L POLLICK**
## Time by Job Detail
October 4, 2011 through June 27, 2016

| Date | Name | Duration | Notes |
|------|------|----------|-------|
| 04/19/2016 | Cynthia L Pollick | 0.40 | Preparation and filing of Motion to Compel 5th th a d Order. |
| 04/19/2016 | Cynthia L Pollick | 0.10 | TC with Bill regarding motions filed |
| 04/20/2016 | Cynthia L Pollick | 3.60 | Preparation of BIO to Motion in Limine - Fourth |
| 04/20/2016 | Cynthia L Pollick | 0.40 | Preparation of BIO to MIL - fifth. |
| 04/20/2016 | Cynthia L Poll ck | 0.10 | Correspondence with Patti providing filings. |
| 04/21/2016 | Cynthia L Pollck | 0.60 | Preparation of BIO to 6th MIL |
| 04/21/2016 | Cynthia L Pollck | 1.80 | Preparation of BIO to 7th MIL and additional preparati n of 6th, including legal resear ts |
| 04/21/2016 | Cynthia L Pollick | 0.20 | Review of Brief 8th. |
| 04/21/2016 | Cynthia L Poll ck | 0.30 | Preparation of BIO to 9th MIL |
| 04/21/2016 | Cynthia L Poll ck | 0.80 | Preparation for trial, included Trial Transcript II. |
| 04/21/2016 | Cynthia L Pollick | 0.30 | Review of Defendants' MIL #10. |
| 04/22/2016 | Cynthia L Poll ck | 0.10 | Receipt and review of Answer to Motion to take depositi n. |
| 04/22/2016 | Cynthia L Pollick | 0.30 | Preparation and filing of Reply Brief. |
| 04/22/2016 | Cynthia L Pollick | 1.60 | Additional preparation of BIOs to MILs, including add t onal legal research and MIL 10 |
| 04/23/2016 | Cynthia L Poll ck | 0.30 | Receipt and review of Order denying motion to move depo. |
| 04/23/2016 | Cynthia L Pollick | 0.10 | Correspondence with Patti regard ng order denying movn. |
| 04/23/2016 | Cynthia L Pollick | 0.10 | TC from Patti regarding order. |
| 04/23/2016 | Cynthia L Pollick | 0.30 | TC with Patti discussing case and order. |
| 04/28/2016 | Cynthia L Pollick | 0.30 | Preparation of subpoena for witness (PW). |
| 04/28/2016 | Cynthia L Pollick | 0.30 | Preparation of subpoena for witness (WB) |
| 04/28/2016 | Cynthia L Pollick | 0.30 | Preparation of subpoena for witness (DY). |
| 04/28/2016 | Cynthia L Pollick | 0.20 | Preparation of subpoena for witness (JG) |
| 04/28/2016 | Cynthia L Pollick | 0.20 | Preparation of subpoena for witness (SK). |
| 04/28/2016 | Cynthia L Pollick | 0.30 | Preparation of subpoena for witness (GS). |
| 04/28/2016 | Cynthia L Pollick | 0.10 | TC from witness PW regarding subpoena. |
| 04/28/2016 | Cynthia L Pollick | 0.10 | TC with witness PW regarding trial sche ule. |
| 04/28/2016 | Cynthia L Pollick | 0.20 | Reviewed trial transcript to pull testimony for PW & DY. |
| 04/28/2016 | Cynthia L Pollick | 1.40 | Finalization and filing on ECF of BIO to MILs. |
| 04/28/2016 | Cynthia L Pollick | 0.10 | TC with district court regarding filing error. |
| 04/28/2016 | Cynthia L Pollick | 0.10 | Receipt and review of docket notation regarding filing error. |
| 04/28/2016 | Cynthia L Pollick | 0.10 | TC from Li regarding depositions next week. |
| 05/02/2016 | Cynthia L Pollick | 0.10 | TC with Bill regarding deposition. |
| 05/02/2016 | Cynthia L Pollick | 0.10 | TC from Bill regarding deposition |
| 05/02/2016 | Cynthia L Pollick | 0.20 | Correspondence from OP reg rd ng discovery |
| 05/03/2016 | Cynthia L Pollick | 0.10 | Research on witness CS address. |
| 05/03/2016 | Cynthia L Pollick | 1.60 | Travel to Williamsport for deposition |
| 05/03/2016 | Cynthia L Pollick | 0.10 | TC with Meagan regarding deposition. |
| 05/04/2016 | Cynthia L Pollick | 3.60 | Appearance at deposition, including pre and post meetin v th clients |
| 05/04/2016 | Cynthia L Pollick | 2.00 | Travel from Wil amsport after deposition. |
| 05/04/2016 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding arrival. |
| 05/04/2016 | Cynthia L Pollick | 0.10 | Correspondence with Patti regarding not ready. |
| 05/04/2016 | Cynthia L Pollick | 0.10 | Correspondence from Patti advising to take time needed |
| 05/06/2016 | Cynthia L Pollick | 0.30 | Reviewed OP's answers to discovery. |
| 05/10/2016 | Cynthia L Pollick | 0.10 | Correspondence with OP regarding dates for pretrial |
| 05/10/2016 | Cynthia L Pollick | 0.10 | Correspondence with OP correcting dates. |
| 05/10/2016 | Cynthia L Pollick | 0.10 | Correspondence from OP advising what dates he's available |
| 05/10/2016 | Cynthia L Pollick | 0.10 | Correspondence with OP advising 5/26 works |
| 05/12/2016 | Cynthia L Pollick | 2.00 | Preparation for trial, included reviewing exhibits, trans r pts |
| 05/12/2016 | Cynthia L Poll ck | 0.20 | Preparation of subpoena for witness AM. |
| 05/12/2016 | Cynthia L Pollick | 0.20 | Preparation of subpoena for witness CW. |
| 05/13/2016 | Cynthia L Pollick | 0.20 | Finalized subpoena and testimony for witness CW. |
| 05/13/2016 | Cynthia L Pollick | 3.00 | Additional preparation for trial |
| 05/16/2016 | Cynthia L Pollick | 1.00 | Preparation of Exhibits for trial |
| 05/17/2016 | Cynthia L Pollick | 0.50 | Preparation of Exhibits for trial |
| 05/20/2016 | Cynthia L Pollick | 0.10 | Receipt and review of Order rescheduling pretrial. |
| 05/23/2016 | Cynthia L Pollick | 0.10 | Correspondence from OP regarding changing meeting time |
| 05/24/2016 | Cynthia L Pollick | 0.10 | TC from OP regarding time change. |
| 05/24/2016 | Cynthia L Pollick | 0.10 | TC with OP advising time change Ok. |
| 05/24/2016 | Cynthia L Pollick | 0.10 | Receipt and review of NOA - Collins. |
| 05/25/2016 | Cynthia L Pollick | 0.70 | Organized OP's additional exhibits. |
| 05/25/2016 | Cynthia L Pollick | 0.40 | Meeting with OPs regarding pretrial conference. |
| 05/25/2016 | Cynthia L Pollick | 0.10 | TC from KC regarding exhibits. |
| 05/31/2016 | Cynthia L Pollick | 0.70 | TC from Patty regarding case. |
| 05/31/2016 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding Gross address. |
| 05/31/2016 | Cynthia L Pollick | 0.10 | Correspondence with Patti trucking her for information. |
| 06/01/2016 | Cynthia L Pollick | 3.00 | Additional preparation for trial included organizing and reviewing testimony. |
| 06/01/2016 | Cynthia L Pollick | 0.30 | Preparation of subpoena for JP. |
| 06/01/2016 | Cynthia L Pollick | 0.20 | Preparation of subpoena for RS. |
| 06/01/2016 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding subpoenas |
| 06/02/2016 | Cynthia L Pollick | 0.10 | Correspondence with Patti regarding subpoenas. |
| 06/02/2016 | Cynthia L Pollick | 0.30 | Preparation of subpoena for MY. |
| 06/02/2016 | Cynthia L Pollick | 0.20 | Preparation of revised subpoena for Gross |
| 06/02/2016 | Cynthia L Pollick | 0.10 | Correspondence from Meagan regarding subpoena. |
| 06/02/2016 | Cynthia L Pollick | 0.10 | Correspondence with Meagan regarding subpoena. |
| 06/02/2016 | Cynthia L Pollick | 0.10 | Correspondence from Meagan inquiring what to do. |
| 06/02/2016 | Cynthia L Pollick | 0.10 | Correspondence with Meagan providing advise. |
| 06/03/2016 | Cynthia L Pollick | 4.00 | Additional preparation for trial included organized trial notebook, reviewed testimony, started opn |
| 06/03/2016 | Cynthia L Pollick | 0.20 | Correspondence with OP regarding settlement |

Page 23

## Exhibit A

**394**

12:06 PM
07/11/16

EMPLOY LAW OFFICES OF C L POLLICK
Time by Job Detail
October 4, 2011 through June 27, 2016

| Date | Name | Duration | Notes |
|---|---|---|---|
| 07/03/2016 | Cynthia L Pollick | 0.20 | Correspondence from OP regarding settlement |
| 05/03/2016 | Legal Assistant | 1.40 | Additional preparation of exhibits for trial |
| 05/09/2016 | Cynthia L Pollick | 0.20 | Correspondence from OP regarding demand |
| 05/09/2016 | Cynthia L Pollick | 0.70 | Finalized and filed pretrial documents. |
| 06/05/2016 | Cynthia L Pollick | 0.10 | Correspondence from John regarding settlement. |
| 05/05/2016 | Cynthia L Pollick | 0.50 | Correspondence from Patti regarding exhibits. |
| 04/06/2016 | Cynthia L Pollick | 0.10 | Correspondence with Patti advising I'm good |
| 03/07/2016 | Cynthia L Pollick | 0.20 | Correspondence from OP to witness KU regarding trial |
| 03/07/2016 | Cynthia L Pollick | 0.20 | Correspondence from OP to witness AF regarding trial |
| 03/07/2016 | Cynthia L Pollick | 0.20 | Correspondence from OP to witness JC regarding trial |
| 05/07/2016 | Cynthia L Pollick | 2.50 | Additional preparation for trial, included reviewing exhibits. |
| 05/09/2016 | Cynthia L Pollick | 0.40 | Preparation of Brief in Support of Motion for Adverse inference, included legal research and filing |
| 05/03/2016 | Cynthia L Pollick | 0.30 | Preparation of Motion for Adverse Inference. |
| 05/09/2016 | Cynthia L Pollick | 0.10 | Preparation of Order on Motion for Adverse Inference. |
| 05/09/2016 | Cynthia L Pollick | 0.70 | Review of OP's Pretrial Memo. |
| 05/09/2016 | Cynthia L Pollick | 0.30 | Review of OP's Voir Dir. |
| 05/09/2016 | Cynthia L Pollick | 0.50 | Review of OP's proposed jury instructions |
| 05/09/2016 | Cynthia L Pollick | 0.20 | Review of OP's Jury Form. |
| 05/09/2016 | Cynthia L Pollick | 0.10 | Correspondence with OP advising non-concurrence in motion. |
| 05/09/2016 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding subpoena. |
| 05/09/2016 | Cynthia L Pollick | 0.20 | Preparation of subpoena for witness DY |
| 05/09/2016 | Cynthia L Pollick | 0.10 | Correspondence with Patti attaching subpoena and asking about Betty. |
| 05/09/2016 | Cynthia L Pollick | 0.10 | Correspondence from Patti advising Betty will not need subpoena. |
| 05/09/2016 | Cynthia L Pollick | 0.10 | Correspondence with Patti advising I'll send over excerpts from trial. |
| 05/09/2016 | Cynthia L Pollick | 0.50 | Preparation of testimony and sent them to Patti. |
| 05/10/2016 | Cynthia L Pollick | 0.10 | Review of subpoena for KU. |
| 05/10/2016 | Cynthia L Pollick | 0.10 | Review of subpoena for AF. |
| 05/10/2016 | Cynthia L Pollick | 0.10 | Review of subpoena for JC. |
| 05/10/2016 | Cynthia L Pollick | 2.00 | Reviewed Smith's 2nd trial testimony, created trial summary. |
| 05/10/2016 | Cynthia L Pollick | 1.50 | Organized exhibits to be turned over to court |
| 05/10/2016 | Cynthia L Pollick | 1.00 | Preparation of testimony of Smith. |
| 05/10/2016 | Cynthia L Pollick | 0.60 | Receipt and review of Defendants' objection to Plaintiff's Exhibits |
| 05/10/2016 | Cynthia L Pollick | 0.70 | Receipt and review of OP objections to jury instructions. |
| 05/10/2016 | Cynthia L Pollick | 0.10 | Correspondence with Patti regarding pretrial. |
| 05/10/2016 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding MILs. |
| 05/10/2016 | Cynthia L Pollick | 0.10 | Correspondence with Patti advising no decision yet |
| 05/13/2016 | Cynthia L Pollick | 6.00 | Appearance at pretrial, included travel to and from Williamsport, preparation time. |
| 05/13/2016 | Cynthia L Pollick | 0.10 | TC with Patti providing her with update |
| 05/13/2016 | Cynthia L Pollick | 0.10 | Correspondence from KM regarding witness access. |
| 05/13/2016 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding updates. |
| 05/13/2016 | Cynthia L Pollick | 0.20 | Receipt and review of Order scheduling trial |
| 05/16/2016 | Cynthia L Pollick | 0.10 | Correspondence from Patti providing address. |
| 05/16/2016 | Cynthia L Pollick | 0.10 | Correspondence with Patti regarding Betty's address. |
| 05/17/2016 | Cynthia L Pollick | 1.00 | Additional preparation for trial, included reviewing testimony. |
| 05/17/2016 | Cynthia L Pollick | 0.40 | Correspondence with OP providing addresses |
| 05/20/2016 | Cynthia L Pollick | 0.40 | TC from Patti regarding testimony. |
| 05/20/2016 | Cynthia L Pollick | 5.00 | Preparation for trial, include preparing testimony of Cross, Meagan, Bill |
| 05/21/2016 | Cynthia L Pollick | 2.00 | Preparation for trial, included preparing testimony of West, Donna, Connie. |
| 05/21/2016 | Cynthia L Pollick | 4.00 | Preparation for trial, including preparing testimony of Detective, Verbage, Krause Melot, Betty. |
| 05/21/2016 | Cynthia L Pollick | 0.10 | TC from Ken regarding exhibits. |
| 05/22/2016 | Cynthia L Pollick | 0.10 | TC with Winona CS confirming subpoena |
| 05/22/2016 | Cynthia L Pollick | 0.20 | TC with Ken regarding meeting and exhibits. |
| 05/22/2016 | Cynthia L Pollick | 0.10 | Correspondence from Ken explaining process. |
| 05/22/2016 | Cynthia L Pollick | 0.10 | Correspondence with Ken thanking him for info. |
| 05/22/2016 | Cynthia L Pollick | 0.10 | Correspondence from Ken regarding exhibits – 2d |
| 05/22/2016 | Cynthia L Pollick | 0.10 | Correspondence with Ken thanking him for all his help -2d |
| 05/22/2016 | Cynthia L Pollick | 0.10 | TC from witness CS regarding subpoena. |
| 05/22/2016 | Cynthia L Pollick | 0.10 | Correspondence from KW regarding JERS. |
| 05/22/2016 | Cynthia L Pollick | 0.10 | Correspondence with KW advising works for me. |
| 05/22/2016 | Cynthia L Pollick | 0.10 | Correspondence from KW regarding questions about exhibits. |
| 05/22/2016 | Cynthia L Pollick | 0.10 | Correspondence with KW thanking him for help |
| 05/23/2016 | Cynthia L Pollick | 0.10 | TC with witness CS regarding subpoena. |
| 05/23/2016 | Cynthia L Pollick | 0.30 | TC with Patti regarding testimonials. |
| 05/23/2016 | Cynthia L Pollick | 2.50 | Preparation of Reply Brief to Motion for Adverse Inf. |
| 05/23/2016 | Cynthia L Pollick | 0.60 | Review of OP's Brief in Opposition to Adverse Inference |
| 05/23/2016 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding darkhorse |
| 05/24/2016 | Cynthia L Pollick | 0.10 | Receipt and review of Order requiring videos to be converted. |
| 05/24/2016 | Cynthia L Pollick | 0.10 | Receipt and review of Ginsburg concurrence |
| 05/24/2016 | Cynthia L Pollick | 0.10 | Correspondence from Ginsburg regarding motion to intervene |
| 05/24/2016 | Cynthia L Pollick | 0.10 | Correspondence from Freund regarding exhibits. |
| 05/24/2016 | Cynthia L Pollick | 0.50 | Organized testimony for KV |
| 05/24/2016 | Cynthia L Pollick | 0.10 | Correspondence with KV regarding testimony. |
| 05/24/2016 | Cynthia L Pollick | 0.10 | Correspondence from KW regarding converting. |
| 05/24/2016 | Cynthia L Pollick | 0.10 | Correspondence with KW regarding converting. |
| 05/24/2016 | Cynthia L Pollick | 0.10 | Correspondence from KW regarding converting - 2d. |
| 05/24/2016 | Cynthia L Pollick | 0.10 | Correspondence with KW regarding converting - 2d. |
| 05/25/2016 | Cynthia L Pollick | 0.30 | Preparation of Non-concurrence and filing of the same. |
| 05/27/2016 | Cynthia L Pollick | 0.30 | Preparation and filing of Non-concurrence - exhibits. |

Page 24

Exhibit A

395

12:19 PM
07/11/16

**EMPLOY LAW OFFICES OF C L POLLICK**
## Time by Job Detail
October 4, 2011 through June 27, 2016

| Date | Name | Duration | Notes |
|------|------|----------|-------|
| 06/27/2016 | Cynthia L Pollick | 0.10 | Review of OP's Motion to Amend Exhibit. |
| 06/27/2016 | Cynthia L Pollick | 0.10 | Review of OP's Ginsburg NOA. |
| 06/27/2016 | Cynthia L Pollick | 0.10 | Review of OP's Levin NOA |
| 06/27/2016 | Cynthia L Pollick | 0.10 | Review of OP's Motion to Intervene. |
| 06/27/2016 | Cynthia L Pollick | 1.00 | Converted exhibits into acceptable format. |
| 06/27/2016 | Cynthia L Pollick | 0.20 | Correspondence with McLaughlin regarding exhibits. |
| 06/27/2016 | Cynthia L Pollick | 0.50 | Review of Ginsburg Brief in Support of Intervention. |
| 06/27/2016 | Cynthia L Pollick | 0.20 | Review of Ginsburg Jury verdict form |
| 06/27/2016 | Cynthia L Pollick | 0.10 | Correspondence with KW regarding converted files |
| 06/27/2016 | Cynthia L Pollick | 0.10 | Correspondence from KW advising send to court. |
| 06/27/2016 | Cynthia L Pollick | 0.10 | Correspondence with KW regarding converted files - 2d. |
| 06/27/2016 | Cynthia L Pollick | 0.10 | Correspondence with Patti regarding case. |
| 06/27/2016 | Cynthia L Pollick | 0.40 | Review of Ginsburg jury instructions. |
| 06/27/2016 | Cynthia L Pollick | 0.10 | TC from witness DS regarding subpoena. |
| 06/27/2016 | Cynthia L Pollick | 0.20 | Correspondence from OP regarding offer of judgment. |
| 06/27/2016 | Cynthia L Pollick | 0.10 | Receipt and review of Order granting exhibit addition. |
| 06/27/2016 | Cynthia L Pollick | 0.30 | TC with Patti regarding status |
| Total 2016 Professional Service | | 118.40 | |

2016 Professional Service;2016 Legal Assistant

| Date | Name | Duration | Notes |
|------|------|----------|-------|
| 03/03/2016 | Legal Assistant | 2.00 | Preparation of trial exhibit binders. |
| 03/04/2016 | Legal Assistant | 1.50 | Additional preparation of trial exhibit binders. |
| 03/08/2016 | Legal Assistant | 0.70 | Additional preparation of Trial Exhibit Binders. |
| 03/11/2016 | Legal Assistant | 0.40 | Additional preparation of Trial Exhibit Binders. |
| 03/14/2016 | Legal Assistant | 0.60 | Additional preparation of Trial Exhibit binders. |
| 03/15/2016 | Legal Assistant | 0.50 | Additional preparation of Trial Exhibit binders. |
| 04/16/2016 | Legal Assistant | 2.00 | Travel to and from Monroe Co to serve subpoenas. |
| 04/28/2016 | Legal Assistant | 0.40 | Preparation of transcripts |
| 05/16/2016 | Legal Assistant | 1.00 | Additional preparation of trial exhibits. |
| 05/17/2016 | Legal Assistant | 1.80 | Additional preparation of trial exhibits. |
| 05/19/2016 | Legal Assistant | 1.50 | Additional preparation of trial exhibits. |
| 05/20/2016 | Legal Assistant | 2.00 | Additional preparation of trial exhibits |
| 05/24/2016 | Legal Assistant | 0.10 | TC from OP's office regarding rescheduling |
| 05/24/2016 | Legal Assistant | 0.10 | TC with OP's office relaying not a problem with time change. |
| 05/24/2016 | Legal Assistant | 3.00 | Additional preparation of trial exhibits. |
| 05/24/2016 | Legal Assistant | 0.10 | TC with OP's office regarding case - 2d. |
| 05/25/2016 | Legal Assistant | 0.30 | Additional preparation of trial exhibits. |
| 06/27/2016 | Legal Assistant | 0.80 | Travel to and from FedEx. |
| Total 2016 Professional Service 201... | | 18.30 | |

| Total Youngs | | 1393.80 |
|---|---|---|
| **TOTAL** | | **1393.80** |

Page 25

## Exhibit A

# DEFENDANT'S REVIEW OF

# MS. POLLICK'S FEE PETITION

2:25 PM
10/12/15

EMPLOY LAW OFFICES OF C L POLLICK
Time by Job Detail
All Transactions

| Date | Name | Duration | Notes |
|------|------|----------|-------|
| | | | |

Youngs
2007 Professional Services

(The remainder of the table consists of numerous time entries attributed to Cynthia L. Pollick. Most entries are illegible due to document degradation. Partially legible entries include durations such as 0.10, 0.60, 0.20, 2.50, 0.30, 5.00, 2.00, etc., with notes referencing telephone conferences, correspondence, preparation of documents, legal research, and review of developments.)

EXHIBIT A

Exhibit A

Page 1

2:28 PM
10/12/11

**EMPLOY LAW OFFICES OF C L POLLICK**
**Time by Job Detail**
**All Transactions**

| Date | Name | Duration | Notes |
|---|---|---|---|
| | Cynthia L Pollick | 0.50 | TC from Dr. Reisman regarding case |
| | Cynthia L Pollick | 0.10 | Correspondence with Dr. Reisman regarding her calling me |
| | Cynthia L Pollick | 0.40 | Correspondence from Dr. Reisman regarding her testimony |
| | Cynthia L Pollick | 0.20 | TC from Dr. Reisman regarding case |
| | Cynthia L Pollick | 0.10 | Correspondence from Dr. Reisman regarding calling me and tax provider testimony |
| | Cynthia L Pollick | 0.80 | Receipt and review of Dr. Reisman's Order to protect her privacy and disclosure to a third party |
| 6/13/2007 | Cynthia L Pollick | 0.40 | Receipt and review of OP's Brief in Support of Motion to Stay. |
| 6/13/2007 | Cynthia L Pollick | 0.40 | Receipt and review of Motion to Stay Discovery. |
| 6/13/2007 | Cynthia L Pollick | 0.40 | Receipt and review of Brief in Opposition to our Motion to Proceed Anonymously. |
| | Cynthia L Pollick | 0.90 | TC with Expert Reisman regarding case and help |
| 6/14/2007 | Cynthia L Pollick | 0.10 | Correspondence from Dr. Reisman regarding stay |
| | Cynthia L Pollick | 0.30 | Correspondence from Dr. Reisman regarding testimony |
| | Cynthia L Pollick | 0.20 | Correspondence from Pall regarding school board policies |
| 6/14/2007 | Cynthia L Pollick | 0.05 | Correspondence from Dr Reisman regarding testimony |
| 6/14/2007 | Cynthia L Pollick | 0.05 | Correspondence from Dr. Reisman regarding testimony |
| 6/14/2007 | Cynthia L Pollick | 0.10 | Receipt and review of Supreme Court brief |
| 6/14/2007 | Cynthia L Pollick | 0.50 | Correspondence from Pall regarding additional policies |
| | Cynthia L Pollick | 0.50 | Receipt and review of Reply by Andreas Rail |
| | Cynthia L Pollick | 0.30 | Receipt and review of advice |
| | Cynthia L Pollick | 0.30 | Correspondence from Dr. Reisman regarding teacher of the year |
| 6/16/2007 | Cynthia L Pollick | 0.40 | Receipt and review of 2 additional policies provided by Pall |
| 6/16/2007 | Cynthia L Pollick | 0.40 | Correspondence from Dr. Reisman regarding testimony |
| 6/16/2007 | Cynthia L Pollick | 0.10 | Correspondence with Pall advising will call her on Monday |
| 6/16/2007 | Cynthia L Pollick | 0.10 | TC from PMRC, filed Komaruk regarding disclosure |
| 6/18/2007 | Cynthia L Pollick | 0.10 | TC with David advising that if he needs additional information to call me. |
| 6/18/2007 | Cynthia L Pollick | 0.30 | TC with Pall regarding update. |
| | Cynthia L Pollick | 0.10 | TC from Pall regarding expert. |
| | Cynthia L Pollick | 0.15 | TC with Pall regarding expert. |
| 6/21/2007 | Cynthia L Pollick | 0.20 | Correspondence from OP regarding claim. |
| | Cynthia L Pollick | 0.10 | TC from PMRC advising will be available today |
| | Cynthia L Pollick | 0.30 | Correspondence from David Komaruk regarding questionnaire |
| | Cynthia L Pollick | 1.00 | Receipt and review of PMRC questionnaire |
| 6/25/2007 | Cynthia L Pollick | 0.20 | Correspondence with OP regarding expert reporting no knowledge |
| 6/26/2007 | Cynthia L Pollick | 2.00 | Preparation of PMO to Motion to Stay Discovery. |
| | Cynthia L Pollick | 3.00 | Preparation of Reply Brief to Motion for Permission to Continue Anonymously |
| | Cynthia L Pollick | 3.00 | Correspondence from Smith regarding factors between her and my client. |
| | Cynthia L Pollick | 2.40 | TC from Pall regarding case status |
| | Cynthia L Pollick | 0.10 | Correspondence from Smith regarding credits |
| | Cynthia L Pollick | 0.10 | Correspondence with Smith regarding call to her as a witness in Davis's case. |
| 7/4/2007 | Cynthia L Pollick | 0.20 | Correspondence from OP regarding discovery. |
| 7/4/2007 | Cynthia L Pollick | 0.40 | Receipt and review of Objections to discovery requests. |
| 7/8/2007 | Cynthia L Pollick | 0.30 | TC from Pall regarding updated information |
| 7/9/2007 | Cynthia L Pollick | 0.10 | Correspondence from Pall regarding closer case |
| 7/11/2007 | Cynthia L Pollick | 0.10 | Correspondence from Pall regarding article on students' morale |
| | Cynthia L Pollick | 0.40 | Receipt and review of article about another person being retaliated against after complaining |
| | Cynthia L Pollick | 0.20 | TC with Dr. Reisman regarding case. |
| 7/9/2007 | Cynthia L Pollick | 0.50 | Correspondence with Dr. Reisman regarding expertise |
| | Cynthia L Pollick | 0.10 | Correspondence with Reisman regarding case |
| | Cynthia L Pollick | 0.10 | Correspondence from Dr. Reisman regarding the case |
| | Cynthia L Pollick | 0.10 | Correspondence with Dr. Reisman regarding case |
| | Cynthia L Pollick | 0.10 | Correspondence from Dr. Reisman regarding case |
| | Cynthia L Pollick | 0.10 | Correspondence with Dr. Reisman regarding case |
| | Cynthia L Pollick | 0.10 | Correspondence from Dr. Reisman regarding case |
| 8/1/2007 | Cynthia L Pollick | 0.80 | Receipt and review of Order denying motion to dismiss; however, compelling us to reveal names. |
| | Cynthia L Pollick | 0.10 | TC with Pall regarding dodge's decision requiring us to reveal identity. |
| 8/2/2007 | Cynthia L Pollick | 0.30 | TC from Pall regarding situation and how she wants to proceed. |
| 8/2/2007 | Cynthia L Pollick | 0.40 | TD from Pall regarding case and how it will proceed. |
| | Cynthia L Pollick | 1.00 | Receipt and review of documents from PMRC |
| | Cynthia L Pollick | 0.50 | TC from Pall regarding situation and we made an objection |
| 8/3/2007 | Cynthia L Pollick | 0.20 | TC from Smith regarding retaliation |
| 8/3/2007 | Cynthia L Pollick | 0.20 | Preparation of acknowledgment for Morgan to sign. |
| 8/6/2007 | Cynthia L Pollick | 1.00 | Additional preparation of Amended Complaint. |
| | Cynthia L Pollick | 0.10 | Correspondence from Tavani regarding judge's decision. |
| | Cynthia L Pollick | 0.10 | Correspondence with Tavani regarding judge's decision and respect judge's action. |
| 8/9/2007 | Cynthia L Pollick | 0.10 | Correspondence with Pall regarding acknowledgment. |
| | Cynthia L Pollick | 0.05 | Receipt and review of Article in Standard regarding situation |
| 8/9/2007 | Cynthia L Pollick | 0.10 | TC from Pall regarding acknowledgment |
| 8/10/2007 | Cynthia L Pollick | 0.40 | TC with Pall discussing case. |
| 8/10/2007 | Cynthia L Pollick | 0.40 | Receipt and review of Reply Brief. |
| 8/10/2007 | Cynthia L Pollick | 0.33 | Finalization of Amended Complaint and filing the same. |
| 8/14/2007 | Cynthia L Pollick | 0.10 | TC from Des Benoit Peoples Neutral regarding story |
| | Cynthia L Pollick | 0.20 | TC from Pall regarding article and story |
| | Cynthia L Pollick | 0.10 | Correspondence from Smith regarding case |
| 8/20/2007 | Cynthia L Pollick | 0.40 | Receipt and review of OP's Motion to Dismiss 2nd. |
| | Cynthia L Pollick | 0.10 | Review 5 page on motion to serve in case |
| 8/21/2007 | Cynthia L Pollick | 0.10 | Correspondence with OP regarding discovery. |
| 8/23/2007 | Cynthia L Pollick | 0.20 | TC from Pall regarding status of case. |
| 8/24/2007 | Cynthia L Pollick | 0.30 | Correspondence from OP refusing to produce discovery |
| 8/25/2007 | Cynthia L Pollick | 1.00 | Legal research to fight off 2nd motion to dismiss. |
| 8/26/2007 | Cynthia L Pollick | 3.00 | Preparation of Brief in Opposition to 2nd Motion to Dismiss. |
| 8/27/2007 | Cynthia L Pollick | 0.10 | TC from OP regarding case |
| 8/27/2007 | Cynthia L Pollick | 0.10 | TC with OP regarding case; wanted to know if daughter would be in school |
| 8/28/2007 | Cynthia L Pollick | 0.20 | Receipt and review of Notice of Appearance by Smith. |
| 8/28/2007 | Cynthia L Pollick | 0.50 | TC from Pall regarding update. |
| 8/29/2007 | Cynthia L Pollick | 0.30 | Receipt and review of Smith's Motion to Join in Motion to Dismiss. |
| 8/4/2007 | Cynthia L Pollick | 0.20 | Correspondence from OP regarding PMRC complaint |
| 8/4/2007 | Cynthia L Pollick | 0.10 | Correspondence from Pall regarding policies and procedures |
| 9/5/2007 | Cynthia L Pollick | 0.10 | Receipt and review of additional policies from Pall |
| 9/6/2007 | Cynthia L Pollick | 2.00 | Additional preparation of B O to OP's 2nd MTD. |
| | Cynthia L Pollick | 1.00 | Receipt and review of OP's answer to PMRC complaint |
| 9/6/2007 | Cynthia L Pollick | 0.20 | Correspondence with PMRC regarding Title IX claim |

**EXHIBIT A**
**Exhibit A**

Page 2

5:25 PM
10/17/11

EMPLOY LAW OFFICES OF C L POLLICK
Time by Job Detail
All Transactions

| Date | Name | Duration | Notes |
|---|---|---|---|
| | | | |

Total 2007 Professional Services 114.50

2007 Professional Services/2007 Legal Assistant

Total 2007 Professional Services/2007 Le . 75.40

2008 - Legal Researcher

Total 2008 - Legal Researcher 6.10

EXHIBIT A
Exhibit A

399

2.25 PM
10/12/11

**EMPLOY LAW OFFICES OF C L POLLICK**
**Time by Job Detail**
All Transactions

| Date | Name | Duration | Notes |
|---|---|---|---|
| **2008 Professional Services** | | | |
| 1/8/2008 | Cynthia L Pollick | 0.20 | Receipt and review of Order granting joint motion to dismiss |
| 2/5/2008 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding article in poster |
| 2/7/2008 | Cynthia L Pollick | 0.10 | Correspondence with Patti advising her about denial of oral argument. |
| 2/13/2008 | Cynthia L Pollick | 2.00 | Receipt and review of Order denying Expedited granting in part MTD and by OP. |
| 2/14/2008 | Cynthia L Pollick | 0.10 | TC from Board of Times regarding case |
| 2/14/2008 | Cynthia L Pollick | 0.25 | TC with reporter regarding what case is about |
| 2/14/2008 | Cynthia L Pollick | 0.20 | TC from Patti regarding case status |
| 2/15/2008 | Cynthia L Pollick | 1.50 | Preparation of 2nd Amended Complaint under 1983 claim against Smith |
| 2/19/2008 | Cynthia L Pollick | 0.40 | TC from Patti regarding questions re case. |
| 2/26/2008 | Cynthia L Pollick | 0.20 | Correspondence from OP regarding discovery. |
| 2/27/2008 | Cynthia L Pollick | 0.25 | TC from Patti regarding status |
| 2/27/2008 | Cynthia L Pollick | 0.50 | Correspondence with OP regarding disposition of database |
| 2/28/2008 | Cynthia L Pollick | 0.30 | TC from Patti regarding call and new stories on... |
| 2/28/2008 | Cynthia L Pollick | 0.10 | TC from Harrisburg Patriot regarding case |
| 2/28/2008 | Cynthia L Pollick | 0.10 | Correspondence from Patti acknowledges new reporting. |
| 2/28/2008 | Cynthia L Pollick | 0.10 | Correspondence with Patti advising her for update |
| 2/28/2008 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding article in Pocono Record |
| 3/3/2008 | Cynthia L Pollick | 0.10 | Correspondence to with Patti thanking her for providing update |
| 3/3/2008 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding news article about oral hearing |
| 3/3/2008 | Cynthia L Pollick | 0.10 | Correspondence from Patti summarizing steps |
| 3/3/2008 | Cynthia L Pollick | 0.50 | Receipt and review of OP's Answer to Amended Complaint. |
| 3/5/2008 | Cynthia L Pollick | 0.50 | Correspondence with Patti advising continue as evidence need for threatened section of alleg... |
| 3/5/2008 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding documents |
| 3/14/2008 | Cynthia L Pollick | 0.10 | Correspondence with Patti thanking her for her outstanding cooperation |
| 3/17/2008 | Cynthia L Pollick | 0.10 | Telecopy service from OP regarding disclosure information. |
| 3/14/2008 | Cynthia L Pollick | 0.10 | Correspondence from OP regarding electronic service |
| 3/17/2008 | Cynthia L Pollick | 0.30 | Receipt and review of Order scheduling case for JCM |
| 3/20/2008 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding issues event in present event |
| 3/20/2008 | Cynthia L Pollick | 0.10 | Correspondence with Patti thanking her for information |
| 3/24/2008 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding details of a trial site |
| 3/24/2008 | Cynthia L Pollick | 0.10 | Correspondence with Patti thanking her for information |
| 3/26/2008 | Cynthia L Pollick | 0.40 | TC from Patti regarding interrogatories and other issues; |
| 3/26/2008 | Cynthia L Pollick | 3.00 | Preparation of Answers to Interrogatories - I redacted. |
| 3/26/2008 | Cynthia L Pollick | 2.00 | Preparation of Responses to RPDs. |
| 3/26/2008 | Cynthia L Pollick | 0.25 | Correspondence from Patti regarding information on spiral notebook. |
| 3/27/2008 | Cynthia L Pollick | 0.10 | Correspondence with OP regarding discovery. |
| 3/26/2008 | Cynthia L Pollick | 2.00 | Finalization of Answers to Interrogatories. |
| 3/26/2008 | Cynthia L Pollick | 2.00 | Finalization of Responses to RPDs |
| 3/26/2008 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding spiral notebook. |
| 4/1/2008 | Cynthia L Pollick | 0.10 | Correspondence with Patti advising need to send. |
| 4/1/2008 | Cynthia L Pollick | 0.10 | Correspondence with Patti advising thanks for update |
| 4/2/2008 | Cynthia L Pollick | 0.10 | Correspondence from Temi regarding JCM |
| 4/4/2008 | Cynthia L Pollick | 0.10 | Correspondence with Temi advising of what and need to re-sena JCM. |
| 4/4/2008 | Cynthia L Pollick | 0.10 | Correspondence with Temi advising and change of... |
| 4/10/2008 | Dynthia L Pollick | 0.10 | Receipt and review of Order rescheduling JCM |
| 4/24/2008 | Cynthia L Pollick | 0.50 | Receipt and review of OP's JCM. |
| 4/24/2008 | Cynthia L Pollick | 2.00 | Preparation of JCM |
| 4/24/2008 | Cynthia L Pollick | 0.10 | Correspondence from OP regarding JCM |
| 4/24/2008 | Cynthia L Pollick | 0.10 | Correspondence from Temi advising that will get out of hand |
| 4/24/2008 | Cynthia L Pollick | 0.10 | Correspondence from Temi advising to set word document |
| 4/24/2008 | Cynthia L Pollick | 0.10 | Correspondence with Temi advising don't get word document |
| 4/24/2008 | Cynthia L Pollick | 0.10 | Correspondence with Temi advising Judge took defendants out of case |
| 4/25/2008 | Cynthia L Pollick | 0.25 | Correspondence with Judge Munley regarding corresponding JCM. |
| 4/28/2008 | Cynthia L Pollick | 0.10 | Correspondence from Patti advising apologize is slimy. |
| 4/28/2008 | Cynthia L Pollick | 0.10 | TC from OP regarding JCM with Judge. |
| 4/28/2008 | Cynthia L Pollick | 0.10 | TC with Judge regarding being cut off. |
| 4/28/2008 | Cynthia L Pollick | 0.10 | TC with OP regarding JCM and being cut off; plans out again. |
| 4/28/2008 | Cynthia L Pollick | 0.10 | Receipt and review of Order rescheduling JCM |
| 4/28/2008 | Lynette L Pollick | 0.10 | Correspondence from Patti regarding new rule |
| 4/28/2008 | Cynthia L Pollick | 0.10 | Correspondence with Patti thanking her for update. |
| 6/4/2008 | Cynthia L Pollick | 0.40 | TC with Judge, OP regarding scheduling and discovery issues. |
| 6/8/2008 | Cynthia L Pollick | 0.20 | Correspondence with OP regarding documents. |
| 6/8/2008 | Cynthia L Pollick | 0.20 | Receipt and review of Order scheduling case for mandatory arbitration |
| 6/8/2008 | Cynthia L Pollick | 0.30 | Receipt and review of Order scheduling case. |
| 6/8/2008 | Cynthia L Pollick | 1.00 | Reviewed documents that needed to be turned over in response to discovery requests. |
| 6/18/2008 | Cynthia L Pollick | 0.50 | Correspondence with OP regarding statements. |
| 6/13/2008 | Cynthia L Pollick | 0.30 | Correspondence from Judy Price advising need date for mediation. |
| 8/14/2008 | Cynthia L Pollick | 0.30 | Correspondence from Judy Price regarding mediation and other items. |
| 9/16/2008 | Cynthia L Pollick | 0.10 | TC from Patti regarding mediation and other items. |
| 9/16/2008 | Cynthia L Pollick | 0.20 | Correspondence with Judy Price advising June 9 is good for us |
| 9/18/2008 | Cynthia L Pollick | 0.30 | Correspondence regarding questions about mediation, will recommend mediators we don't want. |
| 9/18/2008 | Cynthia L Pollick | 0.20 | Correspondence with Patti advising need dates they can come up |
| 9/18/2008 | Cynthia L Pollick | 1.00 | Legal research on disclosure of redacted info |
| 9/18/2008 | Cynthia L Pollick | 1.50 | Preparation of Brief in Support of Resolution of Evidence Data |
| 9/18/2008 | Cynthia L Pollick | 0.20 | Receipt and review of Motion to Compel. |
| 9/18/2008 | Cynthia L Pollick | 0.80 | Receipt and review of Brief in Support of Motion to Compel |
| 9/18/2008 | Cynthia L Pollick | 0.20 | Correspondence from OP advising new dates of June 2-26 on... |
| 9/18/2008 | Cynthia L Pollick | 0.50 | Correspondence from Patti advising some dates don't work for us. |
| 9/18/2008 | Cynthia L Pollick | 0.30 | Correspondence from Mediator advising she will review, mediating 11 a.m... |
| 9/18/2008 | Cynthia L Pollick | 0.30 | Correspondence with Mediator, OP advising of Mediator's office good |
| 9/18/2008 | Cynthia L Pollick | 0.30 | Correspondence from Judy Price confirming date and time for mediation. |
| 9/18/2008 | Cynthia L Pollick | 0.10 | Correspondence with Patti advising of mediation date. |
| 9/21/2008 | Cynthia L Pollick | 0.10 | Correspondence from Patti advising she will be ready by 11:45 and advising of her demand. |
| 10/3/2008 | Cynthia L Pollick | 0.10 | Correspondence with Patti advising okay, but will be more when we meet |
| 4/28/2008 | Cynthia L Pollick | 0.50 | Preparation of Brief to OP's Motion to Compel |
| 9/18/2008 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding demand |
| 6/4/2008 | Cynthia L Pollick | 0.50 | Correspondence with Patti advising details of mediation process |
| 6/18/2008 | Cynthia L Pollick | 0.10 | TC from Judy Price regarding TC about mediation |
| 6/18/2008 | Cynthia L Pollick | 0.10 | TC with family advising that office regarding TC before mediator. |
| 9/14/2008 | Cynthia L Pollick | 0.10 | TC from Judy Price, OP regarding mediation amount. |

# EXHIBIT A
Exhibit A

**400**

2:25 PM
10/12/11

EMPLOY LAW OFFICES OF C L POLLICK
Time by Job Detail
All Transactions

| Date | Name | Duration | Notes |
|---|---|---|---|
| | Cynthia L Pollick | 0.10 | TC with Patti regarding members |
| | Cynthia L Pollick | 0.10 | TC from OP regarding mediation |
| 6/11/2008 | Cynthia L Pollick | 0.30 | TC from Patti regarding status |
| 6/11/2008 | Cynthia L Pollick | 0.20 | Correspondence from Magistrate confirming that we need to 90-day extension for mediation. |
| 6/11/2008 | Cynthia L Pollick | 0.20 | Receipt and review of OP's Motion to Extend Mediation |
| 6/11/2008 | Cynthia L Pollick | 0.10 | Receipt and review of Order regarding mediation |
| 6/20/2008 | Cynthia L Pollick | 0.30 | Correspondence from PHRC advising 1-year later transpired |
| 6/26/2008 | Cynthia L Pollick | 0.60 | Receipt and review of Order granting Defendants' Motion to Compel, granting in Part our request. |
| 6/30/2008 | Cynthia L Pollick | 0.10 | TC from Patti regarding case |
| 6/30/2008 | Cynthia L Pollick | 0.30 | TC with Patti regarding decision and case status. |
| 6/30/2008 | Cynthia L Pollick | 0.10 | Correspondence with Patti regarding MTC. |
| 6/30/2008 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding youtube |
| 6/30/2008 | Cynthia L Pollick | 0.20 | Correspondence from Patti - 2nd letter on youtube issues. |
| 7/2/2008 | Cynthia L Pollick | 0.30 | TC with Jean regarding case |
| 7/7/2008 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding reviewing box of documents. |
| 7/7/2008 | Cynthia L Pollick | 0.10 | Correspondence with Patti advising can review box on plates |
| 7/7/2008 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding deposition for Morgan. |
| 7/8/2008 | Cynthia L Pollick | 0.20 | Correspondence with OP advising did not get youtube video |
| 7/8/2008 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding more mileage. |
| 7/8/2008 | Cynthia L Pollick | 0.30 | Correspondence from OP regarding backup system |
| 7/8/2008 | Cynthia L Pollick | 0.20 | Preparation and finalized 3rd Amended Complaint. |
| 7/10/2008 | Cynthia L Pollick | 0.10 | TC from OP regarding dates for deposition |
| 7/10/2008 | Cynthia L Pollick | 0.10 | TC from OP advising was on 10th to do depos |
| 7/10/2008 | Cynthia L Pollick | 0.30 | Preparation of Notice of Deposition for Smith. |
| 7/10/2008 | Cynthia L Pollick | 0.20 | Preparation of Amended 30(b)6 deposition notice |
| 7/10/2008 | Cynthia L Pollick | 0.10 | Correspondence with Patti advising of depo dates |
| 7/10/2008 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding youtube and other items |
| 7/10/2008 | Cynthia L Pollick | 0.10 | Correspondence with Patti advising that we will talk more during prep at trial |
| 7/10/2008 | Cynthia L Pollick | 0.10 | Correspondence with Patti advising trial will not resume to get one in August. |
| 7/10/2008 | Cynthia L Pollick | 0.20 | Correspondence with OP regarding waiver of service |
| 7/10/2008 | Cynthia L Pollick | 0.20 | Preparation of Waiver of Service for both defendants. |
| 7/16/2008 | Cynthia L Pollick | 0.20 | Correspondence from OP regarding waiver of service. |
| 7/16/2008 | Cynthia L Pollick | 0.30 | Correspondence from PHRC regarding on-going investigation |
| 7/21/2008 | Cynthia L Pollick | 0.05 | TC from PHRC requesting copy of lawsuit |
| 7/17/2008 | Cynthia L Pollick | 0.70 | Receipt and review of Answer to 3rd Amended Complaint. |
| 7/21/2008 | Cynthia L Pollick | 0.40 | Receipt and review of Order denying motion to compel production that was frivolous. |
| 7/30/2008 | Cynthia L Pollick | 0.20 | Correspondence from OP regarding depositions |
| 7/30/2008 | Cynthia L Pollick | 0.20 | Correspondence with John requesting coverage of depositions for OP |
| 7/30/2008 | Cynthia L Pollick | 0.40 | Correspondence from John advising he will cover depositions |
| 7/30/2008 | Cynthia L Pollick | 0.40 | Correspondence with Saleshra Bartozek |
| 7/30/2008 | Cynthia L Pollick | 0.20 | Preparation of Subpoena for deposition Bartozek |
| 7/30/2008 | Cynthia L Pollick | 0.30 | Receipt and review of deposition notices for Patricia, Morgan, Witam. |
| 7/31/2008 | Cynthia L Pollick | 0.20 | Correspondence from PHRC advising closing case |
| 8/1/2008 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding meeting on Sunday |
| 8/1/2008 | Cynthia L Pollick | 0.10 | Correspondence with Patti advising she is correct on both items at 1 where in location we notice at |
| 8/1/2008 | Cynthia L Pollick | 0.40 | TC with Patti regarding addresses and executed depos scheduled a for the day. |
| 8/1/2008 | Cynthia L Pollick | 0.20 | Correspondence from OP regarding depositions for monday. |
| 8/4/2008 | Cynthia L Pollick | 0.20 | Correspondence from PHRC providing notice to sue |
| 8/2/2008 | Cynthia L Pollick | 0.20 | Correspondence from Floyd regarding customer service survey |
| 8/2/2008 | Cynthia L Pollick | 0.50 | Correspondence from Floyd regarding letter to Floyd |
| 8/2/2008 | Cynthia L Pollick | 0.10 | Correspondence with OP regarding addresses of clients |
| 8/10/2008 | Cynthia L Pollick | 3.50 | Meeting with clients in preparation of depositions. |
| 8/11/2008 | Cynthia L Pollick | 1.00 | Preparation for deposition of witness and exhibits |
| 8/11/2008 | Cynthia L Pollick | 5.00 | Appearance at deposition of clients. |
| 8/11/2008 | Cynthia L Pollick | 0.50 | TC with court reporter advising will someone be here |
| 8/11/2008 | Cynthia L Pollick | 1.10 | Travel to Bethlehem for deposition |
| 8/11/2008 | Cynthia L Pollick | 1.10 | Additional preparation for 30(b)6 deposition |
| 8/11/2008 | Cynthia L Pollick | 0.20 | Correspondence with OP regarding additional documents. |
| 8/11/2008 | Cynthia L Pollick | 0.40 | Review of file for subject documents for 30(b)6 deposition |
| 8/12/2008 | Cynthia L Pollick | 2.00 | Additional preparation for 30(b)6 deposition and Sandy Defendant |
| 8/12/2008 | Cynthia L Pollick | 0.40 | Travel to OP's office for deposition in Bethlehem from hotel. |
| 8/12/2008 | Cynthia L Pollick | 7.00 | Appearance at deposition of 30(b)6 deposition |
| 8/12/2008 | Cynthia L Pollick | 1.10 | Travel from Bethlehem after 30(b)6 deposition |
| 8/12/2008 | Cynthia L Pollick | 0.40 | Post deposition meeting with client to discuss depositions. |
| 8/13/2008 | Cynthia L Pollick | 0.10 | TC with OP regarding motion conference. |
| 8/13/2008 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding status/depositions |
| 8/13/2008 | Cynthia L Pollick | 0.10 | Correspondence with court reporter requesting she bill invoices |
| 8/13/2008 | Cynthia L Pollick | 1.20 | Correspondence from Patti regarding blogs she loved |
| 8/13/2008 | Cynthia L Pollick | 0.20 | Correspondence from Patti regarding depositions and other information for case |
| 8/14/2008 | Cynthia L Pollick | 0.10 | TC from Patti regarding case. |
| 8/14/2008 | Cynthia L Pollick | 0.80 | TC with Patti regarding depositions; sexual issues and concerns; mini case exams; upcoming depos |
| 8/14/2008 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding list of doctors |
| 8/14/2008 | Cynthia L Pollick | 0.50 | Receipt and review of set of doctors that family has seen. |
| 8/14/2008 | Cynthia L Pollick | 0.10 | Correspondence with Patti thanking her for getting list of doctors to me |
| 8/15/2008 | Cynthia L Pollick | 0.10 | Correspondence from Patti advising she is putting stuff behind her |
| 8/15/2008 | Cynthia L Pollick | 0.10 | Correspondence with Patti saying she is glad she's putting herself behind |
| 8/15/2008 | Cynthia L Pollick | 0.10 | Correspondence with Expert Gaines regarding her expertise along with testimony. |
| 7/15/2008 | Cynthia L Pollick | 0.20 | Correspondence with OP regarding subpoena/intend to serve |
| 7/15/2008 | Cynthia L Pollick | 0.20 | Preparation of subpoena for Bill Watson. |
| 8/15/2008 | Cynthia L Pollick | 1.00 | Correspondence with OP requesting DVD. |
| 8/15/2008 | Cynthia L Pollick | 1.00 | Preparation of 2nd Set of Interrogatories/RPDs on Smith and PWD? |
| 8/18/2008 | Cynthia L Pollick | 0.20 | Correspondence with Bill Watson regarding subpoena |
| 8/18/2008 | Cynthia L Pollick | 0.10 | Correspondence with Judith advising situation |
| 8/18/2008 | Cynthia L Pollick | 0.10 | Correspondence from Judith advising situation |
| 8/18/2008 | Cynthia L Pollick | 0.20 | Correspondence from Judith regarding additional information - 2nd letter |
| 8/18/2008 | Cynthia L Pollick | 0.10 | Correspondence with Judith regarding information and records |
| 8/18/2008 | Cynthia L Pollick | 0.10 | Correspondence from Judith advising she will review additional information |
| 8/19/2008 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding information on history teacher regarding |
| 8/18/2008 | Cynthia L Pollick | 0.10 | Correspondence from Judith regarding service |
| 8/18/2008 | Cynthia L Pollick | 0.10 | TC from Bill Watson regarding subpoena. |
| 8/20/2008 | Cynthia L Pollick | 0.20 | TC with Bill Watson explaining what I'm looking for. |

# EXHIBIT A
## Exhibit A

401

2:25 PM
10/12/11

**EMPLOY LAW OFFICES OF C L POLLICK**
**Time by Job Detail**
All Transactions

| Date | Name | Duration | Notes |
|------|------|----------|-------|
| 8/20/2008 | Cynthia L Pollick | 0.20 | Correspondence with OP regarding depositions x 2 (Smith) |
| 8/20/2008 | Cynthia L Pollick | 0.20 | Preparation of Deposition of Helen Smith review |
| 8/20/2008 | Cynthia L Pollick | 0.50 | Preparation of Deposition of Helen Ochs |
| 8/20/2008 | Cynthia L Pollick | 0.50 | Preparation of Deposition of Helen review |
| 8/20/2008 | Cynthia L Pollick | 0.50 | Preparation of Deposition of Helen review |
| 8/20/2008 | Cynthia L Pollick | 0.50 | Preparation of Deposition of Helen Smith |
| 8/20/2008 | Cynthia L Pollick | 0.20 | Correspondence from OP regarding DVD. |
| 8/21/2008 | Cynthia L Pollick | 0.50 | TC with Dr Peterson regarding case and pending testimony |
| 8/21/2008 | Cynthia L Pollick | 0.20 | Correspondence from Dr Peterson regarding pending |
| 8/21/2008 | Cynthia L Pollick | 0.10 | TC with OP regarding deposition dates. |
| 8/21/2008 | Cynthia L Pollick | 0.10 | TC Peterson re share 55-04 bail for Prison) |
| 8/21/2008 | Cynthia L Pollick | 0.10 | TC with does regarding does's good for her |
| 8/21/2008 | Cynthia L Pollick | 1.50 | Reviewed 2 DVDs with clips. |
| 8/21/2008 | Cynthia L Pollick | 0.10 | Correspondence from Judith regarding news article |
| 8/22/2008 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding witness questions |
| 8/22/2008 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding new videos released. |
| 8/22/2008 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding information. |
| 8/22/2008 | Cynthia L Pollick | 0.10 | Correspondence with Patti regarding her situation. |
| 8/23/2008 | Cynthia L Pollick | 0.30 | Preparation of Brief in Support of PO. |
| 8/25/2008 | Cynthia L Pollick | 0.10 | Correspondence from Gallagher regarding depositions. |
| 8/25/2008 | Cynthia L Pollick | 0.10 | Correspondence with Gallagher regarding deposition |
| 8/25/2008 | Cynthia L Pollick | 0.10 | Correspondence from Gallagher attaching PDF. |
| 8/25/2008 | Cynthia L Pollick | 0.10 | Correspondence from court reporter regarding transcript. |
| 8/26/2008 | Cynthia L Pollick | 0.10 | Correspondence with court reporter regarding |
| 8/26/2008 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding motion on subj |
| 8/27/2008 | Cynthia L Pollick | 0.20 | TC from Atty Mike Barry regarding responding to subpoena |
| 8/27/2008 | Cynthia L Pollick | 0.10 | Correspondence from Judith regarding additional article |
| 8/28/2008 | Cynthia L Pollick | 0.20 | Correspondence from OP requesting additional docs. |
| 8/28/2008 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding blogs. |
| 8/28/2008 | Cynthia L Pollick | 0.10 | Correspondence with Patti regarding blogs. |
| 8/28/2008 | Cynthia L Pollick | 0.20 | Correspondence from Atty Barry regarding responses to subpoena. |
| 8/29/2008 | Cynthia L Pollick | 0.10 | Correspondence with Patti advising dates are all |
| 8/29/2008 | Cynthia L Pollick | 0.10 | Correspondence from Patti advising attorney to keep her updated |
| 9/02/2008 | Cynthia L Pollick | 0.10 | Correspondence from attorney regarding invoice. |
| 9/03/2008 | Cynthia L Pollick | 1.00 | Receipt and review of OP's responses to additional document requests. |
| 9/04/2008 | Cynthia L Pollick | 0.20 | Correspondence from OP regarding DVD. |
| 9/05/2008 | Cynthia L Pollick | 0.10 | Correspondence from John regarding depositions. |
| 9/08/2008 | Cynthia L Pollick | 0.10 | Correspondence with John thanking for input |
| 9/08/2008 | Cynthia L Pollick | 0.30 | Preparation of 3 month extension. |
| 9/08/2008 | Cynthia L Pollick | 0.10 | Receipt and review of Order granting time extention |
| 9/08/2008 | Cynthia L Pollick | 0.50 | Correspondence from Atty Barry does from Reserve Records. |
| 9/11/2008 | Cynthia L Pollick | 0.20 | Correspondence from Atty Barry does from Reserve Records. |
| 9/15/2008 | Cynthia L Pollick | 0.10 | TC with reporter confirming return for 29, 31 |
| 9/15/2008 | Cynthia L Pollick | 0.20 | Correspondence with OP regarding documents turned over by PR. |
| 9/15/2008 | Cynthia L Pollick | 0.20 | Correspondence with OP regarding revised deposition notices. |
| 9/15/2008 | Cynthia L Pollick | 0.50 | Preparation of revised deposition notices for Smith, Patti, reater, and peter, 3x. |
| 9/15/2008 | Cynthia L Pollick | 0.50 | Correspondence from Patti regarding revised notices. |
| 9/15/2008 | Cynthia L Pollick | 0.10 | Correspondence with Patti regarding exchanging of depositions. |
| 9/15/2008 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding payment of deposition fee. |
| 9/15/2008 | Cynthia L Pollick | 0.20 | Correspondence from OP regarding Smith's DVDs |
| 9/16/2008 | Cynthia L Pollick | 0.20 | Correspondence from Patti regarding Betfar and questions to ask |
| 9/16/2008 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding new information |
| 9/16/2008 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding additional information |
| 9/17/2008 | Cynthia L Pollick | 0.20 | Correspondence from OP regarding copy of releases. |
| 9/17/2008 | Cynthia L Pollick | 0.20 | Correspondence with OP regarding documents from subpoena. |
| 9/17/2008 | Cynthia L Pollick | 0.10 | Correspondence with OP regarding consumer as in retention |
| 9/18/2008 | Cynthia L Pollick | 0.10 | Correspondence with Judith regarding information as well |
| 9/18/2008 | Cynthia L Pollick | 0.10 | Correspondence with Patti regarding receipt transcript |
| 9/19/2008 | Cynthia L Pollick | 0.10 | Receipt and review of order granting protective order. |
| 9/19/2008 | Cynthia L Pollick | 0.50 | Review of Patti Young's Deposition |
| 9/23/2008 | Cynthia L Pollick | 0.30 | Review of the Young's Deposition |
| 9/23/2008 | Cynthia L Pollick | 0.50 | Review of Maegan Young's Deposition. |
| 9/23/2008 | Cynthia L Pollick | 0.10 | Correspondence with reporter regarding deposition in Jan. My |
| 9/23/2008 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding additional email. |
| 9/23/2008 | Cynthia L Pollick | 0.10 | Correspondence from reporter advising she can handle job in Jan |
| 9/23/2008 | Cynthia L Pollick | 0.10 | TC from reporter from Morning Call regarding |
| 9/23/2008 | Cynthia L Pollick | 0.50 | TC with Kevin from Morning Call regarding |
| 10/01/2008 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding article and blog |
| 10/01/2008 | Cynthia L Pollick | 0.50 | Telephone review of article / morning post |
| 10/03/2008 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding article - 2nd e-mail |
| 10/03/2008 | Cynthia L Pollick | 0.20 | Correspondence from OP regarding 2nd set of RPD's. |
| 10/03/2008 | Cynthia L Pollick | 0.10 | TC with review rescheduling depositions - one more view |
| 10/13/2008 | Cynthia L Pollick | 0.20 | Correspondence from OP regarding Smith's answers to 4 answery responses. |
| 10/14/2008 | Cynthia L Pollick | 1.00 | Receipt and review of part of video DVD, photos, and other documents |
| 10/14/2008 | Cynthia L Pollick | 0.10 | Correspondence from Patti and review of news article sent by her. |
| 10/15/2008 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding medical releases |
| 10/20/2008 | Cynthia L Pollick | 0.20 | Correspondence with OP regarding medical releases. |
| 10/21/2008 | Cynthia L Pollick | 0.10 | Correspondence with Patti regarding update on depos. |
| 10/21/2008 | Cynthia L Pollick | 0.20 | Additional preparation of Responses to 2nd Request for RPD's. |
| 10/27/2008 | Cynthia L Pollick | 0.20 | Correspondence with OP regarding depositions and deposition moves. |
| 11/18/2008 | Cynthia L Pollick | 0.20 | Correspondence with OP regarding revised notices of depositions. |
| 11/25/2008 | Cynthia L Pollick | 0.50 | Preparation of revised subpoenas for Delshine Bedard |
| 11/20/2008 | Cynthia L Pollick | 0.20 | Preparation of revised deposition notice for Donnie Bebe |
| 11/25/2008 | Cynthia L Pollick | 0.50 | Preparation of revised deposition notice for Donnie Young Jr. |
| 11/25/2008 | Cynthia L Pollick | 0.20 | Preparation of revised deposition notice for T. McAllister |
| 11/25/2008 | Cynthia L Pollick | 0.50 | Preparation of revised deposition notice for Bruce Smith. |
| 11/25/2008 | Cynthia L Pollick | 0.50 | Preparation of revised deposition notice for Dr Peter |
| 12/4/2008 | Cynthia L Pollick | 0.20 | Correspondence with OP regarding revised notice |
| 12/6/2008 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding update on Maegan |
| 12/05/2008 | Cynthia L Pollick | 0.10 | Correspondence with Patti advising her to update and advising atty on folder. |

**EXHIBIT A**

Exhibit A

2:25 PM
10/12/11

## EMPLOY LAW OFFICES OF C L POLLICK
### Time by Job Detail
#### All Transactions

| Date | Name | Duration | Notes |
|---|---|---|---|
| 12/31/2008 | Cynthia L Pollis | 0.10 | Correspondence with Lori regarding her coverage of depositions in Jon, |
| 12/31/2008 | Cynthia L Pollis | 0.10 | TC from Lori advising she can't cover that date. |
| Total 2008 Professional Services | | 99.00 | |
| | 2008 Professional Services:2008 Legal Assistant | | |
| 2/29/2008 | Kelly E Moyer | 1.50 | Preparation of Answers to Interrogatories. |
| 3/4/2008 | Kelly E Moyer | 0.10 | TC from Patti regarding information. |
| 3/5/2008 | Kelly E Moyer | 1.70 | TC with Patti regarding answers to Interrogatories. |
| 3/10/2008 | Kelly E Moyer | 0.30 | Additional preparation of Answers to Interrogatories. |
| 3/21/2008 | Kelly E Moyer | 1.50 | Preparation of documents for OP's review in response to RPD's, |
| 3/25/2008 | Kelly E Moyer | 0.40 | TC with Patti regarding additional answers to Interrogatories. |
| 3/26/2008 | Kelly E Moyer | 0.20 | Additional preparation of Answers to Interrogatories. |
| 3/28/2008 | Kelly E Moyer | 0.40 | TC from Patti regarding new business address. |
| 4/1/2008 | Kelly E Moyer | 1.00 | Preparation of JCM. |
| 4/2/2008 | Kelly E Moyer | 0.30 | Placed and review docs sent from Patti. |
| 4/4/2008 | Kelly E Moyer | 0.40 | Additional preparation of JCM. |
| 5/2/2008 | Kelly E Moyer | 0.30 | Travel to and from post office to mail pile of documents to OP. |
| 5/15/2008 | Kyle F Moyer | 1.00 | Scanned documents to e-client to computer for hard copy. |
| 5/30/2008 | Kelly E Moyer | 0.10 | TC with OP regarding dates for deposition |
| 7/8/2008 | Kelly E Moyer | 0.10 | TC with OP regarding depo dates. |
| 7/14/2008 | Kelly E Moyer | 0.10 | TC with OP, Jessica regarding deposition dates |
| 7/14/2008 | Kelly E Moyer | 0.10 | TC from OP, Jessica regarding dates for depositions, |
| 7/29/2008 | Kelly E Moyer | 0.10 | TC with Jessica regarding counterparties for depositions. |
| 7/30/2008 | Kelly E Moyer | 2.00 | Travel to and from Monroe County to serve subpoena on Detective. |
| 8/25/2008 | Kelly E Moyer | 0.40 | Preparation of documents for OP's review - and additional docs sent to Patti |
| 8/26/2008 | Kelly E Moyer | 0.30 | Additional preparation of documents for OP's review - add'l docs from Patti, |
| 8/28/2008 | Kelly E Moyer | 0.40 | Reviewed 00(s)th deposition transcript. |
| 9/3/2008 | Kelly E Moyer | 0.20 | TC with Patti regarding deposition questions, |
| 9/12/2008 | Kelly E Moyer | 0.10 | TC with Jack regarding scheduling depositions |
| 9/12/2008 | Kelly E Moyer | 0.10 | Research on table in filing |
| 9/12/2008 | Kelly E Moyer | 0.20 | TC from Patti regarding case. |
| 10/1/2008 | Kelly E Moyer | 5.00 | Scanned DDs into computer |
| 10/1/2008 | Kelly E Moyer | 0.40 | Reviewed Felix prepare mail first releases for OP, |
| 10/1/8/2008 | Kelly E Moyer | 0.30 | Preparation of 2nd set of Answers to OP's RPD's. |
| 12/12/2008 | Kelly E Moyer | 2.00 | Additional review of DVDs provided by OP, |
| 11/18/2008 | Kelly E Moyer | 0.50 | Reviewed DVDs from OP. |
| 12/18/2008 | Kelly E Moyer | 0.50 | Additional review of DVDs provided by OP, |
| 12/17/2008 | Kelly E Moyer | 2.00 | Additional review of DVDs from OP |
| 12/19/2008 | Kelly E Moyer | 2.00 | Add'tonal review of DVDs from OP, |
| 12/31/2008 | Kelly E Moyer | 3.00 | Reviewed OP's DVDs. |
| Total 2008 Professional Services 2008 Le .. | | 34.00 | |
| | 2008 Legal Assistant | | |
| 1/27/2009 | Kelly E Moyer | 2.00 | Preparation of summary of 00(s)'s deposition transcript. |
| 1/27/2009 | Kelly E Moyer | 0.10 | TC from Patti regarding Beth's letter sent to kids |
| 1/20/2009 | Kelly E Moyer | 3.50 | Additional preparation of deposition summary of Gross-to-NRL |
| 2/6/2009 | Legal Assistant | 0.05 | Preparation of deposition summary of 00 transcript. |
| 2/4/2009 | Legal Assistant | 5.00 | Additional preparation of deposition summary for 00/00 Transcript (cont) |
| 2/5/2009 | Kelly E Moyer | 5.00 | Additional preparation of deposition summary of 00(s)'s Transcript, |
| 2/6/2009 | Kelly E Moyer | 3.00 | Additional preparation of deposition summary of 00(s)0 Transcript. |
| 2/13/2009 | Kelly E Moyer | 1.00 | Preparation of deposition summary of Maagen. |
| 3/4/2009 | Nancy Pollick | 9.00 | Travel to and from Pocono and three Depos. |
| 6/16/2009 | Natalie Durie | 2.00 | Preparation of Table of Authorities for BIO. |
| 6/17/2009 | Natalie Durie | 0.40 | Reviewed deposition exhibits to redact other's name. |
| 7/27/2009 | Nancy Pollick | 4.00 | Reviewed several DDs given to us by OP. |
| 11/4/2009 | Melissa Penton | 1.00 | Travel to and from Wilkes-Barre to drop off photos for enlargement. |
| 11/9/2009 | Nancy Pollick | 1.00 | Travel to and from Wilkes-Barre to get enlargement. |
| Total 2009 Legal Assistant | | 28.50 | |
| | 2009 Legal Researcher | | |
| 3/2/2009 | Legal Researcher/Writer | 1.50 | Legal research on brief in support of motion to compel video. |
| 3/2/2009 | Legal Researcher/Writer | 1.00 | Additional legal research on brief in support of motion to compel videos. |
| 3/23/2009 | Legal Researcher/Writer | 5.00 | Additional legal research on brief in support of motion to compel videos. |
| 3/24/2009 | Legal Researcher/Writer | 0.50 | Additional legal research on brief in support of motion to compel vid. |
| 3/24/2009 | Legal Researcher/Writer | 3.00 | Preparation of brief in support of motion to compel videos. |
| 3/25/2009 | Legal Researcher/Writer | 3.50 | Reviewed deposition transcript for facts section for BIO to MSJ. |
| 3/28/2009 | Legal Researcher/Writer | 2.50 | Additional reviewing of deposition transcript for facts section for BIO to MSJ. |
| 3/30/2009 | Legal Researcher/Writer | 1.00 | Additional reviewing of deposition transcript for facts section for BIO to MSJ. |
| 3/30/2009 | Legal Researcher/Writer | 2.00 | Additional reviewing of deposition transcript for facts section for BIO to MSJ. |
| 3/31/2009 | Legal Researcher/Writer | 3.50 | Additional reviewing of deposition transcript for facts section for BIO to MSJ. |
| 4/1/2009 | Legal Researcher/Writer | 1.00 | Additional reviewing of deposition transcript for facts section for BIO to MSJ. |
| 4/13/2009 | Legal Researcher/Writer | 3.00 | Legal research and preparation of Brief in Opposition to PO precluding publication of Export Report |
| 5/8/2009 | Legal Researcher/Writer | 1.50 | Legal research for Brief in Support of MSJ. |
| 5/7/2009 | Legal Researcher/Writer | 3.50 | Additional legal research for Brief in Support of MSJ. |
| 5/8/2009 | Legal Researcher/Writer | 3.00 | Additional legal research for Brief in Support of MSJ. |
| 5/8/2009 | Legal Researcher/Writer | 3.50 | Additional legal research for Brief in Support of MSJ. |
| 5/10/2009 | Legal Researcher/Writer | 3.00 | Additional legal research for Brief in Support of MSJ. |
| 5/11/2009 | Legal Researcher/Writer | 2.00 | Additional legal research for Brief in Support of MSJ. |
| 5/11/2009 | Legal Researcher/Writer | 4.50 | Preparation of Brief in Support of MSJ. |
| 5/12/2009 | Legal Researcher/Writer | 5.00 | Additional preparation of Brief in Support of MSJ. |
| 5/12/2009 | Legal Researcher/Writer | 1.20 | Additional legal research for Brief in Support of MSJ. |
| 5/15/2009 | Legal Researcher/Writer | 6.00 | Additional preparation of Brief in Support of MSJ. |
| 5/22/2009 | Legal Researcher/Writer | 1.00 | Legal research for BIO to Motion for Summary Judgment |
| 5/25/2009 | Legal Researcher/Writer | 1.50 | Additional legal research for BIO to Motion for Summary Judgment. |
| 5/28/2009 | Legal Researcher/Writer | 1.00 | Additional legal research for BIO to Motion for Summary Judgment. |
| 5/29/2009 | Legal Researcher/Writer | 5.00 | Preparation of BIO to Motion for Summary Judgment. |
| 6/26/2009 | Legal Researcher/Writer | 1.00 | Additional preparation of BIO to Motion for Summary Judgment. |
| 6/26/2009 | Legal Researcher/Writer | 4.00 | Additional preparation of BIO to Motion for Summary Judgment. |
| 6/26/2009 | Legal Researcher/Writer | 2.50 | Legal research on BIO to MSJ. |
| 6/27/2009 | Legal Researcher/Writer | 5.00 | Additional legal research on BIO to MSJ. |
| 6/27/2009 | Legal Researcher/Writer | 4.00 | Additional legal research on BIO to MSJ. |

# EXHIBIT A

## Exhibit A

Page 7

2:01 PM
10/12/11

**EMPLOY LAW OFFICES OF C L POLLICK**
**Time by Job Detail**
All Transactions

| Date | Name | Duration | Notes |
|------|------|----------|-------|
| 6/30/2008 | Legal Research/Writer | 3.00 | Additional legal research on BIO to MSJ. |
| 6/30/2008 | Legal Research/Writer | 5.00 | Preparation of BIO to MSJ. |
| 7/1/2008 | Legal Research/Writer | 3.00 | Additional preparation of BIO to MSJ. |
| 7/2/2008 | Legal Research/Writer | 5.00 | Additional preparation of BIO to MSJ. |
| 7/3/2008 | Legal Research/Writer | 0.50 | Additional preparation of BIO to MSJ. |
| 7/21/2008 | Legal Research/Writer | 1.00 | Reviewed BIO and materials in preparation of BIO to Motion to Strike. |
| 7/23/2008 | Legal Research/Writer | 3.00 | Legal research for Reply Brief on PSJ |
| 7/23/2008 | Legal Research/Writer | 3.00 | Preparation of Reply Brief for PSJ. |
| 7/23/2008 | Legal Research/Writer | 1.70 | Legal research in preparation of BIO to Motion to Strike. |
| 7/24/2008 | Legal Research/Writer | 3.70 | Additional preparation of Reply Brief for PSJ. |
| 7/24/2008 | Legal Research/Writer | 0.50 | Preparation of BIO to Motion to Strike. |
| 7/25/2008 | Legal Research/Writer | 3.50 | Additional legal research in preparation of BIO to Motion to Strike. |
| 7/25/2008 | Legal Research/Writer | 1.00 | Additional preparation of BIO to Motion to Strike. |
| 7/25/2008 | Legal Research/Writer | 1.00 | Additional preparation of BIO to Motion to Strike. |

Total 2008 Legal Researcher 123.10

2008 Professional Services

| | | | |
|------|------|------|------|
| 1/5/2008 | Cynthia L Pollick | 0.10 | Correspondence with John regarding deposition dates |
| 1/20/2008 | Cynthia L Pollick | 0.10 | Preparation of Revised Notice of Deposition for Smith. |
| 1/20/2008 | Cynthia L Pollick | 0.20 | Correspondence with OP regarding Pollick deposition. |
| 1/10/2008 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding additional information to use at deposition. |
| 1/10/2008 | Cynthia L Pollick | 0.10 | Correspondence with Patti setting up more information to use on bio file records coming in. |
| 1/22/2008 | Cynthia L Pollick | 1.00 | Preparation for deposition of Bruce Smith, Defense Counsel, Defendant & Reporter. |
| 1/22/2008 | Cynthia L Pollick | 4.00 | Appearance at deposition - Smith, OC defense, Reporter. |
| 1/22/2008 | Cynthia L Pollick | 0.70 | Meeting with clients to discuss depositions. |
| 1/22/2008 | Cynthia L Pollick | 2.55 | Preparation for deposition of Bruce Smith - included reviewing transcript. |
| 1/22/2008 | Cynthia L Pollick | 2.50 | Appearance at deposition of Bruce Smith. |
| 1/26/2008 | Cynthia L Pollick | 0.10 | TC from Patti regarding last weeks deposition. |
| 1/26/2008 | Cynthia L Pollick | 0.10 | TC from OP regarding additional depositions |
| 1/26/2008 | Cynthia L Pollick | 0.10 | TC with OP's office regarding whether we will depose |
| 1/26/2008 | Cynthia L Pollick | 0.10 | Correspondence from experts regarding coverage and student observing. |
| 1/27/2008 | Cynthia L Pollick | 0.10 | TC from Patti sending fax on case. |
| 1/27/2008 | Cynthia L Pollick | 0.10 | TC with Pam of my Friends of the child regarding Mark 3 is good for depos. |
| 1/27/2008 | Cynthia L Pollick | 0.20 | Receipt and review of correspondence provided by Patti. |
| 1/27/2008 | Cynthia L Pollick | 0.10 | Preparation of subpoena for KU. |
| 1/27/2008 | Cynthia L Pollick | 0.20 | Correspondence with OP regarding intent to serve subpoena. |
| 1/28/2008 | Cynthia L Pollick | 0.50 | TC with Patti regarding letter received on Smith. |
| 1/30/2008 | Cynthia L Pollick | 0.50 | Receipt and review of Smith's deposition testimony |
| 1/30/2008 | Cynthia L Pollick | 0.20 | Correspondence with Patti regarding Smith's deposition. |
| 1/31/2008 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding information. |
| 2/1/2008 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding more information. |
| 2/4/2008 | Cynthia L Pollick | 0.10 | Correspondence from GP regarding deposition that Patti is going on to. |
| 2/4/2008 | Cynthia L Pollick | 0.30 | Correspondence from Dr. Reimann regarding Welsh ethics. |
| 2/1/2008 | Cynthia L Pollick | 0.20 | Correspondence with EEU regarding subpoena. |
| 2/1/2008 | Cynthia L Pollick | 0.20 | Correspondence with expert Reimann regarding potential for expert opinion. |
| 2/11/2008 | Cynthia L Pollick | 0.20 | Correspondence with Dr. Reimann regarding experts. |
| 2/11/2008 | Cynthia L Pollick | 0.10 | Correspondence from Dr. Reimann regarding opinion - 2nd letter. |
| 2/1/2008 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding Karen's receipt of subpoena. |
| 2/5/2008 | Cynthia L Pollick | 0.10 | Correspondence with Patti regarding information provided |
| 2/11/2008 | Cynthia L Pollick | 0.10 | Correspondence with Case manager apologizing for not filing on system. |
| 2/11/2008 | Cynthia L Pollick | 0.10 | TC from EEU regarding subpoena. |
| 2/13/2008 | Cynthia L Pollick | 0.10 | TC with EEU advising regarding with retainer on retainer day. |
| 2/13/2008 | Cynthia L Pollick | 0.10 | Correspondence from EEU advising will provide deposition by end of month. |
| 2/13/2008 | Cynthia L Pollick | 0.30 | Receipt and review of deposition of Reimann. |
| 2/13/2008 | Cynthia L Pollick | 0.30 | Receipt and review of deposition extra. |
| 2/13/2008 | Cynthia L Pollick | 0.20 | Receipt and review of deposition of Kowalski. |
| 2/13/2008 | Cynthia L Pollick | 0.30 | Receipt and review of deposition of Smith. |
| 2/13/2008 | Cynthia L Pollick | 0.10 | Correspondence from Dr. Reimann advising sorry she had not responded - thought she did. |
| 2/13/2008 | Cynthia L Pollick | 0.10 | Correspondence with Dr. Reimann thanking her for continuing to be interested in case. |
| 2/13/2008 | Cynthia L Pollick | 0.10 | Correspondence with Reese regarding RFA of case example. |
| 2/19/2008 | Cynthia L Pollick | 0.10 | Correspondence from Reese regarding report. |
| 2/20/2008 | Cynthia L Pollick | 0.10 | Correspondence from Reese regarding PDFs of transcripts. |
| 2/22/2008 | Cynthia L Pollick | 0.10 | Correspondence from Dr. Reimann regarding filthy stories I wrote. |
| 2/26/2008 | Cynthia L Pollick | 0.10 | Correspondence from Dr. Reimann regarding whether school she found stuff on images. |
| 2/28/2008 | Cynthia L Pollick | 0.10 | Correspondence with Dr. Reimann regarding project. |
| 2/29/2008 | Cynthia L Pollick | 0.10 | Correspondence from Dr. Reimann regarding what Smith was about. |
| 2/21/2008 | Cynthia L Pollick | 0.20 | Correspondence from Patti regarding stuff that might help. |
| 2/23/2008 | Cynthia L Pollick | 0.50 | Correspondence from Dr. Reimann asking me for stuff. |
| 2/28/2008 | Cynthia L Pollick | 0.10 | Correspondence from Dr. Reimann regarding data. |
| 2/28/2008 | Cynthia L Pollick | 0.10 | Correspondence with Dr. Reimann regarding all that she expects to make report. |
| 2/27/2008 | Cynthia L Pollick | 0.10 | Correspondence with Dr. Reimann advising attached was fax on school. |
| 2/19/2008 | Cynthia L Pollick | 0.10 | Correspondence with Dr. Reimann regarding data. |
| 2/22/2008 | Cynthia L Pollick | 0.10 | Correspondence from Dr. Reimann regarding more documents. |
| 2/13/2008 | Cynthia L Pollick | 0.10 | Correspondence from Dr. Reimann regarding documents/photos needed in case. |
| 2/25/2008 | Cynthia L Pollick | 0.10 | Correspondence from Dr. Reimann regarding available story. |
| 2/22/2008 | Cynthia L Pollick | 0.20 | Correspondence from Patti regarding information on witness. |
| 2/24/2008 | Cynthia L Pollick | 0.10 | Correspondence from Dr. Reimann case. |
| 2/24/2008 | Cynthia L Pollick | 0.10 | Correspondence with Dr. Reimann regarding data. |
| 2/26/2008 | Cynthia L Pollick | 0.10 | Correspondence from Dr. Reimann regarding data. |
| 3/4/2008 | Cynthia L Pollick | 0.10 | Correspondence with Dr. Reimann regarding supplemental question. |
| 3/5/2008 | Cynthia L Pollick | 0.10 | Correspondence from Dr. Reimann receiving three point and photos. |
| 3/4/2008 | Cynthia L Pollick | 0.10 | Correspondence re 3 from Dr. Reimann regarding case. |
| 3/26/2008 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding schedule for Monday. |
| 2/26/2008 | Cynthia L Pollick | 0.10 | Correspondence with Patti regarding data starting on Monday. |
| 3/18/2008 | Cynthia L Pollick | 0.10 | Correspondence from Dr. Reimann regarding photos of Tate. |
| 3/28/2008 | Cynthia L Pollick | 0.10 | Correspondence from Dr. Reimann regarding proper point. |
| 2/28/2008 | Cynthia L Pollick | 0.10 | Correspondence from Dr. Reimann regarding data sheet of images. |
| 3/28/2008 | Cynthia L Pollick | 0.50 | Correspondence from Dr. Reimann regarding Tate. |
| 2/27/2008 | Cynthia L Pollick | 0.10 | Correspondence from Dr. Reimann regarding information on Smith. |
| 2/27/2008 | Cynthia L Pollick | 0.10 | Correspondence from Dr. Reimann regarding who did data and her asking back. |
| 2/28/2008 | Cynthia L Pollick | 0.10 | Correspondence from Dr. Reimann regarding questions about Tate. |

**EXHIBIT A**
Exhibit A

404

2:48 PM
10/2/11

EMPLOY LAW OFFICES OF C L POLLICK
Time by Job Detail
All Transactions

| Date | Name | Duration | Notes |
|---|---|---|---|

EXHIBIT A

Exhibit A

Page 9

2:26 PM
10/12/11

**EMPLOY LAW OFFICES OF C L POLLICK**
**Time by Job Detail**
All Transactions

| Date | Name | Duration | Notes |
|---|---|---|---|
| 4/7/2009 | Cynthia L Pollick | 0.20 | Correspondence to and from OP regarding letter to Judge on Expert Report |
| 4/8/2009 | Cynthia L Pollick | 0.20 | Correspondence from OP regarding counsel/Dammann |
| 4/8/2009 | Cynthia L Pollick | 0.10 | Correspondence from OP requesting extension. |
| 4/8/2009 | Cynthia L Pollick | 0.10 | Correspondence with OP's paralegal advising counsel to 30 day extension |
| 4/8/2009 | Cynthia L Pollick | 0.20 | Correspondence with Judge regarding expert report |
| 4/9/2009 | Cynthia L Pollick | 0.10 | Receipt and review of OP's Brief in Support for Protective Order |
| 4/9/2009 | Cynthia L Pollick | 0.10 | Receipt and review of Order extending deposition deadline |
| 4/10/2009 | Cynthia L Pollick | 0.10 | Receipt and review of OP's Brief in Support of PO |
| 4/14/2009 | Cynthia L Pollick | 0.10 | Preparation of Brief in Opposition to Motion for PO |
| 4/14/2009 | Cynthia L Pollick | 0.20 | Correspondence from Gallagher regarding Mileage on tax sheet. |
| 4/15/2009 | Cynthia L Pollick | 0.10 | Correspondence from OP requesting oral argument. |
| 4/17/2009 | Cynthia L Pollick | 0.20 | Correspondence from Gallagher regarding Dammann testified before. |
| 4/17/2009 | Cynthia L Pollick | 0.30 | Receipt and review of OP's Brief in Opposition to Motion to Compel |
| 4/23/2009 | Cynthia L Pollick | 0.35 | Receipt and review of Order granting protective order |
| 4/23/2009 | Cynthia L Pollick | 0.50 | Receipt and review of simple expert interest from Lewis. |
| 4/23/2009 | Cynthia L Pollick | 0.10 | Correspondence from OP regarding Lewis retains. |
| 4/24/2009 | Cynthia L Pollick | 0.20 | Receipt and review of OP's Motion for Exped Report Extension |
| 4/30/2009 | Cynthia L Pollick | 0.10 | Correspondence from Patil regarding update. |
| 4/30/2009 | Cynthia L Pollick | 0.10 | Correspondence with Patil advising her of update. |
| 4/30/2009 | Cynthia L Pollick | 0.10 | Correspondence from Patil that he agreed for our work. |
| 5/1/2009 | Cynthia L Pollick | 0.20 | Correspondence with Patil regarding deposition transcripts. |
| 5/1/2009 | Cynthia L Pollick | 0.10 | Correspondence with Patil regarding parties complaints. |
| 5/4/2009 | Cynthia L Pollick | 0.50 | Reviewed videos produced by OP - 2nd batch. |
| 5/5/2009 | Cynthia L Pollick | 0.50 | Reviewed OVDs for discovery brief and exam. |
| 5/5/2009 | Cynthia L Pollick | 1.30 | Preparation of Reply Brief to Motion To Compel Videos. |
| 5/6/2009 | Cynthia L Pollick | 0.10 | Receipt and review of Order granting expert disclosure extension. |
| 5/7/2009 | Cynthia L Pollick | 0.10 | Correspondence from OP regarding deadline reminder. |
| 5/8/2009 | Cynthia L Pollick | 1.00 | Reviewed video disc and transcripts for report of cos. |
| 5/11/2009 | Cynthia L Pollick | 0.40 | Receipt and review of Deaf Boy recording reduced by OP. |
| 5/19/2009 | Cynthia L Pollick | 0.10 | Correspondence from Tami regarding word extension. |
| 5/19/2009 | Cynthia L Pollick | 0.10 | Correspondence with Tami advising I don't have a problem with extension to 2K. |
| 5/20/2009 | Cynthia L Pollick | 0.20 | Preparation of Motion for PSJ. |
| 5/21/2009 | Cynthia L Pollick | 0.10 | TC with OP regarding concurrence in motion for extension. |
| 5/21/2009 | Cynthia L Pollick | 0.10 | Correspondence from OP regarding Appendix. |
| 5/21/2009 | Cynthia L Pollick | 0.10 | Correspondence from OP regarding Expert Report. |
| 5/21/2009 | Cynthia L Pollick | 1.00 | Receipt and review of Expert's Report along with his qualifications from OP |
| 5/21/2009 | Cynthia L Pollick | 0.50 | Receipt and review of OP's Brief in Support of MSJ. |
| 5/21/2009 | Cynthia L Pollick | 0.10 | Receipt and review of Notice of OP's for extrarequirment. |
| 5/21/2009 | Cynthia L Pollick | 0.20 | Receipt and review of OP's Statement of Facts Not in Dispute. |
| 5/21/2009 | Cynthia L Pollick | 0.10 | Receipt and review of OP's Motion for Summary Judgment. |
| 5/21/2009 | Cynthia L Pollick | 0.10 | Correspondence from OP regarding Expert - mail version. |
| 5/21/2009 | Cynthia L Pollick | 0.10 | Receipt and review of Order granting OP's extension. |
| 5/22/2009 | Cynthia L Pollick | 0.20 | Preparation of Motion for Extension page and date. |
| 5/22/2009 | Cynthia L Pollick | 1.00 | Receipt and review of Exhibits attached to MSJ. |
| 5/22/2009 | Cynthia L Pollick | 0.10 | Correspondence from the Younger regarding case. |
| 5/26/2009 | Cynthia L Pollick | 0.10 | Receipt and review of Order granting extension. |
| 5/26/2009 | Cynthia L Pollick | 0.10 | Correspondence from Mediator regarding case. |
| 6/1/2009 | Cynthia L Pollick | 0.10 | Correspondence from OP advising where to find exhibit J. |
| 6/1/2009 | Cynthia L Pollick | 0.20 | Receipt and review of OP's Answer to Motion for Partial Summary Judgment |
| 6/2/2009 | Cynthia L Pollick | 0.20 | Correspondence from OP regarding CV. |
| 6/3/2009 | Cynthia L Pollick | 3.00 | Additional preparation of Brief in Support of PMSJ. |
| 6/3/2009 | Cynthia L Pollick | 0.20 | Receipt and review of CV of OP's expert. |
| 6/4/2009 | Cynthia L Pollick | 0.10 | TC from Patil regarding receipt of e-mail. |
| 6/5/2009 | Cynthia L Pollick | 0.20 | TC with Patil regarding issue. |
| 6/5/2009 | Cynthia L Pollick | 0.10 | TC from Patil regarding issue. |
| 6/8/2009 | Cynthia L Pollick | 0.40 | TC with Patil regarding issue and information she gathered. |
| 6/12/2009 | Cynthia L Pollick | 0.20 | Receipt and review of OP's Motion for Extension to File Brief. |
| 6/12/2009 | Cynthia L Pollick | 0.10 | Correspondence from OP requesting concurrence in Motion for Extension. |
| 6/12/2009 | Cynthia L Pollick | 0.10 | Correspondence with OP consenting to Extension. |
| 6/16/2009 | Cynthia L Pollick | 0.10 | Receipt and review of Order granting extension. |
| 6/16/2009 | Cynthia L Pollick | 3.00 | Additional preparation of BIO to Motion for Summary Judgment included review of Morgan's deposition |
| 6/16/2009 | Cynthia L Pollick | 7.00 | Additional preparation of BIO to MSJ included reviewing Patel's deposition, Smith's |
| 6/16/2009 | Cynthia L Pollick | 0.10 | Correspondence with OP requesting concurrence in motion for 1500 extension. |
| 6/17/2009 | Cynthia L Pollick | 6.00 | Additional preparation of BIO to MSJ. |
| 6/17/2009 | Cynthia L Pollick | 0.10 | Correspondence from OP advising no objection to extension. |
| 6/17/2009 | Cynthia L Pollick | 0.20 | Preparation of Motion for 1500 Extension. |
| 6/17/2009 | Cynthia L Pollick | 0.10 | Preparation of Order on Motion to Extend. |
| 6/17/2009 | Cynthia L Pollick | 0.10 | TC with Hanston regarding room reservation. |
| 6/18/2009 | Cynthia L Pollick | 0.10 | TC with Patil regarding case. |
| 6/18/2009 | Cynthia L Pollick | 0.10 | TC from Patil regarding case. |
| 6/18/2009 | Cynthia L Pollick | 0.50 | TC with Patil regarding case and statement of facts in dispute. |
| 6/19/2009 | Cynthia L Pollick | 0.10 | TC from Patil about statement of facts, etc. |
| 6/19/2009 | Cynthia L Pollick | 5.40 | Preparation of Response to Statement of Facts in Dispute. |
| 6/19/2009 | Cynthia L Pollick | 5.80 | Additional preparation and final ration of Brief in Opposition to MSJ, including ination of Ta |
| 6/22/2009 | Cynthia L Pollick | 0.20 | TC from Patil regarding affidavit. |
| 6/26/2009 | Cynthia L Pollick | 0.20 | Correspondence from Patil regarding information that may be useful. |
| 6/26/2009 | Cynthia L Pollick | 0.20 | TC from Patil regarding paperwork. |
| 6/26/2009 | Cynthia L Pollick | 0.40 | Correspondence and attachment from Patil regarding Bazzo. |
| 6/28/2009 | Cynthia L Pollick | 0.10 | Correspondence from Patil regarding information about Connie Saba. |
| 6/28/2009 | Cynthia L Pollick | 0.10 | Correspondence with Patil thanking her for new information. |
| 7/9/2009 | Cynthia L Pollick | 0.20 | Receipt and review of news article sent by Patil. |
| 7/15/2009 | Cynthia L Pollick | 0.10 | Correspondence from OP regarding Motion to Strike. |
| 7/16/2009 | Cynthia L Pollick | 0.10 | Correspondence with OP advising do not concur - he's correct. |
| 7/16/2009 | Cynthia L Pollick | 0.20 | Receipt and review of OP's BIO to Plaintiff's Motion for Partial Summary Judgment. |
| 7/18/2009 | Cynthia L Pollick | 0.20 | Receipt and review of OP's Brief in Support of Motion to Strike. |
| 7/18/2009 | Cynthia L Pollick | 0.25 | Receipt and review of OP's Motion to Strike. |
| 7/27/2009 | Cynthia L Pollick | 0.20 | Correspondence from Patil regarding Menlo. |
| 7/29/2009 | Cynthia L Pollick | 0.10 | Correspondence with Patil thanking her for information. |
| 7/30/2009 | Cynthia L Pollick | 0.30 | Correspondence from Patil regarding study. |
| 7/30/2009 | Cynthia L Pollick | 0.20 | Correspondence from Patil regarding update to petition. |
| 7/31/2009 | Cynthia L Pollick | 1.00 | Preparation of Reply Brief in support of PSJ motion |

# EXHIBIT A

## Exhibit A

**406**

2:25 PM
10/12/11

EMPLOY LAW OFFICES OF C L. POLLICK
Time by Job Detail
All Transactions

| Date | Name | Duration | Notes |
|---|---|---|---|
| 7/31/2009 | Cynthia L Polick | 0.10 | Additional preparation of BIO to Motion to Strike |

*(remainder of table illegible due to document degradation)*

| | | | |
|---|---|---|---|
| 12/1/2009 | Cynthia L Polick | 0.10 | Correspondence from Palli regarding webpages. |
| 12/14/2009 | Cynthia L Polick | 0.10 | Correspondence with Palli thanking her for the ... |
| 12/14/2009 | Cynthia L Polick | 0.10 | Correspondence from Palli regarding case. |
| 12/29/2009 | Cynthia L Polick | 0.10 | Correspondence from Palli regarding stuff on Smith. |

Total 2009 Professional Services 116.00

EXHIBIT A
Exhibit A

Page 11

2:25 PM
10/12/11

**EMPLOY LAW OFFICES OF C L POLLICK**
**Time by Job Detail**
All Transactions

| Date | Name | Duration | Notes |
|---|---|---|---|

**2010 Legal Assistant**

**Total 2010 Legal Assistant** 36.60

**2010 Legal Researcher**

| 1/20/2010 | Legal Researcher/Writer | 2.90 | Review and legal research on expert opinion - MIL. |
| 1/21/2010 | Legal Researcher/Writer | 2.00 | Additional legal research on expert opinion - MIL. |
| 1/22/2010 | Legal Researcher/Writer | 1.00 | Preparation of expert opinion - MIL. |
| 1/25/2010 | Legal Researcher/Writer | 3.00 | Additional preparation of expert opinion - MIL. |
| 1/26/2010 | Legal Researcher/Writer | 2.30 | Additional preparation of expert opinion - MIL. |
| 1/26/2010 | Legal Researcher/Writer | 0.30 | Legal research on issue of preclusion of husband's work records |
| 1/27/2010 | Legal Researcher/Writer | 3.00 | Preparation of MIL on issue of preclusion of husband's work records. |
| 3/17/2010 | Legal Researcher/Writer | 3.00 | Legal research on MIL response. |
| 3/18/2010 | Legal Researcher/Writer | 1.50 | Legal research on BIO to OP's MIL. |
| 3/18/2010 | Legal Researcher/Writer | 0.50 | Additional legal research on MIL response. |
| 3/18/2010 | Legal Researcher/Writer | 1.00 | Preparation of MIL response. |
| 3/19/2010 | Legal Researcher/Writer | 3.00 | Additional legal research on BIO to OP's MIL and preparation of the same. |
| 3/19/2010 | Legal Researcher/Writer | 1.50 | Additional preparation of MIL response. |
| 3/21/2010 | Legal Researcher/Writer | 0.90 | Additional preparation of MIL response. |
| 3/20/2010 | Legal Researcher/Writer | 1.00 | Legal research on Reply Brief |
| 3/29/2010 | Legal Researcher/Writer | 2.00 | Preparation of Reply Brief. |
| 3/30/2010 | Legal Researcher/Writer | 1.60 | Legal research on Reply Brief. |

**Total 2010 Legal Researcher** 31.40

**2010 Professional Services**

| 1/4/2010 | Cynthia L Pollick | 0.10 | Correspondence with Patti advising that can't look, please print out; also received copy of the acl |
| 1/5/2010 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding questions on same. |
| 1/7/2010 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding Order. |
| 1/8/2010 | Cynthia L Pollick | 0.50 | Receipt and review of Pacific questions with regard to Order. |
| 1/8/2010 | Cynthia L Pollick | 0.40 | TC from Patti regarding date |
| 1/8/2010 | Cynthia L Pollick | 0.10 | TC with Patti regarding her questions. |
| 1/11/2010 | Cynthia L Pollick | 0.30 | Receipt and review of Order - 38 pages. |
| 1/11/2010 | Cynthia L Pollick | 0.10 | Receipt and review of Order scheduling pretrial. |
| 1/11/2010 | Cynthia L Pollick | 0.20 | Correspondence from Patty regarding information found on same. |
| 1/22/2010 | Cynthia L Pollick | 0.10 | Correspondence with LR regarding MILs. |
| 1/22/2010 | Cynthia L Pollick | 0.20 | correspondence from Patti regarding teacher in related case. |
| 1/24/2010 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding additional information on Smith. |
| 2/1/2010 | Cynthia L Pollick | 0.20 | Correspondence from Patti along with listing of information. |
| 2/3/2010 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding earlier discussion. |
| 2/2/2010 | Cynthia L Pollick | 0.20 | Correspondence regarding bullying. |
| 2/2/2010 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding student and his comments. |
| 2/23/2010 | Cynthia L Pollick | 0.40 | TC with Patti regarding situation. |
| 2/2/2010 | Cynthia L Pollick | 0.30 | Correspondence from Patti regarding situation. |
| 2/4/2010 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding article. |
| 3/4/2010 | Cynthia L Pollick | 0.10 | Correspondence on costs about cyberbullying notification. |
| 3/8/2010 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding Morgan's schedule. |
| 3/10/2010 | Cynthia L Pollick | 0.10 | Correspondence with Patti advising still on for pretrial. |
| 3/12/2010 | Cynthia L Pollick | 0.20 | Receipt and review of OP's Motion for Extension to file brief. |
| 3/12/2010 | Cynthia L Pollick | 0.10 | Receipt and review of OP's MIL on photos. |
| 3/12/2010 | Cynthia L Pollick | 0.30 | Receipt of OP's Motion in Limine - photos, teaching plans. |
| 3/15/2010 | Cynthia L Pollick | 0.20 | Correspondence with OP regarding dates to meet. |
| 3/16/2010 | Cynthia L Pollick | 0.10 | Receipt and review of OP's Brief in Support of MIL. |
| 3/16/2010 | Cynthia L Pollick | 0.10 | Receipt and review of Order around 10 page MIL. |
| 3/16/2010 | Cynthia L Pollick | 0.50 | Preparation of Motion for Extension of Time to file Brief in Opposition as well as Page numbers and |
| 3/17/2010 | Cynthia L Pollick | 1.00 | Additional preparation and filing on BIO/opinion Brief in Support of MIL, on first part |

**EXHIBIT A**
**Exhibit A**

Page 12

408

2:25 PM
10/12/11

**EMPLOY LAW OFFICES OF C L POLLICK**
**Time by Job Detail**
All Transactions

| Date | Name | Duration | Notes |
|---|---|---|---|
| 3/17/2010 | Cynthia L Pollick | 0.40 | Additional preparation of MIL on Expert including from the same on EOF system |
| 3/17/2010 | Cynthia L Pollick | 0.30 | Additional preparation of MIL on Record. |
| 3/17/2010 | Cynthia L Pollick | 0.30 | Additional preparation of Brief in Support of MIL on records. |
| 3/17/2010 | Cynthia L Pollick | 0.20 | Receipt and review of Judge Munley's denial of motion for pale. ntion. |
| 3/17/2010 | Cynthia L Pollick | 0.10 | Correspondence with LR regarding MIL on hostile claim |
| 3/18/2010 | Cynthia L Pollick | 0.10 | Receipt and review of Order granting 12 page brief. |
| 3/22/2010 | Cynthia L Pollick | 2.00 | Additional preparation of BIO to OP's MIL on photos |
| 3/22/2010 | Cynthia L Pollick | 0.30 | Preparation of Motion for permission for 9 page brief. |
| 3/23/2010 | Cynthia L Pollick | 0.30 | Receipt and review of OP's answer to MIL on Dragon. |
| 3/23/2010 | Cynthia L Pollick | 0.10 | Receipt and review of Order granting 9 page brief. |
| 3/23/2010 | Cynthia L Pollick | 0.50 | Receipt and review of OP's BIO to MIL excluding Dragon. |
| 3/23/2010 | Cynthia L Pollick | 0.10 | Correspondence from Patil asking for update |
| 3/23/2010 | Cynthia L Pollick | 0.10 | Correspondence with Patil advising no new information on case |
| 3/24/2010 | Cynthia L Pollick | 0.30 | TC from OP regarding trial issues. |
| 3/24/2010 | Cynthia L Pollick | 1.00 | Additional preparation, finalization, and filing on EOF system BIO to MIL on photos. |
| 3/24/2010 | Cynthia L Pollick | 0.30 | Preparation of Motion for Permission to file BIO to MIL. |
| 3/24/2010 | Cynthia L Pollick | 0.20 | Correspondence with Judge Munley regarding MIL. |
| 3/25/2010 | Cynthia L Pollick | 0.80 | TC with Patil regarding case and rescheduling of pretrial |
| 3/25/2010 | Cynthia L Pollick | 0.30 | Receipt and review of OP's Motion In Limine on Robinson. |
| 3/25/2010 | Cynthia L Pollick | 0.10 | Receipt and review of Order rescheduling pretrial. |
| 3/25/2010 | Cynthia L Pollick | 0.10 | Receipt and review of Order granting motion for permission to file brief on 3/81. |
| 3/26/2010 | Cynthia L Pollick | 0.10 | Correspondence with LR regarding BIO to MIL on expert. |
| 3/27/2010 | Cynthia L Pollick | 0.40 | Receipt and review of OP's Brief in Opposition to MIL on employment records |
| 3/30/2010 | Cynthia L Pollick | 0.40 | Correspondence with LR regarding Cindy Day. |
| 3/31/2010 | Cynthia L Pollick | 0.10 | Correspondence with LR regarding BIO to MIL on expert. |
| 4/2/2010 | Cynthia L Pollick | 3.00 | Additional preparation of BIO to MIL. |
| 4/3/2010 | Cynthia L Pollick | 0.30 | TC from Patil about things and pretrial |
| 4/5/2010 | Cynthia L Pollick | 1.30 | Preparation of Rebittal memo. |
| 4/5/2010 | Cynthia L Pollick | 0.20 | Correspondence with OP regarding non-monetary requests. |
| 4/7/2010 | Cynthia L Pollick | 0.50 | Additional preparation and filing of Reply Brief in support of MIL on employment records |
| 4/8/2010 | Cynthia L Pollick | 0.10 | Receipt and review of Order rescheduling pretrial in afternoon. |
| 4/8/2010 | Cynthia L Pollick | 0.10 | TC with Patil advising pretrial has been moved back until 1:30. |
| 4/7/2010 | Cynthia L Pollick | 0.10 | TC on OP's secretary advising that John can't make pretrial needs to push back. |
| 4/8/2010 | Cynthia L Pollick | 0.10 | TC with Tami regarding situation. |
| 4/8/2010 | Cynthia L Pollick | 0.10 | TC with Patil advising of new change. |
| 4/9/2010 | Cynthia L Pollick | 3.00 | Additional preparation of Statement of Facts in Dispute. |
| 4/9/2010 | Cynthia L Pollick | 0.10 | Correspondence with Patil forwarding judge's order. |
| 4/9/2010 | Cynthia L Pollick | 0.10 | Correspondence from Patil inquiring about time of conference |
| 4/12/2010 | Cynthia L Pollick | 0.10 | Correspondence with Patil advising another attorney will be here. |
| 4/12/2010 | Cynthia L Pollick | 1.00 | Travel to and from Scranton for Pretrial Conference. |
| 4/12/2010 | Cynthia L Pollick | 0.10 | Receipt and review of Order scheduling trial. |
| 4/12/2010 | Cynthia L Pollick | 0.50 | Receipt and review of Order granting OP's MIL. |
| 4/14/2010 | Cynthia L Pollick | 0.10 | TC from Patil regarding case. |
| 4/14/2010 | Cynthia L Pollick | 0.30 | TC from Patil discussing pretrial and events as well as not his trial strategy. |
| 4/14/2010 | Cynthia L Pollick | 0.10 | Correspondence from Patil regarding case. |
| 4/17/2010 | Cynthia L Pollick | 0.10 | Correspondence from Patil regarding information on Smith & ESU |
| 4/17/2010 | Cynthia L Pollick | 0.10 | Correspondence from Patil regarding Smith's Nutter movie. |
| 4/18/2010 | Cynthia L Pollick | 0.10 | Correspondence from Patil regarding more information on Smith |
| 4/19/2010 | Cynthia L Pollick | 0.30 | Correspondence from Patil regarding additional information on ESU. |
| 4/19/2010 | Cynthia L Pollick | 0.10 | Correspondence from Patil regarding additional info on case. |
| 4/19/2010 | Cynthia L Pollick | 0.10 | Correspondence from Patil regarding assorted article in person record on smith. |
| 4/19/2010 | Cynthia L Pollick | 0.20 | Correspondence from Patil regarding case. |
| 4/22/2010 | Cynthia L Pollick | 0.10 | correspondence from Patil regarding other teachers. |
| 4/22/2010 | Cynthia L Pollick | 0.10 | Correspondence from Patil regarding information about history teacher that shared Meagan |
| 4/24/2010 | Cynthia L Pollick | 0.10 | Correspondence with Patil thanking her for information. |
| 4/30/2010 | Cynthia L Pollick | 0.20 | Correspondence with OP regarding no additional witnesses. |
| 6/7/2010 | Cynthia L Pollick | 0.10 | Correspondence with Judge advising Judge not to schedule |
| 6/3/2010 | Cynthia L Pollick | 0.10 | Correspondence from Judge Robinson regarding why judge would but not try. |
| 6/10/2010 | Cynthia L Pollick | 0.10 | Correspondence with Judge advising he granted instructions on motion, but as under seal. |
| 7/5/2010 | Cynthia L Pollick | 0.20 | Correspondence from Patil regarding additional information. |
| 7/5/2010 | Cynthia L Pollick | 0.20 | Correspondence from Patil regarding information she got. |
| 7/5/2010 | Cynthia L Pollick | 0.10 | Correspondence with Patil thanking her for information |
| 7/12/2010 | Cynthia L Pollick | 0.10 | Correspondence from Patil regarding information |
| 7/13/2010 | Cynthia L Pollick | 0.20 | TC from Patil regarding developments. |
| 7/13/2010 | Cynthia L Pollick | 0.50 | TC with Patil regarding situation. |
| 7/13/2010 | Cynthia L Pollick | 0.10 | Correspondence from OP advising court issued. |
| 7/13/2010 | Cynthia L Pollick | 0.10 | Correspondence with Patil forwarding e-mail from Jot n to me about call on trial. |
| 7/13/2010 | Cynthia L Pollick | 0.10 | Correspondence with OP advising thoughts about reference and settlement |
| 7/13/2010 | Cynthia L Pollick | 0.10 | Correspondence with Patil forwarding response to OP. |
| 7/13/2010 | Cynthia L Pollick | 0.10 | Correspondence with Patil advising thoughts. |
| 7/20/2010 | Cynthia L Pollick | 0.20 | Correspondence from Patil regarding questions. |
| 7/28/2010 | Cynthia L Pollick | 0.10 | Correspondence with Patil regarding questions. |
| 8/18/2010 | Cynthia L Pollick | 0.10 | Correspondence with Patil regarding update on Smith. |
| 8/18/2010 | Cynthia L Pollick | 0.10 | Correspondence with Patil advising will have to wait and see what he does. |
| 8/18/2010 | Cynthia L Pollick | 0.10 | Correspondence from Patil regarding receipts. |
| 8/18/2010 | Cynthia L Pollick | 0.10 | Correspondence with Patil thanking her for info. |
| 8/23/2010 | Cynthia L Pollick | 0.30 | TC from Patil regarding case. |
| 8/24/2010 | Cynthia L Pollick | 0.10 | Correspondence with OP regarding mediation. |
| 8/24/2010 | Cynthia L Pollick | 0.10 | Correspondence from Patil regarding mediation. |
| 9/10/2010 | Cynthia L Pollick | 0.10 | Correspondence from Patil regarding case. |
| 9/10/2010 | Cynthia L Pollick | 0.10 | Correspondence from Patil regarding mediation. |
| 9/13/2010 | Cynthia L Pollick | 0.10 | Correspondence with Patil advising of situation. |
| 9/13/2010 | Cynthia L Pollick | 0.10 | Correspondence from Patil regarding case. |
| 9/14/2010 | Cynthia L Pollick | 0.10 | Correspondence with Patil advising of thoughts. |
| 11/4/2010 | Cynthia L Pollick | 0.20 | Reviewed additional stuff sent by Patil. |
| 11/4/2010 | Cynthia L Pollick | 0.10 | Correspondence from Patil regarding additional info on Smith. |
| 11/4/2010 | Cynthia L Pollick | 0.10 | Correspondence with Patil regarding info. |
| 11/4/2010 | Cynthia L Pollick | 0.10 | Correspondence from Patil regarding case information - 2nd. |
| 11/4/2010 | Cynthia L Pollick | 0.10 | Correspondence with Patil regarding case - 2nd. |
| 11/4/2010 | Cynthia L Pollick | 0.10 | Correspondence from Patil on case - 3d. |

Page 13

# EXHIBIT A
Exhibit A

409

2:25 PM
10/12/11

**EMPLOY LAW OFFICES OF C L POLLICK**
**Time by Job Detail**
**All Transactions**

| Date | Name | Duration | Notes |
|---|---|---|---|
| 11/1/2010 | Cynthia L Pollick | 0.10 | Correspondence from Paul regarding meeting with ... |
| 11/1/2010 | Cynthia L Pollick | 0.10 | Correspondence with Paul regarding sending stuff. |
| 11/1/2010 | Cynthia L Pollick | 0.10 | Correspondence from Paul advising they will review material meeting with attorney |
| 11/1/2010 | Cynthia L Pollick | 0.10 | Correspondence with OP regarding mediation. |
| 11/2/2010 | Cynthia L Pollick | 0.10 | Correspondence with Paul about case. |
| 11/2/2010 | Cynthia L Pollick | 0.10 | Correspondence with Paul regarding letter to OP. |
| 11/12/2010 | Cynthia L Pollick | 0.10 | Correspondence from Paul regarding ... |
| 11/13/2010 | Cynthia L Pollick | 0.10 | Correspondence from Paul regarding location of mediation, |
| 11/13/2010 | Cynthia L Pollick | 0.10 | Correspondence with Paul advising thoughts on mediation. |
| 11/13/2010 | Cynthia L Pollick | 0.10 | Correspondence from Paul advising thoughts. |
| 11/18/2010 | Cynthia L Pollick | 0.10 | Correspondence from Paul inquiring if any response from OP. |
| 11/18/2010 | Cynthia L Pollick | 0.10 | Correspondence with Paul advising no response from OP yet. |
| 11/18/2010 | Cynthia L Pollick | 0.10 | Correspondence from Paul advising OP. |
| 11/19/2010 | Cynthia L Pollick | 0.10 | Correspondence from Paul regarding mediation. |
| 11/19/2010 | Cynthia L Pollick | 0.10 | Correspondence with Paul advising mediation and has Fried's 50 response. |
| 11/23/2010 | Cynthia L Pollick | 0.10 | Correspondence from OP regarding case. |
| 11/23/2010 | Cynthia L Pollick | 0.10 | Correspondence with OP regarding mediation response from ... |
| 11/24/2010 | Cynthia L Pollick | 0.10 | Correspondence with Paul sending copy of e-mail from OP. |
| 11/24/2010 | Cynthia L Pollick | 0.10 | Correspondence from Paul regarding mediation. |
| 11/24/2010 | Cynthia L Pollick | 0.10 | Correspondence with Paul regarding OP and mediation. |
| 11/28/2010 | Cynthia L Pollick | 0.10 | Correspondence from Paul regarding more info on Smith |
| 11/29/2010 | Cynthia L Pollick | 0.10 | Review of article forwarded by Paul. |
| 11/29/2010 | Cynthia L Pollick | 0.10 | TC from Paul regarding deposition transcript. |
| 11/29/2010 | Cynthia L Pollick | 0.10 | Correspondence with Paul regarding deposition transcripts |
| 11/30/2010 | Cynthia L Pollick | 0.20 | Receipt and review of Order re scheduling trial. |
| 12/16/2010 | Cynthia L Pollick | 0.10 | TC from Paul regarding case order and update. |
| 12/16/2010 | Cynthia L Pollick | 0.10 | Correspondence from Paul regarding date that there is a lot of items where. |
| 12/16/2010 | Cynthia L Pollick | 0.10 | Correspondence from Paul regarding question on mediation. |
| 12/16/2010 | Cynthia L Pollick | 0.10 | Correspondence from Paul regarding another question about case. |
| 12/17/2010 | Cynthia L Pollick | 0.10 | Correspondence with Paul regarding her questions. |

Total 2010 Professional Services 23.40

**2011 Legal Assistant**

| Date | Name | Duration | Notes |
|---|---|---|---|
| 2/7/2011 | Legal Assistant | 0.50 | Rejected docs from client. |
| 2/17/2011 | Legal Assistant | 0.40 | Additional preparation of exhibit binders. |
| 2/23/2011 | Legal Assistant | 3.00 | Researched and located for OPs. |
| 2/23/2011 | Legal Assistant | 0.40 | Travel to Post Office. |
| 2/23/2011 | Legal Assistant | 3.00 | Service of subpoenas for Smith, Sobs. |
| 2/24/2011 | Legal Assistant | 2.50 | Service of subpoenas for IAL. |
| 3/1/2011 | Legal Assistant | 0.50 | Served subpoena on Jason Assenuch. |
| 3/3/2011 | Legal Assistant | 2.00 | Preparation of exhibits for Trial Binders. |
| 3/3/2011 | Legal Assistant | 2.00 | Service of subpoenas on Sarah, Mola, Verhage, West. |
| 3/4/2011 | Legal Assistant | 1.50 | Additional preparation and location of exhibits for trial. |
| 3/8/2011 | Legal Assistant | 3.00 | Additional preparation and location of exhibits for trial. |
| 3/8/2011 | Legal Assistant | 0.40 | Travel to Post Office to mail exhibits to OP. |
| 7/1/2011 | Legal Assistant | 0.50 | Preparation of documents for trial - scanned in. |
| 7/1/2011 | Legal Assistant | 1.00 | Preparation of trial binders. |
| 7/15/2011 | Legal Assistant | 1.00 | Preparation of Trial Exhibit Binders. |
| 7/15/2011 | Legal Assistant | 4.00 | Service of subpoenas for trial. |
| 7/15/2011 | Legal Assistant | 1.00 | Preparation of Trial Exhibit Binders. |
| 7/29/2011 | Legal Assistant | 1.50 | Travel to Barnes & Nobles, Mall for Dr. Chappell's book for his deposition. |
| 8/1/2011 | Legal Assistant | 2.00 | Additional preparation of Trial Exhibit Binders. |
| 8/1/2011 | Legal Assistant | 3.00 | Additional preparation of Trial Exhibit Binders. |
| 8/1/2011 | Legal Assistant | 3.25 | Service of subpoenas for trial. |
| 8/10/2011 | Legal Assistant | 3.00 | Preparation and organization of Defendants Trial Binder. |
| 8/10/2011 | Legal Assistant | 3.00 | Additional preparation of Trial Exhibit Binders. |
| 8/10/2011 | Legal Assistant | 1.50 | Travel to store for supplies for trial in Harrisburg. |
| 8/12/2011 | Legal Assistant | 0.10 | TC from Paula regarding trial. |
| 8/12/2011 | Legal Assistant | 0.10 | TC from Paul regarding case. |
| 8/18/2011 | Legal Assistant | 0.10 | TC from Christy regarding trial. |
| 8/18/2011 | Legal Assistant | 1.00 | Additional preparation of Exhibits for trial. |
| 8/18/2011 | Legal Assistant | 0.50 | Preparation of depositions for use at trial. |
| 8/30/2011 | Legal Assistant | 2.00 | Uploaded trial materials from Iplink. |
| 9/9/2011 | Legal Assistant | 0.30 | Preparation of witness fee checks. |
| 9/16/2011 | Legal Assistant | 0.10 | TC from Pat Wongier about missing documents. |

Total 2011 Legal Assistant 44.70

**2011 Legal Researcher**

| Date | Name | Duration | Notes |
|---|---|---|---|
| 2/18/2011 | Legal Researcher/Writer | 5.00 | Legal research BIO to MIL on trial documents. |
| 2/26/2011 | Legal Researcher/Writer | 3.00 | Additional legal research BIO to MIL on trial documents. |
| 2/28/2011 | Legal Researcher/Writer | 1.00 | Preparation of BIO to MIL on trial docs. |
| 3/1/2011 | Legal Researcher/Writer | 1.00 | Additional legal research BIO to MIL on trial documents. |
| 3/1/2011 | Legal Researcher/Writer | 6.00 | Preparation of BIO to MIL on trial docs. |
| 3/3/2011 | Legal Researcher/Writer | 2.00 | Legal research for BIO to MIL on expenses. |
| 3/6/2011 | Legal Researcher/Writer | 4.00 | Additional legal research for BIO to MIL on expenses. |
| 3/6/2011 | Legal Researcher/Writer | 4.00 | Additional legal research for BIO to MIL on expenses. |
| 3/10/2011 | Legal Researcher/Writer | 2.00 | Additional legal research for BIO to MIL on expenses. |
| 3/10/2011 | Legal Researcher/Writer | 3.00 | Preparation of BIO to MIL on expenses. |
| 3/11/2011 | Legal Researcher/Writer | 1.00 | Additional legal research for BIO to MIL on expenses. |
| 3/11/2011 | Legal Researcher/Writer | 6.00 | Preparation of BIO to MIL on expenses. |
| 3/15/2011 | Legal Researcher/Writer | 3.00 | Additional preparation of BIO to MIL on expenses. |
| 4/7/2011 | Legal Researcher/Writer | 1.50 | Legal research on proper service. |
| 4/11/2011 | Legal Researcher/Writer | 1.00 | Additional legal research on proper service. |
| 4/12/2011 | Legal Researcher/Writer | 1.50 | Additional legal research on proper service. |
| 4/14/2011 | Legal Researcher/Writer | 0.50 | Additional legal research on proper service. |
| 4/14/2011 | Legal Researcher/Writer | 0.50 | Preparation for Reply Brief to Motion to Compel. |
| 7/25/2011 | Legal Researcher/Writer | 2.00 | Legal research for Brief. |
| 7/26/2011 | Legal Researcher/Writer | 1.00 | Preparation of Brief. |
| 7/28/2011 | Legal Researcher/Writer | 3.00 | Legal research for Brief. |
| 7/29/2011 | Legal Researcher/Writer | 2.00 | Preparation of Brief. |
| 7/31/2011 | Legal Researcher/Writer | 3.00 | Legal research for Brief. |

**EXHIBIT A**
**Exhibit A**

410

Case 3:07-cv-00854-MWB Document 642-2 Filed 08/05/16 Page 15 of 48
Case 3:07-cv-00854-YK Document 292-1 Filed 10/12/11 Page 16 of 32

2:25 PM
10/12/11

EMPLOY LAW OFFICES OF C L POLLICK
Time by Job Detail
All Transactions

| Date | Name | Duration | Notes |
|---|---|---|---|
| 7/30/2011 | Legal Researcher/Writer | 2.70 | Preparation of Brief. |
| 8/1/2011 | Legal Researcher/Writer | 1.00 | Legal research for Brief. |
| 8/1/2011 | Legal Researcher/Writer | 9.50 | Additional preparation for Brief |
| | Total 2011 Legal Researcher | $4.50 | |

2011 Professional Services

EXHIBIT A

Exhibit A

411

2:25 PM
10/12/11

**EMPLOY LAW OFFICES OF C L POLLICK**
**Time by Job Detail**
All Transactions

| Date | Name | Duration | Notes |
|---|---|---|---|
| 2/23/2011 | Cynthia L Pollick | 0.10 | Correspondence from Patti advising OK |
| 2/23/2011 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding Emily Bartlet |
| 2/23/2011 | Cynthia L Pollick | 0.20 | Correspondence with Jamie regarding examination of docu. |
| 2/23/2011 | Cynthia L Pollick | 0.10 | Correspondence with Patti advising no't access |
| 2/23/2011 | Cynthia L Pollick | 0.10 | Correspondence with Patti regarding tracking down investor blogs. |
| 2/23/2011 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding blogs about dropping charges. |
| 2/23/2011 | Cynthia L Pollick | 0.30 | Preparation of subpoena for trial for witness (PW). |
| 2/23/2011 | Cynthia L Pollick | 0.30 | Preparation of subpoena for trial for witness (CS). |
| 2/23/2011 | Cynthia L Pollick | 0.30 | Preparation of subpoena for trial for witness (BB). |
| 2/23/2011 | Cynthia L Pollick | 0.30 | Preparation of subpoena for trial for witness (DY). |
| 2/23/2011 | Cynthia L Pollick | 0.30 | Preparation of subpoena for trial for witness (RB). |
| 2/23/2011 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding utube clips. |
| 2/23/2011 | Cynthia L Pollick | 0.10 | Correspondence with Patti advising that starting subpoena'ing witnesses. |
| 2/23/2011 | Cynthia L Pollick | 0.20 | Correspondence from Patti regarding information on board members. |
| 2/23/2011 | Cynthia L Pollick | 0.10 | Correspondence with Patti regarding great info provided. |
| 2/23/2011 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding 33 videos. |
| 2/23/2011 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding original e-mail from such regarding venue. |
| 2/23/2011 | Cynthia L Pollick | 0.50 | Correspondence from Hunter regarding case |
| 2/23/2011 | Cynthia L Pollick | 0.10 | Correspondence with Hunter regarding news... |
| 2/23/2011 | Cynthia L Pollick | 0.10 | Correspondence from Hunter regarding case - 2nd one |
| 2/23/2011 | Cynthia L Pollick | 0.10 | Correspondence with Hunter regarding case - 3d. |
| 2/23/2011 | Cynthia L Pollick | 0.20 | Correspondence with witness (CS) regarding appearance at trial |
| 2/23/2011 | Cynthia L Pollick | 0.30 | Correspondence with witness (RB) regarding appearance at trial |
| 2/23/2011 | Cynthia L Pollick | 0.30 | Correspondence with witness (DY) regarding appearance at trial. |
| 2/23/2011 | Cynthia L Pollick | 0.30 | Correspondence with witness (BK) regarding appearance at trial. |
| 2/23/2011 | Cynthia L Pollick | 0.30 | Preparation of subpoena for witness (BK) for trial. |
| 2/23/2011 | Cynthia L Pollick | 0.30 | Preparation of subpoena for witness (PW) for trial. |
| 2/23/2011 | Cynthia L Pollick | 0.10 | Correspondence from Patti relaying information on two additional witnesses. |
| 2/24/2011 | Cynthia L Pollick | 0.30 | Preparation of subpoena for witness (JA) for trial. |
| 2/24/2011 | Cynthia L Pollick | 0.30 | Preparation of subpoena for witness (AP) for trial. |
| 2/24/2011 | Cynthia L Pollick | 0.30 | Preparation of subpoena for witness (AN) for trial. |
| 2/24/2011 | Cynthia L Pollick | 0.30 | Preparation of subpoena for witness (WB) for trial. |
| 2/24/2011 | Cynthia L Pollick | 0.30 | Correspondence with witness (JA) regarding trial subpoena. |
| 2/24/2011 | Cynthia L Pollick | 0.30 | Correspondence with witness (AN) regarding trial subpoena. |
| 2/24/2011 | Cynthia L Pollick | 0.30 | Correspondence with witness (AP) regarding trial subpoena. |
| 2/24/2011 | Lyndsa L Pollick | 0.30 | Preparation of subpoena for witness (JA) for trial. |
| 2/24/2011 | Cynthia L Pollick | 0.10 | Correspondence from Detective Dantonio regarding contact info |
| 2/24/2011 | Cynthia L Pollick | 0.10 | Correspondence with Detective Dantonio providing depos loca. |
| 2/24/2011 | Cynthia L Pollick | 0.30 | Receipt and review of OP's Exhibit List. |
| 2/24/2011 | Cynthia L Pollick | 0.20 | Correspondence from Patti regarding finding Bertine' |
| 2/24/2011 | Cynthia L Pollick | 0.10 | Correspondence with Patti requesting Bertine's address. |
| 2/24/2011 | Cynthia L Pollick | 0.40 | Correspondence from Patti advising doesn't know it. |
| 2/24/2011 | Cynthia L Pollick | 0.10 | Correspondence with Patti regarding how about where daughter lives. |
| 2/24/2011 | Cynthia L Pollick | 0.20 | Correspondence from Patti regarding questions as to finds are good for board members. |
| 2/24/2011 | Cynthia L Pollick | 0.10 | Correspondence with Patti thanking her for the input and keep it coming |
| 2/24/2011 | Cynthia L Pollick | 0.30 | Receipt and review of OP's Verdict Sheet. |
| 2/24/2011 | Cynthia L Pollick | 0.40 | Receipt and review of OP's Trial Brief. |
| 2/24/2011 | Cynthia L Pollick | 0.30 | Receipt and review of OP's Exhibit List. |
| 2/25/2011 | Cynthia L Pollick | 0.30 | Telephone Patti regarding trial matters. |
| 2/25/2011 | Cynthia L Pollick | 0.10 | Correspondence from Hunter regarding case |
| 2/25/2011 | Cynthia L Pollick | 0.10 | Telephone conference with Hunter thanking him for great info. |
| 2/25/2011 | Cynthia L Pollick | 0.10 | Correspondence with Patti telling her to try and new stuff. |
| 2/25/2011 | Cynthia L Pollick | 0.50 | Correspondence from Patti regarding reports on witnesses on Bertinet. |
| 2/28/2011 | Cynthia L Pollick | 0.30 | Correspondence with OP regarding letter from Smith. |
| 2/28/2011 | Cynthia L Pollick | 1.00 | Preparation of the Amended Trial Exhibit List and long the same on FUP. |
| 2/28/2011 | Cynthia L Pollick | 12.50 | Preparation of Closing for trial. |
| 2/28/2011 | Cynthia L Pollick | 0.20 | Correspondence with Bertinet regarding trial subpoena. |
| 2/28/2011 | Cynthia L Pollick | 0.30 | Preparation of subpoena for trial for witness (LB). |
| 2/28/2011 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding Vinate address. |
| 2/27/2011 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding Emil Bertinet info. |
| 2/27/2011 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding blogs that were deleted. |
| 2/27/2011 | Cynthia L Pollick | 0.30 | Correspondence from Patti regarding Jason, Dr. Padone's address. |
| 2/27/2011 | Cynthia L Pollick | 0.20 | Correspondence with Jessie (JA) regarding trial subpoena. |
| 2/28/2011 | Cynthia L Pollick | 0.10 | Correspondence from Hunter regarding case. |
| 2/28/2011 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding list of clips. |
| 3/1/2011 | Cynthia L Pollick | 0.20 | Correspondence with witness (JA) regarding trial subpoena. |
| 3/1/2011 | Cynthia L Pollick | 0.80 | Correspondence with witness (AN) regarding trial subpoena. |
| 3/1/2011 | Cynthia L Pollick | 0.20 | Correspondence with witness (AP) regarding trial subpoena. |
| 3/1/2011 | Cynthia L Pollick | 0.20 | Correspondence with witness (RP) regarding trial subpoena. |
| 3/1/2011 | Cynthia L Pollick | 0.30 | Preparation of trial subpoena for witness (DB). |
| 3/1/2011 | Cynthia L Pollick | 0.30 | Preparation of subpoena for witness (AP) regarding trial. |
| 3/1/2011 | Cynthia L Pollick | 0.30 | Preparation of subpoena for witness (AN) regarding trial. |
| 3/1/2011 | Cynthia L Pollick | 0.30 | Preparation of subpoena for witness (CK) regarding trial. |
| 3/1/2011 | Cynthia L Pollick | 0.30 | Preparation of subpoena for witness (RV) regarding trial. |
| 3/1/2011 | Cynthia L Pollick | 0.30 | Preparation of subpoena for witness (JA) regarding trial. |
| 3/2/2011 | Cynthia L Pollick | 1.00 | Travel to and from Scranton for Mediation with Joe Barrett. |
| 3/2/2011 | Cynthia L Pollick | 3.00 | Appearance at Mediation. |
| 3/2/2011 | Cynthia L Pollick | 0.30 | Additional preparation for trial marking and selecting exhibits. |
| 3/2/2011 | Cynthia L Pollick | 0.10 | Correspondence from Jessie regarding receipt of subpoena. |
| 3/2/2011 | Cynthia L Pollick | 0.10 | Telephone Jessie advising trial has been subpoena. |
| 3/2/2011 | Cynthia L Pollick | 0.20 | Correspondence with witness (CW) regarding subpoena for trial. |
| 3/2/2011 | Cynthia L Pollick | 0.30 | Preparation of subpoena for trial. |
| 3/2/2011 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding witnesses (CK) address. |
| 3/2/2011 | Cynthia L Pollick | 0.20 | Correspondence from Joe regarding no settlement. |
| 3/2/2011 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding April date - OK. |
| 3/2/2011 | Cynthia L Pollick | 0.20 | Correspondence with witness (CK) regarding trial subpoena. |
| 3/3/2011 | Cynthia L Pollick | 0.20 | Correspondence with witness (RV) regarding trial subpoena. |
| 3/3/2011 | Cynthia L Pollick | 0.20 | Correspondence with witness (DB) regarding trial subpoena. |
| 3/4/2011 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding Sherlock info. |
| 3/4/2011 | Cynthia L Pollick | 0.10 | Telephone witness (RV) advising she will be away certain days |
| 3/4/2011 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding his medical bills. |

EXHIBIT A

Exhibit A

412

2:24 PM
10/12/11

EMPLOY LAW OFFICES OF C I. POLLICK
Time by Job Detail
All Transactions

| Date | Name | Duration | Notes |
|------|------|----------|-------|
| 3/4/2011 | Cynthia L Pollick | 0.10 | Correspondence with Path explaining any thoughts. |

*(remainder of table illegible)*

EXHIBIT A

Exhibit A

Page 17

413

Case 3:07-cv-00854-MWB Document 642-2 Filed 09/05/16 Page 18 of 48
Case 3:07-cv-00854-YK Document 292-1 Filed 10/12/11 Page 1 of 32

2:05 PM
10/12/11

**EMPLOY LAW OFFICES OF C L POLLICK**
**Time by Job Detail**
All Transactions

| Date | Name | Duration | Notes |
|---|---|---|---|
| 3/16/2011 | Cynthia L Pollick | 0.10 | Correspondence from Pati regarding email from witness. |
| 3/16/2011 | Cynthia L Pollick | 0.10 | Correspondence with Pati regarding recent errors. |
| 3/17/2011 | Cynthia L Pollick | 0.20 | Correspondence with OP requesting dates available for trial. |
| 3/17/2011 | Cynthia L Pollick | 0.10 | Correspondence from OP regarding dates. |
| 3/18/2011 | Cynthia L Pollick | 0.10 | Correspondence from OP advising one week is out for bet previously sent |
| 3/18/2011 | Cynthia L Pollick | 0.10 | Correspondence with OP advising need dates for Sept so July is out. |
| 3/18/2011 | Cynthia L Pollick | 2.00 | Meeting at clients home to prep for trial. |
| 3/20/2011 | Cynthia L Pollick | 0.10 | TC with witness (DY) regarding postponement. |
| 3/20/2011 | Cynthia L Pollick | 0.20 | TC from witness (DY) regarding trial. |
| 3/20/2011 | Cynthia L Pollick | 0.10 | TC with Pati regarding trial. |
| 3/20/2011 | Cynthia L Pollick | 0.10 | Correspondence from Pati regarding information on work schedule. |
| 3/20/2011 | Cynthia L Pollick | 0.10 | Correspondence with Pati regarding home visit. |
| 3/20/2011 | Cynthia L Pollick | 0.20 | Correspondence with OP regarding dates in Sept. |
| 3/21/2011 | Cynthia L Pollick | 0.10 | Correspondence from OP regarding dates available in Sept. |
| 3/22/2011 | Cynthia L Pollick | 0.10 | Correspondence from OP regarding taking week of previous sent Sept est. |
| 3/23/2011 | Cynthia L Pollick | 0.10 | TC with Pati regarding schedule. |
| 3/23/2011 | Cynthia L Pollick | 0.20 | TC with Pati regarding case. |
| 3/23/2011 | Cynthia L Pollick | 0.30 | Correspondence with Judge Kane regarding trial dates. |
| 4/6/2011 | Cynthia L Pollick | 0.10 | TC with Pati regarding new date. |
| 4/5/2011 | Cynthia L Pollick | 0.20 | Correspondence with Judge Kane advising start trial on July 26 – may inspect actual activity for trial. |
| 4/5/2011 | Cynthia L Pollick | 0.30 | Receipt and review of Order on case deleting trial court. |
| 4/6/2011 | Cynthia L Pollick | 0.20 | Receipt and review of Answer to Motion to Compel |
| 4/6/2011 | Cynthia L Pollick | 0.40 | Receipt and review of OP's O.O to Motion to Compel. |
| 4/6/2011 | Cynthia L Pollick | 0.10 | Correspondence from Pati regarding update |
| 4/11/2011 | Cynthia L Pollick | 0.10 | Correspondence from Chak regarding changing date |
| 4/13/2011 | Cynthia L Pollick | 0.10 | Correspondence with Chak advising other date works |
| 4/15/2011 | Cynthia L Pollick | 0.10 | Correspondence from Chak advising Aug 4. |
| 4/15/2011 | Cynthia L Pollick | 0.10 | Correspondence from Shawna regarding new date for pretrial. |
| 4/15/2011 | Cynthia L Pollick | 0.10 | Correspondence with Shawna advising both dates work for me. |
| 4/18/2011 | Cynthia L Pollick | 0.10 | Receipt and review of Order rescheduling pretrial. |
| 4/18/2011 | Cynthia L Pollick | 0.40 | Receipt and review of Order from Kane granting MSJ. |
| 4/18/2011 | Cynthia L Pollick | 0.10 | Correspondence with Pati on MSJ order. |
| 4/18/2011 | Cynthia L Pollick | 0.10 | Correspondence from Pati regarding case. |
| 4/19/2011 | Cynthia L Pollick | 0.10 | Correspondence from Pati thanking for update |
| 4/15/2011 | Cynthia L Pollick | 0.10 | Correspondence with Pati inquiring whether she is home now |
| 4/10/2011 | Cynthia L Pollick | 0.10 | TC from Pati regarding case. |
| 4/20/2011 | Cynthia L Pollick | 1.30 | Additional preparation of Reply Brief for Motion to Compel along with Ping of the same. |
| 4/28/2011 | Cynthia L Pollick | 0.10 | Correspondence from Pati regarding moving up info. |
| 4/28/2011 | Cynthia L Pollick | 0.33 | Receipt and review of Order denying motion to compel |
| 5/14/2011 | Cynthia L Pollick | 0.10 | Correspondence from Pati regarding Bethel. |
| 5/14/2011 | Cynthia L Pollick | 0.10 | Correspondence with Pati regarding info on Bethel. |
| 5/15/2011 | Cynthia L Pollick | 0.15 | Correspondence with Pati regarding info on Bethel. |
| 5/18/2011 | Cynthia L Pollick | 0.10 | Correspondence from Pati regarding case |
| 5/27/2011 | Cynthia L Pollick | 0.10 | Correspondence from Cheri West regarding case. |
| 6/3/2011 | Cynthia L Pollick | 0.50 | Correspondence with Cheri explaining haven't retained |
| 6/3/2011 | Cynthia L Pollick | 0.10 | Correspondence from Cheri advising are good. |
| 6/3/2011 | Cynthia L Pollick | 0.10 | Correspondence from Cheri explaining. |
| 6/24/2011 | Cynthia L Pollick | 0.10 | Correspondence from Pati regarding case. |
| 7/19/2011 | Cynthia L Pollick | 0.10 | Correspondence from Pati regarding new information on Behr. |
| 7/17/2011 | Cynthia L Pollick | 0.10 | Correspondence from Pati regarding email received. |
| 7/18/2011 | Cynthia L Pollick | 0.20 | Correspondence from OP regarding Rule 68 offer. |
| 7/18/2011 | Cynthia L Pollick | 0.10 | Correspondence with Pati thanking her for information |
| 7/20/2011 | Cynthia L Pollick | 0.30 | Receipt and review of Offer of Judgment. |
| 7/20/2011 | Cynthia L Pollick | 0.50 | TC with Pati regarding offer of Judgment |
| 7/20/2011 | Cynthia L Pollick | 0.10 | Correspondence from Pati regarding phone calls. |
| 7/20/2011 | Cynthia L Pollick | 0.10 | Correspondence with Pati advising she'll have me on speed dial by the end |
| 7/21/2011 | Cynthia L Pollick | 2.00 | Preparation of Voir Dire. |
| 7/21/2011 | Cynthia L Pollick | 3.00 | Additional preparation of selecting and mark up exhibits for trial. |
| 7/21/2011 | Cynthia L Pollick | 0.10 | Correspondence from Pati regarding OPJ. |
| 7/22/2011 | Cynthia L Pollick | 2.00 | Preparation of Voir Dire. |
| 7/22/2011 | Cynthia L Pollick | 0.10 | Correspondence from witness (CW) regarding trial date. |
| 7/22/2011 | Cynthia L Pollick | 0.10 | Correspondence with regarding offer of judgment. |
| 7/22/2011 | Cynthia L Pollick | 0.10 | Correspondence with Pati apologizing for delay in sending OPJ. |
| 7/25/2011 | Cynthia L Pollick | 0.10 | TC from Pati regarding case. |
| 7/25/2011 | Cynthia L Pollick | 0.10 | TC with Pati regarding case and returning her call |
| 7/25/2011 | Cynthia L Pollick | 0.60 | Additional preparation of Voir Dire. |
| 7/25/2011 | Cynthia L Pollick | 0.40 | Additional preparation of Amended Special Verdict Slip. |
| 7/25/2011 | Cynthia L Pollick | 0.50 | Research and lodging for home visit and pretrial along with directions for both. |
| 7/25/2011 | Cynthia L Pollick | 0.10 | Correspondence from Pati regarding six degrees of help |
| 7/25/2011 | Cynthia L Pollick | 0.40 | Receipt and review OP's proposed voir dire. |
| 7/25/2011 | Cynthia L Pollick | 0.70 | Receipt and review of OP's pretrial memo. |
| 7/25/2011 | Cynthia L Pollick | 0.10 | Correspondence with witness (DY) advising she goes on Tuesday |
| 7/25/2011 | Cynthia L Pollick | 0.20 | Correspondence from Pati regarding more information on SS men Sept. |
| 7/25/2011 | Cynthia L Pollick | 0.10 | Correspondence with Pati advising OK |
| 7/26/2011 | Cynthia L Pollick | 0.20 | Preparation of revised subpoena for witness (PW). |
| 7/26/2011 | Cynthia L Pollick | 0.20 | Preparation of revised subpoena for witness (CS). |
| 7/26/2011 | Cynthia L Pollick | 0.20 | Preparation of revised subpoena for witness (RS) |
| 7/26/2011 | Cynthia L Pollick | 0.20 | Preparation of revised subpoena for witness (WB). |
| 7/26/2011 | Cynthia L Pollick | 0.20 | Preparation of revised subpoena for witness (KV). |
| 7/26/2011 | Cynthia L Pollick | 0.20 | Preparation of revised subpoena for witness (DY). |
| 7/26/2011 | Cynthia L Pollick | 0.20 | Preparation of revised subpoena for witness (WW). |
| 7/26/2011 | Cynthia L Pollick | 0.10 | Preparation of revised subpoena for witness (BS). |
| 7/26/2011 | Cynthia L Pollick | 0.10 | Correspondence from Pati regarding Smith's new movie. |
| 7/26/2011 | Cynthia L Pollick | 0.10 | Correspondence with Pati advising how we can use it. |
| 7/26/2011 | Cynthia L Pollick | 0.20 | Correspondence with witness (WB) regarding trial. |
| 7/26/2011 | Cynthia L Pollick | 0.20 | Correspondence with witness (CS) regarding trial. |
| 7/26/2011 | Cynthia L Pollick | 0.20 | Correspondence with witness (RS) regarding trial. |
| 7/26/2011 | Cynthia L Pollick | 0.20 | Correspondence with witness (KV) regarding trial. |
| 7/26/2011 | Cynthia L Pollick | 0.20 | Correspondence with witness (PW) regarding trial. |
| 7/26/2011 | Cynthia L Pollick | 0.20 | Correspondence with witness (DY) regarding trial. |
| 7/26/2011 | Cynthia L Pollick | 0.20 | Correspondence with witness (WW) regarding trial. |

# EXHIBIT A

## Exhibit A

414

2:25 PM
10/12/11

EMPLOY LAW OFFICES OF O L POLLICK
Time by Job Detail
All Transactions

| Date | Name | Duration | Notes |
|------|------|----------|-------|
| | | | |

EXHIBIT A

Exhibit A

Page 18

2:24 PM
10/12/11

EMPLOY LAW OFFICES OF C L POLLICK
Time by Job Detail
All Transactions

| Date | Name | Duration | Notes |
|---|---|---|---|

EXHIBIT A

Exhibit A

Page 20

**416**

2:25 PM
10/12/11

**EMPLOY LAW OFFICES OF C L POLLICK**
**Time by Job Detail**
All Transactions

| Date | Name | Duration | Notes |
|------|------|----------|-------|
| 8/15/2011 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding case |
| 8/15/2011 | Cynthia L Pollick | 0.10 | Correspondence with Patti advising my thoughts |
| 8/15/2011 | Cynthia L Pollick | 0.20 | Receipt and review of Pocono Record's Motion to Quash |
| 8/15/2011 | Cynthia L Pollick | 1.00 | Receipt and review of Pocono Records' Brief in Support of Motion to Quash along with Exhibits |
| 8/10/2011 | Cynthia L Pollick | 0.20 | Receipt and review of Entry of Appearance of Gad |
| 8/15/2011 | Cynthia L Pollick | 0.10 | Correspondence with Defective confirming date of trial |
| 8/15/2011 | Cynthia L Pollick | 0.10 | Correspondence with Patti regarding offer |
| 8/15/2011 | Cynthia L Pollick | 0.10 | Correspondence from Dawn regarding TC on case |
| 8/15/2011 | Cynthia L Pollick | 0.10 | Correspondence with Dawn advising no one available |
| 8/15/2011 | Cynthia L Pollick | 0.10 | Correspondence from Dawn will initiate call |
| 8/16/2011 | Cynthia L Pollick | 0.10 | Correspondence with Patti regarding settlement discussions |
| 8/16/2011 | Cynthia L Pollick | 0.10 | Correspondence from Chrissy regarding address |
| 8/16/2011 | Cynthia L Pollick | 0.10 | Correspondence with Chrissy regarding check |
| 8/16/2011 | Cynthia L Pollick | 0.10 | Correspondence from Chrissy regarding info |
| 8/16/2011 | Cynthia L Pollick | 0.10 | Correspondence with Chrissy providing phone number if problems |
| 8/16/2011 | Cynthia L Pollick | 0.10 | TC from Dawn regarding another phone conference |
| 8/16/2011 | Cynthia L Pollick | 0.50 | TC from Patti regarding case |
| 8/16/2011 | Cynthia L Pollick | 0.10 | TC with Del Sonia regarding subpoena |
| 8/16/2011 | Cynthia L Pollick | 0.10 | TC with witness (RG) regarding subpoena |
| 8/16/2011 | Cynthia L Pollick | 0.10 | TC from witness (RB) confirming receipt of subpoena |
| 8/16/2011 | Cynthia L Pollick | 0.10 | TC from Del B confirming got subpoena will be there |
| 8/16/2011 | Cynthia L Pollick | 4.00 | Preparation for trial included preparation of testimony reviewing etc. |
| 8/16/2011 | Cynthia L Pollick | 0.50 | TC from Patti regarding case |
| 8/16/2011 | Cynthia L Pollick | 1.00 | Legal research on BIO to Quash |
| 8/16/2011 | Cynthia L Pollick | 1.00 | Additional legal research on BIO to Mills |
| 8/16/2011 | Cynthia L Pollick | 0.10 | TC with OP advising client not interested in offer |
| 8/16/2011 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding inspiration |
| 8/16/2011 | Cynthia L Pollick | 0.10 | Correspondence with Patti advising her for shaking up law in case |
| 8/16/2011 | Cynthia L Pollick | 0.10 | Correspondence with Judge Kane advising don't have 4 day cont. to case |
| 8/16/2011 | Cynthia L Pollick | 0.10 | Correspondence from Dawn advising she will initiate call |
| 8/16/2011 | Cynthia L Pollick | 0.10 | Correspondence with Dawn thanking her |
| 8/16/2011 | Cynthia L Pollick | 0.10 | Correspondence with Defective regarding deposition |
| 8/16/2011 | Cynthia L Pollick | 0.10 | Correspondence from Patti rejecting offer |
| 8/16/2011 | Cynthia L Pollick | 0.10 | Receipt and review of Order scheduling TC for Thursday |
| 8/16/2011 | Cynthia L Pollick | 0.10 | Correspondence with OP regarding exhibits |
| 8/16/2011 | Cynthia L Pollick | 0.10 | Correspondence with Patti regarding transportation for witness |
| 8/17/2011 | Cynthia L Pollick | 4.00 | Preparation of BIO to March to Quash |
| 8/17/2011 | Cynthia L Pollick | 1.00 | Additional preparation of trial included working stamina |
| 8/17/2011 | Cynthia L Pollick | 2.50 | Preparation of BIO to Mills on testimonies |
| 8/17/2011 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding case |
| 8/17/2011 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding more information |
| 8/17/2011 | Cynthia L Pollick | 0.10 | Correspondence from Patti adding thoughts on Dalmas |
| 8/17/2011 | Cynthia L Pollick | 0.10 | Correspondence with Patti advising my thoughts |
| 8/17/2011 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding Dalmas |
| 8/17/2011 | Cynthia L Pollick | 0.10 | Correspondence with Patti advising no response when is to her |
| 8/17/2011 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding exhibit 10 |
| 8/17/2011 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding case |
| 8/18/2011 | Cynthia L Pollick | 0.10 | Correspondence with Patti advising call me later today |
| 8/18/2011 | Cynthia L Pollick | 0.50 | TC from Patti regarding case |
| 8/18/2011 | Cynthia L Pollick | 0.50 | TC with Judge OP regarding motion to quash |
| 8/18/2011 | Cynthia L Pollick | 7.00 | Additional preparation of BIO to Mills |
| 8/18/2011 | Cynthia L Pollick | 0.30 | Receipt and review of Order quashing subpoena |
| 8/18/2011 | Cynthia L Pollick | 0.10 | Correspondence from OP regarding letter Lynnka, etc. |
| 8/18/2011 | Cynthia L Pollick | 0.20 | Correspondence from OP regarding updated disclosures |
| 8/18/2011 | Cynthia L Pollick | 0.30 | Correspondence from case re Co. regarding punitive damages |
| 8/18/2011 | Cynthia L Pollick | 0.30 | Receipt and review of OP's Brief in Support of PO |
| 8/18/2011 | Cynthia L Pollick | 0.20 | Receipt and review of Answer to Motion to Compel |
| 8/18/2011 | Cynthia L Pollick | 0.40 | Receipt and review of OP's Brief in Opposition to Rule 37 motion on grades and sympathy card |
| 8/18/2011 | Cynthia L Pollick | 0.20 | Receipt and review of OP's Motion for PO |
| 8/18/2011 | Cynthia L Pollick | 0.30 | Receipt and review of Order allowing sympathy card and resign sympathy letter |
| 8/18/2011 | Cynthia L Pollick | 0.30 | Receipt and review of OP's amended verdict sheet |
| 8/18/2011 | Cynthia L Pollick | 0.10 | Correspondence from OP regarding settlement |
| 8/18/2011 | Cynthia L Pollick | 0.20 | Receipt and review of Order precluding v/7 to request VM |
| 8/18/2011 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding exhibit 6 |
| 8/18/2011 | Cynthia L Pollick | 0.40 | Correspondence with Patti regarding all exhibits of OP - took several tours |
| 8/18/2011 | Cynthia L Pollick | 0.10 | Correspondence with Patti regarding letter from OP |
| 8/18/2011 | Cynthia L Pollick | 0.10 | Correspondence with Patti regarding Orders issued by Judge |
| 8/18/2011 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding insurance letter |
| 8/18/2011 | Cynthia L Pollick | 0.10 | Correspondence with Patti regarding letter was sent on 11 |
| 8/18/2011 | Cynthia L Pollick | 0.30 | TC with Patti regarding case |
| 8/18/2011 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding update |
| 8/19/2011 | Cynthia L Pollick | 0.20 | Receipt and review of Order denying Rule 60 motion |
| 8/19/2011 | Cynthia L Pollick | 0.10 | Correspondence with Judge advising no settlement |
| 8/19/2011 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding case |
| 8/19/2011 | Cynthia L Pollick | 0.10 | Correspondence with Patti advising PO - different days |
| 8/19/2011 | Cynthia L Pollick | 0.10 | Correspondence from Patti advising good |
| 8/19/2011 | Cynthia L Pollick | 1.00 | Additional preparation for trial including reviewing material and instr. motions closing |
| 8/19/2011 | Cynthia L Pollick | 1.00 | Additional preparation of BIO to Mills |
| 8/19/2011 | Cynthia L Pollick | 2.00 | Preparation for trial included opening, Groth testimony |
| 8/19/2011 | Cynthia L Pollick | 0.40 | Receipt and review of OP's Objections in connection with Dragan testimony |
| 8/19/2011 | Cynthia L Pollick | 0.20 | Correspondence from Gallagher regarding Dragan transcript |
| 8/19/2011 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding Rocco testimony |
| 8/19/2011 | Cynthia L Pollick | 0.10 | Correspondence with Patti giving thoughts |
| 8/19/2011 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding IT info |
| 8/19/2011 | Cynthia L Pollick | 0.10 | Correspondence with Patti regarding insurance letter after further review |
| 8/19/2011 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding info she wants me to get out from Rocco |
| 8/19/2011 | Cynthia L Pollick | 0.10 | Correspondence with Patti explaining my trial strategy |
| 8/19/2011 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding witness order |
| 8/19/2011 | Cynthia L Pollick | 0.10 | Correspondence with Patti advising of order |
| 8/19/2011 | Cynthia L Pollick | 0.10 | Correspondence from Patti requesting her duties |
| 8/20/2011 | Cynthia L Pollick | 11.20 | Preparation for trial included testimony for Smith, Grass, opening, Saba, Rocco, Susan K. Pakids |

**EXHIBIT A**

Exhibit A

2:25 PM
10/17/11

**EMPLOY LAW OFFICES OF C L POLLICK**
**Time by Job Detail**
All Transactions

| Date | Name | Duration | Notes |
|---|---|---|---|
| 8/20/2011 | Cynthia L Pollick | 0.20 | Receipt and review of Order denying motion to exclude. |
| 8/20/2011 | Cynthia L Pollick | 0.40 | Receipt and review of Order denying motion to compel. |
| 8/20/2011 | Cynthia L Pollick | 0.10 | Receipt of docket entry re court reporter notes on TC |
| 8/21/2011 | Cynthia L Pollick | 2.00 | Preparation for trial included testimony for Smith, Gress, Puentes, Sabo, Ricco, Susan K. Patricia |
| 8/21/2011 | Cynthia L Pollick | 2.00 | Travel to Harrisburg for trial regarding |
| 8/21/2011 | Cynthia L Pollick | 0.20 | Receipt and review of Order denying OP's 3 motion in limines. |
| 8/21/2011 | Cynthia L Pollick | 0.20 | Receipt and review of Order denying vol dire. |
| 8/21/2011 | Cynthia L Pollick | 1.00 | Unpacking of car, open up hotel room. |
| 8/22/2011 | Cynthia L Pollick | 8.00 | Additional preparation of opening, review of exhibits to use on Monday. |
| 8/22/2011 | Cynthia L Pollick | 10.00 | Appearance at trial, including pre and post meeting discussions with clients as well as track back |
| 8/22/2011 | Cynthia L Pollick | 0.50 | TC with staff regarding trial day. |
| 8/22/2011 | Cynthia L Pollick | 3.00 | Trial preparation in the question final ration for Vestige, Dal B. Pal'c. |
| 8/23/2011 | Cynthia L Pollick | 0.10 | Correspondence from Chrissy with info on facebook site. |
| 8/23/2011 | Cynthia L Pollick | 0.10 | Correspondence with Chrissy thanking her for information. |
| 8/23/2011 | Cynthia L Pollick | 0.10 | TC from Pollick Jim continuing how to appear. |
| 8/23/2011 | Cynthia L Pollick | 10.00 | Appearance at trial, including pre and post meeting discussions with clients as well as track back |
| 8/23/2011 | Cynthia L Pollick | 7.00 | Trial preparation including question finalization - am. |
| 8/23/2011 | Cynthia L Pollick | 2.00 | Trial preparation including question finalization - pm. |
| 8/24/2011 | Cynthia L Pollick | 0.10 | Correspondence from Pali regarding Pastor Jim. |
| 8/24/2011 | Cynthia L Pollick | 0.10 | Correspondence from Pali regarding article. |
| 8/24/2011 | Cynthia L Pollick | 10.00 | Appearance at trial, including pre and post meeting discussions with clients as well as track back |
| 8/24/2011 | Cynthia L Pollick | 3.00 | Trial preparation included cross examination questions for Smith, Gress, and preparation of closing |
| 8/25/2011 | Cynthia L Pollick | 6.00 | Appearance at trial, including pre and post meeting discussions with clients as well as track back |
| 8/25/2011 | Cynthia L Pollick | 2.00 | Trial preparation including prior testimony for cross exam, anal of Smith, Gress. |
| 8/25/2011 | Cynthia L Pollick | 3.00 | Trial preparation including preparing closing. |
| 8/26/2011 | Cynthia L Pollick | 2.00 | Travel from Harrisburg after verdict. |
| 8/26/2011 | Cynthia L Pollick | 11.50 | Appearance at trial, included pre & post discussions with clients |
| 8/26/2011 | Cynthia L Pollick | 0.10 | Correspondence from Pali regarding verdict form. |
| 8/26/2011 | Cynthia L Pollick | 0.10 | Correspondence with Pali regarding will send when posted. |
| 8/30/2011 | Cynthia L Pollick | 0.10 | TC with staff post verdict. |
| 8/26/2011 | Cynthia L Pollick | 0.10 | Correspondence from Chambers regard ex jury instructions. |
| 8/30/2011 | Cynthia L Pollick | 0.10 | Correspondence with Pali advising no diversal verdict yet. |
| 8/26/2011 | Cynthia L Pollick | 3.20 | Trial preparation including preparing closing in the eve more ag hours. |
| 8/30/2011 | Cynthia L Pollick | 0.20 | Correspondence from Dr. Padone regarding info. |
| 8/27/2011 | Cynthia L Pollick | 0.40 | TC with Pali regarding aler the verdict, case |
| 8/27/2011 | Cynthia L Pollick | 0.10 | Correspondence from Dr. Padone regarding witness fee. |
| 8/28/2011 | Cynthia L Pollick | 0.10 | Correspondence from Pali regarding case. |
| 8/29/2011 | Cynthia L Pollick | 0.10 | Correspondence with Pali regarding case. |
| 8/29/2011 | Cynthia L Pollick | 0.30 | Receipt and review of docketed jury verd ct along with staff discussion. |
| 8/29/2011 | Cynthia L Pollick | 0.10 | Correspondence with Dr. Padone regarding witness fee. |
| 8/29/2011 | Cynthia L Pollick | 0.10 | Correspondence from Pali regarding closing argument. |
| 8/29/2011 | Cynthia L Pollick | 0.10 | Correspondence with Pali regarding case. |
| 8/29/2011 | Cynthia L Pollick | 0.10 | Correspondence from Pali regarding winding today. |
| 8/29/2011 | Cynthia L Pollick | 0.10 | Correspondence with Pali today. |
| 8/29/2011 | Cynthia L Pollick | 0.10 | Correspondence from Megan thanking me for helping her. |
| 8/29/2011 | Cynthia L Pollick | 0.10 | Correspondence with Megan telling her that's welcome and don't let this situation stop this |
| 8/29/2011 | Cynthia L Pollick | 0.10 | Receipt and review of final exhibit form signed by OP. |
| 8/30/2011 | Cynthia L Pollick | 0.10 | Receipt and review of original exhibit form signed by me. |
| 8/29/2011 | Cynthia L Pollick | 0.10 | Receipt and review of docket entry of unredacted jury verdict. |
| 8/29/2011 | Cynthia L Pollick | 0.10 | Review of article on expert witness annual income. |
| 8/29/2011 | Cynthia L Pollick | 0.10 | Receipt only review of OP's Exhibit List docketed. |
| 8/29/2011 | Cynthia L Pollick | 0.40 | Receipt and review of our Exhibit List docketed. |
| 8/29/2011 | Cynthia L Pollick | 0.20 | Receipt and review of docketed jury verdict. |
| 8/29/2011 | Cynthia L Pollick | 0.10 | Correspondence with Detective to give her and result. |
| 8/29/2011 | Cynthia L Pollick | 0.10 | Correspondence from Detective regarding testimony. |
| 8/29/2011 | Cynthia L Pollick | 0.10 | Correspondence from Detective advising void check to DA approved of testimony. |
| 8/29/2011 | Cynthia L Pollick | 0.10 | Correspondence from Pali regarding question. |
| 8/29/2011 | Cynthia L Pollick | 0.10 | Correspondence with Pali regarding my thoughts on question. |
| 8/29/2011 | Cynthia L Pollick | 0.15 | Correspondence with Pali regarding request. |
| 8/29/2011 | Cynthia L Pollick | 0.10 | Correspondence with Sheena regarding exhibit. |
| 8/29/2011 | Cynthia L Pollick | 0.10 | Correspondence from Sheena attaching copy for records. |
| 8/29/2011 | Cynthia L Pollick | 0.10 | Correspondence from Sheena thanking her for sending me doc. |
| 8/29/2011 | Cynthia L Pollick | 0.10 | Correspondence with OP regarding concentration information for extension. |
| 8/29/2011 | Cynthia L Pollick | 0.10 | Correspondence with Dr. Padone regarding witness fee. |
| 8/29/2011 | Cynthia L Pollick | 0.10 | Correspondence with Pali regarding verdict. |
| 8/30/2011 | Cynthia L Pollick | 0.10 | Correspondence from Pali regarding case. |
| 8/30/2011 | Cynthia L Pollick | 0.10 | Correspondence with Pali advising my thoughts. |
| 8/31/2011 | Cynthia L Pollick | 0.10 | TC from South Medical regarding payment. |
| 8/31/2011 | Cynthia L Pollick | 0.10 | TC with South Medical advising witness fee. |
| 8/31/2011 | Cynthia L Pollick | 0.10 | Correspondence from Pali regarding information she received. |
| 8/31/2011 | Cynthia L Pollick | 0.30 | Preparation of Motion for Extension for filing fee petition. |
| 9/1/2011 | Cynthia L Pollick | 0.10 | TC from Pali regarding case. |
| 9/1/2011 | Cynthia L Pollick | 0.10 | TC from Chad Smith regarding verdict. |
| 9/1/2011 | Cynthia L Pollick | 0.10 | TC with Chad Smith regarding story. |
| 9/1/2011 | Cynthia L Pollick | 0.10 | Correspondence from Chad Smith regarding comment on story. |
| 9/1/2011 | Cynthia L Pollick | 0.10 | Correspondence with Pali regarding my thoughts. |
| 9/1/2011 | Cynthia L Pollick | 0.10 | Receipt and review of Order grant ng extension |
| 9/2/2011 | Cynthia L Pollick | 0.10 | TC from Chad Smith regarding question about damages. |
| 9/2/2011 | Cynthia L Pollick | 0.10 | TC from Chad Smith regarding anti sell an case or not a questions about damages |
| 9/2/2011 | Cynthia L Pollick | 0.10 | Correspondence from Chad Smith regarding another question. |
| 9/2/2011 | Cynthia L Pollick | 0.10 | Correspondence from Dr. Padone advising got one check but not the other. |
| 9/2/2011 | Cynthia L Pollick | 0.10 | Correspondence with Dr. Padone re asking check info. |
| 9/2/2011 | Cynthia L Pollick | 0.10 | Correspondence from Dr. Padone advising his to check back. |
| 9/2/2011 | Cynthia L Pollick | 0.10 | Correspondence with Dr. Padone advising will call and let her know status. |
| 9/2/2011 | Cynthia L Pollick | 0.10 | Correspondence from Chad Smith regarding payment of verdict. |
| 9/3/2011 | Cynthia L Pollick | 0.10 | Correspondence from Pali regarding article. |
| 9/4/2011 | Cynthia L Pollick | 0.10 | TC with Pali advising my thoughts. |
| 9/4/2011 | Cynthia L Pollick | 0.10 | Correspondence from Pali regarding effort. |
| 9/7/2011 | Cynthia L Pollick | 0.10 | Correspondence from Pali regarding case. |
| 9/7/2011 | Cynthia L Pollick | 0.10 | Correspondence with Pali regarding my thoughts. |
| 9/8/2011 | Cynthia L Pollick | 0.20 | TC from witness regarding case. |

EXHIBIT A

Exhibit A

Page 22

418

EMPLOY LAW OFFICES OF C L POLLICK
Time by Job Detail
All Transactions

2:25 PM
10/12/11

EXHIBIT A

Exhibit A

Page 23

419

12:36 PM
07/11/16

**EMPLOY LAW OFFICES OF C L POLLICK**
**Time by Job Detail**
October 4, 2011 through June 27, 2016

| Date | Name | Duration | Notes |
|---|---|---|---|
| Youngs | | | |
| 2011 Professional Services | | | |
| 10/06/2011 | Cynthia L Pollick | 0.10 | Receipt and review of Order granting OP's extension |
| 10/07/2011 | Cynthia L Pollick | 0.10 | Correspondence with OP regarding Extension. |
| 10/07/2011 | Cynthia L Pollick | 0.30 | Preparation of Motion for Extension on Atty Fee, 2nd one. |
| 10/11/2011 | Cynthia L Pollick | 0.10 | TC from witness' husband regarding meeting. |
| 10/11/2011 | Cynthia L Pollick | 0.10 | TC with husband advising can come to office on Thurs. |
| 10/22/2011 | Cynthia L Pollick | 0.10 | Correspondence from Board member Krasge regarding witness fee. |
| 10/24/2011 | Cynthia L Pollick | 0.80 | Additional research on hourly rate. |
| 10/24/2011 | Cynthia L Pollick | 0.80 | Additional research on JNOV/appeal issues. |
| 10/25/2011 | Cynthia L Pollick | 0.10 | Receipt and review of order entered on Motion for Atty Fees. |
| 11/15/2011 | Cynthia L Pollick | 0.10 | TC from Palli regarding case. |
| 11/15/2011 | Cynthia L Pollick | 0.20 | TC with Palli regarding case. |
| 11/15/2011 | Cynthia L Pollick | 0.10 | Correspondence from Palli regarding additional info. |
| 11/15/2011 | Cynthia L Pollick | 0.10 | Correspondence from Palli regarding information on field. |
| 11/16/2011 | Cynthia L Pollick | 0.10 | Receipt of article from Palli. |
| 11/16/2011 | Cynthia L Pollick | 0.10 | Correspondence from Palli regarding blog comments. |
| 11/16/2011 | Cynthia L Pollick | 0.10 | Correspondence from Palli regarding another blog listing. |
| 11/16/2011 | Cynthia L Pollick | 0.10 | Correspondence from Palli regarding 6 degrees of hell. |
| 11/16/2011 | Cynthia L Pollick | 0.10 | Correspondence from Palli regarding six degrees of hell - 2d. |
| 11/16/2011 | Cynthia L Pollick | 0.10 | Correspondence from Palli regarding Smith's writings. |
| 11/16/2011 | Cynthia L Pollick | 0.10 | Correspondence from Palli regarding cards. |
| 11/16/2011 | Cynthia L Pollick | 0.10 | Correspondence with Palli regarding cards. |
| 11/21/2011 | Cynthia L Pollick | 0.10 | TC with court reporter regarding transcript. |
| 12/02/2011 | Cynthia L Pollick | 0.10 | Receipt and review of Order denying attorney fee petition. |
| 12/07/2011 | Cynthia L Pollick | 0.10 | Correspondence with Palli providing update. |
| 12/07/2011 | Cynthia L Pollick | 0.10 | Correspondence from Palli providing me with an update. |
| 12/07/2011 | Cynthia L Pollick | 0.10 | Correspondence with Palli regarding thoughts. |
| 12/07/2011 | Cynthia L Pollick | 0.10 | Correspondence from Palli regarding Maegan. |
| 12/08/2011 | Cynthia L Pollick | 0.10 | Correspondence with Palli thanking her for info. |
| 12/10/2011 | Cynthia L Pollick | 0.20 | Correspondence from Palli regarding information on Bruce |
| 12/12/2011 | Cynthia L Pollick | 0.10 | Correspondence with Palli thanking her for updated information. |
| 12/19/2011 | Cynthia L Pollick | 0.20 | Correspondence with OP regarding post-financial interrogatories. |
| 12/19/2011 | Cynthia L Pollick | 0.50 | Preparation of Post-financial interrogatories for both defendants. |
| 12/28/2011 | Cynthia L Pollick | 0.10 | Correspondence from Palli regarding PV. |
| 12/28/2011 | Cynthia L Pollick | 0.10 | Correspondence with Palli giving her my thoughts. |
| 12/30/2011 | Cynthia L Pollick | 0.10 | Receipt of entry on docket of Day 1. |
| 12/30/2011 | Cynthia L Pollick | 0.10 | Correspondence from reporter request ing confirmation of receipt. |
| 12/30/2011 | Cynthia L Pollick | 0.10 | Correspondence with reporter confirming receipt of notice. |
| 12/30/2011 | Cynthia L Pollick | 0.10 | Correspondence with Palli informing her of update. |
| Total 2011 Professional Services | | 6.20 | |
| | | | |
| 2012 Professional Services | | | |
| 01/03/2012 | Cynthia L Pollick | 0.20 | TC from Palli regarding case. |
| 01/03/2012 | Cynthia L Pollick | 0.10 | Correspondence with Wendy regarding transcript. |
| 01/03/2012 | Cynthia L Pollick | 0.10 | Correspondence from Wendy advising she will email and send out. |
| 01/03/2012 | Cynthia L Pollick | 0.10 | Correspondence with Palli regarding invoice on transcript. |
| 01/05/2012 | Cynthia L Pollick | 0.10 | Correspondence from Palli thanking me for transcript. |
| 01/05/2012 | Cynthia L Pollick | 0.10 | Correspondence from Palli regarding thoughts on reviewing transcript. |
| 01/05/2012 | Cynthia L Pollick | 0.10 | Correspondence with Palli regarding my thoughts |
| 01/05/2012 | Cynthia L Pollick | 0.50 | Receipt and partial review of transcript. |
| 01/05/2012 | Cynthia L Pollick | 0.10 | Correspondence from Wendy regarding transcript. |
| 01/05/2012 | Cynthia L Pollick | 0.10 | Correspondence with Wendy thanking her for transcript |
| 01/10/2012 | Cynthia L Pollick | 0.25 | TC from Palli regarding case. |
| 01/10/2012 | Cynthia L Pollick | 0.10 | Correspondence from Palli regarding Fried's argument. |
| 01/10/2012 | Cynthia L Pollick | 0.10 | Correspondence with Palli advising call me. |
| 01/16/2012 | Cynthia L Pollick | 0.20 | Correspondence with Kane regarding 6 month delay in post trial briefing. |
| 01/16/2012 | Cynthia L Pollick | 0.10 | Correspondence with Palli regarding letter to Court. |
| 01/16/2012 | Cynthia L Pollick | 0.10 | Correspondence from Palli thanking me for moving on letter. |
| 01/17/2012 | Cynthia L Pollick | 0.10 | Correspondence from Lori Bluay regarding invoice. |
| 01/17/2012 | Cynthia L Pollick | 0.10 | Correspondence with Palli regarding update. |
| 01/17/2012 | Cynthia L Pollick | 0.10 | Correspondence from Palli wanting to know Judge's response. |
| 01/17/2012 | Cynthia L Pollick | 0.10 | Correspondence with Palli advising 30 days is from 17. |
| 01/17/2012 | Cynthia L Pollick | 0.10 | Correspondence from Palli explaining her thoughts. |
| 01/17/2012 | Cynthia L Pollick | 0.10 | Correspondence with Palli advising do not know why such delay. |
| 01/18/2012 | Cynthia L Pollick | 0.20 | Correspondence from OP regarding objections to discovery. |
| 01/18/2012 | Cynthia L Pollick | 0.10 | Correspondence from OP regarding answers. |
| 01/18/2012 | Cynthia L Pollick | 0.10 | Correspondence with OP advising will file MTC. |
| 01/18/2012 | Cynthia L Pollick | 0.10 | Reviewed objections to financial interrogatories. |
| 01/20/2012 | Cynthia L Pollick | 0.10 | Correspondence with Palli regarding update on case. |
| 01/20/2012 | Cynthia L Pollick | 0.40 | Preparation of Answer to Motion to Stay. |
| 01/20/2012 | Cynthia L Pollick | 0.30 | Receipt and review of OP's Motion to Stay Proceedings. |
| 01/20/2012 | Cynthia L Pollick | 0.10 | Receipt and review of Order striking letter from record. |
| 01/20/2012 | Cynthia L Pollick | 0.30 | Preparation of Motion to Compel Post-Verdict Interrog. |
| 01/20/2012 | Cynthia L Pollick | 0.10 | Correspondence from OP regarding concurrence in Stay. |
| 01/20/2012 | Cynthia L Pollick | 0.10 | Correspondence with OP advising appears won't concur in my MTC. |
| 01/20/2012 | Cynthia L Pollick | 0.50 | Preparation of Brief in Support of MTC. |

**Exhibit A**

12:30 PM
07/11/16

**EMPLOY LAW OFFICES OF C L POLLICK**
**Time by Job Detail**
October 4, 2011 through June 27, 2016

| Date | Name | Duration | Notes |
|---|---|---|---|
| 01/23/2012 | Cynthia L Pollick | 0.30 | Correspondence from Aaron regarding verdict. |
| 01/23/2012 | Cynthia L Pollick | 0.10 | Correspondence from Lori regarding transcript. |
| 01/24/2012 | Cynthia L Pollick | 0.10 | Correspondence with Lori thanking her for update. |
| 01/24/2012 | Cynthia L Pollick | 0.10 | Receipt of docket entry notice of Day 4 transcript filed |
| 01/24/2012 | Cynthia L Pollick | 0.10 | Receipt of docket entry notice of Day 3 filing. |
| 01/24/2012 | Cynthia L Pollick | 0.10 | Receipt of docket entry notice of Day 2 filing. |
| 01/24/2012 | Cynthia L Pollick | 0.10 | Correspondence from Lori regarding she did not transcribe charge conv. |
| 01/26/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding information on OP. |
| 01/26/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding transcripts. |
| 01/28/2012 | Cynthia L Pollick | 0.10 | Correspondence with Patti advising I will get them to you on Monday. |
| 01/26/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patti advising she is just being impatient. |
| 01/30/2012 | Cynthia L Pollick | 0.20 | Review of OP's Brief in Opposition to MTC |
| 01/30/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding transcript. |
| 01/30/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding transcripts - 2d. |
| 01/30/2012 | Cynthia L Pollick | 0.10 | Correspondence with Patti regarding transcripts. |
| 01/31/2012 | Cynthia L Pollick | 0.30 | Review of OP's Brief in Support of Motion to Stay Execution. |
| 01/31/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding thoughts after reviewing transcripts. |
| 02/01/2012 | Cynthia L Pollick | 0.10 | Correspondence with Patti thanking her for support. |
| 02/07/2012 | Cynthia L Pollick | 0.70 | Additional preparation of Reply Brief for Motion to Compel and filing of the same. |
| 02/07/2012 | Cynthia L Pollick | 0.90 | Additional preparation of BIO to Motion to Stay Execution. |
| 02/07/2012 | Cynthia L Pollick | 0.10 | Correspondence with Patti regarding filings. |
| 02/07/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding her thoughts. |
| 02/16/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding Smith info. |
| 02/16/2012 | Cynthia L Pollick | 0.10 | Correspondence with Patti thanking her for info. |
| 02/17/2012 | Cynthia L Pollick | 0.10 | Correspondence from OP regarding page extension. |
| 02/17/2012 | Cynthia L Pollick | 0.10 | Correspondence with OP advising do not concur. |
| 02/20/2012 | Cynthia L Pollick | 0.20 | Receipt and review of OP's motion for extension. |
| 02/20/2012 | Cynthia L Pollick | 0.10 | Review of Order granting 30 page brief. |
| 02/20/2012 | Cynthia L Pollick | 0.10 | Receipt of invoice for transcript |
| 02/21/2012 | Cynthia L Pollick | 0.10 | Correspondence from OP regarding motion for extension. |
| 02/21/2012 | Cynthia L Pollick | 0.20 | Receipt and review of OP's Motion for Extension of even more time for brief. |
| 02/21/2012 | Cynthia L Pollick | 0.10 | Correspondence from TM regarding letter |
| 02/22/2012 | Cynthia L Pollick | 0.10 | Receipt and review Order granting extension. |
| 02/23/2012 | Cynthia L Pollick | 0.10 | Receipt of docket entry for Jury Trial, Day one. |
| 02/24/2012 | Cynthia L Pollick | 0.10 | Correspondence from Lori regarding transcript. |
| 02/24/2012 | Cynthia L Pollick | 0.10 | Receipt of docket entry regarding transcript. |
| 02/24/2012 | Cynthia L Pollick | 0.10 | Receipt of invoice for transcript of last day. |
| 02/25/2012 | Cynthia L Pollick | 0.10 | Receipt and review of OP's request for oral argument. |
| 02/28/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding transcript fees. |
| 02/28/2012 | Cynthia L Pollick | 0.10 | Correspondence with Patti explaining why fee is higher. |
| 02/28/2012 | Cynthia L Pollick | 0.60 | Review of OP's voluminous Brief in Support of Rule 50 |
| 02/28/2012 | Cynthia L Pollick | 0.10 | TC from Patti regarding case. |
| 02/29/2012 | Cynthia L Pollick | 0.10 | Correspondence with Patti I will get call when call right. |
| 02/29/2012 | Cynthia L Pollick | 0.20 | TC from Patti regarding situation. |
| 03/01/2012 | Cynthia L Pollick | 0.10 | Correspondence from Miriam regarding motion. |
| 03/02/2012 | Cynthia L Pollick | 0.10 | Correspondence with Patti regarding Order. |
| 03/02/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding thoughts. |
| 03/02/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding bond issue. |
| 03/02/2012 | Cynthia L Pollick | 0.10 | Correspondence with Patti advising thoughts. |
| 03/05/2012 | Cynthia L Pollick | 0.20 | Correspondence from Patti regarding Smith. |
| 03/05/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding Smith - 2nd one. |
| 03/08/2012 | Cynthia L Pollick | 0.40 | Preparation of Motion for Extension of Word and Time and filing of the same and preparation of prop |
| 03/08/2012 | Cynthia L Pollick | 0.10 | Correspondence with OP regarding extension concurrence. |
| 03/08/2012 | Cynthia L Pollick | 0.40 | Preparation of Brief in Support of Motion for Extension of Time and Word and filing the same. |
| 03/13/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding update. |
| 03/13/2012 | Cynthia L Pollick | 0.10 | Correspondence with Patti advising no filings. |
| 03/13/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding case. |
| 03/13/2012 | Cynthia L Pollick | 0.10 | Correspondence with Patti regarding case. |
| 03/19/2012 | Cynthia L Pollick | 0.20 | Correspondence from Atty Geiger regarding Dec Complaint. |
| 03/20/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patti requesting final day transcript. |
| 03/20/2012 | Cynthia L Pollick | 0.10 | Correspondence with Patti advising will do first thing in morning. |
| 03/21/2012 | Cynthia L Pollick | 0.10 | TC from Patti regarding case. |
| 03/21/2012 | Cynthia L Pollick | 0.40 | TC from Patti regarding case - 2nd call. |
| 03/21/2012 | Cynthia L Pollick | 0.10 | Correspondence with Patti regarding transcript. |
| 03/21/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patti sent wrong transcript. |
| 03/21/2012 | Cynthia L Pollick | 0.10 | Correspondence with Patti apologizing for sending wrong one. |
| 03/21/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding lawsuit filed by PYSD. |
| 03/21/2012 | Cynthia L Pollick | 0.10 | Correspondence with Patti regarding it's insurance coverage. |
| 03/21/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding OP. |
| 03/21/2012 | Cynthia L Pollick | 0.10 | Correspondence with Patti thanking her for information. |
| 03/21/2012 | Cynthia L Pollick | 0.10 | Review acceptance of dec action by Atty Geiger. |
| 03/23/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding Freund. |
| 03/23/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding case. |
| 03/23/2012 | Cynthia L Pollick | 0.10 | Correspondence with Patti thanking her for update. |
| 03/26/2012 | Cynthia L Pollick | 1.30 | Additional preparation of JNOV to BIO included reviewing part of transcript of 8.26.11. |
| 03/26/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding case. |
| 03/26/2012 | Cynthia L Pollick | 0.10 | Correspondence with Patti thanking her for additional information. |
| 03/31/2012 | Cynthia L Pollick | 0.70 | Preparation of revised Motion to Compel and Brief in Support along with filing of the same. |

Exhibit A

**421**

12:36 PM
07/11/16

**EMPLOY LAW OFFICES OF C L POLLICK**
## Time by Job Detail
October 4, 2011 through June 27, 2016

| Date | Name | Duration | Notes |
|---|---|---|---|
| 04/01/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patil regarding Smith. |
| 04/02/2012 | Cynthia L Pollick | 0.10 | Correspondence with Patil advising just filed motion. |
| 04/02/2012 | Cynthia L Pollick | 0.10 | Correspondence with Patil advising thoughts. |
| 04/05/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patil requesting update. |
| 04/05/2012 | Cynthia L Pollick | 0.10 | Correspondence with Patil advising motion filed over wkd. |
| 04/05/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patil thanking me for efforts. |
| 04/10/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patil regarding case. |
| 04/10/2012 | Cynthia L Pollick | 0.10 | Correspondence with Patil regarding case. |
| 04/11/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patil regarding case. |
| 04/12/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patil regarding Fruend. |
| 04/12/2012 | Cynthia L Pollick | 0.10 | Correspondence with Patil advising thoughts. |
| 04/13/2012 | Cynthia L Pollick | 0.20 | Receipt and review of OP's Answer to MTC. |
| 04/13/2012 | Cynthia L Pollick | 0.50 | TC from Patil regarding case. |
| 04/13/2012 | Cynthia L Pollick | 0.10 | Correspondence from OP regarding Smith's Answers. |
| 04/13/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patil regarding movie business proceeds. |
| 04/13/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patil regarding Smith's co info. |
| 04/13/2012 | Cynthia L Pollick | 0.10 | Correspondence with Patil advising thoughts. |
| 04/13/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patil regarding financial inten info. |
| 04/13/2012 | Cynthia L Pollick | 0.10 | Correspondence with Patil advising thoughts. |
| 04/14/2012 | Cynthia L Pollick | 2.50 | Additional preparation of BIO to JNOV summarizes trial testimony |
| 04/15/2012 | Cynthia L Pollick | 4.50 | Additional preparation of BIO to JNOV - summarizing trial testimony |
| 04/15/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patil regarding additional info on movie co. |
| 04/16/2012 | Cynthia L Pollick | 5.00 | Additional preparation of BIO to JNOV regarding summarizing trial testimony, which consisted of ove |
| 04/16/2012 | Cynthia L Pollick | 0.50 | Preparation of Motion for Recon. |
| 04/16/2012 | Cynthia L Pollick | 0.30 | Preparation of Brief in Support of Motion for Recon, and Order as well as filed on ECF system. |
| 04/16/2012 | Cynthia L Pollick | 0.30 | Receipt and review of Order denying Motion to Compel as moot |
| 04/16/2012 | Cynthia L Pollick | 0.10 | Correspondence with Patil advising what a great job they did as a family testifying. |
| 04/16/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patil regarding case. |
| 04/17/2012 | Cynthia L Pollick | 7.00 | Additional preparation of BIO to JNOV. |
| 04/17/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patil regarding Meagan. |
| 04/17/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patil regarding Meagan. |
| 04/18/2012 | Cynthia L Pollick | 2.50 | Additional preparation of BIO to JNOV and filing of the same on ECF system. |
| 04/18/2012 | Cynthia L Pollick | 0.50 | Revised Motion for Attorney Fees, Brief in Support, Order, exhibits and filed the same on ECF syste |
| 04/18/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patil regarding Fraud. |
| 04/18/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patil regarding PVSD. |
| 04/18/2012 | Cynthia L Pollick | 0.10 | Correspondence with Patil giving her my thoughts. |
| 04/18/2012 | Cynthia L Pollick | 0.10 | Correspondence with Patil regarding BIO. |
| 04/18/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patil regarding case. |
| 04/18/2012 | Cynthia L Pollick | 0.10 | Correspondence with Patil giving her my thoughts. |
| 04/20/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patil regarding case. |
| 04/20/2012 | Cynthia L Pollick | 0.10 | Correspondence with Patil regarding case. |
| 04/23/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patil regarding info for judgment collection. |
| 04/23/2012 | Cynthia L Pollick | 0.10 | Correspondence with Patil thanking her for info. |
| 04/23/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patil regarding inquiry info status. |
| 04/23/2012 | Cynthia L Pollick | 0.10 | Correspondence with Patil explaining process. |
| 04/23/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patil regarding more info. |
| 04/23/2012 | Cynthia L Pollick | 0.10 | Correspondence with Patil giving her my thoughts. |
| 04/23/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patil - 2nd one sending additional info. |
| 04/23/2012 | Cynthia L Pollick | 0.10 | Correspondence with Patil regarding my thoughts - 2nd one. |
| 04/24/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patil regarding more info on Smith. |
| 04/24/2012 | Cynthia L Pollick | 0.10 | Correspondence with Patil giving her my thoughts. |
| 04/25/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patil regarding Smith. |
| 04/25/2012 | Cynthia L Pollick | 0.10 | Correspondence with Patil advising my thoughts. |
| 04/26/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patil regarding addition stuff may be helpful. |
| 04/28/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patil regarding OP's attorney fees. |
| 04/29/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patil regarding information on Fruend. |
| 04/29/2012 | Cynthia L Pollick | 0.10 | Correspondence with Patil advising my thoughts. |
| 05/08/2012 | Cynthia L Pollick | 0.10 | Correspondence from Ieagle regarding case. |
| 05/08/2012 | Cynthia L Pollick | 0.20 | Review of Order striking attorney fee petition once more. |
| 05/08/2012 | Cynthia L Pollick | 0.90 | Review of OP's Reply Brief to JNOV. |
| 05/08/2012 | Cynthia L Pollick | 0.10 | Correspondence with Patil regarding OP's filing. |
| 05/08/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patil regarding her thoughts. |
| 05/08/2012 | Cynthia L Pollick | 0.10 | Correspondence with Patil advising thoughts. |
| 05/09/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patil giving me her thoughts - 2nd. |
| 05/09/2012 | Cynthia L Pollick | 0.10 | Correspondence with Patil regarding case - 4th. |
| 05/09/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patil regarding case - 4th. |
| 05/09/2012 | Cynthia L Pollick | 0.10 | Correspondence with Patil regarding thoughts. |
| 05/09/2012 | Cynthia L Pollick | 0.10 | Correspondence with Patil giving her my thoughts - 2nd. |
| 05/09/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patil giving me her thoughts - 3d. |
| 05/10/2012 | Cynthia L Pollick | 0.10 | Correspondence with Patil giving her my thoughts - 3d. |
| 05/14/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patil regarding additional info. |
| 05/14/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patil regarding addition info on money Smith is making. |
| 05/15/2012 | Cynthia L Pollick | 0.20 | Receipt of order vacating judgment and order new trial. |
| 05/18/2016 | Cynthia L Pollick | 1.00 | Review of 62 page opinion. |
| 05/18/2012 | Cynthia L Pollick | 1.00 | Discussion with staff on 62 opinion. |
| 05/18/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patil regarding case. |
| 05/19/2012 | Cynthia L Pollick | 0.50 | TC with Patil regarding case. |
| 05/18/2012 | Cynthia L Pollick | 0.70 | TC with Patil regarding case - 2nd call. |

Page 3

## Exhibit A

# 422

12:36 PM
07/11/16

**EMPLOY LAW OFFICES OF C L POLLICK**
**Time by Job Detail**
October 4, 2011 through June 27, 2016

| Date | Name | Duration | Notes |
|------|------|----------|-------|
| 05/18/2012 | Cynthia L Pollick | 0.80 | TC from Patil regarding case - 3d call. |
| 05/19/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patil regarding case - 2nd. |
| 05/19/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patil regarding case - 3d. |
| 05/19/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patil regarding case - 4th. |
| 05/20/2012 | Cynthia L Pollick | 0.10 | Correspondence with Patil regarding case. |
| 05/20/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patil regarding case - 2nd |
| 05/20/2012 | Cynthia L Pollick | 0.10 | Correspondence with Patil giving her my thoughts |
| 05/21/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patil regarding case. |
| 05/21/2012 | Cynthia L Pollick | 0.10 | Correspondence with Palk giving her my thoughts. |
| 05/21/2012 | Cynthia l, Pollick | 0.10 | Correspondence from Patil regarding case - 2nd. |
| 05/21/2012 | Cynthia L Pollick | 0.10 | Correspondence with Patil regard ng thoughts - 3rd |
| 05/22/2012 | Cynthia L Pollick | 1.00 | Legal research on appeal opportunities. |
| 05/22/2012 | Cynthia L Pollick | 0.10 | Correspondence from leagla regarding decision pasted. |
| 05/23/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patil regarding 1948 article. |
| 05/29/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patil regarceng article. |
| 05/20/2012 | Cynthia L Pollick | 0.10 | Correspondence with Patil regarding case |
| 05/28/2012 | Cynthia L Pollick | 0.10 | Correspondence with Patil regarding thoughts |
| 05/28/2012 | Cynthia L Pollick | 0.80 | TC with Patil and Meagan regarding case. |
| 05/25/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patil regard ng article in PR. |
| 05/26/2012 | Cynthia L Pollick | 0.20 | Correspondence from Patil regarding case. |
| 05/28/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patil regarding info. |
| 05/28/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patil regarding new info. |
| 05/28/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patil regarding more new info |
| 05/29/2012 | Cynthia L Pollick | 0.10 | Correspondence with Patil regarding info. |
| 05/29/2012 | Cynthia L Pollick | 0.10 | Receipt and review of OP's Entry of Appearance - Levine. |
| 05/29/2012 | Cynthia L Pollick | 0.20 | Receipt and review of pro hac admission of Ginsburg. |
| 05/30/2012 | Cynthia L Pollick | 0.60 | TC with Patil regarding case |
| 05/30/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patil regarding case. |
| 05/30/2012 | Cynthia L Pollick | 0.10 | Correspondence with Patil giving thoughts. |
| 05/30/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patil regarding case. |
| 05/30/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patil regarding case - 2nd. |
| 06/01/2012 | Cynthia L Pollick | 0.10 | Receipt and review of OP's Notice of Withdrawal as counsel. |
| 06/03/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patil regarding case. |
| 06/03/2012 | Cynthia L Pollick | 0.10 | Correspondence with Patil regarding thoughts |
| 06/03/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patil regarding case - 2nd,. |
| 06/04/2012 | Cynthia L Pollick | 0.60 | TC from Patil regarding case. |
| 06/04/2012 | Cynthia L Pollick | 0.10 | Correspondence with Patil regarding trial date Order. |
| 06/04/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patil regarding dates. |
| 06/04/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patil regarding dates - 2nd email. |
| 06/04/2012 | Cynthia L Pollick | 0.20 | Correspondence with Patil regarding case. |
| 06/04/2012 | Cynthia L Pollick | 0.10 | Correspondence with Patil regarding case - 3d. |
| 06/04/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patil regarding schedules. |
| 06/04/2012 | Cynthia L Pollick | 0.10 | Correspondence with Patil regarding thoughts. |
| 06/04/2012 | Cynthia L Pollick | 0.70 | Receipt and Review of Order denying motions; checking TC on trial date. |
| 06/05/2012 | Cynthia L Pollick | 0.50 | Review of pleading from Smith's lawyer. |
| 06/05/2012 | Cynthia L Pollick | 0.20 | Correspondence with Patil advising her my thoughts. |
| 06/05/2012 | Cynthia L Pollick | 0.10 | Correspondence from OP regarding call OP on TC. |
| 06/05/2012 | Cynthia L Pollick | 0.10 | Correspondence with OP advising OK. |
| 06/06/2012 | Cynthia L Pollick | 0.10 | Correspondence with Patil regarding case. |
| 06/08/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patil regarding case. |
| 06/11/2012 | Cynthia L Pollick | 0.10 | TC from Patil regarding case. |
| 06/11/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patil regarding case. |
| 06/11/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patil regarding case - 2nd. |
| 06/11/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patil regarding case. |
| 06/11/2012 | Cynthia L Pollick | 0.10 | Receipt of Judge's grant of admission to Ginsburg. |
| 06/11/2012 | Cynthia L Pollick | 0.20 | Correspondence from Intercal regarding TC. |
| 06/11/2012 | Cynthia L Pollick | 0.20 | Correspondence from Intercal regarding revisions to TC. |
| 06/12/2012 | Cynthia L Pollick | 0.10 | TC from Patil regarding case |
| 06/12/2012 | Cynthia L Pollick | 0.10 | Correspondence with Patil regarding case |
| 06/12/2012 | Cynthia L Pollick | 0.10 | Correspondence with Patil regarding case - 2nd. |
| 06/13/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patil regarding case. |
| 06/13/2012 | Cynthia L Pollick | 0.10 | Correspondence with Patil regarding case. |
| 06/14/2012 | Cynthia L Pollick | 0.20 | Correspondence from Intercal regarding revisions to TC. |
| 06/19/2012 | Cynthia L Pollick | 0.10 | Correspondence with OP regarding TC own Judge. |
| 06/19/2012 | Cynthia L Pollick | 0.10 | Correspondence from OP regarding his objection to recording. |
| 06/19/2012 | Cynthia L Pollick | 0.10 | Correspondence from OP regarding TC into. |
| 06/19/2012 | Cynthia L Pollick | 0.10 | Correspondence from OP thanking me. |
| 06/19/2012 | Cynthia L Pollick | 0.10 | Correspondence with OP advising must have everything recorded be of al-epations against me. |
| 06/19/2012 | Cynthia L Pollick | 0.20 | Preparation of Notice of Recording and filing of the same. |
| 06/20/2012 | Cynthia L Pollick | 1.00 | Preparation of Answer to Objections, including legal research. |
| 06/20/2012 | Cynthia L Pollick | 0.10 | Correspondence from Mr. Neary regarding TC. |
| 06/20/2012 | Cynthia L Pollick | 0.10 | Correspondence from Tami regarding Friend's availability. |
| 06/20/2012 | Cynthia L Pollick | 0.10 | Correspondence from Levin advising his availability. |
| 06/20/2012 | Cynthia L Pollick | 0.10 | Correspondence with Mr. Neary regarding time slot |
| 06/20/2012 | Cynthia L Pollick | 0.10 | Correspondence from Intercal regarding changes. |
| 06/20/2012 | Cynthia L Pollick | 0.50 | Correspondence with OP advising must go forward as planned. |
| 06/20/2012 | Cynthia L Pollick | 0.10 | Receipt and review of Order relating pretrial matters to Carlson |
| 06/20/2012 | Cynthia L Pollick | 0.10 | Correspondence from OP regarding wiretap laws |

## Exhibit A

12:36 PM
07/11/16

**EMPLOY LAW OFFICES OF C L POLLICK**
## Time by Job Detail
October 4, 2011 through June 27, 2016

| Date | Name | Duration | Notes |
|---|---|---|---|
| 06/21/2012 | Cynthia L Pollick | 0.10 | TC from OP - Craig regarding case. |
| 06/21/2012 | Cynthia L Pollick | 0.10 | Correspondence from Mr. Neary advising of date and time. |
| 06/21/2012 | Cynthia L Pollick | 0.10 | Correspondence with Kevin thanking him. |
| 06/21/2012 | Cynthia L Pollick | 0.10 | Correspondence from intercall reviewing TC. |
| 06/21/2012 | Cynthia L Pollick | 0.10 | Receipt and review of Order on TC. |
| 06/21/2012 | Cynthia L Pollick | 0.10 | Correspondence with OP regarding phone number. |
| 06/21/2012 | Cynthia L Pollick | 0.10 | Correspondence from OP advising call the office not cell |
| 06/21/2012 | Cynthia L Pollick | 0.10 | Receipt of docket entry setting hearing. |
| 06/21/2012 | Cynthia L Pollick | 0.10 | Receipt and review of OP's withdrawal of appearance. |
| 06/21/2012 | Cynthia L Pollick | 0.10 | Receipt of Order scheduling case management conference. |
| 06/22/2012 | Cynthia L Pollick | 0.20 | TC with OP - Craig regarding case. |
| 06/22/2012 | Cynthia L Pollick | 0.60 | TC with Patil regarding TC from OP |
| 06/24/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patil regarding case. |
| 06/26/2012 | Cynthia L Pollick | 0.55 | TC with 3 OPs and Judge, first one on the line. |
| 06/26/2012 | Cynthia L Pollick | 0.60 | TC with Patil regarding call and case. |
| 06/26/2012 | Cynthia L Pollick | 0.40 | Discussion with staff regarding TC. |
| 06/26/2012 | Cynthia L Pollick | 0.10 | Correspondence with OPs regarding magistrate consent. |
| 06/26/2012 | Cynthia L Pollick | 0.10 | Correspondence from OP advising out of office. |
| 06/26/2012 | Cynthia L Pollick | 0.20 | Receipt and review of Order from Carlson. |
| 06/27/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patil regarding case. |
| 06/27/2012 | Cynthia L Pollick | 0.10 | Correspondence with Patil giving her my thoughts. |
| 06/28/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patil regarding case. |
| 06/28/2012 | Cynthia L Pollick | 0.10 | Correspondence with Patil giving her my thoughts. |
| 07/07/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patil regarding trial dates. |
| 07/07/2012 | Cynthia L Pollick | 0.10 | Correspondence with Patil regarding case. |
| 07/07/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patil regarding case - 2d. |
| 07/08/2012 | Cynthia L Pollick | 0.10 | Correspondence with Patil regarding case trial dates. |
| 07/11/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patil regarding videos to be shown. |
| 07/11/2012 | Cynthia L Pollick | 0.10 | Correspondence with Patil regarding videos. |
| 07/11/2012 | Cynthia L Pollick | 0.20 | Correspondence from Patil regarding review of videos -2d. |
| 07/11/2012 | Cynthia L Pollick | 0.10 | Correspondence with Patil regarding thoughts about video - 2d. |
| 07/16/2012 | Cynthia L Pollick | 0.10 | Correspondence from Neary regarding TC with Judge. |
| 07/16/2012 | Cynthia L Pollick | 0.10 | Correspondence from OP - Friend regarding his availability. |
| 07/16/2012 | Cynthia L Pollick | 0.10 | Correspondence with court advising time is good for me. |
| 07/16/2012 | Cynthia L Pollick | 0.10 | Correspondence from OP - Ginsburg advising time is good for them. |
| 07/16/2012 | Cynthia L Pollick | 0.10 | Correspondence from court advising time and date for TC. |
| 07/16/2012 | Cynthia L Pollick | 0.10 | Receipt of docket entry regarding court reporter notes. |
| 07/16/2012 | Cynthia L Pollick | 0.10 | Correspondence from Sproul out of office. |
| 07/16/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patil regarding case. |
| 07/17/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patil regarding Smith. |
| 07/17/2012 | Cynthia L Pollick | 0.20 | Correspondence with Judge Carlson regarding April date. |
| 07/17/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patil regarding info on Smith -2d. |
| 07/19/2012 | Cynthia L Pollick | 0.10 | TC from OP regarding case. |
| 07/19/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patil regarding pretrial date. |
| 07/19/2012 | Cynthia L Pollick | 0.10 | Correspondence with Patil regarding update. |
| 07/23/2012 | Cynthia L Pollick | 0.10 | TC from OP regarding case. |
| 07/23/2012 | Cynthia L Pollick | 0.10 | Correspondence from OP regarding deadline for MILs |
| 07/23/2012 | Cynthia L Pollick | 0.10 | Correspondence with OP apologizing for not contacting sooner. |
| 07/27/2012 | Cynthia L Pollick | 0.20 | Receipt and review of Order scheduling trial. |
| 08/17/2012 | Cynthia L Pollick | 0.20 | Correspondence from Patil regarding Friend. |
| 08/17/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patil regarding Friend. |
| 08/17/2012 | Cynthia L Pollick | 0.10 | Correspondence with Patil giving her my thoughts. |
| 08/19/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patil regarding case. |
| 08/29/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patil regarding case. |
| 08/29/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patil regarding Smith - 2nd one. |
| 08/29/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patil regarding Smith - 3d one. |
| 08/29/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patil regarding Smith - 4th one. |
| 08/29/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patil regarding Smith - 5th. |
| 08/30/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patil regarding case. |
| 09/17/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patil regarding Friend. |
| 10/18/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patil regarding Metagan. |
| 10/18/2012 | Cynthia L Pollick | 0.10 | Correspondence with Patil regarding Vaughn. |
| 11/14/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patil regarding Smith |
| 11/15/2012 | Cynthia L Pollick | 0.10 | TC from Patil regarding case update. |
| 11/15/2012 | Cynthia L Pollick | 0.20 | TC with Patil regarding case update |
| 11/15/2012 | Cynthia L Pollick | 0.10 | Correspondence with Patil regarding thoughts on Smith. |
| 12/03/2012 | Cynthia L Pollick | 0.10 | Correspondence from Patil regarding smith. |
| 12/05/2012 | Cynthia L Pollick | 0.20 | Correspondence with HJ regarding CDs. |
| 12/21/2012 | Cynthia L Pollick | 0.10 | Correspondence from Jones advising doesn't have a R. |
| 12/22/2012 | Cynthia L Pollick | 0.10 | Correspondence with Jones regarding duplicate copy. |
| 12/24/2012 | Cynthia L Pollick | 0.10 | Correspondence from Jones advising can't do it |
| 01/25/2013 | Cynthia L Pollick | 0.30 | Receipt and review of brief in Support of Motion to Stay. |
| 05/08/2013 | Cynthia L Pollick | 0.60 | Receipt and review of Smith's declaratory action. |

Total 2012 Professional Services 76.10

2012 Professional Services:2012 Legal Assistant

| Date | Name | Duration | Notes |
|---|---|---|---|
| 02/28/2012 | Legal Assistant | 0.20 | TC from Patil regarding case. |
| 04/16/2012 | Legal Assistant | 5.60 | Reviewed transcript to pull out objections. |

Page 5

Exhibit A

424

12:36 PM
07/11/16

**EMPLOY LAW OFFICES OF C L POLLICK**
**Time by Job Detail**
October 4, 2011 through June 27, 2016

| Date | Name | Duration | Notes |
|---|---|---|---|
| 04/18/2012 | Legal Assistant | 3.00 | Reviewed transcript to pull out objections |
| 04/19/2012 | Legal Assistant | 2.60 | Preparation of Table of Authorities for BIO to JNOV. |
| 04/23/2012 | Legal Assistant | 1.50 | Additional review of transcript to pull objections. |
| 05/11/2012 | Legal Assistant | 0.60 | Set up TC with carrier. |
| 05/14/2012 | Legal Assistant | 0.10 | TC with carrier about TC. |
| 05/16/2012 | Legal Assistant | 6.00 | Preparation of trial testimony summary of Smith. |
| 05/20/2012 | Legal Assistant | 0.10 | TC with conference co. confirming call |
| 05/20/2012 | Legal Assistant | 0.20 | TC with conference co. to change call. |
| 05/21/2012 | Legal Assistant | 7.60 | Preparation of trial testimony summary of Smith. |
| 05/25/2012 | Legal Assistant | 7.00 | Additional preparation of trial testimony summary of Smith. |
| 05/27/2012 | Legal Assistant | 6.00 | Additional preparation of trial testimony summary of Smith. |
| 05/27/2012 | Legal Assistant | 0.90 | Preparation of trial testimony summary of Gress. |
| 05/28/2012 | Legal Assistant | 6.60 | Preparation of trial testimony summary of Gress. |
| 07/02/2012 | Legal Assistant | 3.80 | Additional preparation of trial testimony summary of Gress |
| 07/02/2012 | Legal Assistant | 0.30 | Preparation of trial testimony summary of Keller. |
| 07/02/2012 | Legal Assistant | 3.00 | Preparation of trial testimony summary of Baba. |
| 07/05/2012 | Legal Assistant | 2.00 | Preparation of trial testimony summary of Bentzoni. |
| 07/05/2012 | Legal Assistant | 3.00 | Preparation of trial testimony summary of Meagan Young. |
| 07/09/2012 | Legal Assistant | 4.00 | Preparation of trial transcript summary of Megan Young. |
| 07/11/2012 | Legal Assistant | 7.50 | Preparation of trial transcript summary of Patti Young. |
| 07/11/2012 | Legal Assistant | 0.90 | Preparation of trial transcript summary of Cheri West. |
| 07/11/2012 | Legal Assistant | 3.00 | Preparation of trial transcript summary of Donna Yozwiak. |
| 07/12/2012 | Legal Assistant | 0.60 | Preparation of trial transcript summary of Donna Yozwiak. |
| 07/12/2012 | Legal Assistant | 0.60 | Preparation of trial transcript of Rocco Seiler. |
| 07/12/2012 | Legal Assistant | 1.40 | Preparation of trial transcript summary of Woglnikn. |
| 07/12/2012 | Legal Assistant | 3.60 | Preparation of trial transcript summary of Knapp. |
| 07/12/2012 | Legal Assistant | 0.60 | Preparation of trial transcript summary of Dr. Petcone. |
| 07/12/2012 | Legal Assistant | 1.00 | Preparation of trial transcript summary of Bill Young. |
| 07/30/2012 | Legal Assistant | 6.00 | Preparation of trial testimony summary of Pulla. |
| 08/01/2012 | Legal Assistant | 3.00 | Preparation of trial testimony summary of Dalmes. |
| | Total 2012 Professional Services 23. | 86.80 | |

2012 Professional Services:2012 Legal Researcher/Writer

| Date | Name | Duration | Notes |
|---|---|---|---|
| 02/02/2012 | Legal Researcher/... | 2.00 | Additional legal research for BIO to Motion to Stay Execution. |
| 02/03/2012 | Legal Researcher/... | 2.00 | Legal research for BIO to Motion to Stay. |
| 02/03/2012 | Legal Researcher/... | 3.00 | Additional legal research for BIO to Motion to Stay Execution. |
| 02/04/2012 | Legal Researcher/... | 4.00 | Additional legal research for BIO to Motion to Stay Execution. |
| 02/05/2012 | Legal Researcher/... | 6.00 | Additional legal research for BIO to Motion to Stay Execution. |
| 02/05/2012 | Legal Researcher/... | 4.00 | Preparation of BIO to Motion to Stay Execution. |
| 02/08/2012 | Legal Researcher/... | 4.25 | Preparation of BIO to Motion to Stay. |
| 02/27/2012 | Legal Researcher/... | 1.50 | Reviewed OP's Brief in Support in preparation of BIO to JNOV as well as trial transcripts. |
| 02/28/2012 | Legal Researcher/... | 4.00 | Reviewed OP's Brief in Support in preparation of BIO to JNOV as well as trial transcripts. |
| 02/28/2012 | Legal Researcher/... | 3.75 | Legal research in preparation of BIO to JNOV. |
| 03/01/2012 | Legal Researcher/... | 3.25 | Legal research in preparation of BIO to JNOV. |
| 03/02/2012 | Legal Researcher/... | 0.75 | Legal research in preparation of BIO to JNOV. |
| 03/05/2012 | Legal Researcher/... | 2.00 | Additional legal research in preparation of BIO to JNOV, including reviewing transcripts. |
| 03/08/2012 | Legal Researcher/... | 3.25 | Additional legal research in preparation of BIO to JNOV, including reviewing transcripts |
| 03/07/2012 | Legal Researcher/... | 2.25 | Additional legal research in preparation of BIO to JNOV, including reviewing transcripts |
| 03/08/2012 | Legal Researcher/... | 2.00 | Additional legal research in preparation of BIO to JNOV, including reviewing transcripts. |
| 03/08/2012 | Legal Researcher/... | 2.00 | Additional legal research in preparation of BIO to JNOV, including reviewing transcripts |
| 03/11/2012 | Legal Researcher/... | 0.50 | Additional legal research in preparation of BIO to JNOV, including reviewing transcripts, |
| 03/12/2012 | Legal Researcher/... | 2.25 | Additional legal research in preparation of BIO to JNOV. |
| 03/13/2012 | Legal Researcher/... | 0.75 | Additional legal research in preparation of BIO to JNOV. |
| 03/14/2012 | Legal Researcher/... | 1.50 | Additional legal research in preparation of BIO to JNOV. |
| 03/14/2012 | Legal Researcher/... | 1.00 | Preparation of BIO to JNOV. |
| 03/15/2012 | Legal Researcher/... | 6.25 | Preparation of BIO to JNOV. |
| 03/16/2012 | Legal Researcher/... | 1.50 | Additional legal research in preparation of BIO to JNOV. |
| 03/16/2012 | Legal Researcher/... | 1.00 | Preparation of BIO to JNOV. |
| 03/19/2012 | Legal Researcher/... | 2.50 | Additional preparation of BIO to JNOV. |
| 03/20/2012 | Legal Researcher/... | 2.00 | Additional preparation of BIO to JNOV. |
| 03/21/2012 | Legal Researcher/... | 1.25 | Additional preparation of BIO to JNOV. |
| 03/21/2012 | Legal Researcher/... | 0.50 | Additional legal research in preparation of BIO to JNOV. |
| 03/22/2012 | Legal Researcher/... | 2.00 | Additional preparation of BIO to JNOV. |
| 03/23/2012 | Legal Researcher/... | 2.25 | Additional preparation of BIO to JNOV. |
| 03/25/2012 | Legal Researcher/... | 2.00 | Additional legal research in preparation of BIO to JNOV. |
| 03/26/2012 | Legal Researcher/... | 1.00 | Additional preparation of BIO to JNOV. |
| 03/26/2012 | Legal Researcher/... | 1.00 | Additional legal research in preparation of BIO to JNOV. |
| 03/27/2012 | Legal Researcher/... | 2.00 | Additional preparation of BIO to JNOV. |
| 03/28/2012 | Legal Researcher/... | 2.00 | Additional preparation of BIO to JNOV. |
| 03/28/2012 | Legal Researcher/... | 2.00 | Additional preparation of BIO to JNOV. |
| 03/30/2012 | Legal Researcher/... | 1.50 | Additional preparation of BIO to JNOV. |
| 04/02/2012 | Legal Researcher/... | 2.00 | Additional preparation of BIO to JNOV. |
| 01/03/2012 | Legal Researcher/... | 1.00 | Additional preparation of BIO to JNOV. |
| 05/25/2012 | Legal Researcher/... | 0.75 | Legal research on appeal based on closing comments that were not objected to. |
| 05/28/2012 | Legal Researcher/... | 1.00 | Additional legal research on appeal based on closing comments that were not objected to. |
| 05/28/2012 | Legal Researcher/... | 2.50 | Additional legal research on appeal based on closing comments that were not objected to. |
| 05/30/2012 | Legal Researcher/... | 2.50 | Additional legal research on appeal based on closing comments that were not objected to. |
| 05/31/2012 | Legal Researcher/... | 2.50 | Additional legal research on appeal based on closing comments that were not objected to. |

Page 6

Exhibit A

425

12.36 PM
07/11/16

**EMPLOY LAW OFFICES OF C L POLLICK**
**Time by Job Detail**
October 4, 2011 through June 27, 2016

| Date | Name | Duration | Notes |
|---|---|---|---|
| 05/01/2012 | Legal Research... | 2.00 | Additional legal research on appeal based on closing comments that were not objected to. |
| 05/18/2012 | Legal Research... | 4.00 | Legal research on appeal issues. |
| 09/20/2012 | Legal Research... | 2.00 | Legal research on appeal issues. |
| Total 2012 Professional Services 20... | | 105.50 | |

**2013 Professional Services**

| Date | Name | Duration | Notes |
|---|---|---|---|
| 01/04/2013 | Cynthia L Pollick | 0.10 | Correspondence from Patil regarding case update. |
| 01/04/2013 | Cynthia L Pollick | 0.10 | Correspondence with Patil regarding case update. |
| 01/17/2013 | Cynthia L Pollick | 0.40 | TC from Patil regarding case. |
| 01/17/2013 | Cynthia L Pollick | 0.10 | Receipt of docket entry transferring case to new judge. |
| 01/17/2013 | Cynthia L Pollick | 0.10 | Correspondence with Patil regarding transfer. |
| 01/23/2013 | Cynthia L Pollick | 0.10 | Correspondence from Patil regarding Friend. |
| 01/23/2013 | Cynthia L Pollick | 0.10 | Correspondence with Patil regarding Friend. |
| 01/28/2013 | Cynthia L Pollick | 0.10 | Correspondence from Patil regarding Smith. |
| 01/28/2013 | Cynthia L Pollick | 0.10 | Correspondence with Patil regarding Smith |
| 02/05/2013 | Cynthia L Pollick | 0.10 | Receipt and review of Order on TC. |
| 02/08/2013 | Cynthia L Pollick | 0.30 | Preparation of Motion for Continuance. |
| 02/08/2013 | Cynthia L Pollick | 0.10 | Receipt of docket entry changing date. |
| 02/08/2013 | Cynthia L Pollick | 0.10 | Correspondence with OPs regarding continuance. |
| 02/08/2013 | Cynthia L Pollick | 0.10 | Correspondence from OP - Ginsburg concurring in motion. |
| 02/08/2013 | Cynthia L Pollick | 0.10 | Receipt and review of docket entry changing date. |
| 02/10/2013 | Cynthia L Pollick | 0.30 | Preparation of Motion for Withdraws'. |
| 02/11/2013 | Cynthia L Pollick | 0.10 | Correspondence with OPs regarding conference. |
| 02/11/2013 | Cynthia L Pollick | 0.10 | Correspondence from OP - Craig advising no number is right. |
| 02/11/2013 | Cynthia L Pollick | 0.10 | Correspondence with OP - Craig thanking for concurrence. |
| 02/11/2013 | Cynthia L Pollick | 0.10 | Receipt of Order granting withdrawal motion. |
| 02/11/2013 | Cynthia L Pollick | 0.10 | Receipt and review of docket entry about transcript. |
| 02/12/2013 | Cynthia L Pollick | 0.10 | TC with Patil regarding case trial dates. |
| 02/12/2013 | Cynthia L Pollick | 0.10 | TC from Patil regarding trial dates. |
| 02/12/2013 | Cynthia L Pollick | 0.10 | Correspondence from Patil regarding trial dates. |
| 02/12/2013 | Cynthia L Pollick | 0.10 | TC from Patil regarding trial dates - 2d. |
| 02/13/2013 | Cynthia L Pollick | 0.20 | Receipt and review of intercall information for TC. |
| 02/13/2013 | Cynthia L Pollick | 0.50 | TC with OPs, Judge regarding case. |
| 02/13/2013 | Cynthia L Pollick | 0.20 | TC with Patil regarding update. |
| 02/13/2013 | Cynthia L Pollick | 0.20 | Receipt and review of Order rescheduling new trial dates. |
| 02/13/2013 | Cynthia L Pollick | 0.10 | Correspondence with Patil regarding case update. |
| 02/13/2013 | Cynthia L Pollick | 0.10 | Correspondence from Patil regarding additional info on Smith's videos - 2d. |
| 02/13/2013 | Cynthia L Pollick | 0.10 | Correspondence with Patil advising got both emails. |
| 02/13/2013 | Cynthia L Pollick | 0.10 | Correspondence from Patil regarding trial. |
| 02/13/2013 | Cynthia L Pollick | 0.10 | Correspondence from Patil regarding additional info on Smith -3d. |
| 02/13/2013 | Cynthia L Pollick | 0.10 | Correspondence from OP regarding location change. |
| 02/13/2013 | Cynthia L Pollick | 0.10 | Correspondence from OP providing new number. |
| 02/13/2013 | Cynthia L Pollick | 0.10 | Correspondence from Patil regarding witness report - 5th. |
| 02/13/2013 | Cynthia L Pollick | 0.10 | Correspondence with Patil advising no control over location. |
| 02/13/2013 | Cynthia L Pollick | 0.10 | Correspondence from Patil advising dates were incorrect - 6th. |
| 02/13/2013 | Cynthia L Pollick | 0.10 | Correspondence from Patil regarding Smith - 4th. |
| 02/18/2013 | Cynthia L Pollick | 0.10 | TC with Patil regarding case update. |
| 02/19/2013 | Cynthia L Pollick | 0.10 | Correspondence from Patil regarding case. |
| 02/20/2013 | Cynthia L Pollick | 0.10 | Correspondence from Patil regarding Friend. |
| 02/20/2013 | Cynthia L Pollick | 0.10 | Correspondence from Patil regarding case - Smith - 2d. |
| 02/20/2013 | Cynthia L Pollick | 0.10 | Correspondence with Patil giving thoughts about Smith's videos |
| 02/21/2013 | Cynthia L Pollick | 0.10 | TC with Patil regarding case update. |
| 02/21/2013 | Cynthia L Pollick | 0.10 | TC from Patil regarding case update. |
| 02/21/2013 | Cynthia L Pollick | 0.20 | Correspondence from Patil regarding DVDs. |
| 02/24/2013 | Cynthia L Pollick | 0.10 | Correspondence from consultant regarding DVDs. |
| 02/24/2013 | Cynthia L Pollick | 0.10 | Correspondence with consultant advising OK. |
| 02/25/2013 | Cynthia L Pollick | 0.10 | Correspondence with Patil regarding DVDs |
| 03/02/2013 | Cynthia L Pollick | 0.10 | Correspondence with Tim regarding IT help at trial. |
| 03/02/2013 | Cynthia L Pollick | 0.10 | Correspondence from Tim regarding IT support at trial. |
| 03/03/2013 | Cynthia L Pollick | 0.10 | Correspondence with Tim advising he'll be doing Monday. |
| 03/04/2013 | Cynthia L Pollick | 0.60 | Meeting with consult regarding exhibits. |
| 03/06/2013 | Cynthia L Pollick | 0.10 | TC from Patil regarding case update |
| 03/07/2013 | Cynthia L Pollick | 0.10 | Correspondence with Patil regarding VM. |
| 03/07/2013 | Cynthia L Pollick | 0.10 | TC from Patil regarding case update. |
| 03/14/2013 | Cynthia L Pollick | 0.30 | TC with Patil regarding case update. |
| 03/16/2013 | Cynthia L Pollick | 0.10 | Correspondence from Patil regarding Smith's video. |
| 03/16/2013 | Cynthia L Pollick | 0.10 | Correspondence from Patil regarding CDs of Smith's stuff. |
| 03/17/2013 | Cynthia L Pollick | 0.10 | Correspondence with Patil thanking her for her good work. |
| 03/19/2013 | Cynthia L Pollick | 0.10 | Correspondence from TM regarding invoice. |
| 03/19/2013 | Cynthia L Pollick | 0.10 | Correspondence from Patil regarding witness Pastor Jim. |
| 03/20/2013 | Cynthia L Pollick | 0.10 | Correspondence with Patil advising I agree. |
| 03/24/2013 | Cynthia L Pollick | 0.10 | Correspondence from TM regarding invoice. |
| 04/01/2013 | Cynthia L Pollick | 0.20 | Correspondence with OPs regarding pretrial and settlement |
| 04/03/2013 | Cynthia L Pollick | 2.60 | Reviewed file for MIL and subpoenas. |
| 04/03/2013 | Cynthia L Pollick | 0.10 | TC from Ginsburg regarding pretrial. |
| 04/03/2013 | Cynthia L Pollick | 0.10 | TC with Ginsburg about pretrial. |
| 04/02/2013 | Cynthia L Pollick | 0.10 | TC from Ginsburg returning call. |
| 04/03/2013 | Cynthia L Pollick | 0.10 | TC with Ginsburg regarding details for meeting. |

Page 7

Exhibit A

426

12:35 PM
07/11/16

**EMPLOY LAW OFFICES OF C L POLLICK**
**Time by Job Detail**
October 4, 2011 through June 27, 2016

| Date | Name | Duration | Notes |
|------|------|----------|-------|
| 04/03/2013 | Cynthia L Pollick | 0.30 | TC from OP regarding issues about exhibits, etc. |
| 04/03/2013 | Cynthia L Pollick | 0.10 | Correspondence with Palli regarding update |
| 04/03/2013 | Cynthia L Pollick | 0.10 | Correspondence from Palli regarding update. |
| 04/03/2013 | Cynthia L Pollick | 0.10 | Correspondence with Palli regarding calling me tomorrow |
| 04/04/2013 | Cynthia L Pollick | 0.10 | Correspondence from Palli regarding Meegan and testimony. |
| 04/05/2013 | Cynthia L Pollick | 0.30 | Preparation of subpoena for 2nd trial (DY) |
| 04/05/2013 | Cynthia L Pollick | 0.30 | Preparation of subpoena for 2nd trial (JO) |
| 04/05/2013 | Cynthia L Pollick | 0.30 | Preparation of subpoena for 2nd trial (PW). |
| 04/05/2013 | Cynthia L Pollick | 0.30 | Preparation of subpoena for 2nd trial (TC). |
| 04/05/2013 | Cynthia L Pollick | 0.30 | Preparation of subpoena for 2nd trial (C3). |
| 04/05/2013 | Cynthia L Pollick | 0.30 | Preparation of subpoena for 2nd trial (SK). |
| 04/05/2013 | Cynthia L Pollick | 0.30 | Preparation of subpoena for 2nd trial (RS). |
| 04/05/2013 | Cynthia L Pollick | 0.30 | Preparation of subpoena for 2nd trial (CW) |
| 04/05/2013 | Cynthia L Pollick | 0.30 | Preparation of subpoena for 2nd trial (BS). |
| 04/05/2013 | Cynthia L Pollick | 0.30 | Preparation of subpoena for 2nd trial (WB). |
| 04/05/2013 | Cynthia L Pollick | 0.30 | Receipt and review of District's motion for Joinder |
| 04/05/2013 | Cynthia L Pollick | 0.30 | Receipt and review of Gross' motion for Joinder |
| 04/05/2013 | Cynthia L Pollick | 0.20 | Correspondence from Smith's OP regarding case. |
| 04/08/2013 | Cynthia L Pollick | 0.20 | Preparation of subpoena for 2nd trial (DY) |
| 04/08/2013 | Cynthia L Pollick | 0.10 | Correspondence from witness (DY) regarding new address |
| 04/08/2013 | Cynthia L Pollick | 0.30 | Receipt and review of OP's Motion for Consideration. |
| 04/08/2013 | Cynthia L Pollick | 0.10 | Correspondence from Palli regarding witness. |
| 04/08/2013 | Cynthia L Pollick | 0.10 | Correspondence from Palli regarding witness' new address - 2d. |
| 04/08/2013 | Cynthia L Pollick | 0.10 | Correspondence with Palli regarding thoughts. |
| 04/08/2013 | Cynthia L Pollick | 0.10 | Correspondence with Smith's OP advising stipulation looks good |
| 04/08/2013 | Cynthia L Pollick | 0.10 | Correspondence from Palli advising witness' address changed - 3d. |
| 04/08/2013 | Cynthia L Pollick | 0.20 | Receipt and review of docketed stipulation. |
| 04/08/2013 | Cynthia L Pollick | 4.00 | Preparation of 4 Motions in Limine and Briefs in Support and the filing of the same. |
| 04/09/2013 | Cynthia L Pollick | 0.10 | Receipt and review of OP's Joinder - PVSD. |
| 04/09/2013 | Cynthia L Pollick | 0.10 | Correspondence with witness (DY) regarding new address |
| 04/09/2013 | Cynthia L Pollick | 0.20 | Receipt and review of OP's Motion for Joinder - Smith |
| 04/09/2013 | Cynthia L Pollick | 0.10 | Correspondence from Palli regarding Crosby. |
| 04/09/2013 | Cynthia L Pollick | 0.20 | Correspondence with Palli regarding meeting. |
| 04/09/2013 | Cynthia L Pollick | 0.40 | Receipt and review of OP's motion in lime on Image.s |
| 04/09/2013 | Cynthia L Pollick | 0.30 | Receipt and review of Smith's MIL - pastor. |
| 04/09/2013 | Cynthia L Pollick | 0.30 | Receipt and review of Smith's MIL - Padone. |
| 04/09/2013 | Cynthia L Pollick | 0.30 | Receipt and review of Smith's MIL - Detective. |
| 04/09/2013 | Cynthia L Pollick | 0.30 | Receipt and review of Smith's MIL - Keller. |
| 04/09/2013 | Cynthia L Pollick | 0.30 | Receipt and review of Smith's MIL - prior verdict. |
| 04/09/2013 | Cynthia L Pollick | 0.30 | Receipt and review of Smith's MIL - threats |
| 04/09/2013 | Cynthia L Pollick | 0.60 | Receipt and review of PVSD MIL - teaching material |
| 04/09/2013 | Cynthia L Pollick | 0.30 | Receipt and review of PVSD MIL - retaliation. |
| 04/09/2013 | Cynthia L Pollick | 0.30 | Receipt and review of PVSD MIL - harm to education. |
| 04/09/2013 | Cynthia L Pollick | 0.60 | Receipt and review of PVSD MIL - conduct of counsel. |
| 04/09/2013 | Cynthia L Pollick | 0.60 | Receipt and review of PVSD MIL - closing. |
| 04/09/2013 | Cynthia L Pollick | 0.10 | Correspondence with Palli advising witness DY contacted me. |
| 04/10/2013 | Cynthia L Pollick | 0.10 | Receipt and review of Order granting stipulation |
| 04/10/2013 | Cynthia L Pollick | 0.50 | Review of Smith's Brief in Support 2nd MIL - Padone. |
| 04/10/2013 | Cynthia L Pollick | 0.40 | Review of Smith's Brief in Support 1st MIL - Pastor. |
| 04/10/2013 | Cynthia L Pollick | 0.20 | Receipt and review of OP PVSD Motion for Extension. |
| 04/11/2013 | Cynthia L Pollick | 0.50 | Review of Smith's Brief in Support of MIL - Detective. |
| 04/11/2013 | Cynthia L Pollick | 0.50 | Review of Smith's Brief in Support of MIL - pastor. |
| 04/11/2013 | Cynthia L Pollick | 0.50 | Review of Smith's Brief in Support of MIL - Keller. |
| 04/11/2013 | Cynthia L Pollick | 0.50 | Review of PVSD Brief in Support of MIL on Plaintiff's conduct. |
| 04/11/2013 | Cynthia L Pollick | 0.50 | Review of PVSD Brief in Support of MIL - 7th. |
| 04/11/2013 | Cynthia L Pollick | 0.50 | Review of PVSD Brief in Support of MIL - 6th. |
| 04/12/2013 | Cynthia L Pollick | 0.30 | Preparation of Motion for 7 day extension and filing of the same. |
| 04/12/2013 | Cynthia L Pollick | 0.10 | Correspondence with OPs regarding extension. |
| 04/12/2013 | Cynthia L Pollick | 0.10 | Correspondence from OP advising concur. |
| 04/12/2013 | Cynthia L Pollick | 0.10 | Correspondence with OPs thanking them. |
| 04/12/2013 | Cynthia L Pollick | 0.50 | Review of PVSD Brief in Support of 4th MIL. |
| 04/12/2013 | Cynthia L Pollick | 0.90 | Review of document 377-2 related to alleged improper questions. |
| 04/12/2013 | Cynthia L Pollick | 0.50 | Review of PVSD Brief in Support of MIL - 3d. |
| 04/14/2013 | Cynthia L Pollick | 0.50 | Preparation of pretrial material |
| 04/15/2013 | Cynthia L Pollick | 0.10 | TC from OP regarding extension. |
| 04/15/2013 | Cynthia L Pollick | 0.10 | Correspondence with Palli regarding witness' new address (C0). |
| 04/15/2013 | Cynthia L Pollick | 0.10 | Receipt and review of returned mail. |
| 04/15/2013 | Cynthia L Pollick | 0.10 | Correspondence from Palli advising will provide. |
| 04/16/2013 | Cynthia L Pollick | 0.10 | Correspondence with Palli advising OK. |
| 04/16/2013 | Cynthia L Pollick | 0.10 | TC from OP regarding extension - 2nd call. |
| 04/16/2013 | Cynthia L Pollick | 0.10 | Correspondence from OP regarding both dates |
| 04/16/2013 | Cynthia L Pollick | 0.30 | Receipt and review of OP's motion for extension. |
| 04/16/2013 | Cynthia L Pollick | 1.00 | Reviewed file to pull new exhibits. |
| 04/16/2013 | Cynthia L Pollick | 3.00 | Additional review of file to pull new exhibits. |
| 04/16/2013 | Cynthia L Pollick | 2.00 | Preparation of Pretrial Memo, finalization of Exhibit List, Special Verdict Qs, etc. |
| 04/16/2013 | Cynthia L Pollick | 0.10 | Receipt and review of Order granting Plaintiffs' extension. |
| 04/17/2013 | Cynthia L Pollick | 0.20 | Correspondence with OPs regarding exhibits. |
| 04/17/2013 | Cynthia L Pollick | 0.20 | Correspondence from OP regarding new exhibits - Friend. |

Page 8

**Exhibit A**

EMPLOY LAW OFFICES OF C L POLLICK
Time by Job Detail
October 4, 2011 through June 27, 2016

| Date | Name | Duration | Notes |
|---|---|---|---|
| 04/17/2013 | Cynthia L Pollick | 0.10 | Receipt and review of Order granting OP's motion for extension. |
| 04/18/2013 | Cynthia L Pollick | 2.00 | Additional preparation of pretrial memo and filing the same. |
| 04/18/2013 | Cynthia L Pollick | 0.60 | Additional preparation of special verdict form and filing the same. |
| 04/18/2013 | Cynthia L Pollick | 0.40 | Receipt and review of OP's witness lists. |
| 04/18/2013 | Cynthia L Pollick | 0.10 | Correspondence with Patti regarding filings. |
| 04/18/2013 | Cynthia L Pollick | 0.10 | Correspondence from Patti advising agrees with additions. |
| 04/18/2013 | Cynthia L Pollick | .5.00 | Additional preparation of BIO to MIL on images, included further legal research, etc. |
| 04/19/2013 | Cynthia L Pollick | 0.70 | Preparation of Answer to Defendants' Motion for Rule 50 and filing of the same. |
| 04/19/2013 | Cynthia L Pollick | 0.50 | Preparation of Motion to Strike, Order, and filing of the same. |
| 04/19/2013 | Cynthia L Pollick | 0.10 | Receipt and review of Order granting Joinder. |
| 04/19/2013 | Cynthia L Pollick | 0.50 | Receipt and review of OP's Motion for Rule 50. |
| 04/19/2013 | Cynthia L Pollick | 0.10 | Correspondence with Patti attaching new motion filed. |
| 04/19/2013 | Cynthia L Pollick | 0.20 | TC with Patti regarding new motion, etc. |
| 04/19/2013 | Cynthia L Pollick | 0.10 | Correspondence with OP regarding motion to strike - Smith's filings. |
| 04/19/2013 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding address. |
| 04/19/2013 | Cynthia L Pollick | 0.10 | Correspondence with Patti thanking her for info. |
| 04/19/2013 | Cynthia L Pollick | 0.10 | Receipt and review of Order granting Smith's Joinder requests. |
| 04/19/2013 | Cynthia L Pollick | 0.10 | Correspondence with PI regarding address. |
| 04/19/2013 | Cynthia L Pollick | 0.20 | Preparation of revised subpoena for witness CS |
| 04/20/2013 | Cynthia L Pollick | 0.90 | Review of OP's Brief in Support of Rule 50 |
| 04/21/2013 | Cynthia L Pollick | 0.50 | Preparation and filing of Objection to Joinders and filing of the same. |
| 04/21/2013 | Cynthia L Pollick | 0.10 | Correspondence from OP advising he's missing exhibits |
| 04/21/2013 | Cynthia L Pollick | 0.10 | Correspondence with OP advising he's got everything. |
| 04/21/2013 | Cynthia L Pollick | 0.10 | Correspondence from OP advising he's not sure. |
| 04/21/2013 | Cynthia L Pollick | 0.10 | Correspondence with OP no he's right, he's got everything. |
| 04/21/2013 | Cynthia L Pollick | 0.10 | Correspondence from PI providing info |
| 04/22/2013 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding info |
| 04/22/2013 | Cynthia L Pollick | 0.10 | Correspondence with Patti advising don't know. |
| 04/22/2013 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding motions. |
| 04/22/2013 | Cynthia L Pollick | 0.10 | Correspondence with Patti advising thoughts. |
| 04/22/2013 | Cynthia L Pollick | 0.10 | Correspondence from OP regarding leave of court. |
| 04/23/2013 | Cynthia L Pollick | 0.20 | Correspondence with OP regarding sanctions |
| 04/23/2013 | Cynthia L Pollick | 0.40 | Preparation of Rule 11 Sanctions. |
| 04/23/2013 | Cynthia L Pollick | 0.20 | Receipt and review of OP's witness list - Kevins. |
| 04/23/2013 | Cynthia L Pollick | 0.20 | Receipt and review of OP's witness list - friend |
| 04/23/2013 | Cynthia L Pollick | 0.20 | Receipt and review of Joint Motion and Order. |
| 04/23/2013 | Cynthia L Pollick | 0.70 | Receipt and review of Smith's Pretrial |
| 04/23/2013 | Cynthia L Pollick | 0.50 | Receipt and review of OP's Motion for Leave. |
| 04/23/2013 | Cynthia L Pollick | 0.40 | Receipt and review of OP's Brief in Support of Motion for Leave. |
| 04/23/2013 | Cynthia L Pollick | 0.70 | Receipt and review of OP's Voir Dire - Leven. |
| 04/23/2013 | Cynthia L Pollick | 0.10 | Preparation of revised subpoena for witness (CS). |
| 04/23/2013 | Cynthia L Pollick | 0.90 | Preparation of Jury Instructions and filing of the same. |
| 04/23/2013 | Cynthia L Pollick | 0.90 | Preparation of Voir Dire and filing of the same |
| 04/23/2013 | Cynthia L Pollick | 0.40 | Receipt of OP's BIO to due process. |
| 04/23/2013 | Cynthia L Pollick | 0.20 | Receipt and review of OP's answer to MIL due process. |
| 04/23/2013 | Cynthia L Pollick | 0.10 | Correspondence from OP regarding jury instructions. |
| 04/23/2013 | Cynthia L Pollick | 0.10 | Correspondence with OP advising will oppose. |
| 04/23/2013 | Cynthia L Pollick | 0.10 | Correspondence from OP advising he wants to talk. |
| 04/23/2013 | Cynthia L Pollick | 0.40 | Receipt and review of Brief in Support of PVSD Motion to File excess Jury Instructions. |
| 04/23/2013 | Cynthia L Pollick | 0.20 | Receipt and review of PVSD Motion to File excess Jury Instructions. |
| 04/23/2013 | Cynthia L Pollick | 0.50 | Reviewed PVSD proposed additional jury instructions. |
| 04/23/2013 | Cynthia L Pollick | 0.20 | Receipt and review of OP's Answer to MIL on employment history. |
| 04/23/2013 | Cynthia L Pollick | 0.30 | Receipt and review of OP's BIO to Smith's Due Process Rights. |
| 04/23/2013 | Cynthia L Pollick | 0.20 | Receipt and review of OP's Answer to Pla'ntiff MIL on due process on Smith. |
| 04/24/2013 | Cynthia L Pollick | 4.00 | Additional preparation of BIO to PVSD MIL - 1st - teaching materials. |
| 04/24/2013 | Cynthia L Pollick | 0.70 | Review of OP's PVSD MIL - First. |
| 04/24/2013 | Cynthia L Pollick | 0.20 | Receipt and review of OP's Answer to MIL on employment. |
| 04/24/2013 | Cynthia L Pollick | 4.00 | Additional preparation of BIO to PSVD MIL - 2nd motion - unseen material. |
| 04/24/2013 | Cynthia L Pollick | 1.00 | Reviewed legal research in preparation for BIOs to MILs. |
| 04/24/2013 | Cynthia L Pollick | 0.50 | Reviewed PVSD's Brief in Support on Second MIL (unseen items). |
| 04/24/2013 | Cynthia L Pollick | 0.20 | Correspondence from OP advising he wants to be excused from pretrial conference. |
| 04/24/2013 | Cynthia L Pollick | 0.50 | Receipt and review of PVSD Third MIL (protected activity). |
| 04/25/2013 | Cynthia L Pollick | 4.00 | Additional preparation of BIO to PVSD Third MIL (protected activity). |
| 04/25/2013 | Cynthia L Pollick | 0.50 | Review of OP's PVSD MIL - 4th. |
| 04/25/2013 | Cynthia L Pollick | 0.70 | Preparation of BIO to MIL PVSD - 4th. |
| 04/25/2013 | Cynthia L Pollick | 0.10 | Correspondence from Patti on Friend. |
| 04/25/2013 | Cynthia L Pollick | 0.10 | Correspondence with Patti giving thoughts. |
| 04/25/2013 | Cynthia L Pollick | 0.10 | Correspondence from Patti with 2nd one on Friend |
| 04/25/2013 | Cynthia L Pollick | 0.10 | Correspondence with Patti regarding filings. |
| 04/25/2013 | Cynthia L Pollick | 0.10 | Correspondence from Patti giving me her thoughts. |
| 04/25/2013 | Cynthia L Pollick | 0.10 | Correspondence with Patti giving her my thoughts |
| 04/26/2013 | Cynthia L Pollick | 3.00 | Preparation of BIO to MIL PVSD - 4th. |
| 04/26/2013 | Cynthia L Pollick | 0.40 | Receipt and review of Smith's 5th MIL. |
| 04/26/2013 | Cynthia L Pollick | 4.30 | Additional preparation of BIO to Smith's MILs - 1st, 2d, 4th and filing of the same. |
| 04/26/2013 | Cynthia L Pollick | 0.10 | Correspondence with Patti advising gave wrong time. |
| 04/26/2013 | Cynthia L Pollick | 0.10 | Correspondence from Patti OK about meeting before pretrial. |
| 04/26/2013 | Cynthia L Pollick | 0.10 | Correspondence from OP regarding jury instructions - word |
| 04/26/2013 | Cynthia L Pollick | 1.60 | Additional preparation of remaining BIO to MILs, reviewing LR. |

Exhibit A

**428**

12:30 PM
9/11/16

**EMPLOY LAW OFFICES OF C L POLLICK**
**Time by Job Detail**
October 4, 2011 through June 27, 2016

| Date | Name | Duration | Notes |
|---|---|---|---|
| 04/26/2013 | Cynthia L Pollick | 0.10 | Correspondence with Patti sending filings. |
| 04/26/2013 | Cynthia L Pollick | 0.10 | Correspondence with Patti regarding more filings. |
| 04/27/2013 | Cynthia L Pollick | 4.00 | Additional preparation of BIO to MIL – 6th PVSD, Smith 3rd, 4th and filing the same. |
| 04/27/2013 | Cynthia L Pollick | 0.40 | Review of Brief in Support of MIL #6 – PVSD. |
| 04/27/2013 | Cynthia L Pollick | 3.00 | Additional preparation of BIO to 6th and 7th PVSD |
| 04/27/2013 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding info on educator misconduct |
| 04/27/2012 | Cynthia L Pollick | 0.10 | Correspondence with Patti advising good find. |
| 04/28/2013 | Cynthia L Pollick | 0.70 | Review of Smith's Jury instructions. |
| 04/28/2013 | Cynthia L Pollick | 1.00 | Additional preparation and filing of BIO to Rule 50. |
| 04/28/2013 | Cynthia L Pollick | 2.00 | Printing out and organized trial notebook for pretrial tomorrow. |
| 04/28/2013 | Cynthia L Pollick | 0.10 | TC from witness (CS) regarding time change. |
| 04/28/2013 | Cynthia L Pollick | 0.20 | Receipt and review of OP's Motion for Leave – Smith. |
| 04/28/2013 | Cynthia L Pollick | 0.10 | Correspondence from OP regarding 2 Mil's – Friend. |
| 04/28/2013 | Cynthia L Pollick | 0.10 | Correspondence with OP advising do not concur – Smith. |
| 04/29/2013 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding address. |
| 04/29/2013 | Cynthia L Pollick | 0.10 | Correspondence with Patti regarding PI info. |
| 04/29/2013 | Cynthia L Pollick | 0.10 | Correspondence from Patti regard ng case update |
| 04/29/2013 | Cynthia L Pollick | 0.10 | Correspondence with Patti advising gave it to PI. |
| 04/29/2013 | Cynthia L Pollick | 0.80 | Receipt and review of OP's Brief in Support of MIL – Relsman. |
| 04/29/2013 | Cynthia L Pollick | 0.40 | Review of Smith OP's Brief in Support of new Exhibits (MIL). |
| 04/29/2013 | Cynthia L Pollick | 0.10 | Correspondence from witness (DZ) regarding scheduling. |
| 04/29/2013 | Cynthia L Pollick | 0.10 | Correspondence with witness (DZ) advising will get back with her by Wed. |
| 04/29/2013 | Cynthia L Pollick | 0.10 | Correspondence from Patti regard ng surveys. |
| 04/29/2013 | Cynthia L Pollick | 0.10 | Correspondence with Patti attaching exhibit will be using. |
| 04/29/2013 | Cynthia L Pollick | 0.20 | Correspondence with Patti regarding filings. |
| 04/30/2013 | Cynthia L Pollick | 4.60 | Travel to and from Wilkinsport for pretrial conference. |
| 04/30/2013 | Cynthia L Pollick | 4.30 | Appearance at pretrial conference included pre and post meetings with clients |
| 04/30/2013 | Cynthia L Pollick | 0.50 | Preparation of Motion to Strike untimely MIL's and filing of the same. |
| 04/30/2013 | Cynthia L Pollick | 0.10 | TC from Kathy of Judge Brann's chambers regarding exhibit books in Young. |
| 04/30/2013 | Cynthia L Pollick | 0.10 | TC with consultant advising trial postponed. |
| 04/30/2013 | Cynthia L Pollick | 1.80 | Additional legal research for BIO to MIL on closing statements. |
| 04/30/2013 | Cynthia L Pollick | 0.60 | Discussion with LA regarding pretrial. |
| 04/30/2013 | Cynthia L Pollick | 0.10 | Correspondence from PI regarding subpoena pickup. |
| 04/30/2013 | Cynthia L Pollick | 0.10 | Correspondence with OP's regarding striking MIL's. |
| 05/01/2013 | Cynthia L Pollick | 0.10 | Correspondence with witness (DY) regarding trial time. |
| 05/01/2013 | Cynthia L Pollick | 0.10 | Correspondence from witness (DY) advising date is OK. |
| 05/01/2013 | Cynthia L Pollick | 0.10 | Correspondence from OP regarding concurrence – Smith. |
| 05/01/2013 | Cynthia L Pollick | 0.10 | Correspondence from OP PVSD advising concur. |
| 05/01/2013 | Cynthia L Pollick | 0.10 | Correspondence with OP regarding non-concurrence – Smith |
| 05/01/2013 | Cynthia L Pollick | 0.10 | Correspondence with OP's advising filing motion to strike. |
| 05/01/2013 | Cynthia L Pollick | 0.10 | Correspondence from Kathy regarding exhibits. |
| 05/01/2013 | Cynthia L Pollick | 0.10 | Correspondence with kathy thanking her. |
| 05/01/2013 | Cynthia L Pollick | 0.10 | Correspondence with PI regarding pickup. |
| 05/01/2013 | Cynthia L Pollick | 0.10 | Correspondence from PI particulars. |
| 05/02/2013 | Cynthia L Pollick | 0.50 | Preparation of Brief in Support of Motion to Strike and filing the same. |
| 05/02/2013 | Cynthia L Pollick | 0.40 | Review of OP's Brief in Support of MIL 75-82. |
| 05/02/2013 | Cynthia L Pollick | 0.70 | Review of OP's Brief in Support of MIL on Relsman. |
| 05/02/2013 | Cynthia L Pollick | 0.10 | Receipt and review of Order granting page extension. |
| 05/02/2013 | Cynthia L Pollick | 0.70 | Receipt and review of Order allowing SJ. |
| 05/03/2011 | Cynthia L Pollick | 0.30 | Receipt and review of Order moving trial to July and issuing other orders. |
| 05/03/2013 | Cynthia L Pollick | 0.10 | Correspondence with Patti regarding order. |
| 05/03/2013 | Cynthia L Pollick | 1.50 | Additional preparation of BIO to 7th MIL, and supplemental authority. |
| 05/03/2013 | Cynthia L Pollick | 0.10 | Correspondence returning email. |
| 05/03/2013 | Cynthia L Pollick | 0.30 | Receipt of OP's BIO to all about the money. |
| 05/03/2013 | Cynthia L Pollick | 0.20 | Receipt of OP's answer to MIL all about the money. |
| 05/03/2013 | Cynthia L Pollick | 0.20 | Receipt of OP's answer to MIL on Dragan. |
| 05/05/2013 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding Meagan. |
| 05/05/2013 | Cynthia L Pollick | 0.10 | Correspondence with Patti advising keep the faith and will talk with her after trial. |
| 05/06/2013 | Cynthia L Pollick | 0.20 | Receipt and review of OP's Motion for Leave. |
| 05/06/2013 | Cynthia L Pollick | 0.10 | TC from OP regarding case. |
| 05/06/2013 | Cynthia L Pollick | 0.10 | Correspondence from OP regarding motion for leave. |
| 05/06/2013 | Cynthia L Pollick | 1.50 | Receipt and review of PVSD Motion for SJ Brief, exhibits. |
| 05/06/2013 | Cynthia L Pollick | 0.50 | Receipt and review of Smith's MSJ. |
| 05/07/2013 | Cynthia L Pollick | 0.10 | TC from OP regarding case. |
| 05/07/2013 | Cynthia L Pollick | 0.10 | Correspondence with OP advising will call when get out of trial. |
| 05/07/2013 | Cynthia L Pollick | 0.00 | Correspondence from OP thanking me. |
| 05/07/2013 | Cynthia L Pollick | 0.10 | Correspondence from PI regarding subpoenas. |
| 05/07/2013 | Cynthia L Pollick | 0.10 | Correspondence with PI advising at front desk. |
| 05/10/2013 | Cynthia L Pollick | 0.20 | TC with OP regarding case. |
| 05/10/2013 | Cynthia L Pollick | 0.20 | TC from OP regarding settlement. |
| 05/10/2013 | Cynthia L Pollick | 0.40 | Review of OP's MSJ – Crass. |
| 05/10/2013 | Cynthia L Pollick | 0.80 | Receipt and review of OP's BIO to MIL on Dragan. |
| 05/10/2013 | Cynthia L Pollick | 0.10 | TC from Patti regarding case. |
| 05/10/2013 | Cynthia L Pollick | 0.40 | TC with Patti regarding case. |
| 05/10/2013 | Cynthia L Pollick | 0.40 | Receipt and review of OP's Brief in Support of Leave - PVSD |
| 05/10/2013 | Cynthia L Pollick | 0.30 | Receipt and review of OP's Motion for Leave. |
| 05/10/2013 | Cynthia L Pollick | 0.10 | Correspondence from PI advising served subpoenas. |
| 05/10/2013 | Cynthia L Pollick | 0.10 | Correspondence with PI thanking him. |

**Exhibit A**

12:36 PM
06/11/16

**EMPLOY LAW OFFICES OF C L POLLICK**
**Time by Job Detail**
October 4, 2011 through June 27, 2016

| Date | Name | Duration | Notes |
|------|------|----------|-------|
| 05/10/2013 | Cynthia L Pollick | 0.30 | Review of PI's return of affidavits for service of subpoenas. |
| 05/11/2013 | Cynthia L Pollick | 0.50 | Receipt of OP's Statement of Facts. |
| 05/15/2013 | Cynthia L Pollick | 1.00 | Additional preparation of BIO to MLS and filing of the same. |
| 05/15/2013 | Cynthia L Pollick | 0.70 | Receipt and review of OP's concise statement of facts - Smith. |
| 05/15/2013 | Cynthia L Pollick | 0.20 | Review of affidavits of service from PI. |
| 05/15/2013 | Cynthia L Pollick | 0.80 | Receipt and review of OP's concise statement of facts - PVSD. |
| 05/15/2013 | Cynthia L Pollick | 0.30 | Review of OP's Motion for Leave - PVSD. |
| 05/15/2013 | Cynthia L Pollick | 0.30 | Review of OP's Brief in Support of Motion for Leave - PVSD. |
| 05/15/2013 | Cynthia L Pollick | 0.90 | Review of OP's Brief in Support of MSJ - Smith. |
| 05/17/2013 | Cynthia L Pollick | 0.50 | Receipt of OP's BIO to MLS |
| 05/17/2013 | Cynthia L Pollick | 0.20 | Receipt of OP's Reply to MLS. |
| 05/20/2013 | Cynthia L Pollick | 7.40 | Additional preparation of BIO to MSJ - Smith, including preparation of affidavit |
| 05/20/2013 | Cynthia L Pollick | 0.10 | Correspondence from Meagan regarding info. |
| 05/20/2013 | Cynthia L Pollick | 0.10 | Correspondence with Meagan advising hope to have affdt by wednesday. |
| 05/21/2013 | Cynthia L Pollick | 5.40 | Additional preparation of BIO to MSJ - Smith, including preparation of affidavit. |
| 05/21/2013 | Cynthia L Pollick | 1.60 | Preparation of BIO to PVSD motion for leave to file SJ. |
| 05/21/2013 | Cynthia L Pollick | 0.10 | Correspondence with Meagan regarding email address |
| 05/21/2013 | Cynthia L Pollick | 0.10 | Correspondence from Meagan regarding email. |
| 05/21/2013 | Cynthia L Pollick | 0.10 | Correspondence from OP advising no objection. |
| 05/21/2013 | Cynthia L Pollick | 0.10 | Correspondence with OPs regarding word extension. |
| 05/21/2013 | Cynthia L Pollick | 0.10 | Correspondence with Meagan regarding affidavit. |
| 05/21/2013 | Cynthia L Pollick | 0.10 | Correspondence from Meagan advising she will review |
| 05/21/2013 | Cynthia L Pollick | 0.10 | Correspondence from Meagan asking her to take her time. |
| 05/21/2013 | Cynthia L Pollick | 0.30 | Preparation of Motion for Extension and Order, and filing of the same. |
| 05/21/2013 | Cynthia L Pollick | 0.10 | Correspondence with Meagan regarding affidavit. |
| 05/21/2013 | Cynthia L Pollick | 0.10 | Correspondence from Meagan advising will review. |
| 05/21/2013 | Cynthia L Pollick | 0.10 | Correspondence with Meagan advising no rush. |
| 05/21/2013 | Cynthia L Pollick | 0.10 | Correspondence from Meagan regarding revisions. |
| 05/21/2013 | Cynthia L Pollick | 0.10 | Correspondence with Meagan advising send clean copy. |
| 05/21/2013 | Cynthia L Pollick | 0.10 | Correspondence from Meagan regarding changes. |
| 05/22/2013 | Cynthia L Pollick | 0.50 | TC with Meagan regarding affidavit. |
| 05/22/2013 | Cynthia L Pollick | 0.30 | Receipt and review of Meagan's changes to affidavit |
| 05/22/2013 | Cynthia L Pollick | 0.10 | Correspondence from Meagan regarding fax number. |
| 05/22/2013 | Cynthia L Pollick | 0.10 | Correspondence with Meagan regarding fax #. |
| 05/22/2013 | Cynthia L Pollick | 0.10 | Correspondence from Meagan regarding scanned copy. |
| 05/22/2013 | Cynthia L Pollick | 0.10 | Correspondence with Meagan regarding copies. |
| 05/22/2013 | Cynthia L Pollick | 0.10 | Correspondence with Meagan regarding scanned copy. |
| 05/22/2013 | Cynthia L Pollick | 0.10 | Correspondence from email service didn't make it. |
| 05/22/2013 | Cynthia L Pollick | 0.10 | Receipt and review of Order granting extension. |
| 05/22/2013 | Cynthia L Pollick | 0.20 | Receipt and review of Order denying motion for leave to file SJ. |
| 05/22/2013 | Cynthia L Pollick | 0.10 | Correspondence with Meagan regarding revised affidavit. |
| 05/22/2013 | Cynthia L Pollick | 0.10 | Correspondence from Patil regarding more info on case related to Smith. |
| 05/22/2013 | Cynthia L Pollick | 0.10 | Correspondence with Patil advising OK. |
| 05/22/2013 | Cynthia L Pollick | 0.10 | Correspondence with Meagan regarding error message. |
| 05/23/2013 | Cynthia L Pollick | 5.30 | Additional preparation of Statement of Facts in Dispute. |
| 05/23/2013 | Cynthia L Pollick | 0.10 | Correspondence from Patil regarding info on PV. |
| 05/23/2013 | Cynthia L Pollick | 0.10 | Correspondence with Patil advising I will look into it. |
| 05/23/2013 | Cynthia L Pollick | 0.40 | Legal research on PV and Grass. |
| 05/23/2013 | Cynthia L Pollick | 0.10 | Correspondence from Patil regarding info. |
| 05/23/2013 | Cynthia L Pollick | 0.50 | Finalizing and filing of BIO to MSJ - 2nd one. |
| 05/23/2013 | Cynthia L Pollick | 0.50 | Reviewed CDs for transfer along with documents for upcoming trial. |
| 05/28/2013 | Cynthia L Pollick | 0.10 | Correspondence from Patil about witness (TC). |
| 05/28/2013 | Cynthia L Pollick | 0.10 | Correspondence with Patil advising PI served him. |
| 05/28/2013 | Cynthia L Pollick | 0.10 | Correspondence with Patil advising did not speak with witness (TC). |
| 05/28/2013 | Cynthia L Pollick | 0.10 | Correspondence from Patil regarding more info on witness (TC) |
| 05/28/2013 | Cynthia L Pollick | 0.10 | Correspondence with Patil advising OK. |
| 05/29/2013 | Cynthia L Pollick | 0.10 | Correspondence from Patil requesting update. |
| 05/29/2013 | Cynthia L Pollick | 0.10 | Correspondence with Patil giving her status update. |
| 05/29/2013 | Cynthia L Pollick | 0.10 | Correspondence from Patil regarding thoughts. |
| 05/29/2013 | Cynthia L Pollick | 0.10 | Correspondence with Patil giving more info. |
| 06/04/2013 | Cynthia L Pollick | 0.50 | TC with Patil regarding case update. |
| 06/05/2013 | Cynthia L Pollick | 0.10 | TC from PM regarding case. |
| 06/06/2013 | Cynthia L Pollick | 0.10 | TC with PM regarding case is moved until 7/22. |
| 06/10/2013 | Cynthia L Pollick | 0.10 | Correspondence from OP regarding jury instructions. |
| 06/12/2013 | Cynthia L Pollick | 0.10 | Correspondence from Patil advising of surgery change. |
| 06/12/2013 | Cynthia L Pollick | 0.10 | Correspondence with Patil advising OK. |
| 06/14/2013 | Cynthia L Pollick | 1.00 | Preparation and filing of Witness List. |
| 06/19/2013 | Cynthia L Pollick | 0.10 | TC from OP regarding video. |
| 06/20/2013 | Cynthia L Pollick | 0.10 | TC from OP regarding video and VM. |
| 06/20/2013 | Cynthia L Pollick | 0.10 | Correspondence from OP regarding Dolmas. |
| 06/22/2013 | Cynthia L Pollick | 0.40 | Preparation of Motion for PO and filing of the same. |
| 06/22/2013 | Cynthia L Pollick | 0.10 | Preparation of Order on PO. |
| 06/22/2013 | Cynthia L Pollick | 0.50 | Preparation of Brief in Support of Motion for PO and filing the same. |
| 06/22/2013 | Cynthia L Pollick | 0.10 | Correspondence with OPs regarding PO. |
| 06/22/2013 | Cynthia L Pollick | 0.10 | Correspondence from OP regarding motion. |
| 06/22/2013 | Cynthia L Pollick | 0.10 | Correspondence with OP advising he insisted on video depo. |
| 06/22/2013 | Cynthia L Pollick | 0.20 | Review of OP's witness list - PVSD. |
| 06/22/2013 | Cynthia L Pollick | 0.20 | Review of OP's witness list - Smith. |

Page 11

**Exhibit A**

**430**

12:36 PM
07/17/16

**EMPLOY LAW OFFICES OF C L POLLICK**
**Time by Job Detail**
October 4, 2011 through June 27, 2016

| Date | Name | Duration | Notes |
|------|------|----------|-------|
| 06/22/2013 | Cynthia L Pollick | 0.30 | Review of OP's Motion to Strike Affidavit. |
| 06/22/2013 | Cynthia L Pollick | 0.70 | Review of Smith OP's Reply Brief. |
| 06/22/2013 | Cynthia L Pollick | 0.50 | Review of OP's Brief in Support of MTS. |
| 06/25/2013 | Cynthia L Pollick | 0.70 | Correspondence from Fruend regarding letter to witness KB |
| 06/25/2013 | Cynthia L Pollick | 0.20 | Correspondence from Fruend regarding letter to witness Dr. Polk. |
| 06/25/2013 | Cynthia L Pollick | 0.20 | Correspondence from Fruend regarding letter to witness AF. |
| 06/25/2013 | Cynthia L Pollick | 0.20 | Correspondence from Fruend regarding letter to witness JG. |
| 06/26/2013 | Cynthia L Pollick | 0.40 | TC from Patti seeking update. |
| 06/26/2013 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding Delmas. |
| 06/26/2013 | Cynthia L Pollick | 0.10 | Correspondence with Patti advising OK. |
| 06/26/2013 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding case |
| 06/26/2013 | Cynthia L Pollick | 0.10 | Correspondence with Patti advising call me. |
| 06/27/2013 | Cynthia L Pollick | 0.30 | Correspondence from OP regarding Delmas along with subpoena. |
| 06/27/2013 | Cynthia L Pollick | 0.10 | Correspondence from VE regarding subpoena for AD. |
| 06/27/2013 | Cynthia L Pollick | 0.20 | Correspondence from GS regarding case. |
| 06/27/2013 | Cynthia L Pollick | 0.20 | Review of subpoena for KD by Fruend. |
| 06/29/2013 | Cynthia L Pollick | 0.50 | Review of OP BIO to Motion for FO. |
| 06/29/2013 | Cynthia L Pollick | 0.60 | Preparation of Reply Brief to Defendants' BIO and filing of the same. |
| 06/30/2013 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding pastor's time. |
| 06/30/2013 | Cynthia L Pollick | 0.10 | Correspondence with Patti will be calling him on wednesday. |
| 07/01/2013 | Cynthia L Pollick | 0.10 | TC with Patti regarding addresses. |
| 07/01/2013 | Cynthia L Pollick | 0.20 | Preparation of subpoena for witness (DrP). |
| 07/01/2013 | Cynthia L Pollick | 0.20 | Preparation of subpoena for witness (JP). |
| 07/01/2013 | Cynthia L Pollick | 0.20 | Preparation of subpoena for witness (AM). |
| 07/01/2013 | Cynthia L Pollick | 2.00 | Additional preparation of BIO to Motion to Strike and filing the same. |
| 07/01/2013 | Cynthia L Pollick | 0.20 | Correspondence with witness (Dr. P) regarding subpoena. |
| 07/01/2013 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding address witness KV |
| 07/01/2013 | Cynthia L Pollick | 0.40 | Review of subpoena by Ginsborg along with Notice of Deposition at Fruend's office. |
| 07/02/2013 | Cynthia L Pollick | 0.40 | TC from Patti regarding case update |
| 07/02/2013 | Cynthia L Pollick | 0.10 | Correspondence with Patti thanking her for info |
| 07/02/2013 | Cynthia L Pollick | 0.10 | Correspondence with Patti regarding Order. |
| 07/02/2013 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding case status. |
| 07/03/2013 | Cynthia L Pollick | 0.10 | TC from KM regarding case. |
| 07/03/2013 | Cynthia L Pollick | 0.10 | TC from KM regarding case - 2nd. |
| 07/03/2013 | Cynthia L Pollick | 0.10 | TC with KM advising 7/12 is OK. |
| 07/03/2013 | Cynthia L Pollick | 0.10 | Correspondence with Patti regarding latest order. |
| 07/03/2013 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding thoughts |
| 07/03/2013 | Cynthia L Pollick | 0.10 | Correspondence with Patti regarding case status. |
| 07/03/2013 | Cynthia L Pollick | 0.10 | Correspondence with PI regarding service on Smith. |
| 07/03/2013 | Cynthia L Pollick | 0.10 | Correspondence from PI advising will pick up today. |
| 07/03/2013 | Cynthia L Pollick | 0.10 | Correspondence with PI thanking him. |
| 07/03/2013 | Cynthia L Pollick | 0.10 | Receipt and review of Order scheduling TC. |
| 07/03/2013 | Cynthia L Pollick | 0.10 | Correspondence with Patti advising my thoughts. |
| 07/04/2013 | Cynthia L Pollick | 0.10 | Correspondence from KM regarding pretrial call. |
| 07/04/2013 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding testimony. |
| 07/05/2013 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding more info on Smith. |
| 07/05/2013 | Cynthia L Pollick | 0.10 | Correspondence with Patti thanking her for help. |
| 07/08/2013 | Cynthia L Pollick | 4.00 | Preparation for trial included reviewing testimony questions on Gross and Smith, reviewed witness 1 |
| 07/08/2013 | Cynthia L Pollick | 0.10 | Correspondence from OP regarding add'l exhibit. |
| 07/08/2013 | Cynthia L Pollick | 0.10 | Correspondence from OP regarding new exhibit. |
| 07/08/2013 | Cynthia L Pollick | 0.10 | Correspondence with OP regarding new exhibit. |
| 07/08/2013 | Cynthia L Pollick | 0.10 | Correspondence from OP trying to explain m.o. |
| 07/08/2013 | Cynthia L Pollick | 0.10 | Correspondence with OP advising I still have to look at it. |
| 07/08/2013 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding information on witness |
| 07/09/2013 | Cynthia L Pollick | 0.10 | Correspondence with PI regarding address for OK. |
| 07/09/2013 | Cynthia L Pollick | 0.10 | TC from Atty Shelby regarding subpoena. |
| 07/09/2013 | Cynthia L Pollick | 0.20 | Correspondence with Judge regarding TC. |
| 07/09/2013 | Cynthia L Pollick | 4.00 | Preparation for trial included reviewing testimony questions for witnesses DrP, BB, DY, CG, PY, DY |
| 07/09/2013 | Cynthia L Pollick | 0.10 | Correspondence from Atty Shelby regarding length of testimony. |
| 07/09/2013 | Cynthia L Pollick | 0.10 | Correspondence with Atty Shelby advising status of case. |
| 07/09/2013 | Cynthia L Pollick | 0.10 | Correspondence from Atty Shelby regarding witness info |
| 07/09/2013 | Cynthia L Pollick | 0.10 | Correspondence with Atty Shelby advising info from last trial. |
| 07/09/2013 | Cynthia L Pollick | 0.20 | Correspondence from OP regarding subpoena on KD. |
| 07/09/2013 | Cynthia L Pollick | 0.20 | Receipt and review of subpoena for KD. |
| 07/10/2013 | Cynthia L Pollick | 0.10 | Correspondence with OP advising not sure if I got 1st page of new exhibit. |
| 07/10/2013 | Cynthia L Pollick | 0.10 | Correspondence from OP advising has more issues. |
| 07/10/2013 | Cynthia L Pollick | 0.10 | Correspondence with OP advising should have raised them at pre-pretrial conference. |
| 07/10/2013 | Cynthia L Pollick | 0.20 | Receipt and review of affidavits of service for witnesses from PI. |
| 07/10/2013 | Cynthia L Pollick | 0.10 | Correspondence from VE regarding case. |
| 07/10/2013 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding exhibit list. |
| 07/10/2013 | Cynthia L Pollick | 0.10 | Correspondence with Patti regarding order. |
| 07/10/2013 | Cynthia L Pollick | 0.10 | Correspondence from PI regarding Smith. |
| 07/10/2013 | Cynthia L Pollick | 0.10 | Correspondence with PI thanking h m. |
| 07/11/2013 | Cynthia L Pollick | 0.20 | Correspondence from OP regarding pretrial conference. |
| 07/12/2013 | Cynthia L Pollick | 0.10 | TC from Judge's chambers regarding Fruend. |
| 07/12/2013 | Cynthia L Pollick | 0.10 | TC with Kathy regarding OP. |
| 07/11/2013 | Cynthia L Pollick | 0.10 | Correspondence from OP regarding exhibits. |
| 07/11/2013 | Cynthia L Pollick | 0.10 | Correspondence with Smith OP advising position. |

Page 12

**Exhibit A**

**431**

12:36 PM
07/11/16

EMPLOY LAW OFFICES OF C L POLLICK
## Time by Job Detail
October 4, 2011 through June 27, 2016

| Date | Name | Duration | Notes |
|------|------|----------|-------|
| 07/11/2013 | Cynthia L Pollick | 0.10 | Correspondence from OP advising his reply. |
| 07/11/2013 | Cynthia L Pollick | 0.10 | Correspondence from OP advising info on TC |
| 07/11/2013 | Cynthia L Pollick | 0.10 | Correspondence with OP advising don't have time to organize TC at this late juncture. |
| 07/11/2013 | Cynthia L Pollick | 0.10 | Correspondence from OP advising wants me to have a 4 way TC. |
| 07/11/2013 | Cynthia L Pollick | 0.10 | Correspondence from OP advising can't handle 4 way and too late to call outside firm |
| 07/11/2013 | Cynthia L Pollick | 0.10 | Correspondence from OP advising wants to be connected via cell phone. |
| 07/11/2013 | Cynthia L Pollick | 0.10 | Correspondence with OP advising I don't have capabilities and too late to organize 4 way. |
| 07/11/2013 | Cynthia L Pollick | 0.10 | Correspondence with OP advising that wished he had given me more than 24 hr notice to accommodate h |
| 07/11/2013 | Cynthia L Pollick | 0.10 | Correspondence from OP regarding DVDs. |
| 07/11/2013 | Cynthia L Pollick | 0.10 | Correspondence with OP advising have zero time. |
| 07/11/2013 | Cynthia L Pollick | 0.10 | Correspondence from Patil regarding order. |
| 07/11/2013 | Cynthia L Pollick | 0.10 | Correspondence with Patil giving her my thoughts. |
| 07/12/2013 | Cynthia L Pollick | 3.00 | Preparation of electronic version of exhibits. |
| 07/12/2013 | Cynthia L Pollick | 0.10 | TC with Kathy regarding OP. |
| 07/12/2013 | Cynthia L Pollick | 0.40 | TC with OP, Judge regarding case. |
| 07/12/2013 | Cynthia L Pollick | 0.60 | TC from OP regarding videos. |
| 07/12/2013 | Cynthia L Pollick | 0.20 | Correspondence from OP regarding case. |
| 07/12/2013 | Cynthia L Pollick | 0.10 | Correspondence from OP regarding fax attempt. |
| 07/12/2013 | Cynthia L Pollick | 0.10 | TC from PH regarding case |
| 07/12/2013 | Cynthia L Pollick | 0.10 | Correspondence with OP regarding cell number. |
| 07/12/2013 | Cynthia L Pollick | 0.10 | Correspondence from OP advising wants to talk about DVDs. |
| 07/12/2013 | Cynthia L Pollick | 0.10 | Correspondence from OP regarding TC. |
| 07/12/2013 | Cynthia L Pollick | 0.10 | Correspondence with OP summarizing my understanding. |
| 07/12/2013 | Cynthia L Pollick | 0.20 | Correspondence from OP regarding no addl monies paid to Dr. Dragon. |
| 07/13/2013 | Cynthia L Pollick | 0.10 | Correspondence from OP regarding TC. |
| 07/13/2013 | Cynthia L Pollick | 0.10 | Correspondence with OP advising 4:30 pm. |
| 07/13/2013 | Cynthia L Pollick | 0.10 | Correspondence from OP advising OK. |
| 07/16/2013 | Cynthia L Pollick | 0.20 | Correspondence from OP regarding Dalmas |
| 07/16/2013 | Cynthia L Pollick | 0.10 | Correspondence from Shelby regarding Dr. Pedone. |
| 07/16/2013 | Cynthia L Pollick | 0.10 | Correspondence with Shelby advising in trial, but will call when out |
| 07/16/2013 | Cynthia L Pollick | 0.20 | Correspondence from OP regarding letter to Judge. |
| 07/16/2013 | Cynthia L Pollick | 0.10 | Correspondence with Patil regarding Dr. P. |
| 07/16/2013 | Cynthia L Pollick | 0.10 | Correspondence with OP regarding Dalmas & fees. |
| 07/16/2013 | Cynthia L Pollick | 0.10 | Correspondence from OP regarding case. |
| 07/16/2013 | Cynthia L Pollick | 0.10 | TC from witness (TC) regarding subpoena. |
| 07/16/2013 | Cynthia L Pollick | 0.10 | Correspondence from Patil regarding thoughts on Dr. P. |
| 07/16/2013 | Cynthia L Pollick | 0.10 | Correspondence with Patil OK. |
| 07/17/2013 | Cynthia L Pollick | 0.10 | TC from Patil regarding case status. |
| 07/17/2013 | Cynthia L Pollick | 0.25 | TC from witness (TC) regarding subpoena |
| 07/17/2013 | Cynthia L Pollick | 1.00 | Travel to and from Scranton to hand off ubs to IT. |
| 07/17/2013 | Cynthia L Pollick | 0.20 | TC from Kathleen regarding issues with videos. |
| 07/17/2013 | Cynthia L Pollick | 0.50 | Receipt and review Shelby's Motion to Quash and Brief in Support. |
| 07/17/2013 | Cynthia L Pollick | 0.20 | Correspondence from Atty Shelby regarding motion to quash. |
| 07/17/2013 | Cynthia L Pollick | 0.10 | Correspondence from OP regarding needing to talk. |
| 07/17/2013 | Cynthia L Pollick | 0.10 | Correspondence with OP advising call me tomorrow. |
| 07/17/2013 | Cynthia L Pollick | 0.10 | Correspondence from OP OK. |
| 07/17/2013 | Cynthia L Pollick | 0.10 | Correspondence from MS of Shelby's office. |
| 07/17/2013 | Cynthia L Pollick | 0.10 | Correspondence from Craig regarding pentagon papers. |
| 07/17/2013 | Cynthia L Pollick | 0.10 | Correspondence with Craig advising I'm out of trial, call. |
| 07/17/2013 | Cynthia L Pollick | 0.10 | Correspondence from Craig cell he call at 5 pm. |
| 07/17/2013 | Cynthia L Pollick | 0.10 | Correspondence from Craig regarding Dalmas. |
| 07/17/2013 | Cynthia L Pollick | 0.10 | Correspondence from OP regarding exhibit 26. |
| 07/17/2013 | Cynthia L Pollick | 0.10 | Correspondence with OP advising in office tomorrow w. |
| 07/17/2013 | Cynthia L Pollick | 0.10 | Correspondence from Craig advising will call in am. |
| 07/18/2013 | Cynthia L Pollick | 0.30 | Receipt of OP's MIL on HE. |
| 07/18/2013 | Cynthia L Pollick | 0.70 | Review of OP's Brief in Support of MIL. |
| 07/18/2013 | Cynthia L Pollick | 0.20 | Correspondence from OP regarding Dalmas - 2nd one. |
| 07/18/2013 | Cynthia L Pollick | 0.20 | Correspondence with Judge regarding OP's issues. |
| 07/18/2013 | Cynthia L Pollick | 3.00 | Preparation for trial. |
| 07/18/2013 | Cynthia L Pollick | 0.10 | Correspondence from OP regarding expert fee. |
| 07/18/2013 | Cynthia L Pollick | 0.10 | Correspondence with Patil regarding fee. |
| 07/18/2013 | Cynthia L Pollick | 0.10 | Correspondence from Patil regarding her thoughts. |
| 07/18/2013 | Cynthia L Pollick | 0.10 | Correspondence from Patil regarding case - 2d. |
| 07/18/2013 | Cynthia L Pollick | 0.10 | Correspondence with Patil advising thoughts. |
| 07/18/2013 | Cynthia L Pollick | 0.10 | Correspondence from OP regarding expert. |
| 07/18/2013 | Cynthia L Pollick | 0.10 | Correspondence with Patil regarding expert fee - 2d. |
| 07/18/2013 | Cynthia L Pollick | 0.10 | Correspondence from Patil regarding fee - 3d. |
| 07/18/2013 | Cynthia L Pollick | 0.10 | Correspondence with Patil advising more thoughts. |
| 07/19/2013 | Cynthia L Pollick | 0.10 | TC from Atty Shelby advising reading in testimony. |
| 07/19/2013 | Cynthia L Pollick | 2.00 | Preparation for trial included organized files. |
| 07/19/2013 | Cynthia L Pollick | 0.10 | Correspondence from OP regarding Dalmas. |
| 07/19/2013 | Cynthia L Pollick | 0.10 | Receipt of Order granting motion to quash. |
| 07/19/2013 | Cynthia L Pollick | 0.10 | Correspondence with Patil regarding complaint. |
| 07/19/2013 | Cynthia L Pollick | 0.10 | Correspondence from Patil regarding trial. |
| 07/19/2013 | Cynthia L Pollick | 9.00 | Preparation for trial. |
| 07/19/2013 | Cynthia L Pollick | 0.10 | Correspondence from Patil regarding case update. |
| 07/19/2013 | Cynthia L Pollick | 0.10 | Correspondence from Patil regarding info - 3d. |
| 07/19/2013 | Cynthia L Pollick | 0.20 | Receipt of OP's Reading of deposition transcript |

Page 13

## Exhibit A

**432**

12:36 PM
07/11/16

**EMPLOY LAW OFFICES OF C L POLLICK**
**Time by Job Detail**
October 4, 2011 through June 27, 2016

| Date | Name | Duration | Notes |
|---|---|---|---|
| 07/19/2013 | Cynthia L Pollick | 0.10 | Correspondence with OP regarcing authenticity of video. |
| 07/19/2013 | Cynthia L Pollick | 0.10 | Correspondence from OP advising OK. |
| 07/20/2013 | Cynthia L Pollick | 10.80 | Preparation for trial included reviewing and finalizing testimony for BS, MY, CS, LW, etc, reviewed |
| 07/21/2013 | Cynthia L Pollick | 12.40 | Preparation for trial included review testimony, travel to hotel, organization of prep info for trial, m |
| 07/22/2013 | Cynthia L Pollick | 12.50 | Appearance at trial along with pre and post meetings with clients and prep work. |
| 07/22/2013 | Cynthia L Pollick | 2.00 | Post trial prep work for next day. |
| 07/22/2013 | Cynthia L Pollick | 0.40 | TC with LA - Barb about trial |
| 07/22/2013 | Cynthia L Pollick | 0.70 | TC with LA - Nancy about trial. |
| 07/22/2013 | Cynthia L Pollick | 0.10 | Correspondence from OP regaring BS. |
| 07/23/2013 | Cynthia L Pollick | 10.00 | Appearance at trial along with pre and post meetings with clients and prep work in between. |
| 07/23/2013 | Cynthia L Pollick | 1.00 | Preparation for trial pre trial day work. |
| 07/23/2013 | Cynthia L Pollick | 2.60 | Post trial prep work for next day. |
| 07/23/2013 | Cynthia L Pollick | 0.80 | TC with LA regarding trial events. |
| 07/24/2013 | Cynthia L Pollick | 11.00 | Appearance at trial along with pre and post meetings with clients, in between work. |
| 07/24/2013 | Cynthia L Pollick | 2.00 | Post trial prep work for next day. |
| 07/24/2013 | Cynthia L Pollick | 0.10 | Correspondence from OP requesting additional jury instructions. |
| 07/24/2013 | Cynthia L Pollick | 0.10 | Correspondence from OP regarding case. |
| 07/25/2013 | Cynthia L Pollick | 11.00 | Appearance at trial along with pre and post meetings with clients. |
| 07/26/2013 | Cynthia L Pollick | 6.50 | Appearance at trial including travel back and emplying car as well as p amn, al and p’st discussio |
| 07/26/2013 | Cynthia L Pollick | 0.10 | TC from KA regarding case. |
| 07/26/2013 | Cynthia L Pollick | 0.10 | Receipt of court reporters Notice of Proceedings (day 5). |
| 07/26/2013 | Cynthia L Pollick | 0.10 | Receipt of court reporters Notice of Proceedings (charge conference) |
| 07/26/2013 | Cynthia L Pollick | 0.10 | Receipt of court reporters Notice of Proceedings (day 4). |
| 07/26/2013 | Cynthia L Pollick | 0.10 | Receipt of court reporters Notice of Proceedings (day 3). |
| 07/26/2013 | Cynthia L Pollick | 0.10 | Receipt of court reporters Notice of Proceedings (day 2). |
| 07/26/2013 | Cynthia L Pollick | 0.10 | Receipt of court reporters Notice of Proceedings (day 1) |
| 07/26/2013 | Cynthia L Pollick | 0.10 | Receipt of court reporters Notice of Proceedings (jury selection). |
| 07/26/2013 | Cynthia L Pollick | 0.10 | Receipt of docket entry unredacted jury verdict. |
| 07/26/2013 | Cynthia L Pollick | 0.10 | Receipt of letter on exhibits from Ginsburg. |
| 07/26/2013 | Cynthia L Pollick | 0.10 | Receipt of letter on exhibits from L edn. |
| 07/26/2013 | Cynthia L Pollick | 0.10 | Receipt of letter on our exhibits docketed with court. |
| 07/26/2013 | Cynthia L Pollick | 0.10 | Receipt of Judgment in defendants favor. |
| 07/26/2013 | Cynthia L Pollick | 0.10 | Receipt of Order granting BS motion to strike. |
| 07/26/2013 | Cynthia L Pollick | 0.10 | Receipt of Order denying as moction Mr. |
| 07/26/2013 | Cynthia L Pollick | 0.10 | Receipt of Order denying motion as a matter of law. |
| 07/26/2013 | Cynthia L Pollick | 0.10 | Receipt and review of OP’s Brief in Support of Rule 60. |
| 07/26/2013 | Cynthia L Pollick | 0.20 | Receipt and review of OP’s Rule 60 filed with court. |
| 07/29/2013 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding pastor. |
| 07/29/2013 | Cynthia L Pollick | 0.10 | Correspondence with Patti advising thoughts. |
| 07/30/2013 | Cynthia L Pollick | 0.10 | Receipt of docket entry on jury instructions. |
| 08/01/2013 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding case. |
| 08/20/2013 | Cynthia L Pollick | 0.10 | Correspondence from Tim regarding invoice. |
| 08/20/2013 | Cynthia L Pollick | 0.10 | Correspondence from Tim advising invoice will be emailed. |
| 08/20/2013 | Cynthia L Pollick | 0.20 | Correspondence from Tim along with invoice for IT services. |
| 08/20/2013 | Cynthia L Pollick | 0.10 | Correspondence with Tim regarding invoice. |
| 08/21/2013 | Cynthia L Pollick | 0.10 | Correspondence from Tim regarding invoice. |
| 08/17/2013 | Cynthia L Pollick | 0.10 | Correspondence from Tim regarding email. |
| 08/23/2013 | Cynthia L Pollick | 0.60 | Preparation, finalization, and filing on ECF Notice of Appeal. |
| 08/23/2013 | Cynthia L Pollick | 0.10 | Receipt of notice of appeal filing. |
| 08/23/2013 | Cynthia L Pollick | 0.10 | Correspondence with Patti regarding filing |
| 08/23/2013 | Cynthia L Pollick | 0.10 | Correspondence from Patti advising thoughts. |
| 08/28/2013 | Cynthia L Pollick | 0.10 | Correspondence with LF regarding transcript. |
| 08/28/2013 | Cynthia L Pollick | 0.10 | Correspondence from LF advising issue. |
| 08/28/2013 | Cynthia L Pollick | 0.10 | Correspondence from LF advising will get out. |
| 08/28/2013 | Cynthia L Pollick | 0.10 | Correspondence with LF advising no rush just filed appeal |
| 09/03/2013 | Cynthia L Pollick | 0.10 | Receipt and review of Order assigning case manager. |
| 09/03/2013 | Cynthia L Pollick | 0.10 | Receipt and review of docket entry record available |
| 09/03/2013 | Cynthia L Pollick | 0.20 | Correspondence from 3d Cir regarding forms. |
| 09/03/2013 | Cynthia L Pollick | 0.10 | Receipt of payment. |
| 08/06/2013 | Cynthia L Pollick | 0.10 | Correspondence from LF regarding spelling. |
| 08/06/2013 | Cynthia L Pollick | 0.10 | Correspondence with LF advising name. |
| 01/06/2013 | Cynthia L Pollick | 0.10 | Receipt and review of OP - Smith's Entry of Appearance. |
| 09/06/2013 | Cynthia L Pollick | 0.10 | Receipt and review OP - Levin's Entry of Appearance |
| 08/06/2013 | Cynthia L Pollick | 0.10 | Receipt and review OP - Ginsburg's Entry of Appearance. |
| 09/16/2013 | Cynthia L Pollick | 0.40 | Preparation and filing on ECF system concise statement of facts. |
| 09/16/2013 | Cynthia L Pollick | 0.30 | Preparation of Corp Disclosure form and filing of the same |
| 08/16/2013 | Cynthia L Pollick | 0.30 | Preparation of Entry of Appearance form and filing the same. |
| 09/16/2013 | Cynthia L Pollick | 0.30 | Preparation of TPO form and filing of the same. |
| 09/16/2013 | Cynthia L Pollick | 0.30 | Preparation of Civil Appeal Info form and filing of the same. |
| 09/17/2013 | Cynthia L Pollick | 0.10 | Receipt and review of Order requiring transcript by 10.21.13 |
| 09/30/2013 | Cynthia L Pollick | 0.10 | Correspondence from LF regarding transcript. |
| 09/30/2013 | Cynthia L Pollick | 0.10 | Correspondence with LF advising will find spelling. |
| 10/00/2013 | Cynthia L Pollick | 0.10 | Correspondence from LF advising take time. |
| 10/04/2013 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding Smith. |
| 10/07/2013 | Cynthia L Pollick | 0.10 | Correspondence with LF advising correct spelling of names. |
| 10/07/2013 | Cynthia L Pollick | 0.30 | Correspondence from LF thanking me for help |
| 10/07/2013 | Cynthia L Pollick | 0.10 | Correspondence with Patti requesting correct spelling |
| 10/17/2013 | Cynthia L Pollick | 0.10 | Correspondence from Patti advising correct spelling. |

Page 14

**Exhibit A**

12:38 PM
07/11/16

EMPLOY LAW OFFICES OF C L POLLICK
Time by Job Detail
October 4, 2011 through June 27, 2016

| Date | Name | Duration | Notes |
|---|---|---|---|
| 10/07/2013 | Cynthia L Pollick | 0.10 | Correspondence with Patti thanking her. |
| 10/21/2013 | Cynthia L Pollick | 0.10 | Receipt of docket entry filing of transcript - day one. |
| 10/21/2013 | Cynthia L Pollick | 0.10 | Receipt of docket entry filing of transcript - day two. |
| 10/21/2013 | Cynthia L Pollick | 0.10 | Receipt of docket entry filing of transcript - day three. |
| 10/21/2013 | Cynthia L Pollick | 0.10 | Receipt of docket entry filing of transcript - day four. |
| 10/21/2013 | Cynthia L Pollick | 0.10 | Receipt of docket entry filing of transcript - day one. |
| 10/21/2013 | Cynthia L Pollick | 0.10 | Receipt of docket entry filing of transcript - jury selection. |
| 10/21/2013 | Cynthia L Pollick | 0.10 | Correspondence from LF advising re: I want smaller pay mail. |
| 10/21/2013 | Cynthia L Pollick | 0.10 | Correspondence with LF advising both if I can. |
| 10/22/2013 | Cynthia L Pollick | 0.10 | Receipt of briefing schedule. |
| 10/22/2013 | Cynthia L Pollick | 0.10 | Receipt of court reporters xcx. |
| 10/22/2013 | Cynthia L Pollick | 0.10 | Correspondence from LF regarding transcript. |
| 10/23/2013 | Cynthia L Pollick | 0.10 | Correspondence with LF thanking her. |
| 10/24/2013 | Cynthia L Pollick | 0.30 | Correspondence from FW regarding appeal. |
| 10/25/2013 | Cynthia L Pollick | 0.20 | Correspondence with OPs regarding appendix. |
| 10/25/2013 | Cynthia L Pollick | 0.60 | Created pdf of docket and reviewed for inclusion in Appendix. |
| 10/25/2013 | Cynthia L Pollick | 0.10 | Correspondence with Patti regarding transcripts. |
| 10/25/2013 | Cynthia L Pollick | 0.10 | Correspondence from Patti with questions. |
| 10/25/2013 | Cynthia L Pollick | 0.10 | Correspondence with Patti giving my thoughts. |
| 10/25/2013 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding OK. |
| 10/25/2013 | Cynthia L Pollick | 0.10 | Correspondence from Lori advising out hard copy of transcript. |
| 10/25/2013 | Cynthia L Pollick | 0.10 | Correspondence with Lori thanking her. |
| 10/25/2013 | Cynthia L Pollick | 0.10 | Correspondence with Patti regarding invoice. |
| 10/25/2013 | Cynthia L Pollick | 0.20 | Correspondence with Patti attaching transcripts. |
| 10/25/2013 | Cynthia L Pollick | 0.10 | Correspondence with Patti advising he/she problems will email again later. |
| 10/25/2013 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding status. |
| 10/25/2013 | Cynthia L Pollick | 0.10 | Correspondence with Patti advising what they can expect. |
| 10/25/2013 | Cynthia L Pollick | 0.20 | Correspondence with Patti regarding remaining transcripts. |
| 10/31/2013 | Cynthia L Pollick | 0.20 | Correspondence from Wright on appeal. |
| 10/30/2013 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding Freund. |
| 11/01/2013 | Cynthia L Pollick | 0.20 | Correspondence from OPs regarding appendix. |
| 11/01/2013 | Cynthia L Pollick | 0.10 | Correspondence from VE regarding appendix. |
| 11/08/2013 | Cynthia L Pollick | 3.00 | Preparation of Appendix and legal research for 3d Cir Brief. |
| 11/08/2013 | Cynthia L Pollick | 0.10 | Correspondence with Patti regarding appeal costs. |
| 11/08/2013 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding costs. |
| 11/08/2013 | Cynthia L Pollick | 0.10 | Correspondence with Patti regarding estimated cost - 2d. |
| 11/09/2013 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding thoughts. |
| 11/11/2013 | Cynthia L Pollick | 2.00 | Additional preparation of voluminous appendix, including exhibits and table of contents. |
| 11/14/2013 | Cynthia L Pollick | 0.50 | Preparation of Motion for Extension and filing. |
| 11/15/2013 | Cynthia L Pollick | 0.10 | TC from OP inquiring if I will consent to extension. |
| 11/15/2013 | Cynthia L Pollick | 0.20 | Correspondence from OP consenting to extension. |
| 11/19/2013 | Cynthia L Pollick | 0.10 | Receipt of Order granting motion. |
| 11/21/2013 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding Freund. |
| 11/30/2013 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding case update. |
| 11/30/2013 | Cynthia L Pollick | 0.10 | Correspondence with Patti regarding brief schedule. |
| 12/01/2013 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding phones. |
| 12/01/2013 | Cynthia L Pollick | 0.10 | Correspondence with Patti advising OK. |
| 12/02/2013 | Cynthia L Pollick | 3.00 | Additional preparation of 3d Cir Brief. |
| 12/03/2013 | Cynthia L Pollick | 3.50 | Additional preparation of 3d Cir Brief. |
| 12/05/2013 | Cynthia L Pollick | 0.10 | Correspondence from OP requesting extension |
| 12/05/2013 | Cynthia L Pollick | 0.10 | Correspondence with OP advising concur. |
| 12/05/2013 | Cynthia L Pollick | 0.10 | Correspondence from OP thanking me. |
| 12/06/2013 | Cynthia L Pollick | 0.30 | Receipt and review of unopposed OP motion for extension. |
| 12/09/2013 | Cynthia L Pollick | 5.00 | Additional preparation of 3d Cir Brief. |
| 12/10/2013 | Cynthia L Pollick | 5.00 | Additional preparation of 3d Cir Brief. |
| 12/10/2013 | Cynthia L Pollick | 0.30 | Preparation of Motion for Word extension. |
| 12/10/2013 | Cynthia L Pollick | 0.10 | Correspondence from OP advising he concurs. |
| 12/11/2013 | Cynthia L Pollick | 0.10 | TC from OP regarding case. |
| 12/11/2013 | Cynthia L Pollick | 0.10 | TC with OP regarding call. |
| 12/11/2013 | Cynthia L Pollick | 0.10 | TC from OP confirming receipt of email. |
| 12/11/2013 | Cynthia L Pollick | 0.40 | Preparation of Certificate of Concurrence and filing the same |
| 12/11/2013 | Cynthia L Pollick | 0.10 | Correspondence from OP requesting extene on - Smith |
| 12/11/2013 | Cynthia L Pollick | 0.10 | Correspondence with OP advising no objection. |
| 12/11/2013 | Cynthia L Pollick | 0.10 | Correspondence from OP thanking me. |
| 12/11/2013 | Cynthia L Pollick | 0.10 | Receipt of docket entry resending my filing. |
| 12/11/2013 | Cynthia L Pollick | 0.10 | Receipt of text order 14 day extension for brief. |
| 12/11/2013 | Cynthia L Pollick | 0.10 | Receipt of text order granting OP 14 day extension. |
| 12/11/2013 | Cynthia L Pollick | 6.30 | Additional preparation of 3d Cir Brief. |
| 12/12/2013 | Cynthia L Pollick | 0.50 | Additional preparation of 3d Cir Brief. |
| 12/16/2013 | Cynthia L Pollick | 0.40 | TC from Patti regarding case status. |
| 12/17/2013 | Cynthia L Pollick | 0.40 | Additional preparation of 3d Cir Brief. |
| 12/18/2013 | Cynthia L Pollick | 0.20 | Revised Appellant Brief. |
| Total 2013 Professional Services | | 353.70 | |

2013 Professional Services:2013 Lawyer LR

| 05/13/2013 | 2013 Lawyer LR | 0.75 | Legal research for BIO to Smith's SJ. |
|---|---|---|---|
| 05/14/2013 | 2013 Lawyer LR | 2.00 | Legal research for BIO to Smith's SJ. |
| 05/15/2013 | 2013 Lawyer LR | 1.00 | Legal research for BIO to Smith's SJ. |

Exhibit A

434

12:38 PM
07/11/16

EMPLOY LAW OFFICES OF C L POLLICK
Time by Job Detail
October 4, 2011 through June 27, 2016

| Date | Name | Duration | Notes |
|---|---|---|---|
| 05/16/2013 | 2013 Lawyer LR | 1.50 | Preparation of BIO to Sm ith's SJ. |
| 05/16/2013 | 2013 Lawyer LR | 2.00 | Preparation of BIO to Smith's SJ. |
| 05/17/2013 | 2013 Lawyer LR | 1.75 | Preparation of BIO to Smith's SJ. |
| 05/21/2013 | 2013 Lawyer LR | 0.75 | Legal research in preparation for BIO to PVSD MSJ |
| 05/22/2013 | 2013 Lawyer LR | 2.50 | Legal research in preparation for BIO to PVSD MSJ |
| Total 2013 Professional Services:20 .. | | 12.25 | |

2013 Professional Services:2013 Legal Assistant

| Date | Name | Duration | Notes |
|---|---|---|---|
| 01/10/2013 | Legal Assistant | 4.00 | Additional preparation of deposit on summary on Smith. |
| 01/11/2013 | Legal Assistant | 2.00 | Preparation of Trial Testimony Summary - Grass |
| 01/12/2013 | Legal Assistant | 0.30 | Preparation of Trial Testimony Summary - Keller. |
| 01/12/2013 | Legal Assistant | 0.60 | Preparation of Trial Testimony Summary - Saba. |
| 01/12/2013 | Legal Assistant | 0.05 | Preparation of Trial Testimony Summary - Detective |
| 01/21/2013 | Legal Assistant | 1.00 | Preparation of Trial Testimony Summary - Meagan Young. |
| 01/21/2013 | Legal Assistant | 1.00 | Preparation of Trial Testimony Summary - Patricia Young |
| 01/22/2013 | Legal Assistant | 1.50 | Preparation of Trial Testimony Summary - Patricia Young. |
| 01/22/2013 | Legal Assistant | 4.00 | Preparation of Trial Testimony Summary West, Mehl, Yozviak, Seiler, Woytrich, Kinaga, Pedota, Y |
| 01/23/2013 | Legal Assistant | 5.00 | Preparation of Trial Testimony Summary Fadule, Bennett, Vainags, Polansko, Pullo, Dalmus. |
| 02/11/2013 | Legal Assistant | 0.20 | TC with phone co to arrange conference/call. |
| 02/11/2013 | Legal Assistant | 0.10 | TC to confirm conference call. |
| 02/12/2013 | Legal Assistant | 0.40 | Travel to and from PO to mail copies of CDs. |
| 02/13/2013 | Legal Assistant | 0.10 | TC with conference on change Figonds #. |
| 02/25/2013 | Legal Assistant | 0.50 | Research on hotels by courthouse. |
| 03/27/2013 | Legal Assistant | 4.00 | Reviewed file to organize for trial. |
| 04/01/2013 | Legal Assistant | 4.00 | Preparation of exhibits for trial |
| 04/02/2013 | Legal Assistant | 1.00 | Preparation of exh bits for trial |
| 04/02/2013 | Legal Assistant | 2.60 | Preparation of trial binders |
| 04/02/2013 | Legal Assistant | 1.50 | Preparation of trial questions for witness (GB). |
| 04/03/2013 | Legal Assistant | 3.00 | Preparation of trial questions for witness (RS). |
| 04/03/2013 | Legal Assistant | 0.20 | Prepared excel sheet of witnesses and times |
| 04/08/2013 | Legal Assistant | 7.30 | Travel to and from Monroe county to serve subpoenas on DB, JG, SK, RS, SS, DW, PW. |
| 04/08/2013 | Legal Assistant | 0.50 | Reviewed briefs to check changes. |
| 04/08/2013 | Legal Assistant | 4.60 | Additional copies of Trial Binders. |
| 04/09/2013 | Legal Assistant | 1.50 | Preparation of trial questions for BB. |
| 04/10/2013 | Legal Assistant | 2.00 | Preparation of trial questions for BS. |
| 04/15/2013 | Legal Assistant | 2.00 | Additional preparation of Trial Binders |
| 04/16/2013 | Legal Assistant | 3.00 | Additional preparation of Trial Binders. |
| 04/17/2013 | Legal Assistant | 0.60 | Travel to and from PO to mail new exhibits. |
| 04/22/2013 | Legal Assistant | 4.00 | Additional preparation and organization of Trial Binders. |
| 04/23/2013 | Legal Assistant | 5.00 | Reviewed jury instructions for differences and changes - OP's. |
| 04/23/2013 | Legal Assistant | 0.60 | Research on school board meeting. |
| 04/24/2013 | Legal Assistant | 2.50 | Additional review of jury instructions for differences and changes - OP's. |
| 04/29/2013 | Legal Assistant | 1.00 | Additional preparation for Trial Binders. |
| 04/29/2013 | Legal Assistant | 3.50 | Review of jury instructions. |
| 04/30/2013 | Legal Assistant | 5.50 | Preparation of trial questions from last trial. |
| 05/01/2013 | Legal Assistant | 2.00 | Preparation of trial questions from last trial. |
| 05/01/2013 | Legal Assistant | 4.00 | Service of subpoenas (DB, JG, SK, RS, SS). |
| 05/16/2013 | Legal Assistant | 3.00 | Preparation of trial questions from last trial - SK. |
| 05/20/2013 | Legal Assistant | 1.90 | Additional preparation of trial questions from former trial testimony - SK. |
| 05/21/2013 | Legal Assistant | 0.90 | Additional preparation of trial questions from former trial testimony SK. |
| 05/21/2013 | Legal Assistant | 0.50 | Additional preparation of trial questions from former trial testimony - Dr. P. |
| 05/21/2013 | Legal Assistant | 3.60 | Additional preparation of trial questions from former trial testimony - BY. |
| 05/21/2013 | Legal Assistant | 0.40 | Preparation of table of authorities. |
| 05/22/2013 | Legal Assistant | 3.00 | Additional preparation of trial questions from former trial testimony - BY. |
| 05/28/2013 | Legal Assistant | 1.30 | Preparation of trial questions for witness (BY) |
| 05/28/2013 | Legal Assistant | 1.50 | Preparation of trial questions for witness (AF). |
| 05/28/2013 | Legal Assistant | 0.80 | Preparation of trial questions for witness (BB). |
| 05/28/2013 | Legal Assistant | 1.00 | Preparation of trial questions for witness (KV). |
| 05/28/2013 | Legal Assistant | 1.00 | Preparation of trial questions for witness (JP). |
| 05/28/2013 | Legal Assistant | 5.00 | Preparation of trial questions for witness (FP). |
| 05/29/2013 | Legal Assistant | 1.60 | Preparation of trial questions for witness (KD). |
| 06/03/2013 | Legal Assistant | 7.00 | Additional preparation of trial questions using former trial testimony - KD. |
| 06/03/2013 | Legal Assistant | 4.00 | Additional preparation of trial questions using former trial testimony - RS. |
| 06/03/2013 | Legal Assistant | 0.40 | Preparation of Motion for Sanctions. |
| 06/04/2013 | Legal Assistant | 1.50 | Additional preparation of trial questions using former trial testimony - BS. |
| 06/04/2013 | Legal Assistant | 2.00 | Additional preparation of trial questions using former trial testimony - JG. |
| 06/05/2013 | Legal Assistant | 1.50 | Additional preparation of trial questions using former trial testimony - BS. |
| 06/05/2013 | Legal Assistant | 4.00 | Additional preparation of trial questions using former trial testimony - RS. |
| 06/10/2013 | Legal Assistant | 3.50 | Preparation of trial questions for witness (BS). |
| 06/10/2013 | Legal Assistant | 1.00 | Preparation of trial questions for witness (JG). |
| 06/11/2013 | Legal Assistant | 3.50 | Preparation of trial questions for witness (JG). |
| 06/12/2013 | Legal Assistant | 1.00 | Preparation of trial questions for witness (JG). |
| 06/17/2013 | Legal Assistant | 9.00 | Preparation of trial questions from last trial - JG. |
| 06/18/2013 | Legal Assistant | 0.80 | Preparation of trial questions from last trial - DB. |
| 06/18/2013 | Legal Assistant | 1.00 | Preparation of trial questions from last trial - BS. |
| 06/19/2013 | Legal Assistant | 0.60 | Preparation of trial questions from last trial - CK. |
| 06/10/2013 | Legal Assistant | 1.50 | Preparation of trial questions from last trial - CS. |
| 06/10/2013 | Legal Assistant | 3.00 | Preparation of trial questions from last trial - WB. |

Page 16

Exhibit A

435

12:38 PM
07/11/16

**EMPLOY LAW OFFICES OF C L POLLICK**
**Time by Job Detail**
October 4, 2011 through June 27, 2016

| Date | Name | Duration | Notes |
|------|------|----------|-------|
| 06/19/2013 | Legal Assistant | 1.50 | Preparation of trial questions from last trial - MY. |
| 06/19/2013 | Legal Assistant | 5.00 | Preparation of trial questions from last trial - PY. |
| 06/24/2013 | Legal Assistant | 1.50 | Preparation of trial questions from last trial - EM. |
| 06/24/2013 | Legal Assistant | 1.00 | Preparation of trial questions from last trial - DY. |
| 06/24/2013 | Legal Assistant | 0.50 | Preparation of trial questions from last trial - RS. |
| 06/24/2013 | Legal Assistant | 0.30 | Preparation of trial questions from last trial - PW |
| 06/25/2013 | Legal Assistant | 0.50 | Preparation of trial questions from last trial - SK. |
| 07/02/2013 | Legal Assistant | 0.40 | Reviewed witnesses times for trial |
| 07/02/2013 | Legal Assistant | 3.00 | Additional preparation of trial questions from last trial. |
| 07/08/2013 | Legal Assistant | 0.10 | TC with witness regarding trial. |
| 07/09/2013 | Legal Assistant | 0.50 | Reviewed Defendants' exhibit binder for trial. |
| 07/12/2013 | Legal Assistant | 0.50 | Travel to and from Fed Ex. |
| 07/17/2013 | Legal Assistant | 3.50 | Additional preparation and finalization of Trial Binders. |
| 07/19/2013 | Legal Assistant | 1.00 | Loaded files into truck for Williamsport trial. |
| 07/19/2013 | Legal Assistant | 0.30 | Preparation of copies of exhibit for use at trial |
| 07/26/2013 | Legal Assistant | 1.00 | Unpacked truck after trial |
| 07/29/2013 | Legal Assistant | 2.00 | Reviewed file to secure documents for appeal. |
| 08/05/2013 | Legal Assistant | 1.00 | Organized boxes from trial |
| 11/11/2013 | Legal Assistant | 2.00 | Reviewed Appellant Appendix. |
| 11/11/2013 | Legal Assistant | 1.00 | Travel to and from PDQ on Appendix. |
| 11/11/2013 | Legal Assistant | 4.50 | Preparation of Trial II summary of Drags. |
| 11/15/2013 | Legal Assistant | 7.00 | Preparation of Trial II summary of Cross. |
| 11/18/2013 | Legal Assistant | 1.00 | Travel to and from PDQ for add volumes. |
| 11/18/2013 | Legal Assistant | 2.50 | Preparation of Trial Summary 2013 - Gloss. |
| 11/18/2013 | Legal Assistant | 1.00 | Preparation of Trial Summary 2013 - Thomann. |
| 11/18/2013 | Legal Assistant | 1.30 | Preparation of Trial Summary 2013 - M Young. |
| 11/19/2013 | Legal Assistant | 2.00 | Preparation of Trial Summary 2013 - M Young. |
| 11/19/2013 | Legal Assistant | 1.50 | Preparation of Trial Summary 2013 - Saba. |
| 11/19/2013 | Legal Assistant | 0.50 | Preparation of Trial Summary 2013 - Padena. |
| 11/19/2013 | Legal Assistant | 0.50 | Preparation of Trial Summary 2013 - Yozwiak. |
| 11/19/2013 | Legal Assistant | 0.50 | Preparation of Trial Summary 2013 - West. |
| 11/19/2013 | Legal Assistant | 2.00 | Preparation of Trial Summary 2012 - P Young. |
| 11/20/2013 | Legal Assistant | 1.50 | Preparation of Trial Summary 2013 - P Young. |
| 11/20/2013 | Legal Assistant | 3.00 | Preparation of Trial Summary 2013 - Smith. |
| 11/20/2013 | Legal Assistant | 0.50 | Preparation of Trial Summary 2013 - Mellol |
| 11/20/2013 | Legal Assistant | 0.50 | Preparation of Trial Summary 2013 - Pullo. |
| 11/20/2013 | Legal Assistant | 1.50 | Preparation of Trial Summary 2013 - B Young |
| 11/25/2013 | Legal Assistant | 2.00 | Additional preparation of Trial Summary 2013 - B Young. |
| 11/25/2013 | Legal Assistant | 0.00 | Preparation of Trial Summary 2013 - Belei. |
| 11/25/2013 | Legal Assistant | 0.90 | Preparation of Trial Summary 2013 - Verhage. |
| 11/25/2013 | Legal Assistant | 0.30 | Preparation of Trial Summary 2013 - Kreage. |
| 11/25/2013 | Legal Assistant | 0.50 | Preparation of Trial Summary 2013 - Bennett. |
| 11/25/2013 | Legal Assistant | 0.30 | Preparation of Trial Summary 2013 - Keller. |
| 11/25/2013 | Legal Assistant | 0.50 | Preparation of Trial Summary 2013 - Palanzke. |
| 11/25/2013 | Legal Assistant | 1.30 | Preparation of Trial Summary 2013 - Dalman. |
| 11/26/2013 | Legal Assistant | 0.50 | Preparation of table of authorities. |
| 11/27/2013 | Legal Assistant | 1.30 | Preparation of table of authorities. |
| 11/27/2013 | Legal Assistant | 4.00 | Reviewed and finalized trial testimony summaries. |
| 12/09/2013 | Legal Assistant | 3.50 | Reviewed brief for accuracy on citations in fact section. |
| 12/10/2013 | Legal Assistant | 1.00 | Reviewed brief for accuracy on citations in fact section. |
| 12/11/2013 | Legal Assistant | 0.30 | Reviewed brief for accuracy on citations in fact section. |
| 12/11/2013 | Legal Assistant | 3.50 | Preparation of fact section from exhibit. |
| 12/16/2013 | Legal Assistant | 1.50 | Additional preparation of fact section for 3d Cir brief. |
| 12/16/2013 | Legal Assistant | 2.85 | Additional preparation of Table of Authorities. |
| 12/17/2013 | Legal Assistant | 5.50 | Additional preparation of Table of Authorities. |
| 12/18/2013 | Legal Assistant | 0.50 | Additional preparation of fact section for 3d Cir brief. |
| 12/18/2013 | Legal Assistant | 0.50 | Additional preparation of Table of Authorities. |
| | Total 2013 Professional Services:20... | 243.70 | |

2013 Professional Services:2013 Legal Researcher/Writer

| | | | |
|------|------|------|------|
| 04/09/2013 | Legal Researcher/... | 3.00 | Preparation of BIO to MIL. |
| 04/10/2013 | Legal Researcher/... | 2.50 | Preparation of BIO to MIL - Detective. |
| 04/10/2013 | Legal Researcher/. | 3.00 | Preparation of BIO to MIL - Images |
| 04/10/2013 | Legal Researcher/. | 2.00 | Preparation of BIO to MILs. |
| 04/11/2013 | Legal Researcher/... | 2.00 | Preparation of BIO to MIL - Detective. |
| 04/11/2013 | Legal Researcher/... | 2.00 | Preparation of BIO to MIL - Images |
| 04/11/2013 | Legal Researcher/... | 2.00 | Preparation of BIO to MILs. |
| 04/12/2013 | Legal Researcher/... | 2.50 | Preparation of BIO to MIL - Detective. |
| 04/12/2013 | Legal Researcher/... | 2.00 | Preparation of BIO to MIL - Images |
| 04/12/2013 | Legal Researcher/... | 2.25 | Preparation of BIO to MILs. |
| 04/15/2013 | Legal Researcher/... | 3.00 | Preparation of BIO to MIL - Kelsher. |
| 04/13/2013 | Legal Researcher/... | 2.00 | Preparation of BIO to MIL - Detective. |
| 04/14/2013 | Legal Researcher/... | 3.00 | Preparation of BIO to MIL - Kelsher. |
| 04/14/2013 | Legal Researcher/... | 1.00 | Preparation of BIO to MIL - Detective. |
| 04/14/2013 | Legal Researcher/... | 3.00 | Preparation of BIO to MIL - Images |
| 04/15/2013 | Legal Researcher/... | 8.00 | Additional preparation of BIO to MIL - Kelsher. |
| 04/15/2013 | Legal Researcher/... | 2.50 | Additional preparation of BIO to MILs. |
| 04/16/2013 | Legal Researcher/... | 4.50 | Additional preparation of BIO to MIL. (prior version). |

Page 17

# Exhibit A

**436**

12 36 PM
07/11/16

**EMPLOY LAW OFFICES OF C L POLLICK**
**Time by Job Detail**
October 4, 2011 through June 27, 2016

| Date | Name | Duration | Notes |
|---|---|---|---|
| 04/16/2013 | Legal Researcher/... | 2.00 | Additional preparation of BIO to MILs. |
| 04/17/2013 | Legal Researcher/... | 3.00 | Additional preparation of BIO to MK. (prior verdict). |
| 04/17/2013 | Legal Researcher/ | 2.00 | Additional preparation of BIO to MILs. |
| 04/18/2013 | Legal Researcher/... | 4.00 | Additional preparation of BIO to MIL (Polaznke). |
| 04/18/2013 | Legal Researcher/.. | 3.50 | Additional preparation of BIO to MIL (prior verdicts). |
| 04/18/2013 | Legal Researcher/... | 1.00 | Additional preparation of BIO to MI s. |
| 04/19/2013 | Legal Researcher/. | 4.00 | Additional preparation of MIL on/elimination. |
| 04/19/2013 | Legal Researcher/... | 3.00 | Additional preparation of BIO to MIL (Polaznko). |
| 04/19/2013 | Legal Researcher/... | 4.00 | Additional preparation of BIO to MIL (retaliation). |
| 04/20/2013 | Legal Researcher/... | 2.50 | Additional preparation of BIO to MIL on retaliation. |
| 04/20/2013 | Legal Researcher/... | 3.00 | Additional preparation of BIO to MIL (Polaznke). |
| 04/20/2013 | Legal Researcher/... | 2.50 | Additional preparation of BIO to MIL (retaliation). |
| 04/21/2013 | Legal Researcher/. | 2.50 | Additional preparation of BIO to MIL on retaliation. |
| 04/21/2013 | Legal Researcher/. | 2.50 | Additional preparation of BIO to MIL (retaliation). |
| 04/22/2013 | Legal Researcher/ | 2.25 | Preparation of BIO to Rule 50. |
| 04/22/2013 | Legal Researcher/.. | 3.00 | Additional preparation of BIO to MIL on retaliation. |
| 04/22/2013 | Legal Researcher/... | 4.00 | Additional preparation of BIO to MIL (educ harm). |
| 04/22/2013 | Legal Researcher/... | 3.00 | Additional preparation of BIO to MIL (retaliation). |
| 04/23/2013 | Legal Researcher/... | 1.50 | Preparation of BIO to Rule 50. |
| 04/23/2013 | Legal Researcher/... | 5.00 | Additional preparation of BIO to MIL (educ harm). |
| 04/23/2013 | Legal Researcher/... | 4.00 | Additional preparation of BIO to MIL (Dr. Pedone). |
| 04/24/2013 | Legal Researcher/... | 2.25 | Preparation of BIO to Rule 50. |
| 04/24/2013 | Legal Researcher/... | 4.00 | Additional preparation of BIO to MIL (educ harm). |
| 04/24/2013 | Legal Researcher/... | 2.00 | Additional preparation of BIO to MIL (Dr. Pedone). |
| 04/25/2013 | Legal Researcher/... | 2.25 | Preparation of BIO to Rule 50. |
| 04/25/2013 | Legal Researcher/... | 8.00 | Additional preparation of BIO to MIL (Dr. Pedone). |
| 04/25/2013 | Legal Researcher/... | 5.00 | Additional preparation of BIO to MIL (threats). |
| 04/26/2013 | Legal Researcher/... | 0.50 | Preparation of BIO to Rule 50. |
| 04/26/2013 | Legal Researcher/... | 5.00 | Additional preparation of BIO to MIL (threats). |
| 04/26/2013 | Legal Researcher/... | 0.75 | Preparation of Brief in Support of Motion for Sanctions. |
| 04/27/2013 | Legal Researcher/... | 4.00 | Additional preparation of BIO to MIL (questioning). |
| 04/27/2013 | Legal Researcher/. | 8.00 | Additional preparation of BIO to MIL (misconduct). |
| 04/28/2013 | Legal Researcher/... | 4.00 | Additional preparation of BIO to MIL (questioning). |
| 04/28/2013 | Legal Researcher/... | 8.00 | Additional preparation of BIO to MIL (misconduct). |
| 04/29/2013 | Legal Researcher/... | 2.00 | Additional preparation of Brief in Support of Motion for Sanctions. |
| 04/30/2013 | Legal Researcher/... | 2.00 | Additional preparation of Brief in Support of Motion for Sanctions. |
| 05/01/2013 | Legal Researcher/... | 1.00 | Additional preparation of Brief in Support of Motion for Sanctions. |
| 05/11/2013 | Legal Researcher/... | 4.00 | Preparation of BIO to MSJ, including research. |
| 05/12/2013 | Legal Researcher/... | 4.00 | Preparation of BIO to MSJ, including research |
| 05/10/2013 | Legal Researcher/... | 4.00 | Additional preparation of BIO to MSJ, including research. |
| 05/15/2013 | Legal Researcher/. | 2.00 | Additional preparation of BIO to MSJ, incuding research. |
| 05/15/2013 | Legal Researcher/... | 3.00 | Additional preparation of BIO to MSJ, including research. |
| 05/28/2013 | Legal Researcher/ | 2.50 | Additional preparation of BIO to MSJ, including research. |
| 05/27/2013 | Legal Researcher/ . | 4.50 | Additional preparation of BIO to MSJ, including research. |
| 05/28/2013 | Legal Researcher/ | 4.00 | Additional preparation of BIO to MSJ, including research. |
| 06/22/2013 | Legal Researcher/.. | 4.00 | Legal research on BIO to MTS |
| 08/24/2013 | Legal Researcher/... | 1.00 | Preparation of Brief in opposition to MTS. |
| 09/25/2013 | Legal Researcher/... | 4.00 | Preparation of 3d Cir Brief |
| 10/01/2013 | Legal Researcher/... | 2.00 | Additional preparation of 3d Cir Brief. |
| 10/02/2013 | Legal Researcher/... | 2.00 | Additional preparation of 3d Cir Brief. |
| 10/03/2013 | Legal Researcher/.. | 1.00 | Additional preparation of 3d Cir Brief. |
| 10/06/2013 | Legal Researcher/... | 2.00 | Additional preparation of 3d Cir Brief. |
| 10/09/2013 | Legal Researcher/... | 1.00 | Additional preparation of 3d Cir Brief. |
| 10/10/2013 | Legal Researcher/... | 4.00 | Additional preparation of 3d Cir Brief. |
| 10/11/2013 | Legal Researcher/... | 2.00 | Additional preparation of 3d Cir Brief |
| Total 2013 Professional Services.20... | | 218.25 | |

**2014 Professional Services**

| Date | Name | Duration | Notes |
|---|---|---|---|
| 01/14/2014 | Cynthia L Pollick | 0.10 | Correspondence from Patil regarding update on case |
| 01/14/2014 | Cynthia L Pollick | 0.10 | Correspondence with Patil advising nothing new. |
| 01/14/2014 | Cynthia L Pollick | 0.10 | Correspondence from Patil regarding her thoughts. |
| 01/14/2014 | Cynthia L Pollick | 0.10 | Correspondence with Patil regarding case. |
| 01/14/2014 | Cynthia L Pollick | 0.10 | Correspondence from Patil providing information on Msg. |
| 01/14/2014 | Cynthia L Pollick | 0.10 | Correspondence with Patil giving her my thoughts. |
| 02/25/2014 | Cynthia L Pollick | 0.10 | Correspondence from Patil regarding case status. |
| 02/25/2014 | Cynthia L Pollick | 0.10 | Correspondence with Patil giving her update. |
| 02/25/2014 | Cynthia L Pollick | 0.10 | Correspondence from Patil giving more info. |
| 02/25/2014 | Cynthia L Pollick | 0.10 | Correspondence with Patil giving her my thoughts. |
| 03/25/2014 | Cynthia L Pollick | 0.10 | Correspondence from Patil regarding Frusno. |
| 03/26/2014 | Cynthia L Pollick | 0.10 | Correspondence with Patil giving her my thoughts. |
| 04/08/2014 | Cynthia L Pollick | 0.50 | TC from Patil regarding case. |
| 04/23/2014 | Cynthia L Pollick | 0.10 | Receipt and review of order allowing extension. |
| 04/28/2014 | Cynthia L Pollick | 2.00 | Additional preparation of 3d Cir brief. |
| 04/28/2014 | Cynthia L Pollick | 0.10 | Correspondence with Patil advising brief is due on 5/Y. |
| 04/20/2014 | Cynthia L Pollick | 0.10 | Correspondence from Patil advising OK. |
| 04/20/2014 | Cynthia L Pollick | 4.00 | Additional preparation of 3d Cir brief. |
| 05/01/2014 | Cynthia L Pollick | 3.30 | Additional preparation of 3d Cir Brief .included table of contents, table of authorities, caption |
| 05/01/2014 | Cynthia L Pollick | 0.00 | Prepared pdf of brief for filing. |

Page 18

**Exhibit A**

437

12:36 PM
07/11/16

**EMPLOY LAW OFFICES OF C L POLLICK**
**Time by Job Detail**
October 4, 2011 through June 27, 2016

| Date | Name | Duration | Notes |
|---|---|---|---|
| 05/02/2014 | Cynthia L Pollick | 0.40 | Prepared DVD for filing. |
| 05/02/2014 | Cynthia L Pollick | 0.30 | Reviewed appeal brief. |
| 05/03/2014 | Cynthia L Pollick | 0.50 | Preparation of brief for mailing. |
| 05/07/2014 | Cynthia L Pollick | 0.70 | Finalization and filing 3d Cir Brief. |
| 05/07/2014 | Cynthia L Pollick | 0.20 | Correspondence with 3d Cir regarding filing. |
| 05/07/2014 | Cynthia L Pollick | 0.20 | Correspondence with 3d Cir regarding video. |
| 05/07/2014 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding case. |
| 05/07/2014 | Cynthia L Pollick | 0.10 | Correspondence with Patti attaching brief. |
| 05/07/2014 | Cynthia L Pollick | 0.10 | Correspondence from Patti after reading brief. |
| 05/07/2014 | Cynthia L Pollick | 0.10 | Correspondence with Patti giving thoughts. |
| 05/08/2014 | Cynthia L Pollick | 0.50 | Preparation of motion to view and filing of the same. |
| 05/08/2014 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding Meagan. |
| 05/08/2014 | Cynthia L Pollick | 0.10 | Correspondence with Patti giving her my thoughts. |
| 05/08/2013 | Cynthia L Pollick | 0.10 | Receipt of docket entry hard copies recd. |
| 05/09/2014 | Cynthia L Pollick | 0.10 | Receipt of docket entry append-x filed. |
| 05/09/2014 | Cynthia L Pollick | 0.10 | Correspondence from OP - CG regarding DDR notation. |
| 05/09/2014 | Cynthia L Pollick | 0.10 | Correspondence with OP advising have to do that because GDITT is electronically. |
| 05/09/2014 | Cynthia L Pollick | 0.10 | Correspondence from OP thanking me for providing answer. |
| 05/13/2014 | Cynthia L Pollick | 0.50 | TC from Patti regarding 3d Cir brief. |
| 05/15/2014 | Cynthia L Pollick | 0.10 | Receipt of docket notation accepting exhibit. |
| 05/15/2014 | Cynthia L Pollick | 0.10 | Receipt of Order advising video will be destroyed after 60 days. |
| 05/21/2014 | Cynthia L Pollick | 0.10 | TC from CG regarding supp appendix. |
| 05/27/2014 | Cynthia L Pollick | 0.10 | Receipt of paid invoice for printing. |
| 06/06/2014 | Cynthia L Pollick | 0.20 | Correspondence from OP - Ginsburg regarding 3d Cir brief. |
| 06/06/2014 | Cynthia L Pollick | 0.20 | Correspondence from OP - Keely regarding 3d Cir Brief. |
| 06/06/2014 | Cynthia L Pollick | 0.10 | Receipt and review of docket entry hard copy received. |
| 06/10/2014 | Cynthia L Pollick | 2.00 | Legal research for 3d Cir Reply Brief. |
| 06/10/2014 | Cynthia L Pollick | 0.90 | Reviewed OP's Appellee Brief - Smith. |
| 06/10/2014 | Cynthia L Pollick | 0.90 | Reviewed OP's Appellee Brief - PVSD. |
| 06/10/2014 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding briefs. |
| 06/10/2014 | Cynthia L Pollick | 0.10 | Correspondence with Patti giving her my thoughts. |
| 06/10/2014 | Cynthia L Pollick | 0.10 | Receipt of docket entry hard copy recd - Smith. |
| 06/11/2014 | Cynthia L Pollick | 5.50 | Preparation of 3d Cir Reply Brief, included additional legal research and prepare of document. |
| 06/11/2014 | Cynthia L Pollick | 0.40 | Preparation of 3d Cir Motion for Extension and filing the same. |
| 06/11/2014 | Cynthia L Pollick | 0.10 | Correspondence with OP regarding extension. |
| 06/11/2014 | Cynthia L Pollick | 0.10 | Correspondence from OP concurring. |
| 06/11/2014 | Cynthia L Pollick | 0.10 | Correspondence with OP - Smith regarding extension. |
| 06/12/2014 | Cynthia L Pollick | 5.50 | Preparation of 3d Cir Reply Brief, included additional legal research and prepare of document. |
| 06/12/2014 | Cynthia L Pollick | 0.10 | Receipt of text order approving 14 extension. |
| 06/16/2014 | Cynthia L Pollick | 1.20 | Additional preparation of 3d Cir Reply Brief. |
| 06/17/2014 | Cynthia L Pollick | 1.00 | Travel to and from Scranton courthouse to do legal research at law library. |
| 06/17/2014 | Cynthia L Pollick | 0.60 | Legal research on new trial. |
| 06/17/2014 | Cynthia L Pollick | 0.60 | Reviewed LR. |
| 06/17/2014 | Cynthia L Pollick | 0.20 | Entered dates unavailable for oral argument. |
| 06/17/2014 | Cynthia L Pollick | 0.10 | Receipt of docket entry listing dates OP not available. |
| 06/17/2014 | Cynthia L Pollick | 0.20 | Correspondence from 3d Cir regarding oral argument dates and review of dates. |
| 06/17/2014 | Cynthia L Pollick | 0.10 | Correspondence with Patti regarding oral argument update. |
| 06/17/2014 | Cynthia L Pollick | 0.10 | Correspondence from Patti giving her thoughts. |
| 06/18/2014 | Cynthia L Pollick | 2.70 | Additional preparation of 3d Cir Brief - included finalization, table of contents, certification. |
| 06/18/2014 | Cynthia L Pollick | 8.00 | Preparation of Reply Brief for PVSD, included legal research. |
| 06/19/2014 | Cynthia L Pollick | 1.00 | Additional preparation of 3d Cir Brief - included finalization, table of contents, certification. |
| 06/19/2014 | Cynthia L Pollick | 5.50 | Preparation of Reply Brief for PVSD, included legal research. |
| 06/19/2014 | Cynthia L Pollick | 0.10 | Receipt of docket entry unavailable dates for OP PVSD. |
| 06/20/2014 | Cynthia L Pollick | 5.50 | Additional preparation of PVSD Reply Brief, included legal research. |
| 06/20/2014 | Cynthia L Pollick | 1.00 | Travel to and from Scranton courthouse to do legal research at law library. |
| 06/23/2014 | Cynthia L Pollick | 0.30 | Filing of Reply Brief on ECF. |
| 06/23/2014 | Cynthia L Pollick | 0.40 | Organized brief for distribution. |
| 06/23/2014 | Cynthia L Pollick | 0.20 | Correspondence with 3d Cir regarding filing. |
| 06/23/2014 | Cynthia L Pollick | 0.60 | TC from Patti regarding case. |
| 06/23/2014 | Cynthia L Pollick | 0.10 | Receipt of docket entry text order. |
| 06/23/2014 | Cynthia L Pollick | 0.10 | Receipt of docket entry supplemental appendix. |
| 06/23/2014 | Cynthia L Pollick | 0.10 | Correspondence with Patti regarding Reply Brief. |
| 06/23/2014 | Cynthia L Pollick | 0.10 | Receipt of docket entry granting supplement. |
| 06/24/2014 | Cynthia L Pollick | 0.10 | Receipt of docket entry hard copies recd. |
| 06/24/2014 | Cynthia L Pollick | 0.10 | Correspondence from KD regarding surreply. |
| 06/24/2014 | Cynthia L Pollick | 0.10 | Correspondence with KD advising do not concur. |
| 06/24/2014 | Cynthia L Pollick | 4.40 | Additional preparation of 3d Cir Reply Brief PVSD. |
| 06/25/2014 | Cynthia L Pollick | 0.10 | Correspondence with KD advising that can't file surreply until court grants. |
| 06/25/2014 | Cynthia L Pollick | 0.10 | Correspondence from KD agreeing she can't file until motion granted. |
| 06/25/2014 | Cynthia L Pollick | 0.40 | Preparation and filing of Response to Motion to File Sur-reply Brief |
| 06/25/2014 | Cynthia L Pollick | 0.20 | Receipt and review of Smith's Motion for Surreply. |
| 06/25/2014 | Cynthia L Pollick | 0.10 | Correspondence with Patti regarding new filings. |
| 06/25/2014 | Cynthia L Pollick | 0.10 | Correspondence from Patti inquiring who wants surreply. |
| 06/25/2014 | Cynthia L Pollick | 0.10 | Correspondence with Patti advising OP = Smith. |
| 06/25/2014 | Cynthia L Pollick | 0.10 | Correspondence from Patti regarding surreply - 2nd. |
| 06/26/2014 | Cynthia L Pollick | 5.50 | Additional preparation of 3d Cir Reply Brief PVSD. |
| 06/27/2014 | Cynthia L Pollick | 1.00 | Additional preparation of 3d Cir Reply Brief PVSD. |
| 06/30/2014 | Cynthia L Pollick | 0.20 | Receipt and review of OP's concurrence. |

Page 10

**Exhibit A**

438

12:36 PM
07/11/16

# EMPLOY LAW OFFICES OF C L POLLICK
## Time by Job Detail
### October 4, 2011 through June 27, 2016

| Date | Name | Duration | Notes |
|---|---|---|---|
| 06/30/2014 | Cynthia L Pollick | 2.00 | Additional preparation and finalization of 3d Cir Reply Brief, including table of authorities, cont |
| 07/01/2014 | Cynthia L Pollick | 0.10 | Receipt and review of docket entry compliance by OP. |
| 07/02/2014 | Cynthia L Pollick | 0.20 | Correspondence with 3d Cir regarding Reply Brief. |
| 07/02/2014 | Cynthia L Pollick | 0.10 | Receipt of docket entry motion sent to merits committee |
| 07/03/2014 | Cynthia L Pollick | 0.10 | Receipt of Oral argument ack - Smith. |
| 07/03/2014 | Cynthia L Pollick | 0.10 | Receipt of Oral argument ack - PVGH. |
| 07/07/2014 | Cynthia L Pollick | 0.20 | Filed on ECF Reply Brief. |
| 07/07/2014 | Cynthia L Pollick | 0.30 | TC from Patil regarding case update |
| 07/07/2014 | Cynthia L Pollick | 0.10 | Correspondence with Patil regarding last brief. |
| 07/07/2014 | Cynthia L Pollick | 0.10 | Payment of printing invoices. |
| 07/07/2014 | Cynthia L Pollick | 0.30 | Organized costs to send to Patil for review. |
| 07/08/2014 | Cynthia L Pollick | 0.10 | Correspondence with Patil regarding reply brief |
| 07/08/2014 | Cynthia L Pollick | 0.10 | Correspondence with Patil regarding costs. |
| 07/08/2014 | Cynthia L Pollick | 0.10 | Correspondence from Patil regarding ink. |
| 07/08/2014 | Cynthia L Pollick | 0.10 | Correspondence with Patil regarding extra charges. |
| 07/08/2014 | Cynthia L Pollick | 0.10 | Correspondence from Patil regarding bis 3d |
| 07/08/2014 | Cynthia L Pollick | 0.10 | Receipt of docket entry hard copy received. |
| 07/08/2014 | Cynthia L Pollick | 0.20 | Correspondence from 3d Cir regarding oral argument. |
| 07/08/2014 | Cynthia L Pollick | 0.10 | Receipt of OP's oral argument ack - smith. |
| 07/08/2014 | Cynthia L Pollick | 0.10 | Receipt of OP's oral argument ack - PVGH. |
| 07/09/2014 | Cynthia L Pollick | 0.10 | Correspondence from Patil regarding brief |
| 07/09/2014 | Cynthia L Pollick | 0.10 | Correspondence with Patil providing thoughts. |
| 07/10/2014 | Cynthia L Pollick | 0.30 | Preparation and filing of oral argument ack. |
| 07/28/2014 | Cynthia L Pollick | 0.10 | Correspondence from Patil regarding status. |
| 07/28/2014 | Cynthia L Pollick | 0.10 | Correspondence with Patil providing update. |
| 07/28/2014 | Cynthia L Pollick | 0.10 | Correspondence from Patil giving her thoughts. |
| 09/01/2014 | Cynthia L Pollick | 0.10 | Correspondence from Patil regarding case |
| 09/01/2014 | Cynthia L Pollick | 0.10 | Correspondence with Patil giving thoughts. |
| 09/08/2014 | Cynthia L Pollick | 0.10 | Correspondence from Patil regarding case. |
| 09/08/2014 | Cynthia L Pollick | 0.10 | Correspondence with Patil giving thoughts. |
| 08/12/2014 | Cynthia L Pollick | 0.10 | Receipt of docket entry related to filing. |
| 09/12/2014 | Cynthia L Pollick | 0.10 | Receipt of docket entry quality control erroneous filing. |
| 09/15/2014 | Cynthia L Pollick | 0.10 | Correspondence from Patil regarding case. |
| 08/15/2014 | Cynthia L Pollick | 0.10 | Correspondence with Patil giving thoughts. |
| 08/22/2014 | Cynthia L Pollick | 0.60 | Preparation for Oral Argument. |
| 08/22/2014 | Cynthia L Pollick | 0.20 | Correspondence from 3d Cir regarding oral argument |
| 08/23/2014 | Cynthia L Pollick | 2.00 | Preparation for Oral Argument. |
| 08/24/2014 | Cynthia L Pollick | 0.10 | Correspondence from Patil regarding case. |
| 08/25/2014 | Cynthia L Pollick | 0.10 | Correspondence with Patil giving her my thoughts. |
| 08/28/2014 | Cynthia L Pollick | 0.10 | Receipt of division of time. |
| 09/28/2014 | Cynthia L Pollick | 0.80 | Additional preparation for oral argument. |
| 09/02/2014 | Cynthia L Pollick | 0.10 | Receipt of NOA on Collins. |
| 09/02/2014 | Cynthia L Pollick | 0.10 | Receipt of acknowledgment of argument. |
| 09/02/2014 | Cynthia L Pollick | 1.00 | Preparation for 3d Cir oral argument. |
| 09/03/2014 | Cynthia L Pollick | 1.00 | Legal research updating caselaw. |
| 09/03/2014 | Cynthia L Pollick | 0.10 | Receipt of docket entry on NOA. |
| 09/04/2014 | Cynthia L Pollick | 0.10 | Correspondence from Patil regarding case. |
| 09/05/2014 | Cynthia L Pollick | 1.00 | Preparation for 3d Cir oral argument. |
| 09/05/2014 | Cynthia L Pollick | 3.00 | Preparation for 3d Cir oral argument. |
| 09/08/2014 | Cynthia L Pollick | 8.00 | Additional preparation for oral argument |
| 09/08/2014 | Cynthia L Pollick | 3.00 | Travel to hotel for oral argument. |
| 09/09/2014 | Cynthia L Pollick | 4.80 | Appearance at oral argument included pre travel time and also bf and after argument meeting with cl |
| 09/09/2014 | Cynthia L Pollick | 2.60 | Travel from oral argument. |
| 09/09/2014 | Cynthia L Pollick | 0.20 | Correspondence from Patil regarding argument. |
| 09/09/2014 | Cynthia L Pollick | 0.10 | Correspondence with Patil thanking her for support. |
| 09/12/2014 | Cynthia L Pollick | 0.20 | TC from Joe T regarding mediation. |
| 09/12/2014 | Cynthia L Pollick | 1.00 | TC with Patil regarding case. |
| 09/14/2014 | Cynthia L Pollick | 0.10 | Correspondence from Patil regarding case. |
| 09/15/2014 | Cynthia L Pollick | 0.10 | Correspondence with Patil advising calling case in afternoon. |
| 09/15/2014 | Cynthia L Pollick | 0.90 | TC from DB regarding case |
| 09/15/2014 | Cynthia L Pollick | 0.30 | TC from JT regarding mediation. |
| 09/15/2014 | Cynthia L Pollick | 0.30 | TC with Patil regarding mediation. |
| 09/16/2014 | Cynthia L Pollick | 0.10 | Correspondence from Patil regarding case |
| 09/16/2014 | Cynthia L Pollick | 0.10 | Correspondence with Patil requesting TC. |
| 09/23/2014 | Cynthia L Pollick | 0.10 | TC from Patil regarding case. |
| 09/23/2014 | Cynthia L Pollick | 0.10 | TC from JT regarding mediation. |
| 09/24/2014 | Cynthia L Pollick | 0.10 | TC with JT advising will call later. |
| 09/24/2014 | Cynthia L Pollick | 0.10 | TC with Patil advising call me later. |
| 09/24/2014 | Cynthia L Pollick | 0.20 | TC with Patil regarding case. |
| 09/24/2014 | Cynthia L Pollick | 0.10 | Correspondence from Patil regarding case. |
| 09/24/2014 | Cynthia L Pollick | 0.10 | Correspondence with Patil regarding case. |
| 09/25/2014 | Cynthia L Pollick | 0.10 | TC with JT regarding mediation. |
| 09/26/2014 | Cynthia L Pollick | 0.30 | TC with Joe, BI regarding mediation. |
| 09/26/2014 | Cynthia L Pollick | 0.10 | Correspondence from Patil regarding TC. |
| 09/26/2014 | Cynthia L Pollick | 0.10 | Correspondence with Patil giving thoughts. |
| 10/07/2014 | Cynthia L Pollick | 0.10 | TC from Joe regarding case. |
| 10/07/2014 | Cynthia L Pollick | 0.40 | TC with Patil regarding case. |
| 10/08/2014 | Cynthia L Pollick | 0.10 | TC with Joe regarding case. |

Exhibit A

12:36 PM
5/11/16

**EMPLOY LAW OFFICES OF C L POLLICK**
**Time by Job Detail**
October 4, 2011 through June 27, 2016

| Date | Name | Duration | Notes |
|---|---|---|---|
| Total 2014 Professional Services | | 100.50 | |
| **2014 Professional Services:2014 Legal Assistant** | | | |
| 02/19/2014 | Legal Assistant | 2.00 | Preparation of table of authorities. |
| 07/01/2014 | Legal Assistant | 1.90 | Travel to and from PDQ to drop off brief, ended up having to come back for corrections. |
| 06/02/2014 | Legal Assistant | 0.30 | Reviewed PDQ brief binding. |
| 06/02/2014 | Legal Assistant | 0.60 | Organized brief for shipping. |
| 06/06/2014 | Legal Assistant | 0.90 | Travel to and from FedEx to ship brief. |
| 06/11/2014 | Legal Assistant | 4.60 | Reviewed trial transcript to ensure no motion for mistrial or admonishment was made. |
| 06/16/2014 | Legal Assistant | 6.90 | Additional review of trial transcript |
| 06/16/2014 | Legal Assistant | 1.90 | Preparation of Table of Authorities. |
| 06/17/2014 | Legal Assistant | 0.50 | Additional review of trial transcript. |
| 06/17/2014 | Legal Assistant | 1.50 | Legal research for treatise info. |
| 06/18/2014 | Legal Assistant | 1.70 | Additional review of trial transcript. |
| 06/18/2014 | Legal Assistant | 1.00 | Travel to and from FedEx, PO to file brief. |
| 06/23/2014 | Legal Assistant | 1.00 | Travel to and from FedEx, PO. |
| 06/30/2014 | Legal Assistant | 2.80 | Preparation of Table of Authorities. |
| 07/07/2014 | Legal Assistant | 0.40 | Travel to FedEx to mail briefs. |
| Total 2014 Professional Services:20... | | 33.10 | |
| **2015 Professional Services** | | | |
| 01/05/2015 | Cynthia L Pollick | 0.10 | Correspondence from Patil regarding update. |
| 01/05/2015 | Cynthia L Pollick | 0.10 | Correspondence with Patil advising no issue. |
| 01/15/2015 | Cynthia L Pollick | 0.10 | Correspondence from Patil regarding case. |
| 01/19/2015 | Cynthia L Pollick | 0.10 | Correspondence with Patil giving her my thoughts. |
| 02/04/2015 | Cynthia L Pollick | 0.60 | TC with Patil regarding decision vacating order. |
| 02/04/2015 | Cynthia L Pollick | 0.40 | Receipt and review of Order vacating decision. |
| 02/04/2015 | Cynthia L Pollick | 0.10 | Receipt and review of Judgment. |
| 02/04/2015 | Cynthia L Pollick | 0.20 | Correspondence from 3d Cir regarding petition. |
| 02/04/2015 | Cynthia L Pollick | 0.10 | Correspondence with Patil regarding decision. |
| 02/06/2015 | Cynthia L Pollick | 0.10 | Receipt of Order granting motion. |
| 02/10/2015 | Cynthia L Pollick | 0.10 | Correspondence with Patil regarding rehearing. |
| 02/18/2015 | Cynthia L Pollick | 0.10 | Correspondence from Patil giving her thoughts. |
| 02/18/2015 | Cynthia L Pollick | 0.10 | Correspondence with Patil giving my thoughts. |
| 02/18/2015 | Cynthia L Pollick | 0.10 | Correspondence with Patil regarding rehearing. |
| 02/19/2015 | Cynthia L Pollick | 0.40 | Receipt and review of Smith's petition for rehearing |
| 03/02/2015 | Cynthia L Pollick | 0.10 | Correspondence with Patil regarding opinion. |
| 03/12/2015 | Cynthia L Pollick | 0.20 | Receipt and review of decision denying rehearing |
| 03/02/2015 | Cynthia L Pollick | 0.10 | TC from Patil regarding case. |
| 03/02/2015 | Cynthia L Pollick | 0.50 | TC with Patil regarding status. |
| 03/10/2015 | Cynthia L Pollick | 0.20 | Correspondence from 3d Cir regarding mandate. |
| 03/11/2015 | Cynthia L Pollick | 0.10 | Receipt and review of mandate. |
| 08/02/2015 | Cynthia L Pollick | 0.10 | Correspondence from Patil regarding update. |
| 08/02/2015 | Cynthia L Pollick | 0.10 | Correspondence with Patil advising of status. |
| 08/23/2015 | Cynthia L Pollick | 0.10 | TC with 3d Cir regarding case. |
| 09/23/2015 | Cynthia L Pollick | 0.30 | Reviewed case in MD and 3d Cir regarding status. |
| 09/23/2015 | Cynthia L Pollick | 0.10 | Receipt and review of docket notation on mandate. |
| 09/23/2015 | Cynthia L Pollick | 0.10 | Receipt and review of docket notation on 3d Cir. opinion. |
| 10/05/2015 | Cynthia L Pollick | 0.10 | Receipt and review of Order reopening case. |
| 10/06/2015 | Cynthia L Pollick | 0.10 | Receipt of docket entry reopening case. |
| 10/07/2015 | Cynthia L Pollick | 0.10 | Correspondence with Patil regarding order. |
| 10/07/2015 | Cynthia L Pollick | 0.10 | Correspondence with Patil - 2nd one regarding case. |
| 10/07/2015 | Cynthia L Pollick | 0.10 | Correspondence from Patil regarding case. |
| 10/07/2015 | Cynthia L Pollick | 0.10 | Correspondence with Patil - 3d one. |
| 10/08/2015 | Cynthia L Pollick | 0.30 | TC from Patil regarding case. |
| 10/12/2015 | Cynthia L Pollick | 0.10 | Correspondence from Patil regarding case |
| 10/12/2015 | Cynthia L Pollick | 0.10 | TC from LO regarding case. |
| 10/12/2015 | Cynthia L Pollick | 0.10 | TC with LO regarding reopening. |
| 10/12/2015 | Cynthia L Pollick | 0.10 | Correspondence from LO regarding case. |
| 10/12/2015 | Cynthia L Pollick | 0.10 | Correspondence with Patil giving thoughts. |
| 10/13/2015 | Cynthia L Pollick | 0.10 | Correspondence from LO regarding case. |
| 10/14/2015 | Cynthia L Pollick | 0.10 | Receipt and review of Order rescheduling TC. |
| 10/14/2015 | Cynthia L Pollick | 0.10 | TC from LO regarding case. |
| 10/15/2015 | Cynthia L Pollick | 0.10 | Correspondence with Patil regarding update. |
| 10/17/2015 | Cynthia L Pollick | 0.10 | Correspondence from Patil giving thoughts. |
| 10/18/2015 | Cynthia L Pollick | 0.10 | Correspondence from Patil regarding case. |
| 10/18/2015 | Cynthia L Pollick | 0.10 | Correspondence with Patil regarding thoughts. |
| 10/18/2015 | Cynthia L Pollick | 0.10 | Correspondence from Patil regarding case. |
| 11/13/2015 | Cynthia L Pollick | 0.10 | Correspondence from Patil regarding TC. |
| 11/15/2015 | Cynthia L Pollick | 0.10 | Correspondence with Patil regarding trial date. |
| 11/16/2015 | Cynthia L Pollick | 0.30 | TC with Judge, OP regarding case. |
| 11/16/2015 | Cynthia L Pollick | 0.10 | TC from Patil regarding case. |
| 11/16/2015 | Cynthia L Pollick | 0.10 | Correspondence with Patil regarding case. |
| 11/16/2015 | Cynthia L Pollick | 0.10 | Receipt and review of Order continuing TC. |
| 12/14/2015 | Cynthia L Pollick | 0.10 | Receipt and review of Order rescheduling conference |
| 12/21/2015 | Cynthia L Pollick | 0.10 | TC with Kelly regarding rescheduling |
| 12/21/2015 | Cynthia L Pollick | 0.10 | TC with OP regarding date. |
| 12/22/2015 | Cynthia L Pollick | 0.10 | TC with OP regarding case. |
| 12/22/2015 | Cynthia L Pollick | 0.10 | TC from Lynn regarding case. |

Exhibit A

**440**

12.36 PM
07/11/16

**EMPLOY LAW OFFICES OF C L POLLICK**
**Time by Job Detail**
October 4, 2011 through June 27, 2016

| Date | Name | Duration | Notes |
|---|---|---|---|
| 12/22/2015 | Cynthia L Pollick | 0.10 | TC with Kathy regarding case |
| 12/22/2015 | Cynthia L Pollick | 0.10 | TC from Kathy regarding case |
| 12/22/2015 | Cynthia L Pollick | 0.10 | TC with Lynx regarding case - 26 |
| 12/22/2015 | Cynthia L Pollick | 0.10 | Receipt and review of Order. |
| | Total 2015 Professional Services | 5.70 | |
| | | | |
| **2016 Professional Services** | | | |
| 02/03/2016 | Cynthia L Pollick | 0.10 | Correspondence with Patil regarding trial dates. |
| 02/03/2016 | Cynthia L Pollick | 0.10 | Correspondence from Patil advising dates OK. |
| 02/03/2016 | Cynthia L Pollick | 0.10 | Correspondence with Patil regarding July. |
| 02/03/2016 | Cynthia L Pollick | 0.10 | Correspondence from Patil advising July is fine too. |
| 02/11/2016 | Cynthia L Pollick | 0.40 | TC with Judge, OP regarding case. |
| 02/11/2016 | Cynthia L Pollick | 0.10 | TC with Patil regarding TC with Judge. |
| 02/11/2016 | Cynthia L Pollick | 0.60 | TC from Patil regarding TC with Judge |
| 02/11/2016 | Cynthia L Pollick | 2.00 | Legal research AA reopening discovery. |
| 02/11/2016 | Cynthia L Pollick | 0.10 | Correspondence with John regarding settlement. |
| 02/12/2016 | Cynthia L Pollick | 0.10 | Correspondence with Patil regarding order. |
| 02/16/2016 | Cynthia L Pollick | 0.60 | Reviewed Order on trial. |
| 02/16/2016 | Cynthia L Pollick | 0.40 | Review of OP's Brief in Support of Caption |
| 02/16/2016 | Cynthia L Pollick | 0.30 | Review of OP's Brief in Support of Reopen. |
| 02/16/2016 | Cynthia L Pollick | 0.20 | Review of OP's Motion for Leave to compel |
| 02/16/2016 | Cynthia L Pollick | 0.30 | Review of UP's Motion to Amend. |
| 02/26/2016 | Cynthia L Pollick | 1.00 | Preparation of BIO to Motion to Reopen. |
| 02/26/2016 | Cynthia L Pollick | 0.40 | Legal research on caption change. |
| 02/26/2016 | Cynthia L Pollick | 0.90 | Preparation of BIO to Motion to Reopen. |
| 03/08/2016 | Cynthia L Pollick | 0.50 | Finalization and filing of BIOs to Motion to Amend and Open. |
| 03/14/2016 | Cynthia L Pollick | 0.40 | Correspondence from LO regarding case. |
| 03/21/2016 | Cynthia L Pollick | 0.30 | TC with Patil regarding judge's order. |
| 03/21/2016 | Cynthia L Pollick | 0.40 | Receipt and review of Order granting defendants' motions. |
| 03/22/2016 | Cynthia L Pollick | 0.40 | Reviewed Order on case. |
| 03/28/2016 | Cynthia L Pollick | 0.30 | Correspondence from OP regarding dates for depo. |
| 03/30/2016 | Cynthia L Pollick | 0.40 | Correspondence with OP advising if has to take place in Seattle Washington. |
| 04/06/2016 | Cynthia L Pollick | 0.10 | Correspondence from OP regarding deposition. |
| 04/13/2016 | Cynthia L Pollick | 0.20 | Correspondence with OP regarding third set of interros |
| 04/13/2016 | Cynthia L Pollick | 0.10 | Additional preparation of third set of interros. |
| 04/13/2016 | Cynthia L Pollick | 0.50 | Preparation of Motion in Limine, Brief in Support. |
| 04/14/2016 | Cynthia L Pollick | 0.70 | Preparation of Fourth Set of Interrogatories. |
| 04/14/2016 | Cynthia L Pollick | 0.20 | Correspondence with OP regarding 4th Set. |
| 04/14/2016 | Cynthia L Pollick | 0.10 | Correspondence with OP regarding concurrence in M La |
| 04/14/2016 | Cynthia L Pollick | 0.10 | Review of OP's 9th MIL. |
| 04/14/2016 | Cynthia L Pollick | 0.10 | Review of OP's 10th MIL. |
| 04/14/2016 | Cynthia L Pollick | 0.10 | Review of OP's 8th MIL. |
| 04/14/2016 | Cynthia L Pollick | 0.10 | Review of OP's 6th MIL. |
| 04/14/2016 | Cynthia L Pollick | 0.10 | Review of OP's 5th MIL. |
| 04/14/2016 | Cynthia L Pollick | 0.10 | Receipt and review of 3d MIL - educational harm |
| 04/14/2016 | Cynthia L Pollick | 0.10 | Receipt and review of MIL - images. |
| 04/14/2016 | Cynthia L Pollick | 0.10 | Receipt and review of OP's 4th MIL. |
| 04/14/2016 | Cynthia L Pollick | 0.10 | Receipt and review of OP's 7th MIL. |
| 04/14/2016 | Legal Assistant | 0.20 | Preparation of documents. |
| 04/15/2016 | Cynthia L Pollick | 0.10 | TC with Patil regarding order compelling deposition. |
| 04/15/2016 | Cynthia L Pollick | 0.10 | TC with OP regarding order. |
| 04/15/2016 | Cynthia L Pollick | 0.60 | Receipt and review of OP's Brief in Support of 1st MIL. |
| 04/15/2016 | Cynthia L Pollick | 4.00 | Preparation of BIO to OP's Brief - 1st MIL. |
| 04/15/2016 | Cynthia L Pollick | 0.10 | TC from BII regarding order compelling deposition. |
| 04/15/2016 | Cynthia L Pollick | 0.30 | Receipt of Order granting order compelling depo. |
| 04/15/2016 | Cynthia L Pollick | 0.20 | Receipt and review of OP's Brief in Support of MIL - verdict . |
| 04/15/2016 | Cynthia L Pollick | 0.40 | Receipt and brief review of OP's Brief in Support of Mls Reinman. |
| 04/15/2016 | Cynthia L Pollick | 0.30 | Receipt and review of OP's Brief in Support of MIL - 33. |
| 04/15/2016 | Cynthia L Pollick | 0.30 | Receipt and review of OP's Brief in Support of MIL - 6th |
| 04/15/2016 | Cynthia L Pollick | 0.30 | Receipt and review of OP's Brief in Support of MIL - 7th. |
| 04/15/2016 | Cynthia L Pollick | 0.30 | Receipt and review of OP's Brief in Support of MIL - 4th. |
| 04/15/2016 | Cynthia L Pollick | 0.10 | Correspondence with Patil regarding order. |
| 04/15/2016 | Cynthia L Pollick | 0.10 | Correspondence with Patil regarding bad news. |
| 04/16/2016 | Cynthia L Pollick | 0.40 | TC with Bill regarding deposition and other case issues. |
| 04/16/2016 | Cynthia L Pollick | 0.30 | Preparation of of Motion of Deposition. |
| 04/16/2016 | Cynthia L Pollick | 0.20 | Correspondence with OP regarding notice of deposition. |
| 04/16/2016 | Cynthia L Pollick | 0.40 | Correspondence with OP regarding reporter. |
| 04/16/2016 | Cynthia L Pollick | 0.10 | Correspondence with Patil regarding small exchange. |
| 04/17/2016 | Cynthia L Pollick | 0.40 | TC from Bill regarding order. |
| 04/17/2016 | Cynthia L Pollick | 0.20 | TC with Bill regarding case and deposition. |
| 04/17/2016 | Cynthia L Pollick | 0.10 | Correspondence with OP requesting date change. |
| 04/18/2016 | Cynthia L Pollick | 2.00 | Preparation of BIO to Second MIL. |
| 04/19/2016 | Cynthia L Pollick | 0.10 | Correspondence from OP regarding deposition date. |
| 04/19/2016 | Cynthia L Pollick | 0.10 | Correspondence with Bill providing more information on depo date. |
| 04/19/2016 | Cynthia L Pollick | 0.40 | TC from Bill regarding small on depo. |
| 04/19/2016 | Cynthia L Pollick | 0.10 | TC with OP regarding deposition of Morgan. |
| 04/19/2016 | Cynthia L Pollick | 2.00 | Preparation of BIO to Defendant's MIL on educational harm. |
| 04/19/2016 | Cynthia L Pollick | 0.40 | Preparation and filing of Motion for Move Start Time and Order. |

**Exhibit A**

Case 3:07-cv-00854-MWB Document 642-2 Filed 08/05/16 Page 46 of 48

12:30 PM
07/11/16

**EMPLOY LAW OFFICES OF C L POLLICK**
**Time by Job Detail**
October 4, 2011 through June 27, 2016

| Date | Name | Duration | Notes |
|---|---|---|---|
| 04/19/2016 | Cynthia L Pollick | 0.40 | Preparation and filing of Motion to Compel Smith and Order. |
| 04/19/2016 | Cynthia L Pollick | 0.40 | TC with BH regarding matters filed. |
| 04/20/2016 | Cynthia L Pollick | 3.80 | Preparation of BIO to Motion in Limine - Fourth. |
| 04/20/2016 | Cynthia L Pollick | 0.40 | Preparation of BIO to MIL - fifth. |
| 04/20/2016 | Cynthia L Pollick | 0.10 | Correspondence with Pall providing filings. |
| 04/21/2016 | Cynthia L Pollick | 0.60 | Preparation of BIO to 8th MI'. |
| 04/21/2016 | Cynthia L Pollick | 1.80 | Preparation of BIO to 7th ML, and additional preparation of 6th, including legal research. |
| 04/21/2016 | Cynthia L Pollick | 0.30 | Review of Brief 8th. |
| 04/21/2016 | Cynthia L Pollick | 0.30 | Preparation of BIO to 9th MIL. |
| 04/21/2016 | Cynthia L Pollick | 0.80 | Preparation for trial, included Trial Transcript II. |
| 04/21/2016 | Cynthia L Pollick | 0.30 | Review of Defendants' MIL #10. |
| 04/22/2016 | Cynthia L Pollick | 0.40 | Receipt and review of Answer to Motion to take deposition. |
| 04/22/2016 | Cynthia L Pollick | 0.30 | Preparation and filing of Reply Brief. |
| 04/22/2016 | Cynthia L Pollick | 1.60 | Additional preparation of BIOs to MILs, including additional legal research and MIL 10. |
| 04/23/2016 | Cynthia L Pollick | 0.30 | Receipt and review of Order denying motion to move, days. |
| 04/23/2016 | Cynthia L Pollick | 0.10 | Correspondence with Palli regarding order denying move. |
| 04/23/2016 | Cynthia L Pollick | 0.10 | TC from Palli regarding order. |
| 04/23/2016 | Cynthia L Pollick | 0.30 | TC with Palli discussing case and order. |
| 04/25/2016 | Cynthia L Pollick | 0.60 | Preparation of subpoena for witness (CW). |
| 04/25/2016 | Cynthia L Pollick | 0.30 | Preparation of subpoena for witness (WS). |
| 04/25/2016 | Cynthia L Pollick | 0.30 | Preparation of subpoena for witness (DY). |
| 04/25/2016 | Cynthia L Pollick | 0.30 | Preparation of subpoena for witness (JO). |
| 04/25/2016 | Cynthia L Pollick | 0.30 | Preparation of subpoena for witness (SK). |
| 04/25/2016 | Cynthia L Pollick | 0.30 | Preparation of subpoena for witness (CS). |
| 04/28/2016 | Cynthia L Pollick | 0.10 | TC from witness PW regarding subpoena |
| 04/28/2016 | Cynthia L Pollick | 0.10 | TC with witness PW regarding trial schedule. |
| 04/28/2016 | Cynthia L Pollick | 0.20 | Reviewed trial transcript to pull testimony for PW & DY. |
| 04/28/2016 | Cynthia L Pollick | 2.40 | Finalization and filing on ECF of BIO to MILs. |
| 04/29/2016 | Cynthia L Pollick | 0.10 | TC with district court regarding filing error. |
| 04/29/2016 | Cynthia L Pollick | 0.10 | Receipt and review of docket notation regarding filing error. |
| 04/29/2016 | Cynthia L Pollick | 0.10 | TC from LP regarding depositions next week. |
| 05/01/2016 | Cynthia L Pollick | 0.10 | TC with BH regarding deposition. |
| 05/02/2016 | Cynthia L Pollick | 0.10 | TC from BH regarding deposition. |
| 05/02/2016 | Cynthia L Pollick | 0.20 | Correspondence from OP regarding discovery. |
| 05/03/2016 | Cynthia L Pollick | 0.10 | Research on witness CS address. |
| 05/03/2016 | Cynthia L Pollick | 1.50 | Travel to Williamsport for deposition. |
| 05/03/2016 | Cynthia L Pollick | 0.10 | TC with Meagan regarding deposition. |
| 05/04/2016 | Cynthia L Pollick | 3.40 | Appearance at deposition, including pre-and post meeting with clients. |
| 05/04/2016 | Cynthia L Pollick | 2.00 | Travel from Williamsport after deposition. |
| 05/04/2016 | Cynthia L Pollick | 0.40 | Correspondence from Palli regarding arrival. |
| 05/04/2016 | Cynthia L Pollick | 0.10 | Correspondence with Palli regarding not ready. |
| 05/04/2016 | Cynthia L Pollick | 0.10 | Correspondence from Palli advising to take time needed. |
| 05/06/2016 | Cynthia L Pollick | 0.50 | Reviewed OP's answers to discovery. |
| 05/10/2016 | Cynthia L Pollick | 0.10 | Correspondence with OP regarding dates for pretrial. |
| 05/10/2016 | Cynthia L Pollick | 0.10 | Correspondence with OP correcting dates. |
| 05/10/2016 | Cynthia L Pollick | 0.10 | Correspondence from OP advising what dates he's available. |
| 05/10/2016 | Cynthia L Pollick | 0.10 | Correspondence with OP advising 5/25 works. |
| 05/12/2016 | Cynthia L Pollick | 2.00 | Preparation for trial, included reviewing exhibits, transcripts. |
| 05/12/2016 | Cynthia L Pollick | 0.20 | Preparation of subpoena for witness AM. |
| 05/12/2016 | Cynthia L Pollick | 0.20 | Preparation of subpoena for witness GW. |
| 05/12/2016 | Cynthia L Pollick | 0.20 | Finalized subpoena and testimony for witness GW. |
| 05/13/2016 | Cynthia L Pollick | 3.00 | Additional preparation for trial. |
| 05/18/2016 | Cynthia L Pollick | 1.00 | Preparation of Exhibits for trial. |
| 05/17/2016 | Cynthia L Pollick | 0.60 | Preparation of Exhibits for trial. |
| 05/20/2016 | Cynthia L Pollick | 0.10 | Receipt and review of Order rescheduling pretrial. |
| 05/23/2016 | Cynthia L Pollick | 0.10 | Correspondence from OP regarding changing meeting time. |
| 05/24/2016 | Cynthia L Pollick | 0.10 | TC from OP regarding time change. |
| 05/24/2016 | Cynthia L Pollick | 0.10 | TC with OP advising time change OK. |
| 05/24/2016 | Cynthia L Pollick | 0.10 | Receipt and review of NOA - Collins. |
| 05/25/2016 | Cynthia L Pollick | 0.70 | Organized OP's additional exhibits. |
| 05/25/2016 | Cynthia L Pollick | 0.30 | Meeting with OPs regarding pretrial conference. |
| 05/31/2016 | Cynthia L Pollick | 0.10 | TC from KG regarding subpoena. |
| 05/31/2016 | Cynthia L Pollick | 0.30 | TC from Palli regarding case. |
| 05/31/2016 | Cynthia L Pollick | 0.10 | Correspondence from Palli regarding three address. |
| 05/31/2016 | Cynthia L Pollick | 0.10 | Correspondence with Palli thanking her for information. |
| 06/01/2016 | Cynthia L Pollick | 3.00 | Additional preparation for trial included organizing and reviewing testimony. |
| 06/01/2016 | Cynthia L Pollick | 0.20 | Preparation of subpoena for JP. |
| 06/01/2016 | Cynthia L Pollick | 0.20 | Preparation of subpoena for IG. |
| 06/01/2016 | Cynthia L Pollick | 0.10 | Correspondence from Palli regarding subpoenas. |
| 06/02/2016 | Cynthia L Pollick | 0.10 | Correspondence with Palli regarding subpoenas. |
| 06/02/2016 | Cynthia L Pollick | 0.50 | Preparation of subpoena for MH. |
| 06/02/2016 | Cynthia L Pollick | 0.20 | Preparation of revised subpoena for Greer. |
| 06/02/2016 | Cynthia L Pollick | 0.10 | Correspondence from Meagan regarding subpoena. |
| 06/03/2016 | Cynthia L Pollick | 0.10 | Correspondence with Meagan regarding subpoena. |
| 06/03/2016 | Cynthia L Pollick | 0.10 | Correspondence from Meagan inquiring what to do. |
| 06/02/2016 | Cynthia L Pollick | 0.10 | Correspondence with Meagan providing advice. |
| 06/03/2016 | Cynthia L Pollick | 4.00 | Additional preparation for trial included organized trial notebook, reviewed testimony, started opening... |
| 06/03/2016 | Cynthia L Pollick | 0.20 | Correspondence with OP regarding settlement. |

Page 23

Exhibit A

12:36 PM
07/11/16

**EMPLOY LAW OFFICES OF C L POLLICK**
**Time by Job Detail**
October 4, 2011 through June 27, 2016

| Date | Name | Duration | Notes |
|------|------|----------|-------|
| 06/03/2016 | Cynthia L Pollick | 0.20 | Correspondence from OP regarding settlement. |
| 06/03/2016 | Legal Assistant | 1.40 | Additional preparation of exhibits for trial. |
| 06/03/2016 | Cynthia L Pollick | 0.20 | Correspondence from OP regarding demand |
| 06/06/2016 | Cynthia L Pollick | 0.70 | Finalized and filed pretrial documents. |
| 06/06/2016 | Cynthia L Pollick | 0.10 | Correspondence from John regarding settlement. |
| 06/06/2016 | Cynthia L Pollick | 0.10 | Correspondence from Paul regarding witness |
| 06/06/2016 | Cynthia L Pollick | 0.10 | Correspondence with Paul advising I'm good. |
| 06/07/2016 | Cynthia L Pollick | 0.20 | Correspondence from OP to witness KD regarding trial |
| 06/07/2016 | Cynthia L Pollick | 0.20 | Correspondence from OP to witness AF regarding trial. |
| 06/07/2016 | Cynthia L Pollick | 0.20 | Correspondence from OP to witness JG regarding trial. |
| 06/08/2016 | Cynthia L Pollick | 2.80 | Additional preparation for trial, included reviewing exhibits. |
| 06/08/2016 | Cynthia L Pollick | 0.60 | Preparation of Brief in Support of Motion for Adverse Inference, included legal research and filing |
| 06/08/2016 | Cynthia L Pollick | 0.30 | Preparation of Motion for Adverse Inference. |
| 06/08/2016 | Cynthia L Pollick | 0.40 | Preparation of Order on Motion for Adverse Inference. |
| 06/09/2016 | Cynthia L Pollick | 0.70 | Review of OP's Pretrial Memo. |
| 06/09/2016 | Cynthia L Pollick | 0.30 | Review of OP's Voir Dire. |
| 06/09/2016 | Cynthia L Pollick | 0.90 | Review of OP's proposed jury instructions. |
| 06/09/2016 | Cynthia L Pollick | 0.20 | Review of OP's Jury Form. |
| 06/09/2016 | Cynthia L Pollick | 0.10 | Correspondence with OP advising non concurrence in motion. |
| 06/09/2016 | Cynthia L Pollick | 0.40 | Correspondence from Paul regarding subpoena |
| 06/09/2016 | Cynthia L Pollick | 0.30 | Preparation of subpoena for witness DV. |
| 06/09/2016 | Cynthia L Pollick | 0.10 | Correspondence with Paul advising subpoena and asking about Betty. |
| 06/09/2016 | Cynthia L Pollick | 0.10 | Correspondence from Paul advising Betty will not need subpoena |
| 06/09/2016 | Cynthia L Pollick | 0.10 | Correspondence with Paul advising I'll send over subpoena tomorrow. |
| 06/09/2016 | Cynthia L Pollick | 0.10 | Preparation of testimonies and sent them to Paul. |
| 06/09/2016 | Cynthia L Pollick | 0.10 | Review of subpoena for KD. |
| 06/09/2016 | Cynthia L Pollick | 0.10 | Review of subpoena for AF. |
| 06/09/2016 | Cynthia L Pollick | 0.10 | Review of subpoena for JG. |
| 06/10/2016 | Cynthia L Pollick | 2.00 | Reviewed Smith's 2nd trial testimony, created trial summary. |
| 06/10/2016 | Cynthia L Pollick | 1.50 | Organized exhibits to be turned over in court |
| 06/10/2016 | Cynthia L Pollick | 1.50 | Preparation of testimony of Smith. |
| 06/10/2016 | Cynthia L Pollick | 0.60 | Receipt and review of Defendants' objection to Plaintiff's Exhibits |
| 06/10/2016 | Cynthia L Pollick | 0.90 | Receipt and review of OP objections to jury instructions |
| 06/10/2016 | Cynthia L Pollick | 0.10 | Correspondence with Paul regarding pretrial. |
| 06/10/2016 | Cynthia L Pollick | 0.10 | Correspondence from Paul regarding Mike. |
| 06/10/2016 | Cynthia L Pollick | 0.10 | Correspondence with Paul advising no assistant yet. |
| 06/13/2016 | Cynthia L Pollick | 6.60 | Appearance at pretrial, included travel to and from Williamsport, preservation time. |
| 06/13/2016 | Cynthia L Pollick | 0.10 | TC with Paul providing her will update. |
| 06/13/2016 | Cynthia L Pollick | 0.10 | Correspondence from KU regarding witness access |
| 06/13/2016 | Cynthia L Pollick | 0.10 | Correspondence from Paul regarding update |
| 06/13/2016 | Cynthia L Pollick | 0.20 | Receipt and review of Order scheduling trial |
| 06/16/2016 | Cynthia L Pollick | 0.10 | Correspondence from Paul providing address |
| 06/16/2016 | Cynthia L Pollick | 0.10 | Correspondence with Paul regarding Betty's address. |
| 06/17/2016 | Cynthia L Pollick | 1.00 | Additional preparation for trial, included reviewing testimony. |
| 06/17/2016 | Cynthia L Pollick | 0.40 | Correspondence with OP providing addresses. |
| 06/20/2016 | Cynthia L Pollick | 0.40 | TC from Paul regarding testimony. |
| 06/20/2016 | Cynthia L Pollick | 5.00 | Preparation for trial, include preparing testimony of Gress, Meaghan, DU. |
| 06/21/2016 | Cynthia L Pollick | 2.00 | Preparation for trial, included preparing testimony of West, Donna, Connie |
| 06/21/2016 | Cynthia L Pollick | 4.00 | Preparation for trial, including preparing testimony of Detective, Verhage, Kresge Melot, Betty. |
| 06/21/2016 | Cynthia L Pollick | 0.10 | TC from Ken regarding subpoena. |
| 06/22/2016 | Cynthia L Pollick | 0.10 | TC with witness CB confirming subpoena. |
| 06/22/2016 | Cynthia L Pollick | 0.20 | TC with Ken regarding meeting and conflicts. |
| 06/22/2016 | Cynthia L Pollick | 0.10 | Correspondence from Ken sustaining access. |
| 06/22/2016 | Cynthia L Pollick | 0.10 | Correspondence with Ken thanking him for info |
| 06/22/2016 | Cynthia L Pollick | 0.10 | Correspondence from Ken regarding exhibits - 3d. |
| 06/22/2016 | Cynthia L Pollick | 0.10 | Correspondence with Ken thanking him for all his help - 3d. |
| 06/22/2016 | Cynthia L Pollick | 0.10 | TC from witness CB regarding subpoena. |
| 06/22/2016 | Cynthia L Pollick | 0.10 | Correspondence from KW regarding JBRS. |
| 06/22/2016 | Cynthia L Pollick | 0.10 | Correspondence with KW advising worse for me. |
| 06/22/2016 | Cynthia L Pollick | 0.10 | Correspondence from KW regarding questions about exhibits. |
| 06/22/2016 | Cynthia L Pollick | 0.10 | Correspondence with KW thanking him for help. |
| 06/23/2016 | Cynthia L Pollick | 0.10 | TC with witness CB regarding subpoena. |
| 06/23/2016 | Cynthia L Pollick | 0.10 | TC with Paul regarding testimonies. |
| 06/23/2016 | Cynthia L Pollick | 2.00 | Preparation of Reply Brief to Motion for Adverse Inf |
| 06/23/2016 | Cynthia L Pollick | 0.60 | Review of OP's Brief in Opposition to Adverse Inference |
| 06/23/2016 | Cynthia L Pollick | 0.10 | Correspondence from Paul regarding darkhorse. |
| 06/24/2016 | Cynthia L Pollick | 0.10 | Receipt and review of Order requiring videos to be converted. |
| 06/24/2016 | Cynthia L Pollick | 0.10 | Receipt and review of Ginsburg concurrence. |
| 06/24/2016 | Cynthia L Pollick | 0.10 | Correspondence from Ginsburg regarding motion to intervene. |
| 06/24/2016 | Cynthia L Pollick | 0.10 | Correspondence from Friend regarding exhibits |
| 06/24/2016 | Cynthia L Pollick | 0.40 | Organized testimony for KV |
| 06/24/2016 | Cynthia L Pollick | 0.10 | Correspondence with KV regarding testimony. |
| 06/24/2016 | Cynthia L Pollick | 0.10 | Correspondence from KV regarding converting. |
| 06/24/2016 | Cynthia L Pollick | 0.10 | Correspondence with KW regarding converting. |
| 06/24/2016 | Cynthia L Pollick | 0.40 | Correspondence from KW regarding converting - 2d. |
| 06/24/2016 | Cynthia L Pollick | 0.10 | Correspondence with KW regarding converting - 2d. |
| 06/25/2016 | Cynthia L Pollick | 0.30 | Preparation of Non-concurrence and filing of the same |
| 06/27/2016 | Cynthia L Pollick | 0.20 | Preparation and filing of Non-concurrence - exhibits. |

Page 24

**Exhibit A**

**EMPLOY LAW OFFICES OF C L POLLICK**
## Time by Job Detail
October 4, 2011 through June 27, 2016

| Date | Name | Duration | Notes |
|---|---|---|---|
| 06/27/2016 | Cynthia L Pollck | 0.10 | Review of OP's Motion to Amend Exhibit. |
| 06/27/2016 | Cynthia L Pollck | 0.10 | Review of OP's Ginsburg NOA. |
| 06/27/2016 | Cynthia L Pollck | 0.10 | Review of OR's Levin NOA. |
| 06/27/2016 | Cynthia L Pollck | 0.40 | Review of OP's Motion to Intervene. |
| 06/27/2016 | Cynthia L Pollck | 1.00 | Converted exhibits into acceptable format. |
| 06/27/2016 | Cynthia L Pollck | 0.30 | Correspondence with McLaughlin regarding exhibits. |
| 06/27/2016 | Cynthia L Pollck | 0.50 | Review of Ginsburg Brief in Support of Intervention |
| 06/27/2016 | Cynthia L Pollck | 0.20 | Review of Ginsburg jury verdict form. |
| 06/27/2016 | Cynthia L Pollck | 0.10 | Correspondence with KW regarding converted files. |
| 06/27/2016 | Cynthia L Pollck | 0.40 | Correspondence from KW advising send to court. |
| 06/27/2016 | Cynthia L Pollck | 0.10 | Correspondence with KW regarding converted filed = 2d |
| 06/27/2016 | Cynthia L Pollck | 0.10 | Correspondence with Pall regarding case. |
| 06/27/2016 | Cynthia L Pollck | 0.40 | Review of Ginsburg jury instructions. |
| 06/27/2016 | Cynthia L Pollck | 0.10 | TC from witness DB regarding subpoena. |
| 06/27/2016 | Cynthia L Pollck | 0.25 | Correspondence from OP regarding offer of judgment. |
| 06/27/2016 | Cynthia L Pollck | 0.10 | Receipt and review of Order granting exhibit addition. |
| 06/27/2016 | Cynthia L Pollck | 0.00 | TC with Pall regarding status. |
| Total 2016 Professional Service | | 118.40 | |
| **2016 Professional Service:2016 Legal Assistant** | | | |
| 03/03/2016 | Legal Assistant | 2.00 | Preparation of trial exhibit binders. |
| 03/04/2016 | Legal Assistant | 1.50 | Additional preparation of trial exhibit binders. |
| 03/08/2016 | Legal Assistant | 0.70 | Additional preparation of Trial Exhibit Binders. |
| 03/11/2016 | Legal Assistant | 0.10 | Additional preparation of Trial Exhibit Binders. |
| 03/14/2016 | Legal Assistant | 0.60 | Additional preparation of Trial Exhibit binders. |
| 03/16/2016 | Legal Assistant | 0.60 | Additional preparation of Trial Exhibit binders. |
| 04/26/2016 | Legal Assistant | 2.00 | Travel to and from Monroe Co to serve subpoenas. |
| 04/26/2016 | Legal Assistant | 0.40 | Preparation of transcripts. |
| 05/16/2016 | Legal Assistant | 1.00 | Additional preparation of trial exhibits. |
| 05/17/2016 | Legal Assistant | 1.50 | Additional preparation of trial exhibits. |
| 05/19/2016 | Legal Assistant | 1.00 | Additional preparation of trial exhibits. |
| 05/20/2016 | Legal Assistant | 2.00 | Additional preparation of trial exhibits. |
| 05/24/2016 | Legal Assistant | 0.10 | TC from OP's office regarding rescheduling. |
| 05/24/2016 | Legal Assistant | 0.10 | TC with OP's office relaying not a problem with time change. |
| 05/24/2016 | Legal Assistant | 3.00 | Additional preparation of trial exhibits. |
| 05/24/2016 | Legal Assistant | 0.10 | TC with OP's office regarding case – 2d. |
| 05/25/2016 | Legal Assistant | 0.30 | Additional preparation of trial exhibits. |
| 06/27/2016 | Legal Assistant | 0.50 | Travel to and from FedEx. |
| Total 2016 Professional Service 201... | | 16.30 | |
| **Total Youngs** | | 1363.60 | |
| **TOTAL** | | 1393.60 | |

## Exhibit A